**PERKINS COIE LLP**
David P. Chiappetta, Bar No. 172099
DChiappetta@perkinscoie.com
Lauren Trambley, Bar No. 340634
LTrambley@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile:  +1.415.344.7050

Attorneys for Defendant
KATENA COMPUTING TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COINMINT, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>KATENA COMPUTING TECHNOLOGIES, INC., and DOES 1-40, inclusive,<br><br>        Defendants. | Case No.<br><br>**DECLARATION OF DAVID CHIAPPETTA IN SUPPORT OF DEFENDANT KATENA COMPUTING TECHNOLOGIES, INC.'S NOTICE OF REMOVAL** |

163784665.1

I, David P. Chiappetta, declare as follows:

1.      I am a partner at the law firm Perkins Coie LLP and counsel for Katena Computing Technologies, Inc. ("Katena") in the above-captioned case.  I am a member in good standing of the State Bar of California and admitted to practice before this Court.  The facts stated in this declaration are based on my own personal knowledge and, if called as a witness, I could and would testify to those facts.

2.      Attached as Exhibit A is a true and correct copy of the complaint in the above-captioned case as filed by Plaintiff in the Superior Court of California for the County of Santa Clara on July 20, 2023. I downloaded this copy of the complaint from the official website of the Superior Court of California for the County of Santa Clara, located at https://www.scscourt.org/.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 12th day of September 2023, in San Francisco, California.

_____
David P. Chiappetta

# EXHIBIT A

E-FILED
7/20/2023 11:54 AM
Clerk of Court
Superior Court of CA,
County of Santa Clara
23CV419699
Reviewed By: M. Bui

FLETCHER C. ALFORD  (SBN:  152314)
falford@grsm.com
KEVIN LIU  (SBN:  295287)
kliu@grsm.com
MYLES LANZONE (SBN: 257791)
mlanzone@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

ROBERT LEMUS (PRO HAC VICE FORTHCOMING)
rlemus@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
3D/International Tower
1900 West Loop South, Suite 1000
Houston, TX 77027
Telephone:  (713) 490-4876

Attorneys for Plaintiff
COINMINT, LLC

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SANTA CLARA

| | |
|---|---|
| COINMINT, LLC,<br><br>                            Plaintiff,<br><br>        vs.<br><br>KATENA COMPUTING TECHNOLOGIES, INC., and DOES 1- 40, inclusive,<br><br>                            Defendants. | CASE NO.  23CV419699<br><br>**COMPLAINT FOR DAMAGES FOR BREACH OF CONTRACT** |

Public--Redacts materials from conditionally sealed record.

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Plaintiff Coinmint, LLC ("Coinmint") hereby alleges, upon knowledge with respect to its own acts, and upon information and belief with respect to all other matters, the following against Defendants, Katena Computing Technologies, Inc. ("Katena"), and DOES 1-40, inclusive (collectively, "Defendants"):

1.      Coinmint is a Puerto-Rican limited liability company, having its principal place of business at 2210 Dorado Beach Road, Dorado, PR 00646-2243. Coinmint maintains its principal place of business in Puerto Rico and operates, through its subsidiaries, a substantial Bitcoin mining facility in Massena, New York.

2.      Coinmint is informed and believes that Defendant Katena, and at all times mentioned herein was, a company that purports to be in the business of, among other things, the development, design, manufacturing, and sale of computer chips and cryptocurrency mining technology, and is incorporated in Delaware but maintains its records of business, bank account and business operations in Santa Clara, California.

9.      Coinmint is unaware of the true names and capacities of defendants sued herein as DOES 1 through 40, inclusive, and therefore sues these defendants by these fictitious names. Coinmint is informed and believes and thereon alleges that some or all of the fictitiously named defendants are individuals who reside or conduct business in California. Coinmint is informed and believes and thereon alleges that each of the fictitiously named defendants is responsible in some manner for the occurrences herein alleged, that defendants have interests in the issues implicated by this Complaint and are, therefore necessary parties to the relief sought herein, and that Coinmint's damages as herein alleged were proximately caused by said defendants. Coinmint will amend this complaint to allege their true names and capacities when ascertained.

10.     Coinmint is informed and believes and thereon alleges that at all times material to this complaint, each of the Defendants, in addition to acting for himself, herself, or itself and on his, her, or its own behalf individually, is and was acting as the agent, servant, employee and representative of, and with the knowledge, consent and permission of, and in conspiracy with, each and all of the Defendants and within the course, scope and authority of that agency, service, employment, representation, and conspiracy. Coinmint further alleges on information and belief

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

COMPLAINT FOR DAMAGES FOR BREACH OF CONTRACT

that the acts of each of the Defendants were fully ratified by each and all of the other Defendants. Specifically, and without limitation, Coinmint alleges on information and belief that the actions, failures to act, breaches, conspiracy, and misrepresentations alleged herein and attributed to one or more of the specific Defendants were approved, ratified, and done with the cooperation and knowledge of each and all of the Defendants.

## SUMMARY OF THE DISPUTE

11.     This action arises from ███████████████████████████████████████████████████████████████████████████████████. Through an elaborate yet documented scheme, Katena and certain of the Doe Defendants improperly █████████████████████████████████████████████████████████████████████████████████ Coinmint to a $150 million purchase contract pursuant to which Katena was to provide to Coinmint thousands of Bitcoin mining rigs. Attached as Exhibit 1 is a written contract, an executed a Sales and Purchase Agreement dated May 12, 2021[1] (the "S&P Agreement") and an associated Purchaser Order No. 1 (the "First PO") (collectively "the Contract") apparently executed via DocuSign software on May 13, 2021. Katena had no ability or intention to fulfill its obligations or otherwise perform under the Contract.  Moreover, Katena and ██████████████████████████████████████████████████████████████ were in positions of fiduciary duty, or contractual obligation of impartiality and loyalty to Coinmint.

12.     As a result of Defendants' fraudulent conduct, and in reasonable reliance on Defendants' representations, duties to Coinmint and expertise, Coinmint advanced $23,397,197.91 in deposit payments to Katena pursuant to the Contract. Coinmint has received nothing from Katena in return. The $23,397,197.91 in Coinmint funds were transferred to the Katena-specified account identified as its bank account held at ██████████████████. Despite the fact that Katena has failed to manufacture ████████████████████████████████████

---

[1] Although the S&P Agreement is dated May 12, 2021, it was signed on May 13, 2021.

COMPLAINT FOR DAMAGES FOR BREACH OF CONTRACT

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1      ████████ it refuses to return the money. Katena refuses to explain to Coinmint where the

2 money is or how the money has been used despite repeated requests to Katena to provide an

3 accounting related to the use of the Coinmint funds.   Katena acknowledges that ████████

4 ████████████████████████████████████████████████████████████████████████

5 ████████████████████████████████████████████████████████████

6 purchasing when signing the Contract and transferring funds to Katena. ████████████

7 ████████████████████████████████████████████████████████████████████████

8 ████████████████████████████████████████████████████████████ Katena

9 responded by "terminating" the agreement without notice or opportunity to cure.  Katena has

10 breached the Contract and ████████████████████████████████████.

11      13.     Katena maintains that it has no obligation to refund Coinmint's $23,397,197.91

12 and that it will not do so.  Consequently, Coinmint is presently pursuing its claims against

13 Katena in arbitration pursuant to the arbitration clause in the Contract.

14      14.     Coinmint promptly sought relief from the arbitration panel to secure Katena held

15 funds pending the final arbitration order once the conduct of Katena and its principals as alleged

16 herein was discovered.

17      15.     Specifically, upon discovery of Katena's and Doe Defendants' malfeasance,

18 Coinmint filed a motion with the arbitration panel for an order to protect Coinmint's monies

19 transferred to Katena pending judgment on its claims. The arbitration panel denied Coinmint's

20 application, without prejudice to Coinmint seeking attachment from a court of law. ████

21 ████████████████████████████████████████████████████████████████████████

22 ████████████████████████████████████████████████████████████████████████

23 ████████████████████████████████████████████████████████████████████████

24 ████████████████████████████████████████████████████████████████████████

25 ████████████████████████████████████████████████████████████████████████

26 ████████████████████████████████████████████████████████████████████████

27 ████████████████████████████████████████████████████████████████████████

28 ████████████████████████████████████████████████████████████████████████

COMPLAINT FOR DAMAGES FOR BREACH OF CONTRACT

███████████████████████████████████████████

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

16.     Contemporaneously with the filing of the instant Complaint and by separate application to the court, Coinmint submits its Application for a Right to Attach Order and Writ of Attachment to attach Katena property and accounts pending judgment on Coinmint's claims. It is necessary to secure Katena assets and property in an amount equal to the Coinmint funds transferred by wire to Katena's specified account at Silicon Valley Bank, $23,397,197.91, plus an amount for attorney's fees, costs and interest, pending the final order of the arbitration and entry of judgment.  Without such relief, Coinmint will be irreparably harmed because discovery in the related arbitration has shown that Katena has no other customers, has no other source of funds apart from Coinmint's $23 million, and refuses to account for the disposition of said funds. Accordingly, without the relief sought herein, Coinmint will be left with an empty and uncollectible judgment.

**Coinmint and Bitcoin Mining**

17.     Coinmint is a "Bitcoin mining company."  Through its operating subsidiary, it owns and runs one of the largest digital currency data centers in the world, in a former Alcoa Aluminum facility located in Massena, New York  (the "Data Center"), as well as a much smaller digital currency data center in Plattsburgh, New York.  The Data Center houses tens of thousands of "miners" – computers specially designed to perform the Bitcoin mining operations central to Coinmint's business and described in more detail below.

18.     Ashton Soniat (and a former minority partner) founded Coinmint in 2016.  As explained above, Coinmint operates, through its subsidiaries, an extensive Bitcoin mining facility at its Data Center in Massena, New York.  It presently houses thousands of specialized mining computers of the type Katena claimed it had the capability of designing, manufacturing and delivering to Coinmint.  Through Coinmint, Soniat revived a region suffering due to the decline of American manufacturing.  Coinmint eventually brought over one hundred new jobs to the Northern New York state region.

COMPLAINT FOR DAMAGES FOR BREACH OF CONTRACT

19.     Bitcoin mining is both the process that (i) creates new Bitcoin to add to those already in circulation and (ii) verifies and records transactions on the block chain.  The block chain is a decentralized public ledger that records and secures Bitcoin transactions.  The process of transaction verification is known as proof of work (or PoW) because miners must solve complex math problems (i.e., algorithms) in order to be able to verify a new block of Bitcoin transactions.  In order to solve these unusually complex math functions (called hashes), Bitcoin miners require powerful computers with specialized graphics processing units (GPUs) and application-specific integrated circuits (ASICs).

20.     Miners earn Bitcoin as a reward for solving the hash functions that secure and enable the block chain.  Bitcoin mining is a costly process because it requires expensive, specialized, and highly powerful computers that consume large amounts of electricity in order to power the specialized microprocessors needed to solve these hash functions.  If derived from non-renewable sources, mining can be both financially expensive and costly for the environment.  Soniat innovated an idea to mine Bitcoin in a manner that was both environmentally friendly and profitable by providing Bitcoin miners with access to significant quantities of renewable low-cost electricity.  Soniat was drawn to upstate New York both for the access to low cost hydroelectric power and the low temperatures, which increase the efficiency and reliability of Bitcoin-mining computers while avoiding much of the ancillary electricity and costs ordinarily necessary to cool the powerful ASIC semiconductors operating within those computers.

21.     Soniat endeavored to leverage the abundance of hydroelectric generation in upstate New York by leasing a former Alcoa Aluminum smelting facility in Massena, New York that utilizes environmentally conscious hydroelectric power from the abutting St. Lawrence River to power Coinmint's Bitcoin mining computers.  Coinmint made substantial financial investments and rehabilitated the shuttered Alcoa facility to transform it into a Data Center suitable to house, power and cool the tens of thousands of dedicated mining computers used in its Bitcoin mining operation.  The Data Center has been operational since 2018.

22.     As of 2021, Coinmint had retained Michael Maloney ("Maloney") as its CFO, Jim Denaut ("Denaut") as its acting CEO, and Frank Kinney ("Kinney") as its acting COO.  As

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

officers of the company, Maloney, Denaut, and Kinney owed fiduciary duties to Coinmint and were expected to act in its best interest.

**Katena and Its Principals, Associates and Co-Conspirators –** ████████████████

████  ████

████  Henry Monzon ("Monzon") is one of the founders of Katena. Katena's other original founders and minority partners are Michael Gao ("Gao") and Sagar Reddy ("Reddy"). Contrary to its representations to Coinmint, Katena did not ████████████████████

████████████████████████████████

24.     DX Corr Designs, Inc. ("DX Corr") is a Santa Clara County-based computer chip design company that purportedly performed chip simulations for Katena.  Reddy is also a principal and owner of DX Corr, a fact which was not disclosed to Coinmint prior to execution of the Contract.

████   In April of 2021, Rachel Pipan ("Pipan"), a colleague of Monzon who was performing work for Katena and a friend of Coinmint's then-CFO Maloney, introduced Maloney to Monzon as a potential CFO candidate for Katena. Maloney forwarded his resume to Monzon and the parties promptly began discussing Maloney's prospective role at Katena. ████████████

████████████████████████████████

████████████████████████████████

26.     Katena failed to disclose in the investment material ████████

████████████████████████████████

COMPLAINT FOR DAMAGES FOR BREACH OF CONTRACT

Promptly after Maloney was introduced to Katena, Katena engaged Maloney in discussions concerning a proposed transaction that later culminated in the Contract.

**Katena's Scheme is Triggered and Coinmint is the Target**

28.

Mining equipment with such high performance abilities is expensive and therefore would require Coinmint to pay substantial amounts of money to Katena for Katena's proprietary product as specified and represented by Katena to Coinmint.

29.    Soniat was unwilling to proceed with the Contract or authorize the transfer of funds to Katena pursuant thereto until there was some independent verification of Katena's claimed technology and its ability to perform.  Accordingly, Soniat instructed Maloney to obtain the opinion of an independent expert in cryptocurrency mining equipment to assess Katena's claimed technology and its ability to perform.

30.    On or about May 4, 2021,

COMPLAINT FOR DAMAGES FOR BREACH OF CONTRACT

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111



Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

[redacted]

31. In a series of contemporaneous text messages exchanged between them, Monzon and Gao [redacted] On or about May 9, 2021, Gao and Monzon [redacted] Bleck spent less than 6 hours conducting his "due diligence" and writing his PowerPoint presentation in which he [redacted] All relevant metrics were described by Bleck as "low risk." In fact, however, documents subsequently obtained by Coinmint after it executed the contract and paid the $23 million to Katena show [redacted]

33. On or about May 13, 2021, [redacted] Bleck completed an independent evaluation of Katena and concluded that its technology was sound and that it was able to perform on the Contract. [redacted] Soniat

executed the Contract.  But in a series of text messages exchanged between them, Monzon informed Gao and Reddy that one hurdle was left to obtain Coinmint funds ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ Bleck "will not send [the due diligence report] without my approval."

34.     Maloney informed Katena executives-owners-principals Gao and Monzon that Soniat would not agree to disburse any funds to Katena until receipt of Bleck's due diligence report.  On or about May 13, 2021, Katena WhatsApp messages, between Gao and Monzon contained the following: Gao asked Monzon ███████████████████████████████████████████████████████████████████████████

35.     During the discussions prior to the signing of the Contract by Coinmint's Soniat, Katena ████████████████████████████████████████████████████████████████████████████████████████████████████████████████: (a) Katena had developed a patented microchip and was "a world class chip" manufacturer; (b) the end product (the "Bitcoin miners") that Coinmint would purchase from Katena were powered by microchips patented and designed by Katena and manufactured by the world's leading semiconductor manufacturer, Taiwan Semiconductor Manufacturing Company ("TSMC"); (c) Katena had existing customers who had entered into contracts similar to the contract under discussion with Coinmint; and (d) Katena was financed by a large, nationally recognized investment firm and was itself financially secure (collectively, the █████████████████).

36.     Gao has admitted that Maloney, acting in his capacity as then-CFO of Coinmint, was the sole representative from Coinmint who participated in the discussions with Katena leading up to the proposed $150 Contract.  On or about May 8, 2021, Maloney, ████████████████████████████████████████████████████████████████ added to the draft Contract a number of important clauses that █████████████████████████████████████████████████ In a series of contemporaneous text

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

COMPLAINT FOR DAMAGES FOR BREACH OF CONTRACT

1   messages exchanged between them, Gao stated to Monzon that Maloney ███████████

2   ███████████████████████████████

3       The only holdup at the late stage in contract negotiations between Katena and

4   Coinmint was that Maloney had left "escrow" provisions in the Contract. The escrow provisions

5   would have served to protect Coinmint's payments to Katena and hold them from transfer to

6   Katena accounts until Katena performed its obligations under the Contract. █████████████

7

8

9

10

11

12

13

14

15       38.   During the negotiations with Maloney relating to the Contract, Katena was

16   attempting to obtain financing from investors, including ███████████ Within minutes after

17   Monzon received the Contract signed by Soniat, Monzon notified ███████ about the $150

18   million deal with Coinmint. In a message to █████████

19

20

21       39.   Monzon continued to inform potential investors, including the entity ████████

22   that Coinmint had performed independent due diligence on Katena before signing a $150 million

23   contract █████████████████████████████████

24

25

26

27       On or about June 10, Gao on behalf of Katena and Maloney on behalf of

28   Coinmint ████████████████████████████████

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1

2

3

4                                                                However,

5  in a series of text messages exchanged between them on June 10, 2021, Gao reported to Monzon

6  that he (Gao) had convinced Maloney to

7

8

9

10

11

12

13

14

15

16

17

18

19

20      41.    Prior to the June 10 oral modification, Coinmint had not made any payments to

21 Katena on the Contract.  To induce

22

23

24

25                            Soniat caused Coinmint to pay to Katena a series of payments over

26 the course of the summer and fall of 2021 totaling more than $23 million dollars.

27             On  or  about  June  24,  2021,  Katena  WhatsApp  messages  between  Gao  and

28 Monzon  demonstrate

-12-
COMPLAINT FOR DAMAGES FOR BREACH OF CONTRACT

1 ████████████████████████████████████████████████████████████

2 ██████

3 **Katena Brought More Coinmint Fiduciaries into the Scheme**

4 ████ In the weeks and months that followed Coinmint's entry into the Contract,

5 Coinmint and Katena continued to engage in discussions regarding the transaction and potential

6 amendments to the Contract. During these discussions, Katena made misrepresentations to

7 Coinmint concerning ████████████████████████████████████████████

8 ██████████████████████████████████████████████████

9 ██████████████████████ Among other things, Katena informed Soniat and

10 Coinmint that it could not ████████████████████████████████████████

11 ████████████████████████████████████████████████████████████

12 ████████████████████████████████████████████████████████████

13 ████████████████████████████████

14 ██████ In the late summer of 2021, Maloney left the employment of Coinmint. ████

15 ████████████████████████████████████████████████████████████

16 ████████████████████████████████████████████████████████████

17 ████████████████████████████████████████████████████████████

18 ████████████████████████████████████████████████████████████

19 ████████████████████████████████████████████████████████████

20 ████████████████████████████████████████████████████████████

21 ████████████████████████

22 45.    After Maloney left Coinmint, Denaut ████████████████████

23 ████████████████████████████████████████████████████████████

24 ████████████████████████████████████████████████

25 ██████ Unknown to Soniat, Denaut and Kinney (Denaut's associate and the de facto

26 COO of Coinmint) were ████████████████████████████████████████

27 ████████████████████████████████████████████████████████████

28 ████████████████████████████████

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-13-
COMPLAINT FOR DAMAGES FOR BREACH OF CONTRACT

[redacted] In the fall of 2021, and after successfully convincing Soniat to wire additional millions of dollars into Katena's bank account, DeNaut [redacted]

48. Coinmint did not learn about [redacted] until January of 2023.

**Katena Got Coinmint's Cash**

[redacted] Based on its post-payment dealings with Katena and Katena's conduct that were observable by Coinmint, Soniat and Coinmint became increasingly concerned with Katena and Katena's ability to perform its contractual obligations to Coinmint. [redacted]

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

50. In response to the numerous requests made by Coinmint, Katena rejected all of Coinmint's requests for assurances. Further, Katena insisted that it did not have any escrow obligations with respect to any of Coinmint's deposit payments ████████████████ ███████████████████████████████████████ Furthermore, Katena responded to Coinmint's requests for assurances by sending Coinmint a notice terminating the S&P Agreement and the First PO on grounds that Coinmint had ██████████ ████████████████████████████████ According to Katena, it was entitled to keep Coinmint's $23,397,197.91 wired into their ████████████ account even though Katena ███████████████████████████████████████ Gao recently testified under oath that, to this day, Katena has never ████████████████████████████████

51. To date, Coinmint has paid Katena $23,397,197.91 and has received nothing from Katena in return. ██████████████████████████████████████ not disclosed at the time of the execution of the Contract or any other relevant time.

-15-
COMPLAINT FOR DAMAGES FOR BREACH OF CONTRACT

52.     As a primary matter, Coinmint brings this action for relief, including securing of Katena accounts, property and assets holding $23,397,197.91 of Coinmint funds, and amounts for attorney's fees, costs and interest pending final arbitration ruling.

53.     Coinmint also brings this action seeking a judgment and order against Defendants for damages in the amount of at least $23,397,197.91 which represents the money transferred to Katena by Coinmint as a result of Defendants' breach of contract ████████████████████████████████████████████████████████████████████████████████ Furthermore, Coinmint seeks punitive damages against Defendants for ████████████████████████████.

**FIRST COUNT**

**(Breach of Contract)**

54.     Coinmint repeats and re-alleges, and incorporates by reference as though fully set forth herein each of the foregoing paragraphs.

55.     Katena entered into the Contract with Coinmint to provide Katena-designed Bitcoin mining rigs, and component parts as specified, and to deliver operable products pursuant to specifications in the Contract.

█████████ Katena breached the Contract with Coinmint by ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

57.     Coinmint has performed all of its obligations under the Contract, including transferring $23,397,197.91 to Katena's bank account at ████████████████, as specified in the Contract.

58.     Katena's breach of the Contract with Coinmint has caused Coinmint to suffer damages in an amount according to proof but not less than $23,397,197.91

**PRAYER FOR RELIEF**

WHEREFORE, Coinmint respectfully requests the following relief:

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1.     Award Coinmint actual, compensatory and consequential damages, including but not limited to $23,397,197.91;

2.     Right to Attach Assets and Writ of Attachment;

3.     Pre- and Post-judgment interest at the maximum rate provided by law;

4.     Attorney fees and costs; and

5.     Such other and further relief as this Court may deem just and proper.


Dated: July 5, 2023                          GORDON REES SCULLY MANSUKHANI, LLP

                                         By:

                                           Fletcher C. Alford
                                         Kevin Liu
                                         Attorneys for Plaintiff
                                         Coinmint, LLC

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

COMPLAINT FOR DAMAGES FOR BREACH OF CONTRACT

# EXHIBIT 1

## REDACTED CONDITIONALLY LODGED UNDER SEAL