| | |
|---|---|
| 1 | **PERKINS COIE LLP** |
| 2 | David P. Chiappetta, Bar No. 172099<br>DChiappetta@perkinscoie.com |
| 3 | Lauren A. Trambley, Bar No. 340634<br>LTrambley@perkinscoie.com |
| 4 | 505 Howard Street, Suite 1000<br>San Francisco, California 94105 |
| 5 | Telephone:   415.344.7000<br>Facsimile:    415.344.7050 |

Attorneys for Defendant
KATENA COMPUTING TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COINMINT, LLC, | Case No.  3:23-cv-04683 |
| Plaintiff, | **DEFENDANT KATENA COMPUTING TECHNOLOGIES, INC.'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| KATENA COMPUTING TECHNOLOGIES, INC., and DOES 1-40, inclusive, | |
| Defendants. | |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 3-15 and Fed. R. Civ. P. 7.1, Defendant Katena Computing Technologies, Inc. ("Katena") makes the following disclosure: Katena does not have any parent corporation, and no publicly held corporation owns 10% or more of its stock.

The undersigned counsel of record for Katena also certify that the following listed parties may have a pecuniary interest in the outcome of this case:

1. Defendant Katena Computing Technologies, Inc.
2. Plaintiff Coinmint, LLC
3. Non-Party Coinmint Living Trust, member of Plaintiff Coinmint, LLC.
4. Non-Party Sagar Reddy, a citizen of the State of California.
5. Non-Party DXCorr Design, Inc.
6. Non-Party Robert Bleck
7. Non-Party Jim DeNaut
8. Non-Party Frank Kinney

These representations are made to enable the Court to evaluate the possible disqualification or recusal.

DATED: September 12, 2023         **PERKINS COIE LLP**

By: /s/David P. Chiappetta
David P. Chiappetta
Lauren A. Trambley

Attorneys for Defendant
KATENA COMPUTING TECHNOLOGIES, INC.