**PERKINS COIE LLP**
David P. Chiappetta, Bar No. 172099
DChiappetta@perkinscoie.com
Lauren A. Trambley, Bar No. 340634
LTrambley@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone:  415.344.7000
Facsimile:  415.344.7050

Attorneys for Defendant
KATENA COMPUTING TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COINMINT, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATENA COMPUTING<br>TECHNOLOGIES, INC., and DOES 1-40,<br>inclusive,<br><br>　　　　Defendants. | Case No. 3:23-cv-04683<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE

163787488.1

# PROOF OF SERVICE

I, Jessica Porras, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 505 Howard Street, Suite 1000, San Francisco, California 94105. On September 12, 2023, I served a copy of the within document(s):

**DEFENDANT KATENA COMPUTING TECHNOLOGIES, INC.'S NOTICE OF REMOVAL**

**DECLARATION OF DAVID CHIAPPETTA IN SUPPORT OF DEFENDANT KATENA COMPUTING TECHNOLOGIES, INC.'S NOTICE OF REMOVAL**

**CIVIL COVER SHEET**

**DEFENDANT KATENA COMPUTING TECHNOLOGIES, INC.'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

☒   by transmitting via my e-mail address (jporras@perkinscoie.com) the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| Fletch C. Alford<br>Kevin Liu<br>Myles Lanzone<br>GORDON REES SCULLY MANSUKHANI, LLP<br>275 Battery St., Ste. 2000<br>San Francisco, CA 94111<br>Email: falford@grsm.com; kliu@grsm.com; mlanzone@grsm.com | Robert Lemus<br>GORDON REES SCULLY MANSUKHANI, LLP<br>3D/International Tower<br>1900 West Loop South, Suite 1000<br>Houston, TX 77027<br>Email: rlemus@grsm.com |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 12, 2023, at San Francisco, California.

_Jessica Porras_
Jessica Porras

163787488.1