**PERKINS COIE LLP**
David P. Chiappetta, Bar No. 172099
DChiappetta@perkinscoie.com
Lauren A. Trambley, Bar No. 340634
LTrambley@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
Katena Computing Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COINMINT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KATENA COMPUTING TECHNOLOGIES, INC. and DOES 1-40, inclusive,<br><br>Defendants. | Case No. 4:23-cv-04683-DMR<br><br>**DECLARATION OF MICHAEL GAO IN SUPPORT OF KATENA COMPUTING TECHNOLOGIES, INC.'S MOTION TO COMPEL ARBITRATION AND STAY ACTION OR, IN THE ALTERNATIVE, TO QUASH PURPORTED SERVICE UNDER RULE 12(B)(5)**<br><br>Date:        November 9, 2023<br>Time:       1:00pm<br>Courtroom: 4, 3rd Floor<br>Judge:      Hon. Donna M. Ryu |

I, Michael Gao, declare as follows:

1. I am the CEO of Katena Computing Technologies, Inc. ("Katena"), the Defendant in the above-entitled action. My legal name is Zijing Gao, but I go by Michael day-to-day. The facts stated in this declaration are based on my own personal knowledge and, if called as a witness, I could and would testify to those facts.

2. Katena is a start-up company focused on designing and manufacturing bitcoin mining rigs using semiconductor chips with cutting-edge technology.

3. The processing power of Bitcoin mining rigs is measured in terahashes per second, with each terahash ("/th") being equivalent to 1 trillion hashes per second.

4. In 2021, when Bitcoin prices were at an all-time high, most established Bitcoin mining rig manufacturers had increased their prices per terahash, and delivery times for Bitcoin rigs were regularly taking up to two years.

5. During this time, Katena was able to offer faster delivery schedules than other suppliers so long as Katena received sufficient down payments to begin fabricating the chips and manufacturing the mining rigs it would need.

6. For some time leading up to that period, Coinmint had been precluded from acquiring any meaningful number of Bitcoin mining rigs due to the terms of a Delaware Chancery Court order arising from a lawsuit involving Coinmint's principal financier, Ashton Soniat.

7. On May 12, 2021, Katena entered into a contract with Coinmint under which Coinmint agreed to pay Katena $150 million for Bitcoin mining rig technology. Under the terms of the contract, Coinmint agreed to pay Katena 25% of the contract price ($37.5 million) as a down payment, which would have provided Katena the ability to start the manufacturing process.

8. The chips and mining rigs were to be manufactured in Taiwan using Katena's specialized microchip design and then assembled in China. Katena and Coinmint discussed their intention that the products would be delivered to Coinmint at a location to be determined in Asia.

9. However, due to its lack of financial wherewithal, Coinmint failed to make the down payment required pursuant to the terms of the contract, triggering a liquidated damages provision. Coinmint instead made several sporadic payments over the next several months, which

never even added up to the down payment that was owed.

10. Coinmint ultimately requested a return of its partial down payments. But pursuant to the terms of the contract, Katena declined to return the partial down payment money to Coinmint.

11. I am registered with the State of California as the agent for service of process of Katena Computing Technologies, Inc. with the address 1507 Purson Lane, Lafayette, CA 94549. That is my current home address. No other person or entity is registered with the State of California as an agent for service of process for Katena.

12. Katena maintains a "virtual office" at 4546 El Camino Real B10# 1022, Los Altos, CA 94022. The virtual office was set up primarily as a place to receive mail and packages before Katena invested in physical office space.

13. Today, Katena maintains a physical office at 3500 Thomas Rd, Santa Clara, CA 95054. I spend part of each week working at this office. I also work remotely from my home or while traveling.

14. I do not ever work at Katena's virtual office in Los Altos and do not maintain a desk or office there.

15. I receive mail and packages that are delivered to Katena's virtual office.

16. On or about August 14, 2023, I was informed that documents were left for me at Katena's virtual office.

17. I have also reviewed all of the mail that was delivered to Katena's virtual office in August and September 2023, and the documents forwarded to Katena by A Registered Agent, Inc.

18. Each consisted of a PDF containing three scanned hard copy documents: [1] a Civil Lawsuit Notice, form CV-5012, [2] an Application for Right to Attach Order and Writ of Attachment, Form AT-105, and [3] a Notice of Application and Hearing for Right to Attach Order and Writ of Attachment, Form AT-115.

19. The summons and complaint in the above-referenced action were never delivered to Katena's virtual office, to Katena's physical office, to any other office affiliated with Katena, or to me.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19th day of September 2023, in Lafayette, California.

Michael Gao