1  **PERKINS COIE LLP**
   David P. Chiappetta, Bar No. 172099
2  DChiappetta@perkinscoie.com
   Lauren A. Trambley, Bar No. 340634
3  LTrambley@perkinscoie.com
   505 Howard Street, Suite 1000
4  San Francisco, California 94105
   Telephone: 415.344.7000
5  Facsimile: 415.344.7050

6  Attorneys for Defendant
   Katena Computing Technologies, Inc.

   UNITED STATES DISTRICT COURT

   NORTHERN DISTRICT OF CALIFORNIA

   OAKLAND DIVISION

| COINMINT, LLC, | Case No. 4:23-cv-04683-DMR |
|---|---|
| Plaintiff, | **DECLARATION OF JOHN R. HARDIN IN SUPPORT OF KATENA COMPUTING TECHNOLOGIES, INC.'S MOTION TO COMPEL ARBITRATION AND STAY ACTION OR, IN THE ALTERNATIVE, TO QUASH PURPORTED SERVICE UNDER RULE 12(B)(5)** |
| v. | |
| KATENA COMPUTING TECHNOLOGIES, INC. and DOES 1-40, inclusive, | |
| Defendants. | Date:       November 9, 2023<br>Time:       1:00pm<br>Courtroom: 4, 3rd Floor<br>Judge:      Hon. Donna M. Ryu |

I, John R. Hardin, declare as follows:

1. I am a partner at the law firm Perkins Coie LLP and counsel to Defendant Katena Computing Technologies, Inc. ("Katena") in the above-captioned case. I am a member in good standing of the State Bar of Texas and intend to apply to be admitted *pro hac vice* to practice before this Court in relation to the above-captioned action. The facts stated in this declaration are based on my own personal knowledge and, if called as a witness, I could and would testify to those facts.

2. As averred in paragraph 11 of the Complaint in the above-captioned case (the "Complaint") filed by Plaintiff Coinmint LLC ("Coinmint"), it entered into a Sales and Purchase Agreement (the "SPA") and Purchase Order (together, the "Agreement") with Katena on or around May 12, 2021.

3. The arbitration provision in the Agreement between Coinmint and Katena, under which Coinmint is pursuing an arbitration against Katena as referenced in paragraph 13 of the Complaint, is § 19.1 of the SPA, which states:

> Any dispute, controversy, difference or claim arising out of or relating to this Agreement, including the existence, validity interpretation, performance, breach or termination hereof or any dispute regarding non-contractual obligations arising out of or relating to this Agreement shall be referred to and finally resolved by arbitration administered by the American Arbitration Association in force when the notice of arbitration is submitted. The decision and awards of the arbitration shall be final and binding upon the parties hereto.

4. On April 27, 2022, Coinmint filed an Arbitration Demand against Katena with the American Arbitration Association. *Coinmint, LLC v. Katena Computing Technologies, Inc.*, AAA Case No. 01-22-0001-7627. Coinmint amended its demand on August 29, 2022. Through its demand, Coinmint seeks a declaration that the Agreement is invalid, and seeks to recover $23 million in non-refundable payments Coinmint made under the Agreement. Coinmint also asserts a variety of tort claims seeking to invalidate the Agreement, including claims that Coinmint was fraudulently induced to enter into the Agreement.

5. On September 16, 2022, Katena filed its Answering Statement to First Amended Arbitration Demand and Amended Notice of Counterclaim in the Arbitration Action (the

"Answer"). In the Answer, Katena asserted counterclaims for (among other things) breach of contract and sought liquidated damages in the amount of $37.5 million based on the express provisions of the Agreement.

      6.     During an initial conference before the Arbitration Panel, representatives for both Katena and Coinmint agreed that the contract between the two parties was subject to the Federal Arbitration Act.

      7.     Also in September 2022, Coinmint first raised with the Arbitration Panel the prospect of seeking injunctive relief. On March 3, 2023, Coinmint formally sought such relief and filed a writ of attachment with the arbitrators (the "Arbitration Writ"). The Arbitration Writ was denied by the Panel on procedural and substantive grounds on March 21, 2023.

      8.     On July 20, 2023, Coinmint filed a brand-new action against Katena in the Superior Court of California for the County of Santa Clara. As averred in paragraph 16 of the Complaint, Coinmint filed an Application for a Writ of Attachment in the Superior Court of California for the County of Santa Clara on that same day. The clerk rejected Coinmint's Application on July 31, 2023, for failure to file the required forms, informing Coinmint of the form it was required to file. Coinmint then waited until September 1, 2023, to file that form and two others with the Court.

      9.     On September 1, 2023, Coinmint filed two purported proofs of service in Santa Clara Superior Court. True and correct copies of these, downloaded from the Court website, are attached as Exhibits A and B to this declaration.

      10.    Coinmint and Katena engaged in extensive discovery in the Arbitration, and the hearing commenced on August 28, 2023, and is expected to conclude no later than mid-October.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19th day of September 2023, in San Francisco, California.

_____
John R. Hardin