| Attorney or Party without Attorney:<br>FLETCHER C. ALFORD (SBN 152314)<br>GORDON REES SCULLY MANSUKHANI, LLP<br>275 BATTERY STREET SUITE 2000<br>SAN FRANCISCO, CA 94111<br>Telephone No: (415) 986-5900<br>Attorney For: Plaintiff | | | | For Court Use Only<br>**Electronically Filed<br>by Superior Court of CA,<br>County of Santa Clara,<br>on 8/16/2023 9:50 AM<br>Reviewed By: Y. Chavez<br>Case #23CV419699<br>Envelope: 12764378** |
|---|---|---|---|---|
| | | Ref. No. or File No.:<br>COINMINT V KATENA | | |
| Insert name of Court, and Judicial District and Branch Court:<br>SUPERIOR COURT FOR THE STATE OF CALIFORNIA COUNTY OF SANTA CLARA | | | | |
| Plaintiff: COINMINT, LLC<br>Defendant: KATENA COMPUTING TECHNOLOGIES, INC. | | | | |
| PROOF OF SERVICE<br>SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>23CV419699 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the See Attached List of All Documents Served; .

3. a. Party served: KATENA COMPUTING TECHNOLOGIES, INC.
   b. Person served: Charlotte Banice, A Registered Agent, Inc., Registered Agent for Service of Process.

4. Address where the party was served: 8 THE GREEN SUITE A, DOVER, DE 19901

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): Fri, Aug 11 2023 (2) at (time): 03:42 PM
   (1) [X] (business)
   (2) [ ] (home)
   (3) [ ] (other):

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of (specify):
   c. [ ] as occupant.
   d. [X] On behalf of (specify): KATENA COMPUTING TECHNOLOGIES, INC.
   under the following Code of Civil Procedure section:
   [X] 416.10 (corporation)           [ ] 415.95 (business organization, form unknown)
   [ ] 416.20 (defunct corporation)   [ ] 416.60 (minor)
   [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
   [ ] 416.40 (association or partnership)  [ ] 416.90 (authorized person)
   [ ] 416.50 (public entity)         [ ] 415.46 (occupant)
   [ ] other:



Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE SUMMONS**

9351254
(6015154)
Page 1 of 2

| Attorney or Party without Attorney:<br>FLETCHER C. ALFORD (SBN 152314)<br>GORDON REES SCULLY MANSUKHANI, LLP<br>275 BATTERY STREET SUITE 2000<br>SAN FRANCISCO, CA 94111<br>Telephone No: (415) 986-5900<br>Attorney For: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.:<br>COINMINT V KATENA | |

Insert name of Court, and Judicial District and Branch Court:
SUPERIOR COURT FOR THE STATE OF CALIFORNIA COUNTY OF SANTA CLARA

Plaintiff: COINMINT, LLC
Defendant: KATENA COMPUTING TECHNOLOGIES, INC.

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>23CV419699 |
|---|---|---|---|---|

Recoverable cost Per CCP 1033.5(a)(4)(B)

7. Person who served papers
   a. Name: Tina Irizarry
   b. Address: FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. Telephone number: (415) 626-3111
   d. The fee for service was: 539.89
   e. I am:
      (1) [X] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
          (i) [ ] owner [ ] employee [ ] independent contractor
          (ii) Registration No:
          (iii) County:

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

08/11/2023
(Date)

Tina Irizarry



Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE SUMMONS

9351254
(6015154)
Page 2 of 2

IN THE SUPERIOR COURT OF CALIFORNIA
FOR THE COUNTY OF SANTA CLARA
CASE NO.: 23CV419699
COINMINT V. KATENA

## ATTACHMENT A

- SUMMONS
- CIVIL COVER SHEET
- COMPLAINT (REDACTED)
- MEMORANDUM OF POINTS AND AUTHORITIES ISO OF APPLICATION FOR RIGHT TO ATTACH ORDER (REDACTED)
- COINMINT, LLC'S NOTICE OF MOTION, MOTION AND SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES FOR ORDER TO FILE UNDER SEAL COINMINT, LLC'S COMPLAINT FOR DAMAGES AND APPLICATION FOR RIGHT TO ATTACH ORDER AND WRIT OF ATTACHMENT [CAL. RULES OF COURT, RULE 2.550 AND RULE 2.551] DECLARATION OF KEVIN LIU; (REDACTED)
- DECLARATION OF KEVIN LIU IN SUPPORT OF PLAINTIFF COINMINT, LLC'S MOTION FOR ORDER TO FILE UNDER SEAL ITS COMPLAINT AND APPLICATION FOR RIGHT TO ATTACH ORDER AND WRIT OF ATTACHMENT (REDACTED)
- COINMINT, LLC'S NOTICE OF MOTION, MOTION AND SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES FOR ORDER TO FILE UNDER SEAL COINMINT, LLC'S COMPLAINT FOR DAMAGES AND APPLICATION FOR RIGHT TO ATTACH ORDER AND WRIT OF ATTACHMENT [CAL. RULES OF COURT, RULE 2.550 AND RULE 2.551]; DECLARATION OF KEVIN LIU; (UNREDACTED)
- DECLARATION OF KEVIN LIU IN SUPPORT OF PLAINTIFF COINMINT, LLC'S MOTION FOR ORDER TO FILE UNDER SEAL ITS COMPLAINT AND APPLICATION FOR RIGHT TO ATTACH ORDER AND WRIT OF ATTACHMENT (UNREDACTED)
- CIVIL LAWSUIT NOTICE
- NOTICE OF APPLICATION AND HEARING FOR RIGHT TO ATTACH ORDER (AT 115)
- APPLICATION FOR RIGHT TO ATTACH ORDER (AT 105)