23CV419699
Santa Clara – Civil

Y. Chavez

| Attorney or Party without Attorney:<br>FLETCHER C. ALFORD (SBN 152314)<br>GORDON REES SCULLY MANSUKHANI, LLP<br>275 BATTERY STREET SUITE 2000<br>SAN FRANCISCO , CA 94111<br>  Telephone No:  (415) 986-5900<br>  Attorney For:  Plaintiff | Ref. No. or File No.:<br>COINMINT V KATENA | For Court Use Only<br><br>Electronically Filed<br>by Superior Court of CA,<br>County of Santa Clara,<br>on 8/16/2023 9:50 AM<br>Reviewed By: Y. Chavez<br>Case #23CV419699<br>Envelope: 12764378 |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>SUPERIOR COURT FOR THE STATE OF CALIFORNIA COUNTY OF SANTA CLARA | | |
| Plaintiff:  COINMINT, LLC<br>Defendant:  KATENA COMPUTING TECHNOLOGIES, INC. | | |
| PROOF OF SERVICE<br>SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>23CV419699 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the See Attached List of All Documents Served; .

3. a. Party served:     KATENA COMPUTING TECHNOLOGIES, INC.
   b. Person served:    ZIJING GAO, AGENT FOR SERVICE OF PROCESS

4. Address where the party was served:    4546 EL CAMINO REAL SUITE B10-1022, LOS ALTOS, CA 94022

5. I served the party:
   b. **by substituted service.**   On: Mon, Aug 14 2023 at: 10:20 AM I left the documents listed in item 2 with or in the presence of: John Doe, authorized mailstop employee to receive , Caucasian , Male , Age: 40-50 , Hair: Blond , Eyes: Blue , Height: 5'9" , Weight: 170 .

   (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [X] **(Declaration of Mailing)** is attached.
   (5) [ ] **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ]   as an individual defendant.
   b. [ ]   as the person sued under the fictitious name of (specify):
   c. [ ]   as occupant.
   d. [X]   On behalf of (specify):   KATENA COMPUTING TECHNOLOGIES, INC.
       under the following Code of Civil Procedure section:
       [X] 416.10 (corporation)              [ ] 415.95 (business organization, form unknown)
       [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
       [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
       [ ] 416.40 (association or partnership)       [ ] 416.90 (authorized person)
       [ ] 416.50 (public entity)                    [ ] 415.46 (occupant)
       [ ] other:



| Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS | 9351246<br>(6015152)<br>Page 1 of 2 |
|---|---|---|

| Attorney or Party without Attorney:<br>FLETCHER C. ALFORD (SBN 152314)<br>GORDON REES SCULLY MANSUKHANI, LLP<br>275 BATTERY STREET SUITE 2000<br>SAN FRANCISCO , CA 94111<br>　Telephone No: (415) 986-5900<br><br>　Attorney For: Plaintiff | Ref. No. or File No.:<br>COINMINT V KATENA | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>SUPERIOR COURT FOR THE STATE OF CALIFORNIA COUNTY OF SANTA CLARA | | |
| Plaintiff: COINMINT, LLC<br>Defendant: KATENA COMPUTING TECHNOLOGIES, INC. | | |
| **PROOF OF SERVICE SUMMONS** | Hearing Date:　　Time:　　Dept/Div: | Case Number:<br>23CV419699 |

Recoverable cost Per CCP 1033.5(a)(4)(B)

7. **Person who served papers**
   a.  Name:　　　　　　　　　Ellenor Rios
   b.  Address:　　　　　　　　**FIRST LEGAL**
       　　　　　　　　　　　　200 WEBSTER STREET, SUITE 201
       　　　　　　　　　　　　OAKLAND, CA 94607
   c.  Telephone number:　　　(415) 626-3111
   d.  **The fee** for service was:　420.35
   e.  I am:
       (1) ☐ a registered California process server.
       (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
       (3) ☒ a registered California process server:
             (i) ☐ owner  ☐ employee  ☒ independent contractor
             (ii) Registration No:　PS0984, Santa Clara
             (iii) County:　Santa Clara

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

08/14/2023
(Date)　　　　　　　　　　　　　　　　　　　Ellenor Rios



Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS

9351246
(6015152)
Page 2 of 2

| Attorney or Party without Attorney:<br>FLETCHER C. ALFORD (SBN 152314)<br>GORDON REES SCULLY MANSUKHANI, LLP<br>275 BATTERY STREET SUITE 2000<br>SAN FRANCISCO , CA 94111<br>Telephone No:  (415) 986-5900<br>Attorney For:  Plaintiff | Ref. No. or File No.:<br>COINMINT V KATENA | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>SUPERIOR COURT FOR THE STATE OF CALIFORNIA COUNTY OF SANTA CLARA | | |
| Plaintiff: COINMINT, LLC<br>Defendant: KATENA COMPUTING TECHNOLOGIES, INC. | | |
| PROOF OF SERVICE<br>By Mail | Hearing Date:  Time:  Dept/Div: | Case Number:<br>23CV419699 |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the See Attached List of All Documents Served; .

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Mon, Aug 14, 2023
   b. Place of Mailing: SAN FRANCISCO, CA
   c. Addressed as follows: KATENA COMPUTING TECHNOLOGIES, INC. / ZIJING GAO, AGENT FOR SERVICE OF PROCESS
          4546 EL CAMINO REAL, SUITE B10-1022 LOS ALTOS, CA 94022

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon, Aug 14, 2023 in the ordinary course of business.

   Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. Juan Cruz
   **b. FIRST LEGAL**
     200 WEBSTER STREET, SUITE 201
     OAKLAND, CA 94607
   c. (415) 626-3111

   **d. The Fee** for Service was:  420.35
   e. I am: a Registered California Process Server

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   08/14/2023
   (Date)                           Juan Cruz



Judicial Council Form                PROOF OF SERVICE                9351246
Rule 2.150.(a)&(b) Rev January 1, 2007    BY MAIL                    (6015152)

IN THE SUPERIOR COURT OF CALIFORNIA
FOR THE COUNTY OF SANTA CLARA
CASE NO.: 23CV419699
COINMINT V. KATENA

## ATTACHMENT A

- SUMMONS
- CIVIL COVER SHEET
- COMPLAINT (REDACTED)
- MEMORANDUM OF POINTS AND AUTHORITIES ISO OF APPLICATION FOR RIGHT TO ATTACH ORDER (REDACTED)
- COINMINT, LLC'S NOTICE OF MOTION, MOTION AND SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES FOR ORDER TO FILE UNDER SEAL COINMINT, LLC'S COMPLAINT FOR DAMAGES AND APPLICATION FOR RIGHT TO ATTACH ORDER AND WRIT OF ATTACHMENT [CAL. RULES OF COURT, RULE 2.550 AND RULE 2.551] DECLARATION OF KEVIN LIU; (REDACTED)
- DECLARATION OF KEVIN LIU IN SUPPORT OF PLAINTIFF COINMINT, LLC'S MOTION FOR ORDER TO FILE UNDER SEAL ITS COMPLAINT AND APPLICATION FOR RIGHT TO ATTACH ORDER AND WRIT OF ATTACHMENT (REDACTED)
- COINMINT, LLC'S NOTICE OF MOTION, MOTION AND SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES FOR ORDER TO FILE UNDER SEAL COINMINT, LLC'S COMPLAINT FOR DAMAGES AND APPLICATION FOR RIGHT TO ATTACH ORDER AND WRIT OF ATTACHMENT [CAL. RULES OF COURT, RULE 2.550 AND RULE 2.551]; DECLARATION OF KEVIN LIU; (UNREDACTED)
- DECLARATION OF KEVIN LIU IN SUPPORT OF PLAINTIFF COINMINT, LLC'S MOTION FOR ORDER TO FILE UNDER SEAL ITS COMPLAINT AND APPLICATION FOR RIGHT TO ATTACH ORDER AND WRIT OF ATTACHMENT (UNREDACTED)
- CIVIL LAWSUIT NOTICE
- NOTICE OF APPLICATION AND HEARING FOR RIGHT TO ATTACH ORDER (AT 115)
- APPLICATION FOR RIGHT TO ATTACH ORDER (AT 105)