PERKINS COIE LLP
David P. Chiappetta, Bar No. 172099
DChiappetta@perkinscoie.com
Lauren A. Trambley, Bar No. 340634
LTrambley@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
Katena Computing Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| COINMINT, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>KATENA COMPUTING TECHNOLOGIES, INC. and DOES 1-40, inclusive,<br><br>  Defendants. | Case No. 4:23-cv-04683-DMR<br><br>**AFFIDAVIT OF JACOB TABER**<br><br>Date:      November 9, 2023<br>Time:      1:00pm<br>Courtroom: 4, 3rd Floor<br>Judge:     Hon. Donna M. Ryu |

# AFFIDAVIT OF JACOB TABER

I, Jacob Taber, declare as follows:

I am not a party in the above-entitled action.

I personally handed the following documents to Fletcher Alford, counsel for Coinmint, LLC at 1 Sansome Street, San Francisco, California on September 20, 2023.

1. Katena Computing Technologies, Inc's Motion to Compel Arbitration or, in the Alternative, to Quash Purported Service Under Rule 12(B)(5); Memorandum of Points and Authorities in Support Thereof;

2. Declaration of Michael Gao in Support of Katena Computing Technologies, Inc's Motion to Compel Arbitration or, in the Alternative, to Quash Purported Service Under Rule 12(B)(5);

3. Declaration of John R. Hardin in Support of Katena Computing Technologies, Inc's Motion to Compel Arbitration or, in the Alternative, to Quash Purported Service Under Rule 12(B)(5);

4. [Proposed] Order Granting Motion to Compel Arbitration and Stay Action or, in the Alternative, to Quash Purported Service Under Rule 12(B)(5)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed September 20, 2023, at San Francisco, California.

/s/ _____
JACOB TABER