

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street
Oakland, CA 94612
*cand.uscourts.gov*

September 21, 2023

Fletcher C. Alford
Kevin Liu
Gordon Rees Scully Mansukhani LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Lauren Trambley
David P. Chiappetta
Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105

Re:   Coinmint, LLC v. Katena Computing Technologies, Inc.

Case Number: 4:23-cv-04683-DMR

Dear Counsel:

  At filing, this matter was randomly assigned to Chief Magistrate Judge Donna M. Ryu for all purposes including trial. Defendant filed a Motion to Compel Arbitration and Stay Action or, in the Alternative, to Quash Purported Service Under Rule 12(B)(5) and a hearing has been scheduled for November 9, 2023 at 1:00 p.m.  Pursuant to 28 U.S.C. section 636, the magistrate judge cannot decide this motion unless all parties consent to proceed before Judge Donna M. Ryu.

  A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case.  All parties are requested to complete the attached form documenting either consent or request for reassignment and file it with the Court by **September 28, 2023.**  Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.  This form can be found on the Court's website at www.cand.uscourts.gov/civilforms.

              Mark B. Busby

              Clerk of Court, United States District Court

              _____

              Ivy Lerma Garcia, Deputy Clerk to the
              Honorable DONNA M. RYU

*REV. 9-19*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COINMINT, LLC,

        Plaintiffs,

    v.

KATENA COMPUTING TECHNOLOGIES, INC.,

        Defendants.

Case No. 4:23-cv-04683-DMR

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

**INSTRUCTIONS**: Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( ) **Consent** to Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily consent to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

OR

( ) **Decline** Magistrate Judge Jurisdiction

In accordance with the provisions of 28 U.S.C. § 636(c), I decline to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:         NAME: _____

COUNSEL FOR (OR "PRO SE"):

_____

_____
Signature

*REV. 9-19*