AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| COINMINT, LLC,<br>*Plaintiff(s)*<br>v.<br><br>KATENA COMPUTING TECHNOLOGIES, INC.<br>*Defendant(s)* | ))))))))))<br>Civil Action No. 23-cv-04683-DMR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Katena Computing Technologies, Inc.
Agent for service of process:
Zijing "Michael" Gao
1507 Purson Ln.
Lafayette, CA 94549

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Fletcher C. Alford
falford@grsm.com
Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                    *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-04683-DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Katena Computing Technologies, Inc.
was received by me on *(date)*  9/21/23

☒ I personally served the summons on the individual at *(place)*  AAA, 1 Sansome St., Ste. 1600, San Francisco, CA 94104  on *(date)*  9/21/23  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Zijing "Michael" Gao , who is designated by law to accept service of process on behalf of *(name of organization)*  Katena Computing Technologies, Inc.  on *(date)*  9/21/23  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9/26/23

*Server's signature*

Fletcher C. Alford, Esq.
*Printed name and title*

275 Battery St., 20th Flr., San Francisco, CA 94111
*Server's address*

Additional information regarding attempted service, etc:

