FLETCHER C. ALFORD (SBN: 152314)
falford@grsm.com
KEVIN LIU (SBN: 295287)
kliu@grsm.com
MYLES LANZONE (SBN: 257791)
mlanzone@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

ROBERT LEMUS (PRO HAC VICE FORTHCOMING)
rlemus@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
3D/International Tower
1900 West Loop South, Suite 1000
Houston, TX 77027
Telephone: (713) 490-4876

Attorneys for Plaintiff
COINMINT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COINMINT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> KATENA COMPUTING TECHNOLOGIES, INC. <br><br> Defendant. | CASE NO. 23-cv-04683-DMR <br><br> **DECLARATION OF FLETCHER C. ALFORD IN SUPPORT OF COINMINT, LLC'S OPPOSITION TO KATENA'S MOTION TO COMPEL ARBITRATION OR QUASH SERVICE** <br><br> Date: November 9, 2023 <br> Time: 1:00 p.m. <br> Courtroom: 4, 3rd Floor <br> Judge: Hon. Donna M. Ryu |

I, FLETCHER C. ALFORD, declare as follows:

1. I am an attorney with the law firm of Gordon Rees Scully & Mansukhani LLP. Our firm is counsel for Plaintiff Coinmint, LLC ("Coinmint"). I have personal knowledge of the facts set forth herein, and if called upon to testify, could competently establish the facts set forth herein. This declaration is submitted in support of Coinmint's Opposition to Katena Computing Technologies, Inc.'s ("Defendant") Motion to Compel Arbitration or Quash Service.

2. Attached hereto as **EXHIBIT A**, is a true and correct copy of Order No. 28 of the arbitration panel in this action, issued on March 21, 2023.

3. On September 21, 2023, I personally served Michael Gao, an agent for service of process for Defendant, with the required service documents. On October 2, 2023, I received a letter from counsel for Defendant claiming that the September 21, 2023 service was inadequate, but nevertheless stating that "Katena will proceed as if Coinmint properly served it on September 21, 2023. . ."

4. The contract at issue between Coinmint and Defendant provides at clause 19.1 that "[t]his Agreement shall be solely governed by and construed in accordance with the laws of California."

5. Attached as **EXHIBIT B** is a true and correct copy of the State of Delaware's Division of Corporations information about Defendant and its registered agent for service of process, which is identified as "A Registered Agent, Inc." as accessed on October 2, 2023.

6. Attached as **EXHIBIT C** is a true and correct copy of the AAA Commercial Rules (2013 edition) that control in the arbitration of the underlying dispute between Coinmint and Defendant.

I declare under the penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 3rd day of October 2023, in San Francisco, California.

_____
FLETCHER C. ALFORD

-2-

DECLARATION OF FLETCHER ALFORD ISO COINMINT, LLC'S OPPOSITION TO KATENA'S MOTION TO COMPEL ARBITRATION OR QUASH SERVICE
Case No. 23-cv-04683-DMR