# EXHIBIT B

| | Governor | General Assembly | Courts | Elected Officials | State Agencies |

**Department of State: Division of Corporations**

[Allowable Characters](#)

**HOME**

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 7651018 | Incorporation Date / Formation Date: | 10/10/2019 (mm/dd/yyyy) |
| Entity Name: | KATENA COMPUTING TECHNOLOGIES, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | A REGISTERED AGENT, INC. |
| Address: | 8 THE GREEN, STE A |
| City: | DOVER |
| County: | Kent |
| State: | DE |
| Postal Code: | 19901 |
| Phone: | 302-288-0670 |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status  ○ Status,Tax & History Information

[Submit]

[View Search Results]   [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.