1  **PERKINS COIE LLP**
   David P. Chiappetta, Bar No. 172099
2  DChiappetta@perkinscoie.com
   Torryn Taylor Rodgers, Bar No. 319126
3  TRodgers@perkinscoie.com
   505 Howard Street, Suite 1000
4  San Francisco, California 94105
   Telephone: 415.344.7000
5  Facsimile: 415.344.7050

6  Attorneys for Defendant
   Katena Computing Technologies, Inc.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | COINMINT, LLC,                         | Case No. 3:23-cv-04683-AMO
13 |            Plaintiff,                  | **KATENA COMPUTING TECHNOLOGIES, INC.'S RE-NOTICED MOTION TO COMPEL ARBITRATION AND STAY ACTION OR, IN THE ALTERNATIVE, TO QUASH PURPORTED SERVICE UNDER RULE 12(B)(5)**
14 |       v.                               |
15 | KATENA COMPUTING                       |
   | TECHNOLOGIES, INC. and DOES 1-40,      |
16 | inclusive,                             |
17 |            Defendants.                 | Date:       January 11, 2024
   |                                        | Time:       2:00pm
18 |                                        | Courtroom:  10, 19th Floor
   |                                        | Judge:      Hon. Araceli Martínez-Olguín
19

# NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that, pursuant to the Clerk's Notice dated October 4, 2023, stating that "[a]ll pending motions will be taken off-calendar and must be re-noticed by the moving party for a new hearing date" (Dkt. 15), Defendant Katena Computing Technologies, Inc. ("Katena") hereby gives notice that on Thursday, January 11, 2024, at 2:00 p.m. or as soon as the matter may be heard thereafter, in the San Francisco Courthouse of the U.S. District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, 94102, before District Judge Araceli Martínez-Olguín or another duly-appointed judge, Katena will and hereby does move for an order compelling arbitration of the above action (the "Action") and staying the Action pending arbitration, or, in the alternative, quashing defective service of process upon Katena. Katena's Memorandum of Points and Authorities in support of its motion and supporting documents appear on the docket together with its original Notice of Motion (Dkt. 6).

Specifically, Katena moves under Rule 12(b)(1) of the Federal Rules of Civil Procedure for an order compelling arbitration of the above-captioned action (the "Action") pursuant to the Federal Arbitration Act, 9 U.S.C. § 4, and staying the Action pending completion of arbitration pursuant to 9 U.S.C. § 3. In the alternative, Katena moves under Rule 12(b)(5) of the Federal Rules of Civil Procedure for an order quashing Plaintiff's defective service of process on Katena and requiring Plaintiff to effect proper service before this Action may further proceed.

DATED: October 10, 2023                         **PERKINS COIE LLP**

By: /s/ _____
David P. Chiappetta
Torryn Taylor Rodgers
Attorneys for Defendant
Katena Computing Technologies, Inc.