1  **PERKINS COIE LLP**
   David P. Chiappetta, Bar No. 172099
2  DChiappetta@perkinscoie.com
   Torryn Taylor Rodgers, Bar No. 319126
3  TRodgers@perkinscoie.com
   505 Howard Street, Suite 1000
4  San Francisco, California 94105
   Telephone:   415.344.7000
5  Facsimile:    415.344.7050

6  Attorneys for Defendant
   Katena Computing Technologies, Inc.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12 | COINMINT, LLC,                    | Case No. 23-cv-04683-RS
13 |          Plaintiff,                | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
14 |     v.                             |
15 | KATENA COMPUTING TECHNOLOGIES, INC.,|
16 |          Defendant.                |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff Coinmint, LLC ("Coinmint"), and Defendant Katena Computing Technologies, Inc. ("Katena"), subject to the approval of the Court, that the following shall govern this action as follows:

1. WHEREAS, on September 12, 2023, Defendant Katena removed the above-captioned action to the Northern District of California (Dkt. 1); and

2. WHEREAS, on October 13, 2023, this action was ordered related to *Coinmint, LLC v. DX Corr Design, Inc.*, Case No. 23-cv-00599-RS (the "DX Corr Design Case") (Dkt. 19) and reassigned to Judge Richard Seeborg (Dkt. 20);

3. WHEREAS, the Court contemporaneously set an Initial Case Management Conference for January 11, 2024, at 10:00 AM (Dkt. 21 – Clerk's Notice re Reassigned Case);

4. WHEREAS, on December 1, 2023, the Court ordered this action stayed pending an arbitration that is being conducted between Plaintiff Coinmint and Defendant Katena (the "Arbitration") (Dkt. 22);

5. WHEREAS, the Arbitration remains ongoing;

6. WHEREAS, the signatories to this Stipulation and [Proposed] Order are the only parties to have made an appearance in the action; and

7. WHEREAS, there is already a Case Management Conference set on January 25, 2024 in the related DX Corr Design Case.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Upon approval by this Court, the Initial Case Management Conference set for January 11, 2024, shall be taken off calendar, and a Case Management Conference set on January 25, 2024 to align with the January 25, 2024 Case Management Conference already set in the related DX Corr Design Case, so that the parties may update the Court on the status of the arbitration.

IT IS SO STIPULATED.

DATED: January 3, 2024                    **PERKINS COIE LLP**

By:/s/David P. Chiappetta
David P. Chiappetta

|  |  |
|---|---|
| | Attorneys for Defendant<br>KATENA COMPUTING TECHNOLOGIES, INC. |
| DATED:  January 3, 2024 | **GORDON REES SCULLY MANSUKHANI, LLP** |
| | By:/s/Kevin Liu<br>    Kevin Liu<br>Attorneys for Plaintiff<br>COINMINT, LLC |

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in this filing of this document has been obtained from each of the other signatories.

/s/David P. Chiappetta
David P. Chiappetta

## ORDER

**GOOD CAUSE APPEARING**, it is ordered that the Initial Case Management Conference set for Thursday, January 11, at 10:00 AM, be taken off calendar, and that a Case Management Conference be set for Thursday, January 25, at 10:00 AM to align with the Case Management Conference already set in the related action, *Coinmint, LLC v. DX Corr Design, Inc.*, Case No. 23-cv-00599-RS. The parties are ordered to file a joint Case Management Statement no later than seven calendar days prior to the date of the reset Case Management Conference, describing for the Court the status of the Arbitration.

**IT IS SO ORDERED.**

Date: January 5, 2024

By: _____
Richard Seeborg
Chief District Judge of the U.S. District Court
for the Northern District of California