**PERKINS COIE LLP**
David P. Chiappetta, Bar No. 172099
DChiappetta@perkinscoie.com
Torryn Taylor Rodgers, Bar No. 319126
TRodgers@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
Katena Computing Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COINMINT, LLC, | Case No. 23-cv-04683-RS |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**  AS MODIFIED BY THE COURT |
| v. | |
| KATENA COMPUTING TECHNOLOGIES, INC., | |
| Defendant. | |

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff Coinmint, LLC ("Coinmint"), and Defendant Katena Computing Technologies, Inc. ("Katena"), subject to the approval of the Court, that the following shall govern this action as follows:

1. WHEREAS, on September 12, 2023, Defendant Katena removed the above-captioned action to the Northern District of California (Dkt. 1);

2. WHEREAS, on October 13, 2023, this action was ordered related to *Coinmint, LLC v. DX Corr Design, Inc.*, Case No. 23-cv-00599-RS (the "DX Corr Design Case") (Dkt. 19) and reassigned to Judge Richard Seeborg (Dkt. 20);

3. WHEREAS, the Court contemporaneously set an Initial Case Management Conference for January 11, 2024, at 10:00 AM (Dkt. 21 – Clerk's Notice re Reassigned Case);

4. WHEREAS, on December 1, 2023, the Court ordered this action stayed pending an arbitration that is being conducted between Plaintiff Coinmint and Defendant Katena (the "Arbitration") (Dkt. 22);

5. WHEREAS, the parties previously stipulated to take the Initial Case Management Conference off calendar and set a Case Management Conference for January 25, 2024 (Dkt. 24);

6. WHEREAS, an interim award is expected in the Arbitration on or about March 8, 2024; and

7. WHEREAS, the signatories to this Stipulation and [Proposed] Order are the only parties to have made an appearance in the action.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Upon approval by this Court, the Case Management Conference set for January 25, 2024, shall be taken off calendar, and a Case Management Conference set on March 21, 2024 to allow time for the interim award to be granted in the Arbitration and so that the parties may update the Court on the status of the arbitration at that time.

IT IS SO STIPULATED.

-2-
STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE

| | | |
|---|---|---|
| DATED: January 17, 2024 | | **PERKINS COIE LLP** |
| | | By: /s/David P. Chiappetta |
| | | David P. Chiappetta |
| | | Attorneys for Defendant |
| | | KATENA COMPUTING TECHNOLOGIES, INC. |
| DATED: January 17, 2024 | | **GORDON REES SCULLY MANSUKHANI, LLP** |
| | | By: /s/Kevin Liu |
| | | Kevin Liu |
| | | Attorneys for Plaintiff |
| | | COINMINT, LLC |

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in this filing of this document has been obtained from each of the other signatories.

/s/David P. Chiappetta
David P. Chiappetta

**ORDER**

**GOOD CAUSE APPEARING**, it is ordered that the Case Management Conference set for Thursday, January 25, at 10:00 AM, be taken off calendar, and that a Case Management Conference be set for Thursday, March 28, 2024 at 10:00 AM. The parties are ordered to file a joint Case Management Statement no later than seven calendar days prior to the date of the reset Case Management Conference, describing for the Court the status of the Arbitration.

**IT IS SO ORDERED.**

Date: January 18, 2024

By: _____
Richard Seeborg
Chief District Judge of the U.S. District Court
for the Northern District of California