# **EXHIBIT D**



Lisa Romeo
Assistant Vice President
200 State Street, 7th floor
Boston, MA 02109
Telephone: (617)451-6600
Fax: (617)451-0763

January 22, 2024

Robert Lemus
Gordon & Rees
1900 West Loop South, Suite 1000
Houston, TX 77027
Via Email to: rlemus@grsm.com

John R. Hardin, Esq.
Perkins Coie, LLP
2001 Ross Avenue, Suite 4225
Dallas, TX 75201
Via Email to: JohnHardin@perkinscoie.com

**Case Number: 01-22-0001-7627**
Coinmint, LLC
-vs-
Katena Computing Technologies, Inc.

Dear Counsel:

The hearings are declared closed as of January 19, 2024. By agreement of the parties, the arbitrators shall render the award by **March 8, 2024**.

Please confirm the name and address to which a check should be issued if a refund of deposits or administrative fees is due. If the AAA does not receive your response by **February 15, 2024**, the AAA will issue any refund check to you.

Going forward, please direct all communications to the AAA, as direct exchange with the arbitrators has ended.

Sincerely,

Lisa A Romeo
Assistant Vice President
Direct Dial: (617)695-6037
Email: LisaRomeo@adr.org

cc:     Joseph P. Cutler, Esq.
        Kevin Liu
        Fletcher C. Alford, Esq.
        Lisa Rickman
        Jacob Taber, Esq.
        Rebecca Callahan, Esq.
        Gilda R. Turitz, Esq.
        Ruth V. Glick, Esq.