United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COINMINT, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>KATENA COMPUTING TECHNOLOGIES, INC.,<br><br>   Defendant. | Case No. 23-cv-04683-RS<br><br>**ORDER** |

   Defendant and counter-claimant Katena Computing Technologies, Inc. ("Katena") has filed a petition to confirm the arbitration award. Katena should submit a proposed judgment. Any opposition to the petition to confirm shall be filed within two weeks of the date of this order. The matter will then be submitted for decision without argument of further briefing. Alternatively, if there is no opposition, the parties should promptly submit a stipulation for entry of the proposed judgment.

**IT IS SO ORDERED**.

Dated: February 16, 2024

                _____
                RICHARD SEEBORG
                Chief United States District Judge