MARC J. SCHNEIDER, State Bar No. 214609
  mschneider@stradlinglaw.com
JASON DE BRETTEVILLE, State Bar No. 195069
  jdebretteville@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone:  949 725 4000
Facsimile:  949 725 4100

Attorneys for Plaintiff
COINMINT, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| COINMINT, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>KATENA COMPUTING TECHNOLOGIES, INC.,<br><br>            Defendant. | CASE NO. 3:23-cv-04683-RS<br>Honorable Richard Seeborg<br><br>**NOTICE OF APPEARANCE OF MARC J. SCHNEIDER FOR PLAINTIFF COINMINT, LLC** |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

NOTICE OF APPEARANCE OF MARC J. SCHNEIDER
4872-5356-3558v1/108215-0003
3:23-cv-00599-RS

1  TO THE CLERK OF THE COURT AND TO ALL THE PARTIES IN
2  THIS ACTION, PLEASE TAKE NOTICE THAT Marc J. Schneider will appear in
3  this matter as counsel for Plaintiff COINMINT, LLC.  Counsel respectfully
4  requests to be included via e-mail on the Court's notification of electronic filings in
5  this action at: mschneider@stradlinglaw.com.

Dated: February 16, 2024    STRADLING YOCCA CARLSON & RAUTH LLP

By:  */s/ Marc J. Schneider*
     Marc J. Schneider
     Jason de Bretteville

     Attorneys for Plaintiff
     COINMINT, LLC