1  MARC J. SCHNEIDER, State Bar No. 214609
      mschneider@stradlinglaw.com
2  JASON DE BRETTEVILLE, State Bar No. 195069
      jdebretteville@stradlinglaw.com
3  STRADLING YOCCA CARLSON & RAUTH LLP
   660 Newport Center Drive, Suite 1600
4  Newport Beach, CA 92660-6422
   Telephone: 949 725 4000
5  Facsimile: 949 725 4100

6  Attorneys for Plaintiff
   COINMINT, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| COINMINT, LLC, | CASE NO. 3:23-cv-04683-RS |
| --- | --- |
| Plaintiff, | Honorable Richard Seeborg |
| vs. | **NOTICE OF APPEARANCE OF JASON DE BRETTEVILLE FOR PLAINTIFF COINMINT, LLC** |
| KATENA COMPUTING TECHNOLOGIES, INC., | |
| Defendant. | |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

NOTICE OF APPEARANCE OF JASON DE BRETTEVILLE
4892-9540-3430v1/108215-0003

TO THE CLERK OF THE COURT AND TO ALL THE PARTIES IN THIS ACTION, PLEASE TAKE NOTICE THAT Jason de Bretteville will appear in this matter as counsel for Plaintiff COINMINT, LLC.  Counsel respectfully requests to be included via e-mail on the Court's notification of electronic filings in this action at: jdebretteville@stradlinglaw.com.

Dated: February 16, 2024      STRADLING YOCCA CARLSON & RAUTH LLP

                        By:   */s/ Jason de Bretteville*
                            Marc J. Schneider
                            Jason de Bretteville

                            Attorneys for Plaintiff
                            COINMINT, LLC