1  MARC J. SCHNEIDER, State Bar No. 214609
   mschneider@stradlinglaw.com
2  JASON DE BRETTEVILLE, State Bar No. 195069
   jdebretteville@stradlinglaw.com
3  STRADLING YOCCA CARLSON & RAUTH LLP
   660 Newport Center Drive, Suite 1600
4  Newport Beach, CA 92660-6422
   Telephone: 949 725 4000
5  Facsimile: 949 725 4100

6  Attorneys for Plaintiff
   COINMINT, LLC
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO

11 | COINMINT, LLC,                | CASE NO. 3:23-cv-04683-RS
12 |             Plaintiff,        | Honorable Richard Seeborg
13 |        vs.                    | **[PROPOSED] ORDER GRANTING PLAINTIFF COINMINT, LLC'S MOTION FOR ORDER ENLARGING TIME TO RESPOND TO DEFENDANT'S PETITION TO CONFIRM ARBITRATION AWARD**
14 | KATENA COMPUTING TECHNOLOGIES, INC., |
15 |             Defendant.        |
16
17                                 | (Related to Dkt. 27)

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4867-7403-6902v2/108215-0003

Having reviewed the papers submitted in support of Plaintiff, Coinmint, LLC's ("Coinmint's"), Motion for an Order Enlarging Time To Respond To Defendant's Petition To Confirm Arbitration Award, and good cause appearing therefore, this Court enlarges the time to respond to Defendant Katena Computing Technologies, Inc.'s ("Katena") Petition to Confirm Arbitration Award by 31 days, extending the current March 1, 2024 deadline to a new deadline of April 1, 2024, by which date Coinmint shall file a combined opposition and cross-motion to vacate the arbitration award, not to exceed 25-pages in length.

**IT IS SO ORDERED.**

DATED: February \_\_\_\_, 2024

_____
Honorable Richard Seeborg

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-
[PROPOSED] ORDER
4867-7403-6902v2/108215-0003