```
FLETCHER C. ALFORD (SBN: 152314)
falford@grsm.com
KEVIN LIU (SBN: 295287)
kliu@grsm.com
MYLES A. LANZONE (SBN: 257791)
mlanzone@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Plaintiff
COINMINT, LLC
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COINMINT, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>KATENA COMPUTING TECHNOLOGIES, INC.<br><br>  Defendant. | CASE NO. 23-cv-04683-DMR<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>Civil L.R. 5-1(c)(2)(C) |

TO THE HONORABLE COURT, ALL PARTIES, AND THIER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Gordon Rees Scully Mansukhani, LLP ("GRSM") will no longer represent Plaintiff COINMINT, LLC in this matter. Please note that henceforth Plaintiff Coinmint, LLC will continue to be represented by Steven D. Feldman of Stradley Ronon Stevens & Young, LLP and Marc J. Schneider and Jason de Bretteville of Stradling Yocca Carlson & Rauth LLP. Please update your proofs of service and address all future notices, pleadings, discovery and/or correspondence to counsel in this matter as follows:

Steven D. Feldman
Stradley Ronon Stevens & Young, LLP
100 Park Avenue, Suite 2000
New York, NY 10017
Phone: 212.812.4124
Fax: 646.682.7180
sfeldman@stradley.com

-1-

NOTICE OF CHANGE IN COUNSEL

```
1   Marc J. Schneider
    Jason de Bretteville
2   Stradling Yocca Carlson & Rauth LLP
    660 Newport Center Drive, Suite 1600
3   Newport Beach, CA 92660
    Phone: 949.725.4000
4   Fax: 949.725.4100
    mschneider@stradlinglaw.com
5   jdebretteville@stradlinglaw.com

6

7   I consent to this change in counsel.

8     Dated:                                    COINMINT, LLC

9
                                                By: _____
10                                                    (Signature of Party)

11

12

13  I consent to this change in counsel.

14
      Dated:  March 8, 2024                     GORDON REES SCULLY MANSUKHANI,
15                                              LLP

16
                                                By: _____
17                                                    Fletcher C. Alford
                                                      (Signature of Former Counsel)
18
```