1  **PERKINS COIE LLP**
   David P. Chiappetta, Bar No. 172099
2  DChiappetta@perkinscoie.com
   Torryn Taylor Rodgers, Bar No. 319126
3  TRodgers@perkinscoie.com
   505 Howard Street, Suite 1000
4  San Francisco, California 94105
   Telephone:   415.344.7000
5  Facsimile:   415.344.7050

6  Attorneys for Defendant
   Katena Computing Technologies, Inc.
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12 | COINMINT, LLC,                    | Case No. 23-cv-04683-RS
13 |         Plaintiff,                | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
14 |     v.                            |
15 | KATENA COMPUTING TECHNOLOGIES, INC.,|
16 |         Defendant.                |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff Coinmint, LLC ("Coinmint"), and Defendant Katena Computing Technologies, Inc. ("Katena"), subject to the approval of the Court, that the following shall govern this action as follows:

1. WHEREAS, on September 12, 2023, Defendant Katena removed the above-captioned action to the Northern District of California (Dkt. 1);

2. WHEREAS, on October 13, 2023, this action was ordered related to *Coinmint, LLC v. DX Corr Design, Inc.*, Case No. 23-cv-00599-RS (the "DX Corr Design Case") (Dkt. 19) and reassigned to Judge Richard Seeborg (Dkt. 20);

3. WHEREAS, the Court contemporaneously set an Initial Case Management Conference for January 11, 2024, at 10:00 AM (Dkt. 21 – Clerk's Notice re Reassigned Case);

4. WHEREAS, on December 1, 2023, the Court ordered this action stayed pending an arbitration that is being conducted between Plaintiff Coinmint and Defendant Katena (the "Arbitration") (Dkt. 22);

5. WHEREAS, due to the continuing nature of the Arbitration, the parties previously stipulated to take the Initial Case Management Conference off calendar and set a Case Management Conference for January 25, 2024 (Dkt. 24);

6. WHEREAS, due to the further continuing nature of the Arbitration, the parties previously stipulated to take the January 25, 2024 Case Management Conference off calendar and re-set the conference for March 28, 2024, to allow time for an anticipated award to be granted in the Arbitration (Dkt. 26);

7. WHEREAS, on February 6, 2024, a final award was granted in the Arbitration;

8. WHEREAS, on February 8, 2024, Defendant Katena filed a Petition to Confirm the Arbitration Award, which the Court deemed as a motion to confirm the Arbitration award (Dkt. 27);

9. WHEREAS, Plaintiff Coinmint's Motion to Vacate the Arbitration Award is due on April 1, 2024, per Order of this Court (Dkt. 38); and

10. WHEREAS, the signatories to this Stipulation and [Proposed] Order are the only

1  parties to have made an appearance in the action.

2  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

3  Upon approval by this Court, the Case Management Conference set for March 28, 2024,
4  shall be taken off calendar, and a Case Management Conference set on May 30, 2024, to allow
5  time for the above-referenced motions to be heard by this Court.

6  IT IS SO STIPULATED.

7

8  DATED:  March 18, 2024          **PERKINS COIE LLP**

9
                                    By:/s/David P. Chiappetta
10                                       David P. Chiappetta
                                    Attorneys for Defendant
11                                  KATENA COMPUTING TECHNOLOGIES, INC.

12 DATED:  March 18, 2024          **STRADLEY RONON STEVENS & YOUNG, LLP**

13
                                    By:/s/Steven D. Feldman
14                                       Steven D. Feldman
                                    Attorneys for Plaintiff
15                                  COINMINT, LLC

16                                       **ATTESTATION**

17  Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in this filing of this
18 document has been obtained from each of the other signatories.

19
                                    /s/David P. Chiappetta
20                                  David P. Chiappetta

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

**GOOD CAUSE APPEARING**, it is ordered that the Case Management Conference set for Thursday, March 28, at 10:00 AM, be taken off calendar, and that a Case Management Conference be set for Thursday, May 30, at 10:00 AM. The parties are ordered to file a joint Case Management Statement no later than seven calendar days prior to the date of the reset Case Management Conference.

**IT IS SO ORDERED.**

Date:  3/18  , 2024          By: _____
                                  Richard Seeborg
                                  Chief District Judge of the U.S. District Court
                                  for the Northern District of California