UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COINMINT, LLC,

         Plaintiff(s),

   v.

KATENA COMPUTING TECHNOLOGIES, INC.

         Defendant(s).

Case No. 3:23-cv-4683

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Keith R. Dutill , an active member in good standing of the bar of Commonwealth of Pennsylvania , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff Coinmint LLC in the above-entitled action. My local co-counsel in this case is Jason de Bretteville and Marc Schneider , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: Jason de Bretteville SBN 195069; Marc Schneider SBN 214609

30 Valley Stream Parkway
Malvern, PA 19355
MY ADDRESS OF RECORD

(610) 640-5809
MY TELEPHONE # OF RECORD

kdutill@stradley.com
MY EMAIL ADDRESS OF RECORD

660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(949) 725-4000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jdebretteville@stradlinglaw.com
mschneider@stradlinglaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 46387. .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: ___March 26, 2024___          ___Keith R. Dutill_____

5                                                                  APPLICANT

6  ═══════════════════════════════════════════════

7

8                    ORDER GRANTING APPLICATION

9             FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of Keith          R.          Dutill

12  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _____

16

17  _____

18  UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California



### 𝔖upreme 𝔔ourt of 𝔓ennsplvania

## CERTIFICATE OF GOOD STANDING

### *Keith R. Dutill, Esq.*

**DATE OF ADMISSION**

*November 7, 1986*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated:  March 21, 2024**

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk

