# EXHIBIT C

| Number of participants | 2 |
|---|---|
| Participants | ▮▮▮▮▮ @s.whatsapp.net Michael<br>▮▮▮▮▮ @s.whatsapp.net Henry (owner) |
| Number of messages | 244 |
| First message sent date/time | May 04, 2021 06:57:00 |
| Last message sent date/time | May 04, 2021 22:18:34 |



**▮▮▮▮ @s.whatsapp.net Henry**    May 04, 2021 06:57:00

Michael never sent his feedback on sales agreement yesterday

**▮▮▮▮ @s.whatsapp.net Henry**    May 04, 2021 07:02:25

I talked to him Wed last week about this, he must be busy or....

**▮▮▮▮ @s.whatsapp.net Henry**    May 04, 2021 07:02:36

I talk to ▮▮▮ this morning

**▮▮▮▮ @s.whatsapp.net Henry**    May 04, 2021 07:02:43

They're now also interested in investing

**▮▮▮▮ @s.whatsapp.net Henry**    May 04, 2021 07:32:20

I'm wondering if I should pull sales order option from ▮▮▮ they're not moving fast enough my feeling is they're buying themselves time

KATENA006586

█████████ @s.whatsapp.net Henry | May 04, 2021 07:33:01

Maybe they don't have the urgency to procure machines right away, maybe they're waiting on something, maybe some other supplier to come thru first

█████████ @s.whatsapp.net Henry | May 04, 2021 07:33:49

At least █████ has come thru starting wires

█████████ @s.whatsapp.net Henry | May 04, 2021 08:05:23

Putting pressure on █████ for Pre order, using that card now...

█████████ @s.whatsapp.net Henry | May 04, 2021 08:05:36

Message to █████, my first contact:Hey man, sent note to █████ this morning, some things moving on my end...so wanted to give it to you straight. ;Unless things get moving within 48hrs- I'm going to assume █████ is not in a rush to place a pre-order this week as I haven't gotten any feedback from you guys on timing-size of order confirmation-terms of what was offered. If so, I'm going to release capacity and we can continue convo'. ████████████████████ capacity will be addressed but delivery time is always tricky. Let me know

█████████ @s.whatsapp.net Michael | May 04, 2021 09:08:44

With what $?

█████████ @s.whatsapp.net Henry | May 04, 2021 09:09:44

they're making intro's to a couple of their investors

 KATENA006587



███ @s.whatsapp.net Michael          May 04, 2021 09:09:51

Oh great

███ @s.whatsapp.net Henry          May 04, 2021 09:09:58

told them ██ range

███ @s.whatsapp.net Michael          May 04, 2021 09:10:00

That's actually maybe going to pan out

███ @s.whatsapp.net Henry          May 04, 2021 09:10:32

yeah

███ @s.whatsapp.net Henry          May 04, 2021 09:10:45

if we land anywhere in the ███ range, we'll have good upside

███ @s.whatsapp.net Michael          May 04, 2021 09:11:21

Your feeling still that ███ will come thru soon?

███ @s.whatsapp.net Michael          May 04, 2021 09:11:42

They seemed pretty bought in last week

CONFIDENTIAL                    KATENA006588



█████ @s.whatsapp.net Michael          May 04, 2021 09:11:51

Tech call went well...

█████ @s.whatsapp.net Michael          May 04, 2021 09:12:09

I can't figure out why the stall, except for maybe ████████

█████ @s.whatsapp.net Michael          May 04, 2021 09:12:21

Looking back, that's the same reason ███ probably was slow

█████ @s.whatsapp.net Henry          May 04, 2021 09:13:29

yeah ███ told me if Katena- ███ deal falls thru, it's on ███

█████ @s.whatsapp.net Henry          May 04, 2021 09:14:19

they should at least counter, ███ that is

█████ @s.whatsapp.net Michael          May 04, 2021 09:16:05

Yeah

█████ @s.whatsapp.net Michael          May 04, 2021 09:16:08

True

CONFIDENTIAL                                                   KATENA006589

██████ @s.whatsapp.net Michael                    May 04, 2021 09:16:21

Given tech went well, what else can they wait for, right?

██████ @s.whatsapp.net Michael                    May 04, 2021 09:16:37

If I remember correctly their rigs committee is yesterday

██████ @s.whatsapp.net Michael                    May 04, 2021 09:16:44

So probably they talked capacity then

██████ @s.whatsapp.net Michael                    May 04, 2021 09:17:41

Btw to fomo these guys more

██████ @s.whatsapp.net Michael                    May 04, 2021 09:17:55

You can always remind them, you have JP Morgan engaged to do private placement

██████ @s.whatsapp.net Michael                    May 04, 2021 09:18:07

And if that $ comes through you can threaten to take all capacity yourself

██████ @s.whatsapp.net Michael                    May 04, 2021 09:18:13

(this is more for Coinmint)

██████ @s.whatsapp.net Henry                      May 04, 2021 09:18:55

yeah i also like the tone around

                                   KATENA006590



**s.whatsapp.net Henry** — May 04, 2021 09:19:01

maybe katena will go more vertical

**@s.whatsapp.net Henry** — May 04, 2021 09:19:10

and limit sales

**@s.whatsapp.net Henry** — May 04, 2021 09:19:17

i think i'll start passing this message out

**@s.whatsapp.net Michael** — May 04, 2021 09:19:23

You should ping Maloney, JPM now engaged

**@s.whatsapp.net Michael** — May 04, 2021 09:19:24

Yeah

**@s.whatsapp.net Henry** — May 04, 2021 09:19:37

signals the market confidence on our own tech

**@s.whatsapp.net Henry** — May 04, 2021 09:19:44

yeah pinged him already this am

CONFIDENTIAL

KATENA006591



**@s.whatsapp.net Henry** — May 04, 2021 09:20:26

yeah dude, let's open up the round

**@s.whatsapp.net Henry** — May 04, 2021 09:20:29

JP runs process

**@s.whatsapp.net Henry** — May 04, 2021 09:20:40

i'll negotiate a lower fee for those we bring in

**@s.whatsapp.net Henry** — May 04, 2021 09:21:01

let's get that fucking data room and deck sanitized, compliance by JP, and we're in front of investors

**whatsapp.net Henry** — May 04, 2021 09:30:55

Attorney Client

**@s.whatsapp.net Michael** — May 04, 2021 09:33:51

Btw if Maloney tells the truth in his resume

**@s.whatsapp.net Michael** — May 04, 2021 09:34:03

He has MFN status with Bitmain and MicroBT

KATENA006592



@s.whatsapp.net Michael                          May 04, 2021 09:34:15

Meaning, he knows $45/th prices etc

@s.whatsapp.net Henry                            May 04, 2021 09:34:37

MFN?

@s.whatsapp.net Michael                          May 04, 2021 09:34:38

Not only that but he gets those prices

@s.whatsapp.net Michael                          May 04, 2021 09:34:43

Most favored nation

@s.whatsapp.net Henry                            May 04, 2021 09:34:50

Oh shit

**@s.whatsapp.net Michael**     May 04, 2021 09:35:27



**@s.whatsapp.net Michael**     May 04, 2021 09:35:32

Look..

**@s.whatsapp.net Michael**     May 04, 2021 09:36:31

Coinmint all these guys are just playing us

**@s.whatsapp.net Michael**     May 04, 2021 09:36:48

The only world where this would be different is if Maloney really wants the job



@s.whatsapp.net Henry                    May 04, 2021 09:37:29

ha1

@s.whatsapp.net Henry                    May 04, 2021 09:37:33

da f

@s.whatsapp.net Henry                    May 04, 2021 09:37:47

i do think he wants the job

@s.whatsapp.net Michael                  May 04, 2021 09:38:57

Hmm.. Then where's the urgency

@s.whatsapp.net Michael                  May 04, 2021 09:39:16

If this is how he will act on the job, broken leg every day

@s.whatsapp.net Michael                  May 04, 2021 09:39:18

Haha

@s.whatsapp.net Henry                    May 04, 2021 09:39:59

hahaha



@s.whatsapp.net Henry — May 04, 2021 09:40:08

yeah right...

@s.whatsapp.net Henry — May 04, 2021 09:40:18

why can't everyone as fast as we do

@s.whatsapp.net Henry — May 04, 2021 09:40:21

i don't get it

@s.whatsapp.net Michael — May 04, 2021 09:40:34

I think they are fast

@s.whatsapp.net Michael — May 04, 2021 09:40:41

They are quickly negotiating counter deals with Bitmain

@s.whatsapp.net Henry — May 04, 2021 09:40:41

hey i need org chart for sagar's team in asic eng

@s.whatsapp.net Michael — May 04, 2021 09:40:42

Haha

KATENA006596



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

KATENA006599



CONFIDENTIAL



CONFIDENTIAL

KATENA006601



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

KATENA006604



CONFIDENTIAL

KATENA006605



**CONFIDENTIAL**

**KATENA006606**



**████████ @s.whatsapp.net Michael**  May 04, 2021 11:20:52

Why would *████* be able to bring in this much $$...

**████████ @s.whatsapp.net Michael**  May 04, 2021 11:21:13

And besides this is a China deal. They will probably go with ████ in the end..

**████████ @s.whatsapp.net Michael**  May 04, 2021 11:21:26

I have some skepticism, these guys will go ask the factory stuff etc

**████████ @s.whatsapp.net Michael**  May 04, 2021 11:21:37

They'll want to see a China office, China staff etc



**████████ @s.whatsapp.net Henry**  May 04, 2021 11:23:44

No idea

**████████ @s.whatsapp.net Henry**  May 04, 2021 11:48:48

Yeah dude I'm thinking the same

**████████ @s.whatsapp.net Henry**  May 04, 2021 11:49:07

Why would ████ have an 'in' without usual due diligence

CONFIDENTIAL



@s.whatsapp.net Henry                    May 04, 2021 11:49:17

Beyond just seeing TSMC contract

@s.whatsapp.net Michael                   May 04, 2021 11:54:43

Too good to be true

@s.whatsapp.net Henry                    May 04, 2021 11:59:49

now

@s.whatsapp.net Henry                    May 04, 2021 11:59:51

Tech

@s.whatsapp.net Henry                    May 04, 2021 12:12:28

is the CEO

@s.whatsapp.net Henry                    May 04, 2021 12:12:43

s the MIT guy

@s.whatsapp.net Henry                    May 04, 2021 12:13:06

And CTO



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

KATENA006611



CONFIDENTIAL

KATENA006612



CONFIDENTIAL

KATENA006613



CONFIDENTIAL

KATENA006614



KATENA006615



████████ @s.whatsapp.net Michael | May 04, 2021 14:25:33

But if we can assume more, then that is great

████████ @s.whatsapp.net Henry | May 04, 2021 14:25:45

We should not assume ████

████████ @s.whatsapp.net Michael | May 04, 2021 14:58:30

Interesting call with Mike from Coinmint

System Message System Message | May 04, 2021 14:58:42

Missed Voice Call

████████ @s.whatsapp.net Michael | May 04, 2021 14:58:46

He tells me the fowling

████████ @s.whatsapp.net Michael | May 04, 2021 14:58:47

Following

████████ @s.whatsapp.net Michael | May 04, 2021 14:59:03

CEO is signed off on $60/th, $100m order

CONFIDENTIAL
KATENA006616

@s.whatsapp.net Michael                    May 04, 2021 14:59:10

They have cash in hadn to pay down payment

@s.whatsapp.net Michael                    May 04, 2021 14:59:19

CEO has already been briefed on Katena

@s.whatsapp.net Michael                    May 04, 2021 14:59:33

They want US to recommend them a tech due diligence firm, he will just say he found them hims elf

@s.whatsapp.net Michael                    May 04, 2021 14:59:57

Tuesday next week they'd meet to confirm Katena order or not

@s.whatsapp.net Michael                    May 04, 2021 15:00:10

Lock PO by Thursday next week

@s.whatsapp.net Michael                    May 04, 2021 15:00:31

"Why is it so slow?" I ask, he tells me they literally had a leadership shakeup, new CEO etc

@s.whatsapp.net Michael                    May 04, 2021 15:00:43

New CEO already signed off on Katena but they were navigating that for past two weeks

@s.whatsapp.net Michael                    May 04, 2021 15:00:48

hats also why legal delay

███████████ @s.whatsapp.net Michael                  May 04, 2021 15:01:11

Their best quote on Bitmain hardware is $70/tyg

███████████ s.whatsapp.net Michael                   May 04, 2021 15:01:12

Th

███████████ @s.whatsapp.net Michael                  May 04, 2021 15:01:14

For q4

███████████ @s.whatsapp.net Michael                  May 04, 2021 15:01:26

preferred nation is fake news, he just put that on resume

███████████ @s.whatsapp.net Michael                  May 04, 2021 15:01:29

Doesn't mean much

███████████ @s.whatsapp.net Michael                  May 04, 2021 15:03:46

Call me sometimes

███████████ @s.whatsapp.net Michael                  May 04, 2021 15:03:47

Sometimes

███████████ @s.whatsapp.net Michael                  May 04, 2021 15:03:49

Sometime*

@s.whatsapp.net Henry — May 04, 2021 15:29:10

Ok good, So who do we think

@s.whatsapp.net Henry — May 04, 2021 15:29:21

One of Sagar's bitch engineers

s.whatsapp.net Henry — May 04, 2021 15:29:24

Lol

@s.whatsapp.net Henry — May 04, 2021 15:32:24

What's the risk at this point, besides tech dd

@s.whatsapp.net Henry — May 04, 2021 16:06:57

Sagar calling some people he knows to identify tech dd consultant

@s.whatsapp.net Henry — May 04, 2021 16:07:03

3 people

@s.whatsapp.net Henry — May 04, 2021 16:07:35

So conversion rate needs to be 1 of 3 to work out

KATENA006619



████████ @s.whatsapp.net Henry                May 04, 2021 16:07:37

Not bad



████████ @s.whatsapp.net Michael             May 04, 2021 17:12:51

**Attorney Client** ████████

████████ @s.whatsapp.net Michael             May 04, 2021 17:13:06

I need to send this out tonight for China for 24hr signature

████████ @s.whatsapp.net Henry                May 04, 2021 17:58:28

I'll bump him

CONFIDENTIAL                                                  KATENA006620

███ @s.whatsapp.net Henry                    May 04, 2021 18:15:45

https://twitter.com/francissuarez/status/1389747493114687492?s=24



███ s.whatsapp.net Henry                     May 04, 2021 18:55:26

Attorney Client ███

███ s.whatsapp.net Henry                     May 04, 2021 18:55:28

See email



@s.whatsapp.net Henry       May 04, 2021 18:55:31

Let's get China on it

@s.whatsapp.net Michael       May 04, 2021 20:26:35

Already sent to Edwin to get James on it

@s.whatsapp.net Michael       May 04, 2021 22:16:40

Is Sagar on this tech dd thing?

@s.whatsapp.net Henry       May 04, 2021 22:16:54

He said he called 3 people

@s.whatsapp.net Henry       May 04, 2021 22:17:00

Did u talk to him tonight?

@s.whatsapp.net Michael       May 04, 2021 22:17:03

They all said no?

@s.whatsapp.net Henry       May 04, 2021 22:17:03

He gets confused

@s.whatsapp.net Henry          May 04, 2021 22:17:16

He's worried about people knowing about it

@s.whatsapp.net Michael          May 04, 2021 22:17:19

Now he says he still had yet to call and it's 2 people now..

@s.whatsapp.net Henry          May 04, 2021 22:17:19

Or some bullshit

@s.whatsapp.net Henry          May 04, 2021 22:17:27

Told him it would all be confidential

@s.whatsapp.net Henry          May 04, 2021 22:17:56

We need to move on this , fuck;This is the way to Coinmint

@s.whatsapp.net Michael          May 04, 2021 22:18:15

Maloney has walked it to the finish line for us

@s.whatsapp.net Michael          May 04, 2021 22:18:22

This is the easiest possible dd process



CONFIDENTIAL

KATENA006624