# EXHIBIT D

| Number of participants | 2 |
|---|---|
| Participants | ████████ @s.whatsapp.net Michael<br>@s.whatsapp.net Henry (owner) |
| Number of messages | 128 |
| First message sent date/time | May 08, 2021 07:41:53 |
| Last message sent date/time | May 08, 2021 22:15:38 |



████████ @s.whatsapp.net Henry     May 08, 2021 07:41:53

BTC at $59K!

████████ @s.whatsapp.net Henry     May 08, 2021 07:48:06

Nothing from Maloney btw

████████ @s.whatsapp.net Henry     May 08, 2021 08:29:44

Signal

████████ @s.whatsapp.net Henry     May 08, 2021 11:14:09

Got Maloney's write up

████████ @s.whatsapp.net Henry     May 08, 2021 11:14:11

On it

CONFIDENTIAL

KATENA006701





**████ @s.whatsapp.net Henry**          May 08, 2021 17:28:22

If 100% will be in escrow, we get zero money until after Sept

**████ @s.whatsapp.net Henry**          May 08, 2021 17:28:28

working unit showcase

**████ @s.whatsapp.net Henry**          May 08, 2021 17:28:40

We want some $ directly into Katena

**████ @s.whatsapp.net Henry**          May 08, 2021 17:28:46

Was this discussed at all?

**████ @s.whatsapp.net Michael**          May 08, 2021 17:42:22

I NEVER discussed escrow with him.

**████ @s.whatsapp.net Michael**          May 08, 2021 17:43:43

treated it as a bad word after the ████ discussion

**████ @s.whatsapp.net Henry**          May 08, 2021 17:43:59

Ok I'm pushing back

█████████ @s.whatsapp.net Michael                    May 08, 2021 17:44:00

So I think this request is coming organically from him

████████ @s.whatsapp.net Henry                        May 08, 2021 17:44:20

Hi Michael,;Re PO-;Request, can we split initial 25% deposit, 50/50 between 1-escrow, and 2-Katena direct payment. ;Regards,;Henry

████████ whatsapp.net Henry                            May 08, 2021 17:44:28

Let's see what he says to this

████████ @s.whatsapp.net Henry                        May 08, 2021 17:44:40

That puts $12.5M into Katena directly

█████████ @s.whatsapp.net Michael                    May 08, 2021 17:44:42

You should just be like, wafer PO actually needs to be paid for

████████ @s.whatsapp.net Henry                        May 08, 2021 17:44:53

Yeah

████████ @s.whatsapp.net Henry                        May 08, 2021 17:45:01

I'll use wafer capacity card

KATENA006704

@s.whatsapp.net Michael — May 08, 2021 18:00:04

Wow Mike even put clauses in our favor into the document

@s.whatsapp.net Michael — May 08, 2021 18:00:08

He must really wanna be hired

@s.whatsapp.net Henry — May 08, 2021 18:03:12

We're going to have this signed one way or another. But this escrow thing fucks us up, when JP and investors review our documentation this is a clear out

@s.whatsapp.net Henry — May 08, 2021 18:03:49

don't have this, so while they're smaller deposits for now, at least it's actual deposits coming in. Binding. All in.

@s.whatsapp.net Michael — May 08, 2021 18:03:52

Agree that no escrow obviously fucks us up

@s.whatsapp.net Michael — May 08, 2021 18:04:03

*escrow

@s.whatsapp.net Michael — May 08, 2021 18:04:10

I don't know where he got the impression we would eat this

KATENA006705



**@s.whatsapp.net Michael**      May 08, 2021 18:04:28

You know this could be Coinmint + ▮▮▮ collusion

**@s.whatsapp.net Henry**      May 08, 2021 18:04:37

Shit , maybe

**@s.whatsapp.net Michael**      May 08, 2021 18:04:50

That's what they would do..

**@s.whatsapp.net Henry**      May 08, 2021 18:05:00

▮▮▮▮▮▮▮▮▮▮▮▮

**@s.whatsapp.net Michael**      May 08, 2021 18:05:42

You should give that to Mike too

**@s.whatsapp.net Michael**      May 08, 2021 18:05:50

See if that gets him off the ledge

**@s.whatsapp.net Henry**      May 08, 2021 18:06:38

I'm ok to do that, but let's see what he says first of my 50% no escrow or 25% deposit

KATENA006706

@s.whatsapp.net Michael                    May 08, 2021 18:06:45

I could actually bring up to Mike, hey look, escrow would make your orders delivered q2 instead so do you really want that

@s.whatsapp.net Henry                    May 08, 2021 18:06:58

Ideally he just gets it thru, I mean why tech dd the ?

@s.whatsapp.net Henry                    May 08, 2021 18:07:01

Then?

@s.whatsapp.net Michael                    May 08, 2021 18:07:02

(Haven't said an thing yet to him)

@s.whatsapp.net Michael                    May 08, 2021 18:07:14

Yeah what's the point, as long as working machine..

@s.whatsapp.net Michael                    May 08, 2021 18:07:26

We can lock working machine pre order with any number of people

@s.whatsapp.net Henry                    May 08, 2021 18:07:37

Yeah why lock in price now even, for all of 2022, if we can't see any $ until working unit showcase

KATENA006707

██████████ @s.whatsapp.net Henry                 May 08, 2021 18:08:00

Might as well lock orders with a stronger negotiating position once we have working units

██████████ @s.whatsapp.net Henry                 May 08, 2021 18:08:14

The whole point for Pre orders now is get $ in

██████████ @s.whatsapp.net Michael               May 08, 2021 18:09:00

Yeah

██████████ @s.whatsapp.net Michael               May 08, 2021 18:09:07

He may just be negotiating..

██████████ @s.whatsapp.net Michael               May 08, 2021 18:09:40

Let's see what he says back

██████████ @s.whatsapp.net Michael               May 08, 2021 18:09:45

No urgency really till Monday

██████████ @s.whatsapp.net Henry                 May 08, 2021 18:10:02

Yep

                                        KATENA006708

█████ @s.whatsapp.net Michael     May 08, 2021 18:10:11

On other hand this might be why he's willing to do $60/th

█████ @s.whatsapp.net Michael     May 08, 2021 18:10:17

Because he's incurring no risk

█████ @s.whatsapp.net Michael     May 08, 2021 18:10:29

The only risk is opportunity cost if we don't manage to produce

█████ @s.whatsapp.net Henry     May 08, 2021 18:10:43

This will be big if we can get it thru;$ in;Big order;Big name

█████ @s.whatsapp.net Michael     May 08, 2021 18:11:06

Even if he only does escrow we should still do press

█████ @s.whatsapp.net Henry     May 08, 2021 18:11:09

We could offer some equity in Katena to Coinmint

█████ @s.whatsapp.net Michael     May 08, 2021 18:11:18

Let's not be desperate dude

@s.whatsapp.net Michael    May 08, 2021 18:11:29

First we must mention, many others are doing down payments without escrow..

@s.whatsapp.net Michael    May 08, 2021 18:11:46

Perhaps investing at the same time as ordering

s.whatsapp.net Henry    May 08, 2021 18:11:53

Yeah our angle on "others" is we have demand abroad as well

@s.whatsapp.net Michael    May 08, 2021 18:11:56

PP allocation

@s.whatsapp.net Michael    May 08, 2021 18:12:11

They can do $10m there, will go up substantially if this works

@s.whatsapp.net Henry    May 08, 2021 18:12:11

Yep actually I've already mentioned this to Maloney

@s.whatsapp.net Michael    May 08, 2021 18:12:19

What'd he say

KATENA006710

**@s.whatsapp.net Henry** — May 08, 2021 18:12:23

Open to it

**@s.whatsapp.net Michael** — May 08, 2021 18:12:47

One alternative

**@s.whatsapp.net Henry** — May 08, 2021 18:12:51

Just not pushing it, as I don't want to be sharing customer agreements to customers coming in now / that we want in, as it will expose us

**@s.whatsapp.net Michael** — May 08, 2021 18:12:59

He invests additional money up front, we use that to actually do wafer order

**@s.whatsapp.net Henry** — May 08, 2021 18:13:02

As part of data room due dil

**@s.whatsapp.net Michael** — May 08, 2021 18:13:17

$12.5m investment, that pays for wafers.. Then later, $100m order *on top*

**@s.whatsapp.net Michael** — May 08, 2021 18:13:19

Separate them

KATENA006711

@s.whatsapp.net Michael
May 08, 2021 18:13:29

But they're part of the same deal, so he actually needs to give money up front

@s.whatsapp.net Henry
May 08, 2021 18:13:31

We need sakes

@s.whatsapp.net Henry
May 08, 2021 18:13:34

Sales

@s.whatsapp.net Henry
May 08, 2021 18:13:38

Or our valuation will be weak

@s.whatsapp.net Michael
May 08, 2021 18:13:44

True

@s.whatsapp.net Michael
May 08, 2021 18:13:54

Sales will push valuation beyond $

@s.whatsapp.net Michael
May 08, 2021 18:14:03

EBITDA for this year will be over $

KATENA006712

@s.whatsapp.net Henry — May 08, 2021 18:14:09

No sales no big order, we have an uphill battle

@s.whatsapp.net Henry — May 08, 2021 18:14:26

Sales before Equity option, for Customers

@s.whatsapp.net Michael — May 08, 2021 18:14:31

Maybe there's a world where contingent orders with money down is all we can do

@s.whatsapp.net Michael — May 08, 2021 18:14:43

Then we raise on money down in escrow

@s.whatsapp.net Michael — May 08, 2021 18:14:45

Or something

@s.whatsapp.net Michael — May 08, 2021 18:15:12

What I meant by this, he would still put $25m into escrow and cannot cancel it

@s.whatsapp.net Michael — May 08, 2021 18:15:32

And he would have to put additional $75m to unlock any commitment, but escrow gets released in any case

KATENA006713

████████ @s.whatsapp.net Michael          May 08, 2021 18:15:49

This should still count towards EBITDA

████████ @s.whatsapp.net Michael          May 08, 2021 18:15:55

Because it is estimated EBITDA for the year

████████ @s.whatsapp.net Henry            May 08, 2021 18:16:21

No it's not, first Rev needs to be recognized, that's when we deliver. This year we can only book what we deliver this year

████████ @s.whatsapp.net Henry            May 08, 2021 18:16:34

when we deliver product

████████ @s.whatsapp.net Michael          May 08, 2021 18:16:36

Fuck

████████ @s.whatsapp.net Michael          May 08, 2021 18:16:42

████████████

19195909909@s.whatsapp.net Michael        May 08, 2021 18:16:48

████

KATENA006714

██████████ @s.whatsapp.net Henry      May 08, 2021 18:16:48

so start talking more like Year 1

██████████ @s.whatsapp.net Michael      May 08, 2021 18:17:15

Maybe we can shift FY beginning and end, creative accounting

██████████ @s.whatsapp.net Henry      May 08, 2021 18:17:16

And $100 Pre orders/Sales, to be recognized as we deliver product

██████████ @s.whatsapp.net Henry      May 08, 2021 18:17:27

Yeah don't worry about this

██████████ @s.whatsapp.net Henry      May 08, 2021 18:17:41

Just talk in terms of big Pre orders with deposits

██████████ @s.whatsapp.net Henry      May 08, 2021 18:17:46

But we need to land them

██████████ @s.whatsapp.net Henry      May 08, 2021 18:20:02

On financials, we need to make some changes re this I think. I'll talk to Jeremy tomorrow

█████████@s.whatsapp.net Michael      May 08, 2021 18:21:26

You gonna call Maloney about escrow issue?

█████████@s.whatsapp.net Henry      May 08, 2021 18:21:41

Sent him email back

█████████@s.whatsapp.net Michael      May 08, 2021 18:21:45

It is a bit of a showstopper

█████████@s.whatsapp.net Michael      May 08, 2021 18:21:46

Ok

█████████@s.whatsapp.net Michael      May 08, 2021 18:21:50

In that case wait for Monday

█████████@s.whatsapp.net Henry      May 08, 2021 18:21:51

Will wait until Monday

█████████@s.whatsapp.net Henry      May 08, 2021 18:21:53

Deposits (whether refundable or non-refundable) and early or pre-payments should not be recognized as revenue until the revenue-producing event has occurred.

CONFIDENTIAL

@s.whatsapp.net Henry     May 08, 2021 18:22:08

This is the rule

@s.whatsapp.net Michael     May 08, 2021 18:23:12

When's Gaurav getting this shit back to you btw

@s.whatsapp.net Michael     May 08, 2021 18:23:33

And do you wanna accept liability for shipment in reality? What're we gonna do about that

@s.whatsapp.net Michael     May 08, 2021 18:23:40

Is there shipping insurance?

@s.whatsapp.net Henry     May 08, 2021 18:28:07

Monday

@s.whatsapp.net Henry     May 08, 2021 18:34:08

No, they own it, we can offer shipping services who have insurance

@s.whatsapp.net Henry     May 08, 2021 18:34:40

They pick up, they pay for shipping co fees, and they shipping co has insurance

**@s.whatsapp.net Michael**      May 08, 2021 19:08:19

Seems like Mike Maloney is super hardline on this. But makes sense

**@s.whatsapp.net Michael**      May 08, 2021 19:08:30

Is this how ▮ did its contracts?

**@s.whatsapp.net Michael**      May 08, 2021 19:08:34

Precedent etc

**@s.whatsapp.net Henry**      May 08, 2021 19:13:19

What's he hard line about exactly, what did he tell you on this specific point

**@s.whatsapp.net Henry**      May 08, 2021 19:13:35

I've already talked to him about it;As in $60/Th excludes delivery costs

**@s.whatsapp.net Michael**      May 08, 2021 19:14:05

You should specify EXW then

**@s.whatsapp.net Michael**      May 08, 2021 19:14:19

Not FOB, which makes shipping our obligation but then what about insurance

CONFIDENTIAL

KATENA006718

@s.whatsapp.net Michael                          May 08, 2021 19:14:39

just reading tone of comments

@s.whatsapp.net Henry                            May 08, 2021 19:35:40

FOB DEFINITION | SHIPPING TERMS OF SALE. FOB, Free On Board, is a transportation term that indicates that the price for goods includes delivery at the Seller's expense to a specified point and no further.

@s.whatsapp.net Henry                            May 08, 2021 19:35:50

Specified point is a warehouse in HK

@s.whatsapp.net Henry                            May 08, 2021 19:36:41

But Michael has some good insights, so I'll chat with him about it

@s.whatsapp.net Henry                            May 08, 2021 20:32:27

James is working the problem

@s.whatsapp.net Michael                          May 08, 2021 22:04:27

?

@s.whatsapp.net Michael                          May 08, 2021 22:04:32

Which problem

@s.whatsapp.net Henry                    May 08, 2021 22:15:38

Export

CONFIDENTIAL

KATENA006720