# EXHIBIT E

| | |
|---|---|
| Number of participants | 2 |
| Participants | ███ @s.whatsapp.net Henry (owner)<br>███ @s.whatsapp.net Reddy Sagar |
| Number of messages | 33 |
| First message sent date/time | May 04, 2021 11:48:10 |
| Last message sent date/time | May 04, 2021 16:02:55 |





CONFIDENTIAL

KATENA008141



@s.whatsapp.net Reddy
**Sagar**
May 04, 2021 15:58:24

Yes

@s.whatsapp.net Henry
May 04, 2021 15:58:32

Need an Engineer for Coinmint to hire to do tech due dil on Katena

@s.whatsapp.net Reddy
**Sagar**
May 04, 2021 15:58:45

???

@s.whatsapp.net Henry
May 04, 2021 15:58:45

The CFO at Coinmint will just say Eng is his recommendation

@s.whatsapp.net Henry
May 04, 2021 15:58:48

Didn't come from us

@s.whatsapp.net Henry
May 04, 2021 15:58:54

Coinmint is customer

@s.whatsapp.net Henry
May 04, 2021 15:59:01

Wanting to place $100M order

KATENA008142

**Sagar** @s.whatsapp.net Reddy — May 04, 2021 15:59:05

Oh, that kind. But her wants us to recommend and engineer?

@s.whatsapp.net Henry — May 04, 2021 15:59:23

Who can you identify that will do tech due dil on you , friendly , rubber stamp and credible

@s.whatsapp.net Henry — May 04, 2021 15:59:33

For Coinmint CFO to look good

**Sagar** @s.whatsapp.net Reddy — May 04, 2021 15:59:58

Thinking... Thinking....

@s.whatsapp.net Henry — May 04, 2021 16:00:00

The. Coinmint CFO will join Katena after he gets us this deal

@s.whatsapp.net Henry — May 04, 2021 16:00:22

One of your engineers can act as consultant

@s.whatsapp.net Henry — May 04, 2021 16:00:37

Or someone in your network

KATENA008143



@s.whatsapp.net Henry — May 04, 2021 16:00:42

To say we walk on water

@s.whatsapp.net Henry — May 04, 2021 16:00:55

We are top eng team, results are 100% real

@s.whatsapp.net Henry — May 04, 2021 16:01:06

Recommendation to Coinmint: Place order

@s.whatsapp.net Henry — May 04, 2021 16:01:08

Now



@s.whatsapp.net Reddy
Sagar — May 04, 2021 16:01:27

Weird. I will need to check with a guy from my previous work. Let me call 3 guys right now that I can think of to see if they will do it



@s.whatsapp.net Henry — May 04, 2021 16:01:40

Yeah

@s.whatsapp.net Henry — May 04, 2021 16:01:47

Why weird

KATENA008144



**@s.whatsapp.net Henry** — May 04, 2021 16:01:58

We are basically giving them the text due dil lead

**@s.whatsapp.net Henry** — May 04, 2021 16:02:09

Tech

**@s.whatsapp.net Reddy Sagar** — May 04, 2021 16:02:17

Not that. The fact that he wants to join us

**@s.whatsapp.net Henry** — May 04, 2021 16:02:36

Oh yeah

**@s.whatsapp.net Henry** — May 04, 2021 16:02:45

He sees the upside that's why

**@s.whatsapp.net Henry** — May 04, 2021 16:02:52

And his interview is this deal lol

**@s.whatsapp.net Reddy Sagar** — May 04, 2021 16:02:55

Any way calling these guys

KATENA008145