# EXHIBIT F






Superior in Physical IP development - Expertise in Memory Compilers

## Physical IP

Superior in Physical IP

Every powerful chip design is built on a foundation of physical IP, a foundation that directly impacts the finished chip's performance, power, area and yield. At DXCorr, we understand the critical connection between the quality of your IC designs and the underlying physical IP. Our goal is to ensure that your designs are the best in the industry and that requires starting with a foundation based on the best IP available.



We are the industry's most skilled independent physical IP supplier that delivers carefully crafted high quality physical building blocks to the most advanced chip design teams. While other IP vendors provide generic "one size fits all" solutions, we believe that your IP should be as unique as your design and we build exactly what you need to compete and win in your market.

- Memory Compiler
- Standard Cell Libraries

Menu
- About
- Physic
- Team
- Servic
- Career
- Conta





### Standard Cell Libraries

Detail



### NEURAL COMPILERS

Detail

Driven by the industry's most skilled and experienced professionals.

## Meet Our Executive Team



**Mike Noonen**
Advisor



**Nirmalya Ghosh**
CEO



**Sagar Reddy**
CTO and Founder

image 1

**Robert Bleck**
Advisor

DXCorr Design Services

With Passion & Experience

# dxcorr

**Different.** Sometimes all of your needs can be met by standard building blocks. But from time to time, you need something really unique to differentiate your design from the competition. DXCorr looks forward to discussing your custom requirements. Our team of hard working engineers will work with you to deliver the most competitive design, be it the most complex ASIC design, or a complex graphics or a processor core, to be hardened in the latest process technology. The combination of our highly optimized physical IP, specific custom block or cell and our expert physical design teams will give you exceptional results. Contact us and we will help you build the greatest product that wins the market.

- Physical IP Product Line
- Services
- Career
- Contact Us

| | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|
| STANDARD CELLS | 500nm, 300nm | | 14nm-fdsoi, 10nm-fdsoi, 14nm-coldcube | |
| KICKER CELLS | 36nm-edram | | 14/16FinFET, 22nm-fdsoi, 10FinFET | |
| SRAM, ROM | | 28nm-high-perf | 14/16FinFET | |
| RF, MPNF | 28nm-high-perf, 40nm & 28nm-low-power | 28nm-high-perf | 14/16FinFET | 22nm-fdsoi |
| TCAM | 28nm-high-perf, 40nm-low-power | 28nm-low-power | 14/16FinFET | |
| DATAPATH, CUSTOM FUNCTION, MICRO-MACRO | 22nm-high-perf | | 14/16FinFET | 18nm |
| Sr CTAPEOUT | | 28nm-high-perf | 14/16FinFET | 22nm-fdsoi |
| | 40nm | 36nm-edram | 28nm-high-perf | 22nm-fdsoi |

## Front End

I. RTL Design and Design Verification

II. Process Migration and Cost Reduction

III. Physical IP selection and Trade-Off Analysis

IV. Logic Synthesis

V. DFT Insertion [Mentor] and Verification

VI. Chip Partitioning

## Back End

I. Floorplanning

II. Clock and Power Planning

III. Timing Constraints Generation

IV. Place-and-Route and Timing Closure

**dxcorr**
Clock Tree Synthesis
Chip Finishing Services

I. Chip Finishing and Quality Control
  - Physical IP
II. IR Drop and EM Analysis
  - Services
III. Timing and Signal Integrity Closure
  - Contact
IV. Sign-off Extraction and Timing and Noise Verification
V. Physical Verification (LVS, DRC and Antenna)
VI. DFM and Parametric Yield Improvement
VII. Full Chip Tape-Out

News & Events

What's happening with DXCorr around the world

10 Most Promising Semiconductor Companies by SiliconIndia 2018

4/13/23, 7:48 AM

As published in:
Siliconindia

DXCorr

May 2018

# 10 MOST PROMISING SEMICONDUCTOR COMPANIES 2018

**MOST PROMISING**

DXCorr selected in 20 Most Promising Semiconductor Companies 2017

web.archive.org/web/20200126081813/http://dxcorr.com/

6/11



4/13/23, 7:48 AM

DXCorr

# dxcorr

Menu

- About Us
- Physical IP
- Team
- Services
- Career
- Contact

Industry Groups

Supply Chain

Growing Ecosystem for 22FDX

DXCorr's presence in a common IP forum



4/13/23, 7:48 AM

DXCorr

# dxcorrtunities

Menu

Many Opportunities awaits you at DXCorr
- About Us
- Physical IP
- Team
- Services
- Career
- Contact

Whatever your career goals may be DXCorr offers the opportunities to work with advanced technologies, most innovative and to work with the most talented minds in the Industry.

We are hiring

Send your resume to jobs@dxcorr.com

We are presently hiring for the following positions (multiple openings including senior positions):

### SerDes Design Engineer

Job Description: DXCorr is seeking qualified SerDes designers to work on the next generation SerDes PHY's for DXCorr's leading customers. You will be part of a growing analog/mixed-signal team involved in research, design, and productization on leading-edge CMOS process technology nodes.

Requirement/Skill set: Experience in high-speed serial links

Deep knowledge in GHz SerDes PHY designs

Strong knowledge of analog CMOS designs and architectures

Deep experience with Tx & Rx equalization techniques and circuits

Significant experience with the high-speed digital circuit (e.g., serializer, deserializer, counters, dividers, etc.) design

Deep experience in analyzing link jitter budget for high-speed serial links and creating block-level requirements

Strong knowledge of different CDR architectures and designs

Experience in lab evaluation of high-speed serial links and defining equipment requirements

Responsibilities: Ownership of analog and digital circuits used in SerDes PHY, including evaluation of different circuit topologies for specific product requirements (e.g., Rx, CDR, Tx, clock generation and distribution, etc.). Able to work with multi-functional teams to define requirements/specs (e.g., modeling, package, board, DFT, ESD, etc.). Derive block-level specifications based on link-budget, behavioral modeling, and circuit design feasibility. Work closely with layout design. Generation/QA of various IP views/files for release to consumers. Defining production/bench-level test plans. Hold design reviews of blocks with peers/management to show design meets spec targets and requirements.

Qualification/Eligibility: Master's degree in Electronics and Communication Engineering / VLSI

Experience: With over 5 years of relevant experience.

Job location: Bangalore,India

Please send your resumes to jobs@dxcorr.com with job code 007.

4/13/23, 7:48 AM

DXCorr

# dxcorr

Menu

- About Us
- Physical IP
- Team
- Services
- Career
- Contact

Physical Design Engineer

Linux System Administrator

Staff Analog IC Design Engineer

Design Engineer

C/C++ Engineer

VLSI Engineer

Memory Circuit Designer

Memory Layout Designer

Place & Route Engineer

If you have the right attitude, aptitude, qualification and skill set do write to us at jobs@dxcorr.com. We look forward to hearing from you and will be in touch if there are suitable positions that match your qualifications and experience. We thank you in advance for considering dxcorr to be a part of your future.

## Work and Life @ DXCorr

People and culture make DXCorr a great place to work. Each person is unique and valued for that individuality. Our culture is about inclusion, collaboration, high performance, and opportunity.

Xmas-tree @ DXCorr

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

"Coming together is beginning- Staying together is progress- Working together is success"

## Contact Us

We would really love to hear from you



dxcorr

Name
E-Mail

4/13/23, 7:48 AM

Subject

DXCorr

- About Us
- Physical IP
- Team
- Services
- Career
- Contact

**Corporate Headquarters**

DXCorr Design Inc.
Suite #214
121, West Washington Avenue
Sunnyvale, CA - 94086
USA

View Larger Map

Shipping Address:
DXCorr Design Inc.
3083 Lawrence Expressway,
Santa Clara, CA 95051
USA

View Larger Map

**India Headquarters**

DXCorr Hardware Technologies Pvt. Ltd.
#No. 45, Sri Sai complex
Bhoopsandra Main road
RMV 2nd stage
Bangalore - 560094.
India
Ph: +91(80)23518494

**Japan**

DXCorr Design Inc.
6-13-19, Sodegaura, Narashino-shi
Chiba, 275-0021
Japan
Phone: +81-90-4742-3648

View Larger Map

© 2020 DXCorr

- To Top