# EXHIBIT G

| Number of participants | 2 |
|---|---|
| Participants | █ @s.whatsapp.net Michael<br>█ @s.whatsapp.net Henry (owner) |
| Number of messages | 74 |
| First message sent date/time | May 18, 2021 11:28:04 |
| Last message sent date/time | May 18, 2021 19:33:00 |

CONFIDENTIAL

KATENA006638

@s.whatsapp.net Michael — May 18, 2021 11:31:55

Fuck he is back to back

@s.whatsapp.net Michael — May 18, 2021 11:31:59

What do we do about Maloney?

@s.whatsapp.net Michael — May 18, 2021 11:32:14

If follow up meeting required we can't even close wire this week, just have to hope Bitcoin holds

@s.whatsapp.net Henry — May 18, 2021 11:32:37

Shit

@s.whatsapp.net Henry — May 18, 2021 11:32:45

Why doesn't Blake send full report

@s.whatsapp.net Michael — May 18, 2021 11:32:51

He's slow

@s.whatsapp.net Michael — May 18, 2021 11:33:05

And Bleck also says he hasn't gotten contract yet from Maloney at all



- Michael (May 18, 2021 11:33:11): Why isn't this just a yes/no from report??
- Henry (May 18, 2021 11:34:11): I promoted this exact point on group chat just mow
- Henry (May 18, 2021 11:34:13): Now
- Michael (May 18, 2021 11:34:30): Anything from [redacted]?
- Michael (May 18, 2021 11:34:37): We might have to drop to [redacted] for them
- Henry (May 18, 2021 11:34:39): Maloney better not be fucking us
- Michael (May 18, 2021 11:34:44): Yeah

CONFIDENTIAL

KATENA006640

**@s.whatsapp.net Henry** — May 18, 2021 11:34:47

Nothing yet

**@s.whatsapp.net Michael** — May 18, 2021 11:34:51

I don't get that sense yet

**@s.whatsapp.net Michael** — May 18, 2021 11:35:13

did you have chat with him about position here

**@s.whatsapp.net Henry** — May 18, 2021 11:35:26

Hey dude take a look at JP Morgan deck slides, give your inputs, that's for road show

**@s.whatsapp.net Henry** — May 18, 2021 11:35:55

We talked late last night, told him yeah let's do that etc, he was busy and it was late, we agreed to chat today

**@s.whatsapp.net Michael** — May 18, 2021 11:36:13

What else you guys talk about?

**@s.whatsapp.net Henry** — May 18, 2021 11:36:58

nothing

> ▮▮▮▮▮@s.whatsapp.net Henry    May 18, 2021 11:37:10
>
> He's got back end bs he's dealing with

> ▮▮▮▮▮@s.whatsapp.net Henry    May 18, 2021 11:37:14
>
> Ops stuff

> ▮▮▮▮▮@s.whatsapp.net Henry    May 18, 2021 11:37:37
>
> He told me he resolved agreement with contractor, yet today I keep hearing same bs from Blake

> ▮▮▮▮▮@s.whatsapp.net Henry    May 18, 2021 11:37:42
>
> So don't know what's going on

> ▮▮▮▮▮@s.whatsapp.net Henry    May 18, 2021 15:43:08
>
> Hey I need your inputs on use of proceeds

> ▮▮▮▮▮@s.whatsapp.net Henry    May 18, 2021 15:43:15
>
> 🚫 You deleted this message

> ▮▮▮▮▮@s.whatsapp.net Henry    May 18, 2021 15:43:19
>
> But I need that ASAP

CONFIDENTIAL      KATENA006642



**Henry** — May 18, 2021 15:43:28

**Michael** — May 18, 2021 16:25:58
Hey dude what do we do about Maloney

**Michael** — May 18, 2021 16:26:23
Ok, ... Didn't we already do that for the financials

**Henry** — May 18, 2021 16:26:50
Not really; Need this carefully reviewed based on latest data you have from team etc

**Henry** — May 18, 2021 16:27:04
Nothing until that Jack ass Robert gets full report done

**Henry** — May 18, 2021 16:27:13
Then we can go back to Maloney

**Michael** — May 18, 2021 16:27:21
Fuck

**Michael** — May 18, 2021 16:27:25
He's never gonna be done..

**Henry** — May 18, 2021 16:27:43
Why can't Sagar manage this relationship?

**Henry** — May 18, 2021 16:27:45
So stupid

**Henry** — May 18, 2021 16:39:01
With $37.5M coming in, I'm going to lock ▮ 100% renewable op site it for us

**Henry** — May 18, 2021 16:39:16
And that solves the substance behind our mining op story

**Henry** — May 18, 2021 16:39:22
Plus setup payroll

**Henry** — May 18, 2021 16:39:27
Plus etc

CONFIDENTIAL                                       KATENA006644

@s.whatsapp.net Henry — May 18, 2021 16:39:44

without this wire is going to mean we take a hit in valuation

@s.whatsapp.net Henry — May 18, 2021 16:39:50

So we will need to raise less

@s.whatsapp.net Henry — May 18, 2021 16:40:11

If wire comes in by Monday next week we are golden;Seems Maloney is managing capital release on his end

@s.whatsapp.net Henry — May 18, 2021 16:40:41

You need to talk to him offline;Re his engagement with Katena, I think he should already start thinking of his own offer comp to join

CONFIDENTIAL — KATENA006645

■ @s.whatsapp.net Henry                    May 18, 2021 16:57:56



■ @s.whatsapp.net Henry                    May 18, 2021 16:58:22

Message here- I'm assuming wire will come, we'll wrap up current deal etc

■ @s.whatsapp.net Henry                    May 18, 2021 16:58:42

(he'd need to come back to me to "disappoint" if otherwise)

CONFIDENTIAL                                                                    KATENA006646



@s.whatsapp.net Michael — May 18, 2021 17:12:51

Yeah originally Maloney proposal was..;Last week Tuesday: green light;last week Thursday: sign; yesterday, he starts at Katena

@s.whatsapp.net Michael — May 18, 2021 17:13:12

So now it was Friday signature, still waiting on wire.. but he definitely wants to start asap



@s.whatsapp.net Henry — May 18, 2021 17:36:30

Maloney Michael

Just tried you, ping me whenever Tomorrow is fine too

In the air, WhatsApp messenger works though

I'll give you a call tomorrow, landing a bit late

safe travels!

Thanks!

How's June 1st as a tentative start date at Katena
Here's a good exercise- Can you start putting together / thinking of a comp. package for yourself that can be reasonable for us to discuss?
I'm thinking a Finance / with Revenue flavor: role where you work closely with us on all things Finance + Revenue generating strategies

If June 1st is too aggressive, please propose what makes sense

1 UNREAD MESSAGE

I can put something together, absolutely - let me think about start date, but that sounds right to me

CONFIDENTIAL
KATENA006647

**@s.whatsapp.net Henry** — May 18, 2021 17:37:05

See his response; We know he is motivated; He won't join without getting us wire -> this is obvious and an eventuality

**@s.whatsapp.net Michael** — May 18, 2021 17:51:20

That's good

**@s.whatsapp.net Henry** — May 18, 2021 17:51:24

chess move reaction confirms eventuality; Should we start celebrating?

**@s.whatsapp.net Michael** — May 18, 2021 17:51:40

Hahahaha

**@s.whatsapp.net Michael** — May 18, 2021 17:51:47

Not yet!! Let's wait

**@s.whatsapp.net Henry** — May 18, 2021 17:51:51

Kk

**@s.whatsapp.net Michael** — May 18, 2021 17:52:15

Lol

**Henry** — May 18, 2021 17:52:21
If I'm on his shoes, I'd have to be quite confident to put my reputation out like this

**Michael** — May 18, 2021 17:52:22
Did he respond another text

**Michael** — May 18, 2021 17:52:25
Yeah

**Henry** — May 18, 2021 17:52:40
North of 90%

**Henry** — May 18, 2021 17:52:50
No other responses

**Michael** — May 18, 2021 17:52:59
Yeah, he seems to be considering it a done deal

**Henry** — May 18, 2021 18:31:41
Fuck; BTC at $41k



CONFIDENTIAL
KATENA006650