# EXHIBIT U

AMERICAN ARBITRATION ASSOCIATION

COMMERCIAL ARBITRATION RULES

COINMINT, LLC,                        ) Case No.   01-22-0001-7627
                                      )
        Claimant,                     )
                                      )
        vs.                           )
                                      )
KATENA COMPUTING TECHNOLOGIES,        )
INC.,                                 )
                                      )
        Respondent.                   )
_____ )

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Friday, January 12, 2024

REPORTED BY:

Derek L. Hoagland, CSR No. 13445

Job No. 94153

**TRANSCRIPT OF PROCEEDINGS**

**January 12, 2024**

```
 1              AMERICAN ARBITRATION ASSOCIATION

 2                COMMERCIAL ARBITRATION RULES

 3   COINMINT, LLC,                    ) Case No.  01-22-0001-7627
                                       )
 4        Claimant,                    )
                                       )
 5      vs.                            )
                                       )
 6   KATENA COMPUTING TECHNOLOGIES,    )
     INC.,                             )
 7                                     )
          Respondent.                  )
 8   _____ )

 9

10

11

12

13

14

15   Taken before Derek L. Hoagland, a Certified Shorthand

16   Reporter for the State of California, commencing at

17   9:23 a.m., Friday, January 12, 2024, at American

18   Arbitration Association, One Sansome Street, Floor 16,

19   San Francisco, California 94104.

20

21

22

23

24

25
```

**TRANSCRIPT OF PROCEEDINGS**

**January 12, 2024**

```
 1    APPEARANCES:

 2
      ARBITRATION PANEL
 3    REBECCA CALLAHAN
      GILDA TURITZ
 4    RUTH GLICK

 5
      COUNSEL FOR CLAIMANT COINMINT, LLC
 6    GORDON REES SCULLY MANSUKHANI, LLP
      BY:   FLETCHER C. ALFORD, ESQ.
 7          ROBERT A. LEMUS, ESQ. (REMOTELY)
            KEVIN LIU, ESQ.
 8    275 Battery Street
      Suite 2000
 9    San Francisco, California 94111
      415.875.3115
10    rlemus@grsm.com
      kliu@grsm.com
11    falford@grsm.com

12
      COUNSEL FOR KATENA COMPUTING TECHNOLOGIES, INC.
13    PERKINS COIE LLP
      BY:   JOHN HARDIN, ESQ.
14    500 North Akard Street
      Suite 3300
15    Dallas, Texas 75201
      214.965.7700
16
      -- and --
17
      PERKINS COIE LLP
18    BY:   JACOB TABER, ESQ.
      1155 Avenue of the Americas
19    22nd Floor
      New York, New York 10036
20    212.262.6900
      jtaber@perkinscoie.com
21

22    ALSO PRESENT
      Michelle Rose, Paralegal For Respondents
23    Hunter Blackburn, Support For Respondents
      Randall Foret, in-House Counsel For Coinmint, LLC
24    Michael Gao

25
```

```
1    9:23 a.m.          P R O C E E D I N G S

2

3           ARBITRATOR CALLAHAN:  All right.  So welcome,

4    everyone.  Before we get started, since we have a court

5    reporter, I know that the court reporter has taken down

6    everyone's appearances, but why don't we create a record

7    of who all is here.  And I will start with the panel.

8           ARBITRATOR TURITZ:  Gilda Turitz, Arbitrator.

9           ARBITRATOR CALLAHAN:  Rebecca Callahan,

10   Arbitrator.

11          ARBITRATOR GLICK:  And I am Ruth Glick,

12   Arbitrator.

13          MR. ALFORD:  Fletcher Alford and Kevin Liu for

14   the claimant, Coinmint.

15          MR. CALLAHAN:  And would you also introduce

16   those who are appearing by Zoom via your side?

17          MR. ALFORD:  Absolutely.  Thank you.

18          Robert Lemus from my firm, a co-counsel, also

19   for Claimant Coinmint, and Randall Floret is in-house

20   counsel for Coinmint.

21          MR. TABER:  Jacob Taber, Perkins Coie, for

22   Katena.

23          MR. HARDIN:  Hi.  John Hardin, Perkins Coie, for

24   Katena.  We have Michael Gao is online.  Dan Eden may or

25   may not be joining us.  I assume it will be via Zoom.
```

1   And there's also Michelle Rose and Hunter Blackburn, two

2   people with Perkins Coie, will be assisting today.

3          ARBITRATOR CALLAHAN:  All right.  Good.  So we

4   have a little -- we had an opportunity to talk a bit

5   before we went on the record today, so I want to cover a

6   couple of those things.  But I also want to cover a

7   technical procedural matter that the panel just isn't

8   sure that we covered with you either at the close of the

9   November 17th hearing or at our case management

10  conference.

11         Technically, under Rule 39, we're supposed to

12  check in with counsel and ask whether we need to confirm

13  with you that you have submitted all evidence that you

14  wish the panel to consider, and that there are no

15  further proofs to be submitted at this time or at all.

16  So we need to ask for that confirmation.

17         MR. ALFORD:  I think we actually did that.  I

18  think.

19         ARBITRATOR CALLAHAN:  We didn't have notes.

20         MR. ALFORD:  But we don't have any further

21  evidence.

22         ARBITRATOR CALLAHAN:  Okay.

23         MR. HARDIN:  So confirmed.

24         ARBITRATOR CALLAHAN:  Okay.  Thank you so much.

25         Then we did have a chance to talk a bit before

1    going on the record.  Let me just confirm a few of the

2    agreements that I think counsel and the panel have

3    reached.

4          One is, this is a somewhat unusual proceeding,

5    where we've had some transcribed proceedings and some

6    not, for various reasons, and it -- relative to

7    commitments to the witness that were made that their

8    testimony would be kept confidential.  Counsel have

9    agreed that to the extent they reference what they

10   believe those witnesses testified to, that that will not

11   undo or take away the confidentiality protections, that

12   to the extent today's proceedings are transcribed, the

13   transcript and what is said and done here today will not

14   be repeated outside of this arbitration.

15         Is that accurate in terms of what we talked

16   about before going on the record?

17         MR. HARDIN:  Yes, ma'am.

18         MR. ALFORD:  I believe so, yes.

19         ARBITRATOR CALLAHAN:  Okay.  Then a question was

20   raised as to how should we deal with the potential

21   circumstance where one side believes that a witness

22   whose testimony was not transcribed testified to A and

23   the other side believed that the witness testified to Z,

24   how -- how should we deal with that, should the parties

25   object during the course of either side's closing.  And

TRANSCRIPT OF PROCEEDINGS

1    the panel has indicated that we would prefer not, that

2    to the extent -- we already know that there are

3    instances, from reviewing the closing and the closing

4    reply briefs, that the parties have different

5    perceptions or recollections of what some of those

6    witnesses testified to, and it doesn't need to be

7    brought out during closing, other than perhaps if it's

8    something significant, both sides do have the

9    opportunity in their rebuttal time to, you know, point

10   that out to the panel and have us make a note that we

11   need to resolve that.

12         The way the panel will resolve it, which is how

13   we have resolved it previously, is that we will look at

14   our notes.  And thus far, the panel has had notes on

15   those areas.  And that's really the final arbiters, what

16   did the arbitrators hear, and we look to what we put in

17   our notes as what we heard.  So that's how we'll deal

18   with that in terms of resolving conflicts, and, you

19   know, the circumstance is what it is.

20         Finally, there is no need to object during

21   either side's closings.  The panel would like to hear

22   from each side uninterrupted.  We would like -- we have

23   read everything that you have submitted, and we are

24   looking forward to hearing both sides.  Walk us through,

25   you know, your closings with a keen focus on that which

## TRANSCRIPT OF PROCEEDINGS

1   you think are the most important items of evidence or

2   law that you want to make sure the panel gives due

3   consider to.  So we would -- we do welcome hearing from

4   you and we do hope that you will be satisfied with

5   simply having the stage uninterrupted.  And to the

6   extent you want to respond to each other, please do so

7   in the rebuttal time.

8           We have a schedule that I think we agreed to,

9   which is approximately one hour for Coinmint to do its

10  closing, then we'll take a little break, then an hour

11  for Katena to do its closing and we'll take a little

12  break, and then we will spend the third hour,

13  approximately 30 minutes, each for both sides to respond

14  to the other, and then we will take a little break.  And

15  to close, the panel, to the extent it has questions,

16  will pose them after both sides have had an opportunity

17  to do your closings and your responses to each other.

18          So that's our planned addenda, if you will,

19  relative to how to proceed through today's closing

20  arguments.  Does that work for everyone?  I think we

21  talked about this before, but let me just check in and

22  make sure that's what you were expecting to do.

23          MR. ALFORD:  Yes.

24          MR. HARDIN:  Sounds good.  I have a 4 o'clock

25  flight, so if we get closer to that, I may ask for a

TRANSCRIPT OF PROCEEDINGS

January 12, 2024

 1   little bit of timing, I mean, if necessary.

 2          MR. ALFORD:  God help us if we get close to

 3   that.

 4          MR. HARDIN:  Well, I hear you.  But that's going

 5   to be like 2 o'clock, and sometimes with the breaks as

 6   we did.  I don't think we will.  I just throw it out

 7   there.

 8          ARBITRATOR TURITZ:  We won't.

 9          MR. ALFORD:  No, not over my dead body, or the

10   panel's.

11          ARBITRATOR CALLAHAN:  Yeah, I --

12          MR. HARDIN:  Or 3:30 flight.

13          ARBITRATOR CALLAHAN:  I would expect that you

14   will be out of here, so have your Uber ready and

15   waiting.

16          MR. HARDIN:  All right.  Thank you.

17          ARBITRATOR CALLAHAN:  All right.  So let me get

18   to my notes page.  And then Mr. Alford, you will be

19   doing closing?

20          MR. ALFORD:  Please, yeah.

21          ARBITRATOR CALLAHAN:  Okay.

22          MR. ALFORD:  You're stuck with me.

23          ARBITRATOR CALLAHAN:  No.  I just wanted to

24   check in because you do have Mr. Liu sitting next to

25   you, and he has taken lead at certain points.  I just

TRANSCRIPT OF PROCEEDINGS

```
 1   wanted to make sure.

 2          MR. ALFORD:  Yeah, he's the brains behind the

 3   generation, for sure.

 4          ARBITRATOR CALLAHAN:  All right.  Go ahead.

 5          MR. ALFORD:  Preliminarily, I'm going to

 6   apologize because I'm getting over a cold.  I'm sure I'm

 7   not contagious anymore.  It's been weeks.

 8          ARBITRATOR CALLAHAN:  Tis the season, right?

 9          MR. ALFORD:  Yeah.  So if my voice breaks, I

10   apologize, or cough.

11          ARBITRATOR CALLAHAN:  Do you want a cough drop?

12          MR. ALFORD:  No.  Well, I -- I might later.

13   Thank you so much.  That's very kind.  I should have

14   brought one with me.

15          ARBITRATOR GLICK:  And I was going to say, we

16   have an hour allotted, but you don't have to take the

17   full time.

18          ARBITRATOR TURITZ:  Feel free to leave some

19   minutes on the floor, so to speak.

20          ARBITRATOR CALLAHAN:  I'm so sorry, wrong

21   briefcase.  But --

22          MR. ALFORD:  Thank you so much.  I appreciate

23   that.

24          So -- and I know I -- I don't want this to sound

25   sort of pandering or whatever, but I know I speak for
```

1   everybody, both sides, in saying we -- how much we

2   appreciate the panel's really hard work put into this

3   case.  You know, we don't always agree on everything,

4   but we all agree, I think, that you worked super hard

5   and -- and you have work ahead of you still, and we

6   appreciate it.  Thank you.

7          So, you know, we've -- we've been so much --

8   we've gone so far down this road.  We've seen a mountain

9   of evidence and we've heard from, you know, so many

10  witnesses, including some that were being paid $1200 an

11  hour.  And they came in and -- with all these fancy

12  charts and graphs, and -- and we've learned a lot about

13  technology and about the crypto currency world and all

14  of this stuff.  But, you know, really this case is so

15  simple.  It's very simple.

16         I told you at the beginning of this case, or at

17  least in opening argument, that really you -- all you

18  need to decide this case are the words that the

19  defendants themselves wrote at -- to one another at the

20  time of the events in question, when they had no motive

21  to lie to one another and they were totally candid with

22  one another.  That's all you really need.  That's all.

23  It's just to believe what they said to one another at

24  the time.  That resolves this case.

25         You know, I -- like any trial lawyer, I guess

TRANSCRIPT OF PROCEEDINGS

1   worth his salt, I can't help but tell a little story.

2           I have a son whose name is Zack, and he's grown

3   up now.  But when Zack was 3, maybe 4, I went into the

4   bathroom one morning and I saw a big "Z" carved on the

5   wall, right above the toilet paper holder.  Somebody had

6   sat on the toilet and carved a "Z" into the wall.  And I

7   called him up and I said, did you do that?  He looked at

8   the floor and said, nope.  And I said, well, you know,

9   there's no one else in this house whose name starts with

10   a "Z."  Last I checked, there's no Zoro living here.  Do

11   you have any idea who might have done that?  He said, I

12   don't know, maybe brother.  I said, so brother framed

13   you by carving a "Z" into the wall?  Is that what you

14   want me to believe?

15           We had a long conversation about honesty, about

16   integrity, about accepting responsibility for what you

17   did and what you said in your own words.  So far as I

18   know, knock on wood, he's never lied to me since.

19           But, you know, some people, they go through

20   their whole life denying the handwriting that they put

21   on the wall, denying the words they wrote.  It wasn't

22   me, I didn't do it, I didn't say that, I didn't really

23   mean it that way, nope.

24           You see those people on street corners in the

25   Tenderloin, you see them in back alleys, but you also

```
 1   see them wearing suits in corporate board rooms, you see
 2   them in the halls of government, and you see them
 3   dressed in fancy hipster clothes in Silicon Valley
 4   talking about all this wonderful technology.  And all
 5   you have to do to decide this case is to believe the
 6   handwriting, the "Z" that's staring you in the face,
 7   that the defendants wrote and said at the time.  That's
 8   really what it comes down to.
 9          In its -- in its reply brief, Katena says at
10   page 2 that, quote, the problem with Coinmint's case is
11   that it my -- myopically focuses on the text.  And
12   really what this panel should do is ignore the text and
13   believe the denials of the defendants after they got
14   caught.  It's like looking at that "Z" on the wall and
15   believing Zack when he said, it wasn't me.  All you got
16   to do is use your common sense.
17          I remember when I clerked for a judge right out
18   of law school.  He gave a jury instruction that I will
19   never forget.  The jury instruction said, as jurors,
20   your best tool for evaluating the evidence is your
21   everyday common sense.  When you walk into the jury
22   room, you don't check your common sense at the door.
23   You use it in your everyday life experiences to evaluate
24   the evidence and to evaluate the witnesses.  That's
25   really all you have to do.
```

TRANSCRIPT OF PROCEEDINGS

```
 1           Why would a Monzon and a Gao lie to one another
 2    at the time before they knew they were going to get
 3    caught, when they -- when they didn't think any of this
 4    would come to light?  That's candid.  It's honest.  When
 5    they come in here and deny it, which they did time and
 6    time again -- they came in here.  They were dressed
 7    nicely.  They were polite.  They were courteous.  They
 8    were likable.  But then they raised their right hand and
 9    swore to tell the truth and denied everything they had
10    said in candid at the time, time and time again.  I'm
11    going to give a few examples.  There's so many, I'm not
12    going to give them all.
13           But first let me talk about common sense.
14    Really, Katena's case doesn't make any sense when you
15    think about it, when you just think about it.  They say
16    they have this wonderful product.  It was more energy
17    efficient than competitors.  It was far cheaper than
18    competitors.  Dr. Mordecai, the $1200-an-hour expert,
19    did all these fancy graphs and charts, and he told us it
20    was half the market price, half market price, it's
21    better than the competitors.  It's half the price of the
22    competitors.  And they tell us, because of supply chain
23    issues, the competitor's products weren't even
24    available.  His product is half the price, it's better
25    than the competitor's, it's readily available.  Why did
```

TRANSCRIPT OF PROCEEDINGS

1    it never come to market?  Why did Katena not produce a

2    single mining rig for a single customer?

3         I mean, look, we all know that just doesn't

4    happen.  If you've got a -- the best mouse trap, a new

5    mouse trap, better than the competitor's, cheaper than

6    the competitor's, solves a huge problem and there is a

7    huge demand for it, but you don't sell a single one, it

8    doesn't come to market?  That doesn't add up.  That's

9    not common sense.

10        The answer, they say, well, gee, it's because

11   you only paid us 23.4 million instead of 37.5.  If you

12   had paid us 37.5 instead of 23.4, the whole world would

13   have been different.  This product would have come on

14   the market.  Everyone would have made a ton of money.

15   It would all be different.  Does that make common sense

16   either?  No.

17        And there's one reason in particular why it

18   doesn't?  Because as Katena was telling JPMorgan, they

19   had these other big customers, Vector Cloud and

20   Edge Mode, that those contracts predated this one by

21   months, by months.

22        And in a rare moment of candor, I asked

23   Mr. Monzon about those contracts.  That was in the --

24   that's in the August 28th trial transcript at pages 51

25   to 54.  I asked him:

1          "Question:  So the bottom line is, really, that

2     Katena took Vector Cloud's money, never delivered any

3     monitors and never gave the money back, correct?

4          "Answer:  That's my understanding.

5          "Question:  And to your knowledge, Katena never

6     provided any mining rigs to Edge Mode either, did it?

7          "Answer:  That is correct.

8          "Question:  And Edge Mode paid money to Katena

9     under the contract, correct?

10         "Answer:  Yes, they did.

11         "Question:  And despite the fact that Katena

12    never provided any mining rigs to Edge Mode, it never

13    refunded them any of the money either, did it?

14         "Answer:  As of my tenure as CEO, Katena did

15    not."

16         Well, why is that?  I think, you know, the past

17    is prelude.  History repeats itself.  Leopards don't

18    change their spots, whatever analogy you want to use.

19    And, again, in a rare moment of candor, Mr. Gao told us

20    about his history.  He started this company called

21    Alpha Sheets, and I asked him about Alpha Sheets.  This

22    is the transcript, September 18 transcript, at pages 947

23    to 949.  And I asked him:

24         "Just so the record is clear, despite the fact

25    that you say Alpha Sheets had the best spreadsheet

1    application in the world, and you got millions of

2    dollars in funding, you never sold a single product to a

3    single customer at Alpha Sheets, right?

4              "Answer:  That's right.

5              "Question:  And then after Alpha Sheets, you

6    started a new company called Luminous, right?

7              "Answer:  Yeah.  That's right.

8              "Question:  That's this company you told us

9    earlier had this revolutionary photonic chip, right?

10             "Answer:  Yes, I did.

11             "Question:  That it was going to change the

12   world with the most powerful artificial intelligence

13   computer ever, right?

14             "Answer:  Yes.

15             "Question:  You raised more than $100 million

16   for that enterprise, right?

17             "Answer:  That's right.

18             "Question:  But at least at the time you left

19   that company, it had never sold a single product to a

20   single customer, right?

21             "Answer:  No."

22             And he goes on to explain that no really meant

23   he was agreeing with me, they hadn't sold any product to

24   any customer.

25             And the same thing happened here.  If you look

TRANSCRIPT OF PROCEEDINGS

January 12, 2024

1   at the text between Monzon and Gao, every decision they

2   made was a decision about how whatever was going on

3   would affect the company's valuation, its valuation.  We

4   get this contract, we're going to be worth a billion

5   dollars and we're going to raise all this money.  They

6   were really in the business of raising money.

7         And, you know, there are these rare candid

8   moments when you really can see into someone's heart,

9   and one of them occurred when Monzon and Gao are texting

10   each other about their frustration with Reddy.  Now,

11   personally, I don't think Mr. Reddy was always truthful

12   either, but I think he was the least dishonest of the

13   bunch.  And here is what Monzon and Gao said about him.

14         "Yeah, he can't sell.  Let's keep him on the

15   technology, but he can't sell.  And all of his friends,

16   they can't sell."

17         Well, he did find someone, finally, who would

18   sell, Mr. Bleck.  And Mr. Bleck told us that he sold,

19   because he told Reddy, here is my draft report.  It's a

20   marketing piece.  I'm going for high-level marketing

21   bullets because I think that's all that the people at

22   Coinmint will understand.  But that's really what Monzon

23   were -- and Gao were about.  They're salesman, and they

24   were selling and they were willing to do anything to

25   make a sale and to make a valuation.

1             If you have such a great product, it's the best

2    product out there, it's half your competitor's price,

3    there's a huge demand for it, and you're the only one

4    that can deliver, why do you have to bribe?  Why do you

5    have to lie?  Why do you have to cheat to sell it?  It

6    doesn't make any sense.  Use your common sense.  Don't

7    check it at the door.

8             Let's talk about some of the ways that the texts

9    show one thing and Katena and its witnesses came in and

10   said, nope, that "Z" you're looking at on the wall, not

11   me, I didn't do it, don't believe your eyes.  It really

12   means nothing.  Let's talk about a few examples of that.

13            And it's really shocking.  It should be to all

14   of us.  I mean, I hope we're not so jaded as litigators

15   to think it's okay to lie, it's okay to come in and just

16   deny everything.  It's not okay.  I hope none of us

17   think it's okay.

18            Katena tells the panel that Maloney participated

19   in only a, quote, single brief inter -- informational

20   interview before the start of negotiations regarding the

21   SPA and PO.  That's at their initial closing brief at

22   page 45.  A single brief informational interview before

23   the start of negotiations.  And, quote, as soon as

24   Katena started negotiating the deal with Coinmint, they

25   stopped talking to Maloney ability a job, end quote.

1    That's at page 49 of their brief.  And that's what

2    Mr. Monzon and Gao said, too.  Is that really true?  No.

3    No.

4          Their own documents show that from early April

5    to late July, they had repeated and detailed

6    conversations with Mr. Maloney about a job.  The first

7    one was in early April, before the contract was entered

8    into.  That's Exhibit 31.  The last one that we know

9    about was in late July.  That's Exhibit 1069.  But

10   what's really interesting and revealing is that these

11   conversations happened at critical times, critical times

12   for Katena.

13         Just hours before the contract was signed --

14   this is Exhibit 41 -- Monzon tells Gao:

15         "I reached out to Maloney to engage him in a

16   conversation about the job, and I told him that we're

17   relying on him in good faith because of the deal over

18   here to get this contract done.  He will get the

19   undertone from it."

20         He did indeed, because a couple hours later, he

21   texted Mr. Soniat saying:

22         "We think the Katena docs are good to go.  Sign

23   them today."

24         Just like he had promised Monzon that he would.

25   So much for the idea that once negotiations started on

TRANSCRIPT OF PROCEEDINGS

1   the deal, they stopped talking to Maloney about a job.

2   Just not true.  And I hope you are offended by that.  I

3   mean, that's just not true.

4          But that wasn't the only time.  The day the

5   payment was due originally, the 18th -- you know, the

6   contract was signed on the 13th, three business days

7   later, 37.5 million, that's the 18th -- that very day,

8   they reach out to Maloney again.  That's Exhibit 1035.

9   And they once again said, hey, start thinking about the

10  terms of the job, and they get -- and Monzon gets real

11  specific.  How's -- this is Exhibit -- actually,

12  Exhibit 36.

13         "How is June 1st as a tentative start date at

14  Katena?"

15         Maloney:  "That sounds right to me."

16         They engaged him because the payment was due

17  that day.  They didn't want him to forget.  Hey, you got

18  a job offer over here, get that payment.

19         The day the payment actually came in, the first

20  payment of 7.5 million, they reached out to him again.

21  That's Exhibit 43 at page -- starting at page 11.  Gao

22  and Monzon are celebrating that they got 7.5, which I

23  think is important for a lot of reasons.  It shows they

24  weren't expecting 37.5.  They got 7.5, yea, holy, you

25  know, all expletive fields, celebration, horns going

1    off, party bells.  And they said, you know, better reach

2    out to Maloney, he's probably expecting a job.  Let's

3    start talking to him about it.  But let's focus on

4    what -- how we're going to get the next payment from

5    him.  They reach out to him again.  So much for the idea

6    that they stopped all conversations once they started

7    negotiating the deal.

8           You know, but the lies don't stop there,

9    unfortunately.  At page 53 of their opening brief --

10          ARBITRATOR CALLAHAN:  Opening or closing?

11          MR. ALFORD:  53 of the -- I'm sorry, of the

12   initial closing brief.

13          ARBITRATOR CALLAHAN:  Okay.  Thank you.

14          MR. ALFORD:  And not the reply, the initial

15   closing brief, page 53, and in footnote 21 of that page.

16   They tell the panel that discussions with Maloney were,

17   quote, just some idle dreaming, end quote, and that it

18   was, quote, purely aspirational, spit balling, and that

19   this idea that there was actual -- actually a job offer

20   is, quote, just a fantastical story, end quote.  Is that

21   true?  No, it's not true.  It's a lie.  There is no

22   polite way to put it.  That's what Monzon and Gao told

23   the panel, too.  It's not true.

24          Katena's own documents show they got down to

25   brass tacks.  They talk about a start date.  That's

TRANSCRIPT OF PROCEEDINGS

1    Exhibit 36.  Monzon writes to Maloney:

2            "How's June 1st as a tentative start date at

3    Katena?"

4            Maloney:  "That sounds right to me."

5            They talked about job duties.

6            Same exhibit.  Monzon says:

7            "I'm thinking of a finance with revenue flavor,

8    where you work closely with us on all things finance and

9    revenue-generating strategies."

10           They talked about the specifics of a job offer

11   letter, including compensation and equity terms.  Now,

12   this is really where it's interesting.  Monzon and Gao

13   were lying to Coinmint, but Monzon, Gao, and Maloney

14   were all lying to each other too, because Maloney was

15   telling Monzon and Gao about how he had a bunch of

16   equity in Coinmint and the company was going public and

17   he was going to make all this money, so they had to

18   match him.  They had to match him.

19           And this is Exhibit 29 at page 2.  Gao writes to

20   Monzon, quote:

21           "Maloney willing to stay on to see it through,

22   but wants an offer letter from us."  This is in July.

23   "Wants an offer letter from us.  We give Maloney

24   1.5 percent.  I -- I could up him to 2 percent within

25   year one or 1 percent, then upping to 1.5.  He has

1   7.5 percent of Coinmint.  That's why his asking equity

2   is so high here at Katena."

3           And then, of course -- I'm sorry.  That's --

4   that's Exhibit 1064.  That page is 47.

5           And then we have Exhibit 29, where Monzon

6   proposes to, quote, fund Maloney 500K now as a sales

7   commission, I guess, unless we find a scheme.  I think

8   he meant another scheme.  They had already found one

9   scheme.

10          So they come in here and say, oh, we never did

11  talk about job terms.  There was never any -- it was

12  just spitballing, aspirational, all a fantastical story.

13  Does that sound like a fantastical story?

14          Now, they say Maloney wasn't ever in -- quote,

15  quote, at page 53 of their initial closing brief, quote,

16  Maloney wasn't interested in working at a startup like

17  Katena, end quote.  But you know what?  Monzon and Gao

18  at the time, when they had no motivation to lie, were

19  telling each other exactly the opposite.  But they come

20  in here and tell you exactly the opposite.

21          Exhibit 37 at pages 9 to 10, Gao tells Monzon,

22  quote:

23          "The only world where this would be different,

24  where we could get this contract, is if Maloney really

25  wants the job."

```
 1          He replies:
 2          "I do think he wants the job."
 3          Exhibit 102, at page 5, Gao says:
 4          "Wow," looking at the draft contract, "Wow, Mike
 5   even put clauses in our favor into the document.  He
 6   must really want to be hired," end quote.
 7          Exhibit 36, Monzon says to Gao:
 8          "We know he is motivated.  He won't join without
 9   getting us wire.  This is obvious and an eventuality."
10          Exhibit 1064, Monzon says to Gao, quote:
11          "Maloney willing to stay on to see it through,
12   but wants an offer letter from us."
13          Yet, Maloney walked in here, Gao walked in here,
14   Monzon walked in here, they raised their right hands and
15   they all flat out lied to this panel and said, Maloney
16   never wanted a job with us, never wanted a job, he
17   never -- he had no -- zero interest.  Zero interest?
18   That's not what they were saying at the time.  Do you
19   believe the "Z" on the wall or do you believe the I
20   didn't do it, it wasn't me?
21          Katena tells the panel that, quote, there was no
22   quid pro quo and that the prospect of a job offer had no
23   influence on the transaction.  That -- that's in their
24   initial closing brief at page 49.  And Monzon and Gao
25   told you the same thing.
```

TRANSCRIPT OF PROCEEDINGS

1          Once again, the contemporaneous documents show a
2     totally different deal.
3          Exhibit 38, pages 3 and 5 -- 3 to 5, Monzon
4     tells Reddy, quote:
5          "The Coinmint CFO will join Katena after he gets
6     us this deal.  His interview is this deal."
7          No quid pro quo?  That's exactly what that is.
8          Gao, in frustration, responds, quote:
9          "Maloney has walked this to the finish line for
10    us."
11         That's Exhibit 37 at page 38, "Walked this to
12    the finish line for us."
13         And as we heard earlier, when Gao saw a draft of
14    the contract back from Maloney, he said, "Wow, Mike even
15    put clauses in our favor in the contract.  He must
16    really want to be hired."
17         No quid pro quo?  Not what they were saying at
18    the time.
19         And then, of course, the day the contract was
20    signed, one of the most revealing texts in this case,
21    Monzon to Gao when they're celebrating the contract -- I
22    take that back.  That's the day the payment was made.
23    That's Exhibit 41 at page 21.  Quote:
24         "It definitely won't be easy to get other deals
25    like Coinmint.  Don't expect that.  It won't happen.

1    It's due to Maloney because of the deal in the works for

2    him."

3          That's what they thought at the time.  And that

4    is so revealing.  "It definitely won't be easy to get

5    other deals like Coinmint.  Don't expect that."

6          Now, if they really believed that they had the

7    greatest product in the world that was half the price of

8    the competitor's, and they could beat the supply chain

9    crisis like no one else could, why were they saying that

10   they could never get another deal like that?  It was all

11   due to Maloney because the deal in the works for him.

12         Mr. Gao came in, raised his right hand and told

13   you, deal in the works for him meant nothing about the

14   job.  That wasn't any reference to the job.  This was a

15   win-win for everybody.  It had nothing to do with the

16   job.  That's what he told you.  Not true, not what he

17   was saying at the time, anyway.

18         Katena asked the panel to believe that when

19   Monzon instructed Reddy to procure a, quote,

20   rubber-stamp due diligence, what he really -- what they

21   really meant was that, quote, credibility was paramount,

22   end quote.  That's from Katena's initial closing brief

23   at page 60, footnote 22.  And that quote, "Katena had

24   been due-diligenced numerous times with the same

25   result," that's at page 62.

TRANSCRIPT OF PROCEEDINGS

```
1              And you remember Mr. Reddy walked in here,
2      raised his right hand and said, rubber stamp?  No, that
3      didn't mean what we all know it means.  We all know what
4      rubber stamp means.  As the dictionary tells us, rubber
5      stamp means giving your blessing to something without
6      doing any thorough analysis.  We all know that.
7      Mr. Reddy is a very smart man.  You might fault him for
8      some things.  He is a very smart man.  His command of
9      English is impeccable.  He knew what rubber stamp meant.
10     But yet, he came in here and told you the opposite, and
11     Katena tells you the opposite in their closing brief.
12             Well, we know they hadn't been due-diligenced
13     numerous times with the same result.
14             Just look at Exhibit 1004, where
15     Core Scientific, despite the bribery of the sales guy,
16     they had an in-house due diligence guy, and he wasn't
17     buying that.  He said, we, quote, cannot work with just
18     the simulation data, end quote.
19             Well, that's the very same simulation data that
20     Mr. Bleck signed off on as zero risk.  Do you remember
21     Mr. Bleck's report?  Every single category, low risk,
22     low risk, low risk, low risk.  Every single category
23     that he evaluated was low risk.
24             Core Scientific thought something different.
25     And look at Bleck 0004.  In breach of the NDA, Katena
```

```
 1    enlisted Mr. Bleck to share with other potential
 2    customers the report that he did for us.  He talked to a
 3    customer called NYDIG, potential customer.  They weren't
 4    buying it either.  They said, hey -- Bleck reported back
 5    to Reddy about his call with NYDIG, and he said that My
 6    Dig wasn't buying it because there was no comparison
 7    with competitor's mining rigs.
 8           And Monzon says the same thing at Exhibit 2100.
 9    2100, page 2, Monzon reports back that quote, NYDIG
10    can't get past tech DD.  They want working units, end
11    quote.  But yet, they came in here and said, we never
12    failed due diligence, rubber stamp doesn't mean what we
13    all know it means.  Not true.
14           Katena -- and this is one of the most shocking
15    ones.  Katena says at page 61 of its initial closing
16    brief, quote, As CEO, Monzon would never allow Reddy to
17    revise or write any part of the Bleck report, and that
18    his sole input into the report was, quote, no worries,
19    just send it out, end quote.  And that's what Mr. Reddy
20    told you and Mr. Monzon told you too.  Is that true or
21    is that another lie?  Unfortunately, it's another lie.
22    The documents tell a very different story.
23           Exhibit 42, pages 2 to 3, Monzon writes to
24    Reddy:
25           "You still need to review what he will present,"
```

TRANSCRIPT OF PROCEEDINGS

1   referring to Bleck, "because if something weird is

2   there, then it could compromise wire."

3          Reddy:  "Yes, of course.  He will not send it

4   out without my approval."

5          Exhibit 24, page 1, Reddy writes to Monzon and

6   Gao, quote:

7          "Just had an hour-long conversation with him,"

8   referring to Bleck.  "Helped him with what the report

9   should be, et cetera.  I was not very happy with what he

10  had."

11         Do you remember when I asked Mr. Reddy about

12  that?  He said, nope, it didn't happen.  I said, is it

13  true, Mr. Reddy that you helped him with what the report

14  should be?  Nope, didn't happen.

15         Really?  So he's lying to his partners?  Or was

16  he lying to you all after he got caught and we saw the

17  "Z" on the wall?  Didn't do it, wasn't me.

18         So much for the story that the only input Reddy

19  added to the report was, looks good, send it out.  So

20  much for the story that Monzon would never allow Reddy

21  to have substantive input into the report.

22         And we see the same thing from Bleck.

23  Exhibit 14, pages 1 to 3, in an exchange between Bleck

24  and Reddy, Bleck says:

25         "Here is the intro, one-page summary.  I will

TRANSCRIPT OF PROCEEDINGS

1   even copy snippets from your marketing material into

2   this one," which we know he did.  "Comment/update on the

3   summary table, as I get the feeling that is all that

4   Mike and company will look at."

5        Same text string, Bleck says to Reddy, "Here is

6   the current" -- email chain, sorry.  Bleck says to

7   Reddy:

8        "Here's the current deck.  Need some help on the

9   reliability section."

10       Reddy says:

11       "Let me fill it out."

12       Exhibit 1 at page Bleck 0007, Reddy and Bleck

13  talk about him -- about Reddy reviewing and adding

14  bullet points, and Reddy says, quote, definitely, end

15  quote.  Yet, they come in here and say, we would never

16  allow Reddy to write any portion of the Bleck report.

17  It was all solely his work.  He told you that.  You got

18  to believe him.  You got to believe him, once he got

19  caught.  Do you believe him once he got caught or do you

20  believe the "Z" on the wall?

21       Katena tells the panel that Bleck's opinions in

22  his report were not material to our decision to move

23  forward -- to Coinmint's decision to move forward with

24  the transaction.  But at the time of the events in

25  question, the Katena principals were saying exactly the

1    opposite to one another.

2         Exhibit 10438, page 2, Monzon tells Gao:

3         "We're never going to get the wire until there's

4    a report from Bleck."

5         And they didn't get the wire until they got a

6    report from Bleck.

7         Exhibit 36 at page 6, Gao says to Monzon, quote:

8         "Hey, dude.  What do we do about Maloney?"

9         Monzon says, quote:

10        "Nothing until that jackass Robert gets the full

11   report done.  Then we go back to Maloney."

12        Exhibit 34 -- 1034, at page 1, Monzon says to

13   Reddy and Gao:

14        "I was hoping to push for a wire today when I

15   talked to Maloney, but with this" -- they're referring

16   to the Bleck report -- "with this pending still, doubt

17   he will do it.  I wouldn't if I were in his shoes."

18        They clearly knew the Bleck report mattered, but

19   they come in here and raise their right hands and tell

20   you something totally different.

21        The lies don't stop there.  Katena represents to

22   the panel that Bleck's affiliation with the defendants

23   was a, quote, prior social relationship, end quote.

24   That's at their initial closing brief, page 62.  And

25   Reddy told you the same thing, prior social

TRANSCRIPT OF PROCEEDINGS

1  relationship, that's all.  But the defendant's own

2  documents show otherwise.

3         Before Reddy scrubbed DxCorr's website -- do you

4  remember we went on the wayback machine and found the

5  old website before it was scrubbed?  There's a big

6  heading on the website, and it's Exhibit 6 at page 3,

7  "Meet our executive team."  There's not 20 people under

8  that.  There's not 30 people.  There's not even 10

9  people.  There's 3.  One of them is Reddy.  One of them

10 is Bleck.  "Meet our executive team."

11        Prior social relationship, that's all?  Well,

12 were they lying on the website or are they lying now?

13 Or maybe both.

14        And, of course, you know, Bleck's LinkedIn

15 before he changed it -- we found that too -- it had a

16 mirror image of that.  He identified himself as a,

17 quote, member of the, quote, board of advisors at

18 DxCorr, and he had listed a DxCorr email address.  Prior

19 social?  They come in and said prior social

20 relationship?

21        And if none of that mattered, why did they work

22 so hard to hide it?  You all remember that whole string

23 of texts between Monzon and Gao and Reddy where they

24 talk about change -- changing the website, changing the

25 LinkedIn, and then -- and they say it was all totally

TRANSCRIPT OF PROCEEDINGS

**January 12, 2024**

1    scripted.  And now they said, all good, all good.  Okay.

2    Now, Reddy, you're going to tell Bleck to reach out to

3    Maloney cold, cold on LinkedIn.  Just make it look like

4    it's a cold call.  And he does.  He sends him on

5    LinkedIn, gee, I saw your profile.  It looks like we

6    might have some common interest in technology.

7         Bleck -- Bleck writes back:

8         "Oh, yeah.  Gee, what a coincidence.  I'm

9    looking for someone to do some due diligence on some

10   chips.  Do you have any experience in that area?

11        "Oh, yeah, I do.  Let's talk."

12        As if it totally came out of the blue.  Now, why

13   did they hide it?  Why did they conceal it if it didn't

14   matter?  Why?  You don't hide something that doesn't

15   matter.  You be honest about it.  They said, well,

16   Bleck's report was thorough, it was probing, et cetera,

17   et cetera, et cetera.  Well, we can agree to disagree

18   about that, but in a way, it doesn't matter.

19        But let's talk for a minute about whether the

20   report really was probing.  He spent 5.833 hours on that

21   report.  And one of the more memorable moments in this

22   whole proceeding, for me at least, was when Mr. Hardin

23   was asking leading questions of Mr. Bleck and invited

24   him to say that he really spent a lot more than 5.833

25   hours on it.  He said, no.  I have a computer program,

1   timekeeping machine.  5.833 is exactly what it logged.

2   And he even did the minutes.  He converted that into

3   minutes for us.  Yet Reddy, in a phone conversation with

4   Dr. Markovic, said that Reddy spent at least 8 to 20

5   hours.  Now, that's a big range, 8 to 20, but it's a lot

6   more than 5.833.

7           So how much of that 5.833 hours was involved in

8   creating the marketing piece that Bleck described his

9   report to be?  It had to be the bulk of it.  How much

10  was actually spent on due diligence?  There was not a

11  lot of that 5.833 left for that.  But let's assume for

12  the moment that Bleck is very well qualified.  And, you

13  know, I think he probably is.  He's a very smart guy, so

14  I think he probably was qualified.  He could have done a

15  good job on it.

16          Let's assume for the moment that his report was

17  thorough.  I don't agree with that assumption, but let's

18  assume that for a moment.

19          None of that really matters.  As a consumer of

20  those kinds of services, you are entitled to full

21  disclosure.  We all know that.  As arbitrators, you

22  might be the most qualified arbitrators in the world.

23  You still have to disclose to us prior affiliations so

24  that we can make the decision about whether we are okay

25  with that.  We all know that.  As lawyers, as judges, as

TRANSCRIPT OF PROCEEDINGS

1    arbitrators, as financial and technical professionals,
2    we all know your qualifications are one thing, but you
3    have to disclose affiliations so that the consumer can
4    make their own decision.  They deprived Mr. Soniat of
5    that opportunity.
6            They say none of the concealment and changing of
7    the social media, the website, the LinkedIn, none of it
8    matters because Mr. Soniat never read that stuff, he
9    never went online and read it.  Okay.  That's true.  So
10   why does it matter, then?  Well, there's a couple ways
11   it matters.
12           It matters that they changed that stuff because
13   it shows, one, scienter, the element of fraud, an evil
14   mind, an intent to conceal, an intent to deceive.  And
15   there's another way in which it matters.  It shows
16   everybody knew that was important to Coinmint, to
17   Soniat, that they get an independent expert.  That's why
18   they hid the social media, because they knew, they knew,
19   because Maloney told them, they knew that Soniat wanted
20   an independent expert.  And Mr. Soniat, in undisputed
21   testimony, told us that too.  He told us that, too.
22           And it's -- it's -- it's an ultimate in irony
23   when Katena says to the panel in its brief, well,
24   Maloney knew about the scheme, he knew about the
25   backroom deal, he knew about the way Bleck was chosen.

TRANSCRIPT OF PROCEEDINGS

1   So that knowledge is imputed to Coinmint, they say.
2   Does anyone else think that sounds bizarre?
3          We know from Gao's text to Monzon, Gao says,
4   hey, just had an interesting conversation with Maloney.
5   He wants us to pick the due diligence expert, and he
6   will just say he found him himself.  What does that
7   mean?  Let's unpack that.  It doesn't take a lot of
8   unpacking.  It's an agreement to lie.
9          Now, Mr. Gao came in here, raised his right hand
10  and said, no, he didn't say that, he didn't say he would
11  just find him himself.  He said he would represent it
12  internally in a way that was appropriate.  Okay.  So why
13  did you tell Monzon that Gao -- that Maloney agreed to
14  lie and say he just found him himself?  They knew it was
15  important to Coinmint management that the due diligence
16  expert be independent.  That's why they hid that he
17  wasn't.  You don't hide something that doesn't matter.
18         And Mr. Soniat told us that too, in the
19  August 31 trial transcript at pages 704 and 705.
20         "Question:  Were you aware as of May 13 that, in
21  fact, Mr. Bleck had been procured by Katena and not
22  independently by Mr. Maloney, as he represented to you?
23         "Answer:  I did not know that.
24         "Question:  Would you have ever signed any kind
25  of a deal with Katena had you known that?

TRANSCRIPT OF PROCEEDINGS

1          "I would not."

2          And there's another passage that's similar, in

3    fact, in the transcript, the August 30 transcript, at

4    page 412, where he said if he had known the way that

5    Bleck was chosen, it would have been a huge red flag.

6          Katena says, look, Bleck wasn't our agent.  They

7    say, quote:

8          "There's no evidence Katena ever asked Bleck to

9    take any action on its behalf."

10         That's in their initial closing brief at

11   page 67.  No evidence they ever asked Bleck to take any

12   action on its behalf.

13         Well, we know that they asked Bleck to sanitize

14   the social media and he did as instructed.

15         We know from Reddy's email that he extracted a

16   promise from Bleck that Bleck, quote, will not send a

17   report without my approval, end quote.  That's

18   Exhibit 42 at pages 2 to 3.

19         We know from Exhibit 24, at page 1, that Reddy

20   told his colleagues he wasn't happy with Bleck's report

21   and he told him what it should be.

22         We know from Bleck's documents that, in breach

23   of the NDA, he gave his report to JPMorgan and to

24   My Dig, the report he did for us, and discussed it with

25   them in a failed attempt to win them over as investors

TRANSCRIPT OF PROCEEDINGS

1  and customers.  We know he did that.

2       And then they say there's no evidence we ever

3  asked Bleck to do anything.  That's another lie.

4       Why do they -- did they feel so free to say all

5  these things and come in here to the panel and lie after

6  lie after lie?

7       Here's another revealing passage, where Reddy --

8  where Monzon and Gao are talk -- and Reddy are talking

9  about why they're having such difficulty finding a due

10  diligence expert to do this deal.

11       Monzon's text to Gao recounts his -- on May 4,

12  recounts a conversation he had with Reddy.  This is

13  Exhibit 36 -- I'm sorry, 37, at page 38.  Monzon says,

14  quote:

15       "He's worried about people knowing about it.

16  Told him it would all be confidential."

17       That tells us a lot.  That's one of those

18  moments where you look into someone's heart and you

19  understand why they're doing what they're doing.  It's

20  all going to be confidential.  We will never get caught,

21  and if we do, it will all be confidential.  We can just

22  go on to the next gig.

23       Katena's defenses to all this, they fall sort of

24  in two categories.  They say, number one, all that stuff

25  we said, it didn't happen.  I hope and trust the panel

TRANSCRIPT OF PROCEEDINGS

January 12, 2024

1    won't have a lot of trouble with that defense.

2          The other defense, the big-picture defense, is,

3    well, this was a great deal for Coinmint, and it would

4    have been a win-win if you had just paid the 37.5

5    million.

6          Well, you know, it's hard to see how it's a good

7    deal for a company to pay $23.4 million and get nothing

8    in return.  But let's set that aside for the moment and

9    let's go with Katena's theory that if you had just paid

10   the 37.5, you would have gotten all these wonderful

11   machines and it would have been great.

12         That's no defense.  It's not a defense to fraud

13   to say, okay, I lied to you, I bribed your people, but

14   it doesn't matter because it was a good deal.  No.

15   People have agency in this country.  They have a right

16   not to be lied to and tricked into going into a deal.

17   Even if someone thinks -- even if Dr. Mordecai, the

18   $1200-an-hour expert, even if he thinks this was a great

19   deal for Coinmint, even if he thinks this was half

20   market price, it doesn't matter.  You have a right to

21   decide.  You have a right not to be lied to.  And that's

22   embedded in the law because the law says that if you are

23   defrauded into entering into a contract, you, the

24   defrauded party, not the fraudster, but you, the

25   defrauded party, have a right to make an election.  You

1   can sue to rescind the contract or, if you think it's a

2   good deal for you, you can affirm it and sue to enforce

3   it.  That's your right.  Katena can't come in and say,

4   this is a good deal for you, you got no right to

5   complain, that's that.

6           The other big-picture defense -- and, by the

7   way, they cite no cases, zero cases, for the authority

8   that they can defend the fraud claim by saying this was

9   a good deal for us, because there aren't any.

10          The other big-picture defense that they raise

11  is, oh, come on, Mr. Soniat was greedy, he wanted to

12  make money.  You know what?  I probably stipulate to

13  that.  He's a business man and, you know, he's been

14  pretty successful.  Those kind of people are good at

15  making money and they look for opportunities to make

16  money and they're motivated to make money.  That's the

17  American way, after all, you know.  I mean, people go

18  into contracts thinking they're going to make money,

19  thinking they're going to make maybe a lot of money.

20  And he did.  And I'm not going to sit and deny it.  And

21  and I'm not going to sit here and deny that he knew what

22  he was signing.  I'm not going to tell you he didn't

23  know what he was signing.  They're going to spend a lot

24  of time telling you he knew exactly what he was signing,

25  he knew it wasn't an LOI, he knew it was a contract.  Do

TRANSCRIPT OF PROCEEDINGS

January 12, 2024

1    you know what?  I'm not going to argue that because it

2    really doesn't matter at the end of the day.  It's a

3    distraction from the fraud.

4         Let's assume for the moment that it's true, he

5    knew exactly what he was signing.  Look, the law imputes

6    us with knowledge of what we sign.  We sign the

7    contract, we're deemed to know what we're signing,

8    unless there's extenuating circumstances.  And you might

9    argue those here, but I'm not going to waste time

10   arguing those.  Just because he knew what he was signing

11   and he thought he was going to make money isn't a

12   defense to fraud.  Otherwise, there would never be a

13   fraudulent inducement claim, because everybody goes into

14   a contract thinking they're going to make money, hoping

15   and expecting they're going to make money.  Everybody

16   goes into a contract being deemed to understand and have

17   read its contents, everybody.  If that was a defense to

18   a fraudulent inducement claim, there would be no such

19   thing as fraudulent inducement.  And that's really their

20   defense, but it's not a defense under the law.

21        I'm looking at my notes briefly to hit on a

22   couple more points.

23        Sort of along the same lines, along the line of

24   Maloney, they say, well, they never actually hired

25   Maloney, so no harm, no foul.  No, that's not true.

TRANSCRIPT OF PROCEEDINGS

January 12, 2024

1    It's factually problematic and it's legally erroneous.

2    We know why they didn't hire Maloney.  And this is

3    really revealing too, about the hearts and minds of

4    Mr. Monzon and Mr. Gao.  We know why they didn't hire

5    Mr. Maloney.

6           On the day they got the first payment of

7    7.5 million, Mr. Gao tells us why they didn't hire

8    Maloney.  This is Exhibit 43 at pages 11 to 13.  Hiring

9    Maloney would have meant they owned him.  They didn't

10   really want to own him.  They just wanted him to think

11   that he was going to get a job so he would keep sending

12   them money and contracts.  Gao says -- so they got the

13   money.  They got the 7.5.  They're celebrating.  Gao

14   says, "Let's talk to Maloney today," Exhibit 43.

15          Monzon says, "Okay.  What time should we call

16   him?  Do we want to offer him anything?  He may be

17   expecting it, a job offer, I mean."

18          Yeah, he was expecting it, because there was a

19   quid pro quo.  He damn sure was expecting it.  Did it

20   come?  Nope.

21          Gao says, quote, I think it's part of a longer

22   conversation in May, different story, end quote.  In

23   May, different story.  What does that mean?  Eh, I'm not

24   sure that we need Maloney that much anymore.  We got the

25   contract signed back in May.  Different story then.  We

TRANSCRIPT OF PROCEEDINGS

1   got money coming in now.  I'm not really sure we need

2   him anymore.  They were playing him like they were

3   playing us.  And besides, putting that aside, you don't

4   need a completed contract for there to be a bribe.  The

5   statute makes that clear, the commercial bribery

6   statute.

7        This is Penal Code 641.3(a).  It says:

8        "Any employee who solicits anything of value

9   from a person other than his employer in return for

10  using or agreeing to use his position for the benefit of

11  that other person, and any person who offers to give the

12  employee any money or thing of value under those

13  circumstances is guilty of commercial bribery."

14       You only have to have an offer or a

15  solicitation.  You don't need acceptance.  You don't

16  need the bribe to have been paid.

17       And you may wonder, okay, yeah, that was ugly,

18  that whole bribery thing, but what is the legal effect

19  of it.  Well, the case law tells us.  The Royal Canadian

20  Mutual Investment case we cite at page 38 of our initial

21  closing brief says:

22       "It is well settled.  The courts of this state

23  will not aid a party who comes to the court with unclean

24  hands, nor referee the illegal schemes of private

25  litigants.  Under this doctrine, it is axiomatic.

TRANSCRIPT OF PROCEEDINGS

1    Courts will not entertain an action for breach of a
2    contract gained through bribery."
3              End of story.  There doesn't need to be any
4    harm.
5              Now, they cite this case, and I'm not going to
6    go into it in detail now, but it's a case involving CBS
7    and a former employee of CBS who were victims of a bribe
8    from that country -- from that company.  If they talk to
9    you about it, it's the Cross Talk case.  It's clearly
10   distinguishable.  Maybe I'll brief the government now,
11   very brief.
12             It's really the opposite of what happened here.
13   In Cross Talk, there's these guys who are working for
14   CBS, and they had an idea for a marketing product they
15   might sell CBS.  So they told their boss, hey, we have
16   this great idea.  We're going to go out on our own, and
17   we would like to have a contract with CBS to sell this
18   product to CBS.  And he said, okay, and they reached a
19   contract.  And then they left.  They resigned.  They had
20   no job anymore.
21             And then their former boss said, yeah, you know
22   what?  You want to keep that contract?  You better pay
23   me 500 bucks a month.  And they started paying 500 bucks
24   a month.
25             And then later he said, you know what?  You

TRANSCRIPT OF PROCEEDINGS

1   better pay me 1,000 bucks a month.  And they said, wait
2   a second, and they went to that guy's boss and said,
3   hey, here's what's going on.  And when that boss found
4   out, he fired the guy who was demanding the bribe and he
5   canceled the contract, canceled the contract.
6           And these guys who were forced to pay the bribe,
7   they sued.  They sued CBS.  They sued their former boss.
8   And it was a demur, it was on demur.  And they pleaded
9   all those facts in the complaint.  And the trial judge
10  sustained the demur without leave to amend, saying,
11  look, you admitted, guys, you paid the bribe, you can't
12  enforce the contract.
13          Court of Appeals said, wait, wait, wait, you
14  can't -- this is a highly factual issue, and the
15  complaint doesn't actually allege you paid the bribe to
16  get the contract.  The complaint alleges that after the
17  contract was entered into and after you resigned your
18  jobs and had no money, your former boss came back to you
19  and demanded you pay him.  That's not a bribe to enter
20  into a contract.  So there's at least a fact question
21  about whether this contract was procured by bribery.
22  They ought to be a chance to leave to amend.
23          Now, Katena takes that Cross Talk case and says,
24  yeah, that stands for the proposition that if the
25  contract was a good deal, bribery doesn't matter.  The

TRANSCRIPT OF PROCEEDINGS

1    case doesn't say that.  It doesn't say anything like

2    that.

3            So, you know, there's so much more to say, but

4    I've been talking a long time and you're probably a

5    little overwhelmed, so -- but I think the law is very

6    clear.  The facts are clear.  This contract was procured

7    through bribery.  It was procured through fraud.  It was

8    procured through active conceal -- concealment.  And it

9    can't be enforced.  We have a right to rescind.

10           The liquidated damages is almost insulting,

11   really.  They want to keep the 23.4 and they want

12   another 37.5.  Now, you never get to that issue if you

13   find the contract should be rescinded.  But if for some

14   reason you do find that the contract should not be

15   rescinded, there's a lot of problems with that

16   liquidated damages clause.

17           Liquidated damages have to be -- they are a

18   penalty, they are a forfeiture, unless they're a

19   reasonable estimate at the time of actual damages.  What

20   does this clause say in the contract?  It says

21   liquidated damages will be whatever amount is the down

22   payment specified in the purchase order.

23           Well, purchase order doesn't use the word "down

24   payment."  Katena says, well, first payment, down

25   payment, really the same thing.  Not really.  You buy a

TRANSCRIPT OF PROCEEDINGS

January 12, 2024

1    house, you put on a down payment and then you make a

2    first payment later.  But whatever.  Those are

3    semantics.  The point is, this contract was drafted by

4    Katena.  It -- any ambiguity should be construed against

5    them, particularly on this penalty clause.  And it says:

6              "The amount of the liquidated damages is the

7    amount, if any" -- I'm sorry.  I'm sorry.  I don't want

8    to misquote -- "the amount of any down payment specified

9    in the purchase order."

10             The use of the word "any" recognizes that there

11   might not be a down payment specified in the purchase

12   order, and this purchase order doesn't specify a down

13   payment.

14             But even if it did, let's say it said down

15   payment 37.5 million, what have we got?  The contract

16   says, any time there's any material breach, two things

17   happen.  Katena gets to keep all the money that we

18   previously paid and they get another down payment,

19   another 37.5.  And let's be clear.  That's what they're

20   asking for here.  They're asking to keep the 23.4, and

21   get another 37.5.

22             Let's think about that.  Is that a reasonable

23   estimate at the time the contract was entered into of

24   actual damages?  No, because it's no estimate at all.

25   It's totally arbitrary.  It says, we keep whatever you

TRANSCRIPT OF PROCEEDINGS

1    happen to have paid, and we get another amount, which is
2    whatever happens to be specified is the down payment.
3    It's no estimate at all.  It's totally arbitrary.
4            Think of it this way.  Let's say we paid them
5    50 million and then we breached.  I don't think we
6    breached at all, but let's assume for the moment we paid
7    them 50 million and then we breach.  What, they get to
8    keep the 50 million and get another 37.5?  Is that
9    really a reasonable estimate of actual damages?
10   Whatever you happened to have paid to date, plus 37.5
11   more?  It's totally arbitrary.
12           Attorney's fees clause talks about indemnifying
13   them for problems arising out of the product.  It says,
14   this product shouldn't not be used in mission critical
15   applications and -- you know, and could cause a fire,
16   and you indemnify us for any, you know, liabilities
17   arising out of the products.  It specifically says "the
18   products."  Katena takes that and says, oh, that means
19   you owe us attorney's fees for this case.  What?
20   Indemnify them for losses arising out of the products?
21   The products don't exist.  That's one thing we all agree
22   on, that there's no products.  So it couldn't be a
23   liability rising out of the products.
24           If Katena wanted an attorney's fees clause, it
25   had lawyers, good lawyers in Silicon Valley.  They could

TRANSCRIPT OF PROCEEDINGS

January 12, 2024

```
1  have drafted a clause in the contract that says, like
2  everybody does, you breach, you owe us the attorney's
3  fees.  They didn't do that.
4        You know, I could talk -- I think the -- some
5  more, but I will be -- I'm going to wrap up, I promise
6  you, and save a few points for rebuttal.
7        The claim under -- under Penal Code 496 is
8  compelling.  It's, in a way, even more compelling than
9  the fraud case because it talks about -- it's not a
10 contract.  It doesn't require a contract.  It says, if
11 you take or you keep money from someone under false
12 pretenses, you're liable for attorney's fees and three
13 times the amount you took.  We don't have to prove --
14 and Katena, a lot of Katena's arguments are, well, a lot
15 of these misrepresentations were made after the contract
16 was signed, so no fraud in the inducement.  I think
17 there are problems with that.  But that argument doesn't
18 even -- it's not even relevant to the 496 claim.  The
19 cases under 496 talk about withholding money.
20       There's one case where it was in a loan.  It was
21 a loan made under fraudulent terms.  And the court said,
22 it's enough to show the plaintiff demanded the money
23 back and you refused to give it.  That's withholding
24 money under false pretenses.  That's all it takes.
25       Katena says, well, that doesn't apply to
```

TRANSCRIPT OF PROCEEDINGS

1   ordinary commercial contracts where you got two

2   sophisticated parties.  It's theft, you know, running

3   up, beating someone over the head and stealing their

4   purse.

5           Ano.  The Supreme Court has said, this is

6   exactly what it means.  California Supreme Court, time

7   and time again, has said this is exactly what it means,

8   and you don't have to show an assault, forceable

9   conversion.  If the legislature meant that, it's up to

10  them to change it.  And they've enforced it time and

11  time again, the Supreme Court, in these commercial

12  contexts.  In fact, in cases more commercial than this

13  one, disputes between partners, time and again where a

14  partner claims, hey, you were diverting money into your

15  own pocket, you were exaggerating your expenses, you

16  weren't giving us proper distributions of profit, that

17  sound like a complicated commercial dispute, 496

18  applies, treble damages and attorney's fees.

19          ARBITRATOR CALLAHAN:  And we're about 10 minutes

20  over, so I'm just checking in with you.

21          MR. ALFORD:  I will stop there.  I will stop

22  there.

23          ARBITRATOR CALLAHAN:  Okay.

24          MR. ALFORD:  We have other claims, but I think

25  the fraud and inducement and 496 are the primary ones.

TRANSCRIPT OF PROCEEDINGS

1  I will stop there, reserve a little bit of time for

2  rebuttal.  Thank you for listening to my monologue.  I

3  appreciate it.

4          ARBITRATOR CALLAHAN:  No.  Thank you very much.

5  I didn't mean to interrupt.

6          MR. ALFORD:  Thank you.

7          ARBITRATOR CALLAHAN:  But given we have a --

8          MR. ALFORD:  No, no.  You were right to do that.

9          ARBITRATOR CALLAHAN:  -- a target end time to

10  get to the airport, I just felt I should ask.

11          MR. ALFORD:  Yeah, no.  Thank you.

12          ARBITRATOR CALLAHAN:  All right.  Let's take a

13  short break, emphasis on short.  Let's seriously just do

14  a bio break and come back.  It's 10:40.  Can we be back

15  in ten minutes?

16          MR. HARDIN:  Oh, definitely.

17          Can I make a slight modification?  Instead of

18  the podium -- and, look, I've got --

19          ARBITRATOR CALLAHAN:  Oh, they found the podium.

20          MR. HARDIN:  Well, Jacob did.  He actually

21  walked in the closet mistakenly.

22          MR. TABER:  That closet, the second closet,

23  which I thought it was an exit door.  But it's not

24  because there's a podium in there.

25          ARBITRATOR CALLAHAN:  Oh, I thought there had

TRANSCRIPT OF PROCEEDINGS

1   been one here.  Okay.  You found it.

2          MR. HARDIN:  But here, instead of that, and,

3   like, I've got --

4          ARBITRATOR CALLAHAN:  Let's do this.  Why don't

5   you do this as part of the break.

6          MR. HARDIN:  Here is what I want to do.  Can I

7   move this?

8          ARBITRATOR CALLAHAN:  You can do whatever you

9   want to do for your closing.  You do not need to check

10  in with us.  You do whatever you want.

11          Let's take our break and get going.

12          MR. TABER:  Should we go off the record?

13          ARBITRATOR CALLAHAN:  Yes, off the record.

14          (A recess transpires.)

15          ARBITRATOR CALLAHAN:  Okay.  Let's go ahead.

16          MR. HARDIN:  Okay.  Well, like Mr. Alford, I

17  wanted to start by simply saying thanks.  It has been a

18  lot.  I don't think any of us expected at the beginning

19  that it would be 63 orders before we got to closing.  I

20  know it was a lot of nights, it was a lot of weekends,

21  it was a lot of work, but thank you.  We do genuinely

22  appreciate it.

23          And, you know, you've just heard -- let me see

24  my notes.

25          You just heard Coinmint's version of -- Coinmint

1  spent about an hour talking, but it was really about an

2  hour trying to sew doubts into Katena's story.  But

3  that's not the case here.  They're the plaintiff.  They

4  are trying to prove affirmatively fraud.  They are

5  trying to get out of a contract that they now seem to

6  remember and admit and concede that, yeah, they signed

7  it on May 13th, it really wasn't a letter of intent.

8  We'll talk about that in a minute.

9          But that reality that Coinmint is trying to put

10  to the panel, it's -- it's not reality.  It's divorced

11  from reality.  The testimony that you heard, they want

12  you to ignore that.  The hundreds of exhibits that were

13  introduced, they want you to ignore that, and any

14  rational analysis that looks at all of them.  Coinmint

15  is literally asking the panel to ignore 13 hearing days

16  of testimony and the vast majority of documents that

17  were introduced, and to instead decide this case by

18  looking at a small sliver of Katena's internal texts.

19          There's a couple of times where Coinmint said in

20  their closing arguments a comment that acted as if

21  Mr. Maloney was on those internal texts before the

22  agreement was signed.  No, he wasn't.  We're talking

23  about Katena's internal texts.  They want you to ignore

24  the whole and decide this case based on a few tiny

25  pieces.  And even then, Coinmint does not want you to

1    listen to the context behind those parts, the testimony

2    associated with them, or perform some common-sense

3    analysis of whether Coinmint's inferences and conclusion

4    makes sense.  They seem to think that context doesn't

5    matter, reason doesn't matter.

6         Well, Coinmint ignores reality, and that's not

7    how this case should be decided.  This case should be

8    decided by listening to all of the witnesses, including

9    those who sent the texts, that came here, that testified

10   about the context, judge their credibility, judge their

11   credibility and decide who was more credible, our

12   witnesses and the third parties or Coinmint's.  There's

13   no doubt that Henry, Michael Gao, and Sagar Reddy were

14   credible.  They explained what those texts meant and

15   they owned up to the reality that some of them were

16   poorly written, they were unprofessional and

17   embarrassing.  But they're not fraudulent.

18        Ashton, Norbert, well, they testified that they

19   didn't even know that Coinmint had entered into a

20   contract with Katena, questioned whether it was just a

21   letter of intent.  That's not supported by the evidence.

22   That's not reality.  It's not credible.  So this case

23   should be decided by all of the evidence, including

24   Coinmint's actions after May 13th to implement the

25   agreement, for example, the joint Exhibit 52, the

1    one-pager advertising to customers that Coinmint, quote,

2    has purchased K2s.

3            Hunter, are you able to hear?

4            MR. BLACKBURN:  Yeah, I am.

5            MR. HARDIN:  Okay.  Perfect.

6            It should be decided by looking at joint

7    Exhibit 53, Maloney's outreach to a Coinmint customer

8    about the rigs that were to be purchased on that same

9    day; Exhibit 54, the amended one pager after Bitcoin's

10   price began to plummet; Exhibit 84, joint Exhibit 84,

11   Ashton's email asking for the K10 specs so that Norbert

12   could start planning the build-out; Exhibit 67,

13   Coinmint's submission to the New York governor

14   confirming that they had entered into an agreement to

15   acquire $150 million of Bitcoin mining rigs.

16           Those documents are the reality, and they are at

17   odds with Ashton and Norbert's testimony.  Although,

18   maybe now they're consistent with where Coinmint is

19   pivoting, but they're not consistent with that testimony

20   that you heard.

21           The whole of the evidence also includes the

22   experts.  Which one had a better grasp on the damages?

23   We heard a lot about his hourly rate.  But which one had

24   the grasp on the damages, Dr. Mordecai or Mr. Stake, who

25   was willing to opine that the exhibits attached to

1    Dr. Mordecai's report were insufficient and then

2    admitted that he didn't even read them before he made

3    that opinion.

4          Better yet, which technical expert do you feel

5    is better able to explain whether this was vapor ware,

6    or whether it was real, whether Mr. Bleck was competent

7    and qualified, did a good job and got it correctly?  Is

8    that Professor Markovic or Mr. Pflaum?  Those are the

9    decisions that the panel has to -- has to weigh and make

10   those decisions.

11         The whole of the evidence also includes the

12   testimony of Mr. Maloney and Mr. DeNaut, both of whom

13   explained Ashton's desire to increase Coinmint's

14   profitability primarily by self-mining so that he could

15   exit, he could cash out either through an IPO or sale or

16   merger.

17         And they also confirmed the challenges that

18   Coinmint had in finding a vendor who was available and

19   that they could afford.  That is until Mr. Maloney

20   stumbled on to Katena.  And you will have to ask

21   yourself, why did Coinmint sue those critical witnesses?

22         Was this a win-win contract, like Mr. Maloney,

23   Mr. DeNaut, Mr. Gao, Mr. Monzon and Mr. Reddy all

24   testified, or was it just a letter of intent that

25   Mr. Soniat had testified about, that Mr. Norbert

1   testified about?  And you have to wonder, where is that

2   revenue curve referenced in the documents and that

3   Mr. Maloney confirmed that he created?  In fact, for

4   that matter, where's the Katena plan that Mr. Maloney

5   prepared, that Mr. DeNaut thankfully took a picture of?

6   Why didn't those get produced?

7       There are four realities that the evidentiary

8   hearing showcased that I want to discuss before we turn

9   to the claims, or at least some of the claims.  We're

10  going to rely on our briefing for all of it.  But before

11  we turn to some of the more critical claims and discuss

12  the evidence and what was proven and what was not

13  proven, here's the first reality.

14      The agreement was a win-win contract that both

15  parties wanted, just like Maloney, DeNaut, Gao, Monzon,

16  and Mordecai testified.  All right?

17      Let's start with Coinmint.  It was definitely a

18  win for Coinmint.  Okay?  You have heard consistent

19  testimony from Maloney, DeNaut, Ashton, and Norbert as

20  to Coinmint's efforts to procure rigs in April 2021 and

21  the internal dialogue about those efforts.

22      Each of those witnesses testified about the

23  discussions Maloney was having with various vendors

24  during that time and how he relayed those discussions to

25  Coinmint's management team.

1          Hunter, can we put up Exhibit 45, please.

2          ARBITRATOR CALLAHAN:  And if you could slow down

3   just a smidge, yeah.  I'm having trouble actually

4   processing what you're saying --

5          MR. HARDIN:  Oh.

6          ARBITRATOR CALLAHAN:  Because you're talking so

7   fast.

8          MR. HARDIN:  Okay.

9          ARBITRATOR CALLAHAN:  Please.

10          MR. HARDIN:  You did this, didn't you?

11          (Moves head from side to side.)

12          MR. HARDIN:  All right.  Well, thank you for the

13   feedback.

14          ARBITRATOR CALLAHAN:  I just want to hear what

15   you're saying.

16          MR. HARDIN:  No, no.  That's okay.  I was

17   focused on the loudness.

18          ARBITRATOR CALLAHAN:  You're focused on getting

19   to the airport.

20          MR. HARDIN:  You caught me.

21          ARBITRATOR CALLAHAN:  All right.

22          MR. HARDIN:  Mr. Maloney stressed about how he

23   brought back specific deal points from his conversations

24   with all the vendors, how he shared them with Coinmint's

25   management team, who then thoroughly discussed them.  He

TRANSCRIPT OF PROCEEDINGS

1    used the phrase "burndown charts," and while no one else

2    used that particular phrase, through their substantive

3    testimony, they confirmed the accuracy of what he was

4    saying, and that that is indeed what he did.

5          Mr. DeNaut, he testified as to -- and confirmed

6    that Coinmint's management team had multiple

7    conversations about multiple different vendors.  He

8    recalled hearing the conversations about Katena,

9    BITMAIN, and other established manufacturers.

10         Ashton and Norbert both confirmed that

11   Coinmint's management team discussed potential vendors,

12   and Norbert even recalled some of the specifications

13   about the K10 and it's energy efficiency and how it

14   compared to others.

15         There's specific details that those individuals

16   remember that tells the panel, indeed, Mr. Maloney was

17   taking back the information and sharing it with

18   Coinmint's management team.  And that's consistent with

19   the testimony of Mr. Gao and Mr. Monzon, who knew that

20   Coinmint was canvassing vendors and trying to find rigs,

21   because they were actually worried that Coinmint might

22   be trying to use Katena's offer to negotiate a better

23   price from another vendor.

24         And here is the point.  Mr. Maloney may have

25   been the point person to start the conversations, but

 1    there's absolutely no doubt that the entire Coinmint
 2    management team was involved in the discussions and
 3    exhibits.
 4         You also heard consistent testimony as to the
 5    state of the Bitcoin mining rig market in April of 2021.
 6    The price of Bitcoin was exploding.  Demand spiked.
 7    Supply was very short order.  Maloney, Mordecai, Monzon,
 8    and Gao all testified as to these dynamics.
 9         Ashton's litigation with Prieur Leary meant that
10    Coinmint had been restricted by the status quo order as
11    the price of Bitcoin rose and as the demand for rigs
12    correspondingly rose.
13         Coinmint was late.  By the time the trial in the
14    Delaware matter had occurred, it was a seller's market.
15    And one thing -- another thing, rather, that is
16    undisputed, Coinmint couldn't afford it.  The undisputed
17    evidence is that vendors wanted $120 a terahash or more
18    for rigs that were as efficient as Katena's.
19    Deliveries?  It was 18 to 24 months.  The initial
20    payments, first payment, down payment, initial payment,
21    that was anywhere from 50 percent to 100 percent, and
22    Coinmint couldn't afford that.  That is what's
23    undisputed.
24         But we also know how desperately Ashton wanted
25    Coinmint to be in the self-mining world.  Jim DeNaut

1    explained that perfectly.  It was crystal clear, his

2    testimony, and very insightful.  Transforming Coinmint

3    from a Bitcoin mining landlord into a self-miner meant

4    that Coinmint would go from only receiving 20 or

5    25 cents for every dollar mined to 100 cents of the

6    dollar.  It's obvious that would increase their

7    profitability and their bottom line, but Mr. DeNaut

8    grave extraordinary testimony how it would also position

9    Coinmint to be sold, how it would increase the

10   attractiveness for an IPO or sale.

11          Indeed, Ashton's desire to professionalize

12   Coinmint to increase its financials and to then sell it

13   and get out was the bedrock of his relationship with

14   Mr. DeNaut, and you heard Mr. DeNaut testify how they

15   would talk about those plans on a regular basis, at

16   least weekly.  And that is why the agreement was a win

17   for Coinmint.

18          Ashton didn't have another vendor he could

19   afford or one that would meet his timeframe so that he

20   could accomplish his goal.  It was only Katena.  Katena

21   provided Coinmint with the ability to procure rigs and

22   move its plans into action.  And Dr. Mordecai put a fine

23   point on it.  Coinmint stood to make 3 dollars for every

24   1 dollar that it paid.  In other words, Coinmint stood

25   to make $450 million from this agreement.  That's a win.

1          So it's no surprise that you heard consistent

2     testimony from Maloney and DeNaut about the importance

3     that Coinmint, Ashton himself, placed on this agreement.

4     In the Connecticut hearing, Mr. DeNaut testified that

5     the May -- excuse me, that the agreement between

6     Coinmint and Katena was the most important contract that

7     Coinmint had during this time, and it was viewed as the

8     most important contract.

9          And here are three Coinmint actions after they

10    signed that.  First, their payments.  Ashton authorized

11    the payments of millions of dollars from Coinmint to

12    Katena over an extended period of time.  Why?  To keep

13    the deal whole, to keep the order whole.  As Mr. DeNaut

14    explained to us, Coinmint's vision was multi -- was

15    plateaus of expansion.  They required a significant

16    number of rigs, both to provide to customers and to

17    self-mine and increase the wattage of the plant.

18         And what's particularly telling are the payments

19    around the dinner.  You have an October 15th payment

20    paid directly by Ashton Soniat.  This isn't my exhibit.

21    It's Coinmint's exhibit.

22         ARBITRATOR TURITZ:  That's 1201, right?

23         MR. HARDIN:  Ma'am?

24         ARBITRATOR TURITZ:  That's 1201?

25         MR. HARDIN:  Yes, ma'am.

1          ARBITRATOR TURITZ:  Thank you.

2          MR. HARDIN:  It was paid directly by

3     Ashton Soniat, $3 million.  Now, we heard Mr. Soniat

4     testify at length about how shocked and stunned and

5     surprised he was at the meeting to learn about the May

6     agreement that they now concede in closing.  They have

7     to, based on the testimony.

8          But look what he did on October 26th.  He

9     authorized another payment, 620,000.  And it's important

10    because Mr. DeNaut confirmed to us that not only was

11    Mr. Soniat the only person authorized to make the

12    payments, he's the key holder.  He is the only one that

13    has the credentials that could, meaning that he

14    physically input the transfer.

15         So why would Ashton authorize $23 million in

16    payments, particularly if he thought, as he testified,

17    that it was only a $7.5 million deal?  Because he never

18    thought that.  He never thought that.  Closing argument

19    seems to confirm that.  And he knew to get those rigs,

20    he had to pay $37.5 million so that Katena could start

21    fabricating the ASICs.

22         Second point.  Hunter, could you put up

23    Exhibit 76, please, sir.

24         For months, Coinmint worked hard to secure

25    funding to pay for the rigs and to keep the deal whole.

1   Set aside the fact that they repped and warranted that

2   they had the funds.  They breached and they tried for

3   months to try to secure those funds.

4           Of all their efforts, perhaps none is more

5   important than their efforts to secure financing from

6   blockchain.com.  Why?  Because blockchain.com had

7   already vetted Katena.  They knew about the product.

8   They knew that they were going to be providing financing

9   and funding on a product that didn't yet exist.  You

10  heard Mr. DeNaut talk about how difficult and

11  challenging that made it for them to sell the contract.

12  But blockchain.com solved that for Coinmint because they

13  had already vetted Katena.  They had already performed

14  their own diligence.  They knew about the design of the

15  ASIC and they were comfortable with the ASIC.

16          But Coinmint's financial house was a -- it was a

17  mess and they could never get it in order.  You heard

18  Mr. DeNaut talk about the efforts that he went through

19  to try to straighten it out.  And I think we can all

20  agree, Mr. DeNaut was someone that has been in this

21  industry for a while and seemed quite capable.  But he

22  wasn't able to.  And because of that, they never got

23  to -- they never got the finance.  They couldn't pay for

24  the deal.  Okay?

25          Third point, Exhibit 80.  Regardless of their

TRANSCRIPT OF PROCEEDINGS

1    troubles, though, you have to admit that Mr. Soniat, he

2    had a clear vision for what he wanted.  He knew he

3    wanted Coinmint to be self-mining.  He knew he needed

4    rigs to do that.  He knew that the market was a

5    challenge.  So he knew that he had to keep the Katena

6    order whole.  He knew that he had to skim this one way

7    or the other to keep this deal.

8         That's Mr. Soniat.  That's October 14th.  That's

9    one day before he transferred $3 million out of his

10   family account to Katena.

11        So when Coinmint tries to argue that this

12   agreement was foisted on them by Maloney, don't believe

13   it.  That's not what the evidence showed.  Ask yourself,

14   why hasn't Coinmint acknowledged that it wanted rigs and

15   why it wanted them?  What's Coinmint hiding?  They're

16   trying to avoid the reality that this agreement was a

17   win for them.  It was an agreement that Coinmint wanted.

18   It was viewed as the most important contract internally

19   for months.  Ashton personally approved the payments,

20   and Ashton himself wanted to keep it whole.  He just

21   ultimately couldn't find the funding for it, and now he

22   wants out.  That's all this case is about.

23        Now, Katena.  No doubt it was a win for Katena

24   as well.  They have acted like this was something bad

25   that it was a win-win.  No, it's not.  But what was that

TRANSCRIPT OF PROCEEDINGS

1    win?  Okay?  Coinmint tried to tell you for a while that

2    Katena had snookered Coinmint into giving them terms

3    that were favorable to Katena, bad for Coinmint.  Well,

4    we know that's not true, right?  That -- and that theory

5    seems to have gone by the wayside now.

6            Katena offered Coinmint a below-market deal.

7    And you can tell that by comparing it to the Blockware

8    deal or offer that they got in May 2021.  It's

9    Exhibit 1200-A.  And it was substantially more, in terms

10   of price, for substantially fewer rigs than what Katena

11   offered.

12           Now, Coinmint seems to float the idea that -- or

13   at least they did at the trial, that all of this was a

14   big master scheme for the founders, Henry and Sagar and

15   Michael, to get a few million dollars and skip town.

16   All right?  The evidence showed that to be false on many

17   levels, and we will talk about that in a minute.

18           It was a win for Katena because Katena was a

19   startup.  It was a startup that wanted to manufacture

20   rigs.  It had the pieces in place well before Coinmint

21   came along to start manufacturing, but it needed a

22   customer that would place an order of significant size

23   and make a down payment so that it could start

24   fabricating chips.  And you heard that consistently from

25   everyone.  There was a significant amount of testimony

TRANSCRIPT OF PROCEEDINGS

1   and documents establishing that Katena was ready to go,

2   and I'm not going to revisit them all.  We don't have

3   time.  But here are five key points.

4          First, Hunter, could you put up Exhibit 2003,

5   please.

6          The arrangement with IMEC-TSMC for the

7   fabrication of the ASIC, as you heard from Sagar and

8   Mr. Gao and Professor Markovic, Katena was at the

9   tapeout stage in May 2021.  And that's critical on a

10  couple of levels.

11         First, it really speaks to the level of work

12  that had been undertaken well before Coinmint ever

13  appeared.

14         Second, tapeout is a point of no return.  When

15  you ask TSMC to tapeout --

16         MR. ALFORD:  Bless you.

17         MR. HARDIN:  Bless you.

18         MR. TABER:  Sorry.

19         MR. HARDIN:  -- they don't just make the chip to

20  make one.

21         You have to fulfill your order.  And that seems

22  to have been lost on Coinmint.

23         Second, when someone requested tapeout, because

24  TSMC required the requester to fulfill its order, they

25  checked and made sure that the funds were there.  And

TRANSCRIPT OF PROCEEDINGS

1    without the payment of $37 million, Katena wouldn't have

2    the necessary funds when TSMC audited the bank account.

3    You heard that from Sagar.  You heard that from Michael.

4    You heard that from Professor Markovic.  That's just the

5    way the industry was during that time.  And you heard

6    nothing factually, evidentiary from Coinmint to

7    challenge that.  You've heard argument, but not

8    evidence.

9         Second, Hunter, can you put up Exhibit 113, the

10   bill of material.

11        As you heard from Mr. Gao, Katena had a detailed

12   plan for all of the parts it would need to acquire in

13   order to manufacture the rigs.  Now, Coinmint likes to

14   complain, well, but you didn't enter into a full binding

15   contract for them.  No.  They needed to make sure that

16   they had the funds to start the fabrication of the chip

17   before they entered into a contract for everything else.

18   It was a domino effect, for sure.  But that's not fraud.

19   That's appropriate corporate behavior.  In today's

20   world, where they complain about startups that just go

21   out and enter into contracts and not worry about it,

22   these people were doing the appropriate thing.

23        Three, there was a team in China.

24        Hunter, can you put up Exhibit 100, please.

25        And you heard from Mr. Monzon and Mr. Reddy

TRANSCRIPT OF PROCEEDINGS

January 12, 2024

```
 1   about that team, who was ready to assemble the rigs and
 2   who Katena was paying approximately $180,000 a month
 3   before Coinmint.  It's not a sham company.  These guys
 4   were trying to produce rigs.
 5        ARBITRATOR GLICK:  I'm sorry.  I touched the
 6   wrong button.
 7        MR. HARDIN:  That's okay.  It gives me a pause.
 8   It's perfect.  Thank you.
 9        ARBITRATOR GLICK:  Okay.
10        MR. HARDIN:  Four, Professor Markovic explained
11   in detail that the due diligence material made available
12   to Bleck showed that the design of the ASIC met
13   performance specifications and was ready to be
14   manufactured at scale.  It was ready to go.  And he also
15   confirmed that Mr. Bleck's prior work with DxCorr when
16   Mr. Bleck was with Facebook would have positioned him
17   nicely to be able to opine on this in a more efficient
18   manner because he knew from firsthand experience how
19   DxCorr handled various items and he could simply ask for
20   confirmation instead of learning.
21        So when you hear the comments about Mr. Bleck
22   only spending 5.8 hours, know that he had built in
23   efficiencies.  Of course, know that the bill went to
24   Coinmint and they didn't complain in real time.  But
25   we'll get to that in a minute.
```

TRANSCRIPT OF PROCEEDINGS

1          Five, finally, you heard Dr. Mordecai explain

2     what this deal meant for Katena.  Katena expected a

3     profit of about $90 million just from this deal alone.

4     But this deal got them started.  It unlocked the $200

5     line of credit, likely, because they would have met

6     milestones.  It definitely would have meant that other

7     customers who were waiting for Katena to be

8     manufacturing rigs before making firm commitments would

9     follow through.  So the cascade effect of this deal,

10    combined with the $90 million in profit, these guys

11    weren't trying to run off with this as Coinmint has

12    suggested from time to time.  They were looking to start

13    a business.  They were a startup focused on

14    manufacturing rigs.

15          All right.  Here is the second reality.  The

16    messages don't mean what Coinmint infers.  You know, we

17    heard a lot about "Z."  We heard a lot in that closing

18    of how, well, Katena, you know, they came in here and we

19    showed them "Z" and they denied it, it, they denied it.

20    Well, the "it" was Coinmint's inferences.  And here's

21    the reality, Coinmint's inferences are wrong.  They

22    don't match with the evidence.  They don't match with

23    the testimony.

24          The texts don't mean what Coinmint claims, and

25    they don't support the inferences that Coinmint asks you

TRANSCRIPT OF PROCEEDINGS

1   to draw.  Coinmint has consistently asked the panel to
2   ignore the type of testimony and evidence that we
3   have -- we have already gone over about the agreement
4   being a win-win.  They don't want you to use business
5   sense or listen to the testimony of all the witnesses.
6   They want you to review this tiny part, take them out of
7   context, make the same unsupported inferences that
8   Coinmint proposes, and just rule based on that.  Okay?
9        It -- but it misses the mark.  Katena's internal
10  texts simply don't stand for what they claim.  And you
11  heard Henry describe them.  These are WhatsApp messages.
12  These are instantaneous messages.  They were water
13  cooler talk, where he and Gao could spitball, they could
14  dream, they could throw random ideas out, they could
15  whatever.  The vast majority of them never got off the
16  ground.  They were never intended to get off the ground.
17  They were just spitballing.
18       But Coinmint distorts them for their own
19  narrative because it's all Coinmint has.  And I want to
20  sit on that for a minute.  They are the plaintiff, and
21  all they have are our texts.  And that says something.
22  Nevertheless, let's talk about them.
23       Hunter, can you put up Exhibit 1038.
24       Now, here is a WhatsApp message.  It's May 18th.
25  It's after the agreement.  It's to Maloney.  And

TRANSCRIPT OF PROCEEDINGS

1    Coinmint takes this and argues, well, this, this clearly
2    confirms that Katena offered Mr. Maloney a job.  Hardly.
3    Henry testified that one of his first moves with anyone
4    looking for potential employment was to ferret out what
5    their expectation was for salary.  That's not uncommon
6    of a move, that's not crazy, particularly in the startup
7    world because startups don't have unlimited cash.  This
8    isn't like Coca-Cola, who can make an exception for the
9    great fill in the blank.
10          It's separated the wheat from the chaff on many
11   an occasion, and it did here too.  Did Mr. Maloney
12   respond?  With pleasantries, not substantively.  There's
13   no evidence coming back from Maloney asking for a
14   certain package, nothing.  It doesn't exist.
15          Hunter, can you go to Exhibit 37, please.
16          Here is another example of Coinmint taking
17   things out of context and distorting them for their
18   narrative.  The only world where this would be different
19   is if Maloney really wants the job.  Coinmint argues
20   that that's absolutely unequivocal evidence of a quid
21   pro quo, commercial bribery, and this is it.  But the
22   argument falls apart when you read the whole text,
23   right?  Because Gao expresses concern in this same text
24   string.  Again, this is instant messages flying back and
25   forth.  By the way, if Maloney tells the truth in his

1    resumé, he has MFN, most favored nation status, with

2    BITMAIN and MicroBT, meaning he knows $45 a terahash.

3    Gao sat here.  He told you he was concerned that if

4    Maloney could get less than $60 a terahash, that Katena

5    was just being used.  If Katena was just being used by

6    Coinmint, why shouldn't they focus on some of the

7    others, Core Scientific or somebody else that they were

8    talking with at the time?

9         Gao testified that he found out that very day

10   where the market was.  He testified that he realize --

11   and we know from Dr. Mordecai that it's correct that

12   market had moved substantially.  And so his fears had

13   been taken care of.  That's all this is.  So what would

14   have been different, right?  Well, if Maloney was

15   interested in eventually working for Katena, he would be

16   honest in his dealings and not just saying -- not just

17   stringing Katena along to try to get a better price from

18   someone else.  Okay?  That's obviously not a job offer.

19   It's not a quid pro quo.  It's a discussion.  It's an

20   arm's length negotiation.  And it's Michael working

21   through his fears and his concerns with his business

22   colleague, just like he testified.  And you get more of

23   the same of these distortions when it comes to Bleck.  I

24   mean, I challenge anyone to actually identify the number

25   of times we heard Coinmint argue that Sagar wrote the

1   Bleck report.  We've heard it nonstop.

2         Hunter, could you put up Exhibit 14, please.

3         And we heard it, but here's the kicker.  You

4   didn't see a redline.  No one saw the changes.  No one

5   saw revisions from -- from Mr. Reddy because they don't

6   exist.  There's absolutely no testimony supporting

7   Coinmint's position.  When Bleck and Sagar were both

8   asked directly about it, they both confirmed that Bleck

9   wrote the report.  And Exhibit 14 hammers that point

10  home.  Bleck asked Sagar if he wants to take a look at

11  it.  What does Sagar say?  Unceremoniously, nah.

12  Doesn't sound too controlling.

13        Hunter, can you go to Exhibit 1.

14        Coinmint has ignored for months the testimony

15  from Bleck and Sagar that Bleck had not advised DxCorr

16  for years, and thus it was entirely appropriate and

17  truthful to remove that reference.  Why?  Why would

18  Coinmint ignore that?  It doesn't fit with their

19  narrative, that's all.

20        So what does Coinmint do?  It points to this

21  LinkedIn message and specifically the word

22  "temporarily."  And they have done this throughout the

23  briefing and at various times.  And they argue that --

24  well, first they infer that Bleck really was advising it

25  would go down temporarily and then would creep back up

TRANSCRIPT OF PROCEEDINGS

January 12, 2024

1   because, again, Bleck is really advising.

2        Again, it ignores the testimony, right?  Sagar

3   told you exactly why he used that word, because if Bleck

4   ever did start advising in the future, they would gladly

5   put him back up.  And Coinmint wants you to believe that

6   that's a sham answer.  But has Bleck advised since April

7   or May 2021?  No.  That was almost three years later.

8   That's an honest answer whether Coinmint likes it or

9   not.

10       Hunter, can we go to Exhibit 38.

11       And lastly, rubber stamp.  Okay?  You have two

12  non-native English speakers, two immigrants, tell you

13  what they mean.  Coinmint can make fun of it all they

14  want to.  Okay?  But here's the deal.  If it really was

15  like what Coinmint claims, and Bleck was just this great

16  paid shill that was going to stamp it and move it along,

17  and it was fake, it was vaporware, as Mr. Pflaum

18  floated, where is the technical expert that came in and

19  told you how?  Because, again, in their world, it's

20  fake.  Where's that technical expert?  Well, he doesn't

21  exist, right?  The only person, the only group that got

22  an actual technical expert was Katena.  And we got one

23  of the best.  There's no doubt about Professor Markovic,

24  zero.

25       And that really underscores my next point.

1    Coinmint makes conclusions based on inferences, not

2    facts.  Why?  It has to.  But the key evidence it needs

3    to prove up its case simply doesn't exist.  All of the

4    wild accusations about Maloney and the bribe, where is

5    the job offer?  There's not one.  There's no evidence of

6    a job offer.  There's no evidence Maloney even wanted

7    the job.  In fact, the testimony is, he sat there and

8    told you, I didn't want to work for a startup company.

9    This was allegedly a quid pro quo.  Where's Maloney's

10   demand for the quo?  If he did the quid, where's the

11   demand for the quo?  Don't forget, this is a man that

12   was out of a job for a while.  Did he come knocking at

13   Katena?  No, not at all.

14          And if it was a bribe, where's the evidence of

15   the money trail?  Coinmint talks about the 500,000, but

16   the witnesses sat here and told you what that was.  It

17   wasn't a bribe at all.  Never exchanged hands.  It

18   didn't exist.  Mr. Bleck, the great paid shill, as he

19   has been called, there's no evidence of him getting paid

20   at all.  In fact, they both testified that he didn't.

21   There's no evidence that he let Sagar rewrite the

22   report.  Where are the edits?  Where's the redline?  It

23   doesn't exist because it didn't happen.  Where's the

24   evidence to support their interpretation of rubber

25   stamp?  Where is their actual technical expert?  I'm not

 1   talking about two students that don't study ASICs.  I'm
 2   talking about an actual custom ASIC designer that could
 3   come in and talk on behalf of Coinmint.  Remember that
 4   old saying, you can always get an expert to say
 5   something?  Not in this instance.
 6        The allegedly deceptive website scrubs, there's
 7   no evidence that Ashton or anyone from Coinmint ever
 8   went to the websites.  And I'm sorry, but legally that
 9   means you didn't rely on it, and it means it wasn't
10   material.  You know, fraud has elements, and as a
11   plaintiff, it's their burden to carry that.
12        What about the harm that was allegedly caused to
13   Coinmint?  Where's the better deal that Maloney or
14   Katena or Bleck kept Coinmint away from?  Where's that
15   other deal that Ashton was contemplating on that he
16   could afford?  I mean, where's even the acknowledgement
17   by Mr. Soniat that that's what he was doing?  Okay.  You
18   didn't hear about it because it didn't exist.
19        And the alleged amendment to the $150 million
20   deal that based on closing maybe they're not arguing
21   that anymore, who knows, but we heard a lot about it in
22   trial and it was important.  We spent days on it.  Come
23   on.  There's no email, text message from Katena.  I
24   mean, Mr. Soniat can say he thought that this June 10th
25   email was a contract, but we all know that a contract

TRANSCRIPT OF PROCEEDINGS

1   involves two parties.  Okay?  There's no amendment.  So

2   every time you hear Coinmint make one of these, what I

3   would call huge inferential leaps, ask yourself, what

4   missing evidence is Coinmint trying to get me to gloss

5   over?  What evidence is Coinmint asking you to ignore to

6   reach those conclusions?

7         Because here is the fourth reality, and really

8   the culmination of my points so far and why Coinmint

9   ignores the whole of the evidence and why, apparently,

10  we are now giving up on the letter of intent.  Our

11  witnesses, third-party witnesses, they were credible.

12  Mr. Soniat and Norbert, they weren't.  And it's just

13  that simple.

14        Based on the testimony of Norbert and Ashton,

15  you would never know that Coinmint wanted -- Ashton's

16  plan, Ashton's want, was to be a self-miner, that he was

17  on the prowl for rigs, he had a plan, an exit plan, and

18  it required self-mining.  You would never know that they

19  had been looking for vendors and they 8couldn't have

20  any.  Based on Norbert and Ashton's testimony, you would

21  never know that Maloney had crafted the Katena plan or

22  that Coinmint had considered the agreement, its most

23  important contract.  In support of their narrative,

24  Ashton and Norbert both testified in ways that are

25  simply not credible.

TRANSCRIPT OF PROCEEDINGS

January 12, 2024

1           Hunter, can you put up 2053.

2           Ashton claimed that he thought this was a letter

3    of intent.  He signed it and he thought it was a letter

4    of intent.  Now, they have passed on this.  They have

5    given up.  I would have too, right?  Because we all sat

6    here during the hearing and walked through the

7    documents.  There's no way that anyone could have

8    thought this was a letter of intent.  But what's

9    important about it is they were willing to come here to

10   say it.

11          He testified that Coinmint was super careful

12   about contracts at this juncture because of status quo

13   work, and then he confirms to you that he didn't even

14   read it, or he claims that he didn't even read it.  I

15   personally think that that's not credible.  But that

16   tells you what you're dealing with and what you as the

17   ultimate decider have to weigh.

18          Hunter, let's go to Exhibit 67.

19          Norbert, he testified that Coinmint didn't enter

20   into a $150 million agreement.  We testified to you that

21   they didn't do it.  Now he told him, he told the

22   governor of New York, he admitted to them that it was a

23   $150 million deal.  Just not here.

24          And then Ashton, he swore --

25          ARBITRATOR TURITZ:  That's Exhibit 67?

TRANSCRIPT OF PROCEEDINGS

```
1              MR. HARDIN:  Yes, ma'am.

2              ARBITRATOR TURITZ:  Is that right?

3              MR. HARDIN:  Yes, ma'am.

4              ARBITRATOR TURITZ:  Thank you.

5              MR. HARDIN:  Mr. Soniat swore he never received

6      the agreement before that fateful October dinner, yet

7      we've all seen -- Hunter, let's go through these fast.

8      Exhibit 2037.

9              ARBITRATOR CALLAHAN:  Not too fast.

10             MR. HARDIN:  Hunter, let's go through these

11     mildly fast.  Let's go medium fast.  Exhibit 2037, where

12     Mr. Maloney copied Ashton on the email transmitting the

13     redline of the agreement on May 12th.

14             Exhibit 2052 and 2053, where DocuSign notified

15     Ashton that the SBA and PO had been signed.  You cannot

16     receive this and -- as the chairman of a company, an not

17     realize that an agreement had been signed.

18             Exhibit 58, where Maloney explains to Ashton

19     that, look, whether we pay 7.5 or 8.5, like, who cares,

20     it's less than 150, we owe 150.

21             Exhibit 97, that text between Ashton and DeNaut

22     the morning of the dinner where Ashton is literally

23     acknowledging the price that's identified in the

24     purchase order and is asking, how are we doing on the

25     delivery.  And yet, he sat here and said, no, I didn't
```

TRANSCRIPT OF PROCEEDINGS

1    get it before the dinner.  Why?  Because he didn't want

2    you to put importance on the $500,000 payment that he

3    made later.  That's not credible.  That's not the type

4    of testimony that you trust.

5        All right.  With that, let's turn to the claims.

6    And let's discuss the evidence and the context of those

7    claims.

8        First, we think any decision here starts with

9    the agreement.  It defines the relationship between

10   these two business entities.  It answers most of the

11   issues that the panel must address.  And Coinmint's

12   position really assumes, and it has all along, that it

13   exists.  I mean, to rescind the contract, you got to

14   assume that one exists.  All right?  So did the parties

15   enter into a contract in May 2021?  Well, yes.  And that

16   seems pretty obvious.  Multiple copies have been

17   introduced, but Exhibit 51 is the signed SBA PO.  It is

18   effective as of May 12th, end of story.  Did Coinmint

19   breach that agreement?  Yes.  That, too, is obvious.

20       Hunter, Exhibit 51, please.

21       These are the payment obligations.  We've heard

22   a lot of discussion about 23.5, but mathematically, it's

23   less than 37.5.  We've all seen where payments dripped

24   in even through October.  That is not within three days.

25   Very clear, they breached.

TRANSCRIPT OF PROCEEDINGS

1          Did Katena waive its right.  Arbitrator Glick, I
2     believe that was a question of yours.
3          Hunter, could you put up -- well, you beat me to
4     it.  Thanks.
5          Again, the agreement answers that question.
6     There is a no waiver clause, and Mr. Gao gave
7     substantive testimony on the point.
8          Did Katena breach the agreement?  Did Coinmint
9     sued us for breach of the agreement?  No.  First,
10    Coinmint committed the first deal breach.  It's kind of
11    black-letter law, breaching party doesn't get to
12    complain about the other party.  Otherwise, what's the
13    point of the contract?  It's particularly at tier
14    because Katena needed the $37 million to start
15    fabricating the ASICs.  That testimony is undisputed.
16    It's sneered at, but it's undisputed.  And there's a big
17    difference there.
18         But at a different level, Coinmint hasn't even
19    told you what real obligation we allegedly violated.
20    Set aside the fact that their first material breach
21    would excuse any performance.  It there's never been an
22    articulation of what contractual obligation Katena
23    allegedly didn't do, they have implied that it's the
24    lack of providing the test unit.
25         Hunter, can you put up Exhibit 1125, please.

TRANSCRIPT OF PROCEEDINGS

1        But we know that's not true because here's their
2    own internal email string where they read the agreement.
3    And John Tomczak is saying, we both interpreted that to
4    mean a test unit, payment whose timing is tied to
5    Katena's delivery of working unit.  Norbert has not
6    received the timing of that.
7        ARBITRATOR CALLAHAN:  What exhibit are you
8    referring to?
9        MR. HARDIN:  1125.  And there's other language
10   where they are specifically stating that there is no
11   time period for a test unit.  That's why Exhibit 1125 is
12   important.
13       So was -- next question, was the agreement
14   amended?  No.
15       Closing argument seems to suggest that that's
16   not really Coinmint's current position.  Maybe it is,
17   maybe it isn't.  But we do know that Ashton testified to
18   it, and he was -- took that position under oath.
19       Hunter, can you put up Exhibit 62?
20       Again, the concept that this is a contract is
21   not credible.  And it's not credible to suggest that a
22   chairman and CEO of a company the size of Coinmint
23   thought that it was.
24       ARBITRATOR TURITZ:  Could you expand that?  I
25   didn't really read anything of it.

TRANSCRIPT OF PROCEEDINGS

1          ARBITRATOR CALLAHAN:  It's the summary of
2    negotiation points.
3          MR. HARDIN:  Yeah.  It's Exhibit 62.
4          Okay.  Negotiation summary.  I know that
5    document.  Hunter, you're stealing my thunder, Buddy.
6    Can you keep scrolling?  Just scroll down towards the
7    end, moderately slow.  Perfect.  Keep going.  And I
8    am -- we can even see there:
9          "Unfortunately, our delay in payment has
10   impacted their delivery timeline," which gets to my next
11   point.
12         Was there an oral amendment -- or excuse me.
13   Was this the first contract?  No.  It's clearly, clearly
14   not.  They are clearly talking about the breach.
15         Hunter, let's know to Exhibit 51, page 13, so
16   slide 34-A.
17         So was there an oral amendment?  No.  Again,
18   does it -- it doesn't make common sense, business sense,
19   strains credulity, all of that, to suggest two business
20   institutes, sophisticated parties, would just tear up a
21   $150 million deal and replace it with an oral contract.
22         Hunter, could you go to slide 34, Exhibit 2212.
23         And why would they not do it?  Because of the
24   difficulty of what was being discussed.  And I, you
25   know, fully acknowledge that people were discussing

TRANSCRIPT OF PROCEEDINGS

1   potential ways after the breach.  Nothing ever happened.

2   There was no waiver.  But there's no amendment, there's

3   no oral amendment, there's no notation, there's none of

4   that.  These issues never got solved.  What we have is

5   the May agreement, that's it, hard stop.

6          So what were we entitled to?  We are entitled to

7   the liquidated damages.  $37.5 million isn't irrational.

8   It's totally rational.  What does that relate to?  The

9   money that it would cost to fabricate chips.  That is

10  the reason why that number would be the liquidated

11  damages, pretty straightforward.

12         Next, let's talk about the fraud.  Okay?  Here

13  is another reality.  Nothing in the agreement supports

14  Coinmint's position, never has.  They want out.  They

15  don't have a termination right.  Ashton wants the money

16  back.  It's nonrefundable, expressly, explicitly.  He

17  signed it knowing that.  It doesn't matter.  As

18  Mr. Alford pointed out in closing, these business

19  people, they make decisions and push to make money, and

20  he wants his money back.  Okay.  It's okay that happens.

21         But given the lack of comfort that they can find

22  in the agreement now that they have breached and they

23  want out, it really should come to no surprise that

24  Coinmint has to argue and does argue that somehow the

25  agreement doesn't apply.  And what do litigants do when

1    that happens?  They argue fraud.  Okay.  But as we judge

2    the credibility of the fraud and the claims that

3    Coinmint has made, I have this ask of the panel.  And I

4    know that's dangerous, and I'm sorry.  All that you have

5    done, I would ask that you go back and reread that

6    amended arbitration demand.  It's interesting, the fraud

7    that's being argued today.  FYI, it wasn't the one that

8    was pled.  Mr. Bleck, he didn't make an appearance

9    there.  Mr. Maloney, not so much.

10          All right.  Why does that matter?  It shows you

11    that these alleged omissions weren't material.  They

12    weren't relied on.  This isn't an entity that had an

13    action happen to it and said, wait a minute, that's not

14    fair, Mr. Taber, you cannot do that to me, I will take

15    you to court.  No, sir.  This is an entity that is

16    trying to get discovery and trying to pick apart a deal

17    after the fact to get it -- to get out of it.  That's

18    what's going on here.  That's why they keep changing

19    their story.  And it speaks volume about the

20    credibility.

21          Still, let's deal with it.  Fraud.  Maloney, he

22    was allegedly bribed, right?  That's what Coinmint has

23    argued, there was some quid pro quo.  We can't find the

24    quo.  It's more conclusions based on inferences.  As an

25    initial matter, notice that Coinmint never really

TRANSCRIPT OF PROCEEDINGS

1     identifies anything specific with the agreement that was

2     the quid.  Okay?  It's just that the agreement was

3     signed.  But we know that Maloney didn't make that

4     decision.  Okay?  Ashton did.  Ashton was the one who

5     wanted to sell Coinmint.  Ashton was the one who decided

6     to self-mine.  Ashton was the one who brought DeNaut on

7     board to help professionalize the financials.  Ashton is

8     the one that talked to him on a regular basis about how

9     to get the funds for the minors.  Ashton and the whole

10    Coinmint management team were the ones who reviewed the

11    deals and analyzed them and determined that this was a

12    win, and Ashton was the sole signatory, and it was

13    Ashton alone who decided to sign the agreement and did

14    sign the agreement.  And then afterwards, it was Ashton

15    and Ashton alone who authorized the payments and then,

16    as the key holder, made certain payments from his own

17    family trust account.  You can't put this on Maloney.

18    It was Ashton.  He was involved from the very beginning,

19    and he always has been.

20         The only testimony that you heard, and it was

21    consistent, is that this was a decision by Coinmint's

22    management team led by its fearless leader, Ashton, who

23    had sole control and authority to do with as he deemed

24    fit.

25         Next, let's put this notion that Maloney and

TRANSCRIPT OF PROCEEDINGS

1   Katena induced Coinmint into context.

2           Hunter, can you put up Exhibit 31.

3           We know that Maloney and Katena were brought

4   together by a mutual acquaintance.

5           ARBITRATOR CALLAHAN:  What are we looking at?

6           ARBITRATOR GLICK:  31.

7           MR. HARDIN:  This is the message between

8   Rachel Pippin --

9           ARBITRATOR CALLAHAN:  No.  What exhibit?

10          MR. TABER:  31.

11          MR. HARDIN:  31.  Oh, I'm sorry.  I thought I

12  said that.

13          ARBITRATOR CALLAHAN:  I'm sorry.  I didn't hear

14  it.

15          MR. HARDIN:  Okay.

16          We know that Maloney and Katena were brought

17  together by mutual acquaintance, Rachel, without either

18  of them directly asking to be.  I mean, this was

19  happenstance, right, from their perspectives.  We know

20  that Coinmint wanted to acquire rigs.  We know that

21  Ashton wanted to maximize Coinmint's profits and sell,

22  and sell Coinmint or take it publicly.  He wanted an

23  exit plan.

24          We also know that Maloney had a -- so, Hunter,

25  can you go to Exhibit 1219.

TRANSCRIPT OF PROCEEDINGS

**January 12, 2024**

1        This is Mr. Soniat's draft email to Maloney that

2    was produced during trial.  This is a draft email that

3    Ashton sent to DeNaut, taking his temperature of how

4    Maloney would receive it.  From it, we know that Maloney

5    had a substantial personal financial stake in Coinmint

6    and stood to reap millions when that sale happened.

7        So what makes more sense?  Does it make more

8    sense that Maloney, who has been looking for rigs from

9    everywhere but can't find them because they're late to

10   the party, does it make more sense that he asks Katena

11   about buying their rigs when he learned about Katena's

12   business?  Right?  He looked up and found a source?  Or

13   does it make more sense that he decided within minutes

14   of meeting Henry Monzon, Michael Gao, "Hi.  How are you

15   doing?  Would you like to enter into a conspiracy with

16   me?  You see, I hate Coinmint.  I know we don't know

17   each other.  What do you think?"

18       Or Henry and Michael, picture them in their

19   world.  These two guys have to look at it and go, why

20   not, let's do this.  It's ridiculous.  It's ridiculous

21   what they float, but yet they have to.  It's the only

22   thing that can get Ashton out of the contract he signed

23   because he couldn't perform on it.

24       ARBITRATOR CALLAHAN:  And I'm just going to

25   check in with you to see about how much longer.

TRANSCRIPT OF PROCEEDINGS

1              MR. HARDIN:  I have --

2              ARBITRATOR CALLAHAN:  You're a little over an

3      hour.

4              MR. HARDIN:  Five minutes, I would think.

5              ARBITRATOR CALLAHAN:  Ah, no.  Yes, go ahead, if

6      you could finish up by noon.

7              MR. HARDIN:  Sure, sure.  First, hey, Siri, set

8      a five-minute timer.  We're in today's world.  Right?

9              ARBITRATOR CALLAHAN:  Yep.  I do that all the

10     time.

11             MR. HARDIN:  And he didn't interrupt anybody.

12             ARBITRATOR CALLAHAN:  It's a she.

13             MR. HARDIN:  Do what?

14             ARBITRATOR TURITZ:  It's a she.

15             MR. HARDIN:  Is it?  Uh-oh.

16             First, Maloney was very clear he had zero

17     interest and desire to take a pay cut, give up his

18     financial stake, and go work for a startup.  Second,

19     there was no job offer.  There's no testimony about one.

20     There's inferences, but there's no evidence.  Third,

21     look at the negotiations.

22             Hunter, can you put up Exhibit 2037, please,

23     sir.

24             Maloney was negotiating for Coinmint and his own

25     financial profits, and that comes through crystal clear

TRANSCRIPT OF PROCEEDINGS

**January 12, 2024**

1   to anybody that opens the email and looks at the

2   redline.

3          Maloney negotiated the price down to 60 bucks a

4   terahash.  Maloney negotiated the amount that Coinmint

5   had to pay down to 25 percent from 50 percent, which is

6   incredible when you consider the market at the time.

7   And Maloney was able to get Katena to commit to delivery

8   within seven months, much sooner than any established

9   manufacturer.

10         Again, what makes more sense?  Was he doing this

11   for Coinmint or Katena?  He was doing it for Coinmint,

12   and for himself.

13         Hunter, can we go to Exhibit 2037, please, sir.

14         And Maloney even sent those changes to Ashton.

15   They want you to believe that Maloney got one by, they

16   sneakily deleted the escrow provision.  We have heard

17   about that for a while.  That seems to have gone by the

18   wayside too.  But here he is.  He's transmitting this to

19   Ashton.

20         Hunter, can you put up Exhibit 2040.

21         And look at Katena's reaction when he goes from

22   100 million to 150 million.  This is part of it.  And,

23   again, I'm the one asking you to read the whole thing.

24   But it is clear when you read 2040, Michael Gao is

25   freaking out, the concept that it goes up from

TRANSCRIPT OF PROCEEDINGS

1    100 million to 150 million.  He's not sure that he can

2    make the order.  That's not a -- that's not a

3    preordained plan.  That's not a quid pro quo.  That's

4    not a master scheme coming to its culmination.

5         Again, what is more likely?  Is it more likely

6    that Maloney entered into this criminal conspiracy with

7    Gao and Henry only to surprise them by increasing it to

8    150 million or is it more credible that he created that

9    Katena plan and they all sat around and realized that

10   they were going to make 3 bucks for every 1 and they

11   increased it?  Right, maybe that answers why it wasn't

12   produced and why we don't have the luxury of seeing it.

13        And then there's Bleck.  Any discussion about

14   Bleck starts and ends with the fact that Coinmint didn't

15   even hire him until after he had signed the agreement.

16   If Coinmint is now going to agree that it was signed on

17   May 13th, well, Mr. Bleck wasn't even hired until after

18   that.  He didn't provide a report until after that.  And

19   even then, no one asked for it.  No one read it.  No one

20   questioned Bleck about it.  There's no way that anything

21   from Bleck can be the basis for a fraudulent inducement

22   claim.  You can't say the report was material or that

23   you relied on it if you hadn't hired him before you

24   signed the agreement.  How did that fraudulently induce

25   you?

1          Okay.  Just four additional points.

2          Coinmint claims that it got a verbal thumbs up.

3     That's not a specific representation.  That's fails

4     under California law.  Imagine what it would do to the

5     used car industry if a thumbs up got you sued for

6     fraudulent inducement.

7          Two, nothing about Bleck's summary, Bleck's

8     report, Bleck's credibility, the performance of his job

9     was wrong.  Again, I'm going to truncate my argument

10    about his report this way.  Professor Markovic, I don't

11    think I have to say anything else.  You go back and you

12    watch that video of him, oh, Bleck hit it, Bleck did a

13    good job for a company.  Bleck's only problem is who he

14    was working for.  That's the only reason Bleck is

15    involved in this.

16         Third, Bleck was independent.  * hangs its hat

17    on Bleck previously being identified as an advisor.  As

18    far as Exhibit 6, that's the one that Coinmint's lawyers

19    found and brought to Mr. Bleck's testimony, that we

20    objected to.  Okay?  It was never introduced into

21    evidence.  That wasn't a DxCorr website.  That was just

22    something off of the Internet.  And we all know what

23    that can get you.  It's another instance of Coinmint

24    ignoring the facts.

25         Okay.  So with that, here is my conclusion.

TRANSCRIPT OF PROCEEDINGS

1          Coinmint's claims that have been asserted, they

2    can really be answered with that what if we proposed in

3    our briefing.  What if Coinmint had?  What if they had

4    honored the agreement and paid 37 million?  Well, the

5    ASIC would have been fabricated.  That would have been

6    sufficient for TSMC.  The letter of credit could have

7    been unlocked.  Coinmint would have received rigs.  And

8    Katena would be manufacturing the next generation by

9    this stage.

10         And that really shows you the world when it

11   comes to these claims.  It shows you that this is

12   nothing more than a breach of contract claim.  There was

13   no fraud, no material misrepresentation.  The ASIC

14   design was feasible, which is what Coinmint hired Bleck

15   to determine.  A contract was in place with the foundry

16   and a reputable Silicon design firm, DxCorr, had brought

17   the design to tapeout.  Katena had simple detailed plans

18   on how to acquire the parts needed for the rig and

19   assemble a team in China to do it.  There was no fraud

20   in the commencement of the agreement.  It was exactly

21   what Coinmint wanted.  It was the only deal that was

22   available to Ashton, and Ashton jumped all over it

23   because it was also the best deal available to Ashton.

24         There's no false pretenses here.  Katena was

25   looking to manufacture rigs.  And as DeNaut confirmed,

TRANSCRIPT OF PROCEEDINGS

```
 1   everyone at Coinmint knew that Katena needed the money,

 2   needed that down payment to be able to fabricate the

 3   ASICs and start the process.  So what would have

 4   happened if Coinmint had paid?  Well, both sides would

 5   have profited from this win-win transaction, just as

 6   Dr. Mordecai testified.  And that's how you know that

 7   this case is nothing more than a breach of contract case

 8   that Katena wins.

 9         So I will reserve my remaining time for

10   rebuttal.  I thank you, and we will talk soon.

11         ARBITRATOR CALLAHAN:  All right.  So we are at

12   noon, so let's again take a short break, like ten

13   minutes.  So it is 12 o'clock right now, so back by

14   12:10 and we will resume with Mr. Alford.

15         MR. ALFORD:  Okay.  Thank you.

16         (A recess transpires.)

17         ARBITRATOR CALLAHAN:  Thank you, everyone, for

18   getting back on time.

19         So with that, Mr. Alford, I am going to hold you

20   to the 30, just that we are trying to achieve an

21   agreed-upon start time.  So we are at about 12:12.  So

22   if you could close up by about 12:42.

23         MR. ALFORD:  I'm going to try to do better than

24   that, so.  But thank you.

25         ARBITRATOR CALLAHAN:  Thank you so much.
```

1          MR. ALFORD:  So Mr. Hardin said this is really

2     all about Coinmint's version of the facts.  Not really.

3     This is about Katena's version of the facts.  Well, at

4     least its version of the facts before it got caught.

5     Its version of the facts as recorded in candid

6     communications between Monzon and Gao and Reddy that

7     they thought would never see the light of day and where

8     they had no motive to lie.  Mr. Hardin says we want you

9     to ignore the testimony.  Well, no, that's not quite

10    right.  We ask you to ignore the testimony only when it

11    is directly contrary to the candid things that those

12    same witnesses said at the time of the events in

13    question.

14          You have to, again, use your common sense.

15    These men are texting back and forth with one another,

16    specifics, not spitballing.  They are talking about

17    specific plans that they implement.  Spitball is an

18    idea.  It's not something that's implemented.  These

19    were implemented.  And we know that because we see that

20    they were implemented.  They talk about things that they

21    did and they said, not ideas.

22          It wasn't spitballing.  But you have to use your

23    common sense.  What do you believe the candid exchanges

24    between Monzon and Gao at the time, they never thought

25    they would get caught, or like Zack, who says, when he

TRANSCRIPT OF PROCEEDINGS

1    gets caught, "Z," that wasn't me?  Come on, you don't

2    check your common sense at the door.

3         Mr. Hardin said these were all taken out of

4    context.  Well, we never heard the actual context that

5    they claim explains these and makes them innocent.  The

6    texts make clear that they bribed Maloney and that it

7    influenced his decision-making.  They hid Bleck's

8    connection and falsely betrayed him as independent on --

9    they made false representations about their funding.  We

10   heard this 200 -- about 200 million.  You remember the

11   pitch deck that they sent to Maloney prior to the time

12   the contract was entered into, where they specifically

13   said 200 million in secured, guaranteed financing.  You

14   saw that word.  And you remember when I asked Monzon

15   about that?  Who's the lender?  I don't remember.  What

16   were the details?  I don't remember.  Yeah, I don't

17   remember anything.

18        Is that credible?  If you are the CEO of a

19   startup that's starving for money and you get a lender

20   who gives you 200 million in secured guaranteed finance,

21   you can't remember the lender's name?  You can't

22   remember any of the terms?  Really?  You have that

23   lender's name pasted on your office and bedroom walls.

24   $200 million in secured guaranteed financing?  I don't

25   remember anything about it.

1        Now, afterward, Mr. Gao tried to clean that up

2    and said, yeah, I think that was contingent on

3    something, contingent on a working machine.  Well, they

4    didn't say that in the marketing documents that they

5    gave to Maloney and that Maloney -- Mr. Soniat says

6    Mr. Maloney repeated to him.  Mr. Soniat told us, and

7    this is undisputed, that Mr. Maloney said, yeah, I

8    checked them out, they've got a lot of financing,

9    several hundred million in financing, they have other

10    big customers, blah, blah, blah.  It wasn't true.

11        Mr. Hardin says, well, they're taking a small

12    sliver.  No.  There are a mountain of text messages that

13    we have gone through that are all in the documents, a

14    mountain.  It's not a small sliver.

15        Inferences, it's all about -- you don't have to

16    draw any inferences.  You just have to read them.

17        You know, they say that Katena just needed a

18    large customer to place an order, that's all it needed.

19    But if you -- if you believe the defendants, they had to

20    have large customers, Vector Cloud and Edge Mode.

21    Exhibit 1003, Exhibit 1008, Exhibit 2026, those are the

22    Edge Mode and Vector Cloud contracts, and they total

23    over $100 million.  And they both predated the Coinmint

24    contract.  And you will remember the email that

25    Mr. Monzon sent to JPMorgan in June saying, yeah, here

1   is all the contracts, $256 million, 116 of which was

2   Edge Mode and Vector Cloud.

3           Now, Mr. Hardin says, well, all they needed was

4   the Katena -- the Coinmint contract to get this thing

5   rolling, they were all ready to go.  Well, what happened

6   to those contracts?  Nothing.

7           Mr. Hardin said, well, they needed money in the

8   bank to audit the bank account.  They needed all 37.5

9   million in the bank to audit the bank account because

10  IMEC was going to audit the bank account.  You remember

11  we asked professor Markovic about that.  He said, you

12  know, that's not my experience, that hasn't been my

13  experience.  He didn't endorse that.  And remember how I

14  questioned Mr. Reddy, where is it in these documents

15  that says they're going to audit your bank account?

16  Couldn't find it, couldn't, couldn't find it.  And

17  professor Markovic said, "That hasn't been my

18  experience."  In fact, Professor Markovic told us that

19  for around $10 million, they could have gotten a bunch

20  of working chips.  They never did.

21          And, again, you heard again Mr. Hardin say,

22  greatest product in the world, super energy efficient,

23  lowest price on the market, the only company that could

24  beat the supply chain.  Why did it never happen?  Why

25  has it still not happened to this day?  Not common

1   sense.

2          And they couldn't get any customers to take our

3   order.  Well, they were telling us one thing at the

4   time.  You remember all those texts from Mr. Monzon to

5   Mr. Maloney and to Mr. DeNaut saying, we've got an

6   aggressive player wanting to take your place, if you

7   want to keep your place in line, you got to pay us

8   money?  Huh.  What happened to that aggressive player?

9   Not true.

10         There -- Mr. Hardin said there's no evidence of

11  Maloney asking for any compensation package.  It doesn't

12  exist, he said.  It doesn't exist?  Yeah, it exists.

13  And it's, once again, from Katena's own documents.  It

14  is specifically Exhibit 29, where Monzon writes to Gao

15  that Maloney is willing to stay on to see it through,

16  but wants an offer letter from us.

17         "We give Maloney 1.5 percent.  I could up him to

18  2 percent within one year, or 1 percent, then up him to

19  1.5 percent.  He has 7.5 percent of Coinmint.  That's

20  why his asking equity, asking equity, is so high here at

21  Katena," end quote.

22         No demand from Mr. Maloney of a specific offer

23  package?  There it is, his asking equity.

24         The lies just don't stop.

25         Mr. Hardin said, well, gee, Mr. Maloney would

TRANSCRIPT OF PROCEEDINGS

January 12, 2024

1    never betray Coinmint.  Well, you will remember that
2    email exchange between Rachel Pippin, who was doing
3    marketing work for Katena, and Mr. Monzon back in April,
4    where she says, hey, I have this friend, Mr. Maloney, he
5    is super unhappy at Coinmint, he is looking for a job,
6    here is his resumé, you might be interested.  Two days
7    later, Monzon and Gao interview him.  Okay.  So much for
8    the story that Mr. Maloney had no interest in a job,
9    would never leave Coinmint and was very happy there and
10   had no interest in going to work.
11          And Mr. Hardin repeated it just a few minutes
12   ago, no interest in working for a startup.  Well, you
13   saw all the texts, and I'm not going to go back over
14   them again, but I went over them earlier this morning,
15   where it -- they show exactly the opposite that he was
16   highly motivated to join and he wanted the job, and he
17   was willing to do what he needed to do to get the job.
18   Yet, Mr. Hardin said, no, he had no interest in working
19   for a startup, he told me that.  Well, he came in and
20   told you that after he got caught, but the
21   contemporaneous documents show exactly the opposite.
22          Mr. Hardin says there was no reliance on Bleck
23   because he wasn't even hired until after the contract
24   was signed.  Come on.  We all know the truth about that.
25   The truth from Mr. Bleck's own production is that he

TRANSCRIPT OF PROCEEDINGS

1    started work -- the minute that whole setup deal

2    happened, where they pretended to find each other on

3    LinkedIn, he started work immediately.  Now, it's true

4    that the actual written contract took some weeks.  They

5    exchanged drafts and et cetera, et cetera.  But as we

6    know, as we all know, you can start work and be on board

7    long before the written contract memorializes it.

8    That's what happened.  It took them some time to

9    memorialize the deal.  He started work immediately.  The

10   minute there was that setup, phony thing on LinkedIn

11   where they pretended to meet.

12          Now, this is maybe one of the most shocking

13   things Mr. Hardin said.  He said there's no evidence the

14   DxCorr website was changed.  We -- we objected to

15   Exhibit 6.  What is Exhibit 6?  No.  It came into

16   evidence.  Your notes will reflect that.  Mr. Hardin,

17   what he said was not true.  Exhibit 6 is in evidence.

18   Exhibit 6 is a way-back version of the DxCorr website

19   that shows board of managers, and it shows Bleck right

20   under there.  He wasn't honest with you when he said it

21   didn't come into evidence.  They objected to it and

22   there is no information about its origin, something the

23   lawyers created.

24          Mr. Hardin said, well, changing the website,

25   changing the LinkedIn temporarily was all just making it

1   honest and accurate.  Well, if it was honest and

2   accurate, why hide it?  When go to such pains to hide

3   it?  You don't hide stuff that's honest.  You be honest

4   about it and you disclose.  Everybody knows you

5   disclose.  If you have -- if it's no big deal, you come

6   out and say, hey, you know, I did some consulting work

7   way back when for DxCorr, it's not a big deal, I'm not

8   doing any work for them now, are you okay with that.

9   You don't hide it.

10       One of the more outrageous things Mr. Hardin

11   says about this rubber-stamp email, well, these were

12   non-English speakers and we're just making fun of them.

13   Non-English speakers?  You heard from both of those men.

14   They are highly intelligent and they are fluent in

15   English.  They knew exactly what rubber stamp meant.

16   And if there is any doubt about that, you look at the

17   whole context, which is exactly consistent with rubber

18   stamp being a phony deal.

19       Let's look at Exhibit 38 for a moment.  I am

20   going to begin at page 2.  This is a text between

21   Monzon, Gao, and Reddy.  Monzon says to Reddy:

22       "Need an engineer for Coinmint to hire to do

23   tech due diligence on Katena."

24       Reddy says, "???"

25       Monzon says:

1    "The CFO at Coinmint will just say engineer is

2    his recommendation, didn't come from us."

3         What does that mean, Monzon saying:

4         "Hey, the CFO is going to lie for us.  The CFO

5    at Coinmint will just say engineer is his

6    recommendation, didn't come from us.  Coinmint is a

7    customer waiting to place a $100 million order."

8         Reddy says, "Oh, that kind.  But he wants us to

9    recommend an engineer?"

10        Monzon says:

11        "Who can you identify that will do tech due dil

12   on you, friendly, rubber stamp, incredible.  For

13   Coinmint CFO to look good."

14        Well, if we all pretend for the moment that

15   Mr. Hardin is correct and that these men didn't

16   understand English and didn't know what rubber stamp

17   meant, they sure knew what friendly meant and they sure

18   knew what making the CFO at Coinmint look good meant.

19        Now, back to the document.  Reddy says:

20        "Thinking, thinking."

21        Monzon says:

22        "The CFO will join Katena after he gets us this

23   deal."

24        Yeah, there's a quid pro quo.  That was never

25   paid.  Katena reneged on that.  They never actually

1    hired Maloney.  And Gao told us why, remember?  Once the

2    first payment came in, he said, it's different now.

3    May, it was different.  We don't need him much anymore.

4    Yeah, they never paid out on the bribe.  But that

5    doesn't matter.  They reneged on that deal, too.

6         "The CFO will join Katena after he gets us this

7    deal.  One of your engineers can act as consultant or

8    someone in your network to say we walk on water.  We are

9    top engineering team.  Results are 100 percent real.

10   Recommendation to Coinmint, place order now."

11        Do those sound like the words of someone who

12   doesn't understand English and doesn't know what rubber

13   stamp means?

14        Mr. Reddy says, "Weird."  Remember the reply,

15   "weird."  Do you remember when I asked Mr. Reddy:

16        "Now, you wrote weird because you knew this

17   whole deal stunk, he was asking you to do something

18   dishonest, right?

19        "No.

20        "What did you mean by weird?"

21        Mr. Reddy:  "Just a placeholder," he said.

22        A placeholder?  A placeholder?  That's what he

23   told you under oath.  He meant nothing by the word

24   "weird," just a placeholder.

25        Mr. Hardin urges you to judge the credibility of

1    witnesses.  Well, I agree with that.

2           And Monzon follows up and says:

3           "Why weird?  We are basically giving them the

4    tech due diligence, not that the fact that he wants to

5    join us."

6           Monzon says, "Oh, yeah."

7           He sees the upside, that's why.  And his

8    interview is this deal.

9           Mr. Hardin says no quid pro quo, no relationship

10   whatsoever, no job offer, rubber stamp means nothing.

11          Mr. Hardin says, well, where is the redline?

12   There is no redline of the Bleck report, redline by

13   Reddy.  Well, let's take a look and dig a little deeper

14   into that.

15          We know from Exhibit 14, Mister -- at the very

16   beginning, before Bleck had started his work, Mr. Reddy

17   sends him what he calls the marketing PowerPoint,

18   marketing PowerPoint, DxCorr's and Katena's marketing

19   PowerPoint.  And Bleck responds, saying, "I'm going to

20   put those marketing PowerPoints into my report."  Well,

21   that may not be a redline, but the heart of the report

22   came from Reddy's marketing PowerPoint that he sent in

23   Exhibit 14, and that Bleck specifically said, okay, I'm

24   going to put that in my report.

25          We also know -- we also know, and this is

TRANSCRIPT OF PROCEEDINGS

**January 12, 2024**

1    Exhibit 24, page 1, Reddy told Monzon and Gao that he

2    had, quote, just had an hour-long conversation with

3    Bleck, helped him with what the report should be, was

4    not very happy with what he had.  Well, there may not be

5    a redline, but we know, unless Mr. Reddy was lying to

6    his partners, we know that he got on the phone with

7    Bleck and helped him with what it should be.  Now, he

8    came in here and lied to you about that.  He said, nope,

9    it never happened, never -- I didn't help him with what

10   it should be.

11          But that's what he said at the time, before he

12   got caught.  Now, let's back up a little bit and think,

13   you know, kind of --

14          ARBITRATOR CALLAHAN:  At ten minutes.

15          MR. ALFORD:  I'm sorry.  I'm not going to beat

16   the 30, but --

17          ARBITRATOR CALLAHAN:  I'm not going to let you

18   exceed the 30.

19          MR. ALFORD:  That's fine.

20          ARBITRATOR CALLAHAN:  Just so we can stay on

21   track.  So please do within the next ten minutes

22   allotted.

23          MR. ALFORD:  I will.

24          ARBITRATOR CALLAHAN:  Okay.

25          MR. ALFORD:  So let's think conceptually about

TRANSCRIPT OF PROCEEDINGS

```
 1   this.  We will remember from law school, the first
 2   question is, is there a contract.  And as I predicted,
 3   Mr. Hardin spent almost all of his time arguing, you
 4   know, Mr. Soniat was greedy, he really wanted this deal,
 5   he knew exactly what he was signing, and, you know, it
 6   would -- he thought it was -- he was going to make a lot
 7   of money off the deal.  I'm not here to dispute any of
 8   that.  But it really doesn't matter because the first
 9   question analytically is, is there a contract.  Yeah,
10   contract was signed.  I am not going to dispute that.
11   And, yeah, people thought that we were going to make
12   money off of it.  Okay, American way.  So what?
13          I'm sorry.
14          Well, the next step is, are there defenses to
15   enforcement of the contract?  That's where Mr. Hardin
16   spent very little time.  The law is very clear, even if
17   you sign a contract knowing exactly what's in it,
18   wanting to make money off it, et cetera, et cetera, if
19   you are defrauded in entering into it, if the other side
20   is not honest with you, then it's rescindable at your
21   option.  And this case we cite makes very clear that a
22   contract cannot be enforced if it's incepted by bribery,
23   even if someone comes along -- even if the fraudster
24   comes along later and says that was a good deal, you
25   should keep it.  That's not for them to say.
```

TRANSCRIPT OF PROCEEDINGS

1          So the analysis really can and should stop

2     there.  Was there a contract?  Yes.  Are there defenses

3     to enforcement?  Yes.  It was incepted through --

4     there's a mountain of evidence, it was incepted through

5     bribery and fraud, full stop.  That's the end of the

6     story.

7          Now, if for some reason you are not convinced by

8     that, and I don't want to presume anything, the next

9     step is, okay, was -- okay, if the contract was not

10    incepted through broad -- through fraud, did somebody

11    breach?  Well, then you have to get to the question of,

12    was it changed?  There's no doubt that my client didn't

13    pay $37.5 million on May 18.  There's also really no

14    doubt that nobody expected that to happen and the deal

15    changed.

16         May 18th came around.  What did we see?  Did we

17    see Monzon or Gao write to Maloney and say, hey, you are

18    in breach, you haven't paid?  No.  You know what they

19    did to him on May 18th?  They reached out and said, hey,

20    start thinking about a job.  How's June 1st as a start

21    date?  Let's talk about terms, blah, blah, blah.  They

22    never wrote to him and said, you are in breach.  In

23    fact, they never -- nobody used -- they didn't use the

24    word "breach" until the lawyers got involved, you know,

25    a year later.

TRANSCRIPT OF PROCEEDINGS

1          Let's -- the best evidence that the deal was
2     changed comes from the words and deeds of Katena itself.
3     I want to briefly look at those, and then I know I need
4     to wrap up.
5          The words Gao to Monzon, Exhibit 61:
6          "Maloney on track to wire tomorrow.  Settlement
7     involved lower price."
8          Settlement, and he goes on to reference
9     7.5 million as the first payment.
10         Now, it's interesting that we see the other side
11    of that, too.  On that same day that Monzon -- that Gao
12    tells Monzon, reach the settlement with Maloney for 7.5,
13    that very same day -- that very same day, Maloney emails
14    Soniat saying, quote:
15         "Katena accepted the deal and shows the first
16    payment at 7.5."
17         Now, Katena's whole case that we breached, its
18    entire case is predicated on the idea we owe
19    37.5 million on day three and we didn't pay, so we are
20    in breach, end of story.  No, because the parties agreed
21    the first payment would be 7.5.  So that's word, but
22    let's look at deeds, which are even more meaningful.
23    And this is Exhibit 42.
24         So in late June, we pay on the 7.5.  What do
25    they say?  That's Exhibit 40 -- I'm sorry.  It's 43.

1            Monzon says, holy expletive.  We got 7.5 million

2     from Coinmint.  Images of party horns blowing.

3            And Gao says, holy expletive, you know, and then

4     they talk about, you know, paying some money of that to

5     Gao.

6            But does that sound like the words or deeds of

7     someone who got paid 30 million short 30 days late?

8     They celebrate?  No.  The deal had been changed.  Now,

9     it was an amorphous change, but the UCC makes very

10    clear, you don't have to have a writing, and the UCC

11    says -- and my old contracts professor used to think

12    this was a socialist incursion into the law of

13    contracts, that the UCC would actually say price is not

14    an essential term, quantity is not an essential term,

15    dates aren't essential terms, anything that looks like a

16    deal between merchants will be enforced.  Except he

17    doesn't agree with that, so the deal was changed.  So

18    there is no breach.

19            So that's conceptually what you do.  Is there a

20    contract?  Yes.  Are there defenses to enforcement?

21    Yes.  It's fraud if you somehow get past that.

22            The next question is:  Did we breach by not

23    paying 37.5 on day three?  No, because the deal was

24    changed.  Well, they say there's no writing.  We know

25    why there's no writing.  Gao bragged to Monzon and says:

TRANSCRIPT OF PROCEEDINGS

1          "I got Maloney to agree.  He wanted a redline.

2     I pushed back hard because, for raise, we can continue

3     to say the old deal is enforced."

4          That's what he said.  And now he said, there's

5     no writing.  Yeah, there's no writing because Maloney

6     went along with the scheme to falsify to JPMorgan that

7     the whole deal was still in place.  That's exactly what

8     that email says, no inference, no speculation.  That's

9     exactly what it says.

10          Now, if you somehow get beyond that, the second

11     question is -- well, third, fourth question is, did

12     Katena breach?  Yes.  They breached by not giving

13     adequate assurance.  And that is the email in November

14     from Mr. Soniat to Mr. Monzon where he asks two simple

15     questions, what did you do with the money and is it in

16     escrow.

17          And Mr. Monzon says, not in escrow, no escrow

18     requirement in the contract.

19          Now, we know why there is not, because Mr. Gao

20     convinced Mr. Maloney to take it out, based on the job

21     offer.  But be that as it may, nope, not in escrow.  But

22     he never answered that second question, what are you

23     doing with the money.  We asked for adequate assurance.

24     It doesn't have to be in any technical format.  We asked

25     for adequate assurance.  What are you doing with the

TRANSCRIPT OF PROCEEDINGS

```
 1   money?  Are you using it to perform?  No answer.  You
 2   know what?  That still hasn't been answered to this day.
 3   If they used the money to perform, we'd have chips.
 4        Professor Markovic, who I agree is an impressive
 5   guy, incredibly bright guy, he said, for 10 million, you
 6   can get a bunch of chips.  Well, they had 23.4.  We
 7   haven't seen a single chip.  In fact, Mr. Reddy told
 8   us -- Mr. Gao tried to clean this up and denied it
 9   later, but Mr. Reddy said -- you will remember, it was
10   one of those uh-oh moments.  Mr. Reddy said, "The whole
11   project was canceled in September or October.  Nobody
12   told us that.  They kept taking money from us."  But if
13   they have been using the money, why don't we have a
14   single chip?  Oh, they're still working on it, they
15   said.
16        I'm just going to quickly review my notes
17   because I think my time is about up.
18        ARBITRATOR CALLAHAN:  One minute.
19        MR. ALFORD:  One minute.  Okay.
20        They say Ashton was the decision-maker, so
21   whatever Maloney was doing didn't matter.  No.  He was
22   the decision-maker, but he was relying on influence of
23   his advisors around him, as any chairman would do.  And
24   we know that it wasn't just a verbal thumbs up from
25   Bleck.  We know from Bleck's own production that the day
```

1   before the contract was signed, he got on the phone for

2   at least an hour with Maloney.  That's Exhibit 40.  And

3   he gave verbal confirmation.  This wasn't a thumbs up.

4   They spent an hour on the phone talking the day before

5   the contract was signed.  It was much more than, hey,

6   thumbs up.

7          And then we know from Exhibit 28, the May 13

8   text string where Maloney conveys that to Ashton.

9          "Ashton, go ahead and sign the Katena docs

10  today.  We think it's good to go."

11         As he promised Monzon he would do, because

12  Monzon texted him that same day saying, hey, come on,

13  get this signed.  We have a deal in the works and we

14  need you to get it signed.  And he did.

15         ARBITRATOR CALLAHAN:  Time.

16         MR. ALFORD:  Time up.  Thank you for your

17  indulgence.

18         ARBITRATOR CALLAHAN:  Thank you.

19         All right.  Mr. Hardin, it's 12:42.

20         MR. HARDIN:  Can I go down?  Is there any way

21  that we can confer with Mr. Taber for five minutes, or

22  do you want --

23         ARBITRATOR CALLAHAN:  Only if it's part of your

24  30.

25         MR. HARDIN:  All right.

TRANSCRIPT OF PROCEEDINGS

1          ARBITRATOR CALLAHAN:  Because we kind of set the
2    schedule.
3          MR. HARDIN:  Oh, I'm sorry.
4          ARBITRATOR CALLAHAN:  When we started this
5    morning, we were going to do the third hour back to
6    back.
7          MR. HARDIN:  Yeah, sorry, I misunderstood.  But
8    that's okay.  Can I have --
9          ARBITRATOR CALLAHAN:  We can take a break, but
10   then you cannot trust me that you have to catch a plane.
11         MR. HARDIN:  You're going to use my own words
12   against me.  How about turning the tables?  Is this
13   going to count as my time?
14         Let me do this real quick.
15         ARBITRATOR CALLAHAN:  You can have a minute to
16   turn the tables.
17         MR. HARDIN:  I appreciate that you picked up
18   that she did not say no.  Yeah, let's just take that up.
19   If you can move that, please.  There we go.
20         Sorry.  Over Christmas, I got two boys and I got
21   them Nerf guns, right?  And we had a Nerf gun fight and
22   I got hit in the eye.  So it's super hard to look
23   towards this side still.
24         ARBITRATOR CALLAHAN:  Oh, oh.
25         MR. HARDIN:  So I appreciate your patience with

1    this.

2         ARBITRATOR CALLAHAN:  All right.  No problem.

3    Okay.  Go ahead.

4         MR. HARDIN:  Okay.  243.  I probably will take,

5    at some point, a moment to confer with Mr. Taber.  I

6    understand it's coming out of my time, and that's okay.

7    We will be finished in time.

8         I'm going to try to raise this up a level of

9    generality so that I can get through everything.  I am

10   not going to read the text.  All right?  First, I know

11   you've read them.  You see where Henry puts the -- maybe

12   many, many times.

13        ARBITRATOR TURITZ:  Many times.

14        MR. HARDIN:  But we all know where -- I mean,

15   Henry says this interview is -- this deal or this

16   interview, or something to the effect, and he puts LOL,

17   right?  We've seen the rubber stamp.  They talked about

18   it.  And we also where they put credible.  Okay?

19        We see where Reddy says, I talked, I talked with

20   Mr. Bleck for an hour, I didn't like where he was going.

21   And then we've all seen the next line, where it says he

22   was too floral, he was to into architecture.  And that's

23   kind of my point, right?  Like this isn't a little, tiny

24   snippet.  We can all string together a word here, a

25   word -- was it the Masons or the Shriners that used to

1    leave little signals and you had to use the third word

2    on the third sentence of the third paragraph and you had

3    to do it three times on the third week of the third

4    month?  Like, we've all done that.  Like, we've all seen

5    that stuff.  That's not the way that you decide a case,

6    though.  You got to look at the whole thing.  You got to

7    read the whole text.  Even if it's not what you like.

8             And then you ask the witness, what did you mean

9    by this?  And they say, well, this is what I was

10   thinking, that's what matters.  It's kind of like the

11   settlement.  Yes, there is the word "settlement."  Now,

12   if you take it out and you float that word to a bunch of

13   lawyers, he said settlement.  Well, we know what they

14   will say.  But Gao wasn't a lawyer.  We're not talking

15   about a legal claim.  I mean, if he was, where's the

16   discussion about a release, right?  And that's where --

17   looking at the whole document, using common sense,

18   that's what we're talking about.

19            Gao asked what it was.  We asked Gao what it was

20   that you meant by that.  He told you, it's not how

21   Coinmint wants you to infer it.  There's no evidence to

22   the contrary.  We just keep getting bombarded with the

23   contrary, though, as if that will make it reality.  It

24   doesn't.  You can say it until you're blue in the face,

25   that doesn't change reality.

TRANSCRIPT OF PROCEEDINGS

**January 12, 2024**

1            Next, was the contract signed?  Coinmint now

2    says, I'm not going to dispute that.  Why did we waste

3    our time at the hearing on it, then?  Why did we have to

4    go through the letter of intent if you're not going to

5    dispute it?  Was it just strategery?  It certainly

6    doesn't seem helpful or productive with anyone's time

7    now, does it?

8            Was the contract amended?  Was it not?  There

9    was -- what was the phrase?  Amorphous change?  There

10    was an amorphous change.  What is that?  That's not what

11    you do to a $150 million deal.  You follow the no oral

12    modification clause and you put it in writing.

13            Mr. Gao's text message, again, witnesses matter,

14    their testimony matters.  You got to judge the

15    credibility.  Does it make sense how Mr. Gao said, yeah,

16    I didn't want to get bogged down in a written agreement,

17    first I wanted us to go back and forth and come together

18    conceptually, and then we could put it into writing?

19    That makes sense.  They do it all the time.  No one

20    says, I have a contract.  I would like to amend it.

21    Let's not talk about the business terms.  You take a

22    guess, hire a lawyer, have them spend a bunch of money

23    drafting your guess, and then I'll tell you if I even

24    like your guess.  That's not the way that it works.  It

25    just doesn't make sense.

TRANSCRIPT OF PROCEEDINGS

1          Adequate assurance.  That November email is not

2     sufficient under the law.  That is not even close.  The

3     law has very specific standards what qualifies as

4     adequate assurance.  I'll refer to the brief.  It's all

5     in the brief.  But the concept that Mr. Soniat could

6     send an email that says, hey, what did you do with the

7     money, and somehow that will trigger adequate assurance

8     under the UCC, no.  And imagine the consequences if that

9     was the case.  Right?

10          We brought up that the escrow provision made an

11     appearance, again, but we saw the -- we saw the redline.

12     It was specifically struck out.  You can say -- you can

13     blame Maloney and you can blame this bribe and this

14     grand conspiracy.  It falls apart, though.  Like, Ashton

15     saw the redline.  It was marked out.

16          Mr. DeNaut, his testimony, they all knew that

17     they had to be able to pay the down payment so that it

18     could go for chips.  They knew that there was no escrow

19     provision.  It doesn't stop Coinmint from re-raising the

20     point again and again and again, but it does make it not

21     believable, not credible, and that's really what we're

22     talking about.

23          The project was canceled in October.  No, it

24     wasn't.  You heard Mr. Reddy talk about DxCorr's

25     decision on the 12 nanometer chip, right?  That's not

1   Katena.  And that's not referencing this design, which
2   was already finalized.  Again, it's just another shiny
3   object that is thrown up in the air in hopes that it
4   will distract.
5           MR. TABER:  You said 12, and we're at 7.
6           MR. HARDIN:  I don't have it in front of me, so
7   I'm going to take your word on that, Jacob.
8           ARBITRATOR CALLAHAN:  I'm sorry.
9           MR. HARDIN:  What he said.
10          MR. TABER:  DxCorr, Mr. Reddy was talking about
11  their decision on the development of the new 7 nanometer
12  chip.  That was the testimony.
13          MR. HARDIN:  Right.  Thanks.
14          Because as we do know from Mr. Reddy, they have
15  taped out a test chip for a 4 nanometer.  And so as
16  Coinmint argues, why have we never seen any product
17  made?  Because the market isn't static.  It's -- to a
18  certain level, it's kind of like iPhones and TVs.  You
19  know, when you get into technology and you're stalled
20  out for a year, you're going to have to revisit.  And
21  that is what happened here.
22          You heard the testimony from everyone.
23  Mr. Soniat finally walked away in November.  Mr. DeNaut
24  worked for months with Katena.  Mr. DeNaut, in 2022,
25  finally decided that it wasn't worth the investment.

TRANSCRIPT OF PROCEEDINGS

1  Again, this was a 12-nanometer production node.  By that

2  point, the market was south.  All of the factors, such

3  as electricity, have risen.

4        Sorry, south.  Let me rephrase that.

5        The price of Bitcoin had dropped significantly.

6  The price of electricity had risen extraordinarily.  The

7  difficulty in mining had increased.  All of those

8  factors led to a 12-nanometer chip being not as

9  profitable.  The market had moved.  Why was this product

10  never manufactured?  Because Katena made the mistake of

11  trying to partner with Coinmint and Coinmint never paid.

12  Again, you can ignore the testimony about TSMC, but it

13  doesn't make it go away.  It's undisputed.

14        I think I got about 20 minutes.  Right?

15        ARBITRATOR CALLAHAN:  I -- yep.

16        MR. HARDIN:  So if you want to get some thoughts

17  together, we'll step out about ten, see what you got.

18        MR. TABER:  We're only going to have five

19  minutes, though.

20        ARBITRATOR CALLAHAN:  Write fast, Mr. Taber.

21        MR. HARDIN:  Furiously.  In fact, you may come

22  back and be the one to say it.

23        In fact, why don't we do that.  Can I seed my

24  last ten minutes to Mr. Taber?

25        ARBITRATOR CALLAHAN:  Of course you --

TRANSCRIPT OF PROCEEDINGS

**January 12, 2024**

1          MR. HARDIN:  Okay.  So get a couple of thoughts

2     together, then you can decide.

3          ARBITRATOR CALLAHAN:  No pressure.

4          MR. HARDIN:  If you want.

5          MR. TABER:  Happy to.

6          MR. ALFORD:  I can use the 10 if you'd like,

7     or...

8          ARBITRATOR CALLAHAN:  You can seed them to

9     whomever you'd like, Mr. Hardin.  It would be a first.

10          ARBITRATOR TURITZ:  Hunter, did you fall asleep?

11          MR. BLACKBURN:  Sorry.  I'm here.  Yeah.

12          MR. HARDIN:  Awesome.  Well, get ready.

13          MR. BLACKBURN:  Okay.  I will get ready.  Let me

14     go ahead and share my screen.

15          MR. HARDIN:  Let's talk about the marketing

16     material.  It'S another -- it's another new theory.

17     It's not one that's pleaded, right?  But it's made an

18     appearance.

19          Hunter, could you go to Exhibit 34, slide 43,

20     Coinmint.

21          MR. BLACKBURN:  That should be on the screen.

22     Are you seeing that now?

23          MR. HARDIN:  Yes.  Could you scroll in a little

24     bit?

25          ARBITRATOR CALLAHAN:  We're familiar with it.

1    You just go ahead.

2         MR. HARDIN:  Particularly the strong pipeline.

3    This is the document that Coinmint is basing its claims

4    on with respect -- and I want to put this -- I want to

5    put this together.  The argument is that this document

6    induced Coinmint into signing the agreement.  Do you

7    know why that's not credible?  Because the document

8    actually identifies the agreement with Coinmint.  It's

9    right here.  It says Coinmint, $150 million.  And we

10   know that it wasn't increased from 100 to 150 million

11   until the last minute.

12        So the concept that this document even existed

13   before the agreement is flat false.  The concept that

14   you would try to argue it fraudulently induced you is

15   less than false.  So we will leave it at that.

16        I think the point is pretty straightforward.

17   You simply cannot trust Coinmint's arguments.  There is

18   no way that this document even existed.  And they tried

19   to get Mr. Monzon to say that it didn't exist prior --

20   during his testimony.  He refused.  And for good reason,

21   it didn't.  A $200 million line of credit.  This isn't a

22   memory test.  He can remember what he remembers.

23   Mr. Gao told you what it was.  Mr. Gao is the current

24   CEO.  It's pretty straightforward.  That doesn't suggest

25   fraud.  It suggests that Henry has moved on.

TRANSCRIPT OF PROCEEDINGS

1           During -- during rebuttal, Mr. Alford, Coinmint,
2     discussed what the -- what the hierarchy was, and is
3     there a contract, et cetera, are there defenses.  You
4     know, of course fraud is a defense.  No one is disputing
5     that.  Okay?  But you got to meet the elements.  You've
6     got to prove that there is a material misrepresentation
7     that was told to you, right?  And here, that's going to
8     be Ashton that you justifiably relied on, not just
9     relied, justifiably relied on.  See, that's why the
10    claims that initially came -- that were initially pled
11    about having a patent went away.  You can plead it, but
12    there's no way that you can justifiably rely on
13    something like that because you have an obligation to go
14    to the PTO.  Anyone can search whether there's a patent
15    out there.  It's not hard.
16          And here, Coinmint simply hasn't proven the
17    elements to show that it was induced into this contract
18    by fraud.  Fletcher -- Coinmint, in its closing
19    arguments, confirmed Mr. Soniat didn't read the report.
20    We cited the case Mercken versus Wassermann.  It's
21    page 4 of our reply.  It's kind of black-letter law,
22    like if you -- if you don't read the document, you
23    cannot claim that you were somehow bamboozled by it.
24          With respect to Mr. Bleck, it does matter that
25    Coinmint never pled this.  Here is why, because we

1   didn't get a chance to ask Mr. Maloney.  All of these

2   things that Ashton claims that he said to Mr. Maloney,

3   we didn't get a chance to ask Mr. Maloney about that.

4   And Coinmint strategically chose not to, presumably so

5   that Ashton would be the only person testifying about

6   it.  But that doesn't make it credible.  It should make

7   you question the credibility.  This was knowledge that

8   they possessed the whole time.  It was pretty easy to

9   ask Mr. Maloney, Mr. Maloney, isn't it true that

10  Mr. Soniat told you he wanted someone independent?

11  Isn't it true that he wanted someone from your network?

12  Simple enough.

13          Coinmint claims that Mr. Soniat bargained for --

14  that's another phrase -- bargained for the name of an

15  independent tech due diligence.  That's not true.

16  You've all read the agreement.  You know there's nothing

17  in the SBA or the PO about Katena providing Coinmint the

18  name of a technical expert, much less any qualifications

19  about whether they were independent or not, or what that

20  term means.

21          Maloney asked Gao for a favor because he

22  couldn't find someone on his own.  Gao made a referral.

23  That doesn't make Bleck Katena's agent, by the way,

24  which is how Coinmint treats it.

25          Coinmint treats Bleck and, frankly, Maloney as

1    if they are Katena.  They are not.  It doesn't make

2    Katena responsible for Coinmint's decision to hire

3    Bleck.  I can tell you, I think it was the right thing

4    to do.  He was the only person available.  But it

5    doesn't really matter.  That was Ashton's decision and

6    one that he made.  That was Coinmint's decision and one

7    that it made.  And it doesn't make Bleck's independence

8    material to a $150 million deal.  Again, the undisputed

9    testimony is that there was no one else available, that

10    Bleck was qualified.  Well, Coinmint now says he's

11    qualified.  Mr. Pflaum said he wasn't qualified.  But,

12    you know, the changing -- the changing stories are

13    nothing new.

14         At the end of the day, Ashton and Coinmint

15    decided to hire Bleck.  If they are unhappy with that

16    decision, that's not on us.  There was no contractual

17    obligation on Katena to provide anything.

18         And, frankly, you heard Mr. Bleck sit down, and

19    he told you, he explained to Coinmint exactly how he was

20    involved, how he knew DxCorr.  He thought he was there

21    to give a testimonial, not hide anything.

22         All right.  I went over, and we either need to

23    break or I need to transition.

24         MR. TABER:  I'm good.  Up to you.

25         MR. HARDIN:  With that, I am going to -- so with

TRANSCRIPT OF PROCEEDINGS

**January 12, 2024**

 1   that, I am going to take one more minute.  I do

 2   appreciate it.  We do appreciate your time.  I agree

 3   with Mr. Alford, we have all -- we've seen you work

 4   hard.  We know that you work weekends.  We've seen the

 5   emails.

 6           ARBITRATOR CALLAHAN:  You have no idea.

 7           MR. HARDIN:  No.  You're --

 8           ARBITRATOR CALLAHAN:  Including last night.

 9           MR. HARDIN:  I am -- I totally agree with you.

10   We don't have any idea, even what we've seen.  We

11   appreciate it.  So thank you.

12           ARBITRATOR TURITZ:  It's the tip of the iceberg,

13   what you've seen.

14           MR. HARDIN:  I believe that.

15           So with that, I'd like to, Mr. Taber, can you

16   bring us home?

17           MR. TABER:  Sure.  I just have three points to

18   add, because you always want to have three.

19           The first, Mr. Hardin touched on, but I would

20   urge you again to look back at the amended arbitration

21   demand.  There's no claim in there that Mr. Bleck or

22   Mr. Maloney was an agent of Katena.  There's no

23   conspiracy claim pleaded.  It's all just not there, and

24   it's because they can't establish it.  They have no

25   evidence that Katena controlled Mr. Bleck and

1   Mr. Maloney.  There is some evidence that Katena may

2   have, in the course of conversation, said, hey, could

3   you do this, or they talked to each other.  Certainly,

4   but that's not agency.  Agency requires control of

5   someone's actions.

6          And there just has not been any evidence that

7   would establish agency such that, for example, you heard

8   Mr. Alford say a couple of times that Mr. Bleck owed

9   some duty to disclose.  And whether or not Mr. Bleck

10  owed them through their contract a duty to disclose, I

11  don't know, but I do know that it has nothing to do with

12  any of the claims against Katena in this case because

13  that concerns the relationship between Mr. Bleck and his

14  employer, not Katena.

15         Two, Mr. Alford talked about their claim under

16  Section 496 briefly, and I would urge you to review our

17  briefing on that, and their briefing, and you will see

18  that they have not cited any case adopting this really

19  broad expansion that would allow you to get a 496 claim

20  for fraudulent inducement to perform under an existing

21  binding contract.

22         They also, for that matter, do not -- have not

23  proven any facts showing any false pretense

24  post-signing.  In essence, they think it's a problem

25  that Katena said, hey, you owe us money, come pay us,

TRANSCRIPT OF PROCEEDINGS

```
 1   and that that's somehow, by asking for the money that
 2   you are owed under a contract, should be criminal, and
 3   therefore tortious.  We don't think that's theft.  But
 4   in any case, they are asking you to decide something the
 5   courts of California have not, which is that you could
 6   get a claim for theft by false pretense just for asking
 7   someone to perform an existing contractual obligation.
 8   And we have explained in our briefing why we think
 9   that's a bridge too far and something a California court
10   would be unlikely to do, but I just want to reiterate
11   that they don't have any case where it's actually
12   happened.
13          And third and finally, you have heard
14   Mr. Alford, again, say a few times that it doesn't
15   matter this was a win-win deal because you can still get
16   fraudulent inducement of a contract that seems like it's
17   in someone's interest.  Sure, that's -- we're -- that's
18   a straw man argument.  We're not saying differently.
19          What we are saying, and you've heard this a lot
20   from Mr. Hardin, but I just want to finish on it, is
21   that the fact that this is a win-win deal is so
22   important because it shows they have not proved the
23   elements of their fraud claim.  It shows that there was
24   no materiality to these alleged omissions because they
25   didn't affect the thing that was bargained for, which is
```

TRANSCRIPT OF PROCEEDINGS

1   the value of these computers at the price, the price

2   term, the delivery term.  Nothing about Bleck's

3   independence, nothing about whether Maloney had an

4   interview or not was material to those fundamental facts

5   that govern whether or not this was a deal that Coinmint

6   as a company wanted to do.

7          And, by the way, you heard Mr. Alford say that

8   those texts show that Maloney's decision-making was

9   influenced.  Maloney was not the decision-maker.

10  Mr. Soniat was.  And these alleged omissions were not

11  material to his decision, which rested on the economic

12  value of this contract, as evidenced by the Katena plan.

13         It also shows there was no reliance.  It shows

14  there was no scienter.  There is no reason to bribe

15  someone to enter into a deal that's in everyone's

16  economic interest.  You don't need to do that when it's

17  a good deal.  When you would have to snooker someone

18  into taking a bad deal, then you might engage in

19  bribery.  And that's that CBS case, by the way.  But for

20  purposes of the commercial bribery statute, to show

21  corrupt intent, which is an element, you do need to show

22  that you snookered them into taking a deal that was

23  worse than what they could have gotten on the open

24  market.  Here, they obviously can't carry that because

25  it was a better deal than they could have getting on the

TRANSCRIPT OF PROCEEDINGS

1    open market.

2            And finally, it shows, as I said, there was no

3    bribe.  Why did they sign the contract?  Not because

4    Maloney was controlled, not because Maloney was bribed.

5    They signed the contract because they wanted mining

6    rigs.  We had mining rigs.  We had a good price term.

7    We had a good delivery term.  At the end of the day,

8    that's what matters.  And we thank you very much for

9    your time and attention.

10           ARBITRATOR TURITZ:  Thank you.

11           ARBITRATOR CALLAHAN:  All right.  Good job.

12           MR. HARDIN:  And I appreciate you letting me

13   transition like that.  I know that's not common.

14           ARBITRATOR CALLAHAN:  You hit your mark within

15   the time allotted.  Thank you very much.

16           MR. TABER:  Good.

17           ARBITRATOR CALLAHAN:  Let's -- as we agreed,

18   panel wants to take a few moments so we can confer about

19   any possible questions to pose to counsel.

20           MR. ALFORD:  Great.

21           ARBITRATOR CALLAHAN:  So it's 1:08.  How about

22   coming back by -- what do you think?  Ten minutes?

23           ARBITRATOR TURITZ:  Yeah.

24           ARBITRATOR CALLAHAN:  Why don't we say 1:20?

25           MR. ALFORD:  Okay.

TRANSCRIPT OF PROCEEDINGS

1          ARBITRATOR CALLAHAN:  And Mr. Hardin, when is it
2     that your witching hour that you've got to walk out of
3     here?
4          MR. HARDIN:  Well, I think Jacob and I both have
5     flights.  Mine is -- mine is delayed.  Mine says now
6     3:47.
7          ARBITRATOR CALLAHAN:  At what time?
8          MR. HARDIN:  The flight leaves at 3:47.  It
9     boards at 3 o'clock.  I don't know how long it would
10    take me to get there from here.
11         ARBITRATOR TURITZ:  45 minutes.
12         ARBITRATOR CALLAHAN:  So if we're done by 1:45?
13         ARBITRATOR GLICK:  Yeah.
14         MR. HARDIN:  This is the most important.
15         ARBITRATOR CALLAHAN:  No.  I understand.  But we
16    are trying to work within the time allotted.
17         MR. HARDIN:  Someone can find me another flight
18    if it goes over.  It wouldn't be ideal, but...
19         ARBITRATOR CALLAHAN:  Give us a few minutes and
20    let's come back at 1:20.
21         MR. ALFORD:  Sounds good.  Thank you.
22         MR. HARDIN:  Yes, ma'am.
23         (A recess transpires.)
24         ARBITRATOR CALLAHAN:  All right.  We really only
25    have one question, and then a question about the

TRANSCRIPT OF PROCEEDINGS

1    transcript.

2         Mr. Turitz.

3         ARBITRATOR TURITZ:  Okay.  So each of you has

4    one cause of action for -- you know, that we give you

5    attorney's fees if you prevailed on that cause of

6    action, and you also both asked -- since you both asked

7    for attorney's fees, the Triple-A Rule R47 could apply,

8    and I wanted to know, we wanted to know, if -- what

9    you -- if you had any thoughts about the application of

10   Rule 47.  I think that Katena's mentioned it in a brief

11   in the past.  I'm not 100 percent certain.  Maybe you

12   both did.

13        MR. ALFORD:  We're looking at R47, which is the

14   award should be made promptly and no later than 30

15   days --

16        ARBITRATOR TURITZ:  Oh, it's 47D.  I thought it

17   was C, but it might be D.

18        ARBITRATOR CALLAHAN:  I think it's 47D.

19        ARBITRATOR TURITZ:  And you have to be looking

20   at the 2020 --

21        ARBITRATOR GLICK:  13.

22        ARBITRATOR TURITZ:  The 2013 rules, and not the

23   2022 rules.

24        MR. ALFORD:  Okay.

25        ARBITRATOR CALLAHAN:  But the basic question is,

TRANSCRIPT OF PROCEEDINGS

1    even if you didn't prevail on the claim for which you

2    both put forth a claim for relief companion with a

3    request for attorney's fees, is it the understanding or

4    request of the parties that we could exercise our powers

5    under Rule 47 to award attorney's fees and/or reallocate

6    the cost of arbitration to the prevailing party?

7    Because you both asked for an award of attorney's fees.

8    Even though the basis might not be successful, you have

9    asked for an award of attorney's fees and costs such

10   that we would be expected to exercise our powers.

11        ARBITRATOR TURITZ:  For example, and this is

12   just completely hypothetical, it's not a reflection of

13   any panel thinking, but your only claim -- for Coinmint,

14   Coinmint's only claim for attorney's fees requires you

15   to prove Penal Code Section 496 claim.  Correct?

16        MR. ALFORD:  Correct.

17        ARBITRATOR TURITZ:  Okay.  So let's say that

18   hypothetically, that was not found to be a viable claim,

19   but let's say you prevail on another claim, like one of

20   your breach of contract claims or -- I can't remember.

21   BY MR. HARDIN:  The fraudulent inducement, the

22   rescission claim.

23        ARBITRATOR TURITZ:  Or the fraudulent inducement

24   claim, or something else.  We couldn't give you

25   attorney's fees under 496, right?

TRANSCRIPT OF PROCEEDINGS

1          MR. ALFORD:  Right.

2          ARBITRATOR TURITZ:  But there's Rule 47 out

3     there, and if we decide that, you know, you are the

4     prevailing party for that reason, because you prevailed

5     on that, some other claim, we could invoke Rule 47.

6     It's not a requirement.  Same thing on the Katena side.

7          MR. HARDIN:  Yeah.

8          ARBITRATOR TURITZ:  Let's say that we find you

9     have one cause of action related to attorney's fees,

10    which is the indemnification claim.  Let's say that we

11    find that clause as written is not applicable to this

12    particular case, but you prevail on your breach of

13    contract claim or -- what's the third one?  I'm blanking

14    out right now.

15          ARBITRATOR CALLAHAN:  No.  It's the breach of

16    contract.

17          MR. TABER:  Flavors of breach of contract.

18          ARBITRATOR TURITZ:  Just the breach of contract.

19    Okay.  So again, same question.

20          MR. HARDIN:  Yeah, I would actually ask to be

21    able to confer with the client on that, which is kind of

22    my style.  I also, as a second point, would want to be

23    able to see that provision of Rule 47.

24          I think to answer your actual question, I have

25    not given it any thought.  I would like to be able to

1   see it, and maybe there is a --

2        ARBITRATOR TURITZ:  Well, maybe it's an unfair

3   thing to ask you to decide here and now what your

4   position is.  And maybe the same thing goes for you.

5   You want to --

6        MR. LIU:  Yeah.

7        ARBITRATOR TURITZ:  -- you know, confer with

8   your client about that and --

9        MR. HARDIN:  Could we submit a one-paragraph --

10  I certainly don't want to suggest briefing.  Can we

11  submit a one-paragraph thought on that by Wednesday?

12  Tuesday?

13       ARBITRATOR CALLAHAN:  It would be lovely if the

14  two sides would talk to your respective clients and see

15  if you might be in agreement that -- that it's whoever

16  prevails.

17       MR. HARDIN:  Okay.

18       ARBITRATOR CALLAHAN:  That the panel -- that the

19  agreement is that that party may ask for, and the panel

20  is expected to consider exercising it's discretion --

21  still discretionary on the part of the panel.  The

22  question is whether or not that's been teed up.

23       MR. HARDIN:  Yes, ma'am.

24       ARBITRATOR CALLAHAN:  Because you -- the classic

25  situation is different from this, where pure commercial

TRANSCRIPT OF PROCEEDINGS

1  dispute, no attorney's fees clause, but both sides check

2  the box.

3        MR. HARDIN:  Right.

4        ARBITRATOR CALLAHAN:  And so there, it's clearly

5  been teed up because both sides asked that our

6  discretionary power has been put in motion.  Here, we

7  are just concerned that it's not quite so clear because

8  it's not really just a check-the-box type of pleadings.

9  You've actually both pleaded your respective claims and

10  counterclaims, and have submitted your request for

11  attorney's fees and costs in a -- in connection with a

12  specific claim or counterclaim --

13        MR. ALFORD:  Yeah.

14        ARBITRATOR CALLAHAN:  -- that may not be

15  successful, but you might be the prevailing party.

16        MR. ALFORD:  Right.

17        MR. HARDIN:  Right.

18        ARBITRATOR CALLAHAN:  So what would be lovely

19  if -- if you could each please talk with your respective

20  clients and then talk with each other, and then see if

21  you might be in agreement and then let the panel know.

22        MR. HARDIN:  Yes, ma'am.

23        ARBITRATOR CALLAHAN:  And I don't know.  When do

24  we -- I don't know that there is any urgency.  Though I

25  would hope we could know within, let's say, a week.

TRANSCRIPT OF PROCEEDINGS

```
 1            MR. HARDIN:  Well, let's -- if we could, can we
 2    set a deadline?  Like maybe we submit something to the
 3    panel by noon next Friday.  And, you know, we will try
 4    to connect with Coinmint.
 5            ARBITRATOR CALLAHAN:  Sure, so a week.  So let's
 6    set -- that would be the 19th?
 7            MR. HARDIN:  Yes, ma'am.
 8            MR. ALFORD:  Yep.
 9            ARBITRATOR CALLAHAN:  Okay.  Okay.
10            ARBITRATOR TURITZ:  You are going to meet and
11    confer before then, and so you can both submit something
12    on the 19th.
13            MR. ALFORD:  Yeah.
14            MR. HARDIN:  Right.
15            MR. ALFORD:  Right.
16            ARBITRATOR TURITZ:  Okay.
17            MR. HARDIN:  Correct.
18            ARBITRATOR TURITZ:  You weren't suggesting you
19    submit something and then they submit something.
20            MR. HARDIN:  No, ma'am.  Sorry.  That was sloppy
21    on my part.
22            MR. ALFORD:  Simultaneous.
23            MR. HARDIN:  Monday is a holiday.  Tuesday, we
24    could confer.  Wednesday, we can reach out to Coinmint's
25    lawyers.  That gives Wednesday, Thursday for back and
```

1    forth with lawyers if it's needed.  Friday -- by Friday

2    at noon, we -- I want to be able to say that we are in

3    agreement of yea or nay, or we're not in agreement, like

4    party A wants one, party be wants two.

5              ARBITRATOR TURITZ:  Okay.  That's fine.

6              MR. HARDIN:  It shouldn't be that hard.

7              ARBITRATOR CALLAHAN:  All right.  Then --

8              ARBITRATOR GLICK:  I think --

9              ARBITRATOR CALLAHAN:  -- the panel would like to

10   have the transcript of the closing arguments because you

11   have cited us to quite a bit of evidence.  We want to

12   make sure we captured it all and consider it all.  Do

13   you have a -- before we close the record.  So did we

14   have a general idea as to when the panel will have that

15   in hand?

16             MR. ALFORD:  That's a question to --

17             MR. HARDIN:  Well, I think that's -- yeah.  So

18   while the parties didn't necessarily care for the timing

19   of a transcript, I mean, the panel is going to need it

20   as they now focus on an award.  So can I ask you --

21             ARBITRATOR CALLAHAN:  You can go off record.

22             (A recess transpires.)

23             ARBITRATOR CALLAHAN:  Okay.  So we've talked off

24   the record with the court reporter, and the court

25   reporter has said that he can get everyone a transcript

1    of today's proceedings by close of business next

2    Tuesday.  So we will be looking forward to that with the

3    understanding that if for some reason it's a day or two

4    later, that's fine.  We're not trying to impose on the

5    court reporter.  But we're targeting for a close of

6    business next Tuesday.

7          Then as Ms. Turrets indicated, we won't be able

8    to close the record until we get submissions from the

9    parties on the Rule 47 issue.

10          And I do want to talk with counsel.  This may be

11    a situation, just because of panel workloads and one

12    panel member does have an intervening vacation, where we

13    may need to ask for an extra week to get the award

14    finalized, not so much for us, but to get the case

15    manager enough time for her work.  As I think I

16    indicated to you before, we don't get 30 days.  We get

17    less than that.  And since this is a sizable matter, it

18    may have more than one level of review, just internally.

19    So I just want to clear with you that if she reaches

20    out, don't be surprised.  And I'm hoping that you'll

21    give her permission because it's really to accommodate

22    to make sure that everything gets -- you know, all the

23    T's crossed and all the I's dotted correctly.

24          MR. ALFORD:  Sure.  So you anticipate maybe it

25    would between 30 plus another week or something?

TRANSCRIPT OF PROCEEDINGS

January 12, 2024

1              ARBITRATOR CALLAHAN:  Yes.

2              MR. ALFORD:  Okay.

3              MR. HARDIN:  Uh-huh.

4              ARBITRATOR CALLAHAN:  That's what I expect that

5      we may need.

6              MR. HARDIN:  Can I make sure that I'm clear?

7              ARBITRATOR TURITZ:  From closing.

8              ARBITRATOR CALLAHAN:  From the date of closing.

9              MR. HARDIN:  Which --

10             ARBITRATOR TURITZ:  Normally, just to be clear,

11     the rules require that the award -- absent some other

12     agreement with the parties, the rule requires the award

13     go out within 30 days of closing the hearing.  We are

14     not going to close this hearing until at least

15     January 19th, if your submissions come in on time or

16     something.

17             MR. HARDIN:  Right.

18             ARBITRATOR TURITZ:  We don't really get the full

19     30 days from that date.  Okay?  And there's a massive

20     amount of material in this case, as I'm sure everybody

21     is, you know, more than familiar with.  And so, you

22     know, the fact that the case manager needs, usually at

23     least a week to review what we are doing, what we have

24     drafted, and make whatever comments, changes they want,

25     et cetera, it really shortens our time to get the work

TRANSCRIPT OF PROCEEDINGS

```
 1   done.  And we have other, you know, cases and
 2   commitments, so forth.  So that's why we are saying the
 3   case manager, after we, you know, get these final
 4   submissions from you, or maybe even before, she may be
 5   reaching out to you to say, you know, we will look at
 6   what we think is a little more reasonable in terms of
 7   actually being able to do the best job we can for you
 8   and not short change because of this kind of art -- what
 9   I consider to be an artificial 30 days.
10           MR. HARDIN:  Right.
11           MR. ALFORD:  Yeah.
12           ARBITRATOR TURITZ:  That's really not a true 30
13   days.  I'm not -- don't take that as a criticism of the
14   AAA rule.  It's just the reality of what the panel has
15   to deal with in terms of a deadline.
16           MR. ALFORD:  Okay.
17           MR. HARDIN:  I understand from my part.
18           ARBITRATOR CALLAHAN:  And it usually isn't an
19   issue because there's quite a bit less material.
20           MR. ALFORD:  We want to give you the time you
21   need, so.
22           ARBITRATOR CALLAHAN:  Yeah.  It usually isn't an
23   issue, but we all recognize there's a lot to be looked
24   at and a lot to consider, and we want to make sure we
25   look at it and that we consider it.
```

TRANSCRIPT OF PROCEEDINGS

1        MR. ALFORD:  Sure.

2        MR. HARDIN:  To be clear, are you asking now or

3   are you just giving a heads up?

4        ARBITRATOR CALLAHAN:  If we could ask now, that

5   would be lovely.

6        MR. HARDIN:  Yeah, I mean --

7        ARBITRATOR CALLAHAN:  And then we would just

8   Ms. Romeo know that, instead of being approximately 30

9   days from January 19th would be someplace in the middle

10  of February, we'd say we're looking at the first week of

11  March, something like that.  And then she would note

12  that in her closing letter to you.  She might even time

13  the close of the record so that it was --

14       ARBITRATOR GLICK:  Just beat the 30 days or

15  something.

16       ARBITRATOR CALLAHAN:  Yeah, whatever, so that

17  the 30 days hit whenever we agreed.

18       ARBITRATOR GLICK:  So -- and I don't wanted to,

19  on behalf of the panel, thank you, because while you

20  were talking about us working 24/7, you guys were

21  working more than that.  I think you have put in

22  terrific efforts for your clients.  Your clients should

23  be proud of you.  This is a hard case.  It was

24  complicated and lengthy and exhausting for the panel, I

25  am sure for you.  So we want to thank you.

TRANSCRIPT OF PROCEEDINGS

1          MR. ALFORD:  Thank you.

2          ARBITRATOR GLICK:  And for the courtesies you've

3     shown to the panel.

4          MR. ALFORD:  That comment means a lot.  Thank

5     you.

6          ARBITRATOR CALLAHAN:  And I always love watching

7     lawyers in action.  And here, I know that we've talked

8     to our lawyers and it's been, even though challenging at

9     times, the papers have been a nice exercise because

10    they -- they are all so well written and considered, and

11    we do appreciate that.

12         MR. ALFORD:  Thank you.

13         MR. HARDIN:  Thank you.

14         ARBITRATOR TURITZ:  And, you know, having

15    litigated for 37 years before cutting that cord

16    completely, I know what goes into producing these kinds

17    of briefs and witness preparation and, you know, the

18    very tedious job of going through the documents.  And,

19    you know, we had 61 orders in this case so far.  And so,

20    you know, all that, to get to those -- there's a

21    tremendous amount of work that went into all those

22    Redfern charts you guys dealt with.  Probably never want

23    to hear that term again.  So I just -- speaking for

24    myself, I really know exactly what went into it.  The

25    other panels do as well.  And it was, you know, really

TRANSCRIPT OF PROCEEDINGS

1   both -- everybody did a job very well done.  So

2   congratulations on that.

3          MR. ALFORD:  Thank you.

4          MR. HARDIN:  Thank you.

5          MR. ALFORD:  Thank you.

6          ARBITRATOR TURITZ:  Whatever the outcome is, you

7   can be sure that you did a good job from the panel's

8   standpoint.

9          ARBITRATOR GLICK:  Now it's up to us to make the

10  hard choices.

11         ARBITRATOR TURITZ:  So I don't think we resolved

12  a date that you're willing to agree to or, you know, an

13  extension.  Do you want to --

14         ARBITRATOR CALLAHAN:  Why don't I put --

15         ARBITRATOR TURITZ:  The first week of March?

16         ARBITRATOR CALLAHAN:  Why don't I put a couple

17  of dates out there.  Why don't I look at a calendar.  I

18  need my glasses.  That might help.

19         MR. HARDIN:  We -- we would certainly agree to

20  the first day.  Like, we understand, like, you know, the

21  week extension is going to be needed and we're good with

22  that.  And, obviously, if there's additional time,

23  Ms. Romeo should feel free to come to us.  We get it

24  from a pragmatic standpoint.

25         ARBITRATOR CALLAHAN:  Not that we want to meet

TRANSCRIPT OF PROCEEDINGS

1    this date, but we'd like to have room to meet it.  How

2    about Friday, March 8th?

3            MR. HARDIN:  Okay.

4            ARBITRATOR CALLAHAN:  Considering that we are

5    probably giving our work to Ms. Romeo sometime in

6    February, trying to give her enough time.

7            MR. HARDIN:  Okay.

8            ARBITRATOR TURITZ:  And I will just say that it

9    would certainly be my hope and expectation that we can

10   beat that --

11           ARBITRATOR CALLAHAN:  Oh, yeah.

12           ARBITRATOR TURITZ:  -- deadline, but I'd rather,

13   you know, know that we have that much time because of

14   these other commitments and the amount of work that will

15   go into writing this final award.

16           And generally, at least, I have been able to,

17   you know, get things out a few days before the actual

18   deadline.  So I know everybody is very anxious to get

19   the award and, you know, take it from there, so.

20           MR. HARDIN:  Yeah.

21           ARBITRATOR TURITZ:  We are very conscious of

22   that, and we will do our best to actually get it to you

23   earlier than the last possible date under this agreed

24   deadline.

25           ARBITRATOR CALLAHAN:  Yeah.  This is not --

```
1            ARBITRATOR TURITZ:  We do appreciate it.

2            ARBITRATOR CALLAHAN:  This is not a panel that

3     puts their work off.  Let me put it that way.  We will

4     start work immediately.  And no one has ever

5     dilly-dallied, even if they have been on vacation or

6     sick or with other commitments.  So...

7            MR. ALFORD:  No objection from our side to

8     March 8th.

9            ARBITRATOR CALLAHAN:  Yeah.  We will start work

10    immediately, and we will work with all dispatch to get

11    something to Ms. Romeo.  But we'd like to let her know

12    that we've talked with you so that she can plan her

13    calendar and know when she understand to make some space

14    for us.

15           MR. HARDIN:  Okay.

16           ARBITRATOR TURITZ:  Okay.

17           ARBITRATOR CALLAHAN:  All right.  I think that's

18    all the panel has.  So I think --

19           MR. ALFORD:  All right.

20           ARBITRATOR CALLAHAN:  -- that we're adjourned.

21    And I think you're going to make your flight.

22           (Proceeding Concludes at 1:36 p.m.)

23

24

25
```

## TRANSCRIPT OF PROCEEDINGS

**January 12, 2024**

```
 1                REPORTER'S CERTIFICATE

 2

 3   STATE OF CALIFORNIA  )   ss.

 4   I, DEREK L. HOAGLAND, CSR #13445, State of California,

 5   do hereby certify:

 6   That prior to being examined, the witness named in the

 7   foregoing proceeding was by me sworn to testify to the

 8   truth, the whole truth and nothing but the truth;

 9   That said proceeding was taken down by me by stenotype

10   at the time and place therein stated and thereafter

11   transcribed under my direction into computerized

12   transcription.

13   I further certify that I am not of counsel nor attorney

14   for nor related to the parties hereto, nor am I in any

15   way interested in the outcome of this action.

16   In compliance with section 8016 of the Business and

17   Professions Code, I certify under penalty of perjury

18   that I am a certified shorthand reporter with license

19   number 13445 in full force and effect.

20   Witness my hand this January 16, 2024.

21

22                  Derek L. Hoagland
                   _____
23                  DEREK L. HOAGLAND, CSR #13445

24

25
```

**TRANSCRIPT OF PROCEEDINGS**

---
**$**
---

**$10**
100:19

**$100**
17:15 99:23
105:7

**$120**
61:17

**$1200**
11:10

**$1200-an-hour**
14:18 40:18

**$150**
56:15 78:19
80:20,23
85:21 119:11
124:9 127:8

**$180,000**
70:2

**$200**
71:4 98:24
124:21

**$23**
64:15

**$23.4**
40:7

**$256**
100:1

**$3**
64:3 66:9

**$37**
69:1 83:14

**$37.5**
64:20 86:7
110:13

**$45**
74:2

**$450**
62:25

**$500,000**
82:2

**$60**
74:4

**$7.5**
64:17

**$90**
71:3,10

---
**0**
---

**0004**
28:25

**0007**
31:12

---
**1**
---

**1**
23:25 30:5,23
31:12 32:12
38:19 62:24
75:13 93:10
101:18 108:1

**1,000**
46:1

**1.5**
23:24,25
101:17,19

**10**
24:21 33:8
51:19 114:5
123:6

**100**
61:21 62:5

**69**:24 92:22
93:1 106:9
124:10
134:11

**1003**
99:21

**1004**
28:14

**1008**
99:21

**102**
25:3

**1034**
32:12

**1035**
21:8

**1038**
72:23

**10438**
32:2

**1064**
24:4 25:10

**1069**
20:9

**10:40**
52:14

**10th**
78:24

**11**
21:21 43:8

**1125**
83:25 84:9,11

**113**
69:9

**116**
100:1

**12**
96:13 120:25
121:5

**12-nanometer**
122:1,8

**1200-A**
67:9

**1201**
63:22,24

**1219**
89:25

**12:10**
96:14

**12:12**
96:21

**12:42**
96:22 115:19

**12th**
81:13 82:18

**13**
37:20 43:8
54:15 85:15
115:7 134:21

**13th**
21:6 54:7
55:24 93:17

**14**
30:23 75:2,9
107:15,23

**14th**
66:8

**150**
81:20 92:22
93:1,8 124:10

**15th**
63:19

**17th**

**5**:9

**18**
16:22 61:19
110:13

**18th**
21:5,7 72:24
110:16,19

**19th**
139:6,12
142:15 144:9

**1:08**
132:21

**1:20**
132:24
133:20

**1:45**
133:12

**1st**
21:13 23:2
110:20

---
**2**
---

**2**
9:5 13:10
23:19,24
29:9,23 32:2
38:18 101:18
104:20

**20**
33:7 35:4,5
62:4 122:14

**200**
98:10,13,20

**2003**
68:4

**2013**
134:22

**TRANSCRIPT OF PROCEEDINGS**

January 12, 2024

**2020**
134:20

**2021**
58:20 61:5
67:8 68:9
76:7 82:15

**2022**
121:24
134:23

**2026**
99:21

**2037**
81:8,11 91:22
92:13

**2040**
92:20,24

**2052**
81:14

**2053**
80:1 81:14

**21**
22:15 26:23

**2100**
29:8,9

**22**
27:23

**2212**
85:22

**23.4**
15:11,12
47:11 48:20
114:6

**23.5**
82:22

**24**
30:5 38:19
61:19 108:1

**24/7**
144:20

**243**
117:4

**25**
62:5 92:5

**26th**
64:8

**28**
115:7

**28th**
15:24

**29**
23:19 24:5
101:14

---
**3**

**3**
12:3 26:3
29:23 30:23
33:6,9 38:18
62:23 93:10
133:9

**30**
8:13 33:8
38:3 96:20
108:16,18
112:7 115:24
134:14
141:16,25
142:13,19
143:9,12
144:8,14,17

**31**
20:8 37:19
89:2,6,10,11

**34**
32:12 85:22
123:19

**34-A**
85:16

**36**
21:12 23:1
25:7 32:7
39:13

**37**
24:21 26:11
39:13 73:15
95:4 145:15

**37.5**
15:11,12
21:7,24 40:4,
10 47:12
48:15,19,21
49:8,10 82:23
100:8 111:19
112:23

**38**
26:3,11 39:13
44:20 76:10
104:19

**39**
5:11

**3:30**
9:12

**3:47**
133:6,8

---
**4**

**4**
8:24 12:3
39:11 121:15
125:21

**40**
111:25 115:2

**41**
20:14 26:23

**412**
38:4

**42**
29:23 38:18
111:23

**43**
21:21 43:8,14
111:25
123:19

**45**
19:22 59:1
133:11

**47**
24:4 134:10
135:5 136:2,
5,23 141:9

**47D**
134:16,18

**49**
20:1 25:24

**496**
50:7,18,19
51:17,25
129:16,19
135:15,25

---
**5**

**5**
25:3 26:3

**5.8**
70:22

**5.833**
34:20,24
35:1,6,7,11

**50**
49:5,7,8
61:21 92:5

**500**
45:23

**500,000**
77:15

**500K**
24:6

**51**
15:24 82:17,
20 85:15

**52**
55:25

**53**
22:9,11,15
24:15 56:7

**54**
15:25 56:9

**58**
81:18

---
**6**

**6**
32:7 33:6
94:18 103:15,
17,18

**60**
27:23 92:3

**61**
29:15 111:5
145:19

**62**
27:25 32:24
84:19 85:3

**620,000**
64:9

**63**
53:19

**TRANSCRIPT OF PROCEEDINGS**

**641.3(a)**
44:7

**67**
38:11 56:12
80:18,25

**7**

**7**
121:5,11

**7.5**
21:20,22,24
24:1 43:7,13
81:19 101:19
111:9,12,16,
21,24 112:1

**704**
37:19

**705**
37:19

**76**
64:23

**8**

**8**
35:4,5

**8.5**
81:19

**80**
65:25

**84**
56:10

**8couldn't**
79:19

**9**

**9**

24:21

**947**
16:22

**949**
16:23

**97**
81:21

**9:23**
4:1

**A**

**a.m.**
4:1

**AAA**
143:14

**ability**
19:25 62:21

**absent**
142:11

**absolutely**
4:17 61:1
73:20 75:6

**acceptance**
44:15

**accepted**
111:15

**accepting**
12:16

**accommodate**
141:21

**accomplish**
62:20

**account**
66:10 69:2
88:17 100:8,

**9,10,15**

**accuracy**
60:3

**accurate**
6:15 104:1,2

**accusations**
77:4

**achieve**
96:20

**acknowledge**
85:25

**acknowledged**
66:14

**acknowledgement**
78:16

**acknowledging**
81:23

**acquaintance**
89:4,17

**acquire**
56:15 69:12
89:20 95:18

**act**
106:7

**acted**
54:20 66:24

**action**
38:9,12 45:1
62:22 87:13
134:4,6 136:9
145:7

**actions**
55:24 63:9
129:5

**active**
47:8

**actual**
22:19 47:19
48:24 49:9
76:22 77:25
78:2 98:4
103:4 136:24

**add**
15:8 128:18

**added**
30:19

**addenda**
8:18

**adding**
31:13

**additional**
94:1

**address**
33:18 82:11

**adequate**
113:13,23,25
120:1,4,7

**admit**
54:6 66:1

**admitted**
46:11 57:2
80:22

**adopting**
129:18

**advertising**
56:1

**advised**
75:15 76:6

**advising**
75:24 76:1,4

**advisor**

**94:17**

**advisors**
33:17 114:23

**affect**
18:3 130:25

**affiliation**
32:22

**affiliations**
35:23 36:3

**affirm**
41:2

**affirmatively**
54:4

**afford**
57:19 61:16,
22 62:19
78:16

**afterward**
99:1

**agency**
40:15 129:4,7

**agent**
38:6 126:23
128:22

**aggressive**
101:6,8

**agree**
11:3,4 34:17
35:17 49:21
65:20 93:16
107:1 112:17
113:1 114:4
128:2,9

**agreed**
6:9 8:8 37:13
111:20
132:17
144:17

**TRANSCRIPT OF PROCEEDINGS**

agreed-upon
96:21

agreeing
17:23 44:10

agreement
37:8 54:22
55:25 56:14
58:14 62:16,
25 63:3,5
64:6 66:12,
16,17 72:3,25
79:22 80:20
81:6,13,17
82:9,19 83:5,
8,9 84:2,13
86:5,13,22,25
88:1,2,13,14
93:15,24
95:4,20
119:16 124:6,
8,13 126:16
137:15,19
138:21 140:3
142:12

agreements
6:2

ahead
10:4 11:5
53:15 91:5
115:9 117:3
123:14 124:1

aid
44:23

air
121:3

airport
52:10 59:19

Alford
4:13,17 5:17,
20 6:18 8:23

9:2,9,18,20,
22 10:2,5,9,
12,22 22:11,
14 51:21,24
52:6,8,11
53:16 68:16
86:18 96:14,
15,19,23 97:1
108:15,19,23,
25 114:19
115:16 123:6
125:1 128:3
129:8,15
130:14 131:7
132:20,25
133:21
134:13,24
135:16 136:1
138:13,16
139:8,13,15,
22 140:16
141:24 142:2
143:11,16,20
144:1 145:1,
4,12

allege
46:15

alleged
78:19 87:11
130:24
131:10

allegedly
77:9 78:6,12
83:19,23
87:22

alleges
46:16

alleys
12:25

allotted
10:16 108:22

132:15
133:16

Alpha
16:21,25
17:3,5

ambiguity
48:4

amend
46:10,22
119:20

amended
56:9 84:14
87:6 119:8
128:20

amendment
78:19 79:1
85:12,17
86:2,3

American
41:17 109:12

amorphous
112:9 119:9,
10

amount
47:21 48:6,7,
8 49:1 50:13
67:25 92:4
142:20
145:21

analogy
16:18

analysis
28:6 54:14
55:3 110:1

analytically
109:9

analyzed
88:11

and/or
135:5

Ano
51:5

answers
82:10 83:5
93:11

anticipate
141:24

anymore
10:7 43:24
44:2 45:20
78:21 106:3

anyone's
119:6

apologize
10:6,10

apparently
79:9

Appeals
46:13

appearance
87:8 120:11
123:18

appearances
4:6

appeared
68:13

appearing
4:16

applicable
136:11

application
17:1 134:9

applications
49:15

applies

51:18

apply
50:25 86:25
134:7

approval
30:4 38:17

approved
66:19

approximatel
y
8:9,13 70:2
144:8

April
20:4,7 58:20
61:5 76:6
102:3

arbiters
7:15

arbitrary
48:25 49:3,11

arbitration
6:14 87:6
128:20 135:6

Arbitrator
4:3,8,9,10,11,
12 5:3,19,22,
24 6:19 9:8,
11,13,17,21,
23 10:4,8,11,
15,18,20
22:10,13
51:19,23
52:4,7,9,12,
19,25 53:4,8,
13,15 59:2,6,
9,14,18,21
63:22,24 64:1
70:5,9 80:25
81:2,4,9 83:1
84:7,24 85:1

**TRANSCRIPT OF PROCEEDINGS**

89:5,6,9,13
90:24 91:2,5,
9,12,14
96:11,17,25
108:14,17,20,
24 114:18
115:15,18,23
116:1,4,9,15,
24 117:2,13
121:8 122:15,
20,25 123:3,
8,10,25
128:6,8,12
132:10,11,14,
17,21,23,24
133:1,7,11,
12,13,15,19,
24 134:3,16,
18,19,21,22,
25 135:11,17,
23 136:2,8,
15,18 137:2,
7,13,18,24
138:4,14,18,
23 139:5,9,
10,16,18
140:5,7,8,9,
21,23 142:1,
4,7,8,10,18
143:12,18,22
144:4,7,14,
16,18 145:2,
6,14

**arbitrators**
7:16 35:21,22
36:1

**architecture**
117:22

**area**
34:10

**areas**
7:15

**argue**
42:1,9 66:11
74:25 75:23
86:24 87:1
124:14

**argued**
87:7,23

**argues**
73:1,19
121:16

**arguing**
42:10 78:20
109:3

**argument**
11:17 50:17
64:18 69:7
73:22 84:15
94:9 124:5
130:18

**arguments**
8:20 50:14
54:20 124:17
125:19
140:10

**arising**
49:13,17,20

**arm's**
74:20

**arrangement**
68:6

**art**
143:8

**articulation**
83:22

**artificial**
17:12 143:9

**Ashton**
55:18 56:17
58:19 60:10

61:24 62:18
63:3,10,20
64:3,15
66:19,20
78:7,15
79:14,24
80:2,24
81:12,15,18,
21,22 84:17
86:15 88:4,5,
6,7,9,12,13,
14,15,18,22
89:21 90:3,22
92:14,19
95:22,23
114:20 115:8,
9 120:14
125:8 126:2,5
127:14

**Ashton's**
56:11 57:13
61:9 62:11
79:15,16,20
127:5

**ASIC**
65:15 68:7
70:12 78:2
95:5,13

**ASICS**
64:21 78:1
83:15 96:3

**asks**
71:25 90:10
113:14

**asleep**
123:10

**aspirational**
22:18 24:12

**assault**
51:8

**assemble**
70:1 95:19

**asserted**
95:1

**assisting**
5:2

**assume**
4:25 35:11,
16,18 42:4
49:6 82:14

**assumes**
82:12

**assumption**
35:17

**assurance**
113:13,23,25
120:1,4,7

**attached**
56:25

**attempt**
38:25

**attention**
132:9

**attorney's**
49:12,19,24
50:2,12 51:18
134:5,7
135:3,5,7,9,
14,25 136:9
138:1,11

**attractivenes
s**
62:10

**audit**
100:8,9,10,15

**audited**
69:2

**August**
15:24 37:19
38:3

**authority**
41:7 88:23

**authorize**
64:15

**authorized**
63:10 64:9,11
88:15

**avoid**
66:16

**award**
134:14 135:5,
7,9 140:20
141:13
142:11,12

**aware**
37:20

**Awesome**
123:12

**axiomatic**
44:25

---

**B**

**back**
12:25 16:3
26:14,22
29:4,9 32:11
34:7 43:25
46:18 50:23
52:14 59:23
60:17 73:13,
24 75:25 76:5
86:16,20 87:5
94:11 96:13,
18 97:15
102:3,13
104:7 105:19

108:12 113:2
116:5,6
119:17
122:22
128:20
132:22
133:20
139:25

**backroom**
36:25

**bad**
66:24 67:3
131:18

**balling**
22:18

**bamboozled**
125:23

**bank**
69:2 100:8,9,
10,15

**bargained**
126:13,14
130:25

**based**
54:24 64:7
72:8 77:1
78:20 79:14,
20 87:24
113:20

**basic**
134:25

**basically**
107:3

**basing**
124:3

**basis**
62:15 88:8
93:21 135:8

**bathroom**
12:4

**beat**
27:8 83:3
100:24
108:15
144:14

**beating**
51:3

**bedrock**
62:13

**bedroom**
98:23

**began**
56:10

**begin**
104:20

**beginning**
11:16 53:18
88:18 107:16

**behalf**
38:9,12 78:3
144:19

**behavior**
69:19

**believable**
120:21

**believed**
6:23 27:6

**believes**
6:21

**believing**
13:15

**bells**
22:1

**below-market**
67:6

**benefit**
44:10

**betray**
102:1

**betrayed**
98:8

**big**
12:4 15:19
33:5 35:5
67:14 83:16
99:10 104:5,7

**big-picture**
40:2 41:6,10

**bill**
69:10 70:23

**billion**
18:4

**binding**
69:14 129:21

**bio**
52:14

**bit**
5:4,25 9:1
52:1 108:12
123:24
140:11
143:19

**Bitcoin**
56:15 61:5,6,
11 62:3 122:5

**Bitcoin's**
56:9

**BITMAIN**
60:9 74:2

**bizarre**
37:2

**black-letter**
83:11 125:21

**Blackburn**
5:1 56:4
123:11,13,21

**blah**
99:10 110:21

**blame**
120:13

**blank**
73:9

**blanking**
136:13

**Bleck**
18:18 28:20,
25 29:1,4,17
30:1,8,22,23,
24 31:5,6,12,
16 32:4,6,16,
18 33:10
34:2,7,23
35:8,12 36:25
37:21 38:5,6,
8,11,13,16
39:3 57:6
70:12,16,21
74:23 75:1,7,
8,10,15,24
76:1,3,6,15
77:18 78:14
87:8 93:13,
14,17,20,21
94:12,14,16,
17 95:14
102:22
103:19
107:12,16,19,
23 108:3,7
114:25
117:20
125:24
126:23,25
127:3,10,15,

18 128:21,25
129:8,9,13

**Bleck's**
28:21 31:21
32:22 33:14
34:16 38:20,
22 70:15
94:7,8,13,19
98:7 102:25
114:25 127:7
131:2

**Bless**
68:16,17

**blessing**
28:5

**blockchain.
com**
65:6,12

**blockchain.
com.**
65:6

**Blockware**
67:7

**blowing**
112:2

**blue**
34:12 118:24

**board**
13:1 33:17
88:7 103:6,19

**boards**
133:9

**body**
9:9

**bogged**
119:16

**bombarded**
118:22

**TRANSCRIPT OF PROCEEDINGS**

**boss**
45:15,21
46:2,3,7,18

**bottom**
16:1 62:7

**box**
138:2

**boys**
116:20

**bragged**
112:25

**brains**
10:2

**brass**
22:25

**breach**
28:25 38:22
45:1 48:16
49:7 50:2
82:19 83:8,9,
10,20 85:14
86:1 95:12
96:7 110:11,
18,22,24
111:20
112:18,22
113:12
135:20
136:12,15,17,
18

**breached**
49:5,6 65:2
82:25 86:22
111:17
113:12

**breaching**
83:11

**break**
8:10,12,14

52:13,14
53:5,11 96:12
116:9 127:23

**breaks**
9:5 10:9

**bribe**
19:4 44:4,16
45:7 46:4,6,
11,15,19
77:4,14,17
106:4 120:13
131:14 132:3

**bribed**
40:13 87:22
98:6 132:4

**bribery**
28:15 44:5,
13,18 45:2
46:21,25 47:7
73:21 109:22
110:5 131:19,
20

**bridge**
130:9

**briefcase**
10:21

**briefing**
58:10 75:23
95:3 129:17
130:8 137:10

**briefly**
42:21 111:3
129:16

**briefs**
7:4 145:17

**bright**
114:5

**bring**
128:16

**broad**
110:10
129:19

**brother**
12:12

**brought**
7:7 10:14
59:23 88:6
89:3,16 94:19
95:16 120:10

**bucks**
45:23 46:1
92:3 93:10

**Buddy**
85:5

**build-out**
56:12

**built**
70:22

**bulk**
35:9

**bullet**
31:14

**bullets**
18:21

**bunch**
18:13 23:15
100:19 114:6
118:12
119:22

**burden**
78:11

**burndown**
60:1

**business**
18:6 21:6
41:13 71:13
72:4 74:21

82:10 85:18,
19 86:18
90:12 119:21
141:1,6

**button**
70:6

**buy**
47:25

**buying**
28:17 29:4,6
90:11

___

**C**

___

**California**
51:6 94:4
130:5,9

**call**
29:5 34:4
43:15 79:3

**Callahan**
4:3,9,15 5:3,
19,22,24 6:19
9:11,13,17,
21,23 10:4,8,
11,20 22:10,
13 51:19,23
52:4,7,9,12,
19,25 53:4,8,
13,15 59:2,6,
9,14,18,21
81:9 84:7
85:1 89:5,9,
13 90:24
91:2,5,9,12
96:11,17,25
108:14,17,20,
24 114:18
115:15,18,23
116:1,4,9,15,
24 117:2

121:8 122:15,
20,25 123:3,
8,25 128:6,8
132:11,14,17,
21,24 133:1,
7,12,15,19,24
134:18,25
136:15
137:13,18,24
138:4,14,18,
23 139:5,9
140:7,9,21,23
142:1,4,8
143:18,22
144:4,7,16
145:6

**called**
12:7 16:20
17:6 29:3
77:19

**calls**
107:17

**Canadian**
44:19

**canceled**
46:5 114:11
120:23

**candid**
11:21 14:4,10
18:7 97:5,11,
23

**candor**
15:22 16:19

**canvassing**
60:20

**capable**
65:21

**captured**
140:12

**TRANSCRIPT OF PROCEEDINGS**

car
  94:5

care
  74:13 140:18

careful
  80:11

cares
  81:19

carry
  78:11 131:24

carved
  12:4,6

carving
  12:13

cascade
  71:9

case
  5:9 11:3,14,
  16,18,24
  13:5,10 14:14
  26:20 44:19,
  20 45:5,6,9
  46:23 47:1
  49:19 50:9,20
  54:3,17,24
  55:7,22 66:22
  77:3 96:7
  109:21
  111:17,18
  118:5 120:9
  125:20
  129:12,18
  130:4,11
  131:19
  136:12
  141:14
  142:20,22
  143:3 144:23
  145:19

cases
  41:7 50:19
  51:12 143:1

cash
  57:15 73:7

catch
  116:10

categories
  39:24

category
  28:21,22

caught
  13:14 14:3
  30:16 31:19
  39:20 59:20
  97:4,25 98:1
  102:20
  108:12

caused
  78:12

CBS
  45:6,7,14,15,
  17,18 46:7
  131:19

celebrate
  112:8

celebrating
  21:22 26:21
  43:13

celebration
  21:25

cents
  62:5

CEO
  16:14 29:16
  84:22 98:18
  124:24

cetera

30:9 34:16,17
  103:5 109:18
  125:3 142:25

CFO
  26:5 105:1,4,
  13,18,22
  106:6

chaff
  73:10

chain
  14:22 27:8
  31:6 100:24

chairman
  81:16 84:22
  114:23

challenge
  66:5 69:7
  74:24

challenges
  57:17

challenging
  65:11 145:8

chance
  5:25 46:22
  126:1,3

change
  16:18 17:11
  33:24 51:10
  112:9 118:25
  119:9,10
  143:8

changed
  33:15 36:12
  103:14
  110:12,15
  111:2 112:8,
  17,24

changing
  33:24 36:6

87:18 103:24,
  25 127:12

charts
  11:12 14:19
  60:1 145:22

cheaper
  14:17 15:5

cheat
  19:5

check
  5:12 8:21
  9:24 13:22
  19:7 53:9
  90:25 98:2
  138:1

check-the-
box
  138:8

checked
  12:10 68:25
  99:8

checking
  51:20

China
  69:23 95:19

chip
  17:9 68:19
  69:16 114:7,
  14 120:25
  121:12,15
  122:8

chips
  34:10 67:24
  86:9 100:20
  114:3,6
  120:18

chose
  126:4

chosen
  36:25 38:5

Christmas
  116:20

circumstance
  6:21 7:19

circumstance
s
  42:8 44:13

cite
  41:7 44:20
  45:5 109:21

cited
  125:20
  129:18
  140:11

claim
  41:8 42:13,18
  50:7,18 72:10
  93:22 95:12
  98:5 118:15
  125:23
  128:21,23
  129:15,19
  130:6,23
  135:1,2,13,
  14,15,18,19,
  22,24 136:5,
  10,13 138:12

claimant
  4:14,19

claimed
  80:2

claims
  51:14,24
  58:9,11 71:24
  76:15 80:14
  82:5,7 87:2
  94:2 95:1,11
  124:3 125:10

**TRANSCRIPT OF PROCEEDINGS**

126:2,13
129:12
135:20 138:9

**classic**
137:24

**clause**
47:16,20 48:5
49:12,24 50:1
83:6 119:12
136:11 138:1

**clauses**
25:5 26:15

**clean**
99:1 114:8

**clear**
16:24 44:5
47:6 48:19
62:1 66:2
82:25 91:16,
25 92:24 98:6
109:16,21
112:10 138:7
141:19 142:6,
10 144:2

**clerked**
13:17

**client**
110:12
136:21 137:8

**clients**
137:14
138:20
144:22

**close**
5:8 8:15 9:2
96:22 120:2
140:13 141:1,
5,8 142:14
144:13

**closely**
23:8

**closer**
8:25

**closet**
52:21,22

**closing**
6:25 7:3,7
8:10,11,19
9:19 19:21
22:10,12,15
24:15 25:24
27:22 28:11
29:15 32:24
38:10 44:21
53:9,19 54:20
64:6,18 71:17
78:20 84:15
86:18 125:18
140:10 142:7,
8,13 144:12

**closings**
7:21,25 8:17

**clothes**
13:3

**Cloud**
15:19 99:20,
22 100:2

**Cloud's**
16:2

**co-counsel**
4:18

**Coca-cola**
73:8

**Code**
44:7 50:7
135:15

**Coie**
4:21,23 5:2

**coincidence**
34:8

**Coinmint**
4:14,19,20
8:9 18:22
19:24 23:13,
16 24:1 26:5,
25 27:5 36:16
37:1,15 40:3,
19 53:25
54:9,14,19,25
55:6,19 56:1,
7,18 57:18,21
58:17,18
60:20,21
61:1,10,13,
16,22,25
62:2,4,9,12,
17,21,23,24
63:3,6,7,9,11
64:24 65:12
66:3,11,14,
15,17 67:1,2,
3,6,12,20
68:12,22
69:6,13 70:3,
24 71:11,16,
24,25 72:1,8,
18,19 73:1,
16,19 74:6,25
75:14,18,20
76:5,8,13,15
77:1,15 78:3,
7,13,14 79:2,
4,5,8,15,22
80:11,19
82:18 83:8,
10,18 84:22
86:24 87:3,
22,25 88:5,10
89:1,20,22
90:5,16 91:24
92:4,11

93:14,16
94:2,23 95:3,
7,14,21 96:1,
4 99:23 100:4
101:19 102:1,
5,9 104:22
105:1,5,6,13,
18 106:10
112:2 118:21
119:1 120:19
121:16
122:11
123:20 124:3,
6,8,9 125:1,
16,18,25
126:4,13,17,
24,25 127:10,
14,19 131:5
135:13 139:4

**Coinmint's**
13:10 31:23
53:25 55:3,
12,24 56:13
57:13 58:20,
25 59:24
60:6,11,18
63:14,21
65:16 71:20,
21 75:7 82:11
84:16 86:14
88:21 89:21
94:18 95:1
97:2 124:17
127:2,6
135:14
139:24

**cold**
10:6 34:3,4

**colleague**
74:22

**colleagues**
38:20

**combined**
71:10

**comfort**
86:21

**comfortable**
65:15

**command**
28:8

**commencement**
95:20

**comment**
54:20 145:4

**Comment/
update**
31:2

**comments**
70:21 142:24

**commercial**
44:5,13 51:1,
11,12,17
73:21 131:20
137:25

**commission**
24:7

**commit**
92:7

**commitments**
6:7 71:8
143:2

**committed**
83:10

**common**
13:16,21,22
14:13 15:9,15
19:6 34:6
85:18 97:14,
23 98:2

100:25
118:17
132:13

**common-sense**
55:2

**communications**
97:6

**companion**
135:2

**company**
16:20 17:6,8,
19 23:16 31:4
40:7 45:8
70:3 77:8
81:16 84:22
94:13 100:23
131:6

**company's**
18:3

**compared**
60:14

**comparing**
67:7

**comparison**
29:6

**compelling**
50:8

**compensation**
23:11 101:11

**competent**
57:6

**competitor's**
14:23,25
15:5,6 19:2
27:8 29:7

**competitors**
14:17,18,21,
22

**complain**
41:5 69:14,20
70:24 83:12

**complaint**
46:9,15,16

**completed**
44:4

**completely**
135:12
145:16

**complicated**
51:17 144:24

**compromise**
30:2

**computer**
17:13 34:25

**computers**
131:1

**conceal**
34:13 36:14
47:8

**concealment**
36:6 47:8

**concede**
54:6 64:6

**concept**
84:20 92:25
120:5 124:12,
13

**conceptually**
108:25
112:19
119:18

**concern**
73:23

**concerned**
74:3 138:7

**concerns**
74:21 129:13

**conclusion**
55:3 94:25

**conclusions**
77:1 79:6
87:24

**confer**
115:21 117:5
132:18
136:21 137:7
139:11,24

**conference**
5:10

**confidential**
6:8 39:16,20,
21

**confidentiality**
6:11

**confirm**
5:12 6:1
64:19

**confirmation**
5:16 70:20
115:3

**confirmed**
5:23 57:17
58:3 60:3,5,
10 64:10
70:15 75:8
95:25 125:19

**confirming**
56:14

**confirms**
73:2 80:13

**conflicts**
7:18

**connect**
139:4

**Connecticut**
63:4

**connection**
98:8 138:11

**consequences**
120:8

**considered**
79:22 145:10

**consistent**
56:18,19
58:18 60:18
61:4 63:1
88:21 104:17

**consistently**
67:24 72:1

**conspiracy**
90:15 93:6
120:14
128:23

**construed**
48:4

**consultant**
106:7

**consulting**
104:6

**consumer**
35:19 36:3

**contagious**
10:7

**contemplating**
78:15

**contemporaneous**
26:1 102:21

**contents**
42:17

**context**
55:1,4,10
72:7 73:17
82:6 89:1
98:4 104:17

**contexts**
51:12

**contingent**
99:2,3

**continue**
113:2

**contract**
16:9 18:4
20:7,13,18
21:6 24:24
25:4 26:14,
15,19,21
40:23 41:1,25
42:7,14,16
43:25 44:4
45:2,17,19,22
46:5,12,16,
17,20,21,25
47:6,13,14,20
48:3,15,23
50:1,10,15
54:5 55:20
57:22 58:14
63:6,8 65:11
66:18 69:15,
17 78:25
79:23 82:13,
15 83:13
84:20 85:13,
21 90:22
95:12,15 96:7

**TRANSCRIPT OF PROCEEDINGS**

98:12 99:24
100:4 102:23
103:4,7
109:2,9,10,
15,17,22
110:2,9
112:20
113:18 115:1,
5 119:1,8,20
125:3,17
129:10,21
130:2,16
131:12 132:3,
5 135:20
136:13,16,17,
18

**contracts**
15:20,23
41:18 43:12
51:1 69:21
80:12 99:22
100:1,6
112:11,13

**contractual**
83:22 127:16
130:7

**contrary**
97:11 118:22,
23

**control**
88:23 129:4

**controlled**
128:25 132:4

**controlling**
75:12

**conversation**
12:15 20:16
30:7 35:3
37:4 39:12
43:22 108:2
129:2

**conversation
s**
20:6,11 22:6
59:23 60:7,8,
25

**conversion**
51:9

**converted**
35:2

**conveys**
115:8

**convinced**
110:7 113:20

**cooler**
72:13

**copied**
81:12

**copies**
82:16

**copy**
31:1

**cord**
145:15

**Core**
28:15,24 74:7

**corners**
12:24

**corporate**
13:1 69:19

**correct**
16:3,7,9
74:11 105:15
135:15,16
139:17

**correctly**
57:7 141:23

**correspondin
gly**
61:12

**corrupt**
131:21

**cost**
86:9 135:6

**costs**
135:9 138:11

**cough**
10:10,11

**counsel**
4:20 5:12 6:2,
8 132:19
141:10

**count**
116:13

**counterclaim**
138:12

**counterclaim
s**
138:10

**country**
40:15 45:8

**couple**
5:6 20:20
36:10 42:22
54:19 68:10
123:1 129:8

**court**
4:4,5 44:23
46:13 50:21
51:5,6,11
87:15 130:9
140:24 141:5

**courteous**
14:7

**courtesies**

145:2

**courts**
44:22 45:1
130:5

**cover**
5:5,6

**covered**
5:8

**crafted**
79:21

**crazy**
73:6

**create**
4:6

**created**
58:3 93:8
103:23

**creating**
35:8

**credentials**
64:13

**credibility**
27:21 55:10,
11 87:2,20
94:8 106:25
119:15 126:7

**credible**
55:11,14,22
79:11,25
80:15 82:3
84:21 93:8
98:18 117:18
120:21 124:7
126:6

**credit**
71:5 95:6
124:21

**credulity**

85:19

**creep**
75:25

**criminal**
93:6 130:2

**crisis**
27:9

**critical**
20:11 49:14
57:21 58:11
68:9

**criticism**
143:13

**Cross**
45:9,13 46:23

**crossed**
141:23

**crypto**
11:13

**crystal**
62:1 91:25

**culmination**
79:8 93:4

**currency**
11:13

**current**
31:6,8 84:16
124:23

**curve**
58:2

**custom**
78:2

**customer**
15:2 17:3,20,
24 29:3 56:7
67:22 99:18
105:7

**TRANSCRIPT OF PROCEEDINGS**

customers
15:19 29:2
39:1 56:1
63:16 71:7
99:10,20
101:2

cut
91:17

cutting
145:15

**D**

damages
47:10,16,17,
19,21 48:6,24
49:9 51:18
56:22,24
86:7,11

damn
43:19

Dan
4:24

dangerous
87:4

data
28:18,19

date
21:13 22:25
23:2 49:10
110:21 142:8,
19

dates
112:15

day
21:4,7,17,19
26:19,22 42:2
43:6 56:9
66:9 74:9
97:7 100:25

111:11,13,19
112:23 114:2,
25 115:4,12
127:14 132:7
141:3

days
21:6 54:15
78:22 82:24
102:6 112:7
134:15
141:16
142:13,19
143:9,13
144:9,14,17

DD
29:10

dead
9:9

deadline
139:2 143:15

deal
6:20,24 7:17
19:24 20:17
21:1 22:7
26:2,6 27:1,
10,11,13
36:25 37:25
39:10 40:3,7,
14,16,19
41:2,4,9
46:25 59:23
63:13 64:17,
25 65:24 66:7
67:6,8 71:2,3,
4,9 76:14
78:13,15,20
80:23 83:10
85:21 87:16,
21 95:21,23
103:1,9
104:5,7,18

105:23 106:5,
7,17 107:8
109:4,7,24
110:14 111:1,
15 112:8,16,
17,23 113:3,7
115:13
117:15
119:11 127:8
130:15,21
131:5,15,17,
18,22,25
143:15

dealing
80:16

dealings
74:16

deals
26:24 27:5
88:11

dealt
145:22

deceive
36:14

deceptive
78:6

decide
11:18 13:5
40:21 54:17,
24 55:11
118:5 123:2
130:4 136:3
137:3

decided
55:7,8,23
56:6 88:5,13
90:13 121:25
127:15

decider
80:17

decision
18:1,2 31:22,
23 35:24 36:4
82:8 88:4,21
120:25
121:11 127:2,
5,6,16 131:11

decision-
maker
114:20,22
131:9

decision-
making
98:7 131:8

decisions
57:9,10 86:19

deck
31:8 98:11

deeds
111:2,22
112:6

deemed
42:7,16 88:23

deeper
107:13

defend
41:8

defendant's
33:1

defendants
11:19 13:7,13
32:22 99:19

defense
40:1,2,12
41:6,10
42:12,17,20
125:4

defenses
39:23 109:14

decision
110:2 112:20
125:3

defines
82:9

defrauded
40:23,24,25
109:19

Delaware
61:14

delay
85:9

delayed
133:5

deleted
92:16

deliver
19:4

delivered
16:2

Deliveries
61:19

delivery
81:25 84:5
85:10 92:7
131:2 132:7

demand
15:7 19:3
61:6,11
77:10,11 87:6
101:22
128:21

demanded
46:19 50:22

demanding
46:4

demur
46:8,10

**Denaut**
57:12,23
58:5,15,19
60:5 61:25
62:7,14 63:2,
4,13 64:10
65:10,18,20
81:21 88:6
90:3 95:25
101:5 120:16
121:23,24

**denials**
13:13

**denied**
14:9 71:19
114:8

**deny**
14:5 19:16
41:20,21

**denying**
12:20,21

**deprived**
36:4

**describe**
72:11

**design**
65:14 70:12
95:14,16,17
121:1

**designer**
78:2

**desire**
57:13 62:11
91:17

**desperately**
61:24

**detail**
45:6 70:11

**detailed**
20:5 69:11
95:17

**details**
60:15 98:16

**determine**
95:15

**determined**
88:11

**development**
121:11

**dialogue**
58:21

**dictionary**
28:4

**difference**
83:17

**differently**
130:18

**difficult**
65:10

**difficulty**
39:9 85:24
122:7

**dig**
29:6 38:24
107:13

**dil**
105:11

**diligence**
27:20 28:16
29:12 34:9
35:10 37:5,15
39:10 65:14
70:11 104:23
107:4 126:15

**dinner**
63:19 81:6,22

**detailed** 82:1

**directly**
63:20 64:2
75:8 89:18
97:11

**disagree**
34:17

**disclose**
35:23 36:3
104:4,5
129:9,10

**disclosure**
35:21

**discovery**
87:16

**discretion**
137:20

**discretionary**
137:21 138:6

**discuss**
58:8,11 82:6

**discussed**
38:24 59:25
60:11 85:24
125:2

**discussing**
85:25

**discussion**
74:19 82:22
93:13 118:16

**discussions**
22:16 58:23,
24 61:2

**dishonest**
18:12 106:18

**dispute**
51:17 109:7,
10 119:2,5

138:1

**disputes**
51:13

**disputing**
125:4

**distinguishab
le**
45:10

**distorting**
73:17

**distortions**
74:23

**distorts**
72:18

**distract**
121:4

**distraction**
42:3

**distributions**
51:16

**diverting**
51:14

**divorced**
54:10

**docs**
20:22 115:9

**doctrine**
44:25

**document**
25:5 85:5
105:19
118:17 124:3,
5,7,12,18
125:22

**documents**
20:4 22:24
26:1 29:22

33:2 38:22
54:16 56:16
58:2 68:1
80:7 99:4,13
100:14
101:13
102:21
145:18

**Docusign**
81:14

**dollar**
62:5,6,24

**dollars**
17:2 18:5
62:23 63:11
67:15

**domino**
69:18

**door**
13:22 19:7
52:23 98:2

**dotted**
141:23

**doubt**
32:16 55:13
61:1 66:23
76:23 104:16
110:12,14

**doubts**
54:2

**draft**
18:19 25:4
26:13 90:1,2

**drafted**
48:3 50:1
142:24

**drafting**
119:23

TRANSCRIPT OF PROCEEDINGS

drafts
103:5

draw
72:1 99:16

dream
72:14

dreaming
22:17

dressed
13:3 14:6

dripped
82:23

drop
10:11

dropped
122:5

dude
32:8

due
8:2 21:5,16
27:1,11,20
28:16 29:12
34:9 35:10
37:5,15 39:9
70:11 104:23
105:11 107:4
126:15

due-
diligenced
27:24 28:12

duties
23:5

duty
129:9,10

Dxcorr
33:18 70:15,
19 75:15
94:21 95:16

103:14,18
104:7 121:10
127:20

Dxcorr's
33:3 107:18
120:24

dynamics
61:8

E

earlier
17:9 26:13
102:14

early
20:4,7

easy
26:24 27:4
126:8

economic
131:11,16

Eden
4:24

Edge
15:20 16:6,8,
12 99:20,22
100:2

edits
77:22

effect
44:18 69:18
71:9 117:16

effective
82:18

efficiencies
70:23

efficiency
60:13

efficient
14:17 61:18
70:17 100:22

efforts
58:20,21
65:4,5,18
144:22

election
40:25

electricity
122:3,6

element
36:13 131:21

elements
78:10 125:5,
17 130:23

email
31:6 33:18
38:15 56:11
78:23,25
81:12 84:2
90:1,2 92:1
99:24 102:2
104:11 113:8,
13 120:1,6

emails
111:13 128:5

embarrassing
55:17

embedded
40:22

emphasis
52:13

employee
44:8,12 45:7

employer
44:9 129:14

employment

73:4

end
19:25 22:17,
20 24:17 25:6
27:22 28:18
29:10,19
31:14 32:23
38:17 42:2
43:22 45:3
52:9 82:18
85:7 101:21
110:5 111:20
127:14 132:7

endorse
100:13

ends
93:14

energy
14:16 60:13
100:22

enforce
41:2 46:12

enforced
47:9 51:10
109:22
112:16 113:3

enforcement
109:15 110:3
112:20

engage
20:15 131:18

engaged
21:16

engineer
104:22 105:1,
5,9

engineering
106:9

engineers
106:7

English
28:9 76:12
104:15
105:16
106:12

enlisted
29:1

enter
46:19 69:14,
21 80:19
82:15 90:15
131:15

entered
20:7 46:17
48:23 55:19
56:14 69:17
93:6 98:12

entering
40:23 109:19

enterprise
17:16

entertain
45:1

entire
61:1 111:18

entities
82:10

entitled
35:20 86:6

entity
87:12,15

equity
23:11,16 24:1
101:20,23

erroneous
43:1

TRANSCRIPT OF PROCEEDINGS

escrow
92:16 113:16,
17,21 120:10,
18

essence
129:24

essential
112:14,15

establish
128:24 129:7

established
60:9 92:8

establishing
68:1

estimate
47:19 48:23,
24 49:3,9

evaluate
13:23,24

evaluated
28:23

evaluating
13:20

events
11:20 31:24
97:12

eventuality
25:9

eventually
74:15

everyday
13:21,23

everyone's
4:6 131:15

evidence
5:13,21 8:1
11:9 13:20,24

38:8,11 39:2
55:21,23
56:21 57:11
58:12 61:17
66:13 67:16
69:8 71:22
72:2 73:13,20
77:2,5,6,14,
19,21,24 78:7
79:4,5,9 82:6
91:20 94:21
101:10
103:13,16,17,
21 110:4
111:1 118:21
128:25 129:1,
6 140:11

evidenced
131:12

evidentiary
58:7 69:6

evil
36:13

exaggerating
51:15

examples
14:11 19:12

exceed
108:18

exception
73:8

exchange
30:23 102:2

exchanged
77:17 103:5

exchanges
97:23

excuse
63:5 83:21

85:12

executive
33:7,10

exercise
135:4,10
145:9

exercising
137:20

exhausting
144:24

exhibit
20:8,9,14
21:8,11,12,21
23:1,6,19
24:4,5,21
25:3,7,10
26:3,11,23
28:14 29:8,23
30:5,23 31:12
32:2,7,12
33:6 38:18,19
39:13 43:8,14
55:25 56:7,9,
10,12 59:1
63:20,21
64:23 65:25
67:9 68:4
69:9,24 72:23
73:15 75:2,9,
13 76:10
80:18,25
81:8,11,14,
18,21 82:17,
20 83:25
84:7,11,19
85:3,15,22
89:2,9,25
91:22 92:13,
20 94:18
99:21 101:14
103:15,17,18

104:19
107:15,23
108:1 111:5,
23,25 115:2,7
123:19

exhibits
54:12 56:25
61:3

exist
49:21 65:9
73:14 75:6
76:21 77:3,
18,23 78:18
101:12
124:19

existed
124:12,18

existing
129:20 130:7

exists
82:13,14
101:12

exit
52:23 57:15
79:17 89:23

expand
84:24

expansion
63:15 129:19

expect
9:13 26:25
27:5 142:4

expectation
73:5

expected
53:18 71:2
110:14
135:10
137:20

expecting
8:22 21:24
22:2 42:15
43:17,18,19

expenses
51:15

experience
34:10 70:18
100:12,13,18

experiences
13:23

expert
14:18 36:17,
20 37:5,16
39:10 40:18
57:4 76:18,
20,22 77:25
78:4 126:18

experts
56:22

explain
17:22 57:5
71:1

explained
55:14 57:13
62:1 63:14
70:10 127:19
130:8

explains
81:18 98:5

expletive
21:25 112:1,3

explicitly
86:16

exploding
61:6

expresses
73:23

TRANSCRIPT OF PROCEEDINGS

January 12, 2024

expressly
86:16

extended
63:12

extent
6:9,12 7:2
8:6,15

extenuating
42:8

extra
141:13

extracted
38:15

extraordinarily
122:6

extraordinary
62:8

eye
116:22

eyes
19:11

___ F ___

fabricate
86:9 96:2

fabricated
95:5

fabricating
64:21 67:24
83:15

fabrication
68:7 69:16

face
13:6 118:24

Facebook

70:16

fact
16:11,24
37:21 38:3
46:20 51:12
58:3 65:1
77:7,20 83:20
87:17 93:14
100:18 107:4
110:23 114:7
122:21,23
130:21
142:22

factors
122:2,8

facts
46:9 47:6
77:2 94:24
97:2,3,4,5
129:23 131:4

factual
46:14

factually
43:1 69:6

failed
29:12 38:25

fails
94:3

fair
87:14

faith
20:17

fake
76:17,20

fall
39:23 123:10

falls
73:22 120:14

false
50:11,24
67:16 95:24
98:9 124:13,
15 129:23
130:6

falsely
98:8

falsify
113:6

familiar
123:25
142:21

family
66:10 88:17

fancy
11:11 13:3
14:19

fantastical
22:20 24:12,
13

fast
59:7 81:7,9,
11 122:20

fateful
81:6

fault
28:7

favor
25:5 26:15
126:21

favorable
67:3

favored
74:1

fearless
88:22

fears
74:12,21

feasible
95:14

February
144:10

feedback
59:13

feel
10:18 39:4
57:4

feeling
31:3

fees
49:12,19,24
50:3,12 51:18
134:5,7
135:3,5,7,9,
14,25 136:9
138:1,11

felt
52:10

ferret
73:4

fewer
67:10

fields
21:25

fight
116:21

fill
31:11 73:9

final
7:15 143:3

finalized
121:2 141:14

finally

fears
74:12,21

7:20 18:17
71:1 121:23,
25 130:13
132:2

finance
23:7,8 65:23
98:20

financial
36:1 65:16
90:5 91:18,25

financials
62:12 88:7

financing
65:5,8 98:13,
24 99:8,9

find
18:17 24:7
37:11 47:13,
14 60:20
66:21 86:21
87:23 90:9
100:16 103:2
126:22
133:17 136:8,
11

finding
39:9 57:18

fine
62:22 108:19
140:5 141:4

finish
26:9,12 91:6
130:20

finished
117:7

fire
49:15

fired
46:4

TRANSCRIPT OF PROCEEDINGS

**firm**
4:18 71:8
95:16

**firsthand**
70:18

**fit**
75:18 88:24

**five-minute**
91:8

**flag**
38:5

**flat**
25:15 124:13

**flavor**
23:7

**Flavors**
136:17

**Fletcher**
4:13 125:18

**flight**
8:25 9:12
133:8,17

**flights**
133:5

**float**
67:12 90:21
118:12

**floated**
76:18

**floor**
10:19 12:8

**floral**
117:22

**Floret**
4:19

**fluent**
104:14

**flying**
73:24

**focus**
7:25 22:3
74:6 140:20

**focused**
59:17,18
71:13

**focuses**
13:11

**foisted**
66:12

**follow**
71:9 119:11

**footnote**
22:15 27:23

**forceable**
51:8

**forced**
46:6

**forfeiture**
47:18

**forget**
13:19 21:17
77:11

**format**
113:24

**forward**
7:24 31:23
141:2

**foul**
42:25

**found**
24:8 33:4,15
37:6,14 46:3
52:19 53:1
74:9 90:12
94:19 135:18

**founders**
67:14

**foundry**
95:15

**fourth**
79:7 113:11

**framed**
12:12

**frankly**
126:25
127:18

**fraud**
36:13 40:12
41:8 42:3,12
47:7 50:9,16
51:25 54:4
69:18 78:10
86:12 87:1,2,
6,21 95:13,19
110:5,10
112:21
124:25 125:4,
18 130:23

**fraudster**
40:24 109:23

**fraudulent**
42:13,18,19
50:21 55:17
93:21 94:6
129:20
130:16
135:21,23

**fraudulently**
93:24 124:14

**freaking**
92:25

**free**
10:18 39:4

**Friday**

139:3 140:1

**friend**
102:4

**friendly**
105:12,17

**friends**
18:15

**front**
121:6

**frustration**
18:10 26:8

**fulfill**
68:21,24

**full**
10:17 32:10
35:20 69:14
110:5 142:18

**fully**
85:25

**fun**
76:13 104:12

**fund**
24:6

**fundamental**
131:4

**funding**
17:2 64:25
65:9 66:21
98:9

**funds**
65:2,3 68:25
69:2,16 88:9

**Furiously**
122:21

**future**
76:4

**FYI**

87:7

---

**G**

**gained**
45:2

**Gao**
4:24 14:1
16:19 18:1,9,
13,23 20:2,14
21:21 22:22
23:12,13,15,
19 24:17,21
25:3,7,10,13,
24 26:8,13,21
27:12 30:6
32:2,7,13
33:23 37:3,9,
13 39:8,11
43:4,7,12,13,
21 55:13
57:23 58:15
60:19 61:8
68:8 69:11
72:13 73:23
74:3,9 83:6
90:14 92:24
93:7 97:6,24
99:1 101:14
102:7 104:21
106:1 108:1
110:17 111:5,
11 112:3,5,25
113:19 114:8
118:14,19
119:15
124:23
126:21,22

**Gao's**
37:3 119:13

**gave**
13:18 16:3

**TRANSCRIPT OF PROCEEDINGS**

38:23 83:6
99:5 115:3

**gee**
15:10 34:5,8
101:25

**general**
140:14

**generality**
117:9

**generation**
10:3 95:8

**genuinely**
53:21

**gig**
39:22

**Gilda**
4:8

**give**
14:11,12
23:23 44:11
50:23 91:17
101:17
127:21
133:19 134:4
135:24
141:21
143:20

**giving**
28:5 51:16
67:2 79:10
107:3 113:12
144:3

**gladly**
76:4

**Glick**
4:11 10:15
70:5,9 83:1
89:6 133:13
134:21 140:8

144:14,18
145:2

**gloss**
79:4

**goal**
62:20

**God**
9:2

**good**
5:3 8:24
20:17,22
30:19 34:1
35:15 40:6,14
41:2,4,9,14
46:25 49:25
57:7 94:13
105:13,18
109:24
115:10
124:20
127:24
131:17 132:6,
7,11,16
133:21

**govern**
131:5

**government**
13:2 45:10

**governor**
56:13 80:22

**grand**
120:14

**graphs**
11:12 14:19

**grasp**
56:22,24

**grave**
62:8

**great**
19:1 40:3,11,
18 45:16 73:9
76:15 77:18
132:20

**greatest**
27:7 100:22

**greedy**
41:11 109:4

**ground**
72:16

**group**
76:21

**grown**
12:2

**guaranteed**
98:13,20,24

**guess**
11:25 24:7
119:22,23,24

**guilty**
44:13

**gun**
116:21

**guns**
116:21

**guy**
28:15,16
35:13 46:4
114:5

**guy's**
46:2

**guys**
45:13 46:6,11
70:3 71:10
90:19 144:20
145:22

**H**

**half**
14:20,21,24
19:2 27:7
40:19

**halls**
13:2

**hammers**
75:9

**hand**
14:8 27:12
28:2 37:9
140:15

**handled**
70:19

**hands**
25:14 32:19
44:24 77:17

**handwriting**
12:20 13:6

**hangs**
94:16

**happen**
15:4 26:25
30:12,14
39:25 48:17
49:1 77:23
87:13 100:24
110:14

**happened**
17:25 20:11
45:12 49:10
86:1 90:6
96:4 100:5,25
101:8 103:2,8
108:9 121:21
130:12

**happenstanc
e**
89:19

**happy**
30:9 38:20
102:9 108:4
123:5

**hard**
11:2,4 33:22
40:6 64:24
86:5 113:2
116:22
125:15 128:4
140:6 144:23

**Hardin**
4:23 5:23
6:17 8:24 9:4,
12,16 34:22
52:16,20
53:2,6,16
56:5 59:5,8,
10,12,16,20,
22 63:23,25
64:2 68:17,19
70:7,10 81:1,
3,5,10 84:9
85:3 89:7,11,
15 91:1,4,7,
11,13,15
97:1,8 98:3
99:11 100:3,
7,21 101:10,
25 102:11,18,
22 103:13,16,
24 104:10
105:15
106:25 107:9,
11 109:3,15
115:19,20,25
116:3,7,11,
17,25 117:4,
14 121:6,9,13

**TRANSCRIPT OF PROCEEDINGS**

122:16,21
123:1,4,9,12,
15,23 124:2
127:25 128:7,
9,14,19
130:20
132:12 133:1,
4,8,14,17,22
135:21 136:7,
20 137:9,17,
23 138:3,17,
22 139:1,7,
14,17,20,23
140:6,17
142:3,6,9,17
143:10,17
144:2,6
145:13

**harm**
42:25 45:4
78:12

**hat**
94:16

**hate**
90:16

**head**
51:3 59:11

**heading**
33:6

**heads**
144:3

**hear**
7:16,21 9:4
56:3 59:14
70:21 78:18
79:2 89:13
145:23

**heard**
7:17 11:9
26:13 53:23,

25 54:11
56:20,23
58:18 61:4
62:14 63:1
64:3 65:10,17
67:24 68:7
69:3,4,5,7,11,
25 71:1,17
72:11 74:25
75:1,3 78:21
82:21 88:20
92:16 98:4,10
100:21
104:13
120:24
121:22
127:18 129:7
130:13,19
131:7

**hearing**
5:9 7:24 8:3
54:15 58:8
60:8 63:4
80:6 119:3
142:13,14

**heart**
18:8 39:18
107:21

**hearts**
43:3

**helped**
30:8,13
108:3,7

**helpful**
119:6

**Henry**
55:13 67:14
72:11 73:3
90:14,18 93:7
117:11,15
124:25

**hey**
21:9,17 29:4
32:8 37:4
45:15 46:3
51:14 91:7
102:4 104:6
105:4 110:17,
19 115:5,12
120:6 129:2,
25

**hid**
36:18 37:16
98:7

**hide**
33:22 34:13,
14 37:17
104:2,3,9
127:21

**hiding**
66:15

**hierarchy**
125:2

**high**
24:2 101:20

**high-level**
18:20

**highly**
46:14 102:16
104:14

**hipster**
13:3

**hire**
43:2,4,7
93:15 104:22
119:22 127:2,
15

**hired**
25:6 26:16
42:24 93:17,

23 95:14
102:23 106:1

**Hiring**
43:8

**history**
16:17,20

**hit**
42:21 94:12
116:22
132:14
144:17

**hold**
96:19

**holder**
12:5 64:12
88:16

**holiday**
139:23

**holy**
21:24 112:1,3

**home**
75:10 128:16

**honest**
14:4 34:15
74:16 76:8
103:20 104:1,
3 109:20

**honesty**
12:15

**honored**
95:4

**hope**
8:4 19:14,16
21:2 39:25
138:25

**hopes**
121:3

**hoping**
32:14 42:14
141:20

**horns**
21:25 112:2

**hour**
8:9,10,12
10:16 11:11
54:1,2 91:3
115:2,4 116:5
117:20 133:2

**hour-long**
30:7 108:2

**hourly**
56:23

**hours**
20:13,20
34:20,25
35:5,7 70:22

**house**
12:9 48:1
65:16

**How's**
21:11 23:2
110:20

**huge**
15:6,7 19:3
38:5 79:3

**hundred**
99:9

**hundreds**
54:12

**Hunter**
5:1 56:3 59:1
64:22 68:4
69:9,24 72:23
73:15 75:2,13
76:10 80:1,18
81:7,10 82:20

83:3,25 84:19
85:5,15,22
89:2,24 91:22
92:13,20
123:10,19

**hypothetical**
135:12

**hypothetically**
135:18

---

**I**

**I's**
141:23

**iceberg**
128:12

**idea**
12:11 20:25
22:5,19
45:14,16
67:12 97:18
111:18 128:6,
10 140:14

**ideal**
133:18

**ideas**
72:14 97:21

**identified**
33:16 81:23
94:17

**identifies**
88:1 124:8

**identify**
74:24 105:11

**idle**
22:17

**ignore**
13:12 54:12,

13,15,23 72:2
75:18 79:5
97:9,10
122:12

**ignores**
55:6 76:2
79:9

**ignoring**
94:24

**illegal**
44:24

**image**
33:16

**Images**
112:2

**imagine**
94:4 120:8

**IMEC**
100:10

**IMEC-TSMC**
68:6

**immediately**
103:3,9

**immigrants**
76:12

**impacted**
85:10

**impeccable**
28:9

**implement**
55:24 97:17

**implemented**
97:18,19,20

**implied**
83:23

**importance**
63:2 82:2

**important**
8:1 21:23
36:16 37:15
63:6,8 64:9
65:5 66:18
78:22 79:23
80:9 84:12
130:22
133:14

**impose**
141:4

**impressive**
114:4

**imputed**
37:1

**imputes**
42:5

**in-house**
4:19 28:16

**incepted**
109:22 110:3,
4,10

**includes**
56:21 57:11

**including**
11:10 23:11
55:8,23 128:8

**increase**
57:13 62:6,9,
12 63:17

**increased**
93:11 122:7
124:10

**increasing**
93:7

**incredible**
92:6 105:12

**incredibly**

114:5

**incursion**
112:12

**indemnification**
136:10

**indemnify**
49:16,20

**indemnifying**
49:12

**independence**
127:7 131:3

**independent**
36:17,20
37:16 94:16
98:8 126:10,
15,19

**independently**
37:22

**individuals**
60:15

**induce**
93:24

**induced**
89:1 124:6,14
125:17

**inducement**
42:13,18,19
50:16 51:25
93:21 94:6
129:20
130:16
135:21,23

**indulgence**
115:17

**industry**

65:21 69:5
94:5

**infer**
75:24 118:21

**inference**
113:8

**inferences**
55:3 71:20,
21,25 72:7
77:1 87:24
91:20 99:15,
16

**inferential**
79:3

**infers**
71:16

**influence**
25:23 114:22

**influenced**
98:7 131:9

**information**
60:17 103:22

**informational**
19:19,22

**initial**
19:21 22:12,
14 24:15
25:24 27:22
29:15 32:24
38:10 44:20
61:19,20
87:25

**initially**
125:10

**innocent**
98:5

**input**
29:18 30:18,

21 64:14

**insightful**
62:2

**instance**
78:5 94:23

**instances**
7:3

**instant**
73:24

**instantaneous**
72:12

**institutes**
85:20

**instructed**
27:19 38:14

**instruction**
13:18,19

**insufficient**
57:1

**insulting**
47:10

**integrity**
12:16

**intelligence**
17:12

**intelligent**
104:14

**intended**
72:16

**intent**
36:14 54:7
55:21 57:24
79:10 80:3,4,
8 119:4
131:21

**inter**

19:19

**interest**
25:17 34:6
91:17 102:8,
10,12,18
130:17
131:16

**interested**
24:16 74:15
102:6

**interesting**
20:10 23:12
37:4 87:6
111:10

**internal**
54:18,21,23
58:21 72:9
84:2

**internally**
37:12 66:18
141:18

**Internet**
94:22

**interpretation**
77:24

**interpreted**
84:3

**interrupt**
52:5 91:11

**intervening**
141:12

**interview**
19:20,22 26:6
102:7 107:8
117:15,16
131:4

**intro**
30:25

**introduce**
4:15

**introduced**
54:13,17
82:17 94:20

**investment**
44:20 121:25

**investors**
38:25

**invited**
34:23

**invoke**
136:5

**involved**
35:7 61:2
88:18 94:15
110:24 111:7
127:20

**involves**
79:1

**involving**
45:6

**iphones**
121:18

**IPO**
57:15 62:10

**irony**
36:22

**irrational**
86:7

**issue**
46:14 47:12
141:9 143:19,
23

**issues**
14:23 82:11
86:4

**items**
8:1 70:19

_____

**J**

_____

**jackass**
32:10

**Jacob**
4:21 52:20
121:7 133:4

**jaded**
19:14

**January**
142:15 144:9

**Jim**
61:25

**job**
19:25 20:6,16
21:1,10,18
22:2,19 23:5,
10 24:11,25
25:2,16,22
27:14,16
35:15 43:11,
17 45:20 57:7
73:2,19 74:18
77:5,6,7,12
91:19 94:8,13
102:5,8,16,17
107:10
110:20
113:20
132:11 143:7
145:18

**jobs**
46:18

**John**
4:23 84:3

**join**
25:8 26:5

102:16
105:22 106:6
107:5

**joining**
4:25

**joint**
55:25 56:6,10

**JPMORGAN**
15:18 38:23
99:25 113:6

**judge**
13:17 46:9
55:10 87:1
106:25
119:14

**judges**
35:25

**July**
20:5,9 23:22

**jumped**
95:22

**juncture**
80:12

**June**
21:13 23:2
78:24 99:25
110:20
111:24

**jurors**
13:19

**jury**
13:18,19,21

**justifiably**
125:8,9,12

_____

**K**

_____

**K10**

**TRANSCRIPT OF PROCEEDINGS**

56:11 60:13

**K2s**
56:2

**Katena**
4:22,24 8:11
13:9 15:1,18
16:2,5,8,11,
14 19:9,18,24
20:12,22
21:14 23:3
24:2,17 25:21
26:5 27:18,23
28:11,25
29:14,15
31:21,25
32:21 36:23
37:21,25
38:6,8 41:3
46:23 47:24
48:4,17
49:18,24
50:14,25
55:20 57:20
58:4 60:8
62:20 63:6,12
64:20 65:7,13
66:5,10,23
67:2,3,6,10,
18 68:1,8
69:1,11 70:2
71:2,7,18
73:2 74:4,5,
15,17 76:22
77:13 78:14,
23 79:21
83:1,8,14,22
89:1,3,16
90:10 92:7,11
93:9 95:8,17,
24 96:1,8
99:17 100:4
101:21 102:3
104:23

105:22,25
106:6 111:2,
15 113:12
115:9 121:1,
24 122:10
126:17 127:1,
2,17 128:22,
25 129:1,12,
14,25 131:12
136:6

**Katena's**
14:14 22:24
27:22 39:23
40:9 50:14
54:2,18,23
60:22 61:18
72:9 84:5
90:11 92:21
97:3 101:13
107:18
111:17
126:23
134:10

**keen**
7:25

**Kevin**
4:13

**key**
64:12 68:3
77:2 88:16

**kicker**
75:3

**kind**
10:13 37:24
41:14 83:10
105:8 108:13
116:1 117:23
118:10
121:18
125:21
136:21 143:8

**kinds**
35:20 145:16

**knew**
14:2 28:9
32:18 36:16,
18,19,24,25
37:14 41:21,
24,25 42:5,10
60:19 64:19
65:7,8,14
66:2,3,4,5,6
70:18 96:1
104:15
105:17,18
106:16 109:5
120:16,18
127:20

**knock**
12:18

**knocking**
77:12

**knowing**
39:15 86:17
109:17

**knowledge**
16:5 37:1
42:6 126:7

———————

**L**

**lack**
83:24 86:21

**landlord**
62:3

**language**
84:9

**large**
99:18,20

**lastly**
76:11

**late**
20:5,9 61:13
90:9 111:24
112:7

**law**
8:2 13:18
40:22 42:5,20
44:19 47:5
83:11 94:4
109:1,16
112:12 120:2,
3 125:21

**lawyer**
11:25 118:14
119:22

**lawyers**
35:25 49:25
94:18 103:23
110:24
118:13
139:25 140:1
145:7,8

**lead**
9:25

**leader**
88:22

**leading**
34:23

**leaps**
79:3

**learn**
64:5

**learned**
11:12 90:11

**learning**
70:20

**Leary**
61:9

**leave**
10:18 46:10,
22 102:9
118:1 124:15

**leaves**
133:8

**led**
88:22 122:8

**left**
17:18 35:11
45:19

**legal**
44:18 118:15

**legally**
43:1 78:8

**legislature**
51:9

**Lemus**
4:18

**lender**
98:15,19

**lender's**
98:21,23

**length**
64:4 74:20

**lengthy**
144:24

**Leopards**
16:17

**letter**
23:11,22,23
25:12 54:7
55:21 57:24
79:10 80:2,3,
8 95:6 101:16
119:4 144:12

**letting**
132:12

TRANSCRIPT OF PROCEEDINGS

**level**
68:11 83:18
117:8 121:18
141:18

**levels**
67:17 68:10

**liabilities**
49:16

**liability**
49:23

**liable**
50:12

**lie**
11:21 14:1
19:5,15 22:21
24:18 29:21
37:8,14 39:3,
5,6 97:8
105:4

**lied**
12:18 25:15
40:13,16,21
108:8

**lies**
22:8 32:21
101:24

**life**
12:20 13:23

**light**
14:4 97:7

**likable**
14:8

**likes**
69:13 76:8

**lines**
42:23

**Linkedin**
33:14,25

**34:3,5 36:7**
75:21 103:3,
10,25

**liquidated**
47:10,16,17,
21 48:6 86:7,
10

**listed**
33:18

**listen**
55:1 72:5

**listening**
52:2 55:8

**literally**
54:15 81:22

**litigants**
44:25 86:25

**litigated**
145:15

**litigation**
61:9

**litigators**
19:14

**Liu**
4:13 9:24
137:6

**living**
12:10

**loan**
50:20,21

**logged**
35:1

**LOI**
41:25

**LOL**
117:16

**long**

**12:15 47:4**
103:7 133:9

**longer**
43:21 90:25

**looked**
12:7 90:12
143:23

**losses**
49:20

**lost**
68:22

**lot**
11:12 21:23
34:24 35:5,11
37:7 39:17
40:1 41:19,23
47:15 50:14
53:18,20,21
56:23 71:17
78:21 82:22
99:8 109:6
130:19
143:23,24
145:4

**loudness**
59:17

**love**
145:6

**lovely**
137:13
138:18 144:5

**low**
28:21,22,23

**lower**
111:7

**lowest**
100:23

**Luminous**
17:6

**luxury**
93:12

**lying**
23:13,14
30:15,16
33:12 108:5

———————

**M**

———————

**machine**
33:4 35:1
99:3

**machines**
40:11

**made**
6:7 15:14
18:2 26:22
50:15,21 57:2
65:11 68:25
70:11 82:3
87:3 88:16
98:9 120:10
121:17
122:10
123:17
126:22 127:6,
7 134:14

**majority**
54:16 72:15

**make**
7:10 8:2,22
10:1 14:14
15:15 18:25
19:6 23:17
34:3 35:24
36:4 40:25
41:12,15,16,
18,19 42:11,
14,15 48:1
52:17 57:9
62:23,25

**64:11 67:23**
68:19,20
69:15 72:7
73:8 76:13
79:2 85:18
86:19 87:8
88:3 90:7,10,
13 93:2,10
98:6 109:6,
11,18 118:23
119:15,25
120:20
122:13 126:6,
23 127:1,7
140:12
141:22 142:6,
24 143:24

**makes**
44:5 55:4
77:1 90:7
92:10 98:5
109:21 112:9
119:19

**making**
41:15 71:8
103:25
104:12
105:18

**Maloney**
19:18,25
20:6,15 21:1,
8,15 22:2,16
23:1,4,13,14,
21,23 24:6,
14,16,24
25:11,13,15
26:9,14 27:1,
11 32:8,11,15
34:3 36:19,24
37:4,13,22
42:24,25
43:2,5,8,9,14,

24 54:21 57:12,19,22 58:3,4,15,19, 23 59:22 60:16,24 61:7 63:2 66:12 72:25 73:2, 11,13,19,25 74:4,14 77:4, 6 78:13 79:21 81:12,18 87:9,21 88:3, 17,25 89:3, 16,24 90:1,4, 8 91:16,24 92:3,4,7,14, 15 93:6 98:6, 11 99:5,6,7 101:5,11,15, 17,22,25 102:4,8 106:1 110:17 111:6, 12,13 113:1, 5,20 114:21 115:2,8 120:13 126:1, 2,3,9,21,25 128:22 129:1 131:3,9 132:4

**Maloney's**
56:7 77:9 131:8

**man**
28:7,8 41:13 77:11 130:18

**management**
5:9 37:15 58:25 59:25 60:6,11,18 61:2 88:10,22

**manager**
141:15

142:22 143:3

**managers**
103:19

**manner**
70:18

**manufacture**
67:19 69:13 95:25

**manufactured**
70:14 122:10

**manufacturer**
92:9

**manufacturers**
60:9

**manufacturing**
67:21 71:8,14 95:8

**March**
144:11

**mark**
72:9 132:14

**marked**
120:15

**market**
14:20 15:1,8, 14 40:20 61:5,14 66:4 74:10,12 92:6 100:23 121:17 122:2, 9 131:24 132:1

**marketing**
18:20 31:1 35:8 45:14 99:4 102:3 107:17,18,20,

22 123:15

**Markovic**
35:4 57:8 68:8 69:4 70:10 76:23 94:10 100:11, 17,18 114:4

**Masons**
117:25

**massive**
142:19

**master**
67:14 93:4

**match**
23:18 71:22

**material**
31:1,22 48:16 69:10 70:11 78:10 83:20 87:11 93:22 95:13 123:16 125:6 127:8 131:4,11 142:20 143:19

**materiality**
130:24

**mathematically**
82:22

**matter**
5:7 34:14,15, 18 36:10 37:17 40:14, 20 42:2 46:25 55:5 58:4 61:14 86:17 87:10,25 106:5 109:8 114:21

119:13 125:24 127:5 129:22 130:15 141:17

**mattered**
32:18 33:21

**matters**
35:19 36:8, 11,12,15 118:10 119:14 132:8

**maximize**
89:21

**meaning**
64:13 74:2

**meaningful**
111:22

**means**
19:12 28:3,4, 5 29:13 49:18 51:6,7 78:9 106:13 107:10 126:20 145:4

**meant**
17:22 24:8 27:13,21 28:9 43:9 51:9 55:14 61:9 62:3 71:2,6 104:15 105:17,18 106:23 118:20

**media**
36:7,18 38:14

**medium**
81:11

**meet**
33:7,10 62:19 103:11 125:5 139:10

**meeting**
64:5 90:14

**member**
33:17 141:12

**memorable**
34:21

**memorialize**
103:9

**memorializes**
103:7

**memory**
124:22

**men**
97:15 104:13 105:15

**mentioned**
134:10

**merchants**
112:16

**Mercken**
125:20

**merger**
57:16

**mess**
65:17

**message**
72:24 75:21 78:23 89:7 119:13

**messages**
71:16 72:11, 12 73:24 99:12

**met**
70:12 71:5

**MFN**
74:1

**Michael**
4:24 55:13
67:15 69:3
74:20 90:14,
18 92:24

**Michelle**
5:1

**Microbt**
74:2

**middle**
144:9

**Mike**
25:4 26:14
31:4

**mildly**
81:11

**milestones**
71:6

**million**
15:11 17:15
21:7,20 40:5,
7 43:7 48:15
49:5,7,8
56:15 62:25
64:3,15,17,20
66:9 67:15
69:1 71:3,10
78:19 80:20,
23 83:14
85:21 86:7
92:22 93:1,8
95:4 98:10,
13,20,24
99:9,23
100:1,9,19
105:7 110:13

111:9,19
112:1,7 114:5
119:11 124:9,
10,21 127:8

**millions**
17:1 63:11
90:6

**mind**
36:14

**minds**
43:3

**mine**
133:5

**mined**
62:5

**mining**
15:2 16:6,12
29:7 56:15
61:5 62:3
122:7 132:5,6

**minors**
88:9

**minute**
34:19 54:8
67:17 70:25
72:20 87:13
103:1,10
114:18,19
116:15
124:11 128:1

**minutes**
8:13 10:19
35:2,3 51:19
52:15 90:13
91:4 96:13
102:11
108:14,21
115:21
122:14,19,24
132:22

133:11,19

**mirror**
33:16

**misquote**
48:8

**misrepresent
ation**
95:13 125:6

**misrepresent
ations**
50:15

**misses**
72:9

**missing**
79:4

**mission**
49:14

**mistake**
122:10

**mistakenly**
52:21

**Mister**
107:15

**misunderstoo
d**
116:7

**Mode**
15:20 16:6,8,
12 99:20,22
100:2

**moderately**
85:7

**modification**
52:17 119:12

**moment**
15:22 16:19
35:12,16,18

40:8 42:4
49:6 104:19
105:14 117:5

**moments**
18:8 34:21
39:18 114:10
132:18

**Monday**
139:23

**money**
15:14 16:2,3,
8,13 18:5,6
23:17 41:12,
15,16,18,19
42:11,14,15
43:12,13
44:1,12 46:18
48:17 50:11,
19,22,24
51:14 77:15
86:9,15,19,20
96:1 98:19
100:7 101:8
109:7,12,18
112:4 113:15,
23 114:1,3,
12,13 119:22
120:7 129:25
130:1

**monitors**
16:3

**monologue**
52:2

**month**
45:23,24 46:1
70:2 118:4

**months**
15:21 61:19
64:24 65:3
66:19 75:14
92:8 121:24

**Monzon**
14:1 15:23
18:1,9,13,22
20:2,14,24
21:10,22
22:22 23:1,6,
12,13,15,20
24:5,17,21
25:7,10,14,24
26:3,21 27:19
29:8,9,16,20,
23 30:5,20
32:2,7,9,12
33:23 37:3,13
39:8,13 43:4,
15 57:23
58:15 60:19
61:7 69:25
90:14 97:6,24
98:14 99:25
101:4,14
102:3,7
104:21,25
105:3,10,21
107:2,6 108:1
110:17 111:5,
11,12 112:1,
25 113:14,17
115:11,12
124:19

**Monzon's**
39:11

**Mordecai**
14:18 40:17
56:24 58:16
61:7 62:22
71:1 74:11
96:6

**Mordecai's**
57:1

**morning**
12:4 81:22

TRANSCRIPT OF PROCEEDINGS

102:14 116:5

**motion**
138:6

**motivated**
25:8 41:16
102:16

**motivation**
24:18

**motive**
11:20 97:8

**mountain**
11:8 99:12,14
110:4

**mouse**
15:4,5

**move**
31:22,23 53:7
62:22 73:6
76:16 116:19

**moved**
74:12 122:9
124:25

**moves**
59:11 73:3

**multi**
63:14

**multiple**
60:6,7 82:16

**mutual**
44:20 89:4,17

**myopically**
13:11

**N**

**nah**
75:11

**nanometer**
120:25
121:11,15

**narrative**
72:19 73:18
75:19 79:23

**nation**
74:1

**nay**
140:3

**NDA**
28:25 38:23

**necessarily**
140:18

**needed**
66:3 67:21
69:15 83:14
95:18 96:1,2
99:17,18
100:3,7,8
102:17 140:1

**negotiate**
60:22

**negotiated**
92:3,4

**negotiating**
19:24 22:7
91:24

**negotiation**
74:20 85:2,4

**negotiations**
19:20,23
20:25 91:21

**Nerf**
116:21

**network**
106:8 126:11

**nice**
145:9

**nicely**
14:7 70:17

**night**
128:8

**nights**
53:20

**node**
122:1

**non-english**
104:12,13

**non-native**
76:12

**nonrefundabl
e**
86:16

**nonstop**
75:1

**noon**
91:6 96:12
139:3 140:2

**Norbert**
55:18 56:11
57:25 58:19
60:10,12
79:12,14,20,
24 80:19 84:5

**Norbert's**
56:17

**notation**
86:3

**note**
7:10 144:11

**notes**
5:19 7:14,17
9:18 42:21
53:24 103:16

114:16

**notice**
87:25

**notified**
81:14

**notion**
88:25

**November**
5:9 113:13
120:1 121:23

**number**
39:24 63:16
74:24 86:10

**numerous**
27:24 28:13

**NYDIG**
29:3,5,9

**O**

**oath**
84:18 106:23

**object**
6:25 7:20
121:3

**objected**
94:20 103:14,
21

**obligation**
83:19,22
125:13
127:17 130:7

**obligations**
82:21

**obvious**
25:9 62:6
82:16,19

**occasion**
73:11

**occurred**
18:9 61:14

**October**
63:19 64:8
66:8 81:6
82:24 114:11
120:23

**odds**
56:17

**offended**
21:2

**offer**
21:18 22:19
23:10,22,23
25:12,22
43:16,17
44:14 60:22
67:8 74:18
77:5,6 91:19
101:16,22
107:10
113:21

**offered**
67:6,11 73:2

**offers**
44:11

**office**
98:23

**omissions**
87:11 130:24
131:10

**one-page**
30:25

**one-pager**
56:1

TRANSCRIPT OF PROCEEDINGS

January 12, 2024

one-paragraph
137:9,11

online
4:24 36:9

open
131:23 132:1

opening
11:17 22:9,10

opens
92:1

opine
56:25 70:17

opinion
57:3

opinions
31:21

opportunities
41:15

opportunity
5:4 7:9 8:16
36:5

opposite
24:19,20
28:10,11 32:1
45:12 102:15,
21

option
109:21

oral
85:12,17,21
86:3 119:11

order
47:22,23
48:9,12 61:7,
10 63:13
65:17 66:6
67:22 68:21,

24 69:13
81:24 93:2
99:18 101:3
105:7 106:10

orders
53:19 145:19

ordinary
51:1

origin
103:22

originally
21:5

outrageous
104:10

outreach
56:7

overwhelmed
47:5

owe
49:19 50:2
81:20 111:18
129:25

owed
129:8,10
130:2

owned
43:9 55:15

_____

**P**

_____

package
73:14 101:11,
23

pager
56:9

pages
15:24 16:22
24:21 26:3

29:23 30:23
37:19 38:18
43:8

paid
11:10 15:11,
12 16:8 40:4,
9 44:16
46:11,15
48:18 49:1,4,
6,10 62:24
63:20 64:2
76:16 77:18,
19 95:4 96:4
105:25 106:4
110:18 112:7
122:11

pains
104:2

pandering
10:25

panel
4:7 5:7,14 6:2
7:1,10,12,14,
21 8:2,15
13:12 19:18
22:16,23
25:15,21
27:18 31:21
32:22 36:23
39:5,25
54:10,15 57:9
60:16 72:1
82:11 87:3
132:18
135:13
137:18,19,21
138:21 139:3
140:9,14,19
141:11,12
143:14
144:19,24
145:3

panel's
9:10 11:2

panels
145:25

paper
12:5

papers
145:9

paragraph
118:2

paramount
27:21

part
29:17 43:21
53:5 72:6
92:22 115:23
137:21
139:21
143:17

participated
19:18

parties
6:24 7:4 51:2
55:12 58:15
79:1 82:14
85:20 111:20
135:4 140:18
141:9 142:12

partner
51:14 122:11

partners
30:15 51:13
108:6

parts
55:1 69:12
95:18

party
22:1 40:24,25
44:23 83:11,

12 90:10
112:2 135:6
136:4 137:19
138:15 140:4

passage
38:2 39:7

passed
80:4

past
16:16 29:10
112:21
134:11

pasted
98:23

patent
125:11,14

patience
116:25

pause
70:7

pay
40:7 45:22
46:1,6,19
64:20,25
65:23 81:19
91:17 92:5
101:7 110:13
111:19,24
120:17
129:25

paying
45:23 70:2
112:4,23

payment
21:5,16,18,
19,20 22:4
26:22 43:6
47:22,24,25
48:1,2,8,11,

**TRANSCRIPT OF PROCEEDINGS**

13,15,18 49:2
61:20 63:19
64:9 67:23
69:1 82:2,21
84:4 85:9
96:2 106:2
111:9,16,21
120:17

**payments**
61:20 63:10,
11,18 64:12,
16 66:19
82:23 88:15,
16

**Penal**
44:7 50:7
135:15

**penalty**
47:18 48:5

**pending**
32:16

**people**
5:2 12:19,24
18:21 33:7,8,
9 39:15
40:13,15
41:14,17
69:22 85:25
86:19 109:11

**percent**
23:24,25 24:1
61:21 92:5
101:17,18,19
106:9 134:11

**perceptions**
7:5

**perfect**
56:5 70:8
85:7

**perfectly**
62:1

**perform**
55:2 90:23
114:1,3
129:20 130:7

**performance**
70:13 83:21
94:8

**performed**
65:13

**period**
63:12 84:11

**Perkins**
4:21,23 5:2

**permission**
141:21

**person**
44:9,11 60:25
64:11 76:21
126:5 127:4

**personal**
90:5

**personally**
18:11 66:19
80:15

**perspectives**
89:19

**Pflaum**
57:8 76:17
127:11

**phone**
35:3 108:6
115:1,4

**phony**
103:10
104:18

**photonic**
17:9

**phrase**
60:1,2 119:9
126:14

**physically**
64:14

**pick**
37:5 87:16

**picked**
116:17

**picture**
58:5 90:18

**piece**
18:20 35:8

**pieces**
54:25 67:20

**pipeline**
124:2

**Pippin**
89:8 102:2

**pitch**
98:11

**pivoting**
56:19

**place**
67:20,22
95:15 99:18
101:6,7 105:7
106:10 113:7

**placeholder**
106:21,22,24

**plaintiff**
50:22 54:3
72:20 78:11

**plan**
58:4 69:12

**photonic**
79:16,17,21
89:23 93:3,9
131:12

**plane**
116:10

**planned**
8:18

**planning**
56:12

**plans**
62:15,22
95:17 97:17

**plant**
63:17

**plateaus**
63:15

**player**
101:6,8

**playing**
44:2,3

**plead**
125:11

**pleaded**
46:8 123:17
128:23 138:9

**pleadings**
138:8

**pleasantries**
73:12

**pled**
87:8 125:10,
25

**plummet**
56:10

**PO**
19:21 81:15
82:17 126:17

**pocket**
51:15

**podium**
52:18,19,24

**point**
7:9 48:3
60:24,25
62:23 64:22
65:25 68:14
75:9 76:25
83:7,13 85:11
117:5,23
120:20 122:2
124:16
136:22

**pointed**
86:18

**points**
9:25 31:14
42:22 50:6
59:23 68:3
75:20 79:8
85:2 94:1
128:17

**polite**
14:7 22:22

**poorly**
55:16

**portion**
31:16

**pose**
8:16 132:19

**position**
44:10 62:8
75:7 82:12
84:16,18
86:14 137:4

**positioned**
70:16

**TRANSCRIPT OF PROCEEDINGS**

possessed
126:8

post-signing
129:24

potential
6:20 29:1,3
60:11 73:4
86:1

power
138:6

powerful
17:12

Powerpoint
107:17,18,19,
22

Powerpoints
107:20

powers
135:4,10

predated
15:20 99:23

predicated
111:18

predicted
109:2

prefer
7:1

Preliminarily
10:5

prelude
16:17

preordained
93:3

preparation
145:17

prepared
58:5

present
29:25

pressure
123:3

presume
110:8

pretend
105:14

pretended
103:2,11

pretense
129:23 130:6

pretenses
50:12,24
95:24

pretty
41:14 82:16
86:11 124:16,
24 126:8

prevail
135:1,19
136:12

prevailed
134:5 136:4

prevailing
135:6 136:4
138:15

prevails
137:16

previously
7:13 48:18
94:17

price
14:20,21,24
19:2 27:7
40:20 56:10
60:23 61:6,11
67:10 74:17

81:23 92:3
100:23 111:7
112:13 122:5,
6 131:1 132:6

Prieur
61:9

primarily
57:14

primary
51:25

principals
31:25

prior
32:23,25
33:11,18,19
35:23 70:15
98:11 124:19

private
44:24

pro
25:22 26:7,17
43:19 73:21
74:19 77:9
87:23 93:3
105:24 107:9

probing
34:16,20

problem
13:10 15:6
94:13 117:2
129:24

problematic
43:1

problems
47:15 49:13
50:17

procedural
5:7

proceed
8:19

proceeding
6:4 34:22

proceedings
6:5,12 141:1

process
96:3

processing
59:4

procure
27:19 58:20
62:21

procured
37:21 46:21
47:6,7,8

produce
15:1 70:4

produced
58:6 90:2
93:12

producing
145:16

product
14:16,24
15:13 17:2,
19,23 19:1,2
27:7 45:14,18
49:13,14
65:7,9 100:22
121:16 122:9

production
102:25
114:25 122:1

productive
119:6

products
14:23 49:17,

18,20,21,22,
23

professionali
ze
62:11 88:7

professionals
36:1

professor
57:8 68:8
69:4 70:10
76:23 94:10
100:11,17,18
112:11 114:4

profile
34:5

profit
51:16 71:3,10

profitability
57:14 62:7

profitable
122:9

profited
96:5

profits
89:21 91:25

program
34:25

project
114:11
120:23

promise
38:16 50:5

promised
20:24 115:11

promptly
134:14

proofs

**TRANSCRIPT OF PROCEEDINGS**

5:15

**proper**
51:16

**proposed**
95:2

**proposes**
24:6 72:8

**proposition**
46:24

**prospect**
25:22

**protections**
6:11

**proud**
144:23

**prove**
50:13 54:4
77:3 125:6
135:15

**proved**
130:22

**proven**
58:12,13
125:16
129:23

**provide**
63:16 93:18
127:17

**provided**
16:6,12 62:21

**providing**
65:8 83:24
126:17

**provision**
92:16 120:10,
19 136:23

**prowl**

79:17

**PTO**
125:14

**public**
23:16

**publicly**
89:22

**purchase**
47:22,23
48:9,11,12
81:24

**purchased**
56:2,8

**pure**
137:25

**purely**
22:18

**purposes**
131:20

**purse**
51:4

**push**
32:14 86:19

**pushed**
113:2

**put**
7:16 11:2
12:20 22:22
25:5 26:15
48:1 54:9
59:1 62:22
64:22 68:4
69:9,24 72:23
75:2 76:5
80:1 82:2
83:3,25 84:19
88:17,25 89:2
91:22 92:20
107:20,24

117:18
119:12,18
124:4,5 135:2
138:6 144:21

**puts**
117:11,16

**putting**
44:3

───────────

**Q**

**qualifications**
36:2 126:18

**qualified**
35:12,14,22
57:7 127:10,
11

**qualifies**
120:3

**quantity**
112:14

**question**
6:19 11:20
16:1,5,8,11
17:5,8,11,15,
18 31:25
37:20,24
46:20 83:2,5
84:13 97:13
109:2,9
110:11
112:22
113:11,22
126:7 133:25
134:25
136:19,24
137:22
140:16

**questioned**
55:20 93:20

100:14

**questions**
8:15 34:23
113:15
132:19

**quick**
116:14

**quickly**
114:16

**quid**
25:22 26:7,17
43:19 73:20
74:19 77:9,10
87:23 88:2
93:3 105:24
107:9

**quo**
25:22 26:7,17
43:19 61:10
73:21 74:19
77:9,10,11
80:12 87:23,
24 93:3
105:24 107:9

**quote**
13:10 19:19,
23,25 22:17,
18,20 23:20
24:6,14,15,
17,22 25:6,
10,21 26:4,8,
23 27:19,21,
22,23 28:17,
18 29:9,11,
16,18,19 30:6
31:14,15
32:7,9,23
33:17 38:7,
16,17 39:14
43:21,22 56:1
101:21 108:2

111:14

───────────

**R**

**R47**
134:7,13

**Rachel**
89:8,17 102:2

**raise**
18:5 32:19
41:10 113:2
117:8

**raised**
6:20 14:8
17:15 25:14
27:12 28:2
37:9

**raising**
18:6

**Randall**
4:19

**random**
72:14

**range**
35:5

**rare**
15:22 16:19
18:7

**rate**
56:23

**rational**
54:14 86:8

**re-raising**
120:19

**reach**
21:8 22:1,5
34:2 79:6
111:12

**TRANSCRIPT OF PROCEEDINGS**

139:24

**reached**
6:3 20:15
21:20 45:18
110:19

**reaches**
141:19

**reaching**
143:5

**reaction**
92:21

**read**
7:23 36:8,9
42:17 57:2
73:22 80:14
84:2,25
92:23,24
93:19 99:16
117:10,11
118:7 125:19,
22 126:16

**readily**
14:25

**ready**
9:14 68:1
70:1,13,14
100:5 123:12,
13

**real**
21:10 57:6
70:24 83:19
106:9 116:14

**realities**
58:7

**reality**
54:9,10,11
55:6,15,22
56:16 58:13
66:16 71:15,

21 79:7 86:13
118:23,25
143:14

**realize**
74:10 81:17

**realized**
93:9

**reallocate**
135:5

**reap**
90:6

**reason**
15:17 47:14
55:5 86:10
94:14 110:7
124:20
131:14 136:4
141:3

**reasonable**
47:19 48:22
49:9 143:6

**reasons**
6:6 21:23

**Rebecca**
4:9

**rebuttal**
7:9 8:7 50:6
52:2 96:10
125:1

**recalled**
60:8,12

**receive**
81:16 90:4

**received**
81:5 84:6
95:7

**receiving**
62:4

**recess**
53:14 96:16
133:23
140:22

**recognize**
143:23

**recognizes**
48:10

**recollections**
7:5

**recommend**
105:9

**recommendat
ion**
105:2,6
106:10

**record**
4:6 5:5 6:1,16
16:24 53:12,
13 140:13,21,
24 141:8
144:13

**recorded**
97:5

**recounts**
39:11,12

**red**
38:5

**Reddy**
18:10,11,19
26:4 27:19
28:1,7 29:5,
16,19,24
30:3,5,11,13,
18,20,24
31:5,7,10,12,
13,14,16
32:13,25
33:3,9,23

34:2 35:3,4
38:19 39:7,8,
12 55:13
57:23 69:25
75:5 97:6
100:14
104:21,24
105:8,19
106:14,15,21
107:13,16
108:1,5
114:7,9,10
117:19
120:24
121:10,14

**Reddy's**
38:15 107:22

**Redfern**
145:22

**redline**
75:4 77:22
81:13 92:2
107:11,12,21
108:5 113:1
120:11,15

**refer**
120:4

**referee**
44:24

**reference**
6:9 27:14
75:17 111:8

**referenced**
58:2

**referencing**
121:1

**referral**
126:22

**referring**

30:1,8 32:15
84:8

**reflect**
103:16

**reflection**
135:12

**refunded**
16:13

**refused**
50:23 124:20

**regular**
62:15 88:8

**reiterate**
130:10

**relate**
86:8

**related**
136:9

**relationship**
32:23 33:1,
11,20 62:13
82:9 107:9
129:13

**relative**
6:6 8:19

**relayed**
58:24

**release**
118:16

**relevant**
50:18

**reliability**
31:9

**reliance**
102:22
131:13

**relied**

**TRANSCRIPT OF PROCEEDINGS**

87:12 93:23
125:8,9

**relief**
135:2

**rely**
58:10 78:9
125:12

**relying**
20:17 114:22

**remaining**
96:9

**remember**
13:17 28:1,20
30:11 33:4,22
54:6 60:16
78:3 98:10,
14,15,16,17,
21,22,25
99:24 100:10,
13 101:4
102:1 106:1,
14,15 109:1
114:9 124:22
135:20

**remembers**
124:22

**remove**
75:17

**reneged**
105:25 106:5

**repeated**
6:14 20:5
99:6 102:11

**repeats**
16:17

**rephrase**
122:4

**replace**
85:21

**replies**
25:1

**reply**
7:4 13:9
22:14 106:14
125:21

**report**
18:19 28:21
29:2,17,18
30:8,13,19,21
31:16,22
32:4,6,11,16,
18 34:16,20,
21 35:9,16
38:17,20,23,
24 57:1 75:1,
9 77:22
93:18,22
94:8,10
107:12,20,21,
24 108:3
125:19

**reported**
29:4

**reporter**
4:5 140:24,25
141:5

**reports**
29:9

**repped**
65:1

**represent**
37:11

**representatio
n**
94:3

**representatio
ns**
98:9

**represented**
37:22

**represents**
32:21

**reputable**
95:16

**request**
135:3,4
138:10

**requested**
68:23

**requester**
68:24

**require**
50:10 142:11

**required**
63:15 68:24
79:18

**requirement**
113:18 136:6

**requires**
129:4 135:14
142:12

**reread**
87:5

**rescind**
41:1 47:9
82:13

**rescindable**
109:20

**rescinded**
47:13,15

**rescission**
135:22

**reserve**
52:1 96:9

**resigned**

45:19 46:17

**resolve**
7:11,12

**resolved**
7:13

**resolves**
11:24

**resolving**
7:18

**respect**
124:4 125:24

**respective**
137:14 138:9,
19

**respond**
8:6,13 73:12

**responds**
26:8 107:19

**responses**
8:17

**responsibility**
12:16

**responsible**
127:2

**rested**
131:11

**restricted**
61:10

**result**
27:25 28:13

**Results**
106:9

**resume**
96:14

**resumé**
74:1 102:6

**return**
40:8 44:9
68:14

**revealing**
20:10 26:20
27:4 39:7
43:3

**revenue**
23:7 58:2

**revenue-
generating**
23:9

**review**
29:25 72:6
114:16
129:16
141:18
142:23

**reviewed**
88:10

**reviewing**
7:3 31:13

**revise**
29:17

**revisions**
75:5

**revisit**
68:2 121:20

**revolutionary**
17:9

**rewrite**
77:21

**ridiculous**
90:20

**rig**
15:2 61:5
95:18

**rigs**
16:6,12 29:7
56:8,15 58:20
60:20 61:11,
18 62:21
63:16 64:19,
25 66:4,14
67:10,20
69:13 70:1,4
71:8,14 79:17
89:20 90:8,11
95:7,25 132:6

**risen**
122:3,6

**rising**
49:23

**risk**
28:20,21,22,
23

**road**
11:8

**Robert**
4:18 32:10

**rolling**
100:5

**Romeo**
144:8

**room**
13:22

**rooms**
13:1

**rose**
5:1 61:11,12

**Royal**
44:19

**rubber**
28:2,4,9
29:12 76:11
77:24 104:15,

17 105:12,16
106:12
107:10
117:17

**rubber-stamp**
27:20 104:11

**rule**
5:11 72:8
134:7,10
135:5 136:2,
5,23 141:9
142:12
143:14

**rules**
134:22,23
142:11

**run**
71:11

**running**
51:2

**Ruth**
4:11

_____

**S**
_____

**Sagar**
55:13 67:14
68:7 69:3
74:25 75:7,
10,11,15 76:2
77:21

**salary**
73:5

**sale**
18:25 57:15
62:10 90:6

**sales**
24:6 28:15

**salesman**

18:23

**salt**
12:1

**sanitize**
38:13

**sat**
12:6 74:3
77:7,16 80:5
81:25 93:9

**satisfied**
8:4

**save**
50:6

**SBA**
81:15 82:17
126:17

**scale**
70:14

**schedule**
8:8 116:2

**scheme**
24:7,8,9
36:24 67:14
93:4 113:6

**schemes**
44:24

**school**
13:18 109:1

**scienter**
36:13 131:14

**Scientific**
28:15,24 74:7

**screen**
123:14,21

**scripted**
34:1

**scroll**

85:6 123:23

**scrolling**
85:6

**scrubbed**
33:3,5

**scrubs**
78:6

**search**
125:14

**season**
10:8

**section**
31:9 129:16
135:15

**secure**
64:24 65:3,5

**secured**
98:13,20,24

**seed**
122:23 123:8

**sees**
107:7

**self-mine**
63:17 88:6

**self-miner**
62:3 79:16

**self-mining**
57:14 61:25
66:3 79:18

**sell**
15:7 18:14,
15,16,18 19:5
45:15,17
62:12 65:11
88:5 89:21,22

**seller's**
61:14

**selling**
18:24

**semantics**
48:3

**send**
29:19 30:3,19
38:16 120:6

**sending**
43:11

**sends**
34:4 107:17

**sense**
13:16,21,22
14:13,14
15:9,15 19:6
55:4 72:5
85:18 90:7,8,
10,13 92:10
97:14,23 98:2
101:1 118:17
119:15,19,25

**sentence**
118:2

**separated**
73:10

**September**
16:22 114:11

**services**
35:20

**set**
40:8 65:1
83:20 91:7
116:1 139:2,6

**settled**
44:22

**settlement**
111:6,8,12
118:11,13

**TRANSCRIPT OF PROCEEDINGS**

setup
103:1,10

sew
54:2

sham
70:3 76:6

share
29:1 123:14

shared
59:24

sharing
60:17

Sheets
16:21,25
17:3,5

shill
76:16 77:18

shiny
121:2

shocked
64:4

shocking
19:13 29:14
103:12

shoes
32:17

short
52:13 61:7
96:12 112:7
143:8

shortens
142:25

show
19:9 20:4
22:24 26:1
33:2 50:22
51:8 102:15,
21 125:17

131:8,20,21

showcased
58:8

showed
66:13 67:16
70:12 71:19

showing
129:23

shown
145:3

shows
21:23 36:13,
15 87:10
95:10,11
103:19
111:15
130:22,23
131:13 132:2

Shriners
117:25

side
4:16 6:21,23
7:22 59:11
109:19
111:10
116:23 136:6

side's
6:25 7:21

sides
7:8,24 8:13,
16 11:1 96:4
137:14 138:1,
5

sign
20:22 42:6
88:13,14
109:17 115:9
132:3

signals

118:1

signatory
88:12

signed
20:13 21:6
26:20 28:20
37:24 43:25
50:16 54:6,22
63:10 80:3
81:15,17
82:17 86:17
88:3 90:22
93:15,16,24
102:24
109:10 115:1,
5,13,14 119:1
132:5

significant
7:8 63:15
67:22,25

significantly
122:5

signing
41:22,23,24
42:5,7,10
109:5 124:6

Silicon
13:3 49:25
95:16

similar
38:2

simple
11:15 79:13
95:17 113:14
126:12

simply
8:5 53:17
70:19 72:10
77:3 79:25
124:17

125:16

simulation
28:18,19

Simultaneous
139:22

single
15:2,7 17:2,3,
19,20 19:19,
22 28:21,22
114:7,14

sir
64:23 87:15
91:23 92:13

Siri
91:7

sit
41:20,21
72:20 127:18

sitting
9:24

situation
137:25
141:11

sizable
141:17

size
67:22 84:22

skim
66:6

skip
67:15

slide
85:16,22
123:19

slight
52:17

sliver

54:18 99:12,
14

sloppy
139:20

slow
59:2 85:7

small
54:18 99:11,
14

smart
28:7,8 35:13

smidge
59:3

sneakily
92:16

sneered
83:16

snippet
117:24

snippets
31:1

snooker
131:17

snookered
67:2 131:22

social
32:23,25
33:11,19
36:7,18 38:14

socialist
112:12

sold
17:2,19,23
18:18 62:9

sole
29:18 88:12,
23

TRANSCRIPT OF PROCEEDINGS

solely
31:17

solicitation
44:15

solicits
44:8

solved
65:12 86:4

solves
15:6

someone's
18:8 39:18
129:5 130:17

someplace
144:9

son
12:2

Soniat
20:21 36:4,8,
17,19,20
37:18 41:11
57:25 63:20
64:3,11 66:1,
8 78:17,24
79:12 81:5
99:5,6 109:4
111:14
113:14 120:5
121:23
125:19
126:10,13
131:10

Soniat's
90:1

sooner
92:8

sophisticated
51:2 85:20

sort
10:25 39:23
42:23

sound
10:24 24:13
51:17 75:12
106:11 112:6

sounds
8:24 21:15
23:4 37:2
133:21

source
90:12

south
122:2,4

SPA
19:21

speak
10:19,25

speakers
76:12 104:12,
13

speaking
145:23

speaks
68:11 87:19

specific
21:11 59:23
60:15 88:1
94:3 97:17
101:22 120:3
138:12

specifically
49:17 75:21
84:10 98:12
101:14
107:23
120:12

specifications
60:12 70:13

specifics
23:10 97:16

specs
56:11

speculation
113:8

spend
8:12 41:23
119:22

spending
70:22

spent
34:20,24
35:4,10 54:1
78:22 109:3,
16 115:4

spiked
61:6

spit
22:18

spitball
72:13 97:17

spitballing
24:12 72:17
97:16,22

spots
16:18

spreadsheet
16:25

stage
8:5 68:9 95:9

stake
56:24 90:5
91:18

stalled

121:19

stamp
28:2,4,5,9
29:12 76:11,
16 77:25
104:15,18
105:12,16
106:13
107:10
117:17

stand
72:10

standards
120:3

stands
46:24

staring
13:6

start
4:7 19:20,23
21:9,13 22:3,
25 23:2 53:17
56:12 58:17
60:25 64:20
67:21,23
69:16 71:12
76:4 83:14
96:3,21 103:6
110:20

started
4:4 16:20
17:6 19:24
20:25 22:6
45:23 71:4
103:1,3,9
107:16 116:4

starting
21:21

starts
12:9 82:8

93:14

startup
24:16 67:19
71:13 73:6
77:8 91:18
98:19 102:12,
19

startups
69:20 73:7

starving
98:19

state
44:22 61:5

static
121:17

stating
84:10

status
61:10 74:1
80:12

statute
44:5,6 131:20

stay
23:21 25:11
101:15
108:20

stealing
51:3 85:5

step
109:14 110:9
122:17

stipulate
41:12

stood
62:23,24 90:6

stop
22:8 32:21
51:21 52:1

86:5 101:24
110:1,5
120:19

**stopped**
19:25 21:1
22:6

**stories**
127:12

**story**
12:1 22:20
24:12,13
29:22 30:18,
20 43:22,23,
25 45:3 54:2
82:18 87:19
102:8 110:6
111:20

**straighten**
65:19

**straightforward**
86:11 124:16,
24

**strains**
85:19

**strategery**
119:5

**strategically**
126:4

**strategies**
23:9

**straw**
130:18

**street**
12:24

**stressed**
59:22

**string**

31:5 33:22
73:24 84:2
115:8 117:24

**stringing**
74:17

**strong**
124:2

**struck**
120:12

**stuck**
9:22

**students**
78:1

**study**
78:1

**stuff**
11:14 36:8,12
39:24 104:3
118:5

**stumbled**
57:20

**stunk**
106:17

**stunned**
64:4

**style**
136:22

**submission**
56:13

**submissions**
141:8 142:15
143:4

**submit**
137:9,11
139:2,11,19

**submitted**
5:13,15 7:23

138:10

**substantial**
90:5

**substantially**
67:9,10 74:12

**substantive**
30:21 60:2
83:7

**substantively**
73:12

**successful**
41:14 135:8
138:15

**sue**
41:1,2 57:21

**sued**
46:7 83:9
94:5

**sufficient**
95:6 120:2

**suggest**
84:15,21
85:19 124:24
137:10

**suggested**
71:12

**suggesting**
139:18

**suggests**
124:25

**suits**
13:1

**summary**
30:25 31:3
85:1,4 94:7

**super**
11:4 80:11

100:22 102:5
116:22

**supply**
14:22 27:8
61:7 100:24

**support**
71:25 77:24
79:23

**supported**
55:21

**supporting**
75:6

**supports**
86:13

**supposed**
5:11

**Supreme**
51:5,6,11

**surprise**
63:1 86:23
93:7

**surprised**
64:5 141:20

**sustained**
46:10

**swore**
14:9 80:24
81:5

_____

**T**

**Taber**
4:21 52:22
53:12 68:18
87:14 89:10
115:21 117:5
121:5,10
122:18,20,24
123:5 127:24

128:15,17
132:16
136:17

**table**
31:3

**tables**
116:12,16

**tacks**
22:25

**takes**
46:23 49:18
50:24 73:1

**taking**
60:17 73:16
90:3 99:11
114:12
131:18,22

**talk**
5:4,25 14:13
19:8,12 22:25
24:11 31:13
33:24 34:11,
19 39:8 43:14
45:8,9,13
46:23 50:4,19
54:8 62:15
65:10,18
67:17 72:13,
22 78:3 86:12
96:10 97:20
110:21 112:4
119:21
120:24
123:15
137:14
138:19,20
141:10

**talked**
6:15 8:21
23:5,10 29:2
32:15 88:8

**TRANSCRIPT OF PROCEEDINGS**

117:17,19
129:3,15
140:23 145:7

**talking**
13:4 19:25
21:1 22:3
39:8 47:4
54:1,22 59:6
74:8 78:1,2
85:14 97:16
115:4 118:14,
18 120:22
121:10
144:20

**talks**
49:12 50:9
77:15

**taped**
121:15

**tapeout**
68:9,14,15,23
95:17

**target**
52:9

**targeting**
141:5

**team**
33:7,10 58:25
59:25 60:6,
11,18 61:2
69:23 70:1
88:10,22
95:19 106:9

**tear**
85:20

**tech**
29:10 104:23
105:11 107:4
126:15

**technical**
5:7 36:1 57:4
76:18,20,22
77:25 113:24
126:18

**Technically**
5:11

**technology**
11:13 13:4
18:15 34:6
121:19

**tedious**
145:18

**teed**
137:22 138:5

**telling**
15:18 23:15
24:19 41:24
63:18 101:3

**tells**
19:18 20:14
24:21 25:21
26:4 28:4,11
31:21 32:2
39:17 43:7
44:19 60:16
73:25 80:16
111:12

**temperature**
90:3

**temporarily**
75:22,25
103:25

**ten**
52:15 96:12
108:14,21
122:17,24
132:22

**Tenderloin**

12:25

**tentative**
21:13 23:2

**tenure**
16:14

**terahash**
61:17 74:2,4
92:4

**term**
112:14
126:20 131:2
132:6,7
145:23

**termination**
86:15

**terms**
6:15 7:18
21:10 23:11
24:11 50:21
67:2,9 98:22
110:21
112:15
119:21 143:6,
15

**terrific**
144:22

**test**
83:24 84:4,11
121:15
124:22

**testified**
6:10,22,23
7:6 55:9,18
57:24,25
58:1,16,22
60:5 61:8
63:4 64:16
73:3 74:9,10,
22 77:20
79:24 80:11,

19,20 84:17
96:6

**testify**
62:14 64:4

**testifying**
126:5

**testimonial**
127:21

**testimony**
6:8,22 36:21
54:11,16 55:1
56:17,19
57:12 58:19
60:3,19 61:4
62:2,8 63:2
64:7 67:25
71:23 72:2,5
75:6,14 76:2
77:7 79:14,20
82:4 83:7,15
88:20 91:19
94:19 97:9,10
119:14
120:16
121:12,22
122:12
124:20 127:9

**text**
13:11,12 18:1
31:5 37:3
39:11 73:22,
23 78:23
81:21 99:12
104:20 115:8
117:10 118:7
119:13

**texted**
20:21 115:12

**texting**
18:9 97:15

**texts**
19:8 26:20
33:23 54:18,
21,23 55:9,14
71:24 72:10,
21 98:6 101:4
102:13 131:8

**thankfully**
58:5

**theft**
51:2 130:3,6

**theory**
40:9 67:4
123:16

**thing**
17:25 19:9
25:25 29:8
30:22 32:25
36:2 42:19
44:12,18
47:25 49:21
61:15 69:22
90:22 92:23
100:4 101:3
103:10 118:6
127:3 130:25
136:6 137:3,4

**things**
5:6 23:8 28:8
39:5 48:16
73:17 97:11,
20 103:13
104:10 126:2

**thinking**
21:9 23:7
41:18,19
42:14 105:20
110:20
118:10
135:13

**TRANSCRIPT OF PROCEEDINGS**

thinks
40:17,18,19

third-party
79:11

thought
27:3 28:24
42:11 52:23,
25 64:16,18
78:24 80:2,3,
8 84:23 89:11
97:7,24
109:6,11
127:20
134:16
136:25
137:11

thoughts
122:16 123:1
134:9

throw
9:6 72:14

thrown
121:3

thumbs
94:2,5 114:24
115:3,6

thunder
85:5

Thursday
139:25

tied
84:4

tier
83:13

time
5:15 7:9 8:7
10:17 11:20,
24 13:7 14:2,
5,6,10 17:18

21:4 24:18
25:18 26:18
27:3,17 31:24
41:24 42:9
43:15 47:4,19
48:16,23
51:6,7,10,11,
13 52:1,9
58:24 61:13
63:7,12 68:3
69:5 70:24
71:12 74:8
79:2 84:11
91:10 92:6
96:9,18,21
97:12,24
98:11 101:4
103:8 108:11
109:3,16
114:17
115:15,16
116:13 117:6,
7 119:3,6,19
126:8 128:2
132:9,15
133:7,16
141:15
142:15,25
143:20
144:12

timeframe
62:19

timekeeping
35:1

timeline
85:10

timer
91:8

times
20:11 27:24
28:13 50:13

54:19 74:25
75:23 117:12,
13 118:3
129:8 130:14
145:9

timing
9:1 84:4,6
140:18

tiny
54:24 72:6
117:23

tip
128:12

Tis
10:8

today
5:2,5 6:13
20:23 32:14
43:14 87:7
115:10

today's
6:12 8:19
69:19 91:8
141:1

toilet
12:5,6

told
11:16 14:19
16:19 17:8
18:18,19
20:16 22:22
25:25 27:12,
16 28:10
29:20 31:17
32:25 36:19,
21 37:18
38:20,21
39:16 45:15
74:3 76:3,19
77:8,16 80:21

83:19 99:6
100:18
102:19,20
106:1,23
108:1 114:7,
12 118:20
124:23 125:7
126:10
127:19

Tomczak
84:3

tomorrow
111:6

ton
15:14

tool
13:20

top
106:9

tortious
130:3

total
99:22

totally
11:21 26:2
32:20 33:25
34:12 48:25
49:3,11 86:8
128:9

touched
70:5 128:19

town
67:15

track
108:21 111:6

trail
77:15

transaction

25:23 31:24
96:5

transcribed
6:5,12,22

transcript
6:13 15:24
16:22 37:19
38:3 134:1
140:10,19,25

transfer
64:14

transferred
66:9

Transforming
62:2

transition
127:23
132:13

transmitting
81:12 92:18

transpires
53:14 96:16
133:23
140:22

trap
15:4,5

treats
126:24,25

treble
51:18

tremendous
145:21

trial
11:25 15:24
37:19 46:9
61:13 67:13
78:22 90:2

**TRANSCRIPT OF PROCEEDINGS**

January 12, 2024

tricked
40:16

trigger
120:7

Triple-a
134:7

trouble
40:1 59:3

troubles
66:1

true
20:2 21:2,3
22:21,23
27:16 29:13,
20 30:13 36:9
42:4,25 67:4
84:1 99:10
101:9 103:3,
17 126:9,11,
15 143:12

truncate
94:9

trust
39:25 82:4
88:17 116:10
124:17

truth
14:9 73:25
102:24,25

truthful
18:11 75:17

TSMC
68:15,24 69:2
95:6 122:12

Tuesday
137:12
139:23 141:2,
6

Turitz
4:8 9:8 10:18
63:22,24 64:1
80:25 81:2,4
84:24 91:14
117:13
123:10
128:12
132:10,23
133:11 134:2,
3,16,19,22
135:11,17,23
136:2,8,18
137:2,7
139:10,16,18
140:5 142:7,
10,18 143:12
145:14

turn
58:8,11 82:5
116:16

turning
116:12

Turrets
141:7

TVS
121:18

type
72:2 82:3
138:8

_____

**U**

Uber
9:14

UCC
112:9,10,13
120:8

ugly
44:17

Uh-huh
142:3

uh-oh
91:15 114:10

ultimate
36:22 80:17

ultimately
66:21

Unceremonio
usly
75:11

unclean
44:23

uncommon
73:5

underscores
76:25

understand
18:22 39:19
42:16 105:16
106:12 117:6
133:15
143:17

understandin
g
16:4 135:3
141:3

undertaken
68:12

undertone
20:19

undisputed
36:20 61:16,
23 83:15,16
99:7 122:13
127:8

undo
6:11

unequivocal
73:20

unfair
137:2

unhappy
102:5 127:15

uninterrupted
7:22 8:5

unit
83:24 84:4,5,
11

units
29:10

unlimited
73:7

unlocked
71:4 95:7

unpack
37:7

unpacking
37:8

unprofession
al
55:16

unsupported
72:7

unusual
6:4

upping
23:25

upside
107:7

urge
128:20
129:16

urgency
138:24

urges
106:25

_____

**V**

vacation
141:12

Valley
13:3 49:25

valuation
18:3,25

vapor
57:5

vaporware
76:17

vast
54:16 72:15

Vector
15:19 16:2
99:20,22
100:2

vendor
57:18 60:23
62:18

vendors
58:23 59:24
60:7,11,20
61:17 79:19

verbal
94:2 114:24
115:3

version
53:25 97:2,3,
4,5 103:18

versus
125:20

vetted
65:7,13

**TRANSCRIPT OF PROCEEDINGS**

**viable**
135:18

**victims**
45:7

**video**
94:12

**viewed**
63:7 66:18

**violated**
83:19

**vision**
63:14 66:2

**voice**
10:9

**volume**
87:19

**W**

**wait**
46:1,13 87:13

**waiting**
9:15 71:7
105:7

**waive**
83:1

**waiver**
83:6 86:2

**walk**
7:24 13:21
106:8 133:2

**walked**
25:13,14
26:9,11 28:1
52:21 80:6
121:23

**wall**
12:5,6,13,21

13:14 19:10
25:19 30:17
31:20

**walls**
98:23

**wanted**
9:23 10:1
25:16 36:19
41:11 43:10
49:24 53:17
58:15 61:17,
24 66:2,3,14,
15,17,20
67:19 77:6
79:15 88:5
89:20,21,22
95:21 102:16
109:4 113:1
119:17
126:10,11
131:6 132:5
134:8 144:18

**wanting**
101:6 109:18

**ware**
57:5

**warranted**
65:1

**Wassermann**
125:20

**waste**
42:9 119:2

**watch**
94:12

**watching**
145:6

**water**
72:12 106:8

**wattage**

63:17

**way-back**
103:18

**wayback**
33:4

**ways**
19:8 36:10
79:24 86:1

**wayside**
67:5 92:18

**wearing**
13:1

**website**
33:3,5,6,12,
24 36:7 78:6
94:21 103:14,
18,24

**websites**
78:8

**Wednesday**
137:11
139:24,25

**week**
118:3 138:25
139:5 141:13,
25 142:23
144:10

**weekends**
53:20 128:4

**weekly**
62:16

**weeks**
10:7 103:4

**weigh**
57:9 80:17

**weird**
30:1 106:14,
15,16,20,24

107:3

**Whatsapp**
72:11,24

**whatsoever**
107:10

**wheat**
73:10

**whomever**
123:9

**wild**
77:4

**win**
38:25 58:18
62:16,25
66:17,23
67:1,18 88:12

**win-win**
27:15 40:4
57:22 58:14
66:25 72:4
96:5 130:15,
21

**wins**
96:8

**wire**
25:9 30:2
32:3,5,14
111:6

**witching**
133:2

**withholding**
50:19,23

**witnesses**
6:10 7:6
11:10 13:24
19:9 55:8,12
57:21 58:22
72:5 77:16
79:11 97:12

107:1 119:13

**wonderful**
13:4 14:16
40:10

**wood**
12:18

**word**
47:23 48:10
75:21 76:3
98:14 106:23
110:24
111:21
117:24,25
118:1,11,12
121:7

**words**
11:18 12:17,
21 62:24
106:11 111:2,
5 112:6
116:11

**work**
8:20 11:2,5
23:8 28:17
31:17 33:21
53:21 68:11
70:15 77:8
80:13 91:18
102:3,10
103:1,3,6,9
104:6,8
107:16 128:3,
4 133:16
141:15
142:25
145:21

**worked**
11:4 64:24
121:24

**working**
24:16 29:10

**TRANSCRIPT OF PROCEEDINGS**

January 12, 2024

45:13 74:15,
20 84:5 94:14
99:3 100:20
102:12,18
114:14
144:20,21

**workloads**
141:11

**works**
27:1,11,13
115:13
119:24

**world**
11:13 15:12
17:1,12 24:23
27:7 35:22
61:25 69:20
73:7,18 76:19
90:19 91:8
95:10 100:22

**worried**
39:15 60:21

**worries**
29:18

**worry**
69:21

**worse**
131:23

**worth**
12:1 18:4
121:25

**Wow**
25:4 26:14

**wrap**
50:5 111:4

**write**
29:17 31:16
110:17
122:20

**writes**
23:1,19 29:23
30:5 34:7
101:14

**writing**
112:10,24,25
113:5 119:12,
18

**written**
55:16 103:4,7
119:16
136:11
145:10

**wrong**
10:20 70:6
71:21 94:9

**wrote**
11:19 12:21
13:7 74:25
75:9 106:16
110:22

———————

**Y**

———————

**yea**
21:24 140:3

**year**
23:25 101:18
110:25
121:20

**years**
75:16 76:7
145:15

**York**
56:13 80:22

———————

**Z**

———————

**Zack**
12:2,3 13:15

97:25

**Zoom**
4:16,25

**Zoro**
12:10