1  MARC J. SCHNEIDER, State Bar No. 214609
   mschneider@stradlinglaw.com
2  JASON DE BRETTEVILLE, State Bar No. 195069
   jdebretteville@stradlinglaw.com
3  STRADLING YOCCA CARLSON & RAUTH LLP
   660 Newport Center Drive, Suite 1600
4  Newport Beach, CA 92660-6422
   Telephone:  949 725 4000
5  Facsimile:  949 725 4100

6  STEVEN D. FELDMAN, NY State Bar No. 2994407
   (*Admitted Pro Hac Vice*)
7  STRADLEY RONON STEVENS & YOUNG, LLP
   sfeldman@stradley.com
8  100 Park Avenue, Suite 2000
   New York, NY 10017
9  Telephone: (212) 404-0659

10 KEITH R. DUTILL, PA State Bar No. 46387
   *(Pending Pro Hac Vice Admission)*
11 STRADLEY RONON STEVENS & YOUNG, LLP
   kdutill@stradley.com
12 30 Valley Stream Parkway
   Malvern, PA 19355
13 Telephone: (610) 640-5809

14 Attorneys for Plaintiff
   COINMINT, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| COINMINT, LLC, | CASE NO. 3:23-cv-04683-RS |
|---|---|
| Plaintiff, | Honorable Richard Seeborg |
| vs. | **[PROPOSED] ORDER RE PLAINTIFF'S COMBINED OPPOSITION TO CONFIRMATION OF ARBITRATION AWARD AND CROSS-MOTION TO VACATE ARBITRATION AWARD** |
| KATENA COMPUTING TECHNOLOGIES, INC., | |
| Defendant. | (Related to Dkt. 27) |

Having reviewed the papers submitted in support of Plaintiff, Coinmint, LLC's Combined Opposition to Petition to Confirm Arbitration Award and Cross-Motion to Vacate the Arbitration Award, and good cause appearing therefore,

The Cross-Motion is **GRANTED**.

Defendant Katena's Petition to Confirm the Arbitration Award is **DENIED**.

The final arbitration award in the action bearing the caption In the Matter of the Arbitration Between: Coinmint, LLC v. Katena Computing Technologies, Inc., AAA Case No. 01-22-001-7627 and dated February 6, 2024 is **VACATED** and set aside, and the matter is **REMANDED** to the AAA to rehear the arbitration before a <u>different</u> arbitration panel.

IT IS SO ORDERED.

Dated: _____

Honorable Richard Seeborg

Stradling Yocca
Carlson & Rauth
LAWYERS
NEWPORT BEACH

-2-

PLAINTIFF'S COMBINED OPPOSITION TO CONFIRMATION OF ARBITRATION AWARD
AND CROSS-MOTION TO VACATE ARBITRATION AWARD

4878-3193-6435v1/108215-0003

3:23-cv-04683-RS