1 | MARC J. SCHNEIDER, State Bar No. 214609
mschneider@stradlinglaw.com
2 | JASON DE BRETTEVILLE, State Bar No. 195069
jdebretteville@stradlinglaw.com
3 | STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
4 | Newport Beach, CA 92660-6422
Telephone: 949 725 4000
5 | Facsimile: 949 725 4100

6 | STEVEN D. FELDMAN, NY State Bar No. 2994407
(*Admitted Pro Hac Vice*)
7 | STRADLEY RONON STEVENS & YOUNG, LLP
sfeldman@stradley.com
8 | 100 Park Avenue, Suite 2000
New York, NY 10017
9 | Telephone: (212) 404-0659

10 | KEITH R. DUTILL, PA State Bar No. 46387
(*Pro Hac Vice Admission Pending*)
11 | STRADLEY RONON STEVENS & YOUNG, LLP
kdutill@stradley.com
12 | 30 Valley Stream Parkway
Malvern, PA 19355
13 | Telephone: (610) 640-5809

14 | Attorneys for Plaintiff
COINMINT, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| COINMINT, LLC, | CASE NO. 3:23-cv-04683-RS |
|---|---|
| Plaintiff, | Honorable Richard Seeborg |
| vs. | **EXHIBITS M AND T IN SUPPORT OF PLAINTIFF'S COMBINED OPPOSITION TO CONFIRMATION OF ARBITRATION AWARD AND CROSS-MOTION TO VACATE ARBITRATION AWARD** |
| KATENA COMPUTING TECHNOLOGIES, INC., | |
| Defendant. | Hearing:<br>Date: May 9, 2024<br>Time: 1:30 p.m.<br>Courtroom 3 |
| | (Related to Dkt. 43) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the below listed exhibits were inadvertently omitted from Plaintiff's Combined Opposition to Confirmation of Arbitration Award and Cross-Motion to Vacate Arbitration Award [Dkt. 43].

**Exhibit M:** Aug. 28, 2023, Evidentiary Hr'g Tr. at 345:14-23; and

**Exhibit T:** Sept. 18, 2023, Evidentiary Hr'g Tr. at 992:11-993:12.

.

Dated: April 2, 2024                STRADLING YOCCA CARLSON & RAUTH LLP

By:   /s/ Marc J. Schneider
      Marc J. Schneider
      Jason de Bretteville

STRADLEY RONON STEVENS & YOUNG, LLP
      Steven D. Feldman *(Appearing Pro Hac Vice)*
      Keith R. Dutill (*Pro Hac Vice Admission Pending*)

      Attorneys for Plaintiff
      COINMINT, LLC

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-

EXHIBITS M AND T IN SUPPORT OF PLAINTIFF'S COMBINED OPPOSITION TO CONFIRMATION OF ARBITRATION AWARD AND CROSS-MOTION TO VACATE ARBITRATION AWARD

4872-3464-1075v8/108215-0003                                    3:23-cv-04683-RS