# EXHIBIT T

AMERICAN ARBITRATION ASSOCIATION

COMMERCIAL ARBITRATION RULES


COINMINT, LLC,

      CLAIMANT,

  vs.

KATENA COMPUTING TECHNOLOGIES,

INC.,

      RESPONDENT.

_____



REPORTER'S TRANSCRIPT OF PROCEEDINGS

Monday, August 28, 2023

Volume 1, Pages 1 - 350







Reported By:
KATHLEEN A. MALTBIE, STENOGRAPHIC REPORTER
California CSR 10068, Nevada CCR 995, Texas CSR
12212, RPR-RMR-CRR-CCRR-CLR-CRC-RDR
JOB NO. 89711

```
 1                  APPEARANCES OF COUNSEL

 2    ON BEHALF OF THE CLAIMANT:

 3         GORDON REES SCULLY MANSUKHANI LLP
           BY:  FLETCHER C. ALFORD, ESQ.
 4         275 Battery Street, Suite 2000
           San Francisco, California  94111
 5         (415) 875-3115
           Falford@grsm.com
 6
      ON BEHALF OF THE RESPONDENT:
 7
           PERKINS COIE LLP
 8         BY:  JOHN HARDIN, ESQ.
           500 North Akard Street, Suite 3300
 9         Dallas, Texas  75201
           (214) 965-7700
10         JohnHardin@perkinscoie.com

11         PERKINS COIE LLP
           BY:  JACOB TABER, ESQ.
12         1155 Avenue of the Americas, 22nd Floor
           New York, New York  10036
13         (212) 262-6900
           JTaber@perkinscoie.com
14

15    ARBITRATION PANEL:

16         Ruth V. Glick, Esq. - rvg@ruthvglick.com
           Gilda Turitz, Esq. - gt@turitzadr.com
17         Rebecca Callahan, Esq. - Chair -
           rebecca@callahanadr.com
18
      ALSO PRESENT:
19
           Dan Eaton, Esq., in-House Counsel for Katena
20         Computing Technologies, Inc.

21         Randall Foret, Esq., In-House Counsel for
           Coinmint, LLC.
22

23

24

25
```

**TRANSCRIPT OF PROCEEDINGS, VOLUME I**

```
 1                    I N D E X

 2                                            PAGE   VOL.

 3    Monday, August 28, 2023

 4    Morning Session                           4     1
      Afternoon Session                       165     1
 5
                                              PAGE   VOL.
 6
      Opening Statement by Mr. Alford           7     1
 7    Opening Statement by Mr. Hardin          18     1

 8    WITNESSES                               PAGE   VOL.

 9    Monzon, Henry

10    (SWORN)                                  24     1
      Direct Examination by Mr. Alford         24     1
11    Cross-Examination by Mr. Harding        165     1
      Redirect Examination by Mr. Alford      301     1
12    Recross-Examination by Mr. Harding      318     1
      Redirect Examination by Mr. Alford      335     1
13    Recross-Examination by Mr. Harding      340     1

14

15

16

17

18

19

20

21

22

23

24

25
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

```
 1   AUGUST 28, 2023                      9:10 A.M.
 2                 P R O C E E D I N G S
 3                   MORNING SESSION
 4            ARBITRATOR CALLAHAN:  We're on the record.
 5   Good morning, everyone.
 6            MR. ALFORD:  Good morning.
 7            ARBITRATOR CALLAHAN:  Thank you so much
 8   for getting here early and bringing all of your
 9   stuff in early and working so diligently to get set
10   up.  I think we've made it and probably tomorrow we
11   can start closer to on time 'cause we'll at least
12   leave the setup for the witness.
13            I'll still have to take my computers and
14   you'll take your computers, but all the boxes are
15   here and we've kind of got our arrangement.  So
16   hopefully tomorrow we'll start a little closer to on
17   time.  But we're not bad.  We're about 9:10.  Set
18   for 9:00 o'clock.  So we're doing pretty good.
19            Okay.  What I'd like to do, the court
20   reporter has already put in her record that
21   Ms. Glick and Ms. Turitz and I are here, and she's
22   got our names and our respective positions, but I'd
23   like to go around the table.
24            I'll start with you, Mr. Alford.  We'll go
25   down to the end of yours, then I'll start with you,
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

August 28, 2023

```
 1   Mr. Hardin, and we'll go down to the end of yours.
 2   And then I believe one or both parties wanted to
 3   make a short opening statement.
 4            MR. ALFORD:  I believe that's right.
 5            ARBITRATOR CALLAHAN:  Okay.  Both sides?
 6            MR. HARDIN:  We do.
 7            MR. ALFORD:  Yes.
 8            ARBITRATOR CALLAHAN:  So we'll have short
 9   openings, and then we'll proceed to start with the
10   examination of Mr. Monzon, who is present.
11            So with that, Mr. Alford, let me start
12   with you on introductions going down your table.
13            MR. ALFORD:  Good morning.  Yes, thank
14   you.  Fletcher Alford for Coinmint.  And I would
15   like to jump ahead a little bit and introduce
16   Mr. Soniat, too.  I believe you've met most of the
17   other folks on the team, but you haven't met
18   Mr. Soniat yet.  Ashton Soniat.
19            ARBITRATOR CALLAHAN:  And at the end of
20   the table is Mr. --
21            MR. BROOKS:  Ted Brooks.
22            ARBITRATOR CALLAHAN:  Okay.
23            MR. ALFORD:  And then, of course, Kevin
24   Liu from my team.
25            MR. LIU:  Kevin Liu.
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
1                 ARBITRATOR CALLAHAN:  I recognize Mr. Liu
2    from the Zoom.
3                 Welcome, everyone.
4                 MR. FORET:  Randall Foret.
5                 ARBITRATOR CALLAHAN:  All right.  I
6    recognize you from the prior hearings.  Thank you.
7                 Mr. Hardin.
8                 MR. HARDIN:  Hi.  John Hardin, Perkins
9    Coie for Katena.  I'm going to let everybody else
10   introduce themselves.
11                MR. TABOR:  Good morning, everyone.
12   Jacob Taber from Perkins Coie for Katena.
13                MR. GAO:  Michael Gao for Katena.  Nice to
14   meet you.
15                MR. EATON:  Dan Eaton for Katena.
16                MR. MONZON:  Henry Monzon, third-party
17   witness.
18                ARBITRATOR CALLAHAN:  All right.  With
19   that, then let me give the floor to you, Mr. Alford,
20   for a short opening.
21                MR. ALFORD:  Thank you.
22                ARBITRATOR CALAHAN:  And I believe we
23   agreed we'd keep it to 10 or 15 minutes.
24                MR. ALFORD:  I'll do my best, I promise.
25                ARBITRATOR CALLAHAN:  Okay.  The clock is
```

```
 1   running.
 2           MR. ALFORD:  Is there a buzzer in the
 3   chair?  I get shocked at ten or --
 4           ARBITRATOR CALLAHAN:  It's 9:13.  So if
 5   you get close to 9:30, I'm going to (indicating).
 6           MR. ALFORD:  Okay.  Thank you.  The
 7   buzzer.
 8                   OPENING STATEMENT
 9           MR. ALFORD:  Thank you very much for being
10   here.  We appreciate it so much.  This is a case
11   that's super important to my clients, really super
12   important to all of us.  But -- so thank you for
13   being so diligent and paying so much time and
14   attention to the case.  We appreciate that a lot.
15           You're going to hear so much this week.
16   You've already heard so much that's disputed, that's
17   hotly disputed.  I thought it might be helpful to
18   back up for a minute and talk about a couple things
19   that aren't disputed, that everybody agrees upon.
20   We can start there, at least, and find some common
21   ground and go from there.
22           Undisputed fact number one, Katena holds
23   itself out as being in the business of building
24   Bitcoin mining computers, selling them, designing
25   them, building them.  Undisputed fact number one.
```

1    Pretty simple, right.

2              Undisputed fact number two, Katena has

3    been in business since 2019, but has never produced

4    a single Bitcoin mining machine or even any one of

5    the component parts, including the most important

6    part, the chip.

7              Now, I'm a pretty low-tech guy but -- I

8    mean, my VCR is still blinking twelve, twelve,

9    twelve.  But I know enough, I've learned enough over

10   the course of this case to be able to say these

11   computers are incredibly complex machines.  I mean,

12   even a laptop has thousands of tiny parts.

13             These things make a laptop seem like a

14   transistor radio.  They're incredibly complex.  And

15   they have thousands of parts, and they're these

16   super high-powered computers.  Not one of them

17   produced yet, not even what Mr. Monzon told me was

18   the crucial part, the chip that Katena has always

19   said distinguishes it from the competition, this

20   high-tech chip.

21             Now, the written contract between the

22   parties, you'll hear that there were multiple oral

23   contracts between the parties.  Subsequently

24   revising fundamental terms of the contract.

25             But the original written contract, it's

```
 1   Exhibit 51, and it has all kinds of mistakes in it.
 2   One of the mistakes is, it says that the number of
 3   high-tech computers that Katena is supposed to
 4   deliver is 2,778.
 5            Now, here's another undisputed fact for
 6   you.  Everybody agrees that number is off by the
 7   power of ten.  It's actually -- they were actually
 8   supposed to deliver 27,778 of these incredibly
 9   sophisticated computers.  And the contract,
10   Exhibit 51 at page 19 -- it's crazy I remember most
11   of this stuff.
12            The contract says that the first -- the
13   contract was signed in May of 2013 -- May of 2021.
14   And it says that the first test unit was supposed to
15   arrive by September of 2021 and that they were
16   supposed to start rolling in in droves by December
17   of 2021.
18            Here we are almost two years later.  They
19   haven't produced any and they were promised to
20   produce 27,778.
21            Mr. Gao, in his declaration that he
22   submitted to this panel under penalty of perjury,
23   it's Exhibit 1179, back in 2022, last year, said,
24   we're almost done with the design.  We're finalizing
25   it.  Should be ready to fabricate by early 2023.
```

1    Didn't happen.  Okay.

2            Undisputed fact number three.  My client,

3    Coinmint, paid Katena $23,397,197.91.  Everybody

4    agrees on that.  And it got nothing in return.

5    Zero.  Not a single machine.  Not a test unit.  Not

6    a chip.  Not anything.

7            And to this day, Katena has refused to

8    account for what happened to that money.  Now, we

9    know for sure that $100,000 of that money went

10   straight into Mr. Gao's pocket.  That's Exhibit 43

11   at page 17.

12           Now, I think a lot more went into his

13   pocket, but we have a paper trail that shows 100,000

14   of it went straight into his pocket.  We know none

15   of it was used to build machines because we still

16   don't have machines.

17           Okay.  Undisputed fact number four.  There

18   are two other contracts that predate the contract

19   between -- the original written contract between

20   Katena and Coinmint.  Katena had two other

21   customers.  VectorCloud, that contract is

22   Exhibit 1003.  And EdgeMode, that contract is 1008.

23           Mr. Monzon testified, under penalty of

24   perjury in his deposition, that Katena took money

25   from VectorCloud, promised them machines, gave them

1   no machines, gave them no money back.  That's what

2   he said under penalty of perjury.

3           I trust he'll say the same thing today.

4   We'll have to see.

5           EdgeMode, Mr. Monzon testified, under

6   penalty of perjury, they took money from EdgeMode,

7   promised them machines, never gave them machines,

8   never gave them a dime of their money back.  Sound

9   familiar?

10          Now, Katena will say it's all my clients'

11  fault.  You only paid us $23 million.  We didn't

12  have enough money.  Well, that's interesting because

13  right around this same time, Katena was putting out

14  a pitch stack to JPMorgan, to other financing

15  lending institutions, to its potential customers.

16  They gave it to us.  They gave it to Mr. Maloney.

17  That's Exhibit 34.

18          And at page 3 of that document, they crow

19  about having $200 million in secured revolving

20  guaranteed credit.  Secured revolving guaranteed

21  credit.  They didn't say they were working on

22  getting it; they didn't say they had a lead on it.

23  They said they had it.

24          I asked Mr. Monzon some questions about

25  that in his depo.  He couldn't remember anything

1    about it.  Couldn't tell me the name of the lender.

2    "I don't remember the details."

3              I said, well, I don't want to know the

4    details.  Just tell me, did you have it or did you

5    not.

6              I don't remember the details.

7              A start-up company gets $200 million in

8    guaranteed financing and the CEO can't remember

9    anything about it?  Well, I don't know whether they

10   really had that financing.  But we know one thing.

11   We know what Mr. Monzon told us in his depo.

12             I asked him, did you use any of that money

13   to build machines?  You're in the business of

14   building machines.  You've got contracts with three

15   customers that obligate you to build machines.  You

16   claim you have this design for this revolutionary

17   new chip.  Did you spend any of that $200 million on

18   that?

19             "Nope.  Don't think so."  That's what he

20   said under oath.  You'll hear it.

21             Now, you might ask yourself, why didn't

22   they build a chip?  Why didn't they build a miner?

23   Well, you're going to see that they really weren't

24   in the business of building machines.  It's too much

25   work.

1            They were in the business of setting up
2    companies, claiming to have this great idea of
3    getting all this financing, shutting the door and
4    going on to the next.
5            Mr. Gao told me in deposition under oath
6    about four other companies where he set them up,
7    raised a bunch of money, never delivered a single
8    product, shut the door and went on to the next one.
9    And you'll hear, that's happening now.  They're on
10   to the next one.
11           You look at their LinkedIn page, no word
12   of Katena on any of their LinkedIn pages.  Why is
13   that?  I guess it has some baggage associated with
14   it.
15           And they're on to the next one.  Guess
16   what?  Their new enterprise, they've got a
17   revolutionary new chip, it's going to change the
18   world.  They've got all this financing.  They have
19   customers.  We can't tell you the names of the
20   customers, that's all confidential, but they're on
21   to the next one.
22           Now, Mr. Hardin will say this case is very
23   simple.  It's just about a contract.  Our client
24   signed the contract, agreed to pay $37.5 million in
25   three days, they didn't, they're in breach.  Simple,

1    right?

2              Not quite.  Because we all learned in law

3    school, probably in the first week of law school,

4    that if you're defrauded in entering into a

5    contract, it's rescindable at your option, at the

6    option of the defrauded party.  So it's not quite

7    that simple.  And there's a mountain of evidence of

8    fraud.  A mountain.

9              You know, you're going to -- you might

10   struggle about who to believe but you got to believe

11   the documents, because Mr. Gao, Mr. Monzon and

12   Mr. Reddy were emailing each other, texting each

13   other constantly, minute by minute as all this

14   unfolded.

15             And we see what's in their mind, what's in

16   their hearts, what's in their head minute by minute

17   when they had no motivation to lie.  They thought

18   their candid conversations would never see the light

19   of day, it would all be confidential.  But we see

20   it.

21             And it tells a story that's pretty

22   shocking, of fraud, of hubris, of greed, of bribery,

23   and it's all there in the documents.  You don't have

24   to believe a single word we say, you don't have to

25   believe a single word I say, single word Mr. Soniat

```
 1    says, Mr. Foret says.  You just have to believe the
 2    documents that these gentlemen wrote at the time.
 3    That's all you have to believe.
 4            Mr. Hardin is going to say, as they said
 5    in their opening brief, it's all just noise, that's
 6    all just noise.  Noise?  I mean, you look at the law
 7    books for the defenses to fraud and noise isn't in
 8    there.
 9            What is noise exactly?  Noise is words.
10    And it's words that these men wrote.  And that they
11    can't now explain and they can't justify.  There's
12    no excuse for it.  So what do they say?  It's just
13    noise, tune it out.  Hear no evil, see no evil.
14    Pretend it's not there.  Well, it's there.
15            They're going to say the contract was
16    never changed, and they say -- unfortunately, in
17    Katena's opening brief there's a lot of things that
18    just aren't true.  There's no polite way to say it.
19            And one of the things they say is the
20    contract wasn't changed.  You'll see Exhibit 61
21    where Mr. Monzon and Mr. Gao are texting back and
22    forth, and Mr. Gao tells Mr. Monzon, I talked to
23    Maloney, we reached a settlement on a new contract,
24    a settlement.  That's on June 10.  That's
25    Exhibit 61.
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
 1              Now, the interesting thing, on that same
 2    day, we see the Coinmint side of that story and it
 3    matches.  Mr. Maloney tells Mr. Soniat they accepted
 4    new terms.  The same day.  We got an offer.  We got
 5    Mr. Gao saying we reached a settlement with them.
 6    We got Mr. Soniat being told by Mr. Maloney, they've
 7    agreed to it, they've accepted it.  We got an offer.
 8    We got acceptance.  We get a new contract.
 9              And it looks nothing like the old one.
10    Instead of 37.5 million as the down payment or the
11    deposit, it's 7.5 million.  30 million less.
12              Now, let's say you don't want to believe
13    the documents that show that.  Look at the behavior
14    of the people at the time.  When Katena got
15    that $7.5 million in June, did they cry and moan and
16    scream that there was 30 million short and a month
17    late?  They threw a party, a party on text, shooting
18    off balloons in the air, yea, yea, using all kind of
19    expletives, F yeah.  Yeah.  Yeah.
20              They were so happy they get 7.5 million.
21    Does that sound like the conduct of someone who was
22    paid 30 million short and 30 days late?  Okay.
23    Thank you.
24              So, you know, you'll use your common sense
25    and you'll see what people said at the time when
```

1   they were candid and they thought nobody would know.

2   And you'll see their reactions and their behavior

3   and you'll see that contract was changed.

4            And, you know, I appreciate that.  So let

5   me just say one thing real quick.

6            You know, we're here to talk about really

7   what do we do.  How do we unwind this deal?  And the

8   law is clear that if there was fraud, really on

9   either side, the deal gets rescinded.  Now, they're

10  going to point the finger back at us and say

11  Mr. Soniat is not a nice guy, he's a Trumper, he's

12  fired people, he gets in disputes with his business

13  partners.

14           That's noise.  That's noise.  None of that

15  really matters.  You can't defraud someone because

16  you don't like their politics or you think they're

17  not a nice person.

18           But anyway, let's assume for a moment

19  there was misrepresentations on both sides of this

20  deal.  What do you do?  You unwind it and you give

21  each side back whatever they put in.  Well, Katena

22  put in nothing.  We put in 23 million.

23           So at the end of the day, even if the

24  panel decides both sides were at fault here, you

25  unwind the deal and you give us the money back.

1          **I could say a lot more, but I do**
2    **appreciate the hint that my time is up.  So thank**
3    **you for listening, I appreciate it.  And I'll yield**
4    **the floor.**
5          ARBITRATOR CALLAHAN:  Okay.  Thank you
6    very much, Mr. Alford.
7          Mr. Hardin.
8                    OPENING STATEMENT
9          MR. HARDIN:  Sure.  Ms. Callahan, can I
10   ask a question of -- I guess Ms. Turitz, really.
11         Ms. Turitz, are you fine with me doing the
12   opening from here or would you like for me to be in
13   the witness chair for this brief opening?
14         ARBITRATOR TURITZ:  It's fine.  You can
15   stay where you are.  Thanks.
16         MR. HARDIN:  And then the second mild
17   procedural question, there's already been hints of
18   some new allegations raised in the opening.  I'll
19   put a marker out here that we'll be objecting to
20   those in live testimony, but I don't want it to get
21   too much further past opening before I foreshadow
22   that.  And specifically, legal claims that are now
23   being stated at the 11th hour.  We'll talk about
24   those, if they come up.
25              For now, though, I want to turn to the

```
 1   opening.
 2              I was reminded, Ms. Callahan, when you
 3   sent out the order, of how much work that the panel
 4   has done on this matter.  I know that you've
 5   probably read more pages than you ever dreamed, ever
 6   expected, maybe that you ever have in any other
 7   case, okay.  I really want to honor the work that
 8   you all have done, because you have, you've read a
 9   lot.
10              With respect to the undisputed facts, well
11   they are disputed.  Many of them are.  I'm not going
12   to spend time talking about that here though.
13   Instead, what I'm going to do is, I'm going to talk
14   for about four minutes on two key issues.  I know
15   time is precious so I'm going to do a little
16   gimmick.  I'm actually going to hold myself
17   accountable, right, I'm going to start a timer.
18              ARBITRATOR CALLAHAN:  You don't need to do
19   that.
20              MR. HARDIN:  Well, but you know what, we
21   heard the message so here we go.
22              First, this contract, May 12th agreement
23   between Katena and Coinmint is just as legitimate as
24   Katena's business.  You're going to hear testimony
25   that before Coinmint ever came around, while they
```

```
1    were still engaged in disputed litigation with

2    Mr. Soniat's cofounder, Prieur Leary, Katena's team

3    spent months and millions hiring up to 50 people to

4    develop a Bitcoin mining rig that was using a

5    specialized chip for customers like Coinmint.  It

6    would increase the energy and increase, therefore,

7    the profits.

8            And once the negotiations started, here's

9    what else you're going to hear.  Coinmint's

10   leadership was fully engaged.  Just like Mr. Maloney

11   testified, they went through numerous reviews with

12   their legal department, Mr. Foret, multiple word

13   changes.  They even increased it at the last minute

14   from 100 million to 150 million at the request of

15   Mr. Soniat.

16           And ultimately, Coinmint's chairman and

17   CEO, who by this point in time was the sole

18   authority of Coinmint, he signed the agreement,

19   May 13th, 2021.

20           There was no back room bribe fueling some

21   nefarious deal.  There was sunshine throughout and

22   you're going to see it.

23           Now, success, I managed to keep the first

24   one within two minutes.  Okay.  We'll see if I'm

25   successful with the next one.  Here we go.
```

1         Second.  Everyone knows that the price of

2    Bitcoin plummeted on May 12th, the effective date

3    of the agreement.  Elon Musk tweeted Bitcoin will

4    not be accepted by Tesla.  It's not sustainable,

5    it's not energy efficient, price bottomed.  And it

6    continued for months.  For months.

7         Who can blame Coinmint?  Who can blame

8    Mr. Soniat, who had sat on the sidelines as Bitcoin

9    rose?  Who the can blame him for wanting out of the

10   agreement that he signed the day after it started to

11   plummet?  Okay.

12        But manufacturing a claim of fraud to get

13   out of the deal you sign isn't acceptable.  It's not

14   a defense, okay.  And that fraud allegation all

15   hinges on whether Katena offered Mr. Maloney a job

16   as a quid pro quo for getting Katena a favorable

17   contract.  Okay.

18        You've already heard Mr. Maloney testify

19   under oath that that didn't happen, and you're about

20   to hear from Katena's executives as well, that did

21   not happen.

22        First they knew it was wrong, flat out.

23   Second, it's not the way that they do business, flat

24   out.

25        So what does Coinmint offer as proof?

1    It's what has been going on since day one in this

2    case.  The evidence will show that Coinmint is

3    simply using a muddied and inaccurate view of

4    Katena's internal text messages to take something

5    out of context.

6              Now, you actually get to hear what really

7    happened.  And you get to choose, do you fill that

8    in with the mud or do you fill it in with the truth.

9    Okay.

10             In this arbitration, you're going to learn

11   the full context for Katena's internal

12   communications.  And when it came to Mr. Maloney, it

13   fell in one of two categories:  First, either

14   talking about the benefit of the deal to Maloney.

15             Hmm, I'm going to hold myself to it.

16             ARBITRATOR CALLAHAN:  You're not going to

17   finish your sentence?

18             MR. HARDIN:  I will if you're going to --

19   if it's not going to go against me.

20             ARBITRATOR CALLAHAN:  You get another five

21   minutes.

22             MR. HARDIN:  I'll finish the sentence, but

23   I did say I was going to keep it brief, and I told

24   you in my email it's only going to be five to seven.

25             Here's what you're going to hear, is that

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
1    these allegations fall into one of two categories --

2    or excuse me, the discussions.  Either talking about

3    the benefit of the deal to Maloney as a Coinmint

4    employee and partial owner.

5              A sweetheart deal only works if it's a

6    win/win.  And you're going to hear testimony about

7    Maloney's ownership interest, about his dreams of

8    Coinmint selling itself full of Bitcoin mining rigs

9    and Mr. Maloney cashing out.  That's a sweetheart

10   deal.  But it has nothing to do with Katena.

11             And then you're going to hear the

12   potential for a job with Maloney after any deal

13   closed that never progressed anywhere.

14             And that's just simply how the

15   progressions of talks like this go.  They just

16   simply stop in the start-up world, and what's

17   happened here.

18             So with that, I'm going to end.  I got

19   more.  I want to honor what I said to you in the

20   email.  We've waited patiently over the last year

21   for this.  We're glad that you're finally going to

22   get to hear from Katena's folks, so we're ready to

23   get started.

24             ARBITRATOR CALLAHAN:  All right.  Thank

25   you so much.
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1              Mr. Monzon, are you ready?

**2              THE WITNESS:  I am.**

3              ARBITRATOR CALLAHAN:  And, Mr. Alford, I

4    assume you're going to do the examination?

5              MR. ALFORD:  I drew the short straw, yes.

6              ARBITRATOR CALLAHAN:  Are you ready?

7              MR. ALFORD:  I am indeed, thank you.

8              ARBITRATOR CALLAHAN:  Thank you so much.

9              MR. ALFORD:  Would the court reporter

10   swear the witness or the panel?

11             ARBITRATOR CALLAHAN:  Do you want to swear

12   or do you want me to swear?

13             Mr. Monzon, would you please raise your

14   right hand, sir.

15                        HENRY MONZON,

16   called as a witness for the Plaintiff, having been

17   duly sworn, testified as follows:

18             ARBITRATOR CALLAHAN:  Thank you very much.

19             Go ahead, Mr. Alford.

20             MR. ALFORD:  Thank you.

21                   DIRECT EXAMINATION

22   BY MR. ALFORD:

23        Q.   Mr. Monzon, you cofounded Katena along

24   with Mr. Gao, Mr. Reddy, correct?

**25        A.   Yes.**

1        Q.   And you did that in 2019, correct?

2        **A.   Yes, that's correct.**

3        Q.   And you were the CEO of the company from

4    the time it was founded until the time you parted

5    ways with Mr. Gao, Mr. Reddy in September of 2022,

6    correct?

7        **A.   No, that is not correct.**

8        Q.   What's not correct about that?

9        **A.   I ceased from being the CEO of the company**

10   **in June 2022.**

11       Q.   Okay.  And then from the time you started

12   the company in 2019 until the time you ceased being

13   CEO in 2022, you can't recall having a single board

14   meeting; isn't that correct?

15       **A.   We're a start-up.  We had various meetings**

16   **all the time.**

17       Q.   Well, you told me in your depo, didn't

18   you, that you couldn't remember having an actual

19   formal board meeting at any time from the time the

20   company started until the time you left in '22.  You

21   told me that in your depo, didn't you?

22       **A.   I don't recall exactly, but -- we didn't**

23   **have formal board meetings.**

24       Q.   And as of the spring of 2022 -- let's back

25   up.

TRANSCRIPT OF PROCEEDINGS, VOLUME I

August 28, 2023

```
 1          You recall at least the written contract
 2   between Katena and Coinmint was signed in May 2021,
 3   correct?
 4       A.   Yes, that is correct.
 5       Q.   And as of that time, Katena's only
 6   physical address was your home in San Diego,
 7   correct?
 8       A.   Sure.  Like many tech start-ups.
 9       Q.   And prior to the time you started Katena,
10   you'd never been personally involved in designing or
11   building any Bitcoin mining rigs, correct?
12       A.   I'm an electrical engineer by degree, but
13   I don't do engineering work myself at this point.
14   I've been mostly in an executive role for several
15   years.
16          THE REPORTER:  I'm sorry, can you speak
17   up, please.
18          ARBITRATOR GLICK:  I was going to ask you
19   the same thing.  Speak a little louder.
20          THE WITNESS:  Can you repeat the question,
21   please.
22   BY MR. ALFORD:
23       Q.   Sure.
24          Prior to the time you started Katena,
25   you'd never been personally involved in designing or
```

1    building any Bitcoin mining rigs, correct?

2         **A.    Yeah.   Prior to cofounding Katena, I was**

3    **also an officer at Bitfury, a Bitfury group, which**

4    **is a unicorn pioneer in the crypto mining space.   I**

5    **was an executive there.**

6              **So answer your question, I wasn't myself**

7    **designing chips but I was overseeing the business of**

8    **this company.**

9         Q.   Okay.   But just so the record's clear,

10   though, prior to the time you started Katena, you,

11   yourself, had never been personally involved in

12   designing or building any Bitcoin mining rigs,

13   correct?

14        **A.    I think I just answered the question.**

15        Q.   Is the answer that -- my statement was

16   correct?

17        **A.    I don't design as an engineer myself, but**

18   **I was involved in the crypto mining industry.   And**

19   **furthermore, I spent 18 years at Qualcomm, which is**

20   **a Fortune 500 company, that is a leader of**

21   **semiconductors.**

22        Q.   Well, Qualcomm doesn't make Bitcoin mining

23   rigs, right?

24        **A.    They do not, but they make much more**

25   **complex products than Bitcoin mining rigs.**

1      Q.   Well, that wasn't my question though.

2           My question was simply whether you,

3   yourself, have ever personally designed or built a

4   Bitcoin mining rig.  The answer is no, correct?

5      **A.   The answer is no as an engineer, but the**

6   **answer is yes as an executive involved in**

7   **operations.**

8      Q.   And you mentioned your engineering degree,

9   that's from Florida State University, correct?

10     **A.   No, that is not correct.  That is from**

11  **Florida Atlanta University.**

12     Q.   Florida Atlanta, okay.

13          And that's an undergraduate degree?

14     **A.   That is a bachelor's of electrical**

15  **engineering with honors, yes.**

16     Q.   All right.  And it's true, is it not, that

17  at no time during your affiliation with Katena did

18  the company ever deliver a single Bitcoin mining rig

19  to a single customer?  That's true, isn't it?

20     **A.   Yes, that is correct.**

21     Q.   Now, you've been in periodic contact with

22  Mr. Gao since you've ceased your role as CEO,

23  correct?

24     **A.   No, I haven't.**

25     Q.   Now, Katena's business plan was not only

1    to sell mining rigs, but to operate a Bitcoin mining

2    facility itself, correct, the so-called self-mining?

3          A.   Katena's business model, when I was CEO,

4    was primarily as innovators of IP and technology for

5    these ASICs that will be placed into these machines,

6    the systems, and we work with third parties, which

7    is customary in the industry, to build the systems

8    in Asia and for customers to pick up from Asia.

9          Q.   Well, my question wasn't about whether

10   machines were going to be built in Asia or picked up

11   from Asia.

12         My question was simply this:  Part of

13   Katena's business plan was not just to sell mining

14   rigs, but to itself operate a Bitcoin mining

15   facility, correct?

16         A.   Over time, yeah.  And this is customary --

17   just to add more color for the panel.  This is

18   customary in the industry where the current market

19   leaders actually design chips, build systems, they

20   sell those systems and they also do their own

21   mining.

22         Q.   Well, I didn't ask you whether it was

23   customary.  I just simply asked you whether it was

24   part of Katena's business plan, in the spring of

25   2021, to set up its own Bitcoin mining facility.

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1   And the answer is yes, correct?

2        **A.   Over time, sure.**

3        Q.   Okay.  And, in fact, in the spring of

4   2021, Katena planned what it called an aggressive

5   takeover of the mining industry, didn't it?

6        **A.   Oh, we believed in the technology very**

7   **seriously because we had multiple due diligence**

8   **conducted by the company by then.**

9        Q.   I don't think that answers my question.

10            It's true, is it not, that in the spring

11   of 2021, Katena planned what it called an aggressive

12   takeover of the mining industry?  Correct?

13       **A.   We wanted to be leaders, yes, and we**

14   **believed in the technology to become that.**

15       Q.   And you understand, Coinmint's primary

16   business is operating a Bitcoin mining facility

17   also, right?

18       **A.   Yes.  We understood that then.**

19       Q.   Now, at no time during the period of your

20   affiliation with Katena had any patents ever been

21   issued to the company, that's correct, is it not?

22       **A.   We had filed for provisional patents to**

23   **capture all the design optimization techniques that**

24   **Mr. Sagar primarily developed, and we were -- it was**

25   **going through its process, I suppose.**

```
 1          Q.   And the process was never completed while
 2     you were there at least, right?
 3          A.   No.  The patent process is kind of
 4     lengthy.  So you file provisionals, then you file
 5     non-provisionals.  And there's also a bit of risk of
 6     disclosing too much information on the patent that
 7     competitors could steal.  It's pretty common for
 8     Chinese entities to scout through, you know, patent
 9     filings.
10          Q.   You don't personally yourself hold any
11     patents, do you?
12          A.   I personally do not.
13          Q.   Okay.  And now while you were at Katena,
14     the plan was that Katena was going to have another
15     company actually manufacture the mining rigs,
16     correct?
17          A.   Yeah.  We would work efficiently,
18     obviously, in terms of selecting our partners.  And
19     again, this is pretty common in the industry as
20     well.  Companies like Qualcomm have, you know,
21     foundries fabricate chips, companies like Apple
22     fabricate their product in China still to this day.
23          Q.   I didn't ask whether it was common.  And
24     we only have a limited time with you, so I would ask
25     that you confine your answers to my questions --
```

**August 28, 2023**

```
 1         A.   Yes, sir.
 2         Q.   -- and not talk about other companies and
 3    what they did or whether it was common.
 4              But it's true, is it not, that the plan
 5    was for Katena to contract with another company to
 6    actually manufacture the mining rigs, correct?
 7         A.   Yes, that's correct.
 8         Q.   Okay.  And at no time during your
 9    affiliation with Katena did it ever have an actual
10    contract in place with any company to manufacture
11    the rigs; isn't that correct?
12         A.   Well, it's important to understand the
13    sequence of events.
14              ARBITRATOR CALLAHAN:  Mr. Monzon, could
15    you answer the question, please.
16              THE WITNESS:  Yes, sure.
17              We had -- I don't recall exactly what kind
18    of agreements or term sheets we had at that time,
19    but we were already engaged with contract
20    manufacturers, which is the finishing of -- the
21    companies that make these machines.
22              MR. ALFORD:  I would like to read and
23    display, please, Ted, if I could, a portion of
24    Mr. Monzon's deposition.  Page -- the deposition is
25    Exhibit 1183, and I'd like to take a look at
```

1    page 38, lines 10 to 12.

2              Can you blow that up a little, please,

3    Ted, page 38, lines 10 to 12.

4    BY MR. ALFORD:

5        Q.   Where, Mr. Monzon, you remember in your

6    deposition you were telling me that the plan was to

7    use a factory in Shenzhen, China to actually build

8    the machines?

9        **A.   Yes, I did.**

10       Q.   Yes.

11             And I asked you at page 38 of your

12   deposition, line 10 --

13             ARBITRATOR CALLAHAN:  I don't show 38 as

14   being -- I show 38 as being WhatsApp messages.

15             MR. ALFORD:  I'm sorry.  Exhibit 1183 is

16   the deposition.

17             ARBITRATOR CALLAHAN:  Okay.  You said

18   Exhibit --

19             MR. ALFORD:  Page 38.

20             ARBITRATOR CALLAHAN:  Okay, 1183.

21             MR. ALFORD:  I'm sorry if I misspoke.

22             ARBITRATOR CALLAHAN:  No, that's all

23   right.

24             Thank you.

25             MR. ALFORD:  Page 38.

```
 1   BY MR. ALFORD:
 2        Q.   I asked you at line 10 (as read):
 3                  Was a formal contract ever
 4             executed between Katena and that
 5             Shenzhen factory?
 6             (As read):
 7                  Answer, no.
 8             Now, the crucial component of the Katena's
 9   mining rigs was to be these ASIC chips, correct?
10        A.   Yes.  That's the first thing.
11        Q.   And ASIC stands for application-specific
12   integrated circuit, right?
13        A.   Good job.
14        Q.   And this is a type of computer chips that
15   is designed for a specialized purpose, right?
16        A.   That is a basic definition, yes.
17             THE REPORTER:  I'm sorry, I didn't hear
18   your answer.
19             THE WITNESS:  Yes.  That is a basic
20   definition.
21             Apologies.  I'll try to speak louder.
22             ARBITRATOR CALLAHAN:  Did we lose
23   Ms. Turitz?
24             ARBITRATOR TURITZ:  No.  I'm right there.
25             ARBITRATOR CALLAHAN:  We have lost the
```

**August 28, 2023**

```
 1   screen but you're there?
 2            ARBITRATOR TURITZ:  I'm here.
 3            MR. BROOKS:  The reason is that when we
 4   display evidence, then it's going to switch to this
 5   view.
 6            ARBITRATOR CALLAHAN:  So let's go back to
 7   the other view.  There we go.
 8            Okay.  Thank you so much.
 9            MR. ALFORD:  Great.  Yes.  Thank you.
10   BY MR. ALFORD:
11       Q.   We were talking about the ASIC chips.  And
12   the place where ASIC chips are made is known as a
13   foundry, right?
14       A.   Foundry, yes.
15       Q.   Foundry, yes.
16            And there's only a small handful of ASIC
17   chip foundries in the world, right?
18       A.   Yes, that's correct, sir.
19       Q.   And the -- the 500-pound gorilla, the big
20   player in ASIC foundries is a company called TSMC,
21   correct?
22       A.   Yes, that is correct.
23       Q.   Taiwan Semiconductor Manufacturing
24   Company, right?
25       A.   Yes, sir.
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1          Q.   And at no time during your tenure as CEO
2    of Katena did Katena ever have a contract with TSMC
3    or any other foundry to manufacture these chips that
4    you've told us were to be the crucial part of the
5    machines; isn't that true?
6          **A.   Yeah.  That is correct.  It's because of a**
7    **business model that we had laid out first.  So --**
8          Q.   Okay.
9          **A.   -- we worked with DXCorr, that's**
10   **D-X-C-O-R-R.**
11              ARBITRATOR CALLAHAN:  Mr. Monzon, please
12   wait for the next question.
13              **THE WITNESS:  Sure.**
14              MR. ALFORD:  We only have three hours.
15              Thank you.
16              ARBITRATOR CALLAHAN:  I know, thank you.
17              MR. ALFORD:  I don't want to cut anybody
18   off, but ...
19              ARBITRATOR CALLAHAN:  I understand.
20              Go ahead.
21   BY MR. ALFORD:
22         Q.   And smaller companies that are in need of
23   ASIC chips from foundries sometimes employ the
24   services of an intermediary rather than contracting
25   directly with a foundry, correct?

1      **A.    Yes, that is correct.**

2           Q.    And those intermediaries are known as

3      aggregators, right?

4      **A.    For TSMC, yes, that's what they're called.**

5           Q.    And IMEC is one of the big aggregators,

6      right?

7      **A.    Yes, that's correct.**

8                ARBITRATOR CALLAHAN:   I'm sorry, who?

9                MR. ALFORD:   IMEC, I-M-E-C.   I don't know

10     what that stands for.

11               ARBITRATOR CALLAHAN:   That's fine.

12               Go ahead.

13               MR. ALFORD:   I'll confess.

14     BY MR. ALFORD:

15          Q.    And smaller players, they go to these

16     aggregators, and aggregators aggregate all the

17     designs for the chips together and they get TSMC's

18     attention, right?   Speaking kind of colloquially.

19     **A.    Yes.   That's a basic understanding, yes.**

20          Q.    And during your time as tenure of CEO,

21     Katena was working with a company called DXCorr.

22     You alluded to them earlier, correct?

23     **A.    Yes.**

24          Q.    And at no time during your tenure as CEO

25     of Katena did you ever see a contract between DXCorr

```
 1   and any foundry that specifically provided for the

 2   manufacture of ASIC chips for Katena; isn't that

 3   true?

 4        A.   That is not true.

 5        Q.   Okay.  Let's take a look at your

 6   deposition, Exhibit 1183, page 50, lines 8 through

 7   14.

 8             MR. ALFORD:  If we could blow that up a

 9   little, Ted.

10   BY MR. ALFORD:

11        Q.   Starting at line 8, I ask you the question

12   (as read):

13             Did you ever see, at any time

14             during your tenure as CEO of

15             Katena, a contract to which DXCorr

16             was a party that specifically

17             provided for the manufacture of

18             ASIC chips for Katena?

19             (As read):

20             Answer, no.

21             In any communications, I

22             should specify, between DXCorr and

23             IMEC maybe under an NDA.

24             During your time as tenure of CEO, Katena

25   apparently had a subsidiary called Sole, S-O-L-E,
```

1    Sole Mine, M-I-N-E, Limited, correct?

2         A.   Yes, that is correct.

3         Q.   And at no time during your tenure as CEO

4    of Katena did you ever see a contract between Sole

5    Mine and any other entity that provided for the

6    manufacture of Katena mining rigs or any of their

7    components; isn't that true?

8         A.   That's correct.

9         Q.   Okay.  Let's shift gears a little bit and

10   talk about some of your marketing documents.

11            At some point during your tenure as CEO of

12   Katena, it created a virtual data room, correct?

13        A.   Yes, that is correct.

14        Q.   And this virtual data room was kind of a

15   digital repository where Katena could upload

16   documents that it wanted its potential customers and

17   potential investors to see, right?

18        A.   Yes, that is correct.

19        Q.   Okay.  And you were involved as the CEO,

20   of course, in preparing the documents to upload to

21   the data room, correct?

22        A.   Myself and the team, yes.

23        Q.   Okay.  And prior to the time the

24   contract -- the written contract between Katena and

25   Coinmint was executed, you gave Mr. Maloney access

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
 1   to the data room, correct?
 2       A.   Yes.  We did.
 3       Q.   Okay.  And just for context, I think we
 4   all know this by now, but as of the spring of 2021,
 5   you understood Mr. Maloney to be the CFO of
 6   Coinmint, correct?
 7       A.   We understood he was CFO and shareholder
 8   of Coinmint.
 9            MR. ALFORD:  Well, I object to the
10   shareholder part and would ask to strike it.  But I
11   know --
12            ARBITRATOR CALLAHAN:  It's just his
13   understanding.
14            MR. ALFORD:  Yeah.
15            THE WITNESS:  That is my understanding,
16   yes.
17            MR. ALFORD:  Well, we'll talk more about
18   that later, but I hear what you're saying.
19   BY MR. ALFORD:
20       Q.   Okay.  And let's take a look at
21   Exhibit 1002.
22            Do you see that document in front of you?
23       A.   Yes.  It's a bit small to read, but yes, I
24   do see it.
25       Q.   And that's what you told me in your
```

1    deposition, you called it a teaser, right?

2        **A.   Yes.  These were called teasers or briefs**

3    **that we would share with interested parties to**

4    **stimulate further conversations.**

5        Q.   And you remember me asking you some

6    questions about this during your deposition,

7    correct?

8        **A.   I remember it vaguely, yes.**

9        Q.   And this is one of the documents that

10   Katena made available to potential investors and

11   potential customers in its data room, correct?

12       **A.   In its data room or through other means of**

13   **communications, yes.**

14       Q.   Okay.  Let's take a look at page 1002-3.

15   Under the "Miner development and supply chain"

16   bullet point, do you see that?

17           If we could blow that up a little bit,

18   under the bullet "Miner development and supply

19   chain."

20       **A.   Can we expand it?**

21       **Thank you.**

22       Q.   Okay.  And this sort of second subbullet

23   under that says (as read):

24               LOI with Shenzhen factory in

25               place, contract negotiations

```
1              underway.  Expect to complete by
2              end of April 2021.
3              Do you see that?
4        A.   Yes, I do see that.
5        Q.   And that's the contract that you told us a
6   minute ago never actually got signed, right?
7        A.   That is correct, that contract never got
8   signed, to my recollection.
9        Q.   Okay.  All right.  And then if we go a
10  little bit further down under "Core business," see
11  that?
12             MR. ALFORD:  If we could blow up that.
13             Thank you, Ted.
14  BY MR. ALFORD:
15       Q.   And see the first kind of subbullet under
16  there where it says (as read):
17                  Up to 1BM.
18             BM stands for billion?
19       A.   Yes, I do see that.
20       Q.   (As read):
21                  Up to 1 billion USD.
22             USD is U.S. dollars?
23       A.   Yes.
24       Q.   (As read):
25                  Up to 1 billion U.S. dollars
```

1            in signed LOIs and term sheets to

2            be converted to definitive

3            agreements once ASICs are ready.

4            Do you see that?

5       A.   **Yes, I do see that.**

6       Q.   And that never happened, did it; none of

7    those got converted?

8       A.   **No.  They did not get converted because we**

9    **did not have the ASICs.**

10      Q.   And then it says -- the next bullet down

11   references in bold (as read):

12            20 million U.S. dollars

13            preorder, signed binding sales

14            agreements.

15            Correct?

16      A.   **Yes.**

17      Q.   And POs?

18            Is it fair to say this document obviously

19   was written before the contract with Coinmint, the

20   written contract with Coinmint was entered into,

21   'cause that's not reflected in this bullet?

22      A.   **I suppose.  I don't recall the exact dates**

23   **of these briefs.  They usually change.**

24      Q.   And the first page, if we could go back

25   to -- sorry, toggle back to page 1 of the document.

```
 1    It's numbered 1002-1.

 2            On the first page, one, two, three

 3    paragraphs down, the third paragraph.

 4            MR. ALFORD:  If you'd blow that up a

 5    little bit, please, Ted.

 6    BY MR. ALFORD:

 7        Q.   It says (as read):

 8                Katena Computing Technologies

 9            will release the first ever Bitcoin

10            ASIC to deliver miner performance

11            of 15 J/TH at the wall.

12            Do you see that?

13        A.   Yes, I do see that.

14        Q.   And J/TH is joules -- I think it's

15    J-U-E-L-S?

16        A.   E-S.

17        Q.   E-S.  Joules per terahash, correct?

18        A.   That's correct.

19        Q.   And that -- I'm probably the not going to

20    get the science just right, but that is essentially

21    a measurement of the energy efficiency of the mining

22    unit, correct?

23        A.   Yes, that's correct.

24        Q.   Okay.  So you say here in this teaser

25    document that Katena will release the first ever
```

1  Bitcoin ASIC to deliver miner performance of

2  15 joules per terahash at the wall.

3          That never happened, did it?

4      **A.   To my recollection, that didn't happen**

5  **when I was there.**

6      Q.   And under -- do you see under "financial

7  forecast"?

8          MR. ALFORD:  If you could go down a little

9  bit, Ted, to the revenue.

10 BY MR. ALFORD:

11     Q.   Do you see those revenue numbers there?

12     **A.   Yes, I do.**

13     Q.   None of those revenue forecasts were met,

14 were they?

15     **A.   They were not.**

16     Q.   Okay.  And on page 2, 1002-2, in the first

17 paragraph at the top, you reference an aggressive

18 takeover of the mining industry, correct?

19     **A.   Yes.**

20     Q.   And then below that, there's a date of

21 2021, Katena launch of 30 to 35 joules per terahash

22 miner.

23          That didn't happen, did it?

24     **A.   That refers to the K10.  And no, it did**

25 **not happen when I was CEO.**

1          Q.    Okay.  And the 2022 bullet down there

2    references Katena launch of 15 joules per terahash,

3    10 joules per terahash miners and 8 joules per

4    terahash miners, correct?

5          **A.    Yes.**

6          Q.    None of those happened either, did they?

7          **A.    I have not been at both the companies**

8    **since June 2022, so I don't have any recent data**

9    **about this.**

10         Q.    Well, to your knowledge, those never

11   happened, correct?

12         **A.    Correct, to my knowledge.**

13         Q.    All right.  Let's scroll down a little bit

14   under "product road map."

15               And do you see the first line there says

16   (as read):

17                    K10 miner model?

18         **A.    Yes, I do.**

19         Q.    That's the one that was specified in the

20   written contract between Katena and Coinmint,

21   correct?

22         **A.    Yes, that is correct.**

23         Q.    And it references a production ramp-up, 2H

24   2021.  Am I understanding that correctly to mean

25   second half of 2021?

1        **A.    Yes, that is correct, what you're saying.**

2        Q.    The K10 didn't go into production in the

3    second half of 2021, did it?

4        **A.    The K10 did not go into production.**

5        Q.    Let's go back -- I'm sorry to jump around

6    a little bit -- to the third page, again under that

7    bullet, "core business," where we see up to

8    1 billion USD and signed LOIs and term sheets.

9            Do you see that?

10       **A.    Yes, I do.**

11       Q.    Now, you told me in your deposition that

12   you could not name a single one of the customers who

13   Katena claims had LOIs and term sheets that added up

14   to 1 billion, didn't you?

15       **A.    You're right.  I don't recall the exact**

16   **names.  These were entities in Asia with funny**

17   **names, too.**

18       Q.    Okay.  They had funny names?

19       **A.    Chinese names or long names.**

20       Q.    Okay.  All right.  Let's take a look at

21   some other contracts.

22            MR. ALFORD:  Ted, if we could pull up,

23   please, the VectorCloud purchase order Exhibit 1003.

24            Okay.  I'll pause until people are ready.

25   / /

```
 1    BY MR. ALFORD:
 2         Q.   If we could -- if could you just take a
 3    look at that, and my first question is going to be
 4    whether you recognize this as a purchase order
 5    between VectorCloud Computing and Katena?
 6         A.   Can I see the second page?
 7         Q.   Sure.
 8              MR. ALFORD:  If you could go to the second
 9    page, please, Ted.  Blow it up a little bit.
10    BY MR. ALFORD:
11         Q.   And that's your --
12              MR. HARDIN:  Can we give the witness the
13    witness binder?
14              ARBITRATOR CALLAHAN:  Certainly.
15              MR. ALFORD:  We can if he would prefer the
16    paper copy as opposed to the electronic.  Can we ask
17    him?
18              Would you prefer paper versus electronic?
19              THE WITNESS:  It could be helpful.
20              MR. ALFORD:  Okay.
21              THE WITNESS:  Sure.
22              MR. ALFORD:  Okay.  Let's take a look at
23    Exhibit 1003.
24              ARBITRATOR CALLAHAN:  You might have to
25    just stretch across so you can use that table to
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

```
 1   hold the binder.
 2            THE WITNESS:  I'll try to stick to this.
 3   If not, I'll go this way.
 4            ARBITRATOR CALLAHAN:  You can use both if
 5   you'd like.
 6            THE WITNESS:  Appreciate that.  This is
 7   fine -- for this document, I can see it.  Thank you.
 8            ARBITRATOR CALLAHAN:  You can avail
 9   yourself of the hard copy and just reach over and
10   turn it if you'd like.  You don't have to ask
11   permission.
12            THE WITNESS:  Thank you, ma'am.
13            ARBITRATOR CALLAHAN:  Okay, thank you.
14            MR. ALFORD:  Thank you.
15   BY MR. ALFORD:
16       Q.   And is that your signature on the second
17   page?
18       A.   Yes.  That looks like my signature.
19       Q.   Okay.  And this is a purchase order that
20   was entered into between VectorCloud and Katena in
21   or about early February of 2021?
22       A.   Yes.  I see the dates listed there.
23       Q.   And that's about five months before the
24   contract was entered into between Katena and
25   Coinmint in May?
```

1        **A.    It's about three, four months maybe.**

2        Q.    Three months.  I misspoke, you're right.

3              Okay.  And the first page, do you see

4    under "payment timing," that box there?

5              MR. ALFORD:  If you could blow that up,

6    Ted.  "Payment timing box."  There you go.  Payment

7    timing.  Scroll down a little bit.

8    BY MR. ALFORD:

9        Q.   Do you see the second bullet under

10   "payment timing" references a payment due upon miner

11   working unit?

12       **A.    Yes, I do.**

13       Q.   And do you see a little bit lower down on

14   the page in the last box at the bottom of the page,

15   it references a delivery date on or prior to

16   October 31, 2021, correct?

17       **A.    Yes, I do.**

18       Q.   And VectorCloud paid a deposit to Katena,

19   didn't it?

20       **A.    Yes.  VectorCloud paid a deposit.**

21       Q.   And this contract specifies that if the

22   delivery date is not met, Katena is required to

23   refund to VectorCloud some or all of its money

24   depending on the length of the delay, correct?

25             Do you see where it references that on the

```
 1   bottom of the first page right under the delivery
 2   date?
 3        A.   Yes.  Yes, I do see the clause.
 4        Q.   Okay.  And Katena never delivered any
 5   miners to VectorCloud by October 31, 2021, did it?
 6        A.   That is correct.  Katena did not deliver
 7   any miner --
 8             THE REPORTER:  I'm sorry, that is
 9   correct --
10             THE WITNESS:  That's correct.
11   BY MR. ALFORD:
12        Q.   And in fact, Katena never delivered any
13   miners to VectorCloud, did it?
14        A.   Katena did not, in my tenure as CEO.
15             ARBITRATOR CALLAHAN:  I'm sorry, what?
16             THE WITNESS:  Katena did not deliver any
17   miners to VectorCloud during my tenure as CEO.
18             ARBITRATOR CALLAHAN:  Thank you.
19   BY MR. ALFORD:
20        Q.   And Katena also, during your tenure as
21   CEO, never refunded VectorCloud any of its money,
22   did it?
23        A.   I don't believe so.
24        Q.   And so really the bottom line is
25   VectorCloud took Katena -- I'm sorry, let me start
```

August 28, 2023

```
1    over.
2            So the bottom line is really that Katena
3    took VectorCloud's money, never delivered any miners
4    and never gave this money back, correct?
5        A.   That is my understanding.
6        Q.   Okay.  Let's take a look at the EdgeMode
7    contract, Exhibit 1008.  It's entitled "Sales and
8    purchase agreement."
9            MR. ALFORD:  If you could find that, Ted.
10   BY MR. ALFORD:
11       Q.   Let me know when you're there, Mr. Monzon,
12   or you can look at it on the screen, whichever is
13   your preference.
14       A.   Yes, I do see it.
15       Q.   Okay.  And you recognize this as a sales
16   and purchase agreement between Katena and EdgeMode,
17   correct?
18       A.   Yes, I do.
19       Q.   If we could go to the page 1008-14.  And
20   my question is going to be whether you recognize
21   that as your signature there?
22       A.   Yes, I do.
23       Q.   And I apologize for toggling back and
24   forth, but let's go to the first page.
25            And this contract was entered into in or
```

1    about April of 2021, correct?

2         **A.   Yes.  April 2021.**

3         Q.   So about a month before the written

4    contract between Katena and Coinmint, correct?

5         **A.   Yes.**

6         Q.   And the contract between Katena and

7    EdgeMode provided for the delivery by Katena to

8    EdgeMode of working miner units, correct?

9         **A.   I don't see -- there should be a purchase**

10   **order that goes with the sales purchase agreement,**

11   **which usually details payment terms and delivery**

12   **schedule.**

13        Q.   There is one that's Exhibit A.  And I'll

14   represent to you this is exactly what we've

15   produced, but it -- none of the terms are filled in.

16             But you do recall, correct, that EdgeMode

17   had a contract with Katena for the -- Katena to

18   supply mining rigs to EdgeMode, correct?

19        **A.   Yes, I do.**

20        Q.   And to your knowledge at least, Katena

21   never provided any mining rigs to EdgeMode, did it?

22        **A.   That is correct.**

23        Q.   And EdgeMode paid money to Katena under

24   this contract, correct?

25        **A.   Yes, they did.**

1          Q.   And despite the fact that Katena never

2    provided any mining units to EdgeMode, it never

3    refunded them any of the money, did it?

4          **A.   As of my tenure as CEO, Katena did not.  I**

5    **don't know if after or not.**

6          Q.   All right.  Okay.  Let's take a look at

7    some more documents.

8               Now, first let me ask you this question:

9    Do you remember telling me in your deposition that

10   the reason Katena never produced any -- a single

11   ASIC chic -- sorry.

12              Do you remember telling me in your

13   deposition that the reason Katena never produced a

14   single ASIC chip in a single miner for a single

15   customer is because Coinmint didn't pay all of the

16   money to Katena that you claim it should have paid

17   under the contract?  Right?

18         **A.   Yeah.  That's correct.**

19         Q.   Okay.  And you told me that, as a result,

20   Katena was left without the capital needed to

21   perform on the contracts for any of its customers;

22   isn't that true?

23         **A.   That is correct.**

24         Q.   But in 2021, Katena was representing to

25   investors and customers that it had $200 million in

```
 1    secured revolving credit; isn't that true?
 2         A.    I don't recall the details of that or what
 3    was presented to what investor or customer.
 4              MR. ALFORD:  Let's pull up Exhibit 34.
 5              THE WITNESS:  Is that 1034?
 6              MR. ALFORD:  34.
 7              ARBITRATOR CALLAHAN:  Oh, 34.
 8              MR. ALFORD:  Yes, ma'am, 34.  It's in the
 9    joint exhibits binder.  And we'll have an electronic
10    copy up on the screen.
11              MR. HARDIN:  Mr. Monzon, Mr. Taber is
12    getting you the physical copy.
13              THE WITNESS:  Thank you.
14              ARBITRATOR CALLAHAN:  So this is the
15    PowerPoint slides.
16              MR. ALFORD:  I think Mr. Monzon refers to
17    them as a deck.
18              ARBITRATOR CALLAHAN:  All right.
19              MR. ALFORD:  Yeah.
20              Okay.  Let me know when everybody is
21    ready.
22              THE WITNESS:  I am ready.
23    BY MR. ALFORD:
24         Q.   Okay.  Great.
25              So you remember asking me [sic] questions
```

```
 1   about this document in your deposition?
 2        A.   I don't.
 3        Q.   Do you remember telling me that you
 4   weren't going to answer any questions about it until
 5   you read the entire document?
 6        A.   Sir, I don't recall these details.
 7        Q.   Okay.  Do you recognize this as what you
 8   referred to as a deck?
 9        A.   Yeah.  Presentation deck.
10        Q.   Okay.  And this is an investor
11   presentation that you were involved in preparing
12   while you were CEO of Katena, correct?
13        A.   Yes.  For investors and sometimes for the
14   customers, there would be versions of these
15   presentations.
16        Q.   Right.
17             And, in fact, you, in April of 2021,
18   emailed Mr. Maloney an investor -- a deck, didn't
19   you?
20        A.   I don't recall what dates it was emailed,
21   but it's normal practice to share these
22   presentations with interested parties.
23        Q.   Okay.  And if you could take a look at the
24   second -- at the third page, actually.  It's 34-3.
25   The "at a glance" box there.
```

```
 1              MR. ALFORD:  If we could blow that up a
 2   little, Ted.  The "at a glance" box.  There we go.
 3   BY MR. ALFORD:
 4        Q.   The bottom bullet says (as read):
 5                  200M.
 6             That means 200 million, right?
 7        A.   Yes.
 8        Q.   (As read):
 9                  $200 million secured revolving
10             credit up to $1 billion financing.
11             Isn't that correct?
12        A.   Yes.
13        Q.   And do you remember I asked you about this
14   in your deposition and you couldn't remember any of
15   the details whatsoever of that?
16        A.   I don't recall the details of the
17   deposition.
18        Q.   Okay.
19             MR. ALFORD:  Ted, if we could queue,
20   please, a video of Mr. Monzon's deposition.
21             MR. HARDIN:  I'm going to object to this,
22   it's improper impeachment.  If you've got a
23   question, ask him.  He's just simply said do you
24   recall the deposition.  That's improper impeachment.
25             ARBITRATOR CALLAHAN:  Are you impeaching?
```

1          MR. ALFORD:  He said he didn't recall any
2    of the details, so I'm --
3          MR. HARDIN:  Just ask the question.
4          ARBITRATOR CALLAHAN:  So ask the question
5    and then you can read from the transcript.
6          MR. ALFORD:  Right, that's what -- I would
7    like to play the transcript though.  I have a video.
8          ARBITRATOR CALLAHAN:  Can you reference us
9    to the transcript?
10         MR. ALFORD:  Sure, you bet.
11             (Simultaneous speakers - inaudible.)
12         MR. HARDIN:  There's no substantive
13   question.  Sorry.
14         ARBITRATOR CALLAHAN:  What is the question
15   that you're impeaching?  Because I haven't heard a
16   question.
17         MR. ALFORD:  I'm sorry, I probably didn't
18   say it clearly enough.
19         My question was, and the court reporter
20   can verify this if you'd like, but it was, do you
21   remember me -- do you remember telling me in your
22   deposition that you couldn't recall any of the
23   details of the financing.
24         ARBITRATOR CALLAHAN:  Okay.  And he said?
25         **THE WITNESS:  I don't recall the details.**

```
 1            MR. ALFORD:  I don't recall.
 2            ARBITRATOR CALLAHAN:  Okay.
 3            MR. ALFORD:  So let's take a look --
 4            ARBITRATOR CALLAHAN:  Does he recall it in
 5     the depo?
 6            MR. ALFORD:  I would like to play it and
 7     see what he says, because I do think that, you know,
 8     a witness who's a party affiliate, I could play
 9     their deposition transcript.  It might not be a good
10     use of time to play the whole transcript but doesn't
11     have to be for impeachment.
12            ARBITRATOR CALLAHAN:  No.  The witness is
13     here, Mr. Alford.  So if he said something different
14     at the deposition, that's fine.  But you just
15     prefaced your question with, isn't it true that he
16     couldn't recall at his deposition.  He said that's
17     right, he didn't recall the details.
18            So if you're not playing it to show he
19     recalled the details at the deposition, I don't
20     understand why you're playing it because the witness
21     is here to answer your questions.
22            MR. ALFORD:  I understand.  And I do think
23     that it's proper to play or to read a portion of a
24     transcript of a party affiliate's deposition.  But I
25     respect your view on that, and I won't belabor it.
```

```
 1   We'll keep going.
 2           ARBITRATOR CALLAHAN:  I'm trying to ask if
 3   there's a question you can ask the witness while
 4   he's here.
 5           MR. ALFORD:  Yes.  I did.
 6           ARBITRATOR CALLAHAN:  If there's a
 7   question, then let's ask the witness while he's
 8   here.  And if you need to impeach him, fine, but
 9   otherwise I would prefer that you ask the questions
10   of the witness who is before us versus a deposition
11   where the panel was not present.
12           MR. ALFORD:  Okay.  Let's do that.
13           ARBITRATOR CALLAHAN:  Okay.
14   BY MR. ALFORD:
15       Q.  Okay.  So it's true, is it not,
16   Mr. Monzon, that you can't remember any of the
17   details related to this alleged $200 million in
18   secured revolving credit that you claimed Katena had
19   in 2021, correct?
20       A.  I don't recall the details of the
21   financing.  We talked to various financing entities
22   around this time.
23       Q.  Right.
24           But -- and you told me in your
25   deposition -- and that was early this year, right?
```

1      **A.    Yes.**

2      Q.    You told me in your deposition, at that

3    time, you also couldn't remember any of the details

4    of this $200 million in secured revolving credit

5    that Katena allegedly had in 2021, correct?

6      **A.    I already answered that.  I don't recall**

7    **these details.**

8      Q.    Not the name of the lender?

9      **A.    We were engaging with various Asian**

10    **entities around this time.  I'm sure they can be**

11    **produced, but they were -- I don't remember the**

12    **names of these entities very clearly.  I apologize.**

13      Q.    Right.

14           But just to be clear, I'm not asking you

15    about entities you engaged with.  I'm asking you

16    about the name of the entity, if any, that actually

17    extended $200 million in secured revolving credit to

18    Katena in 2021.

19           Who was that?

20           MR. HARDIN:  Objection.  Misstates

21    testimony.

22           ARBITRATOR CALLAHAN:  No.  He's asking him

23    a question.

24    BY MR. ALFORD:

25      Q.    Who was that?

```
1          A.    I don't recall the details, sir.
2          Q.   Okay.
3               ARBITRATOR CALLAHAN:  Do you recall the
4     name of the -- an entity or entities that actually
5     extended the $200 million in secured revolving
6     credit to Katena?
7               MR. ALFORD:  That's it.
8               THE WITNESS:  Ma'am, what I recall is
9     there were various financing conversations in --
10              ARBITRATOR CALLAHAN:  Do you recall the
11    name?
12              THE WITNESS:  I don't recall the name.  I
13    apologize.
14              ARBITRATOR CALLAHAN:  Okay.
15    BY MR. ALFORD:
16         Q.   Okay.  In fact, it's true, is it not,
17    Mr. Monzon, that Katena didn't have $200 million in
18    secured revolving credit as of 2021?  That's true,
19    isn't it?
20         A.   I -- I -- sir, I already answered the
21    question.  I don't recall the details of the lender
22    discussions around this time.
23         Q.   Well, you do recall that Katena never used
24    a dime of the alleged $200 million in secured
25    revolving credit it claimed it had in 2021, didn't
```

1    use a dime of that --

2         **A.    That is correct.**

3         Q.   -- to build -- I'm not quite finished.

4              -- didn't use a dime of that to build a

5    single ASIC chip in a single working miner for a

6    single customer?

7         **A.    That is correct.  Katena didn't have**

8    **access -- it didn't utilize any funds from this**

9    **200 million revolving credit.**

10        Q.   Okay.  And in 2021, under your leadership,

11   Katena explicitly represented to potential customers

12   and to potential investors that it adhered to

13   ethical business practices, didn't it?

14        **A.    Absolutely.**

15             ARBITRATOR CALLAHAN:  Could we go back to

16   the full screen, Mr. Brooks.

17             MR. ALFORD:  I was going to pull up

18   another one, but --

19             ARBITRATOR CALLAHAN:  Go ahead.  I'm

20   sorry.

21             MR. ALFORD:  We can do it in the hard

22   copy.

23             ARBITRATOR CALLAHAN:  No.  It's fine.

24   It's I just didn't want to -- I wanted to be able to

25   see Ms. Turitz, make sure she was still with us.

```
 1              MR. ALFORD:  I agree.  Let's look, if we
 2     could, at, for a moment --
 3              ARBITRATOR TURITZ:  I'm still here and I'm
 4     going to be here.
 5              MR. ALFORD:  We want to make sure we don't
 6     put you to sleep.
 7              ARBITRATOR CALLAHAN:  It's just that if
 8     you go away, you can't tell us you've gone away once
 9     you're away.
10              Okay.  Go ahead.
11              ARBITRATOR TURITZ:  I'm still here.
12              ARBITRATOR CALLAHAN:  I kind of feel like
13     I'm in the Wizard of Oz.
14              ARBITRATOR TURITZ:  I'll remain behind the
15     green curtain until somebody opens it.
16              MR. ALFORD:  Okay.  Let's pull up, if we
17     could -- we'll excuse Ms. Turitz' video at least for
18     a moment and pull up, we're still on the same
19     document, 34, and go to page 9, 34-9 of the
20     document, where it says "Katena's resilient business
21     model."
22     BY MR. ALFORD:
23        Q.   Okay.  And you see under there where it
24     says (as read):
25                   Katena's dual strategy of
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
1              in-house self-mining (deployment at
2              cost to Katena mining sites) plus
3              hardware sales with American-driven
4              business ethical practices ensures
5              profit and a sustainable business
6              regardless of price fluctuation.
7              Correct?
8         A.   Yes, I do see the slide.
9         Q.   Okay.
10             MR. ALFORD:  All right.  I can't remember
11   when the panel -- in its schedule, when the panel
12   thought a break would be contemplated.  Would you
13   remind me whenever you --
14             ARBITRATOR CALLAHAN:  We're going to break
15   around 10:30.  So another ten minutes or so of
16   questions.
17             MR. ALFORD:  Great.  Let's do that.
18             ARBITRATOR CALLAHAN:  Are you okay,
19   Mr. Monzon --
20             THE WITNESS:  I'm fine.  Thank you for
21   asking.
22             ARBITRATOR CALAHAN:  Okay.
23   BY MR. ALFORD:
24        Q.   Let's talk about Mr. Maloney for a little
25   bit.  For quite a while.
```

```
 1              You were introduced to Mr. Maloney by a
 2    lady named Rachel Pipan, P-I-P-A-N, correct?
 3         A.   Yes, that's correct.
 4         Q.   At the time Ms. -- this was in April of
 5    2021, correct?
 6         A.   I don't recall the exact dates, but it was
 7    around this time.
 8         Q.   Okay.  And at that time, Ms. Pipan was
 9    doing some work for Katena preparing a pitch deck
10    similar to the one we just saw, right?
11         A.   Yeah.  She's in public relations so she
12    helps with presentations.
13         Q.   And she told you that Mr. Maloney was the
14    CFO at Coinmint, right?
15         A.   Yes.
16         Q.   And she told you that he was very unhappy
17    there and he was looking for a job, right?
18         A.   Yes.  That sounds right.
19         Q.   And she sent you his resumé, correct?
20         A.   I don't recall if she sent it or somebody
21    else or Mr. Maloney sent it.
22         Q.   All right.  Let's pull up Exhibit 30.
23              MR. TABOR:  I'm sorry, I didn't hear what
24    you said.
25              MR. ALFORD:  I'm sorry.  Let's pull up
```

**August 28, 2023**

```
 1   Exhibit 30.
 2            And, Ted, if you could pull it up
 3   electronically for those that prefer that medium.
 4            ARBITRATOR CALLAHAN:  That's the WhatsApp
 5   messages?
 6            MR. ALFORD:  Yes, ma'am.
 7            ARBITRATOR CALLAHAN:  Okay.
 8   BY MR. ALFORD:
 9       Q.  And I'm just going to ask you -- let me
10   know when you get there, you can look on the screen,
11   whichever you prefer, Mr. Monzon.
12       A.  Yes.
13       Q.  The question is -- first is going to be
14   whether you recognize this as a string of WhatsApp's
15   messages between you and Ms. Pipan in or about April
16   of 2021?
17       A.  Yeah.  That sounds right.
18       Q.  Okay.  And let's look over at page -- on
19   pages 30-11 to 30-12.
20            ARBITRATOR CALLAHAN:  It actually isn't
21   labeled that way, at least not in this binder.
22            MR. ALFORD:  Okay.
23            ARBITRATOR CALLAHAN:  Can you give me the
24   last three numbers of the Katena number on the
25   bottom.
```

1           MR. ALFORD:  You bet.  It's Katena and
2     then the last digits are 7494 to 7495.
3           ARBITRATOR CALLAHAN:  Okay.  Thank you so
4     much.
5           MR. ALFORD:  No problem.  Thank you.
6     BY MR. ALFORD:
7        Q.   And you say there -- or she says in the
8     second kind of bubble down from the top --
9           MR. ALFORD:  If you could blow that up a
10    little, Ted.
11    BY MR. ALFORD:
12       Q.   On the first page, which is 11 -- page 11,
13    or page 7494, in the first bullet she says (as
14    read):
15               Also, meant to tell you, have
16               potential candidate for a CFO
17               USA-based, currently CFO at
18               Coinmint.
19               Right?
20    **A.   Yes, that I see.**
21       Q.   And you say "oh," right?
22    **A.   Yes.**
23       Q.   And she says (as read):
24               He's an old friend, haven't
25               told him anything yet but I know

1            he's looking.

2            Right?

3      A.   Yes.

4      Q.   And she says (as read):

5                 I'll have his CV and shoot it

6            over.

7            Correct?

8      A.   Yes.

9      Q.   And you say (as read):

10                Please do.

11           And on the next page at the top she sends

12   you a PDF of his resumé, right?

13      A.   Yes.  It looks like there's an attachment.

14      Q.   Okay.  And a little bit further down the

15   page, kind of in the middle there, she tells you --

16   where she starts to say, yeah, she talks about him

17   being unhappy there at Coinmint, correct?

18      A.   Yes, I do see her -- her message.

19      Q.   And subsequently to this, both you and

20   Mr. Gao interviewed Mr. Maloney for a job, correct?

21      A.   I connected with Mr. Maloney probably soon

22   after this exchange and had an introductory call,

23   and then I had Mr. Gao speak with Mr. Maloney in

24   more depth.

25      Q.   Right.

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
 1              But you guys interviewed him for a job,
 2   right?
 3        A.   Yes.  Sure, you could call it that.
 4        Q.   Okay.  Well, that's what you called it,
 5   right?
 6        A.   We were talking to various people around
 7   this time.
 8        Q.   Right.
 9              But you called it a job interview, right?
10              THE REPORTER:  I'm sorry, could you say
11   your answer again.
12              THE WITNESS:  We were growing the team,
13   yes.
14   BY MR. ALFORD:
15        Q.   Okay.  And in connection with interviewing
16   Mr. Maloney for a job, you had him sign a personal
17   NDA, nondisclosure agreement, right?
18        A.   No.  Actually, Mr. Maloney signed an NDA
19   that I recall as the CFO of Coinmint.
20        Q.   He signed two NDAs, didn't he?
21        A.   I don't recall the personal NDA, but
22   maybe.
23        Q.   Okay.  And in the interview process, you
24   and Mr. Gao steered the conversation to the topic of
25   possibly selling machines to Coinmint, right?
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

1          **A.   What I recall is, after my introductory**
2     **call, he would often have Mr. Gao discuss more**
3     **details and vet various folks that were interested**
4     **in joining us.  That is my recollection.**
5          Q.   Okay.  And let's take a look at
6     Exhibit 32.
7               ARBITRATOR CALLAHAN:  Email chain?
8               MR. ALFORD:  Yes, ma'am.  It has Bates
9     numbers 478 through 480.  Katena.
10              ARBITRATOR CALLAHAN:  Okay.  Thank you.
11    BY MR. ALFORD:
12         Q.   And my first question is simply going to
13    be whether you recognize this as an exchange of
14    emails you had with Mr. Maloney on or about April 17
15    of 2021.
16         **A.   Yes, that seems to be the case.**
17         Q.   And you know with emails, it's kind of
18    confusing 'cause the first email is at the bottom.
19    So maybe we could start at the bottom of page 32-2.
20              MR. ALFORD:  Ms. Callahan, does that
21    correspond with your --
22              ARBITRATOR CALLAHAN:  Well, it's just I'm
23    working with the original, which was at
24    Mr. Maloney's hearing, so remember we had the funny
25    exhibit tabs.

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
1               MR. ALFORD:  Yes.
2               ARBITRATOR CALLAHAN:  So if you could just
3     give me -- I show you as starting at 479 if you're
4     talking about the April 15th email.
5               MR. ALFORD:  Yes.  I'll use the Bates
6     numbers from now on.  That will help.
7     BY MR. ALFORD:
8          Q.  So let's look at -- starting at the bottom
9     of page 479.  On Thursday, April 15 of 2021 you say
10    (as read):
11               Hi Michael, thanks for taking
12               care of NDA.
13               Correct?
14         A.  Yes.
15         Q.  And you say (as read):
16               While you go through interview
17               process --
18               That's referring to a job interview,
19    right?
20         A.  Yes.
21         Q.  (As read):
22               While you go through interview
23               process, I heard from Michael.
24               That's Michael Gao, right, sitting across
25    from you over there?
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1      **A.    Yes.**

2      Q.    (As read):

3                    I heard from Michael, from

4             your conversation with him there

5             are potential synergies that may be

6             worth pursuing with Coinmint sooner

7             than later.

8             Right?

9      **A.    Yes.**

10     Q.    And you say (as read):

11                   We are actively locking in

12            preorders.   Things are moving

13            rather fast.

14            Right?

15     **A.    Yes.**

16     Q.    Now, in WhatsApp messages between yourself

17     and Mr. Gao, while you were CEO, you all used the

18     term FOMOing, F-O-M-O, parentheses [sic], I-N-G,

19     right, FOMOing?

20     **A.    I don't recall exactly details of messages**

21     **from two years ago.**

22     Q.    Well, you know what the term FOMOing

23     means, right?

24     **A.    Yes.**

25     Q.    And you've used that term, right?

1       **A.    I'm sure jokingly we have used many terms,**

2    **yes.**

3       Q.   Well, let's set aside jokingly, and we'll

4    let others make the judgment about whether it's a

5    joke or not.  But you know what the term FOMOing

6    means.  Can you tell us what it means?

7       **A.    The exact definition is fear of -- it's**

8    **when there's interest, I guess.  When there's**

9    **interest by different parties.**

10      Q.   Well, it means fear of missing out, right?

11      **A.    Thank you.**

12      Q.   And it's a sale -- is that correct?

13      **A.    It makes sense.**

14      Q.   Yeah.  And it's a sales tactic that you

15   and Mr. Gao used to generate fear in a potential

16   customer that they might miss out because you have

17   so many orders waiting in line, right?

18      **A.    I don't think FOMO is enough to lock in a**

19   **contract.  There's a lot of due diligence that takes**

20   **place before orders.**

21      Q.   Well, I didn't ask you whether it was

22   enough -- your answer was (as read):

23               I don't think FOMO is enough

24               to lock in a contract.

25               But that wasn't my question.  My question

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1   is really -- was different than that.

2          My question is, this is a sales tactic

3   that you and Mr. Gao used to generate fear in a

4   potential customer that they might miss out because

5   of so many other orders you had in line.  Isn't that

6   true?

7          **A.   No.  I don't think so.**

8          Q.   Okay.  So you weren't FOMOing Mr. Maloney

9   here when you told him we're actively locking in

10  preorders, things are moving fast, you weren't

11  FOMOing?

12         **A.   That statement is factually true, as you**

13  **have shared prior documents.  We were locking in**

14  **preorders at this time.  It was an exciting time.**

15         MR. ALFORD:  Let's -- I'm going to shift

16  gears, should we keep going?

17         ARBITRATOR CALLAHAN:  This is probably a

18  good stopping point.  It's 10:30.  Why don't we take

19  ten.

20         MR. ALFORD:  Okay.  Thank you.

21          (Whereupon, a recess was taken from

22           10:30 a.m. to 10:41 a.m.)

23         ARBITRATOR CALLAHAN:  Go ahead,

24  Mr. Alford, with a pretty please.

25         MR. ALFORD:  Pretty please I would ask the

1    panel's indulges to go to 12:30 and I'll do my

2    darndest to wrap up by then.

3              ARBITRATOR CALAHAN:  So granted.

4              MR. ALFORD:  Thank you, Your Honor.

5              MR. HARDIN:  I would --

6              ARBITRATOR CALLAHAN:  And you'll be given

7    equal accommodation.

8              MR. HARDIN:  I know that.

9              ARBITRATOR CALLAHAN:  You don't even have

10   to say pretty please.

11             MR. HARDIN:  Actually, I want to say

12   pretty please for like a five-minute break for

13   Mr. Monzon, because he does have back issues.  So I

14   hear you, you want to go to 12:30, we could even do

15   12:35.  We'll give him a five-minute break to

16   stretch.

17             ARBITRATOR CALLAHAN:  You let us know when

18   you need a stretch break, Mr. Monzon.

19             MR. ALFORD:  No problem with that.

20             ARBITRATOR CALAHAN:  And that's a standing

21   offer to you, sir, whether -- if we haven't taken a

22   break at a time you need it, please you just need to

23   say something.

24             **THE WITNESS:  Just if you see me twisting.**

25             ARBITRATOR CALLAHAN:  I might not notice,

1  so please, sir, if you need to take a short stretch,

2  just let us know and we'll add on time to both

3  sides.

4          **THE WITNESS:  Thank you.**

5          MR. ALFORD:  You bet.

6          ARBITRATOR CALLAHAN:  So please, let me

7  know, please.

8          All right.  Go ahead, Mr. Alford.

9          MR. ALFORD:  So we're back on the record.

10         ARBITRATOR CALLAHAN:  Yes, we are.

11 BY MR. ALFORD:

12     Q.   Okay.  If you could take a look, please,

13 at Exhibit 37.

14         MR. ALFORD:  We'll pull it up, please,

15 Ted, or you can look at the hard copy too of 37.

16         If we could blow it up a little, Ted.  The

17 top of the page so we can see the top.  Yeah.

18 BY MR. ALFORD:

19     Q.   And my first question to you, Mr. Monzon,

20 is going to be:  Do you recognize this as a string

21 of text messages between you and Michael Gao in or

22 about May 4 of 2021?

23     **A.   Yes.**

24     Q.   And if you could look at page -- so just

25 to orient us, this is about, what, a week and a half

```
 1   or so after you all interviewed Mr. Maloney for a
 2   job, correct?
 3        A.   I don't know exactly the dates of when
 4   interviewing or discussions took place.
 5        Q.   Okay.  If we could take a look at page --
 6   the Bates page is 6616, the other page is 37-31.
 7             MR. ALFORD:  If you could blow that up a
 8   little, please, Ted.
 9   BY MR. ALFORD:
10        Q.   Do you see that's Mr. Gao saying --
11   writing (as read):
12                 Interesting call with Mike
13             from Coinmint.
14             Right?
15        A.   Yes.
16        Q.   And then there's a missed voice call.  And
17   then Mr. Gao says (as read):
18                 He tells me the -- following,
19             he corrects his typo, right?
20        A.   Yes.
21        Q.   (As read):
22                 He tells me the following, CEO
23             is signed off on $60 TH --
24             That means per terahash, right?
25        A.   Yes.
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1          Q.    (As read):

2                      Hundred M, hundred million,

3                order.

4                Right?

5          A.    Yes.

6          Q.    And on the next page, Mr. Gao again

7    continues to recount for you the conversation he

8    claims he had with Mr. Maloney, right?

9                Correct?

10         A.    Yes.  That's what it sounds like.

11         Q.    He says (as read):

12                     They have cash in hand, he

13               meant, right, to pay down payment.

14               Do you see that?

15         A.    Yes.  On the top.

16         Q.    (As read):

17                     CEO has already been briefed

18               on Katena.

19               Do you see that?

20         A.    Yes.

21         Q.    And he says (as read):

22                     They want US --

23               And "us" is all caps.

24               Do you see that?

25         A.    Yes.

**August 28, 2023**

```
1        Q.   (As read):
2                  They want US to recommend them
3             a tech due diligence firm.  He will
4             just say he found them himself.
5             Do you see that?
6        A.   Yes.
7        Q.   And when you read that, you understood
8    that Mr. Gao was telling you that he had reached an
9    agreement with Mr. Maloney that Katena would
10   recommend a due diligence firm and Mr. Maloney would
11   just say to others at Coinmint that he found them
12   himself.  You understood that's what he was saying,
13   right?
14       A.   Yeah.  That seems so.
15       Q.   Yeah.
16                  And when he told you that, did you write
17   back to him and say, wait a second, that's
18   dishonest, we can't be involved in any kind of deal
19   like that?
20                  Did you write back and tell him that?
21       A.   I don't see any of my messages here until
22   later on.  But this is not uncommon.
23       Q.   Well, I didn't ask you whether it was
24   uncommon.  I just asked you whether you wrote back
25   to him and said, wait a second, that sounds
```

```
 1   dishonest.  We shouldn't have any part in a deal of
 2   having Mr. Maloney lie about how the due diligence
 3   person was found.
 4           Did you write back and say that?
 5      A.   No.
 6      Q.   No.  Okay.
 7           And he goes on to recount for you other
 8   aspects of his conversation with Mr. Maloney,
 9   correct?
10           (As read):
11               Lock PO by Thursday next week.
12           Correct?
13      A.   Yes.
14      Q.   And he says (as read):
15               Why is it so slow, I asked.
16           He tells me they literally had a
17           leadership shakeup, new CEO.
18           Do you see that?
19      A.   Yes.
20      Q.   And he went on to tell you, the new CEO
21   has already signed off on Katena, but they were
22   navigating that for the last two weeks, right?
23      A.   Yes.
24      Q.   Now, you understood the new CEO wasn't
25   Mr. Soniat?  He wasn't the new CEO, right?
```

1      **A.   I didn't know Mr. Soniat at this time,**
2      **actually.**
3          Q.   Okay.  And at the top of the next page, he
4      tells you that Mr. Maloney told him about the prices
5      your competitors were offering them, right?
6          **A.   I don't know if that's from Mr. Maloney or**
7      **that's Michael Gao's industry knowledge.**
8          Q.   Well, he says (as read):
9               Their best quote on BITMAIN
10              hardware is 70 - TYG.
11              Right?
12         **A.   I see that.**
13         Q.   And BITMAIN would have been your biggest
14     competitor at that time, right?
15         **A.   Yes.  BITMAIN is, and remains, I think,**
16     **the market leader.**
17         Q.   They were the 500-pound gorilla in the
18     room?
19         **A.   Chinese company, yes.**
20         Q.   And somehow Mr. Gao got information about
21     the prices that BITMAIN, your competitor, was
22     charging Coinmint, right?
23         **A.   Yeah.  And this pricing would change**
24     **regularly, by the way.**
25         Q.   Okay.  And at the top of the next page,

```
1    page 37-34 or Bates page 6691, you say at the top
2    (as read):
3                  Okay, good.  So who do we
4            think, one of Sagar's B-I-T-C-H
5            engineers.
6            You wrote that, right?
7        A.   Yes.  That's what it seems like.
8        Q.   And then you say (as read):
9                  LOL, what's the risk at this
10           point besides tech DD?
11           DD is due diligence, right?
12       A.   Yes.
13       Q.   (As read):
14                 Sagar calling some people he
15           knows to identify tech DD
16           consultant, three people.  So
17           conversion rate needs to be one of
18           three to work out, not bad.
19           Right?
20       A.   Yes.
21       Q.   Now, there's a -- you say LOL when you say
22   one of Sagar's B-I-T-C-H engineers, LOL.  But it
23   wasn't a joke because within minutes after this text
24   exchange you reached out to Mr. Reddy and assigned
25   him the task of finding someone to do the due
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1    diligence, didn't you?

2        **A.    I reached out to Mr. Reddy so he could**

3    **identify competent options to do the diligence, yes.**

4        Q.    Okay.  Let's look at Exhibit 38.  Well,

5    let's -- for a second -- I apologize.  Let's toggle

6    back to 37.  And the part of 37 that we were looking

7    at where you talk about one of Sagar's B-I-T-C-H

8    engineers was May 4 at 1529.

9            So what, about 3:29 p.m.?

10       **A.    I suppose.**

11       Q.    Okay.  And then let's take a look on

12   Exhibit 38.  If you could toggle there.  That was

13   sent on the same day, May 4, right?

14       **A.    I guess.**

15       Q.    If we could start at the top of

16   Exhibit 38, at the top.

17           MR. ALFORD:  At the top, first page,

18   please, Ted.  Page 38-1.

19   BY MR. ALFORD:

20       Q.    Well, we could use the hard copy for now.

21   In the hard copy you say (as read):

22               Hey dude, call me when you get

23           a chance.

24           Right?

25       **A.    Yes.**

1      Q.   And Reddy says (as read):

2                Will do.

3           And you say (as read):

4                Your phone sucks, hey dude.

5           Right?

6      **A.   Sometimes Sagar wasn't easy to reach.**

7      Q.   And he says, yes, on the next page, right?

8      **A.   Mm-hmm.**

9      Q.   And you say (as read):

10               Need an engineer for Coinmint

11          to hire to do tech due dil on

12          Katena.

13          Right?

14     **A.   Yes.**

15     Q.   And he writes back with three question

16   marks, right?

17     **A.   Mm-hmm.**

18     Q.   And you say (as read):

19               The CFO at Coinmint will just

20          say ENG --

21          That means engineer, right?

22     **A.   Or engineering.**

23     Q.   Engineer.  (As read):

24               The CFO at Coinmint will just

25          say engineer is his recommendation.

```
 1            Right?
 2     A.    Yes.
 3     Q.    So you were asking Mr. Reddy to find an
 4  engineer that the CFO would say came from him and
 5  not from Mr. Reddy, right?
 6     A.    Yeah.  Like I said --
 7     Q.    Right.
 8     A.    -- it's a common practice in the industry.
 9     Q.    Well, I didn't ask you if it's common
10  practice.  We can agree to disagree about that.  I
11  just asked you what you said.
12            And then you say (as read):
13                Didn't come from us.
14            Didn't you?
15     A.    (Nods head.)
16     Q.    You did, right?
17     A.    I'm reading it.  Yes.
18     Q.    And that's what you wrote (as read):
19                Didn't come from us.  Coinmint
20            is customer waiting to place
21            hundred M order.
22            Mr. Reddy says (as read):
23                Oh, that kind.  But he wants
24            us to recommend an engineer?
25            And you say (as read):
```

```
 1              Who can you identify that will
 2              do tech due dil on you, friendly,
 3              rubber stamp and credible.
 4              Right?
 5      A.    Yes.
 6      Q.    (As read):
 7                  For Coinmint CFO to look good.
 8              Why did you want the Coinmint CFO to look
 9   good?
10      A.    Oh, we were very confident in our
11   technology at this point.
12      Q.    Okay.
13      A.    We had passed due diligence multiple
14   times.  I would have a common phrase.  I would say
15   you can bring NASA engineers to us if you like.  We
16   were very confident.
17      Q.    You were so confident in your technology
18   that you could bring a NASA engineer to vet it, but
19   you had to have someone who would rubber stamp it,
20   right?
21      A.    Because we believed in the technology.
22              MR. ALFORD:  Let's pull up, if we could,
23   Ted, the Oxford definition of rubber stamp, Oxford
24   language dictionary.
25              ARBITRATOR CALLAHAN:  Mr. Alford,
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

```
 1   questions, please.  We're not in argument.
 2             MR. ALFORD:  Sure.  Thank you.  That's
 3   fair.
 4   BY MR. ALFORD:
 5        Q.  You understand what rubber stamp means,
 6   right?
 7        A.  Yeah.  In this context.  Look, we pass
 8   tech due diligence all the time.  So not a big deal.
 9             ARBITRATOR CALLAHAN:  What's the question,
10   Mr. Alford?
11             So you understand what rubber stamp means,
12   yes, Mr. Monzon?
13             THE WITNESS:  Yes, ma'am.
14             ARBITRATOR CALLAHAN:  Okay.  Mr. Alford,
15   next question.
16             MR. ALFORD:  Thank you.
17   BY MR. ALFORD:
18        Q.  In fact, when you wrote rubber stamp, you
19   meant you wanted to find someone who would bless the
20   technology without giving it due consideration,
21   didn't you?
22        A.  Absolutely not.
23        Q.  You know that's what rubber stamp means,
24   don't you?
25        A.  I don't think that's what that means.
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
 1        Q.   Okay.  Ted, let's pull up the Oxford
 2   dictionary definition of rubber stamp.
 3             MR. HARDIN:  Objection.
 4             ARBITRATOR CALLAHAN:  No.
 5             MR. ALFORD:  Okay.
 6             ARBITRATOR CALLAHAN:  Mr. Alford, that is
 7   for argument.  Let's do questions while Mr. Monzon
 8   is here, please.
 9             MR. ALFORD:  Okay.
10   BY MR. ALFORD:
11        Q.   And Mr. Reddy -- after you say (as read):
12                  For Coinmint CFO to look good.
13             Mr. Reddy says (as read):
14                  Thinking.  Thinking.
15             Right?
16        A.   Yes.
17        Q.   And you say (as read):
18                  The Coinmint CFO will join
19             Katena after he gets us this deal.
20             Right?
21        A.   Yes.
22        Q.   You didn't tell Mr. Reddy, as we've heard
23   here today, that this was just an informational
24   interview, did you?
25        A.   I'm sorry, informational interview?
```

**August 28, 2023**

1      Q.   You didn't tell Mr. Reddy, we just had an

2   informational interview of Mr. Maloney, we're not

3   going to really offer him a job.

4           You didn't tell him that, did you?

5      **A.   No.  And Sagar would be always designing.**

6   **So I sometimes would use tactics to move him so he**

7   **could give us priority.**

8      Q.   Okay.  So you said you would sometimes use

9   tactics to move him so he would give us priority.

10          So when you told Mr. Reddy that the CFO

11   will join Katena after he gets us this deal, you're

12   telling us you weren't being honest with him; you

13   were just trying to motivate him to get his

14   attention by telling him something that wasn't true;

15   is that what you're saying?

16     **A.   We liked Mr. Maloney.  We had good**

17   **impressions of him since we met him.  And, sure,**

18   **these are internal communications.  We were**

19   **aspirational.**

20     Q.   Aspirational?

21     **A.   We can find something for him at some**

22   **point.**

23     Q.   Well, you didn't say we hope to hire him

24   at some point in the future.  You said he will join

25   Katena after he gets us this deal.  That's what you

```
 1   wrote, right?
 2        A.   In a WhatsApp message, yes.
 3        Q.   That's right.
 4             And you say (as read):
 5                  One of your engineers can act
 6             as consultant or someone in your
 7             network to say we walk on water.
 8             We are top engineering team,
 9             results are 100 percent real,
10             recommendations to Coinmint, place
11             order now.
12             You wrote that, right?
13        A.   Yes.  I would push the team regularly.
14        Q.   And Mr. Reddy says (as read):
15                  Weird.  I will need to check
16             with the guy from my previous work.
17             Let me call three guys right now I
18             can think of to see if they would
19             do it.
20             Right.
21        A.   Yes.  I read that.
22        Q.   And you say (as read):
23                  Yeah.  Why weird?  We are
24             basically giving them the tech due
25             dil --
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
1              Due diligence, right?
2              -- lead.
3              Right?
4         A.   Yes.
5         Q.   And Mr. Reddy says (as read):
6                   Not that.  The fact that he
7              wants to join us.
8              Right?
9         A.   Yes.
10        Q.   And you say (as read):
11                  Oh, yeah.  He sees the upside.
12             That's why.
13        A.   That's right.  Everyone did.
14        Q.   The upside for him in joining Katena,
15   right?
16        A.   The upside of the company, 'cause we were
17   well known at this point.
18        Q.   Well, I didn't ask you whether you were
19   well known.  I asked you, when you said he sees the
20   upside, that's why, you were answering Reddy's
21   question about that's weird that he wants to join
22   us.  And you said he sees the upside of joining us,
23   right?
24        A.   That's what I read, yes.
25        Q.   Right.  And you say (as read):
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
 1                  His interview is this deal,

 2          LOL.

 3          Right?

 4     A.   Yes.

 5     Q.   And Mr. Reddy says (as read):

 6                  Anyway, calling these guys.

 7          Right?

 8     A.   Yep.

 9     Q.   Now, let's go back to 37 because some of

10   these email chains between you and Mr. Reddy and you

11   and Mr. Gao kind of overlap each other, right, in

12   time.  So if we could go back to 37.

13          And in Exhibit 37, you report back to

14   Mr. Gao about your conversation with Mr. Reddy,

15   right?

16     A.   Which --

17     Q.   You bet.  If we could turn to page 37 of

18   Exhibit 37, it's Bates number 6622.  Again, on

19   May 4th, but later in the day you report back

20   because Mr. Gao asked you (as read):

21                  Is Sagar on this tech DD

22          thing?

23          Do you see that?

24     A.   Yes.

25     Q.   And you say (as read):
```

```
 1              He said he called three
 2         people.
 3         Right?
 4    A.   Yes.
 5    Q.   (As read):
 6              Did you talk to him tonight?
 7         And Mr. Gao says (as read):
 8              They all said no.
 9         And you say (as read):
10              He gets confused.
11         Right?
12    A.   Yes.
13    Q    (As read):
14              He's worried about people
15         knowing about it.
16              That's what Mr. Reddy told you, right?
17    That he's worried about people finding out about
18    your plan to misrepresent how the tech due diligence
19    person was found.  That's what he told you, right?
20    He's worried about people finding out --
21              MR. HARDIN:  Objection.
22    BY MR. ALFORD:
23         Q.   -- about this scheme?
24              MR. HARDIN:  Objection.  Compound.
25    Testifying.
```

1          ARBITRATOR CALLAHAN:  Well, it is -- could

2     you answer the question, Mr. Monzon --

3          **THE WITNESS:  Sure.**

4          ARBITRATOR CALLAHAN:  -- as phrased?

5          **THE WITNESS:  I don't know what he was**

6     **worried about exactly in this message.**

7     BY MR. ALFORD:

8          Q.   Okay.  Well, when you say he's worried

9     about people knowing about it, the "it" was the plan

10    to misrepresent how the due diligence person was

11    found; isn't that true?

12         A.   **That would never be our intention.**

13         Q.   Okay.  And Mr. Gao then says (as read):

14              Now he says he still had yet

15              to call.

16              And it's two people now, right?

17         A.   **Yes.**

18         Q.   And you say (as read):

19              Or some -- I'll abbreviate it

20              as BS for the sake of decorum.

21              Right?

22         A.   **Yes.**

23         Q.   Correct?

24         A.   **Yes.**

25         Q.   And you say (as read):

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
 1                    Told him it would all be
 2            confidential.
 3            Didn't you?
 4      A.    Yes.
 5      Q.    You told Mr. Reddy, don't worry about
 6    anybody finding out, it will all be confidential.
 7            That's what you told Mr. Reddy, right?
 8      A.    I told him it would be confidential.
 9      Q.    Right.
10            And you say (as read):
11                    Need to move on this.  And
12            then you use an expletive.  This is
13            the way to Coinmint.
14            Right?
15      A.    Yes.
16      Q.    And Mr. Gao says (as read):
17                    Maloney has walked it to the
18            finish line for us.  This is the
19            easiest possible DD process.
20            Right?
21      A.    Yes.
22      Q.    And you say (as read):
23                    Yeah, so let's find a --
24            another expletive -- person.
25            Right?
```

1        **A.    Yes.**

2        Q.    Now, despite the fact that Mr. Reddy told

3    you he was having trouble finding somebody because

4    they were all worried about finding out, he did find

5    someone two days later, didn't he?

6        **A.    I don't recall exactly when he found some**

7    **options.**

8        Q.    Well, let's take a look at Exhibit 39, if

9    we could.  This is an email exchange between Edwin

10    Song.  Do you know who Edwin Song is?

11        **A.    He was a part-time consultant helping us**

12    **out at that time.**

13        Q.    Okay.  He was a consultant for Katena?

14        **A.    Yeah.**

15        Q.    And this is an email exchange between

16    Edwin Song and yourself and Mr. Maloney and Mr. Gao

17    and Robert Bleck, right?

18        **A.    I think I was copied on this.  I don't**

19    **know who sent -- oh, I added people, yes.**

20        Q.    And Mr. Bleck was a social acquaintance of

21    Mr. Reddy, correct?

22        **A.    My understanding is Mr. Bleck was a**

23    **seasoned guy in Mr. Reddy's network.**

24        Q.    Well, he was a social acquaintance of

25    Mr. Reddy, correct?

1              MR. HARDIN:  Objection.  Asked and
2     answered.
3              **THE WITNESS:  I think I answered the**
4     **question.**
5              ARBITRATOR CALLAHAN:  Yeah.  Sustained.
6              Go ahead.
7     BY MR. ALFORD:
8         Q.   Okay.  And when you asked Mr. Reddy to
9     find someone from his network to rubber stamp the
10    due diligence, he found Mr. Bleck, right?
11             MR. HARDIN:  Objection to testifying and
12    mischaracterizing the document.  If you're going to
13    read --
14             MR. ALFORD:  I don't think so.
15             MR. HARDIN:  You're going to read the
16    document, read the whole thing.  Read the credible
17    part.  You want to read the whole text in there,
18    read the credible part.
19             MR. ALFORD:  Now the speaking objection.
20             ARBITRATOR CALLAHAN:  Wait a second.
21             Are you asking Mr. Monzon a question
22    that's in relationship to this email that we have in
23    front of us?  And if so, let's focus in on the part
24    of the email that you're asking him about.
25    Otherwise, let's put it away and ask the question

```
 1   you want.
 2           MR. ALFORD:  We can put it aside if for
 3   the moment, sure.
 4           ARBITRATOR CALLAHAN:  Okay.  So listen
 5   carefully to the question, Mr. Monzon.
 6           Go ahead, Mr. Alford.
 7           MR. ALFORD:  The question, I'll just
 8   repeat it from the record.
 9   BY MR. ALFORD:
10       Q.   When you asked Mr. Reddy to find someone
11   from his network to rubber stamp the due diligence,
12   he found Mr. Bleck, right?
13           MR. HARDIN:  Same objection.
14           ARBITRATOR CALLAHAN:  Well, you can answer
15   the question, Mr. Monzon.
16           THE WITNESS:  Yes.  Mr. Reddy found
17   Mr. Bleck as a competent option for Coinmint.
18           MR. ALFORD:  Okay.  Well, I'll move to
19   strike the last part of it, but ...
20   BY MR. ALFORD:
21       Q.   And then back to Exhibit 39.  This was an
22   email that you were looped in on May 6th, right,
23   that indicated that Mr. Bleck was coming on board?
24       A.   Yeah.  It's an email from Mr. Maloney, I
25   think to us as a group, and I wanted to make sure
```

August 28, 2023

```
 1   NDAs were in place.

 2        Q.   Correct.  Dated May 6th, correct?

 3        A.   Yes.  That is what I see on the printout.

 4        Q.   Okay.  All right.  Let's shift gears a

 5   little bit.  Now, in early May, you and Mr. Maloney

 6   exchanged drafts of a contract for the sale of

 7   mining rigs to Coinmint, correct?

 8        A.   Yes, sir, on those dates, yep.

 9        Q.   Okay.  And when you were negotiating the

10   contract and exchanging drafts back and forth,

11   Mr. Maloney was your sole contact at Coinmint,

12   correct, for that purpose?

13        A.   We understood Mr. Maloney was the primary

14   contact for dealing with mining rigs, but we also

15   understood he was in regular discussions with

16   Coinmint's management team.

17        Q.   I didn't ask you whether he was in regular

18   discussions.  I simply asked you whether he was

19   your -- your primary contact --

20        A.   Yes.

21        Q.   -- for the process of negotiating the

22   contract terms and exchanging drafts.

23             MR. HARDIN:  Objection.  Asked and

24   answered.

25             THE WITNESS:  Yes.
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
1                    ARBITRATOR CALLAHAN:  Okay.  Thank you.
2      BY MR. ALFORD:
3           Q.   Great.
4                Okay.  Let's pull up Exhibit 15, please.
5                Let me know when you're there or you can
6      use the electronic version.
7                You're there?
8           A.   Yes, I am.
9           Q.   Okay.  This is a --
10                   ARBITRATOR CALLAHAN:  Go ahead.
11                   MR. ALFORD:  I don't want to leave you
12     out.
13                   ARBITRATOR CALLAHAN:  I'm ready.
14                   MR. ALFORD:  Thank you.
15     BY MR. ALFORD:
16          Q.   This is an exchange of WhatsApp messages
17     between you, Mr. Maloney and Mr. Gao on May 13,
18     2021, correct?
19          A.   Yes.
20          Q.   And you were reaching out to him on that
21     day to inquire as to the status of getting the
22     contract signed, correct?
23          A.   Yes.
24          Q.   And you write (as read):
25                   Morning.
```

**August 28, 2023**

```
 1              And then there's the "at" sign.  (As
 2   read):
 3                   That's I guess the way that
 4                   the platform identifies the person.
 5              Is it fair to say we can just substitute
 6   that and say good morning, Mr. Maloney?  That's what
 7   it means, right?
 8        A.   Yeah.  The "at" is directed at different
 9   people.
10        Q.   Right.
11              So we could just say good morning,
12   Mr. Maloney, checking in, right?
13        A.   Yeah.
14        Q.   Okay.  (As read):
15                   Good morning, Mr. Maloney,
16                   checking in.  I see Ashton hasn't
17                   even opened DocuSign yet.
18                   Right?
19        A.   Yes.
20        Q.   And Mr. Maloney writes back (as read):
21                   He's not even in office yet.
22                   Only hiccup we have is getting the
23                   engineer report.  We have verbal
24                   confirmation yesterday from Bleck.
25                   I'm moving that across fast.
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

August 28, 2023

1           Right?

**2      A.   Yes, I see that.**

3      Q.   So as of the morning of May 13, you

4  understood that Mr. Maloney had received some verbal

5  confirmation from Mr. Bleck about his due diligence

6  work and that Mr. Maloney was moving the contract

7  across fast, correct?

**8      A.   That's what he was telling us, yes.**

9      Q.   Okay.  And then later that same morning,

10  you learned that Coinmint, in fact, had signed the

11  contract, correct?

**12      A.   I don't recall exactly.  It was later that**

**13  morning or that day.  But the contract was signed.**

14      Q.   It was signed that day, is your

15  understanding, correct, the 13th?

**16      A.   Again, I don't recall the exact dates of**

**17  signatures.**

18      Q.   Have you read the -- have you read

19  Katena's opening brief in this arbitration?

**20      A.   Have I read Katena's opening brief?**

21      Q.   Yes.

**22      A.   I haven't.**

23      Q.   Okay.  Do you have an understanding one

24  way or the other whether Katena's taking the

25  position in this arbitration that the contract price

```
 1    in the contract between Katena and Coinmint was a
 2    fraction of market price?  Do you have an
 3    understanding one way or the other?
 4         A.   What I recall is the price was
 5    competitive.  It was often below what the main
 6    competitor BITMAIN would offer.
 7         Q.   Well, the day the contract was signed, you
 8    and Mr. Gao communicated with one another about it
 9    being a sweetheart deal, didn't you?
10         A.   I don't recall exact details of that.
11         Q.   Okay.  Let's pull up Exhibit 15.
12              ARBITRATOR GLICK:  15 we're on.
13              MR. ALFORD:  15, yes.
14              THE WITNESS:  It's the same exhibit.
15              MR. ALFORD:  I'm sorry.  I have the wrong
16    one.  I apologize.  41.  Exhibit 41.
17    BY MR. ALFORD:
18         Q.   And this is a series of text exchanges
19    between yourself and Mr. Gao on May 13, 2021,
20    correct?
21         A.   Yes.
22         Q.   Okay.  If we could go to pages -- page 21,
23    which is Bates page 6215.
24              Are you there?
25              You say at the top of that page (as read):
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

```
 1                    It definitely won't be easy to
 2             get any other deals like Coinmint.
 3             Right?
 4       A.    Yes.
 5       Q.    And Mr. Gao says "true."  And you say (as
 6   read):
 7                    Don't expect that.  It won't
 8             happen.
 9             Right?
10       A.    Yes, I see that.
11       Q.    And Mr. Gao says (as read):
12                    What do you think Celsius will
13             do?
14             Right?
15       A.    That's what Mr. Gao says.
16       Q.    Celsius was another customer you were
17   courting around that same time?
18       A.    Yes.
19       Q.    And you say (as read):
20                    It's due to Maloney because of
21             deal in the works for him.
22             Right?
23       A.    Yes.
24       Q.    And by "deal in the works for him," you
25   meant the offer of a job with and equity in Katena,
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

August 28, 2023

```
 1    right?

 2         A.    No, sir.

 3         Q.    Okay.  And Mr. Gao says (as read):

 4               Yeah, sweetheart deal.

 5               Right?

 6         A.    Yes.

 7         Q.    And you say (as read):

 8               They'll negotiate hard.

 9               Talking about Celsius, right?

10         A.    Coinmint.

11         Q.    And Mr. Gao says, (as read):

12               Maybe we offer a job to CFO of

13               Celsius.

14               Right?

15         A.    Yes, I see that.

16         Q.    And you say (as read):

17               LOL.

18               And you say (as read):

19               CFO Celsius is old school and

20               slow.  Nothing likely Maloney.  We

21               don't want him.  But I get your

22               point.

23               Right?

24         A.    Yeah.  We're joking.

25         Q.    Okay.  Do you recall that May 13, 2021 was
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
 1   a Thursday?

 2           That's asking a lot, I know.  Would it

 3   help you to see a calendar?  Would that refresh your

 4   recollection if you see a calendar of the month of

 5   May?

 6           ARBITRATOR CALLAHAN:  Do you want to make

 7   an offer of proof, Mr. Alford?

 8           MR. ALFORD:  I would love to show the

 9   calendar.

10           ARBITRATOR CALLAHAN:  Is there any

11   disagreement that May 13, 2021 was a Thursday?

12           MR. ALFORD:  We have a calendar.  We can

13   pull it up.

14           MR. HARDIN:  I haven't even looked at the

15   date.

16           ARBITRATOR CALLAHAN:  Does it matter?

17           MR. ALFORD:  It does matter.  It does.

18   It's real important to sequence of events.

19           MR. HARDIN:  Arbitrator Glick is looking

20   it up.  And if she decrees it to be a Thursday, that

21   may be the day of the week.

22           ARBITRATOR GLICK:  I can look it up, if

23   you wait a second.  What date?

24           MR. ALFORD:  May 2021.

25           ARBITRATOR GLICK:  May what?
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I          **August 28, 2023**

```
 1              MR. ALFORD:  May 13.
 2              ARBITRATOR GLICK:  May 13 is a Thursday
 3    2021.
 4              ARBITRATOR CALLAHAN:  Everybody in
 5    agreement we'll use Thursday as being the date,
 6    May 13, 2021?
 7              MR. HARDIN:  If Ms. Glick says it was, I'm
 8    good with it.
 9              MR. ALFORD:  We can both have it.
10              ARBITRATOR CALLAHAN:  Okay.  Let's go.
11              MR. ALFORD:  Okay.  Good.  Let's go.  Yes.
12    Let's pull up Exhibit 51.
13    BY MR. ALFORD:
14       Q.   And I'm just going to ask you generally
15    whether this is the contract that -- the written
16    contract, at least, that was executed between
17    Coinmint and Katena on or about May 12, May 13.
18       A.   Yes, I can see the signature page.
19       Q.   Indicating -- okay.
20              And so would you agree with me that if the
21    contract was signed on Thursday, May 13, the
22    $37.5 million payment was due three business days
23    later on May 18, correct?
24       A.   I'll trust your --
25       Q.   Okay.  Now, May 18 came and went without
```

1    any payment at all from Coinmint, didn't it?

2         **A.   I don't recall the exact dates of payments**

3    **from Coinmint.**

4         Q.   Well, you do recall, right, that no

5    payment whatsoever was made by Coinmint to Katena on

6    or about May 18, right?

7         **A.   Again, I don't remember exact dates of**

8    **payments, sir.**

9         Q.   Okay.  Let's refresh your recollection,

10   then with -- I think it's Exhibit 36.

11        MR. ALFORD:  Let me get there first before

12   you all bother because I could be wrong about that.

13   BY MR. ALFORD:

14        Q.   Okay.  Let's look at Exhibit 43 to refresh

15   your recollection about when the first payment was

16   made.  Exhibit 43, page 7, or it's Bates page 6742.

17   This is a text exchange, a WhatsApp exchange between

18   you and Mr. Gao, correct, on June 28th, 2021?

19        **A.   Yes.**

20        Q.   And on page 7, about halfway down, you

21   write, "holy," and then expletive, right?

22        **A.   Yes.**

23        Q.   And you say (as read):

24             We got 7.5M -- meaning

25             7.5 million -- from Coinmint.

1          Right?

**2**     A.   Yes.

3          Q.   And then there's -- you have a series

4     of -- what are those, like party horns blowing

5     there?

**6**     A.   Yes.  It looks like emojis.

7          Q.   Some emoji indicating a celebratory event,

8     right?

**9**     A.   Yeah.  That's safe to assume.

10         Q.   Okay.  And Mr. Gao responds, "holy," and

11    then expletive, right?

**12**    A.   Yes.

13         Q.   And then you say, "expletive, yeah."

14    Right?  (As read):

15                Let's keep momentum.

16         Right?

**17**    A.   Yeah.  It's exciting times.

18         Q.   Right.  And that was the first payment you

19    received from Coinmint in the amount of 7.5 million

20    on June 28, right?

**21**    A.   Right.

22         Q.   Okay.  So let's go back.  Now that we've

23    established the first payment being June 28th, I

24    want to take you back to May 18, the date the

25    $37.5 million payment was due.

1           When May 18 came and went without any

2      payment from Coinmint, did Katena send Coinmint a

3      written notice saying, you guys are in breach?

4           **A.   No.**

5           Q.   Okay.  In fact, at no time in 2021 did

6      Katena ever send Coinmint written notice saying,

7      hey, you guys are in breach, did it?

8           **A.   That is correct.  We consider Coinmint a**

9      **key partner.  We wanted to work with them.**

10           Q.   Okay.  And the reason that you never sent

11      Coinmint written notice of breach is because you and

12      Mr. Gao had reached an agreement with Mr. Maloney

13      that no payment of any kind would be due by Coinmint

14      until after Bleck's formal written report was sent,

15      correct?

16           **A.   No.**

17           Q.   All right.  Let's look at -- at

18      Exhibit 1034, 1034.

19           If we could take a look at the first page

20      of 1034.  This is a text exchange between you and

21      Mr. Gao and Mr. Reddy on May 17, correct?

22           **A.   Yes.**

23           Q.   And you say in the second -- you say (as

24      read):

25                Oh, jeez, I was hoping to push

1            for wire today when I talked to

2            Maloney, but with this pending

3            still, doubt he would do it.  I

4            wouldn't if I were in his shoes.

5            At this point, it's a check the

6            box.  Let's not make a science

7            project.

8            And by that, you were referring to the due

9    diligence is just a check the box, right?

10        **A.   Yeah.  I think it was referring to**

11    **Mr. Bleck hadn't completed his due diligence.**

12        Q.   Right.

13            And you said that -- when you say (as

14    read):

15                I was hoping to push for wire

16            today when I talked to Maloney but

17            with this pending still ...

18            "This pending" meaning the due diligence

19    report not being done yet, right?

20        **A.   Right.  My understanding at that time is**

21    **Mr. Maloney had received a verbal okay or a summary**

22    **page and he was waiting for the final report.**

23        Q.   Right.

24            And you understood that Mr. Maloney was

25    not gonna facilitate a wire of money from Coinmint

1  to Katena until the written report from Bleck was

2  received, right?

3      **A.   Yeah.  We assumed Coinmint probably had a**

4  **process of approvals and we assumed a report would**

5  **be one of their requirements.**

6      Q.   Okay.  Now, when the 18th came and went

7  without the $37.5 million payment, instead of

8  sending Maloney written notice of breach, you pinged

9  him and reminded him about the job offer, didn't

10 you?

11     **A.   No.  I don't recall that.**

12     Q.   Okay.  Let's take a look at 1035,

13 Exhibit 1035.

14         MR. HARDIN:  Would you help him.  That's

15 in the corner --

16 BY MR. ALFORD:

17     Q    At page 1.

18         ARBITRATOR CALLAHAN:  Exhibit 1035, did

19 you say?

20         MR. ALFORD:  Yes, ma'am.

21 BY MR. ALFORD:

22     Q.   You say, hey -- again, we can substitute

23 the name Mr. Maloney, right?

24     **A.   Yes.**

25     Q.   (As read):

```
 1                    Hey, Mr. Maloney, just tried
 2              your mobile a bit ago.  Ping me
 3              or --
 4              And then there's Mr. Gao's number, right?
 5      A.    That's correct.
 6      Q.    (As read):
 7                    Ping me or Mr. Gao when you
 8              can.  Want to move forward convo
 9              on, one, other capitalized circles
10              for Katena machines, (recommended
11              by Coinmint/Maloney); two, Coinmint
12              next steps/wire; and, three,
13              Maloney at K.
14              Right?
15      A.    Yes.  I read that.
16      Q.    K stands for Coinmint -- I mean, sorry, K
17    stands for Katena, right?
18      A.    I don't recall what that K meant.
19      Q.    Okay.  You don't recall Maloney at K meant
20    Maloney at Katena?
21      A.    No.  I don't recall that, sir.
22      Q.    Okay.  And in this text message to
23    Mr. Maloney, you're giving him a sequence of events
24    that you expect him to follow; isn't that true?
25      A.    I think I'm putting items to discuss.
```

1      Q.   Right.

2           First you're telling him, number one, that

3      you want him to recommend other customers that he

4      would endorse for Katena, right?

5      **A.   Yeah.  This was also quite common.  Many**

6      **people were giving various introductions.**

7      Q.   Well, I didn't ask you whether it was

8      common, and we can agree to disagree about that.

9           I just asked you, you were asking

10     Mr. Maloney to endorse Katena to other potential

11     customers, correct?

12          MR. HARDIN:  Objection.  Asked and

13     answered.

14          **THE WITNESS:  I was asking -- yeah.  I was**

15     **always open to new introductions.**

16     BY MR. ALFORD:

17     Q.   But you were asking him to make

18     introductions and endorsements for you, right?

19     **A.   Mr. Maloney was pretty well connected, so**

20     **he -- he offered to us also to make introductions.**

21          MR. ALFORD:  I've got limited time.  I

22     would ask --

23          ARBITRATOR CALLAHAN:  Listen carefully to

24     the question, Mr. Monzon.

25          Go ahead, Mr. Alford.

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
 1                MR. ALFORD:  Thank you.
 2      BY MR. ALFORD:
 3           Q.   And then you said the second step was --
 4      for him was Coinmint next steps/wire, correct?
 5           A.   Yes.
 6           Q.   And then the third step after that was
 7      done was Maloney at Katena, correct?
 8           A.   Like I said, I don't recall what K meant
 9      for -- in this context.
10           Q.   Okay.  And Mr. Maloney responded back (as
11      read):
12                     Will contact later.  Having a
13                meeting around half over here right
14                now.  Good stuff as always.
15                Right?
16           A.   Yes, I see that.
17           Q.   All right.  Let's take a look at
18      Exhibit 36.  It's a text string, WhatsApp string
19      between you and Mr. Gao, right, dated May 18?
20                ARBITRATOR CALLAHAN:  Yeah, we've already
21      been here before.
22                MR. ALFORD:  Right.  I was going to look
23      at a different part of it.
24                ARBITRATOR CALLAHAN:  That's fine, but we
25      don't have to redescribe it.
```

```
 1              MR. ALFORD:  Got it.
 2    BY MR. ALFORD:
 3         Q.   On page 3, on May 18, you write, near the
 4    bottom, second from the bottom (as read):
 5                   Maloney better not be,
 6              expletive, us.
 7              Right?
 8         A.   Yeah.  We were seeing delays already.
 9         Q.   And Mr. Gao writes back, "yeah."
10              Right?
11         A.   Yes.
12         Q.   And you write back, "nothing yet," right?
13         A.   Yes.
14         Q.   Mr. Gao writes back (as read):
15                   I don't get that sense yet.
16              Did you have a position -- did you
17              have a chat with him about position
18              here?
19              Right?
20         A.   Yes.
21         Q.   And then you write back (as read):
22                   Hey dude, take a look at
23              JPMorgan deck slides, give your
24              inputs, that's for roadshow.
25              Right?
```

```
 1        A.    Yes.
 2        Q.    You all were working with JPMorgan at that
 3   time to help you raise investment funding, right?
 4        A.    Yes, JPMorgan reached out to us to help us
 5   with fundraising.
 6        Q.    Right.
 7              And you say (as read):
 8                    We talked last night, told him
 9              yeah, let's do that, et cetera.  He
10              was busy and it was late.  We
11              agreed to chat today.
12              Right?
13        A.    Yes.  I read that.
14        Q.    And you're referring about -- you're
15   saying in this text message that you and Mr. Maloney
16   talked last night and told him, yeah, let's do the
17   job deal, right?
18        A.    No.  I don't know what is exactly the
19   context of the comment.
20        Q.    Okay.  Let's see if the context will help.
21   Let's go back up two text messages up.  The message
22   sent by Mr. Gao on May 18 at 11:35 says, (as read):
23                    Did you have a chat with him
24              about position here?
25              Do you see that?
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

August 28, 2023

```
 1        A.    Yes.

 2        Q.    And your answer is (as read):

 3                    We talked last night.  Told

 4              him, yeah, let's do that.  He was

 5              busy and it was late and we agreed

 6              to chat today.

 7              Right?

 8        A.    Yes, I read that.

 9        Q.    So on the very day the $37.5 million

10   payment was due, you were -- you reached out to talk

11   to Mr. Maloney about his job with Katena, right?

12        A.    I think I already answered that.  I don't

13   know what this exact words meant contextually at

14   that time.

15        Q.    And you and Mr. Gao, in fact, talked about

16   making a payment, a cash payment, to Mr. Maloney in

17   the amount of 500,000, didn't you?

18        A.    No.  I don't recall --

19        Q.    Okay.  Let's take a look at Exhibit 29.

20              The first page -- this is a text exchange

21   between you and Mr. Gao dated July 24, 2021,

22   correct?

23        A.    Yes.

24        Q.    And during the summer of 2021, Coinmint

25   was making periodic payments of various amounts to
```

1    Katena, correct?

2         A.    I don't recall the exact date of payments

3    but that took almost several months for payments to

4    trickle in.

5         Q.    Okay.  And that seven months you say

6    included the summer of 2021, correct?

7         A.    Several months I said.

8         Q.    Several months?

9         A.    Yes.

10        Q.    That included the summer of 2021, correct?

11        A.    Again, I don't recall the exact date of

12   payments.

13        Q.    Okay.  And on the second page, you write

14   (as read):

15               Hey, why not fund Maloney with

16               500K now and do yet another capital

17               call.

18               Right?

19        A.    Yes, I see that.

20        Q.    And you say (as read):

21               Question is, we lose 500K as a

22               sales commission or whatever, I

23               guess, unless we find a scheme.

24               You wrote those words, right?

25        A.    Yes.

1          Q.   And you were saying to Mr. Gao, hey, let's
2     pay 500,000 to Mr. Maloney and call it a sales
3     commission unless we can find another scheme.
4               That's what you meant, right?
5          **A.   I -- a capital call refreshes my memory**
6     **here.**
7          Q.   Okay.
8          **A.   Our understanding was that Mr. Maloney was**
9     **a significant shareholder at Coinmint.  And at this**
10    **time, they were awfully late.  One way to, I guess**
11    **in their arrangement, unleash capital to make us**
12    **whole for the contract was some capital call.**
13              **I think Michael Gao shared with me some**
14    **details around that.  But I don't recall the**
15    **exact -- we never gave them anything.**
16         Q.   Well, you say you never gave him anything
17    but you refused to produce the bank records that
18    would show whether you gave him anything, didn't
19    you?
20              MR. HARDIN:  Objection.
21              ARBITRATOR CALLAHAN:  Well, you can ask
22    him a question -- Mr. Monzon -- but if I understand
23    the chronology in terms of when Mr. Monzon left, I
24    believe it's before your discovery in this matter.
25    So you need to establish foundation.

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1          MR. ALFORD:  I'll keep going because I
2    have such limited time.
3          ARBITRATOR CALLAHAN:  Okay.
4    BY MR. ALFORD:
5     Q.   Now, it's true, is it not, that
6    Mr. Maloney wasn't the only executive potential
7    customer that you and Mr. Gao offered jobs to in
8    exchange for business, is it?
**9     A.   We didn't offer jobs for business.  That's**
**10   not what we believe in.**
11    Q.   In fact, offering jobs to executives of
12   potential customers was a standard method of
13   operation for you and Mr. Gao, wasn't it?
**14    A.   No.  And I find that offensive.**
15          ARBITRATOR CALLAHAN:  Mr. Monzon, just
16   answer the question, please.
**17          THE WITNESS:  Okay.**
18   BY MR. ALFORD:
19    Q.   Let's see what the documents say.
20          MR. HARDIN:  Before you get into that, we
21   talked about a break at the hour, we're right about
22   there.  I don't want you to get into a line of
23   questioning, into a document, and then we stop at
24   that hour break.
25          ARBITRATOR CALLAHAN:  Mr. Monzon, are you

1   ready for a stretch break?

2            **THE WITNESS:  I would be ready for a**

3   **stretch break, yes.**

4            ARBITRATOR CALLAHAN:  Okay, but like five

5   minutes.  It's 11:35, so back at 11:40.

6            MR. ALFORD:  Okay.  Thank you.

7             (Whereupon, a recess was taken from

8             11:34 a.m. to 11:40 a.m.)

9            ARBITRATOR CALLAHAN:  Go ahead.

10            MR. ALFORD:  Thank you.

11            Madam Reporter, back on the record?

12            THE REPORTER:  Mm-hmm.

13            MR. ALFORD:  Okay.  We're back on the

14   record.

15   BY MR. ALFORD:

16        Q.   In the spring of 2021, at about the same

17   time Katena was attempting to get business from

18   Coinmint, it was also seeking business from a

19   company called Core Scientific, right?

20        **A.   Yes.  During that time, we had various**

21   **conversations, including Core Scientific.**

22        Q.   And like Coinmint, Core Scientific

23   operates Bitcoin data mining facilities, right?

24        **A.   Yes.  100 percent.**

25        Q.   And one of your contact people at Core

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
 1    Scientific was Taras, T-A-R-A-S, Kulyk, K-U-L-Y-K,
 2    right?
 3         A.   I don't recall the last name, but yes,
 4    Taras.
 5         Q.   You recall Taras.  And he was the senior
 6    vice president of business development for Core
 7    Scientific, right?
 8         A.   I don't recall his title exactly.
 9         Q.   Okay.  Let's look at Exhibit 1004, on the
10    last page of this document.
11              First let's identify the document.  1004.
12              MR. ALFORD:  If we could blow that up a
13    little, please, Ted.
14    BY MR. ALFORD:
15         Q.   This is an email exchange between you and
16    Ashu, A-S-H-U, Swami, S-W-A-M-I, and Taras, correct?
17         A.   Yes, I see that.
18         Q.   Okay.  If you go to the very last page of
19    the document, there is a -- it starts out, the email
20    chain does, with an email from Taras to you, and it
21    has his sort of email signature under there
22    identifying him as the senior vice president of
23    blockchain business development for Core Scientific,
24    right?
25         A.   Yes.
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

1    Q.   Does that refresh your recollection that

2    that was his title in April of 2021?

3        **A.   Yes.  That's what it sounds like.**

4        Q.   And the guy at Core Scientific that was

5    doing the due diligence for Core Scientific on

6    Katena was this guy named Ashu, right?

7        **A.   Yes.  That is correct.**

8        Q.   So Core Scientific had their own in-house

9    guy doing the due diligence on Katena, right?

10       **A.   Yes, that's correct.**

11       Q.   Okay.  And -- but you told Taras that if

12   he arranged for Core Scientific to execute an

13   equipment purchase contract from Katena, he could

14   join Katena as an advisor, didn't you?

15       **A.   Taras had communicated to us, and also**

16   **offer introductions, and we said, hey, you could be**

17   **an advisor, if that's allowed.**

18       Q.   That wasn't my question.

19            My question was, in the spring of 2021,

20   you told Taras of Core Scientific that if he

21   arranged for Core Scientific to execute an equipment

22   purchase contract with Katena, you'd give him a job

23   as an advisor at Katena, didn't you?

24       **A.   No.**

25       Q.   You made clear to Taras that your job

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1    offer to him was contingent on his facilitating the

2    placement of a contract between Core Scientific and

3    Katena, didn't you?

4        **A.    No, sir, I didn't.**

5        Q.    Okay.  Let's look at Exhibit 1011.

6              This is an exchange of text messages

7    between you and Mr. Gao in April of 2021, correct?

8        **A.    Yes.**

9        Q.    And on page 8041, it's -- the other page

10   number is 1011-12, you're talking about, at the

11   bottom there, about Taras.  You say, what's --

12   Mr. Gao says (as read):

13                  What's Taras saying back?

14           Right?

15       **A.    Yes.**

16       Q.    And you say (as read):

17                  Sent to Taras too.  He loves

18           my style.  Remember he wants to

19           work with us.

20           Right?

21       **A.    Yes.**

22       Q.    And Mr. Gao says (as read):

23                  Yup.  Do you want to catch up

24           with Mike at Coinmint or should I

25           reach out again?

TRANSCRIPT OF PROCEEDINGS, VOLUME I

August 28, 2023

1            Right?

**2**       **A.    Yes.**

3       Q.    Okay.  So a little later in that same text

4    exchange, you tell Mr. Gao that you offered Taras an

5    advisor position at Katena contingent on his sealing

6    the contract, didn't you?

**7**       **A.    Sorry, where should I be looking at**

**8    exactly?**

9       Q.    Yeah.  Let's look.  It's page 1011-24 or

10   Bates number --

11            ARBITRATOR CALLAHAN:  I don't need the

12   Bates numbers for these.

13            MR. ALFORD:  Okay.  Thank you.

14            ARBITRATOR CALLAHAN:  It's just the

15   original set where we pulled from many different

16   sets.

17            ARBITRATOR GLICK:  I'd like the page

18   number --

19            MR. ALFORD:  You bet.  It's Bates page --

20   let's start actually at Bates page 8052.  It's --

21            ARBITRATOR GLICK:  I'm sorry, just like

22   the 1011-24.

23            MR. ALFORD:  Oh, okay, yeah.  I'm sorry,

24   1011-23 at the bottom.

25   / /

TRANSCRIPT OF PROCEEDINGS, VOLUME I

August 28, 2023

```
 1   BY MR. ALFORD:
 2        Q.   You write (as read):
 3                  Taras will introduce us to
 4             more peeps if we want.
 5             Right?
 6             You write that, right, at the bottom of
 7   that page?
 8        A.   Yes.
 9        Q.   And at the top of the page you say (as
10   read):
11                  He just wants to be on my good
12             grace, I feel.
13             Right?
14        A.   Yes.
15        Q.   And Mr. Gao says (as read):
16             We should ...
17             Apparently he failed to complete the
18   thought there.  And then you say --
19             MR. HARDIN:  Objection.  Testifying.
20             MR. ALFORD:  All right.
21             ARBITRATOR CALLAHAN:  Just the questions
22   please, Mr. Alford.
23             MR. ALFORD:  Fine.
24   BY MR. ALFORD:
25        Q.   And then you say (as read):
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

```
 1                    Threw him carrot to join us as
 2              advisor to start if we can close
 3              Core, Quinn, et cetera.
 4              Right?
 5       A.     I read that, yes.
 6       Q.     And then you say (as read):
 7                    Contingent on, LOL.
 8              Right?
 9       A.     Yes.
10       Q.     And Mr. Gao says (as read):
11                    He must be fighting hard.
12              Right?
13       A.     Yes.
14       Q.     You say (as read):
15                    I bet he is.
16              Didn't you?
17       A.     Yes.
18       Q.     And does that refresh your memory that, in
19   fact, you, as you say here to Mr. Gao, threw Taras a
20   carrot and offered to hire him as an advisor for
21   Katena contingent on his closing the deal with his
22   employer, Core Scientific?
23              MR. HARDIN:  I'll object to the refresh
24   recollection as it's testifying.
25              ARBITRATOR CALLAHAN:  If you could just
```

```
 1   answer the question.
 2            THE WITNESS:  Yeah.  Our intention was
 3   mainly introductions are always welcome.
 4   BY MR. ALFORD:
 5       Q.   Well, I didn't ask you if you were making
 6   an introduction.  I asked you a different question.
 7   I asked you if, in fact, as you were telling Mr. Gao
 8   here, you threw Taras a carrot and told him he could
 9   join Katena as an advisor contingent on his bringing
10   in a contract from his employer, Core Scientific?
11            MR. HARDIN:  Objection.  Misstates the
12   document.
13            ARBITRATOR CALLAHAN:  He's asking him a
14   question not related to the document.
15            MR. HARDIN:  He's reading the document.
16   He's reading the exhibit.
17            ARBITRATOR CALLAHAN:  Put the exhibit
18   away.
19            MR. ALFORD:  Yeah.  Let's pretend the
20   exhibit doesn't exist.
21            THE WITNESS:  Please ask the question.
22            MR. ALFORD:  Yeah.
23   BY MR. ALFORD:
24       Q.   You told Mr. Gao on or about April 16,
25   2021, that you had thrown Taras a carrot to join
```

```
1    Katena as an advisor contingent on his closing a
2    contract between his employer, Core Scientific, and
3    Katena, right?
4         A.   No, sir, in fact, it wasn't Taras'
5    decision.
6         Q.   Right.  It was Ashu's decision, wasn't it,
7    because he was doing the technical due diligence?
8         A.   I would expect it's the management team
9    decision, sir.
10        Q.   And Ashu said he wasn't going to sign off
11   on the deal 'cause he couldn't work with just
12   simulated data, not a real chip, didn't he?
13        A.   I don't recall the details of the
14   technical exchange with Mr. Ashu.  That was handled
15   by Mr. Sagar and Michael.
16        Q.   Let's take a look at Exhibit 1004.
17             We saw this earlier briefly.  This is an
18   exchange of emails between yourself and Ashu and
19   Taras in April of 2021, right?
20        A.   Yes.
21        Q.   And you're talking about the due diligence
22   that Ashu is doing.  And at the bottom of the first
23   page, you send Ashu -- you said Taras and Ash --
24   copying Ashu, an email that says (as read):
25                  Straightforward stuff, let's
```

1              connect tomorrow, we should be able

2              to knock out all commercial stuff

3              this week.

4                   Ashu, as per last discussion,

5              we presented simulation results on

6              last calls already.  If there's

7              more you'd like to see, happy to do

8              so.

9              Right?

10        A.   Yes.

11        Q.   And Ashu responds -- just to remind

12   ourselves, he's the guy in-house at Core Scientific

13   doing the due diligence on Katena, right?

14              Right?

15        A.   Yes.  Ashu was the due diligence person at

16   Core.

17        Q.   And Ashu responds back and says (as read):

18                   Unfortunately, we cannot work

19              with just simulation data that you

20              presented.

21              Right?

22        A.   Yes.  He wants to find out the best way to

23   validate the specs.

24        Q.   Right.

25              And he's saying to you that simulation

```
 1    data is not enough to have him sign off on the due
 2    diligence; isn't that true?
 3         A.    That is his opinion, yes.
 4         Q.    Right.
 5              And that's the same simulation data that
 6    Mr. Bleck rubber stamped, though, isn't it?
 7              MR. HARDIN:  Objection.  Testifying.
 8              THE WITNESS:  I don't know --
 9              MR. HARDIN:  No.  Hang on a second, let
10    her rule.
11              ARBITRATOR CALLAHAN:  Well, is it the same
12    simulation data?
13              THE WITNESS:  I don't recall what
14    simulation data was shared with these different
15    parties, ma'am.
16    BY MR. ALFORD:
17         Q.    Okay.  But Mr. Bleck was given simulation
18    data, right?  You know that.
19         A.    My understanding is all technical points
20    of contact were given simulation data and all the
21    data that he wanted to see.
22         Q.    Okay.  Did you all offer Ashu a consulting
23    or job role with Katena to get him to go along with
24    the deal?
25         A.    No.
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1        Q.   Okay.  All right.  And there was another

2    customer you were courting that you offered a job

3    to, an executive there --

4              MR. HARDIN:  Objection to testifying.

5              MR. ALFORD:  Mr. Alford, a question

6    please --

7    BY MR. ALFORD:

8        Q.   Isn't that true?

9              MR. ALFORD:  I can ask a leading question,

10   right?

11             ARBITRATOR CALLAHAN:  If you end it with a

12   question.

13             MR. ALFORD:  I was saying isn't that true.

14   And I'll read the question back.

15             ARBITRATOR CALLAHAN:  Okay.

16             MR. ALFORD:  I'll repeat it.

17   BY MR. ALFORD:

18       Q.   There was yet another customer you were

19   courting to whose executive you offered a job in

20   exchange for business, correct?

21       **A.   No.  That is not correct.**

22       Q.   An individual named -- I think it's Naeem,

23   N-A-E-E-M.

24       **A.   Naeem is how you say it.**

25       Q.   Naeem?

1       **A.   Yes.**

2       Q.   Did you offer -- Naeem was an executive in

3    a company whose business you were courting, right?

4       **A.   During this time, Mr. Naeem was a**

5    **freelancer.  To my understanding, he wasn't engaged**

6    **with any companies.  He was evaluating various**

7    **opportunities.**

8       Q.   Let's shift gears a little bit and talk

9    about -- go back to the contract.  Let's pull up

10   Exhibit 61.

11          MR. HARDIN:  6-1.

12          MR. ALFORD:  61.  Thank you.

13   BY MR. ALFORD:

14      Q.   Okay.  You saw earlier that the first

15   payment you received was on June 24, right, with the

16   little -- the text exchange with a celebratory,

17   party favor emojis, right?

18      **A.   Yes.**

19      Q.   Okay.  So this is on -- this is an

20   exchange of text messages between you and Mr. Gao on

21   June 10, before that first payment came in, right?

22      **A.   I'm sorry, what was the date of the wire**

23   **you said?**

24      Q.   Well, we saw -- we can go back if you need

25   to, but we saw that earlier text exchange between

TRANSCRIPT OF PROCEEDINGS, VOLUME I

```
1    you -- it's Exhibit 43 -- between you and Mr. Gao
2    dated June 24 where you all were -- had exchanged
3    celebratory emojis in getting the first $7.5 million
4    payment.
5              Do you remember that?
6              MR. HARDIN:  Objection.  Testifying.
7              MR. ALFORD:  I'm just trying to kind of
8    reorient us.  And the witness said that he
9    understood that.
10             MR. HARDIN:  I still want a ruling.
11   Objection.  Testifying.  What I don't want is a
12   record --
13             ARBITRATOR CALLAHAN:  What I'd really
14   appreciate, and I think would move this along in
15   terms of not having a lot of objections, is if you
16   would pull the exhibit.
17             MR. ALFORD:  Sure.
18             ARBITRATOR CALLAHAN:  Do you recall, and
19   then ask your question.  If you're trying to draw a
20   link -- or you can ask him if he recalls that.  But
21   the specifics that you're asking is the problem.
22   It's a speaking set of sentences that you're using
23   as the predicate as if that's his testimony.
24             MR. ALFORD:  Okay.
25             ARBITRATOR CALLAHAN:  So you need to find
```

```
 1   another way if you're trying link the two, because

 2   otherwise, I believe Mr. Hardin is correct, that

 3   then the question assumes that that's his testimony.

 4   So I think you need to get his testimony --

 5              MR. ALFORD:  Okay.

 6              ARBITRATOR CALLAHAN:  -- without the

 7   preface.

 8              MR. ALFORD:  Got it.  Thank you.

 9              ARBITRATOR CALLAHAN:  If he recalls --

10              MR. ALFORD:  Yeah.  Let's approach it this

11   way:  Let's take a look at Exhibit 61 where we were.

12   BY MR. ALFORD:

13        Q.   And as of that date, June 10, you had not

14   received any payment yet from Coinmint, right?

15        A.   Sir, as I mentioned before, I don't recall

16   the exact details of wire payments from Coinmint.

17   They took place over several months.

18        Q.   Okay.  Well, let's go back to Exhibit 43

19   if you don't remember and let's see if it refreshes

20   your recollection that the first payment of -- in

21   the amount of 7.5 million was received on

22   June 28th.

23              Let's take a look at Exhibit 43, pages 7

24   and 8.  Bates page 6742 where you say (as read):

25                   Holy, S-H-I-T, we got
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
 1               7.5 million from Coinmint -- and
 2               there's some celebratory things
 3               there.
 4               You remember seeing this email earlier?
 5       A.   Yes.  And that is dated June 28th, and
 6   Exhibit 61 that you just showed was June 10th.
 7       Q.   Right.
 8               Exactly.  So I'm trying to orient you --
 9               ARBITRATOR CALLAHAN:  We are oriented.
10               MR. ALFORD:  Okay.  Okay.
11   BY MR. ALFORD:
12       Q.   So let's go back --
13               MR. HARDIN:  Thank you.
14   BY MR. ALFORD:
15       Q.   -- to Exhibit 61, June 10, right.
16               This exchange of text between you and
17   Mr. Gao, right?
18       A.   Yes.
19       Q.   And Mr. Gao says (as read):
20                 FYI, Maloney on track to wire
21               tomorrow.  Try to get something
22               across finish line today.
23               Right?
24       A.   Yes.
25       Q.   And he says (as read):
```

```
 1                    Settlement involved lowering
 2            price on part of order but not
 3            whole.
 4            Right?
 5       A.   Yes.
 6       Q.   He says (as read):
 7                    $43.3 per terahash in the
 8            lowered part.
 9            Right?
10       A.   Yes.
11       Q.   The original written contract called
12  for $60 per terahash, right?
13       A.   I don't recall the exact price of the
14  original contract.
15       Q.   And he says (as read):
16                    He's going to email me soon.
17            Right?
18       A.   Yes.
19       Q.   With the actual proposal, right?
20       A.   Yes.
21       Q.   And he says (as read):
22                    Maloney is willing to send the
23            money without contract revisions,
24            just an email written
25            acknowledgment of new terms --
```

```
 1              there's a typo -- and acceptance.
 2              Right?
 3      A.    Yes, I see that.
 4      Q.    And then you write back and say (as read):
 5                  This is a sign of good --
 6              I'm sorry.  (As read):
 7                  This is a good faith sign
 8              because for raise, we can play it
 9              as part of the total original
10              agreement.
11              Right?
12      A.    Yes.
13      Q.    And by "raise," you were referring to your
14      efforts to have JPMorgan help you raise money?
15      A.    We would want to make sure everything was
16      up-to-date --
17      Q.    Right.
18      A.    -- in talking to the investment banker.
19      Q.    I didn't ask you whether you wanted
20      everything to be up to date.  I just simply asked
21      you, when you say because for raise, we can play it
22      as part of total original agreement.  By raise,
23      you're talking about your efforts to have JPMorgan
24      help you raise money, right?
25      A.    I don't recall if it's just JPMorgan, but
```

```
 1    raise generally speaking meant for fundraising, yes.
 2         Q.   Right.
 3              And then Mr. Gao says (as read):
 4                   Yup, that's right.
 5              And you say (as read):
 6                   If there's no contract
 7              amendments --
 8              And then Mr. Gao interrupts you and says
 9    (as read):
10                   I drove that hard with him.
11              Originally, he wanted to redline,
12              LOL.
13              Right?
14         A.   Yes.
15         Q.   And you write back (as read):
16                   Ha ha ha, the finish line is
17              wire in.  He's got our instructions
18              already.
19              Right?
20         A.   Yes.
21         Q.   And you say (as read):
22                   So what's the terms exactly?
23              And we lowered what part?
24              7.5 million only or --
25              I'm sorry.  (As read):
```

**August 28, 2023**

```
 1                We lowered what part,

 2            7.5 million only at $43.3 per

 3            terahash, right?

 4       A.   Yes.

 5       Q.   Now, you understood when you got this text

 6   message from Mr. Gao that he'd reached an agreement

 7   with Mr. Maloney that the deal had been changed, but

 8   no one would redline it, so nobody would have to

 9   tell JPMorgan the deal changed.

10            You understood that, right?

11            MR. HARDIN:  I'm going to object to

12   optional completeness on this document.  Whether

13   it's done now, at least want it on the record.

14            ARBITRATOR CALLAHAN:  Wait.  Say that one

15   more time.

16            MR. HARDIN:  I'm going to object to

17   optional completeness on this document.  It's clear

18   that the line of questioning is completely ignoring

19   the remaining text --

20            ARBITRATOR CALLAHAN:  But you get to draw

21   that out on cross.

22            MR. HARDIN:  I want it on the record.

23            ARBITRATOR CALLAHAN:  You get to draw that

24   out on cross.

25            Mr. Monzon, he's asking you a question
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
1   that is not directly related to the exhibit, but
2   it's taking a step up, so listen carefully to the
3   question.
4   BY MR. ALFORD:
5        Q.   When you got this text --
6             MR. ALFORD:  Thank you.
7   BY MR. ALFORD:
8        Q.   When you got this text from Mr. Gao, you
9   understood that he'd reached an agreement with
10  Mr. Maloney that you would change the terms of the
11  contract, but wouldn't commit it to a redline
12  document so that nobody would have to tell JPMorgan
13  the deal changed.
14             You understood that, right?
15       A.   Actually, what I recall is, we were trying
16  to work with Coinmint to make them basically
17  complete their terms of the agreement.  And we were
18  willing to be flexible.  But no agreement revisions
19  would be done just on a WhatsApp internal message.
20             MR. ALFORD:  I'm sorry to interrupt.  This
21  is not at all related to my question.
22             ARBITRATOR CALLAHAN:  I think it is.
23             MR. HARDIN:  Sure it is.  Absolutely.
24             ARBITRATOR CALLAHAN:  Let him finish his
25  answer and then if you want to do a followup, that's
```

```
 1   fine.
 2            MR. ALFORD:  All right.
 3            ARBITRATOR CALLAHAN:  Your question had
 4   three parts that I counted, and I'm not sure where
 5   he picked up, but he picked up someplace.  So let
 6   him finish his answer --
 7            MR. ALFORD:  Fair enough.
 8            ARBITRATOR CALLAHAN:  -- then you can go
 9   back.
10            MR. HARDIN:  Can Madam Court Reporter read
11   the question back for the witness.
12                (Record read by the reporter
13            as follows:
14                QUESTION:  When you got this
15            text from Mr. Gao, you understood
16            that he'd reached an agreement
17            with Mr. Maloney that you would
18            change the terms of the contract,
19            but wouldn't commit it to a
20            redline document so that nobody
21            would have to tell JPMorgan the
22            deal changed.
23            You understood that, right?)
24            THE WITNESS:  No, I did not understand
25   that.
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
 1   BY MR. ALFORD:
 2        Q.   Okay.  All right.  And, in fact, soon
 3   after you got this text exchange from Mr. Gao
 4   telling you about the settlement he reached with
 5   Mr. Maloney, you sent the original written contract
 6   to JPMorgan, didn't you?
 7             MR. HARDIN:  Objection.  Testifying.
 8             ARBITRATOR CALLAHAN:  Well, it's true.
 9             MR. ALFORD:  It's a leading question.
10             ARBITRATOR CALLAHAN:  It's true.  No.
11   It's not a leading question, Mr. Alford.  So you
12   want to ask him what he sent to JPMorgan.
13   BY MR. ALFORD:
14        Q.   Okay.  After you had this text exchange on
15   June 10 with Mr. Gao that we've been talking about,
16   you sent a copy of the original written contract
17   between Katena and Coinmint to JPMorgan, right?
18        A.   Actually, no.
19        Q.   Okay.
20        A.   JPMorgan would have received the contract
21   when it was signed.
22        Q.   Well, you sent it to him again after you
23   got this text exchange with Mr. Gao telling you he'd
24   reached a settlement with Mr. Maloney, right?
25        A.   No.  I don't recall -- I don't recall
```

 1   that.

 2        Q.   Let's pull up Exhibit 1057.

 3             MR. TABOR:  Could you repeat the -- we

 4   didn't hear.

 5             MR. ALFORD:  You bet.  1057.  We're

 6   drowning in paper here.

 7   BY MR. ALFORD:

 8        Q.   Okay.  1057.  This is a series of email

 9   exchanges dated June 16, 2021, correct?

10        A.   Yes.

11        Q.   And Ms. Bao, Cecilia Bao, B-A-O, was a

12   person you were working with at JPMorgan, correct?

13        A.   Yes.  Cecilia was one of the JPMorgan

14   team.

15        Q.   And Mr. Yang, Justin Yang, was someone who

16   was working with Katena to help provide JPMorgan the

17   information it wanted on Katena, right?

18        A.   Justin was a consultant, a part-time

19   consultant at Katena.

20        Q.   Right.

21        A.   Helping with presentations and things like

22   this.

23        Q.   And this is an exchange of emails between

24   Katena and JPMorgan about the pitch deck that had

25   been provided by Katena to JPMorgan, correct?

August 28, 2023

1      **A.    Yes.  We had regular communications with**

2      **JPMorgan on keeping the investor legs up-to-date.**

3      Q.    And Ms. Bao, at the bottom of the first

4      page, thanks Justin and is attaching -- and says

5      she's attached a pitch deck, right, with some slides

6      that reflect the information you all have given her,

7      right?

8      **A.    I don't recall the exact information, but**

9      **yes, she's summarizing some items, it seems.**

10     Q.    But at the bottom of that first page of

11     this document, she's -- she says (as read):

12             Thanks, Justin --

13             In the second bullet point from the bottom

14     she says (as read):

15             We have 276 --

16             Presumably million, right?

17     **A.    Yes.**

18     Q.    (As read):

19             276 million in binding POs.

20             Coinmint, 150 million.  EdgeMode,

21             116 million.  VectorCloud,

22             10 million.

23             Right?

24     **A.    Yes.  I see that.**

25     Q.    And you were copied on this email chain,

1    correct?

2         **A.   Yes.  I'm cc'd.**

3         Q.   Right.

4              And did you ever respond to Ms. Bao and

5    say, well, wait a second, actually, on June 10, we

6    reached a settlement with Coinmint that changed the

7    terms of the contract?  Did you respond to Ms. Bao

8    and tell her that?

9         **A.   No, I did not because that's not factually**

10   **true.**

11        Q.   Okay.  Now, just so the record's clear,

12   Coinmint paid to Katena in excess of $23 million,

13   correct?

14        **A.   Yes.**

15        Q.   And Katena never provided Coinmint with

16   any Bitcoin mining machines, did it?

17        **A.   Katena did not, as of my time as CEO.**

18        Q.   And as of your time as CEO, it didn't even

19   provide a test unit to Coinmint, right?

20        **A.   That is correct.  Katena did not provide a**

21   **test unit to Coinmint.**

22        Q.   And as of the time that you were

23   associated with Katena at least, it never provided

24   even a working ASIC chip to Coinmint either, did it?

25        **A.   Correct, we did not provide ASIC chips to**

1    Coinmint or anybody else, actually.

2         Q.   Okay.  Okay.  Let's take a look at -- let

3    me ask you a question first.

4              In November of 2021, Mr. Soniat sent you

5    an email asking you what Katena had done with

6    that $23 million, didn't he?

7         A.   I -- I don't recall exactly an email

8    asking that.

9         Q.   Okay.  Let's take a look at Exhibit 68.

10             ARBITRATOR CALLAHAN:  This is a new

11   exhibit?

12             MR. ALFORD:  Oh, is it?  I think it's a

13   joint.

14             ARBITRATOR CALLAHAN:  Yes, but the

15   joint -- are you stipulating that all joint may come

16   in?

17             MR. ALFORD:  Oh, well, it's -- I thought

18   it was --

19             ARBITRATOR CALLAHAN:  I didn't get a

20   stipulation, so I'm just asking.

21             MR. ALFORD:  I would be happy to

22   stipulate.  I thought all the joint exhibits had

23   already come in because I thought they had been

24   already used.

25             MR. HARDIN:  Since it's a rare moment of

TRANSCRIPT OF PROCEEDINGS, VOLUME I

1  cooperation, why don't we actually stipulate they

2  come in.

3          MR. ALFORD:  Let's do that.  Stipulated.

4  We have a point of agreement.

5          ARBITRATOR CALLAHAN:  All right.

6          MR. ALFORD:  We can pull it up on the big

7  screen and blow it up a little bit.

8          ARBITRATOR CALLAHAN:  I know I have them.

9          MR. ALFORD:  It's in the joint exhibits.

10          ARBITRATOR GLICK:  I have it here if you

11  want to share.

12          ARBITRATOR CALLAHAN:  I wonder where my

13  copy went.

14          MR. HARDIN:  Ms. Turitz, while they are

15  looking for this, may I ask, are you looking at the

16  electronic version or paper version?  Because we may

17  forgo the electronic version if you're looking at

18  the paper version.

19          ARBITRATOR TURITZ:  Only looking at the

20  electronic version.

21          MR. HARDIN:  We will do the electronic

22  version.

23          ARBITRATOR GLICK:  It's easier.

24          (Discussion held off record.)

25          ARBITRATOR CALLAHAN:  Go ahead.

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
 1   BY MR. ALFORD:
 2        Q.   We have Exhibit 68.  This is an email that
 3   Mr. Soniat sent you in early November of 2021,
 4   correct?
 5        A.   Yes.
 6        Q.   And he says (as read):
 7                  Henry, we are still in the
 8             process of reviewing all
 9             documentation and communication
10             pertaining to the contract.
11             Further conversation related to
12             this issue will not be productive
13             until we complete this process.
14             However, it would be helpful if you
15             answer a couple of questions
16             related to the $23 million that we
17             have provided to Katena.  1, are
18             the funds in an escrow account;
19             and, 2, if the funds are not
20             escrowed, please explain how those
21             funds are being used.
22             Correct?
23        A.   Yes.  I see that.
24        Q.   And you responded answering the first of
25   his questions but not the second, correct?
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1          ARBITRATOR CALLAHAN:  We are we looking?

2          MR. ALFORD:  I was asking the question

3    first about his response.  And if he doesn't

4    remember, we'll pull it up.  Is that okay?

5          ARBITRATOR CALLAHAN:  Okay.  Did you

6    understand that to be a question?

7          **THE WITNESS:  I understood that to be a**

8    **question.  I don't remember exactly my response.**

9          MR. ALFORD:  Okay.  We'll pull it up.

10   It's -- it's Exhibit 2184.

11         MR. HARDIN:  That's going to be our

12   exhibit.  Lots of paper.

13         **THE WITNESS:  Thank you.**

14         ARBITRATOR CALLAHAN:  Oh, I see what

15   happened.

16         MR. ALFORD:  Whenever the panel is ready.

17         ARBITRATOR CALLAHAN:  We're ready.

18         MR. ALFORD:  Okay.  Great.

19   BY MR. ALFORD:

20      Q.   If you could take a look at Exhibit 2184,

21   this is an email exchange between you and Mr. Soniat

22   dated -- like the other exhibit we saw, November 4,

23   2021, correct?

24      **A.   Yes.**

25      Q.   And you say (as read):

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
 1                    Hi Ashton, do you want to chat
 2              and work through options you may be
 3              thinking about with your customers
 4              and/or hosting parties ... or
 5              financing?
 6              Correct?
 7         A.   Yes, I read that.
 8         Q.   And you say (as read):
 9                    I saw your other email.  We
10              don't have escrow obligations with
11              Coinmint preorder deposits.  Our
12              intention has been to support
13              you/Coinmint from the start versus
14              going a different route.  That
15              intention remains if you're on the
16              same page.
17              Correct?
18         A.   Yes.  I read that.
19         Q.   But did you ever respond in writing to
20    Mr. Soniat's second question about if the money is
21    not in escrow, what are you doing with it?
22         A.   I don't recall responding to details
23    outside of -- that you're referring to.
24         Q.   Well, what was done with the $23 million?
25         A.   In -- the 23 million came into our bank
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

1    account, into the main bank account of Katena.

2         Q.   What was it used for?

3         A.   It was used for delivering the product at

4    that time.

5         Q.   Well, no product was delivered?

6         A.   Correct, because we were heavily short on

7    securing chips because of lack of payment.

8         Q.   Well, you had $200 million in secured

9    financing, though, that would have been surely

10   enough to get many mining rigs up and running.

11             ARBITRATOR CALLAHAN:  And then I'm waiting

12   for the question.

13   BY MR. ALFORD:

14        Q.   That would have been another --

15             MR. HARDIN:  Objection -- I get to object

16   too.  Objection.  Mischaracterizes the testimony and

17   the evidence.

18             ARBITRATOR CALLAHAN:  Mr. Alford, those

19   were two sentences strung together.  Please ask the

20   witness questions.

21             MR. ALFORD:  Okay.  I thought I am.  I'm

22   sorry.

23             ARBITRATOR CALLAHAN:  No, there were no

24   question marks.  There were two statements in a row.

25   Please ask him a question.

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
 1   BY MR. ALFORD:
 2        Q.   You had $200 million --
 3             ARBITRATOR CALLAHAN:  It will help if you
 4   start with isn't it true that or something --
 5             ARBITRATOR GLICK:  Or did you.
 6             MR. ALFORD:  I was going to say at the
 7   end, right, isn't that correct, but I'll say it at
 8   the beginning.
 9             ARBITRATOR CALLAHAN:  Because sometimes
10   you never got to that part and ends with a period.
11             MR. ALFORD:  Okay.
12             ARBITRATOR CALLAHAN:  Then it will save us
13   time with objections if you start it off with the --
14             MR. ALFORD:  I won't put it at the end,
15   I'll put it at the beginning.
16             ARBITRATOR CALLAHAN:  To make sure it's
17   there.
18   BY MR. ALFORD:
19        Q.   Isn't it true that, as of 2021, Katena
20   had $200 million in secured revolving credit
21   available to them?
22        A.   My recollection from -- no.  My
23   recollection from financing discussions around that
24   time were, there were obviously conditions and
25   contingencies in all of these financing options.
```

1    Q.   Okay.  So you would agree with me, would

2  you not, question mark, that none of the $23 million

3  that Coinmint paid to Katena was used to produce a

4  working mining rig?

5    **A.   I don't agree with that.**

6    Q.   Okay.  Now, immediately after the contract

7  between Coinmint and Katena was signed, you sent a

8  copy of that contract to JPMorgan, didn't you?

9    **A.   I don't recall exactly what was sent to**

10  **JPMorgan when, but it was customary to provide**

11  **contracts to JPMorgan to go into the data room.**

12          ARBITRATOR CALLAHAN:  To go into the --

13          **THE WITNESS:  Data room.**

14          ARBITRATOR CALLAHAN:  Oh, data room.

15          **THE WITNESS:  My apologies.**

16  BY MR. ALFORD:

17    Q.   Let's take a look at Exhibit 1214.

18          **THE WITNESS:  I'm trying to speak --**

19          MR. HARDIN:  I know.  But they apparently

20  can't hear you, so volume up.

21  BY MR. ALFORD:

22    Q.   1214.

23          ARBITRATOR CALLAHAN:  Is this some of the

24  new Coinmint exhibits?  'Cause we don't have them

25  yet.  We don't have them.

TRANSCRIPT OF PROCEEDINGS, VOLUME I

1          MR. TABOR:  Also request a copy for the

2     witness.

3          MR. LIU:  Certainly.

4          ARBITRATOR CALLAHAN:  Thank you.

5          ARBITRATOR GLICK:  Another binder.

6          ARBITRATOR CALLAHAN:  Another binder, yay.

7          Thank you.

8          MR. HARDIN:  So the witness would like

9     something to drink, but as I understand it we have

10    about ten more minutes before the time's up, right?

11         ARBITRATOR CALLAHAN:  Correct.

12         I have not opened this.  Mr. Hardin --

13    Mr. Hardin, I have not opened this.  You can give

14    this to Mr. Monzon.  I have not touched it.

15         MR. TABOR:  Did you say 1214?  We don't

16    have an exhibit with that number.

17         MR. ALFORD:  1214.

18         MR. TABOR:  Oh, I'm sorry.

19         MR. HARDIN:  Were these the exhibits

20    produced last night?

21         ARBITRATOR CALLAHAN:  Yes.

22         MR. TABOR:  My apologies.  I misheard.

23         MR. ALFORD:  No problem.  This is -- I'll

24    wait until you get there.  There's an electronic

25    copy on the screen too.

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
 1              MR. HARDIN:  I will say, there's going to

 2   be some objections about these documents.  Not this

 3   particular one, but I don't want it to seem as a

 4   waiver to all of the documents that were --

 5              ARBITRATOR CALLAHAN:  No, I understand.

 6   And the panel has some questions about some of the

 7   items that are included.  So you can raise them -- I

 8   understand you're just getting them.  We just got

 9   them.  So if there is an objection, please raise it

10   as the --

11              MR. HARDIN:  Not to this particular --

12              ARBITRATOR CALLAHAN:  No, as an exhibit --

13   so noted.

14              MR. HARDIN:  Yes, ma'am.

15              ARBITRATOR CALLAHAN:  If you don't raise

16   an objection, we'll assume there is none as -- when

17   an exhibit is offered.  Okay.

18              MR. ALFORD:  Okay.  Thank you.

19   BY MR. ALFORD:

20      Q.   This is an exchange of emails -- well, at

21   least it starts with an exchange of emails between

22   you and some folks at JPMorgan, correct?

23      A.   Yes.

24      Q.   And at the bottom of the first page there,

25   bottom of 1214-1, or its Bates number Katena 631.
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
 1                 Do you see that?
 2        A.    Yes.
 3        Q.    Katena 631.  On May 13 at 12:25 p.m. you
 4    email some folks at JPMorgan.  The subject line
 5    being (as read):
 6                    Second large deal signed
 7                today.  Coinmint (USA mining
 8                operations) attached.
 9                Correct?
10        A.    Yes, I see that.
11        Q.    On May 13 you sent the Coinmint contract
12    to folks at JPMorgan, right?
13        A.    I can't see the attachment, but I assume
14    that's the contract.
15        Q.    Okay.  And then this person at -- I'm not
16    going to even try to pronounce his or her name.
17    Pan -- well, yeah.
18        A.    Pankaj.
19        Q.    Pankaj, thank you.  P-A-N-K-A-J.
20                Pankaj writes back and says (as read):
21                    Awesome, these agreements are
22                worth a lot more in current
23                context.  Well done.
24                Right?
25        A.    Yes.
```

1      Q.   And the current context was attempts to

2  raise money from investors, right?

3      **A.   I don't know what he meant by that.**

4      Q.   Okay.  And then you say (as read):

5              Precisely.  And keep in mind,

6              each of these players do proper due

7              diligence on us.

8              Right?

9      **A.   That's right.**

10     Q.   Did you ever send an email to any of the

11  folks at JPMorgan telling them that the person who

12  did the due diligence for Coinmint on the contract

13  was hand selected by Mr. Reddy?

14     **A.   I don't recall if we shared with JPMorgan**

15  **the technical due diligence point of context, but we**

16  **may have.**

17     Q.   Did you ever tell the folks at JPMorgan

18  that you all had reached an agreement with

19  Mr. Maloney that you would select the due diligence

20  expert and Mr. Maloney would tell others within

21  Coinmint that he'd found that person?

22          MR. HARDIN:  Objection.  Assumes facts.

23  BY MR. ALFORD:

24     Q.   Did you ever tell him that?

25          MR. HARDIN:  Objection.  Assumes facts not

1    in evidence.

2            ARBITRATOR CALLAHAN:  Well, he's just

3    asking him if he ever said those words to JPMorgan.

4            **THE WITNESS:  No, I don't recall that.**

5    BY MR. ALFORD:

6        Q.  Okay.  And as soon as the contract with

7    Coinmint was signed, you used that contract to FOMO

8    other potential customers you were working at the

9    time, didn't you?

10       **A.  We would work with anybody that would**

11   **listen to us during this time.  There was no**

12   **FOMOing.  And, in fact, after the Coinmint contract,**

13   **we probably would be very limited in capacity.  This**

14   **was a really tough year in terms of supply chain.**

15       Q.  Well, okay, let's take a look at

16   Exhibit 41.  We've seen this document earlier.  I'd

17   like to revisit it for just a minute.

18           ARBITRATOR CALLAHAN:  Okay.

19           MR. ALFORD:  Sorry to make you go back and

20   forth there.

21   BY MR. ALFORD:

22       Q.  Let's go to Exhibit 41.  This is the email

23   where you all are celebrating about the signing.

24   And let's go to page 23, 41-23 or Bates page 6217.

25           Near the bottom of that page, you say (as

```
 1   read):
 2                  Soluna called me.
 3              Right?
 4       A.   Yes, I see that.
 5       Q.   And Soluna was another customer you were
 6   courting?
 7       A.   Soluna Holdings was another mining ESN
 8   operator.
 9       Q.   That you were seeking to do business with?
10       A.   Yes.  Yes.  That's fair to say.
11       Q.   And this was a text exchange between you
12   and Mr. Gao on May 13th, correct, that we're
13   looking at?
14       A.   Yes.
15       Q.   And you tell Mr. Gao (as read):
16                  Soluna called me.  They got
17              approval to negotiate 2 to
18              4 million initial order for Katena.
19              Right?
20       A.   Yes.  That's right.
21       Q.   And you say (as read):
22                  We have a call tomorrow.  I
23              told CEO we signed/locked
24              in $150 million order and he was
25              like, wow, hope you can give us
```

```
 1                 allocation to our small order.
 2                 Right?
 3       A.    Yes.
 4       Q.    And you say (as read):
 5                     I can use Coinmint PO "in
 6                 confidence" to sales FOMO others.
 7                 Don't need PR for that either.
 8                 Right?
 9       A.    Yes, I see that.
10       Q.    And Mr. Gao responds back, (as read):
11                     LOL, now everyone will beg.
12                 Right?
13       A.    Yes, I see that.
14       Q.    It's true, is it not, that your plan, as
15   of May 13, was to provide the Coinmint purchase
16   order, quote, in confidence, end quote, to other
17   potential customers to make them feel like they
18   might miss out if they didn't immediately sign a
19   contract with Katena, right?
20       A.    No, we did not share the Coinmint contract
21   with any other party.  We were entering an NDA with
22   Coinmint.
23                 MR. ALFORD:  If I might, I would propose
24   to be quiet for a little while.
25                 ARBITRATOR CALLAHAN:  This is a good time
```

1    for the lunch break.

2              MR. ALFORD:  Yeah.

3              ARBITRATOR CALLAHAN:  Okay.  We're about

4    at 12:30, so why don't we take our lunch break.  I

5    was hoping 45 minutes.  I know we ordered lunch in.

6    I think somebody ordered lunch in.  45 minutes will

7    put us back here at 1:15.

8              MR. HARDIN:  I'm sorry, did the panel --

9    maybe I made a mistake based on how it was in New

10   York.  Did the panel -- is there only food here at

11   the AAA for the panel members?

12             ARBITRATOR CALLAHAN:  Right.  They don't

13   do that in this office.  They don't bring a big

14   lunch in.

15             MR. ALFORD:  There's a lot of options, I

16   think, pretty close by here.  Lot of lunch options.

17             ARBITRATOR CALLAHAN:  I'm sorry if that

18   wasn't clear.

19             ARBITRATOR GLICK:  You might tell him.

20             ARBITRATOR CALLAHAN:  Off the record.

21              (Lunch recess taken from 12:28 p.m. to

22              1:16 p.m.)

23

24

25

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
 1                   AFTERNOON SESSION
 2            ARBITRATOR CALLAHAN:  Go ahead.
 3            MR. HARDIN:  Start?
 4            ARBITRATOR CALLAHAN:  I think everyone's
 5   ready.
 6            MR. ALFORD:  Yes.
 7            ARBITRATOR CALLAHAN:  All right.  Go
 8   ahead.
 9                   CROSS-EXAMINATION
10            MR. HARDIN:  I'm going to scoot back a
11   little bit.  I'm not trying to get in your space.
12   Help me understand if you can hear me too.
13            Mr. Monzon, did you get a cup of coffee?
14            THE WITNESS:  Yes, sir, I did.
15   BY MR. HARDIN:
16       Q.   Good.  We got a lot to go through, so bear
17   with me.  I want to try to cut through some of this
18   a little bit.
19            Tell the panel how Katena's business would
20   have been different if Coinmint had actually paid
21   what the contract required and done it timely.
22       A.   Katena at this stage had --
23            (Reporter clarification.)
24            THE WITNESS:  At this stage, in May 2021,
25   had already sent the first chip for fabrication.  We
```

1   had completed the design, all the simulation,

2   testing in the laboratory, and sent it to the

3   fabricator.  We also had operations in Asia.  We had

4   the contract manufacturers identified, letters of

5   intent, term sheets identified.  And we had the team

6   in Asia who was ready to run.

7           ARBITRATOR CALLAHAN:  You had a what?

8           THE WITNESS:  The team in Asia.

9           ARBITRATOR CALLAHAN:  Okay.

10          THE WITNESS:  Ready to run and what we

11  needed was the chip.

12  BY MR. HARDIN:

13      Q.  Well, what did that have to do with

14  getting the full down payment from Coinmint?

15      A.  So some perspective.  In 2021, if the

16  panel recalls as well, this was right after COVID.

17  So the supply chain situation was getting worse and

18  worse every month in 2021.  And -- I'm sorry, what

19  was the question?

20      Q.  What -- you said the last thing you needed

21  was a chip.

22          And my question to you is, how does that

23  change based on whether Coinmint actually paid?

24      A.  So because of the supply chain situation,

25  these were not normal times.  We needed to show

1    enough capital to the foundry who fabricate the
2    chips in order to be prioritized.
3            We were a technology start-up.  The
4    attention by the foundries was naturally going to
5    the larger players and this became more prevalent
6    over 2021.
7        Q.   And when you're saying the supply chain
8    crisis, you're not talking generically, you're
9    talking about specifically semiconductor chips?
10       A.   I'm talking twofold.  There were supply
11   chain issues in 2021 across multiple industries.  I
12   recall even reading Tesla not even being able to get
13   their tires or whatever.
14           But yes, on the chips, in 2020 there was
15   an explosion of demand for chips for home office,
16   for home entertainment.  And that had an
17   unprecedented impact in 2021 in the semiconductor
18   industry.
19       Q.   Okay.  Well, let's follow this out.
20           It's May 18th, 2021.  Katena gets
21   $37.5 million in accordance with the purchase order.
22   What do you do?
23           MR. ALFORD:  Objection.  Calls for a
24   narrative.  What do you do?
25           ARBITRATOR CALLAHAN:  Well, that's true.

```
 1    Can you break it down.  What's the first thing you
 2    would have done.
 3    BY MR. HARDIN:
 4         Q.   What's the first thing you would do?
 5         A.   The first thing we would do is reach out
 6    to the foundries, DXCorr, and all sorts of supply
 7    chain, and basically, it was all primed.  We would
 8    be able to get, hopefully, prioritization of the
 9    chips.
10         Q.   Okay.  Now, you're saying foundries,
11    that's TSMC?
12         A.   That is TSMC.
13         Q.   Okay.  And did Katena have a direct
14    relationship with TSMC?
15         A.   Katena did not have a direct relationship
16    with TSMC.  DXCorr and Sagar had a very close
17    working relationship of over three decades with
18    every foundry in the world, actually.  TSMC being
19    one of them.
20         Q.   Okay.  And who was responsible for this
21    aspect of Katena's operations?
22              MR. ALFORD:  Objection.  Vague and
23    ambiguous.
24              ARBITRATOR CALLAHAN:  Overruled.
25              THE WITNESS:  Sagar was responsible for
```

 1    the engagement.

 2              (Reporter clarification.)

 3              MR. HARDIN:  May have to get you to scoot

 4    that table up here in a minute.

 5    BY MR. HARDIN:

 6         Q.  Earlier this morning you were asked

 7    questions of whether you had personally seen a

 8    contract between DXCorr and IMEC or TSMC.

 9              Do you recall that?

**10         A.  I don't recall seeing the actual contract.**

**11    That was under NDA.  But surely Sagar, who was**

**12    responsible for that relationship --**

13         Q   Wait, you stole my question a little

14    bit --

15              (Simultaneous speaking - inaudible.)

16              ARBITRATOR CALLAHAN:  Wait.  Stop.

17    There's no question pending.

18              Go ahead, Mr. Hardin.

19              MR. ALFORD:  I was going to object to the

20    answer --

21              ARBITRATOR CALAHAN:  There's no question

22    pending.

23              MR. ALFORD:  -- as lacking foundation,

24    "Surely Sagar" --

25              ARBITRATOR CALLAHAN:  So noted.

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1          Go ahead.

2          MR. ALFORD:  Thank you.  Sorry to

3     interrupt.

4          **THE WITNESS:  Ask.**

5          MR. HARDIN:  Ask, and I will.

6     BY MR. HARDIN:

7          Q.  With respect to Katena, who was

8     responsible for interacting with DXCorr and any

9     contract they may or may not have with IMEC or TSMC?

10         **A.   Michael Gao.**

11         Q.  Would Mr. Reddy also be involved in that?

12         **A.   Yeah.  Absolutely.**

13         Q.  Okay.  Let's get back to this world where

14    Coinmint pays the $37.5 million timely.

15              Earlier this morning you were asked

16    questions about a letter of intent with -- apologies

17    if I mispronounce the name -- Shenzhen?

18         **A.   Shenzhen is a Chinese city.**

19         Q.  Okay.  It was a letter of intent with a

20    particular company in Shenzhen, right?

21         **A.   If you're referring to the contract**

22    **manufacturer, yes, we had a couple of relationships**

23    **already in place and identified.**

24         Q.  Okay.  And what were you waiting on to

25    finalize those relationships?

1        A.   The contract manufacturers need to have

2    visibility into all the components that go into

3    building whatever system.  In our case they needed

4    visibility into the chips available to build the

5    final system.

6        Q.   Okay.  So they needed the chips to start

7    fabricating before you would finalize those

8    agreements?

9        A.   Yes.  That would be the sequential

10   process.

11       Q.   Okay.  To be clear, you're talking about a

12   sequential process.  The process is get paid the

13   down payment first, right?

14            MR. ALFORD:  Objection.  Leading.

15            THE WITNESS:  Yes.

16            ARBITRATOR CALLAHAN:  I'm going to

17   overrule it.  Just as in the Connecticut proceedings

18   where there were objections about leading, I think

19   Judge Vatti noted both sides were leading.  I've

20   observed that in these proceedings previously, so I

21   don't -- I'm going to let you lead a little bit and

22   the panel understands a leading question versus an

23   open question, but let's get through this, okay,

24   without an objection for each question.

25            MR. ALFORD:  All right.  Thank you.

```
 1    BY MR. HARDIN:
 2         Q.   Mr. Monzon, apologies.  Let's go back.
 3              So first, in the sequential order, what
 4    was the first step that had to occur?
 5         A.   We need to lock in the chips.
 6         Q.   And to get that first step, what did you
 7    need?
 8         A.   We needed capital.
 9         Q.   And who was supposed to provide that
10    capital, pursuant to the agreement?
11         A.   Coinmint.
12         Q.   Could you partially start the chips with a
13    partial payment?
14         A.   We wouldn't be able to.  Not in 2021.  And
15    this was because of the supply chain issues that I
16    explained.
17         Q.   Once the chips were fabricated or started
18    to fabricate in the sequence, then, what was the
19    next step?
20         A.   Once the chips were fabricated, then the
21    contract manufacturer would be able to work with the
22    foundry on a "supply chain" forecast, with our
23    guidance obviously, in order to start building the
24    systems.
25         Q.   And at that point, would you turn this
```

1    letter of intent into a formalized agreement?  Was

2    that the plan?

3         A.   That is precisely the plan.  The contract

4    manufacturers would not sign a binding contract

5    without visibility into all components of supply

6    chain.

7         Q.   Excellent.

8              We heard earlier this discussion about

9    Katena's business resilient strategy.  Was it

10   dependent on Katena actually having fabricated

11   chips?

12        A.   It was.  We wouldn't be able to build our

13   own mining rigs to do self-mining without our own

14   chips.

15        Q.   There was a discussion earlier about,

16   quote, $200 million in secured -- was it credit; is

17   that right?

18        A.   Yes.  I believe that's what Mr. Fletcher

19   mentioned.

20        Q.   Were there any conditions on the credit

21   that was secured being unlocked?

22        A.   Absolutely.  All financing entities put

23   conditions and contingencies on the ability to

24   access any kind of credit.

25        Q.   You mean you didn't have just a bank

```
 1   account full of $200 million that you could do
 2   whatever with?
 3              MR. ALFORD:  Objection.  Leading.
 4              THE WITNESS:  No.  We did not have
 5   access --
 6              ARBITRATOR CALLAHAN:  Overruled.
 7              THE WITNESS:  -- to any 200 million.
 8   BY MR. HARDIN:
 9       Q.   Well, let's take a few more issues then.
10   And we're going to get into some of the background
11   and Katena's success story in a minute.
12              But there's still some items I want to
13   address from this morning.  And apologies for the
14   bluntness of this.
15              Did you use Maloney to saddle Coinmint
16   with a bad deal?
17       A.   No, I did not.
18       Q.   Why was it a sweetheart deal for Coinmint
19   and Katena?
20       A.   Katena was developing the most energy
21   efficient ASICs in the market.  We had the design
22   completed.  We had taped out the chip.  And that
23   allows all the customers to be more profitable when
24   they're mining with these Bitcoin mining rigs.
25       Q.   How would that benefit Coinmint?
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

1       **A.   They were procuring Bitcoin mining**

2   **machines, they would be able to make more Bitcoins,**

3   **quote/unquote, make more money with the most**

4   **efficient machines.**

5       Q.   Was it your understanding that Mr. Maloney

6   had an ownership interest in Coinmint?

7       **A.   Yes, that was my understanding.**

8       Q.   How would this be a sweetheart deal for

9   Mr. Maloney, in your opinion?

10      **A.   It wouldn't matter compared to his stake**

11  **at Coinmint.**

12      Q.   Right.

13           But the deal, the agreement

14  for $150 million that Coinmint was going to get of

15  Bitcoin mining rigs, what was your understanding of

16  what that would have done to Coinmint's value in any

17  potential sale?

18           MR. ALFORD:  That lacks foundation.

19           **THE WITNESS:  It would --**

20           ARBITRATOR CALLAHAN:  I'm going to sustain

21  that.

22           MR. HARDIN:  Okay.

23           MR. ALFORD:  Thank you.

24           ARBITRATOR CALLAHAN:  If you can establish

25  foundation as to how he would know the value of

TRANSCRIPT OF PROCEEDINGS, VOLUME I

August 28, 2023

```
 1    Coinmint.
 2              MR. HARDIN:  Sure.  Sure.  Sure.
 3    BY MR. HARDIN:
 4       Q.   Mr. Monzon, were you -- were you, Katena,
 5    but you in particular, were you told that, during
 6    this time, Coinmint was looking to be sold or go
 7    public?
 8       A.   I don't recall exactly when we had that
 9    information or I had that information.  But yes,
10    generally speaking, our understanding was that
11    Mr. Ashton wanted to cash out and Coinmint was open
12    to selling their business at some point.
13       Q.   Okay.  And was it further your
14    understanding that if the business was sold,
15    Mr. Maloney would get a percentage of that according
16    to his ownership, your understanding?
17              MR. ALFORD:  Lacks foundation.
18              THE WITNESS:  That is my understanding.
19              ARBITRATOR CALLAHAN:  It's his
20    understanding.
21              MR. HARDIN:  Thank you.
22              ARBITRATOR CALLAHAN:  And then you can go
23    on cross as to whether or not there's a basis for
24    his understanding.
25              MR. ALFORD:  Thank you.
```

1    BY MR. HARDIN:

2        Q.   Did you offer Mr. Maloney a job in

3    exchange for a contract with Coinmint?

4        **A.   No.   That's ridiculous.**

5        Q.   Okay.   Let's put this into perspective.

6    We've called this the interview process.   Tell the

7    panel, how much did you talk to Mr. Maloney about

8    Katena's CFO role?

9        **A.   On the introductory call with Mr. Maloney,**

10   **I didn't have many conversations with Mr. Maloney.**

11   **Maybe a couple of conversations.   And I had Mr. Gao**

12   **basically engage with him on brainstorming and**

13   **figuring out ideas.**

14       Q.   But I'm talking about you in particular.

15   You know, the first connection was through Rachel --

16   with Mr. Maloney was with you.

17       **A.   Yes.**

18       Q.   Tell the panel, how long did that call

19   last?

20       **A.   I don't recall exactly, but maybe**

21   **30 minutes, maybe 20 minutes.   I don't recall.**

22       Q.   Okay.   Had you ever met Mr. Maloney

23   before?

24       **A.   I had never met Mr. Maloney before.**

25       Q.   And so in this 20-minute call, did you get

1    to know Maloney well enough that you would offer him

2    a job in exchange for him selling out Coinmint with

3    a bad deal?

4         **A.   No.  And I find that offensive.**

5         Q.   Well, why not, wouldn't that just be

6    easier?

7              MR. ALFORD:  Objection.  Vague and

8    ambiguous.

9              MR. HARDIN:  I think we all know what the

10   question is.  We appreciate the repetitive

11   objections.  Can I actually try to get some time

12   with this witness?  This is somebody that I had

13   scheduled for five hours.

14             ARBITRATOR CALLAHAN:  I am going to ask

15   that we not have so many objections.

16             So go ahead, please.

17             MR. ALFORD:  I'll do my best.  I'm sorry,

18   I'm used to being in a court.  I apologize.  The

19   question was wouldn't it have been easier, but ...

20             MR. HARDIN:  Maybe you can testify.  Can I

21   get back --

22             ARBITRATOR CALLAHAN:  Okay.  Counsel,

23   let's spend our time with questioning and not

24   gibbeting between the two of you also.

25   / /

```
 1   BY MR. HARDIN:
 2        Q.   Wouldn't it be easier just to offer him a
 3   job?
 4        A.   No.  That's not part of my belief system.
 5   That is not something that I've ever done, fraud,
 6   nor is something that we did here, nor is something
 7   I would ever do.
 8        Q.   Coinmint spent a lot of time discussing
 9   your WhatsApp messages, and I want to get some
10   context for those messages.
11             How do you use WhatsApp messages at work?
12        A.   Loosely.  It's mostly for internal
13   communications.  At times we would brainstorm or
14   spitball or joke around.  We would also have
15   conversations throughout.  Maybe we will write
16   something one day and we're having a different
17   conversation a few hours later.
18        Q.   Okay.  Well, with that, let's talk a
19   little bit about you.
20             When did you start working at Katena as
21   it's CEO?
22        A.   In 2019.
23        Q.   Can you tell the panel some of your --
24   you've mentioned Qualcomm.  Can you tell the panel
25   some of your experience at Qualcomm before this?
```

1           A.   Sure.   I joined Qualcomm in 1998 as a

2     young engineer, and I spent close to 18 years at

3     Qualcomm, based in San Diego, their corporate

4     headquarters, in various functions, from engineering

5     to program management, product development, business

6     development and as an executive.   Drove a lot of

7     business for the company throughout the years.

8           Q.   What were your responsibilities as CEO

9     when you joined Katena?

10          A.   As CEO of the company, I was responsible

11    for -- personally for driving more the business side

12    of the company.   Where Sagar was focused on the ASIC

13    and Michael on the ASIC and the system and also

14    supporting me on the business development side.

15          Q.   Okay.   You've touched on this briefly, but

16    let's start by explaining early 2021.   And start

17    with the price of Bitcoin.   What was happening with

18    the price of Bitcoin early 2021?

19          A.   The price of Bitcoin started appreciating

20    in early 2021.   And it continued to appreciate

21    throughout 2021 before its eventual correction.

22          Q.   You said it started appreciating in early

23    2021.   Were these mild appreciations?

24          A.   What I recall is the first half of 2021,

25    Bitcoin more than doubled in price, maybe even

1    tripled.  I don't recall exactly the numbers.

2        Q.   How did that impact the market, and

3    specifically the demand for Bitcoin mining rigs?

4             ARBITRATOR CALLAHAN:  Mr. Hardin, you're

5    starting to talk with your hand over your mouth and

6    you're starting to go down, and I can tell the court

7    reporter is straining to hear you.

8             MR. HARDIN:  Okay.

9    BY MR. HARDIN:

10       Q.   How did that impact the demand for Bitcoin

11   mining rigs?

12       A.   It impacts it -- demand, obviously,

13   increases with Bitcoin price appreciation.  And

14   Bitcoin has had different cycles of appreciation and

15   depreciation over the years.  So when there is an

16   appreciating run, the industry gets very excited

17   because everybody can make more Bitcoin rewards and

18   more money, essentially, from mining Bitcoins.

19       Q.   And you've touched on this briefly in some

20   of the opening dialogue.  But how close was -- and,

21   look, just at a really high level, how close was

22   Katena to manufacturing Bitcoin mining rigs and what

23   operations were in place to do that?

24       A.   We were ready to run.  We had the foundry

25   relationships in place, we had the contract

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1    manufacturing relationships in place.  We also had

2    the team to support that.  And yeah, it was exciting

3    times.

4         Q.   What all was left?

5         A.   The capital to overcome the supply chain

6    constraints in this unprecedented year of 2021.

7         Q.   Okay.  Let's talk about, first, the

8    customers that you did have at that time.  You said

9    they were VectorCloud, EdgeMode.

10             Were there any more?

11        A.   Soluna Holdings as well, but I don't

12   recall exactly when Soluna Holdings was signed.

13        Q.   Okay.  When did VectorCloud join Katena?

14        A.   VectorCloud became a customer in early

15   2021.  I don't recall exactly the dates of the

16   contract.

17        Q.   Would it matter that they were a customer

18   in early 2021?

19             ARBITRATOR CALLAHAN:  Matter to what?

20   BY MR. HARDIN:

21        Q.   How would that impact the price?

22        A.   So pricing in this industry is dynamic.

23   It changes as Bitcoin price changes, which is

24   almost -- it could be very volatile, actually.  In

25   early 2021, VectorCloud was our first customer.

1  Bitcoin price was lower than, say, mid 2021 or other

2  time in 2021.

3      Q.   Had Katena finished designing their chip

4  when VectorCloud signed its agreement?

5      A.   We had not finished designing the full

6  chip, but we were close.  We were close.  And

7  VectorCloud strategically wanted to come in early

8  with us.

9      Q.   Would that impact the price, the price

10 that Vector Cloud would receive on its agreement?

11     A.   Yes.  Bitcoin price, at any moment, would

12 impact the price of the machines.

13     Q.   Well, I'm asking the question slightly

14 different.  Would Katena's stage -- strike that.

15          Would the status of the design of the chip

16 impact the price that Katena could charge to the

17 customer?

18     A.   Yes.

19     Q.   Okay.  And the short question is, did you

20 have to charge VectorCloud less because you

21 haven't -- because Katena had not yet fully designed

22 the chip?

23     A.   That is correct.  We had to compensate

24 since we were earlier in production readiness versus

25 our competitors.

**August 28, 2023**

1       Q.   One thing that has kind of been talked

2   about is whether Katena itself -- not using other

3   entities but just Katena -- could Katena fabricate

4   computer chips using its own facilities.

5       **A.   No.  This is not an industry practice.**

6   **Not even Qualcomm manufactures their own chips, and**

7   **they're the world's leading semiconductor company**

8   **mogul.**

9       Q.   And what is it called when a company like

10   Katena uses a company like TSMC to fabricate the

11   chips?

12       **A.   That is called a semiconductor fabless**

13   **company.**

14       Q.   And in your experience in the industry,

15   having been a CEO of Katena, how common is it to use

16   a fabless semiconductor manufacturer?

17       **A.   I'm sorry, can you repeat the question?**

18       Q.   Sure.

19            In your experience, how common is it for

20   an entity to use a fabless semiconductor

21   manufacturer?

22       **A.   Yeah.  Most of the industry, actually,**

23   **doesn't manufacturer or fabricate the chips.  Most**

24   **of the industry designs the chips, tests them and**

25   **sends them for fabrication to companies like TSMC or**

1   other foundries like Samsung or Google foundries or

2   others.

3        Q.   Okay.  Let's -- couple more -- couple more

4   questions here about Katena during this time frame.

5   In March 2021, can you explain some of the

6   operations that Katena had?  Can you describe their

7   operations, rather?

8        A.   Yeah.  Katena core founding team was in

9   California with Sagar, Michael and others that were

10  supporting us.  And we also had two subsidiaries:

11  One in Hong Kong, a company called Sole Mine

12  Limited; and one in Shenzhen, which I think it was

13  called Katena Shenzhen something company.  I

14  struggle sometimes with these long Chinese names.

15       And basically the team was ready to run.

16  We had completed the design and had already sent the

17  chip for fabrication.

18       Q.   Okay.  Let's turn to joint Exhibit 100.

19       MR. HARDIN:  Ms. Rose, could you put up

20  joint Exhibit 100, please.

21  BY MR. HARDIN:

22       Q.   And let's go down to the initial email

23  that starts this.  You see there on February 22nd,

24  2021, Mr. Monzon -- who is James?

25       A.   James Xiang was responsible for the

1    Chinese subsidiary operations.

2         Q.   And he is emailing you.  He says (as

3    read):

4                   Hi Henry, we need to pay

5              $41,500 this week.  Please check

6              the details as attached.

7              And then he identifies a variety of

8    different categories and amounts to be paid for

9    those categories.

10             Did I read that correctly?

11        A.   Yes, that's correct.

12        Q.   Okay.  Was this common?

13        A.   Yeah.  James was managing the budget and

14   the team in Shenzhen, so he would provide me with a

15   monthly estimate, and I would ask for details, or

16   not, as required.

17        Q.   And this one is -- you said monthly, but

18   this one is actually a weekly estimate, right?

19        A.   Yes, that's what we see here.

20        Q.   And so is this, you know, a general

21   average of what was spent on the Chinese operations

22   on a weekly basis during this time frame?

23        A.   I don't recall exactly, but it should be

24   around these ranges.  And it increased over time as

25   we had more readiness.

**August 28, 2023**

```
1        Q.    Okay.  So Katena was paying
2   approximately $41,000 a week, approximately, for its
3   operations in China during this time?
4        A.    Yes.
5        Q.    And this was part of its plan to be ready
6   once it got that last customer?
7        A.    Yeah.  This is the team that was going to
8   support work with the contract manufacturer, work
9   with all the suppliers and work with the foundry on
10  their chip forecast.
11       Q.    Thank you.
12             MR. HARDIN:  And I think for the record
13  these joint exhibits have been introduced into
14  evidence, right?
15             ARBITRATOR CALLAHAN:  Well, I don't know.
16  I've been provided with a copy.  It wasn't
17  accompanied by a stipulation.  If counsel wants to
18  agree that the new exhibits, which were 66 through
19  120, are in, that's fine.  But let's have a record
20  of that.
21             MR. HARDIN:  We so stipulate.
22             MR. ALFORD:  I was going to ask -- I don't
23  want to be long winded, but just quickly, would you
24  prefer we offer -- go through the formal process --
25             ARBITRATOR CALLAHAN:  No.
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1          MR. ALFORD:  -- of offering documents in
2     evidence when we introduce them?
3          ARBITRATOR CALLAHAN:  Never have.
4          MR. ALFORD:  Good.  Hallelujah.
5          So yeah, I would stipulate that everything
6     we talk about today should come into evidence, all
7     the documents.
8          ARBITRATOR CALLAHAN:  Well, it is, based
9     on our prior ground rules.
10          MR. ALFORD:  Right, perfect.
11          ARBITRATOR CALAHAN:  But if we're talking
12     about exhibits that have not yet been mentioned but
13     have been provided as joint exhibits, do I have a
14     stip by counsel that they're in whether you ask
15     about them or not?
16          MR. ALFORD:  Yes.
17          MR. HARDIN:  Yes.
18          MR. ALFORD:  Yes.  The only -- yes.  The
19     ones we've talked about so far, yes.
20          ARBITRATOR CALLAHAN:  No.  I'm asking a
21     different question.
22          MR. ALFORD:  I'm sorry.
23          ARBITRATOR CALLAHAN:  Are all of the joint
24     exhibits, new exhibits, 66 through 120 in even if
25     they're not referenced?

1          MR. LIU:  I think we should only -- I
2    think we're only agreeing to the ones that's been
3    used so far.  So the first 65 from the first two
4    hearings and then whatever's been used so far today.
5          MR. ALFORD:  There's a few we might have
6    an objection to but it's unlikely.
7          ARBITRATOR CALLAHAN:  I'm going to suggest
8    you look them over tonight and let's see if we can
9    get some closure on this.
10          MR. ALFORD:  I agree.  I agree.
11          ARBITRATOR CALLAHAN:  If you have ones you
12    have objections to, why don't we get that out in the
13    open.  Because I have to tell you, the impression,
14    when we're given joint exhibits, is that there
15    aren't objections.  So if there are, let's put it
16    out there.  Otherwise, I would appreciate some kind
17    of a stip so everybody's clear on what's in and you
18    can just go about your business of formulating your
19    examinations.
20          MR. ALFORD:  Agreed.
21          ARBITRATOR CALLAHAN:  Without worrying
22    about in, out, whatever.  Let's get some clarity on
23    the joint exhibits.
24          MR. ALFORD:  I agree.  We'll do that.
25          ARBITRATOR CALLAHAN:  Go ahead.

TRANSCRIPT OF PROCEEDINGS, VOLUME I

August 28, 2023

```
 1   BY MR. HARDIN:
 2       Q.   Mr. Monzon, we were talking about other
 3   people getting paid during this time frame.  What
 4   about the founders; were you taking a salary?
 5       A.   We were not taking payroll.
 6       Q.   Why not?
 7       A.   We're founders.  We wanted the team to
 8   grow and we -- I was -- particularly wanted a bigger
 9   balance sheet in order to pull payroll.
10       Q.   Okay.  Well, let's turn to -- looks like
11   "Incremental increase in time."  Okay.
12            Let's talk about April/May 2021.  I think
13   it's accurate to say that from your perspective as
14   Katena's CEO, you thought Katena was well positioned
15   to start manufacturing rigs but for the need of one
16   large customer.
17            Did I say that correctly?
18       A.   We expected capacity limitations because
19   of the supply chain challenges in 2021.  So we would
20   not be able to take too many large customers.
21   Surely not of the size of Coinmint at this time.
22       Q.   Okay.  But I was asking something a little
23   bit different.  I just want to do a level set for
24   everyone.  As we turn to April/May 2021 -- and tell
25   me if this is accurate, right, or if it's not
```

**August 28, 2023**

1   accurate -- what I heard you say is that from your

2   perspective as Katena's CEO, you thought Katena was

3   well positioned to start manufacturing rigs, but for

4   the need of one, you know, large customer, and I'll

5   put that in air quotes.  Is that correct?

6       **A.   Yeah.   That is correct.   The other**

7   **contracts we had for -- with VectorCloud was**

8   **smaller, with Soluna would have been smaller.**

9   **EdgeMode was the other potentially larger customer**

10  **for us.**

11      Q.   Okay.  Was Katena negotiating with any

12  other potential customers in April 2021?

13      **A.   Katena was in regular communications with**

14  **the industry.  I don't recall exactly which**

15  **customers on which date, but we would be talking to**

16  **several.  Some of them are probably companies now.**

17      Q.   Okay.  What about Core Scientific, were

18  you talking with Core Scientific?

19      **A.   Core Scientific was part of discussions**

20  **around this time as well.**

21      Q.   Okay.  We heard earlier --

22          MR. HARDIN:  Michelle, could you put up

23  Coinmint Exhibit 1011.

24  BY MR. HARDIN:

25      Q.   That's just in Coinmint's -- that's just

TRANSCRIPT OF PROCEEDINGS, VOLUME I

1    in Coinmint's documents, and Ms. Rose is going to

2    put that up on the screen here in just a moment.

3            Look, really all it's going to do is it's

4    going to -- this was the one about Taras, okay.

5            And all I wanted to ask was, there were a

6    couple times that you were trying to explain about

7    Taras.  Who was Taras and what did -- if anything,

8    did you offer Taras?

9        **A.    Taras worked for Core Scientific on the**

10   **business side.  His counterpart was a gentleman by**

11   **the name of Ashu who would conduct more of the**

12   **product and technical diligence.**

13       Q.   Was Taras working full-time for Core

14   Scientific?

15       **A.    I don't know the exact arrangement between**

16   **Taras and Core Scientific.**

17       Q.   Did you offer Taras a job?

18       **A.    No.  Taras offered to us to make some**

19   **introductions because everybody was very excited**

20   **around this time with the energy efficiency that we**

21   **were targeting and looking to achieve.  So he was**

22   **happy to introduce people.**

23       Q.   From your perspective as Katena's CEO, had

24   anyone else ever attempted to target energy

25   efficiency like Katena was?

1        A.   My understanding, at that time, is

2   everybody would love to achieve efficiencies of the

3   levels that we were targeting.  The ability to do

4   that, obviously, is largely dependent on engineering

5   and IP.

6        Q.   Okay.  I think we talked about Core

7   Scientific.  Katena was in negotiations with Core

8   Scientific at this time, right?

9        A.   Yes.

10       Q.   And Katena was in discussions with MNA at

11  this time; is that right?

12       A.   I'm sorry, who?

13       Q.   Was Katena in discussions with MNA?

14            MR. ALFORD:  Vague and ambiguous.

15            THE WITNESS:  MNA Advisory was a group of

16  investors that I was introduced to around this time.

17  I don't recall exactly when.

18  BY MR. HARDIN:

19       Q.   Okay.  How about Celsius?

20       A.   Yes.  We had engaged Celsius as well to

21  explain to them about our technology and our plans.

22       Q.   Were there other customers that you were

23  talking to at this time about a potential order in

24  addition to Coinmint?

25       A.   We were talking to many entities in the

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1    industry.  Similar profile as Coinmint and some of
2    the other ones you mentioned.  I don't recall
3    exactly the timing for some of these.
4         Q.  Okay.  Well, let's -- we'll come back to
5    that.  And we're going to talk about how those
6    discussions may have changed as the Coinmint
7    discussions matured.  But for now, let's talk about
8    Coinmint and those discussions, okay?
9              ARBITRATOR CALLAHAN:  What discussions?
10   Those discussions, what --
11             MR. HARDIN:  The discussions with
12   Coinmint, any discussions.
13             ARBITRATOR CALLAHAN:  Okay.  Good.  Thank
14   you.
15             MR. HARDIN:  It's just a transition, it's
16   not testimony.
17             ARBITRATOR CALLAHAN:  I just wanted to
18   follow you.
19   BY MR. HARDIN:
20        Q.  Are you ready?
21        A.  Yes, sir.
22        Q.  First we're going to do a quick document
23   prove-up.
24             MR. HARDIN:  Michelle, could you put
25   Exhibit 2022 on the screen.

```
 1   BY MR. HARDIN:
 2        Q.   Mr. Monzon, do you recognize this
 3   document?
 4        A.   It looks like a standard NDA mutual
 5   agreement.
 6        Q.   Okay.  And it's an email from DocuSign
 7   dated April 17th, 2021, right?  Right there on the
 8   top.
 9        A.   Yes.
10        Q.   And it says -- the subject line is (as
11   read):
12              Completed.  Please DocuSign
13              Katena NDA Coinmint, April 2021.
14              Right?
15        A.   Yes.
16             MR. HARDIN:  And, Michelle, would you
17   scroll down to the attachment.
18   BY MR. HARDIN:
19        Q.   You see right there --
20             MR. HARDIN:  Michelle, stop.
21   BY MR. HARDIN:
22        Q.   -- where the first paragraph identifies
23   that this nondisclosure agreement is entered into as
24   of April 17, 2021 between Katena and Coinmint,
25   right?
```

1          A.    Yes.

2                MR. HARDIN:  Okay.  Let's scroll down all

3      the way to the signatures, please, Michelle.

4      BY MR. HARDIN:

5          Q.    Do you see where it says Michael Maloney,

6      CFO, MNA Advisory Limited?

7          A.    **Yes, I see that.**

8          Q.    Okay.  Do you know who MNA Advisory

9      Limited is?

10         A.    **This is a typo.  Like I mentioned, MNA**

11     **Advisory was a group of investors that we were**

12     **talking to, at this time.  And they had already**

13     **signed an NDA.**

14         Q.    Okay.  Excellent.

15               Some background questions.  Who

16     participated in contract negotiations with Coinmint

17     on Katena's side?

18         A.    **Michael and I.  Michael Gao and I.**

19         Q.    Anybody else?

20         A.    **Also our attorney that was helping us at**

21     **the time, Gaurav from Silicon Legal Strategy.**

22         Q.    And who did you speak with on Coinmint's

23     side?

24         A.    **I spoke with Mr. Maloney.  He was our**

25     **primary contact.**

1     Q.  At the time, was it your understanding
2 that anyone else at Coinmint, aside from
3 Mr. Maloney, was involved in evaluating, negotiating
4 a potential deal with Katena?
5         MR. ALFORD: Foundation.
6         ARBITRATOR CALLAHAN: He's asking for his
7 understanding.
8         **THE WITNESS: Yes. My understanding or**
9 **the team's understanding was that Mr. Maloney and**
10 **management team were reviewing and discussing and**
11 **assessing the opportunity with Katena.**
12 BY MR. HARDIN:
13     Q.  And -- okay.
14         MR. HARDIN: Michelle, would you please
15 place up Exhibit 2024.
16 BY MR. HARDIN:
17     Q.  Mr. Monzon, this is an email dated
18 April 20th, the subject line (as read):
19         Katena sales agreement
20         purchase order.
21         Do you see that?
22     **A.  Yes, I see that.**
23     Q.  It's directed to Mr. Maloney, right?
24     **A.  Yes.**
25     Q.  What is this document and really, what's

```
 1    the attachment?
 2         A.    The attachments look like kind of our
 3    template, our draft of the sales purchase agreement
 4    and the purchase order.
 5         Q.    Okay.  Do you remember how much the
 6    initial sales purchase agreement -- sales and
 7    purchase agreement and purchase order were for?
 8         A.    I recall the $100 million mark was initial
 9    discussion.
10         Q.    And who suggested that?
11         A.    Coinmint.
12         Q.    Let's go to Exhibit 2029.  And as we
13    transition to that, I do have a few questions
14    beforehand.
15              During this time, was there anything else
16    that you provided to Mr. Maloney and Coinmint as
17    they were considering the sales and purchase
18    agreement and purchase order?
19         A.    I'm sure at some point we provided access
20    to the data room, so they could review information
21    about the company.
22         Q.    Can you tell the panel your recollection
23    of what was in the data room?
24         A.    Yeah.  A data room is a digital repository
25    where we had information about the company's
```

1    operations, business, engineering, technical files,

2    and anything that would be relevant for investors or

3    customers.

4         Q.   So let's transition back then to

5    Exhibit 2029.  And this is an email from Mr. Maloney

6    to you.  And it's -- the subject line is "Followup."

7              I see you moving your neck, do you need to

8    stand up?

9         A.   It's fine.  It's fine.

10        Q.   If you do, feel free to stand up.

11             In the email, Mr. Maloney says (as read):

12                  Do you have time, up to one

13             hour, tomorrow to review the

14             contract and some questions on the

15             data room?

16        A.   Yes, I see that.

17        Q.   Is that consistent with your recollection

18   that Mr. Maloney for Coinmint was provided access to

19   the data room and reviewed the data room?

20        A.   Yeah.  That's my recollection.  That's

21   consistent with most -- all engagements we had.

22        Q.   Okay.

23             Apologies, Mr. Monzon, if you said this

24   earlier, but I think you just described what the

25   data room is.

1          Can you tell me some of the documents that

2     you recall -- I get it, it's been two years, but can

3     you tell the panel some of the documents you recall

4     being in Katena's specific data room?

5          **A.   As I mentioned earlier, there were largely**

6     **two categories of documents, or information in the**

7     **data room.  One more business related, one more**

8     **technical or engineering related.**

9          **So on the engineering side, technical**

10    **information that would give confidence or -- or**

11    **access basically to interested parties.  On the**

12    **business side, some of the LOIs or term sheets,**

13    **nonbinding.  In some cases we may need to redact**

14    **because of NDA clauses depending who the audience**

15    **was.**

16         Q.   Okay.  And, Mr. Monzon, one of the

17    allegations in this arbitration is that the

18    documents in the data room were forged?

19         MR. ALFORD:  Objection.  Lacks foundation.

20    Forged?

21         MR. HARDIN:  If that's not accurate, I'll

22    withdraw it.

23         ARBITRATOR CALLAHAN:  Well, let me ask.

24    Is there -- I don't recall that, but I don't have

25    perfect recall.  Is there an allegation that

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
 1   documents in the data room were forged?
 2              MR. ALFORD:  It's not ringing a bell with
 3   me.
 4              ARBITRATOR CALLAHAN:  All right.
 5              MR. HARDIN:  Fair enough.
 6              MR. ALFORD:  If there's some document that
 7   can be shown where the allegation is made, maybe I'm
 8   misremembering.  Forgery, I don't --
 9              MR. HARDIN:  We'll take your word on it.
10              Michelle, let's go to Exhibit 48.
11              ARBITRATOR CALLAHAN:  40, nothing in front
12   of it.
13              MR. HARDIN:  48.  Joint Exhibit 48.
14   Apologies.
15              ARBITRATOR CALAHAN:  No problem.  I just
16   want to make sure.
17   BY MR. HARDIN:
18       Q.   Mr. Monzon, we're going to progress a
19   little bit through the discussions that you have had
20   with Mr. Maloney.
21              MR. HARDIN:  Michelle, were you able to
22   hear me?  Can we put up Exhibit 48.
23              And, Michelle, could you scroll down a
24   little bit to where that first text string is at the
25   top, the first WhatsApp message is at the top.
```

```
 1   BY MR. HARDIN:
 2        Q.   Mr. Monzon, do you see where this is a
 3   WhatsApp message between you and Mr. Maloney?
 4   Right?
 5        A.   Yes, I see that.
 6        Q.   And it starts out with you texting him,
 7   right?
 8        A.   Yes.
 9        Q.   Or WhatsApp -- apologies if I used the
10   wrong term.
11             And you say (as read):
12                  Hi Michael, how is Puerto
13             Rico?  Checking in.  Never saw
14             comments on sales agreement PO.
15             You waited on your legal for
16             inputs.
17             Did I read that correctly?
18        A.   Yes.
19        Q.   What made you think that he was waiting on
20   his legal for inputs?
21        A.   It's common practice for any contract to
22   be reviewed by legal teams.  And Mr. Maloney told us
23   that his management team, including his counsel,
24   were involved.
25                  MR. HARDIN:  Okay.  Michelle, let's go to
```

1    the next WhatsApp message.  Please scroll down.  I

2    want to get --

3              ARBITRATOR CALLAHAN:  Mr. Brooks, can I

4    ask you to open that door so we can get a little

5    more air in here.

6              MR. BROOKS:  Gladly.

7              MR. HARDIN:  All right.  Looks like we're

8    going to have to do this the old fashioned way I

9    think -- no.  She's back.

10   BY MR. HARDIN:

11        Q.   So Mr. Maloney responds and he says (as

12   read):

13              Puerto Rico is too hot to wear

14              a suit, but otherwise nice.

15              In-house --

16              MR. HARDIN:  A little too far, Michelle.

17              MR. TABER:  I don't think she can hear

18   you.

19   BY MR. HARDIN:

20        Q.   Can you read for us -- well, there it is.

21              (As read):

22              In-house legal promised me a

23              turnaround Monday a.m., period.

24              Is that consistent with your recollection?

25        A.   Yes.  It's normal -- normal practice.

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1      Q.   Okay.  Give me a second, Mr. Monzon.

2           Did Mr. Maloney ever get back to you with

3      input on the draft agreement from Coinmint's

4      management team and legal department?

5      **A.   Yeah.  We -- we received a good amount of**

6      **redlines at some point after this.**

7      Q.   So were the changes extensive?

8      **A.   From my recollection talking to Gaurav,**

9      **our counsel, yes, they seemed to be extensive.**

10     Q.   So we're going to turn to Exhibit 2033.

11          ARBITRATOR CALLAHAN:  20 --

12          MR. HARDIN:  Yes, ma'am, this is Katena's

13     2033.

14          I'm trying to be mindful of my voice now

15     since I was too loud earlier.  Apologies for that.

16          ARBITRATOR CALLAHAN:  That's all right.

17          MR. HARDIN:  Do I need to speak up?

18          ARBITRATOR CALLAHAN:  It's too hot in here

19     for this.

20          MR. ALFORD:  I'm sorry, what was the

21     number?

22          MR. HARDIN:  2033.

23          MR. ALFORD:  Thank you.

24     BY MR. HARDIN:

25     Q.   So this is Mr. Maloney sending an email on

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1    May the 8th, 2021.  He's sending it to you and

2    Mr. Gao.  He says (as read):

3                    Henry, Michael, my earlier

4              email appears to have been lost

5              forever so I've updated the

6              purchase order and purchase

7              agreement attached again with my

8              comments and legal review.

9              Did you think Mr. Maloney was telling you

10   the truth that legal had reviewed the agreement?

11        **A.   Yeah.  As mentioned earlier, common**

12   **practice, legal counsel would review these**

13   **agreements.**

14        Q.   All right.  For $100 million, you would

15   have expected it, right?

16        **A.   I would have expected, yes, a lot of**

17   **review.**

18        Q.   Right.

19             Was Mr. Maloney a lawyer?

20        **A.   I understood he had legal training.  I**

21   **don't think he was a lawyer.**

22        Q.   Right.

23             He worked at a -- he was a professor at --

24   was it Fordham?

25        **A.   That's right.  He was a professor.  I**

1    don't know where he was a professor.

2         Q.   But he himself was not a lawyer, was he?

3         A.   We understood he didn't -- he was not a

4    practicing lawyer, no.

5         Q.   And then I want you to just flip through

6    some of the pages.  Earlier you had said something

7    about extensive redlines.

8              Are these the redlines that you called

9    extensive, or felt were extensive?

10        A.   Yes.  These are the redlines that were

11   provided.

12        Q.   Okay.  And who did these redlines come

13   from?  Katena or Coinmint?

14        A.   From Coinmint.

15        Q.   Let's cover a granular issue real quick.

16             Let's turn to the purchase order.  It's

17   the last document.  And specifically, it's 2033-21.

18             And do you see the payment terms?

19        A.   Yes, I see the payment terms.

20        Q.   Do you see where fist bullet point says

21   (as read):

22                  25 percent of total purchase

23             price due within three days upon

24             signed agreement

25             totaling $25 million.  These funds

1          will be held in escrow until the

2          schedule working unit showcase and

3          acceptance of products by

4          purchaser.

5          Do you see that?

6     **A.   Yes, I see that.**

7     Q.   So Coinmint, Mr. Maloney, were seeking --

8  that their down payment be held in escrow?

9     **A.   Yes.  That's what it says.**

10    Q.   Was Katena okay with holding the down

11 payment in escrow?

12    **A.   No.  Katena was not okay with holding any**

13 **down payment in escrow.**

14    Q.   Why not?

15    **A.   Because it defeats the purpose of the**

16 **preorder.  We needed the capital to place deposits**

17 **with foundries and supply chain in order to build a**

18 **product.  And this was a common practice in the**

19 **industry.**

20    Q.   What was a common practice in the

21 industry?

22    **A.   Preorder deposits, six to nine months in**

23 **advance.**

24    Q.   Okay.  Are you saying that it's preorder

25 deposits not going into escrow are common in the

```
 1   industry?
 2        A.   I don't know about the escrow provision in
 3   the industry.  I -- I don't recall exactly around
 4   these times.  But we certainly could not have
 5   anything in escrow because we needed that capital to
 6   go and get the supply chain going and to get
 7   prioritized in a very challenging year of supply
 8   chain.
 9        Q.   Okay.  So what did you tell Coinmint about
10   this ask for an escrow provision?
11        A.   No.
12        Q.   What was the response?  Did Coinmint
13   agree?
14        A.   Yeah.  The purchase order evolved to
15   a $150 million purchase order.  This was also
16   Coinmint's request.  And the escrow provision was
17   not part of.
18        Q.   You stole my thunder a little bit, but
19   let's just go ahead and go there.
20             The agreement first started out as
21   100 million.  And then it went up to $150 million.
22   Was that Katena asking for that increase?
23        A.   No.  It was Coinmint asking for that
24   increase.
25        Q.   Okay.  Did Mr. Maloney tell you why
```

1    Coinmint wanted to increase the size of the purchase

2    order?

3         A.   I don't recall him telling me specific

4    reasons, but Coinmint was very excited about the

5    possibility to have a dedicated supplier for them

6    with the most energy efficient chips and machines.

7              So my recollection is the more they could

8    lock up with us, the better for both parties,

9    essentially.

10        Q.   What was your reaction when Coinmint

11   wanted to increase the size of the purchase order?

12        A.   We were -- we were impressed and we were

13   up to the challenge and we felt that it was a sign

14   of partnership.

15        Q.   Did it come with any hesitation?  Did you

16   think you could make that order?

17        A.   Yeah.  It came with a bit of hesitation

18   because it would mean that we wouldn't be able to

19   secure similar contracts with other interested

20   parties of similar size because of capacity

21   constraints.

22        Q.   Right.

23             So it would lock you in with Coinmint and

24   only Coinmint; is that right?

25        A.   It would pretty much lock us in with

1    Coinmint.  And we were excited about it because

2    Coinmint was a well-known player in the industry and

3    they were one of the larger operators.

4         Q.   Were you worried at all about

5    overcommitting?

6         A.   We always -- it's a balancing act, but

7    yes, of course.

8         Q.   Did you discuss that with Mr. Gao?

9         A.   I don't recall exact discussions, but I'm

10   sure we discussed it as a team.  And also with

11   probably our Asia team to make sure that they could

12   deliver as well.

13        Q.   Okay.  Let's transition to Exhibit 2044.

14             MR. TABER:  We've printed, to supplement

15   this, Katena 000065, which is the same document as

16   what's in the exhibits except produced by Katena,

17   not Coinmint.  And it's in color, so -- we think

18   that's easier.  So I have this for you, to hand you,

19   and we'll put it up on the screen.

20             MR. HARDIN:  We have a copy for

21   Mr. Alford.

22             MR. TABER:  Yes, of course.

23             ARBITRATOR CALLAHAN:  Is this replacing --

24             MR. TABER:  It's in addition to.  We're

25   not trying to take anything away.  We just think the

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1   color here would be --

2            MR. ALFORD:  We haven't seen that.

3            ARBITRATOR CALLAHAN:  Okay.  Take a

4   moment -- is this a good time for a five-minute

5   break?

6            MR. HARDIN:  Sure.

7            ARBITRATOR CALLAHAN:  Why don't we take

8   five minutes.  You can stretch.  You look like

9   you're wiggling around a little bit, sir.  Let's

10  take a stretch.

11           Mr. Alford, you can go ahead and take a

12  look at it.

13           MR. ALFORD:  Thank you.

14            (Whereupon, a recess was taken from

15            2:10 p.m. to 2:17 p.m.)

16           ARBITRATOR CALLAHAN:  Go ahead,

17  Mr. Hardin.

18           Or, Mr. Alford, are you okay --

19           MR. ALFORD:  Yes.  Yes.

20           ARBITRATOR CALLAHAN:  -- referring to the

21  new exhibit?

22           MR. ALFORD:  Yes.  Thank you.

23           ARBITRATOR CALLAHAN:  We'll keep them both

24  in the binder.  I appreciate I've got a Katena

25  version and a Coinmint version.  They'll both be in

1    evidence.  They'll both be available for you to

2    reference.

3                  MR. TABER:  Thank you.

4                  ARBITRATOR CALLAHAN:  Go ahead.

5                  MR. HARDIN:  Michelle, could you put

6    the -- could you put this 2044 -- is it the Katena

7    version?

8                  Let's go to the top, please, Michelle.

9    BY MR. HARDIN:

10        Q.   Mr. Monzon, what is this?

11        **A.   This is an email from Mr. Maloney to**

12   **Michael Gao and I where he's adding some language.**

13                  ARBITRATOR GLICK:  Mr. Monzon, remember to

14   speak up.

15                  **THE WITNESS:  I apologize.**

16                  **This is an email from Mr. Maloney to**

17   **Michael Gao and I where he's providing some**

18   **additional language and some -- it looks like some**

19   **revisions to the purchase order.**

20   BY MR. HARDIN:

21        Q.   Okay.  And are the revisions -- excuse me.

22                  The revisions correlate with the increase

23   in the size of the order from 100 million to

24   150 million?

25        **A.   Yes, that is what I see here.**

1        Q.    Who were making these revisions?

2        **A.    This came from Coinmint.**

3        Q.    Okay.  And do you see in the first bullet

4    point where it says purchase agreement totaling, and

5    25 million is struck out and now 37.5 is included?

6        **A.    Yes, I see that.**

7        Q.    And that was to reflect -- was that to

8    reflect the increase, 100 to 150 million?

9        **A.    Yes.  I actually see on the prior page**

10   **total purchase price, 150 million for 2500 petahash.**

11       Q.    What color are the new revisions in?

12       **A.    I don't have colors on this.**

13       Q.    Use my version.

14       **A.    Please ask the question.**

15       Q.    Sure.

16             You can see where there's a redline there,

17   right?

18       **A.    Yes.**

19       Q.    And there's some additional changes in a

20   different color, right?

21       **A.    Yes.**

22       Q.    What's the new color now?

23       **A.    Blue and striking.**

24       Q.    And the 37,500,000, what color is that?

25       **A.    That's purple.**

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1        Q.    And those reflect the changes that you

2    received from Coinmint, right?

3        **A.    Yes.  That's what it seems like.**

4        Q.    Now, do you see the approximate number of

5    units right above?

6        **A.    Yes.**

7        Q.    That too is in purple, right?

8        **A.    That too is in purple, yes.**

9        Q.    And it was that the units were going to be

10   18,519, right?

11       **A.    Yes.**

12       Q.    What does it say the new units are?

13       **A.    It's incorrect.  It should be more than**

14   **that number, obviously, because the purchase order**

15   **has increased from 100 to 150 million.**

16       Q.    Someone forgot to put a 7 in there, right?

17   Isn't it 27,778?

18       **A.    Right.  Right.  But the total purchase**

19   **price and the capacity, which is the most important**

20   **piece, is correct.  It seems it's correct.**

21       Q.    Who was responsible for the changes to the

22   number of units then?  Who typed that typo?

23       **A.    This came from Mr. Maloney and Coinmint.**

24       Q.    Okay.  Was the agreement ever signed?

25       **A.    The agreement was signed.**

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1      Q.   Okay.  Were there any discussions leading

2   up to the signing?

3      **A.   There were, I think, back and forth on the**

4   **revisions that I requested and what we would accept**

5   **or not leading up to the signing, yes.**

6      Q.   What -- what was the mood at Katena?

7      **A.   Oh, the mood was fantastic.  It was a very**

8   **growth market, Bitcoin price was appreciating.  We**

9   **had identified potentially a very key strategic**

10   **customer and partner and we wanted to make it work**

11   **with them.**

12      Q.   You felt this was the last domino that

13   needed to fall to get up and going?

14      **A.   This was the larger strategic customer in**

15   **order to place orders and turn on our factories and**

16   **start producing machines and get the ASICs first,**

17   **which is the priority.**

18      Q.   Do you recall the agreement being signed?

19      **A.   Yes, I do recall that.**

20      Q.   And do you recall Coinmint signing it?

21      **A.   Yes, it was a DocuSign to Mr. Ashton.**

22      Q.   And did you receive back the DocuSign that

23   it had been signed by Mr. Soniat?

24      **A.   Yes, of course.  We received it back.**

25      Q.   We're just going to prove up some quick

```
 1    documents real quick.

 2            So this is going to be slightly boring,

 3    but sorry it's necessary.  Unless we can get a

 4    stipulation that the agreement was signed?

 5            MR. ALFORD:  I think we can get a

 6    stipulation that it bears Mr. Soniat's DocuSign

 7    signature.

 8            ARBITRATOR CALLAHAN:  Is there a dispute

 9    that he signed it?

10            MR. ALFORD:  He was -- I shouldn't

11    probably get into testifying, but I think he'll say

12    he doesn't remember signing it, but doesn't deny

13    that he signed it.  That's what I think what the

14    evidence is.

15            ARBITRATOR CALLAHAN:  Well, then I guess

16    you'll need to go through your motions.

17            MR. HARDIN:  Okay.

18    BY MR. HARDIN:

19       Q.  All right.  Henry, we're going to try to

20    do this fast.  This is boring stuff but we got to do

21    it.

22            MR. HARDIN:  Michelle, could you pull up

23    2047.  Excuse me, I believe 2046.

24            THE WITNESS:  I don't have 2046 here.

25            MR. HARDIN:  Okay.  Let's get it in the --
```

**August 28, 2023**

```
 1   in the electronic.
 2   BY MR. HARDIN:
 3        Q.   Do you see this document?
 4             MR. HARDIN:  Let's stop at the top,
 5   Michelle.
 6   BY MR. HARDIN:
 7        Q.   This is from DocuSign to you, right?
 8        A.   Yes.
 9        Q.   And would you tell us, what's the subject
10   line?
11        A.   Ashton Soniat viewed, please DocuSign
12   Katena/Coinmint PO May 2021 final.
13        Q.   Okay.  What's the date and time on this?
14        A.   May 13th, 2021, 11:34 a.m. Pacific Time.
15        Q.   And this is an email that you received?
16        A.   Yeah.  This is an email that I received,
17   auto generated by DocuSign.
18        Q.   Let's go through Exhibit 2047.
19             MR. HARDIN:  Can I ask how much time I
20   have been going?
21             ARBITRATOR CALLAHAN:  You've been going
22   about an hour and 15.
23             MR. HARDIN:  And you're having the parties
24   stop at three or two and a half.
25             ARBITRATOR CALLAHAN:  I'm having you stop
```

 1   around three.

 2              MR. HARDIN:  Okay.  Thanks.

 3              ARBITRATOR CALLAHAN:  Similar to this

 4   morning.

 5   BY MR. HARDIN:

 6        Q.   Mr. Monzon -- sorry.  You're going to get

 7   to know these questions.

 8              What's this document?

 9        **A.   This is the DocuSign email to me**

10   **confirming that all parties have signed this**

11   **Katena/Coinmint PO final.**

12        Q.   And let's go through the basics.  What's

13   the subject line?

14        **A.   The subject line says (as read):**

15              **Completed, Katena/Coinmint PO**

16              **May 2021 final.**

17        Q.   And what is the -- what is the date, the

18   time and date on the email?

19        **A.   The date is Thursday, May 13th, 2021,**

20   **11:35 a.m. Pacific Time.**

21              MR. HARDIN:  Michelle, could you go down

22   to what the document is.  Right there.  Perfect.

23   BY MR. HARDIN:

24        Q.   Mr. Monzon, do you see, what is the title

25   of this document?

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
1          A.    Purchase order number 1.

2          Q.    Was it -- when Katena signed a purchase

3     order with a customer, was it Katena's practice to

4     identify which purchase order number it was?

5          A.    Yeah.  Because we would have the sales

6     purchase agreement as the main document between the

7     two entities, and then we would be able to add

8     purchase order one, two, three, if there were repeat

9     orders from the same customer.

10               MR. HARDIN:  Perfect.

11               Michelle, would you go down to the

12    signatures.

13    BY MR. HARDIN:

14         Q.    Mr. Monzon, I'm going to guess that when

15    you got this email, you opened it, but I should ask

16    the question.  Did you open it?

17         A.    Absolutely.

18         Q.    Did you check to see if it was signed?

19         A.    Yes.

20         Q.    Did it look like this signature?

21         A.    Yes.  Yes.  No, it's a memorable moment.

22    It's a very big order for a technology start-up and

23    we were excited.

24         Q.    Over the moon?

25         A.    Over the moon.
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1          MR. ALFORD:  My only objection to this
2     document is just technical in that we already have
3     the signed contract in the joint exhibits, and
4     that's the one that we've been using.  So I think it
5     would probably be the panel's preference not to have
6     two.
7          ARBITRATOR CALLAHAN:  It doesn't matter to
8     us.
9          MR. ALFORD:  Okay.  That's fine.  As long
10    as you're fine with it, I'm fine with it, if we use
11    both.
12         MR. HARDIN:  Here's my issue.  If Coinmint
13    is going to take the position that maybe they
14    signed, maybe not, we don't remember it, then I'm
15    going to prove up the DocuSign.
16         ARBITRATOR CALLAHAN:  It's totally fine.
17    What the panel said before, we appreciated your
18    efforts at joint exhibits, but we were not -- we can
19    deal with duplicates.
20         MR. ALFORD:  Okay.  That's fine.
21         ARBITRATOR CALLAHAN:  But you'll just need
22    to reference accurately what you want us to look at.
23    I would not get hung up, at this juncture, with is
24    this a duplicate of something else.  It's here.
25    We're talking about it.  Let's just move through it.

1   And to the extent we have some duplicates, it will

2   show up later on as you're referencing them.  But it

3   doesn't bother the panel.

4           MR. ALFORD:  Fine.  Thank you.

5   BY MR. HARDIN:

6       Q.   And so, Mr. Monzon, was it your

7   understanding, at this point, as Katena's CEO, that

8   Coinmint, Mr. Soniat, had signed the $150 million

9   agreement?

10      A.   Yes.

11      Q.   Or excuse me, the $150 million purchase

12  order number 1?

13      A.   Yes.  Absolutely.

14      Q.   Let's go to Exhibit 2048.

15           And I'm going to try to speed this up.

16  Apologies.  This is another email from DocuSign to

17  you, sent on May 13th, 2021?

18      A.   Yes.

19      Q.   Okay.  Can you tell us what this -- what

20  the subject of this one is?

21      A.   The subject says (As read):

22               Ashton Soniat viewed

23           Katena/Coinmint sales and purchase

24           agreement May 2021 final.

25      Q.   Okay.  So this is Mr. -- is it your

```
 1   understanding this is Mr. Soniat opening the sales
 2   and purchase agreement?
 3        A.   Yes, that is my understanding.
 4        Q.   What's the time?
 5        A.   The time is 11:36 a.m. Pacific Time.
 6             MR. HARDIN:  Okay.  Michelle, 2049.
 7             We're close.  Sorry.
 8   BY MR. HARDIN:
 9        Q.   Here we are with 2049.  Can you tell us
10   what the time on this one is?
11        A.   Thursday, May 13th, 2021, 11:36 a.m.
12   Pacific Time.
13        Q.   And based on the subject line, your
14   understanding was that this was what?
15        A.   Basically both parties have signed the
16   sales and purchase agreement, based on the subject
17   line.
18        Q.   Did you take DocuSign's word for it or did
19   you scroll down and see if there was a signature?
20        A.   I opened it I'm sure.
21        Q.   Too big of a moment not to?
22        A.   Of course.
23             MR. HARDIN:  Michelle, would you scroll
24   down to the signatures, please.
25   / /
```

```
 1   BY MR. HARDIN:
 2       Q.   What did you understand when you saw the
 3   signatures on the signature page, Mr. Monzon?
 4       A.   That Mr. Ashton signed also the sales
 5   purchase agreement.
 6            MR. HARDIN:  We've got one more.
 7            Michelle, would you put up joint
 8   Exhibit 101.
 9            And specifically, Michelle, let's go to
10   Mr. Monzon's May 13th, 12:25 email.  If you could
11   put that on the page.  Perfect.  Whoop.  Whoop.  Not
12   so much.  There you go.
13   BY MR. HARDIN:
14       Q.   I'm sorry, you said the individual's name
15   was Pankaj?
16       A.   In this email, Pankaj Goel.
17       Q.   Okay.  I totally butchered that.  Let's
18   not tell him.
19            You tell him (as read):
20                We are now considering to
21            pause sales or squeeze in one more
22            perhaps.
23            Why did you say that?  Why not keep going?
24       A.   Because we were aware of capacity
25   constraints in the industry, and because of the
```

1    supply chain situation we didn't want to over commit

2    to have multiple customers of this size.  It would

3    be too risky.

4         Q.   What's the risk about it?  Why not have

5    more?

6         A.   We wouldn't be able to deliver.

7         Q.   You keep saying capacity constraints.

8    What do you mean by that?

9         A.   Supply chain of chips.  Recall in 2021,

10   the situation in supply chain kept getting worse

11   month after month until 2022.  And he wanted to be

12   responsible, not just sign everybody on big orders

13   that we would not be able to deliver.

14        Q.   Henry, this is a little bit out of order.

15   Sorry.  But during this morning, you were -- you

16   were asked if, you know, when the down payment was

17   due, did you write a demand letter to Coinmint.  Did

18   you?

19        A.   No, we did not.

20        Q.   Why not?  There was so much riding on the

21   line.  Why not hire a lawyer immediately?

22        A.   That is not who we are.  We were excited

23   to enter into this partnership with Coinmint.  We

24   were aware of Coinmint's -- Coinmint's background in

25   terms of Bitcoin mining operations and their scale,

1    so we wanted to show good partnership, we wanted to

2    make it work.

3           We wouldn't run quickly to file any kind

4    of legal action.  And we did that for several months

5    until they had a change of heart and they didn't

6    want to continue with us.

7       Q.   We'll get to that in a little bit.  I

8    really want to talk about the partnership with

9    Coinmint, but we've got to deal with some other

10   stuff first, or I want to at least deal with some

11   other stuff first.

12          I want to -- I want to talk now about the

13   allegations about Mr. Maloney, okay.

14          Did you or anyone at Katena search out

15   Mr. Maloney for the CFO role?

16      A.   No, we did not.

17      Q.   I think you've testified about this

18   earlier.  Apologies.  This may be duplicative.  But

19   how long was that first conversation with

20   Mr. Maloney?

21      A.   It was brief.  It was an introduction

22   call.  And then I had Mr. Michael Gao continue

23   conversations with him.

24      Q.   Okay.  During this call, did you ask

25   Mr. Maloney if Coinmint wanted to buy rigs?

1      A.    No.   The context of the call was

2   introduction, and I received his CV.   So talk about

3   his background and getting to know him.

4      Q.   Did the discussion about Coinmint buying

5   rigs come up at all?

6      A.   No.

7      Q.   Would it be accurate to say that you

8   explained who Katena was and what Katena was doing?

9          Could you tell the panel about that part

10  of the conversation.

11     A.    Yes.   Of course.   This was an introduction

12  on both sides.   So we talked about his background,

13  and I was, you know, assessing how he is as a

14  person, how he thinks.   And I shared with him about

15  Katena's operations and their aspirations as well.

16         And we had developed technology that we

17  thought was disruptive to this industry.   And we're

18  going places.   And we're growing the team.

19     Q.   So as he left the call with you, had you

20  explained to Mr. Maloney that Katena was looking to

21  manufacture Bitcoin mining rigs?

22     A.    We -- I don't recall the details of the

23  introductory conversation, but surely it would

24  explain to all interested parties during this time

25  our business model.   We were innovators of

1    technology, we were designers and creators of IP and

2    we worked with partners for fabrication,

3    manufacturing because it's a common practice in this

4    industry.

5        Q.   You've mentioned Mr. Gao had a

6    conversation with Mr. Maloney.

7             What was your understanding of how the

8    call went?

9        A.   From Mr. Gao's debriefing to me after his

10   conversation with Mr. Maloney, he was -- Mr. Gao was

11   excited.  He felt that Mr. Maloney was very

12   creative, had a good -- good thought process.  And

13   Michael informed me that he became very interested

14   in not so much a role with us but more the capacity

15   or the option for Coinmint to have access to

16   machines.

17       Q.   Okay.  So what did you focus on?

18       A.   Oh, naturally we focused on the deal.

19   Coinmint was a large operator, as I mentioned, and I

20   thought, great, let's see where that goes.

21       Q.   And by deal, you're talking about

22   the $150 -- what became the $150 million agreement

23   signed on May 13th?

24       A.   Yes.  That's what I'm referring to.

25       Q.   Okay.  What did you do with the external

1    discussions with Mr. Maloney about Katena's CFO
2    role?
3         A.   My priority became the deal, obviously.
4    And we still liked Mr. Maloney.  We thought he
5    was -- he was a competent person and he had an
6    interesting background, so we felt, hey, we're a
7    startup.  We'll talk to everyone.
8              And we're not able to even offer, you
9    know, compensation packages like a Qualcomm or an
10   Apple, so anybody that liked us, to be honest, we
11   thought, oh, maybe we can find a role at some point
12   for this person.
13        Q.   But while the discussions about the
14   agreement were ongoing, were there also external
15   discussions with Mr. Maloney about Katena's CFO role
16   ongoing at the same time?
17        A.   No.  Those were mainly internal
18   discussions between Michael Gao and I.  And I
19   could -- I would naturally test interested parties
20   around this time if they wanted to join us or
21   interested to work with us.  I would immediately
22   bring -- well, what are you expectations?  We're
23   not, again, a big company.
24             So sometimes we get different reactions
25   from people.  In some cases, they would throw a

1    number back or in some cases they would just keep me

2    warm and ignore -- ignore the conversation.

3         Q.   Right.

4              And I want to make sure that this is clear

5    for the arbitrators.  And so at this point in time,

6    after Mr. Maloney has raised the prospects of

7    Coinmint acquiring Bitcoin mining rigs from Katena,

8    I know that you said that you and Michael Gao

9    continued to have internal discussions spit-balling

10   about Mr. Maloney; is that correct?

11        A.   Yeah.  That's correct.  I mean ...

12        Q.   Did you pause the external discussions

13   with him, Mr. Maloney, specifically?

14        A.   Yeah.  It became evident to me that

15   Mr. Maloney was more interested on the deal as well.

16   And it made sense to us because he had told us that

17   he was -- I don't recall the percentage but he had

18   told us that he was a shareholder at Coinmint, and

19   we felt, well, of course, that's going to be his

20   priority.

21        Q.   Let's turn to joint Exhibit 46.

22             ARBITRATOR CALLAHAN:  What was it?

23             MR. HARDIN:  Joint Exhibit 46.

24             ARBITRATOR CALLAHAN:  46.  Okay.

25             MR. HARDIN:  I'm trying not to speak loud.

1          ARBITRATOR CALLAHAN:  You should speak

2     loud so we can hear you.

3          MR. HARDIN:  I seem to have too loud or

4     not loud enough.

5          ARBITRATOR CALLAHAN:  I don't think anyone

6     has complained of you being too loud today.

7          MR. HARDIN:  Okay.

8     BY MR. HARDIN:

9     Q.   Mr. Monzon, can you tell us about this

10    exhibit?

11    **A.   This looks like an exchange email between**

12    **Michael Maloney and I where he's providing me with**

13    **this Coinmint email for the Coinmint NDA.  And he**

14    **also mentions -- again, I don't recall the exact**

15    **timing on calls, but it seems like he had a great**

16    **conversation with Michael Gao.**

17         **This may have been right after my intro**

18    **call.  And he emphasized his interest for Coinmint**

19    **in our ASICs mining rigs.**

20    Q.   Is this why you're saying that for you,

21    Mr. Maloney's interest lay with the ASICs?

22    **A.   Oh, yeah.  I mean, it made sense to us**

23    **because it's a large order and would be very**

24    **beneficial for all parties.**

25    Q.   So let's put this into context again with

```
 1   2021, because it was such a unique time.
 2           And you can feel free to stand up too.
 3       A.  That's fine.
 4       Q.  If somebody wanted miners, why not just
 5   get them from BITMAIN?
 6           MR. ALFORD:  Objection.  Lacks foundation.
 7   Vague and ambiguous.  Incomplete hypothetical.  Why
 8   not just get him some BITMAIN?
 9           MR. HARDIN:  That's not what I said.  Why
10   not get them from BITMAIN, which is a well-known
11   producer of Bitcoin mining rigs.  I can lay the
12   predicate of who BITMAIN is although it's been in
13   the brief.
14           ARBITRATOR CALLAHAN:  I don't think that's
15   necessary.  Aren't you asking why didn't Coinmint
16   just go to BITMAIN?
17           MR. HARDIN:  I'm asking the CEO of Katena,
18   who was -- at this time, who was familiar with the
19   industry, who's familiar with 2021, why wouldn't a
20   customer just try to get something from BITMAIN.
21           ARBITRATOR CALLAHAN:  That question is
22   good.
23           MR. HARDIN:  Okay.
24           MR. ALFORD:  I would respectfully
25   disagree, but okay.
```

1              ARBITRATOR CALLAHAN:  It's more general,

2     it's not attributing anything to your client.  He's

3     just asking a general background question and is not

4     speaking for your client, which I think was your

5     objection.

6              MR. ALFORD:  For the record, I'll just

7     object it calls for speculation, lacks foundation.

8              Go ahead.

9              ARBITRATOR CALLAHAN:  So noted.

10             MR. ALFORD:  Thank you.

11             ARBITRATOR CALLAHAN:  Go ahead,

12    Mr. Hardin.

13    BY MR. HARDIN:

14       Q.   Mr. Monzon, as the CEO of Katena at this

15    time, were -- who was familiar with the industry in

16    2021, why wouldn't a customer just try to procure

17    Bitcoin mining rigs from BITMAIN?

18       **A.   Everybody wanted to procure Bitcoin mining**

19    **rigs in a bull cycle of the crypto industry.**

20    **BITMAIN themselves had capacity constraints as well.**

21    **It wasn't just us.  It was everybody had capacity**

22    **restraints.**

23             **And I don't know the relationship of**

24    **Coinmint and BITMAIN, so BITMAIN would -- from an**

25    **industry standpoint, would prioritize different**

**August 28, 2023**

```
 1    parties based on their relationships or commercial
 2    terms, I suppose, versus others.
 3         Q.   And so instead of now the supply chain
 4    crisis, ask this:  Did you think Katena had a
 5    competitive advantage over BITMAIN when it came to
 6    technology?
 7         A.   We absolutely thought we had a competitive
 8    advantage over BITMAIN.
 9         Q.   Tell the panel.  What was the advantage?
10         A.   Our IP and our technology.  Sagar had
11    extensive experience, and I'm sure he'll talk to
12    this, in memory design.  He had done work for, you
13    know, companies like Apple, Qualcomm, Samsung.  He
14    designed the MRAM for Samsung.  Even executives at
15    Qualcomm that I know knew who Sagar was, all the way
16    up to the CEO of Qualcomm.
17              And he basically had demonstrated to
18    Michael Gao and I some of these techniques and how
19    the summation of those techniques would make a
20    significant impact in energy efficiency of these
21    ASICs, essentially joules per terahash, which is the
22    key metric for all customers and -- in demand side,
23    as far as the machines is concerned.
24              And we felt we had the right -- the right
25    IP and the right capabilities to exceed that and
```

1    bring to market another option in this industry than

2    a Chinese player that practically had a monopoly.

3    We comprise a team, we had an advisory board, we

4    have various investors, I even had Qualcomm

5    executives as investors into the company.

6           So -- and by the way, at this time, we had

7    already passed technical due diligence with every

8    single investor and customer engagement that we ever

9    had.  If any deal didn't go through, it was because

10   of commercial terms at this stage.

11          So my confidence level in having finished

12   the design and send the chip for fabrication, my

13   confidence level was off the roof, even though I'm

14   not the engineer looking at every single aspect.

15          And as I mentioned earlier, I would, you

16   know, often mention in the industry, I became known

17   for this, I said, bring the best you got.  Bring us

18   engineers if you want.  The higher the caliber, the

19   better.  Because it would only reinforce my

20   confidence in the technology.  And this is why I

21   went to bat and try to make a big impact with our

22   company.

23          MR. HARDIN:  Michelle, can you get 2113

24   up.

25   / /

```
 1   BY MR. HARDIN:
 2        Q.   Mr. Monzon, while she's doing that, this
 3   was started with the email which --
 4        A.   Which one is this?
 5        Q.   We're not looking at that yet, it's a
 6   different question.
 7        A.   Okay.
 8        Q.   Where Mr. Maloney had said in the short
 9   term --
10             THE REPORTER:  I'm sorry, I can't hear
11   you.  In the short term ...
12   BY MR. HARDIN:
13        Q.   Mr. Monzon, this started with the email
14   where Mr. Maloney had said, in part, that in the
15   short term, Coinmint would be very interested in
16   looking at these ASICs.
17             Do you recall that email?
18        A.   The email that we just --
19        Q.   Yes, sir.
20        A.   -- looked at.  Yes.
21        Q.   Yes, sir.
22             Was Mr. Maloney's interest in the ASICs
23   driven solely by him?
24             MR. ALFORD:  Objection.  Lacks foundation.
25   Calls for speculation.
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
 1              ARBITRATOR CALLAHAN:  What was your
 2   understanding?
 3              MR. HARDIN:  Sure.
 4              THE WITNESS:  My understanding was that
 5   Mr. Maloney and Coinmint being a large operator,
 6   obviously their management team and decision makers
 7   were -- were on board.
 8   BY MR. HARDIN:
 9       Q.   Was any of that interest in the ASICs
10   driven by you --
11              MR. ALFORD:  Objection.  Same.
12   BY MR. HARDIN:
13       Q    -- to the best of your knowledge?
14              MR. ALFORD:  Coinmint -- was Coinmint's
15   interests driven by the witness?  Vague, ambiguous,
16   lacks foundation, calls for speculation.
17              ARBITRATOR CALLAHAN:  It is somewhat
18   vague.
19              MR. HARDIN:  Sure.
20              ARBITRATOR CALLAHAN:  Can you reword it?
21   Are you asking if he said or did anything?
22              MR. HARDIN:  That's right.
23   BY MR. HARDIN:
24       Q.   Mr. Monzon, did you push the ASICs on
25   Mr. Maloney, or was it his idea?
```

1      **A.    No.   As explained earlier, it appears in**

2    **the call between Michael Gao and Mr. Maloney, after**

3    **I had an introduction call with him, Mr. Maloney**

4    **expressed interest in Katena's ASICs and machines.**

5      Q.    Okay.   I want to fast-forward in time,

6    okay.   And let's talk about Exhibit 2113.   It's a

7    WhatsApp message from Mr. Maloney to you on

8    September 8th, 2021.

9           This is after the agreement has been

10   signed, right?

11     **A.    Yes.**

12     Q.    Many months, right?

13     **A.    Right, since May.   So ...**

14     Q.    Right.

15     **A.    Four months later, I guess.**

16     Q.    Mr. Maloney says (as read):

17            I'm quitting Coinmint on the

18            15th officially.

19     **A.    Yes.**

20     Q.    You say (as read):

21            Got it.

22            Right?

23     **A.    Yeah.**

24     Q.    Did Mr. Maloney demand a job from Katena?

25     **A.    No.**

1     Q.   Did he ask for a job from Katena?

**2     A.   He never did.**

3     Q.   Did you know if he had another job lined

4  up?

**5     A.   I had no idea.  I hadn't been in touch**

**6  with him for a long time.**

7     Q.   Okay.  Did Katena ever hire Mr. Maloney?

**8     A.   No, we did not.**

9     Q.   Did you ever retain him as an independent

10  contractor?

**11     A.   No, we didn't.**

12     Q.   Did Katena ever pay Mr. Maloney any money?

**13     A.   We never paid him a dime.**

14     Q.   Did you ever convey anything of value to

15  him?  Did you give him a car?

**16     A.   I didn't give him anything.**

17     Q.   I want to ask a few questions about your

18  understanding and what you were told from

19  Mr. Maloney about his relationship with Coinmint.

20          What did you understand Mr. Maloney's

21  title to be?

**22     A.   Our understanding, he was the CFO and**

**23  shareholder of Coinmint.**

24     Q.   Was it your understanding, though, that he

25  could sign this agreement on his own?

1          **A.   Yeah.   It's customary that an officer can**
2     **sign agreements after there's alignment between**
3     **their management team.**
4          Q.   Who did you understand had the ultimate
5     control at Coinmint for this agreement?
6              MR. ALFORD:  Vague and ambiguous.  Lacks
7     foundation.  Ultimate control at Coinmint for this
8     agreement.
9              ARBITRATOR CALLAHAN:  Could you rephrase?
10    Are you asking if there was an ultimate decision
11    maker?
12             MR. HARDIN:  Yeah.
13    BY MR. HARDIN:
14         Q.   Who did you understand was the ultimate
15    decision maker at Coinmint for this agreement?
16         **A.   We came to find out the main decision**
17    **maker was Mr. Ashton.**
18         Q.   Did you come to understand that -- or
19    excuse me.
20             What did Mr. Maloney tell you about his
21    interest in Coinmint?
22         **A.   I'm sorry, about his interest in Coinmint?**
23         Q.   Right.  Ownership interest.
24         **A.   I don't recall a specific number, but he**
25    **made sure to stress to us that it was -- it was**

1    nothing small.  It was significant.

2        Q.   But specifically, he told you that he had

3    an ownership interest in Coinmint?

4        A.   Yes.  He told us he was a shareholder at

5    Coinmint.

6        Q.   Let's transition to Mr. Bleck.  Let's talk

7    a little bit about --

8             ARBITRATOR CALLAHAN:  Mr. Who?

9             MR. HARDIN:  Mr. Bleck.

10            ARBITRATOR CALLAHAN:  Okay.

11   BY MR. HARDIN:

12       Q.   Let's talk a little bit about Mr. Bleck,

13   okay.

14            You know, at a certain point in the

15   discussions, the topic of a technical due diligence

16   or a feasibility assessment came up, right?

17       A.   Yes.

18       Q.   Is that correct?

19            And earlier this morning you were saying

20   something was common in the industry with respect to

21   Katena providing a referral.

22            Can you tell the panel what you were

23   trying to say?

24       A.   Sure.  When you're developing disruptive

25   technology that is not available in the market, it's

1    not designing a chair or a table; you're pushing the

2    boundaries of engineering.

3              And naturally, interested parties,

4    investors or customers would want to get a feel, a

5    sense of the technology or even confidence that

6    it's -- that it's real, that it's solid, that it can

7    reach, basically, the specifications that we

8    promise.

9              So these -- technical due diligence was

10   standard.  Now, one of the key challenges in the

11   industry -- and it's not just specific to the

12   Bitcoin mining industry, but it applies to any

13   disruptive technology -- has to do with identifying

14   the right kind of expertise from that engineer or

15   that technical consultant or technical firm to do

16   this due diligence.

17             In other words, not every engineer -- not

18   just any electrical engineer could come in and say,

19   oh, yeah, I can verify this is really solid and I

20   believe in it.  It was a very specialized expertise.

21   And as I mentioned earlier, Sagar had a very deep

22   experience and very specialized expertise.

23             So at times there's challenges for

24   interested investors or customers to find that

25   technical expertise to conduct the due diligence.

1    And they would come to us, similar as Coinmint did,

2    and we would say, look, we can give you some

3    references and then you can work your contract and

4    terms and use them or don't use them if you want to.

5    Or if you find someone on your own, even better,

6    right, as long as they have the right expertise.

7              What we want to prevent is scenarios where

8    maybe some inexperienced engineer would come in to

9    assess the technology and their feedback back to

10   their -- the team that hired them was inconclusive

11   because that would create doubt to that investor or

12   customer.

13             So very important in any disruptive

14   technology, when you're pushing the boundaries of

15   physics and engineering, to keep progressing,

16   essentially, performance of devices, to have this

17   right set of expertise.

18       Q.   Let's turn to Joint Exhibit 38.

19             MR. TABER:  Joint Exhibit 38.

20   BY MR. HARDIN:

21       Q.   Go to 38-3.  I want you to read your text

22   at 15:59:23 -- or WhatsApp message.  Sorry.

23       A.   (As read):

24                   Who can you identify that will

25                   do tech due dil on you friendly

1              rubber stamp and credible.

2         Q.    Okay.  If the tech's so good, why did you

3    say "rubber stamp"?

4         A.    Look, maybe it's a bit of overconfidence.

5    But to us, at this stage, every technical due

6    diligence had passed.  For us it's a rubber stamp.

7    We had no doubts on our design and technology

8    capabilities because of what had transpired up until

9    this point.

10              We didn't have a single instance where we

11   failed technical due diligence.  If -- again, if

12   deals didn't go through, it's because of commercial

13   terms or priorities on the -- on the other -- on the

14   other side.

15        Q.    Okay.  How could a credible DD person make

16   Coinmint CFO look good?

17        A.    Well, we assume he maybe wanted to save

18   face and say that he -- you know, he found a really

19   strong technical person to conduct the diligence.

20              MR. HARDIN:  Michelle, let's go to Joint

21   Exhibit 37.

22   BY MR. HARDIN:

23        Q.    I guess I should ask one more question.

24              You're asking Mr. Reddy -- or you're

25   stating that the one in-person quote (as read):

```
1                        That will do tech due dil on

2                   you, friendly, rubber stamp and

3                   credible.

4         A.    We're back to 38?

5         Q.    Yes, sir, sorry.

6                   Can you just tell the panel -- and I just

7    want to close this off.  Why would you use the word

8    "credible" and "rubber stamp"?

9         A.    Again, as I mentioned, these WhatsApp's

10   messages were fast and -- fast and furious, I guess

11   you would say.  To me, rubber stamp, in this

12   context, means -- well, our technology is solid.

13   Anybody that comes in is going to say it's great

14   because, again, we had conducted already several due

15   diligence engagements at this point.

16                  Credible is important because maybe we can

17   leverage this with other potential customers.  We

18   want to be able to refer to -- especially extensive

19   due diligence.  If some technical consultant or

20   engineer hired -- retained by an investor and

21   customer, has to do due diligence, it just builds

22   our story.  So credibility is super important.

23        Q.    Okay.  Okay.  Now I think we're ready

24   for 37.

25                  MR. HARDIN:  And, Michelle, could you go
```

```
 1   to 37-34.
 2           ARBITRATOR CALLAHAN:  Could you give me
 3   the bottom page number, because I'm working from the
 4   original.  Probably in the --
 5           MR. HARDIN:  Katena 6619.
 6           Perfect.  Thanks, Michelle.
 7           ARBITRATOR CALLAHAN:  Thank you.
 8           MR. HARDIN:  Right there.
 9   BY MR. HARDIN:
10      Q.   All right.  We're going talk about your
11   second WhatsApp message.
12           Can you explain to the panel what you're
13   referring to.
14      A.   It's embarrassing to say.  Nothing my
15   sister or mom would be proud of.  But I'm joking.
16   It's nothing more than a joke.  I would joke around
17   because I would see engineers wanting to join
18   Sagar's team.  I would see technical due diligence
19   persons that thought Sagar was amazing, and I had no
20   reason to doubt that, at this point.  And it was a
21   poor choice of words.  And embarrassing.
22      Q.   At this point in time, did you know
23   Mr. Bleck?
24      A.   No.  I don't think I did.  And I don't
25   think I ever met Mr. Bleck.
```

1          Q.    Were you referring to Mr. Bleck?

**2          A.    No.**

3          Q.    Let's talk about Mr. Bleck's report.

4                Did you see any drafts of Mr. Bleck's

5    report before it went to Coinmint?

**6          A.    No, I did not.**

7          Q.    Did you try to change Mr. Bleck's report

8    before it went to Coinmint?

**9          A.    No.  I wouldn't even know what to change.**

**10   It's all technical domain.**

11         Q.    To your knowledge, did anyone at Coinmint

12   ever ask you any follow-up questions about the due

13   diligence report?

**14         A.    To my recollection, no, because the**

**15   technical exchange was largely handled through Sagar**

**16   and Michael.**

17         Q.    By Michael, you're talking about Mr. Gao?

**18         A.    I'm referring to Mr. Gao here, yeah.**

19         Q.    Okay.  And I hear you with that, but I do

20   want to make sure that it's clear.

21               Were there ever any follow-up questions

22   with you from Coinmint about Mr. Bleck's report?

**23         A.    I don't recall that.**

24         Q.    After Mr. Bleck had provided his final due

25   diligence report, did you speak to anyone at

1   Coinmint about your intention to share the due

2   diligence report with others?

3       A.   Yeah.  Of course.  I spoke with

4   Mr. Maloney, and I asked his permission if we could

5   share, not the full report, but maybe at least a

6   summary to other interested parties that were

7   interested in working with us.

8       Q.   Was he okay with that?

9       A.   Yeah.  He was fine with it.

10           MR. HARDIN:  Michelle, could you put up

11   Exhibit 2066.

12   BY MR. HARDIN:

13       Q.   Mr. Monzon, can you tell us what this

14   document is?

15       A.   This is an email that I sent to the

16   JPMorgan investment banking team where I'm

17   indicating, with Coinmint's permission, I'm sharing

18   this report.  And I indicated that Coinmint

19   commissioned a technical consultant to do this due

20   diligence.  And as a result, they proceeded with a

21   150 million PO.

22           MR. ALFORD:  I'm sorry, what's the exhibit

23   number of that?  I apologize.

24           ARBITRATOR CALLAHAN:  2066.

25           MR. ALFORD:  Thank you.

1    BY MR. HARDIN:

2         Q.   Why did you send this email to JPMorgan?

3         A.   **We would keep JPMorgan up to date on every**

4    **customer that we would lock in or every -- any**

5    **positive developments, especially with the company,**

6    **as part of their -- because they were helping us**

7    **with keeping the data room for interested investors,**

8    **primarily, up-to-date.  That's their function.  So**

9    **we had to keep them in the loop on everything that**

10   **was going on.**

11        Q.   Okay.  Can you tell the panel what the

12   attachment to this email is?

13        A.   **The attachment of this email appears to be**

14   **Mr. Bleck's report.**

15        Q.   And did you have Coinmint's permission to

16   share this report?

17        A.   **Yes.  As I mentioned, I obtained that from**

18   **Mr. Maloney.**

19        Q.   Okay.  Now, Mr. Monzon, let's transition

20   topics.  Let's -- instead of Mr. Bleck, let's go to

21   the discussion about whether the agreement --

22   whether the May agreement was amended, okay.

23             In early June, had Coinmint paid anything

24   pursuant to the agreement?

25        A.   **I don't recall, again, exact -- exact**

1    dates on payments.  We worked with Coinmint for six
2    months, and there were different payments
3    throughout.
4              MR. HARDIN:  Before I enter into another
5    large -- can I understand how much time I have left.
6              ARBITRATOR CALLAHAN:  Sure.  So --
7              MR. HARDIN:  And when the panel wants to
8    take its 15-minute break?
9              ARBITRATOR CALLAHAN:  You started at 1:15.
10   So figure that you would typical -- three hours
11   would take you to 4:15, but we have to add in for
12   the breaks.  So we've had about a seven-,
13   eight-minute break.  So your time probably goes to
14   around 4:30-ish, depending upon breaks.  So if this
15   is a time when you need to take the longer break,
16   I'd like to keep it to ten minutes.
17             MR. HARDIN:  That's fine.  I personally
18   would like some food.  The small bread didn't quite
19   do it.  Grab a snack, take a quick break.
20             ARBITRATOR CALLAHAN:  Why don't we take
21   ten minutes.
22             MR. HARDIN:  Okay.
23             ARBITRATOR CALLAHAN:  Let's take ten
24   minutes.  It's about 3:10.  So back at 3:20.
25                  (Whereupon, a recess was taken from

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
 1              3:08 p.m. to 3:23 p.m.)
 2              ARBITRATOR CALLAHAN:  Go ahead,
 3    Mr. Hardin.
 4    BY MR. HARDIN:
 5        Q.   Mr. Monzon, before we left, we were just
 6    about to start a section.  Just to recap, in early
 7    June, to the best of your recollection, had Coinmint
 8    paid anything with respect to the $150 million
 9    agreement?
10        A.   I don't recall the exact dates of wires,
11    but the first wire was $7.5 million.  I don't recall
12    the exact date when that was received.
13        Q.   Okay.  Did you ever reach an agreement
14    with Coinmint to change the terms of the SBA or PO?
15        A.   No, I did not.
16              MR. HARDIN:  Michelle, could you put up
17    Joint Exhibit 56.
18              ARBITRATOR CALLAHAN:  56?
19              MR. HARDIN:  Yes.
20    BY MR. ALFORD:
21        Q.   Mr. Monzon, do you recall seeing this
22    document before?
23        A.   I'm sorry, seeing this email?
24        Q.   Yes, sir.
25        A.   No, I have not seen this email before.
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1        Q.   Did Katena ever accept a plan to lower the

2    purchase order from $150 million to $100 million?

3        **A.   No.**

4        Q.   Did Katena accept a plan for Coinmint to

5    pay $31 million on July 15th, $31 million on

6    October 15th and $31 million on January 15th?

7        **A.   No.   I don't recall any of those payment**

8    **schedules.**

9        Q.   Did Katena ever agree to lower -- strike

10   that.

11              Do you see here, on the email on the

12   bottom of page 56-1, there's an earnings per

13   terahash price, and there's a column that says total

14   terahash, and it's got a variety of prices?

15              Do you see where the $60 a terahash is

16   kind of what I would say is grayed out?

17       **A.   Yes, I see that.**

18       Q.   Do you recall $60 a terahash being the

19   price of -- being the price in the May 13th

20   agreement?

21       **A.   I don't recall exactly that, but we went**

22   **over it before.   It sounds right.**

23       Q.   Okay.   It's what's ever in the document?

24       **A.   Whatever is in the contract signed, yes.**

25       Q.   Did Katena agree to lower the price per

```
 1    terahash to $30?
 2         A.   As I mentioned, we did not agree to any --
 3    any different pricing than what's in the contract.
 4         Q.   See at the very top it states (as read):
 5                   All, Katena accepted the
 6                   floating price per terahash based
 7                   on 160 days gross ROI.
 8                   Did Katena actually accept the floating
 9    price per terahash based on a 167-day gross ROI?
10         A.   No, not to my recollection.
11         Q.   Was the $7.5 million that was paid in late
12    June, whenever it was paid, was that a partial
13    payment on the late down payment or was it an all
14    together new contract?
15              MR. ALFORD:  Objection.  Calls for a legal
16    conclusion.
17              ARBITRATOR CALLAHAN:  Just your
18    understanding.  I understand he's not a lawyer, and
19    I'm not accepting anything he says as a legal
20    conclusion.
21              Just your understanding, sir.
22              MR. ALFORD:  Thank you.
23              THE WITNESS:  Thank you.
24              Yes, my understanding that $7.5 million
25    was part of the 37.5 million first payment Coinmint
```

1    did not make.

2    BY MR. HARDIN:

3         Q.   Mr. Monzon, let's cover one more item.

4              MR. HARDIN:  Ms. Rose, could you go to

5    Exhibit 2146.

6              And while they're flipping that, I meant

7    to say this at the start, I know the panel has

8    reserved time for themselves, but if there are any

9    clarifying questions as I go through that the panel

10   desires, just for efficiency's sake, please feel

11   free to interrupt me.

12             ARBITRATOR CALLAHAN:  Oh, I think we

13   would.

14             MR. HARDIN:  Okay.

15             MR. ALFORD:  Don't have to worry about

16   that.

17             ARBITRATOR CALLAHAN:  Thank you.  But I

18   think if we need a clarification along the way --

19             MR. HARDIN:  Or even a follow-up question

20   that's more than a clarification.  Sometimes it's

21   just easier to ask them in the moment.  Right.  I

22   know there's been a lot.  We saw the three hours, we

23   wanted more, we've tried to adjust accordingly.

24   I've got a little bit of buffer.

25             And so if there's efficiencies that are

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1   helped by the panel asking that next question that's

2   on your mind, by all means.

3            ARBITRATOR GLICK:  We're not shy.

4            ARBITRATOR CALLAHAN:  No.  I think we're

5   fine.  Thank you.  Please go ahead.

6            MR. HARDIN:  Yes, ma'am.

7            ARBITRATOR CALAHAN:  Thank you, but we're

8   fine.

9   BY MR. HARDIN:

10       Q.   Mr. Monzon, this is another WhatsApp

11  message string.  This one has you, Mr. Gao,

12  Mr. DeNaut and Mr. Kinney, right?

13       **A.   Yes, I see that.**

14       Q.   And do you see where at 1643, Mr. DeNaut

15  has a WhatsApp message?

16            Could I ask you to read that out loud?

17       **A.   At 1643 you said?**

18       Q.   Yes, sir.  It's the long one.

19       **A.   Yeah.  Jim DeNaut.  (As read):**

20            **Either works.  We're making**

21            **progress and want to connect on**

22            **updating the details on contract,**

23            **including number of machines,**

24            **timing of delivery and timing of**

25            **payments.**

```
 1                    Also we're starting to work on
 2                    a timeline to IPO and want to
 3                    coordinate with your timing.
 4        Q.   What agreement did you understand
 5   Mr. DeNaut to be referring to when he said the
 6   150 million -- excuse me -- when he said contract?
 7        A.   My understanding from -- this is in
 8   October.  We had been working with Mr. DeNaut on
 9   finding a way to make us whole and -- so my
10   assumption here, he's referring to the contract
11   between Coinmint and Katena.
12        Q.   Right.
13             The one from May?
14        A.   Yeah.  The only contract we had signed.
15        Q.   All right.  We're going to fast-forward in
16   time a little bit.  It's now the end of September.
17   Okay.  2021.
18             Did Coinmint ever make the entire down
19   payment?
20        A.   No.  Coinmint never made the -- never made
21   a first down payment, the 37.5.
22        Q.   Right.
23             It paid funds but it never got to that
24   37.5, right?
25        A.   That is correct.
```

```
1          Q.   Do you recall having dinner with
2     Mr. Soniat in October?
3          A.   I do.
4          Q.   What can you tell the panel about the
5     dinner?  Was it contentious?
6          A.   Oh, not at all.  It was a great dinner,
7     actually.  Mr. Soniat flew in from, I believe,
8     Puerto Rico, and --
9          Q.   Where were you?
10         A.   Where was I?  The dinner took place in New
11    York, in Manhattan.  I believe at a favorite
12    restaurant of Mr. Soniat.  Michael and I flew in
13    from California, and we met with Jim, Frank, and
14    Mr. Soniat.  All of us had dinner together.
15         Q.   Okay.  Can you tell us about some of the
16    conversations?
17         A.   Yeah.  This was the first time I met
18    Mr. Soniat.  And we were very -- we thought it was a
19    good sign of partnership.  And we were trying to
20    figure out a way to -- to continue in our -- in our
21    partnership.  So it was one of Mr. Soniat's favorite
22    restaurants.  I believe it was Italian, if I recall
23    correctly.
24              And some of the conversations -- well,
25    Coinmint knew that they were severely behind on
```

1    payments.  And Mr. Soniat, I recall, mentioned,
2    look, Henry, don't worry about it, we're going to
3    make you whole.  I have some ideas through some
4    partners or some hosting strategies, if I recall
5    correctly.
6              And it was a lengthy dinner.  We also
7    spoke about how we could partner and -- you know,
8    and take on BITMAIN, the big Chinese player that
9    dominates this industry.  And we had some drinks.
10   Mr. Soniat even hugged me and Michael, I recall,
11   right outside of the restaurant towards the end.
12             And it was all good vibes in general.  We
13   came off excited to meet Ashton and to -- you know,
14   and to keep on our journey and find a way to
15   collaborate.
16        Q.   I do want to come back and talk about the
17   journey.  You keep referencing partnership.
18        A.   Yes.
19        Q.   I want to come back and talk to that in a
20   minute.  I want to put this in perspective first.
21             While you were at the dinner, did
22   Mr. Soniat have any problems remember signing the
23   agreement?
24        A.   No --
25             MR. ALFORD:  Objection.  Vague and

1   ambiguous.  Lacks foundation, did he have problems

2   remembering signing the agreement.

3           ARBITRATOR CALLAHAN:  I guess could you

4   rephrase?  Was there any discussion to the effect

5   that --

6   BY MR. HARDIN:

7       Q.   Mr. Monzon, while you were at the dinner,

8   did Mr. Soniat tell you or raise the idea that he

9   couldn't remember signing the May 13th agreement?

10      **A.   No.  He didn't mention any of that.**

11      Q.   While you were at the dinner, did

12  Mr. Soniat have any concerns about the terms of the

13  May 13th agreement, such as the price for

14  terahash?

15      **A.   No.  We actually didn't discuss the**

16  **agreement.  The conversation was more around getting**

17  **to know -- know each other, all of us, and to, in**

18  **good faith, keep working towards our common**

19  **interest.**

20      Q.   Which was the -- and the common interest,

21  are you referring to the payment of the down payment

22  so that Katena could fabricate chips and ultimately

23  manufacture rigs?

24      **A.   Yeah.  Not just the payment, but maybe**

25  **finding ways to expand our relationship, maybe in**

1    other ways.

2         Q.   What were some of the ideas that were

3    being discussed?

4         A.   Around this time, our understanding was

5    that Coinmint was -- and Mr. Ashton -- and this came

6    from Jim primarily in later 2021.  He became our

7    main point of contact.

8              They were having discussions around

9    whether, you know, to go IPO or to sell the company

10   or also the conversation around even merging Katena

11   and Coinmint.  Jim brought this up.  And he had

12   communicated to us that he had discussions with

13   Mr. Ashton about it and that it could be an

14   interesting, powerful combination, us as innovators

15   of the technology and the design under the IP, and

16   Coinmint as a well-known, established operator for

17   many years in industry.

18             But these were all kind of, you know,

19   brainstorming conversations in a business context.

20   Obviously, for any of these things to take place, we

21   would have to, you know, have more in-depth

22   discussions.

23        Q.   Yeah.  That's a nice point.  I want to put

24   this on a spectrum, right, from on the one hand

25   spit-balling to the other hand, ready to draft

1    documents.  This was just in a spit-balling phase,

2    right?

3              MR. ALFORD:  Objection.  Vague and

4    ambiguous.  Counsel testifying.  It has to end with

5    a question mark, and there's a lot of speech in

6    there.

7              ARBITRATOR CALLAHAN:  I did hear a

8    question mark but there was quite a bit of verbiage

9    in between the start of the question.

10             MR. HARDIN:  There was.  I'm just trying

11   to get this on a spectrum so that no one's confused,

12   right.

13   BY MR. HARDIN:

14        Q.  Are these just ideas or were documents

15   being prepared for these ideas?

16        A.  These were all just ideas.  And we would

17   be constantly throwing ideas.  Most of them never

18   panned out.  But that's how we operate as a

19   technology startup.  The founders and the team, no

20   ideas were not welcome.  Nothing should be

21   dismissed.

22             As a startup, you follow your path and

23   you -- you follow success and you expand where you

24   have to.  You have to be very agile and adaptable.

25        Q.  Why continue talking with a company about

```
 1   partnership ideas when the company hasn't made the
 2   down payment that was due three business days after
 3   it signed on May 13th?
 4        A.   Look, through my experience in business --
 5   I mentioned I spent 18 years at Qualcomm as an
 6   executive market maker, traveling the world -- and
 7   as a founder and investor since, in various
 8   technology companies, something that I've learned
 9   is, you know, you have to be flexible.  You have to
10   be flexible and you have to always be on the lookout
11   for new strategies, new ideas.
12             And, you know, we liked -- we liked all
13   the guys we met on the Coinmint side from
14   Mr. Maloney to Jim and Frank and ultimately,
15   Mr. Ashton.
16             So we would always be flexible and open to
17   explore collaboration.
18        Q.   As of this dinner, as of this day, what
19   was your impression of Mr. Soniat's commitment to
20   getting financing and keeping the Katena agreement
21   whole?
22        A.   What -- what I understood from my
23   conversations with Jim in second half 2021, is that
24   Coinmint was in the process of working their
25   accounting and their books in order to -- to be
```

```
 1   financeable or to -- or to take on more -- some --
 2   other forms of financing.
 3           And Jim felt that that was a key step to
 4   tee up the company and have it ready for whatever
 5   future transactions, whether they decide to go IPO
 6   or they merge with us or whoever or they expand,
 7   financing is always a requirement.
 8           I'm sorry, did I answer the question?
 9   Q.   You did.
10   A.   Okay.
11           MR. HARDIN:  Okay.  Let's go to
12   Exhibit 2169 please, Michelle.
13           ARBITRATOR CALLAHAN:  What was the number
14   again, please?
15           MR. HARDIN:  2169.
16           ARBITRATOR CALLAHAN:  Thank you.
17   BY MR. HARDIN:
18   Q.   There was discussion earlier about a
19   November 3rd or November 4th email from
20   Mr. Soniat, but let's go back a couple of days.
21           Here it's November 2nd.  Mr. Soniat is
22   emailing you.  This is after the dinner, right?
23   A.   Yeah.  Yeah.  It should be after the
24   dinner, because I didn't have communications with
25   Mr. Soniat prior, direct communications, prior to
```

1    that.

2              MR. HARDIN:  You know what, I goofed.

3    Sorry.

4              Michelle, go to 2141, but keep this one up

5    or open.

6              Sorry, we're going to get back to it in

7    just a second.

8              ARBITRATOR CALLAHAN:  That's all right.

9    Go ahead.

10   BY MR. HARDIN:

11        Q.   It's October 16th.  Mr. Soniat has --

12   had dinner with you and Mr. Gao, you've met, you've

13   hugged, you've parted ways.

14             What's his attitude towards you, to the

15   best of your understanding?

16        A.   Yeah.  To the best of our understanding,

17   it was a great connection and I was personally

18   excited to have met Mr. Soniat.  Yeah, and explore

19   our future.

20        Q.   Okay.  What were his -- can you read his

21   comments to you at the time.

22        A.   You want me to read his response?

23        Q.   Please.  Well, fair.  Start with yours.

24             Why did you reach out to him the next day?

25        A.   It's customary.  You know, we had just

1    met, had a great dinner and I wanted to say thank

2    you and just usual relationship building.

3         Q.   What was his response to your overtures?

4         A.   (As read):

5                   Great meeting you guys.  Look

6              forward to doing business together

7              and research trips, wink.

8         Q.   So no complaints about the agreement?

9         A.   No.  No complaints about the agreement.

10        Q.   No complaints about Katena or the tech?

11        A.   None whatsoever.

12             MR. HARDIN:  All right.  Now, Michelle,

13   can we go back.

14   BY MR. HARDIN:

15        Q.   Mr. Monzon, before we talk about

16   Exhibit 2169, do you recall Katena receiving funds

17   from Coinmint after your dinner with Mr. Soniat?

18        A.   Sorry, the question is if I recall

19   receiving funds after the dinner?

20        Q.   Yes, sir.  From Coinmint.

21        A.   I don't recall -- I don't recall the dates

22   of wires.

23        Q.   The payments are when they are, right?

24        A.   No.  I mean, we were working towards

25   Coinmint making us whole and being able to execute

```
 1   on our common interest.
 2        Q.   So let's talk about this particular
 3   Exhibit, 2169.  It's now a couple weeks later and
 4   Mr. Soniat emails you.  And he says (as read):
 5                  Let me know if you're free
 6                  today to discuss our contract, et
 7                  cetera.
 8                  Did I read that correctly?
 9        A.   Yes.
10        Q.   What did you think the purpose of the call
11   was?
12        A.   I thought it would be a continuation of
13   kind of ways to collaborate and to -- you know,
14   maybe some disability.  From the dinner, I took away
15   that Mr. Soniat had some ideas around financing and
16   basically having the capital to make us whole.  So I
17   thought it would be in this context.
18                  MR. HARDIN:  Michelle, would you go to
19   2175.
20   BY MR. HARDIN:
21        Q.   I want to focus on your November 2nd email
22   at 1:52.  Okay.
23                  Can you read that for us?
24        A.   Yes.
25                  This is an email between Mr. Soniat and I.
```

```
 1   And I wrote (as read):
 2                  Ashton, what about the
 3             partner/customer idea you shared
 4             with us during our New York dinner
 5             where you can work a deal to access
 6             capital via your customer/hosting
 7             parties?
 8        Q.   Can you tell the panel a little bit more
 9   about Mr. Soniat's idea, the partner/customer idea
10   he had?
11        A.   I don't recall the exact details, but I
12   think the main concept I understood was Coinmint was
13   already an established operation mining Bitcoins for
14   a long time.  And they were, I think, also hosting
15   investors that wanted to mine other facilities.
16             So I took his idea in the New York dinner
17   as he has partners or customers that they could host
18   and then they could unleash some capital from those
19   partners or customers and they could use that to
20   make us whole on our contract.
21        Q.   Again, was this Katena's idea or
22   Mr. Soniat's idea?
23        A.   No.  No.  This was Mr. Soniat's idea
24   during the dinner.
25        Q.   Did Mr. Soniat ever respond to you
```

```
 1   substantively about your question in this email?
 2        A.   He wrote -- or he responded (as read):
 3                   We could look into that.
 4             But I suppose that's not considered
 5   sub- --
 6        Q.   Substantive.
 7             Well, did he ever provide any further
 8   detail about his thoughts beyond, we could look into
 9   that?
10        A.   No.  No, he did not.
11        Q.   Were the two of you able to connect by
12   phone?
13        A.   We did have a conversation after the
14   dinner, I recall, over the phone.
15        Q.   During this conversation, did Mr. Soniat
16   ever say that he didn't sign the May 13th
17   agreement?
18        A.   No.  This is the first I hear about this
19   claim of not signing the May 13th agreement --
20        Q.   You mean today when the lawyers talked
21   about it?
22        A.   Yeah.  With you guys.  That never came up
23   in any conversations with anyone at Coinmint.
24             MR. ALFORD:  I object.  It
25   mischaracterizes the record.
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1          ARBITRATOR CALLAHAN:  Well, I think he's

2     just asking what he heard.  That's what I'm taking

3     it as.

4     BY MR. HARDIN:

5          Q.   During your time as CEO, did Mr. Soniat

6     ever make the claim that he did not sign the

7     May 13th agreement?

8          **A.   No, Mr. Soniat never made that claim to**

9     **me.**

10          Q.   During your time as Katena's CEO, did

11     Mr. Soniat, or anyone on behalf of Coinmint, ever

12     claim that the May 13th agreement had been

13     amended?

14          **A.   No.**

15          Q.   During your time as Katena's CEO, did

16     anyone at Coinmint ever complain that the May 13th

17     agreement had been replaced by an oral agreement?

18          **A.   No.  Nobody made that claim.**

19          Q.   As Katena's CEO, what was your practice

20     with respect to making oral agreements of this

21     magnitude?

22          **A.   There wouldn't be an oral agreement for**

23     **any agreement because we would have to involve**

24     **lawyers and look at contract revisions and discuss**

25     **it as a team.**

```
 1            So we never assigned any -- we never had
 2    any oral agreements during my tenure as CEO.
 3            MR. HARDIN:  Michelle, could you go to
 4    Exhibit 2179.
 5            So let's --
 6            Michelle, let's start at the bottom of
 7    this email, the first email.  There you go.
 8    BY MR. HARDIN:
 9       Q.  Mr. Monzon, here's November 3rd.
10    Mr. Soniat emails you again.  What is he emailing
11    you?
12       A.  (As read):
13                Henry, let me know when you're
14                available for a followup call
15                today.
16       Q.  It looks like you don't respond for a few
17    hours, and he follows up, right?
18       A.  Look at the timing ... yeah.  The first
19    email he sent at 6:35 a.m.  That may be his time
20    zone.  And then he -- 10:41 a.m. he indicates he has
21    some ideas on cohosting that he would like to go
22    over with me.  (As read):
23                Let me know when we can chat.
24       Q.  Okay.  Did you ever have a conversation
25    about those cohosting ideas?
```

1          A.   From my response, it sounds like I was

2    pretty tied up that day, but I was going to call him

3    later on.  But I had asked some -- for some thoughts

4    in advance, if he had any.  Says (as read):

5                    Open to whatever creative ways

6                    that can make Katena whole as per

7                    our agreement.

8          Q.   What did you mean by "make Katena whole"?

9          A.   As I mentioned earlier, they were -- they

10   had made other payments, so making Katena whole

11   would be to -- to complete their payments so we

12   could be up and running.

13         Q.   And what was the "our agreement"?  What

14   did that refer to?

15                MR. ALFORD:  Objection.  Lacks foundation.

16   Calls for speculation.

17                ARBITRATOR CALLAHAN:  Just -- again, I

18   take all of these questions as however phrased as

19   asking for the witness's understanding.

20                So we really don't need to do foundational

21   objections at these proceedings.  I take all these

22   types of questions as simply asking for the

23   witness's understanding.

24                THE WITNESS:  My understanding -- thank

25   you for clarifying.

```
 1              My understanding, as per our agreement, is
 2      to the only agreement that we have ever signed,
 3      which is the May 2021 agreement.
 4              MR. HARDIN:  Michelle, could you put up
 5      2178.
 6              ARBITRATOR CALLAHAN:  2178?
 7              MR. HARDIN:  Yes, ma'am.
 8      BY MR. HARDIN:
 9          Q.  Mr. Monzon, is this -- here's your email.
10      Can you put this into context, the emails that we've
11      just been through?
12          A.  Yeah.  This is the same email thread as
13      the one just before.
14          Q.  Okay.  Did you try to call Ashton?
15          A.  Yeah, of course.  Any customer that wants
16      to engage with us I would always prioritize to call
17      as soon as I could.
18              So yes, I indicate (as read):
19                  Hi Ashton, I just tried
20                  calling you.  I will need to take a
21                  flight at our scheduled time today.
22                  This was around noon PST.  Can we
23                  try tomorrow instead?
24                  And I proposed 4:00 or 5:00 p.m. EST as
25      options.
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1      Q.   Did Mr. Soniat call you back?

2      **A.   I don't recall talking again to**

3   **Mr. Soniat, actually.**

4           MR. HARDIN:  Michelle, would you put up

5   Exhibit 68, please.

6           ARBITRATOR CALLAHAN:  What's the number

7   again?

8           MR. HARDIN:  Joint Exhibit 68.

9           ARBITRATOR CALLAHAN:  Oh, okay.

10  BY MR. HARDIN:

11     Q.   Mr. Monzon, earlier this morning you were

12  asked about this document.

13     **A.   I recall seeing this email before.**

14          ARBITRATOR CALLAHAN:  Gazoontite.

15          MR. HARDIN:  Thanks.

16          Sorry, allergies.  Got to love it.

17  BY MR. HARDIN:

18     Q.   We've just gone through a series of emails

19  that you have received from Mr. Soniat talking about

20  ideas.  What did you think when you got this the

21  next day?

22     **A.   When I -- when I received this email, I**

23  **was -- I was curious as to the context of why he was**

24  **asking these escrow questions and how funds are**

25  **being used.**

TRANSCRIPT OF PROCEEDINGS, VOLUME I

```
 1        Q.   Do you see the second line where he says
 2   "further conversation"?  (As read):
 3                  We're still in the process of
 4             reviewing all documentation and
 5             communications pertaining to the
 6             contract.  Further conversation
 7             related to this issue will not be
 8             productive until we complete this
 9             process.
10             Did I read that correctly?
11        A.   Yes.  That's what I read.
12        Q.   What was your takeaway of how this would
13   impact ideas that Mr. Soniat had been throwing out?
14             MR. ALFORD:  Vague and ambiguous.
15   Overbroad.  Calls for a narrative.
16             ARBITRATOR CALLAHAN:  Mr. Alford, you know
17   I'm going to overrule and allow him --
18             MR. ALFORD:  I just need to make a record
19   of a few things.
20             ARBITRATOR CALLAHAN:  You really don't
21   need to make a record because we're not in a typical
22   trial setting.  As you know, we've been very
23   generous and flexible with both sides.  I would just
24   ask that you allow Mr. Hardin to get through his
25   questioning.
```

```
 1                    I'll note your objections, but, again, you
 2    know, we're just trying to work through both sides'
 3    questions of Mr. Monzon.  So --
 4                    MR. ALFORD:  Okay.
 5                    ARBITRATOR CALLAHAN:  -- I'd like both
 6    sides to have a shot at that.
 7                    MR. ALFORD:  Okay.
 8                    ARBITRATOR CALLAHAN:  Overruled.
 9                    Go ahead.  Mr. Hardin.
10                    THE WITNESS:  Can you please ask the
11    question?
12    BY MR. HARDIN:
13        Q.   What was your takeaway with respect to the
14    ideas that Mr. Soniat had been discussing when you
15    received this email, particularly the second
16    sentence?
17        A.   My intuition told me, when I read that
18    second sentence, that maybe they're having some
19    internal conversations or discussions and maybe
20    Mr. Soniat received legal advice.  I don't know.
21    But I was curious as to why the exchange didn't
22    continue more on the ideas versus these escrow
23    questions and how we -- how the funds were used.  I
24    was also surprised to see that he was asking if the
25    funds were -- or he's stating if the funds are not
```

1   in escrow, when they should know, because we didn't

2   sign an agreement with any escrow provisions.

3       Q.   Okay.  Mr. Monzon, we are in the stage of

4   your discussion where we need to pick up some

5   straight points.  It's just my way of letting you

6   know we're going to bounce around on some various

7   items that we haven't fully discussed yet.

8           I want you to turn, please, sir, to --

9           MR. HARDIN:  And, Michelle, if you can get

10  this on the fly, Exhibit 2047.

11  BY MR. HARDIN:

12      Q.   Let's just look at the screen here.

13      A.   I found it here.  2047.

14      Q.   Okay.

15      A.   I found it.

16      Q.   Great.

17          So, Mr. Monzon, I want to direct your

18  attention to the payment terms.  It's at the top of

19  page 2047-4.  And you see where the first payment of

20  25 percent of total purchase price was due within

21  three business days upon signed purchase order

22  totaling $37,500,000.

23          Did I read that correctly?

24      A.   Yes, I see that.

25      Q.   And the second payment was 25 percent of

1    total purchase price --

2              MR. HARDIN:  Bless you.

3              ARBITRATOR CALLAHAN:  Sorry.

4    BY MR. HARDIN:

5         Q.    -- due ten calendar days after working

6    unit delivery to purchaser, approximately

7    September 2021, totaling $37,500,000.

8              Did I read that correctly?

9         **A.    Yes.**

10        Q.    Why -- why -- excuse me.

11             Was it important for Katena to structure

12   the second payment to come in after the working unit

13   was delivered?

14        **A.    Yeah.  This was consistent with**

15   **industry -- I guess payments.  This payment**

16   **schedule.  It was the natural milestone.  But the**

17   **next milestone after we had sent the chip for**

18   **fabrication is to show the working unit.**

19        Q.    Was the down payment needed in order to

20   create the prototype?

21        **A.    Yeah, the down payment was needed in order**

22   **to get the attention and priority of the foundries**

23   **in a very constrained supply chain environment in**

24   **2021.**

25        Q.    So does this get back to the discussion

1    you had earlier about some of the challenges that
2    Katena faced in the industry in early 2021?
3         A.   Yes.  And not just Katena, but anyone that
4    needed chips faced these challenges in 2021.
5         Q.   About how long would it take for Katena to
6    build a prototype?
7         A.   After --
8         Q.   After the down payment.  Excuse me.
9         A.   So after the down payment, under normal
10   circumstances, it would take maybe two, three months
11   to have the chips back.  In this environment, that
12   was not the case.  This was a bit -- not a bit but
13   it was severely delayed unless you could show enough
14   capital to be prioritized up front.
15             And then once receiving the chips, it
16   wouldn't take more than three months, roughly, to
17   build the system.  Maybe less, actually.  That's
18   probably a better question for Sagar and Michael.
19        Q.   Okay.  And approximately how much lead
20   time from down payment was needed before Katena
21   could start delivering significant quantities of
22   rigs?
23        A.   Yeah.  From our conversations with the
24   contract manufacturers, they needed about six
25   months.  They would prefer a bit of buffer to that.

1    So, you know, some would say six to nine months.
2    This was consistent with preorder deposits also
3    that, for example, BITMAIN would receive even though
4    they were -- had already established production
5    lines.
6         Q.   Okay.  Let's go to Exhibit 2049.  We're
7    going to talk about paragraph 16 on page 2049-15.
8    And it's titled "Entire Agreement and Amendment."
9              Apologies.  Are you there now?
10        A.   It's on 2049-15, right?
11        Q.   Yes, sir.
12        A.   Yes, I see it.
13        Q.   Do you see where it says (as read):
14                  This agreement, along with all
15             purchase orders, constitute the
16             entire agreement of the parties
17             hereto and can only be amended with
18             the written consent of both parties
19             or otherwise as mutually agreed by
20             both parties.
21             Did I read that first sentence correctly?
22        A.   Yes, I read the same.
23        Q.   Was it important for Katena to have a
24   clause that required amendments only be with the
25   written consent of both parties?

1              MR. ALFORD:  Objection.  Misstates the

2     document.

3              ARBITRATOR CALLAHAN:  I will assume you're

4     asking the question irrespective of what the

5     document says.

6              MR. HARDIN:  Okay.

7     BY MR. HARDIN:

8         Q.   Was this clause important to Katena?

9         **A.   Yeah.  Every clause was important,**

10     **actually.  And we wouldn't have -- we never had any**

11     **oral agreements for any customer engagements or**

12     **investor engagements.  And one -- one would argue**

13     **even -- even less for a deal of this size.**

14         Q.   All right.  Did Katena ever sign a written

15     amendment to this agreement?

16         **A.   No, not during my tenure as CEO.**

17         Q.   Did Katena ever orally agree with Coinmint

18     to make changes to this agreement?

19         **A.   I did not agree.  And to my best knowledge**

20     **of the team, nobody agreed with Coinmint on any**

21     **revisions that would be amended by writing.**

22         Q.   All right.  Mr. Monzon, I want to talk

23     here at the end about some specific questions about

24     the impact.

25              First, Coinmint never made

1    the $37.5 million down payment, right?

2        A.    That is correct.  Coinmint never

3    made $37.5 million initial payment.

4        Q.    Can you tell the panel how that affected

5    Katena during your time as CEO?

6        A.    The short answer is, it affected the

7    company significantly.  As mentioned earlier, in

8    2021, supply chain issues became worse each month.

9    And not having the ability to prioritize us and

10   locking in that commitment with the foundries by

11   showing that we have enough capital that's worth

12   their while was a huge blow.  We couldn't get chips.

13           And the timing for the first product for

14   the K10 was also a factor, because as with any other

15   technology sector, you have a window of opportunity.

16   It's not like your competitors are sitting idle and

17   waiting for you.

18           So the performance on this chip -- or the

19   K10 mining rigs of 30 to 35 joules per terahash had

20   a window of opportunity.  And as time passed, it

21   became less and less competitive.  So we would have

22   to move to another chipset platform in order to

23   develop and use more advanced technologies to have a

24   better product to compete in the market because our

25   window of opportunity passed.

TRANSCRIPT OF PROCEEDINGS, VOLUME I

```
1          Q.    How did it impact the ability to raise
2     equity?
3          A.    The market in second half of 2021 was
4     changing.  Bitcoin price started depreciating
5     rapidly.  The sentiment in the industry started
6     changing as well.  The dynamics of first half 2021
7     when Bitcoin was appreciating rapidly and was
8     driving many data center operators that were mining
9     Bitcoin to want to procure machines was changing.
10    It was becoming a more bearish market.
11              So the interested parties, the level of
12    interest started coming down rapidly as Bitcoin
13    price started coming down towards the second half or
14    towards the end of 2021.
15              MR. HARDIN:  We got about, I think,
16    20 minutes with you; is that right, Madam Chair?
17              ARBITRATOR CALLAHAN:  That's about right.
18              Go ahead.
19    BY MR. HARDIN:
20         Q.   So during that time we're going to cover a
21    few other documents.  I want to hand -- I want you
22    to take a look at 2106?
23              ARBITRATOR TURITZ:  I can barely hear you,
24    could you keep your voice up a little bit, please.
25              MR. HARDIN:  Yes, ma'am.  2106.
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

August 28, 2023

```
 1   BY MR. HARDIN:
 2        Q.   There we go, Mr. Monzon.  This is an
 3   August 24th email chain between you and
 4   Mr. Sewell, right?
 5        A.   Yes.
 6             ARBITRATOR CALLAHAN:  Which exhibit is
 7   this?
 8             MR. HARDIN:  2106.
 9             ARBITRATOR CALLAHAN:  Oh, so sorry.
10   BY MR. HARDIN:
11        Q.   Who is Jeremy Sewell?
12        A.   Jeremy Sewell is a tech executive in my
13   network and I used to work with him.  And he was an
14   advisor to Katena.
15        Q.   You see the bottom email where Jeremy
16   wrote (as read):
17                  FYI, working with Justin on
18                  forecast.  Cash flow main issue
19                  will be wafers and plans to order
20                  how many when.
21             And he asked you how do you see it?
22        A.   Yeah.  I do see that.
23        Q.   And you responded (As read):
24                  We need 1,000 wafer of
25                  systems per month starting in
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
1              January 2022 to be ready at

2              warehouse for customer to pick up.

3              Right?

4        A.    Yes.

5        Q.    What were you referring to here?

6        A.    Wafers.  When chips are fabricated, they

7    are printed on the silicon wafers in production.

8    That's what wafers mean.  So one wafer would produce

9    some number of chips.  And those numbers of chips

10   would produce some number of systems or Bitcoin

11   mining rigs in the context of this arbitration.

12       Q.    Okay.  Who does customer refer to?

13       A.    Oh, the primary customer here was

14   Coinmint.

15       Q.    Okay.  So why as of late August 2021 were

16   you still planning around the securing of wafers and

17   of systems, approximately 1,000 a month?

18       A.    To fulfill the preorders that we took.

19       Q.    And what was Mr. Sewell's response to you

20   for what was needed?

21             MR. HARDIN:  Michelle, can you scroll up?

22             THE WITNESS:  I think -- let me read this.

23   BY MR. HARDIN:

24       Q.    Please.

25       A.    Mr. Sewell is basically -- we're
```

1    discussing details around wafers and number of

2    systems that we can produce from those wafers.

3        Q.   Right.

4            And with respect for the cost to secure

5    allocation, what was Mr. Sewell telling you as of

6    August 24th, 2021 would be needed?

7        A.   Mr. Sewell indicated it should be around

8    50 million.

9        Q.   Let's go to 2105.

10           ARBITRATOR CALLAHAN:   I'm sorry.

11           MR. HARDIN:   2105.

12           ARBITRATOR CALLAHAN:   I seem to be missing

13   the last part of what you're saying for the

14   exhibits, 2025?

15           MR. HARDIN:   2105.

16           And, Ms. Callahan, can I know when I've

17   got about five minutes left?

18           ARBITRATOR CALLAHAN:   Sure.   You've got

19   about -- by my watch, I think you've got about ten.

20   BY MR. HARDIN:

21       Q.   Okay.   Read fast, Henry.

22       A.   All right.

23       Q.   So this is an August 13th email chain

24   between you, Antoine, Michael Maloney and others,

25   right?

**August 28, 2023**

1     A.   Yes.

2          MR. HARDIN:   And scroll down a little bit,

3     Michelle, to Henry's.

4     BY MR. HARDIN:

5     Q.   Do you see where you write (as read):

6               Michael has as spoken with

7               Ashton, chairman, and Jim, CEO,

8               today and the conclusion, Coinmint

9               is interested in participating in

10              Katena's raise with a $2 million

11              check potentially.

12          Is that accurate, did I read that

13     accurately?

14     **A.   Yes, you read that accurately.**

15     Q.   Is that one of the ideas that was being

16     spit-balled during this time?

17     **A.   Yeah.  One of many ideas.  I must have had**

18     **a conversation with Mr. Maloney and he probably told**

19     **me, because I copy him on this email to the JPMorgan**

20     **team.  And I made introductions basically so they**

21     **could consider it.**

22     Q.   What was your understanding of why

23     Coinmint was curious about investing money into

24     Katena?

25     **A.   My basic understanding from any interested**

1    party, including Coinmint in this context, to

2    potentially invest into Katena is because they saw a

3    potential of growth.

4            And humbly speaking, if we would have

5    launched production with these systems at the energy

6    efficiency levels, we would have been the top

7    company in this industry.  And everybody knew it.

8    Because we would be, some would say, the BITMAIN of

9    the U.S.

10           And I was proud to bring American

11   leadership, I guess you would say, into this -- into

12   this sector.  Especially from my experience in the

13   semiconductor industry.  I worked at Qualcomm, a

14   world leader in chips for all things mobile.  And

15   I'm very familiar with this semiconductor industry

16   as a whole.

17           And there isn't a single one where you

18   don't have an American company dominating that space

19   and leading that space because -- I'm sorry, that's

20   why it's called Silicon Valley.  It started here.

21   So this was part of our mission.  We felt that we

22   could bring that leadership to the space if we could

23   be successful in locking in chips and launching the

24   product.

25        Q.   So, Mr. Monzon, I want to end on a

 1   slightly different note.

 2          You're no longer affiliated with Katena,

 3   right?

 4      A.   I am not.

 5      Q.   You showed up today without the

 6   requirement of a subpoena.

 7      A.   Yes, that is correct.

 8      Q.   Can you tell the panel why.

 9      A.   I have -- I have seen the accusations from

10   Coinmint's legal team and team in general.  And I'm

11   here because of my reputation and my credibility.

12          As you mentioned, I don't have to -- I

13   don't have to be here.  Or I don't have to be

14   subpoenaed.  To me, it's offensive to insinuate that

15   there was any kind of bribery with Katena.  I've

16   never committed any kind of bribing in my career.

17          I'm a first generation immigrant.  I've

18   worked very hard for everything I've accomplished in

19   my life, and that comes through hard work and

20   dedication.  And this insinuation of bribery, to me,

21   is -- frankly, it's offensive.  We didn't have to

22   bribe anyone to lock in preorders.

23          Our technology was solid.  Your --

24   Coinmint's tech consultant gave you the goods.  And

25   not just them.  Every single company that came to

1    us.  They were invited.  We were an open book about

2    it.  Every single company was impressed with our

3    technology, at the stage that we were in, without

4    exception.  And I strongly believe that until the

5    time that I was no longer CEO.

6               MR. HARDIN:  With that, reserve time for

7    some --

8               ARBITRATOR CALLAHAN:  Sure.

9               MR. HARDIN:  -- redirect.

10              ARBITRATOR CALLAHAN:  I want to open it up

11   and give the panel an opportunity to ask some

12   questions.

13              But, Mr. Monzon, you've been going another

14   40 minutes or so, so I want to give you a stretch

15   break for five minutes.

16              **THE WITNESS:  Thank you.**

17              ARBITRATOR CALLAHAN:  Not a 15, let's do

18   five, and then we'll come back.

19                 (Whereupon, a recess was taken from

20                 4:23 p.m. to 4:30 p.m.)

21              ARBITRATOR CALLAHAN:  All right.

22   Ms. Turitz, why don't I start with you to see if you

23   have any questions of Mr. Monzon.

24              ARBITRATOR TURITZ:  Thank you.

25              I do have just a very few questions.  And

1    thank you for your patience, Mr. Monzon.  I promise

2    I won't be long.

3           First of all, I wanted to know if -- I

4    know you said that you did not see Mr. Bleck's

5    report before it was delivered.  Did you look at it

6    after it was then delivered?

7           **THE WITNESS:  Yes, I did.**

8           ARBITRATOR TURITZ:  Did you have any

9    concerns or comments about it?

10          **THE WITNESS:  I did not have any comments**

11   **on it.  And in the technical domain, I really**

12   **wouldn't have any comments anyway.**

13          ARBITRATOR TURITZ:  Okay.  Do you have any

14   understanding about the role of Sagar Reddy in the

15   preparation of the report, if any?

16          **THE WITNESS:  My understanding is, when**

17   **due diligence is conducted, this is a -- not just a**

18   **one way because there's questions to clarify,**

19   **there's engagement back and forth.  This is normal**

20   **engineering due diligence process.**

21          **So I assume that Sagar was being**

22   **challenged with questions and clarifications and he**

23   **was responding accordingly.**

24          ARBITRATOR TURITZ:  So it's your

25   understanding he was in contact with Mr. Bleck and

1    answering questions about the chip and the

2    capabilities of DXCorr and so on?

3              THE WITNESS:  Yes, ma'am.  That's right.

4              ARBITRATOR TURITZ:  Anything else --

5              THE WITNESS:  No.

6              ARBITRATOR TURITZ:  -- you recall?

7              THE WITNESS:  Nothing beyond that.

8              ARBITRATOR TURITZ:  Okay.  Do you have any

9    understanding whether he reviewed or revised or

10   wrote any part of Mr. Bleck's report.

11             THE WITNESS:  I wouldn't allow that,

12   because -- the key reason is we wanted to leverage

13   also this extensive due diligence and use it as a

14   reference for other potential engagements.

15             ARBITRATOR TURITZ:  Okay.  And then

16   shifting gears a little bit, did you ever do any due

17   diligence on Coinmint's ability to pay or to make

18   the payments that were required under the sale and

19   purchase agreement?

20             THE WITNESS:  I have to admit, in

21   retrospect, no, we did not ask for any of Coinmint's

22   financials or balance sheet or ability to come up

23   with the payments.  We -- we assumed, because they

24   are one of the largest operators in North America,

25   that if they say they could do it, they could do it.

1          ARBITRATOR TURITZ:  Did you have any
2    particular discussions with Mr. Maloney about
3    Coinmint's ability to pay?
4          **THE WITNESS:  I think after the initial**
5    **payment was coming short, and clearly it seemed that**
6    **they were a bit disorganized in being able to**
7    **complete their first payment, I don't recall details**
8    **of Mr. Maloney and I discussing it.  But surely with**
9    **my peers I discussed it, and I don't know if maybe**
10   **Michael Gao talked to him about it, but yeah, we**
11   **became more concerned as time was passing.**
12          ARBITRATOR TURITZ:  Okay.  And before you
13   executed the agreement with Coinmint, I know you
14   testified obviously you spoke with Mr. Maloney and
15   we heard about your communications with Mr. Soniat
16   and Mr. DeNaut and Mr. Kinney after the fact.
17          Was there anybody else at Coinmint you
18   spoke with specifically before the execution of the
19   agreement?  You personally.
20          **THE WITNESS:  No, ma'am.**
21          ARBITRATOR TURITZ:  And do you know if
22   Mr. Gao spoke with anybody else besides Mr. Maloney
23   before the execution of the agreement?
24          **THE WITNESS:  I don't know, actually.  I**
25   **don't recall.**

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1          ARBITRATOR TURITZ:  I'm sorry, could you
2     repeat that, I didn't hear you.
3          **THE WITNESS:  I do not know if he -- if**
4     **Mr. Gao did or not.**
5          ARBITRATOR TURITZ:  Okay.  That's all my
6     questions.  Thank you.
7          **THE WITNESS:  Thank you.**
8          ARBITRATOR CALLAHAN:  Ms. Glick, do you
9     have anything?
10          ARBITRATOR GLICK:  Yeah.
11          Mr. Monzon, when did you leave Katena?
12          **THE WITNESS:  In June 2022.**
13          ARBITRATOR GLICK:  But you were still
14     having a dinner in October with Mr. Soniat -- oh,
15     June '22?
16          **THE WITNESS:  Yes.**
17          ARBITRATOR GLICK:  We have -- we have been
18     informed that, and I think there's some of the
19     documents, that the first payment of $7.5 million
20     was made on or around June 10th.  But we have no
21     information of the remaining $16 million.
22          Can you tell me in what manner and, you
23     know, how that was paid to Katena?
24          **THE WITNESS:  Sure.  Yeah.  Sure.  So**
25     **after the initial 7.5 million, our primary contact,**

**August 28, 2023**

1    if I recall correctly, was Mr. Jim DeNaut.  And

2    what -- he would -- I guess over some period of time

3    send us portions of that 16 million, roughly.  And

4    this took place over several months until the dinner

5    we had in late 2021.

6              ARBITRATOR CALLAHAN:  So is it your

7    testimony that whatever payments you received that

8    comprise the 23 and change million, that those

9    payments had been made before the October dinner?

10             THE WITNESS:  Yes.  I don't recall, again,

11   exactly the dates of wire payments, but -- but by

12   late 2021, we had received a total of 23 million,

13   around there, in multiple -- multiple wires.

14             ARBITRATOR CALLAHAN:  And these are all

15   U.S. dollar wires or were there other forms of

16   payment?

17             THE WITNESS:  There were U.S. dollar wires

18   and there were also Bitcoin -- and I don't recall if

19   we also had other crypto as forms of payments.

20             MR. ALFORD:  I apologize for interrupting.

21   I hate to do that.  But we do have a schedule of all

22   the payments, the dates, the way they were made.  If

23   that would be helpful.  I don't want to interrupt.

24             ARBITRATOR CALLAHAN:  We're just trying to

25   get Mr. Monzon's understanding.

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
1                MR. ALFORD:  Fine.  Apologies.

2                ARBITRATOR CALLAHAN:  Go ahead.  Sorry.

3                MR. ALFORD:  Yeah, I'm sorry.

4                ARBITRATOR GLICK:  Okay.  Next question

5      from me.

6                ARBITRATOR CALLAHAN:  Sorry.

7                ARBITRATOR GLICK:  I think you testified

8      that Mr. Maloney had an equity interest in Coinmint.

9      I believe the figure was 7 percent.  How was that

10     made known to you?

11               THE WITNESS:  I don't recall the exact

12     percentage number.  But it was communicated to us by

13     Mr. Maloney.

14               ARBITRATOR GLICK:  By Mr. Maloney?

15               THE WITNESS:  By Mr. Maloney, yeah.

16               ARBITRATOR GLICK:  Had he said anything

17     about it vesting or not vesting?

18               THE WITNESS:  I'm sorry, I don't recall

19     vesting or unvested schedules.

20               ARBITRATOR GLICK:  I think that's it for

21     me.

22               ARBITRATOR CALLAHAN:  I just have a couple

23     of questions for you.

24               THE WITNESS:  Yes, ma'am.

25               ARBITRATOR CALLAHAN:  All right.  Back to
```

1    the October 2021 dinner.  Back to the October 2021

2    dinner, was there any discussion during the dinner

3    about -- that was negative to the point of

4    expressing questions or criticisms or concerns in

5    any way about Katena or its performance as of that

6    point in time?

7            **THE WITNESS:  No.  There was no**

8    **discussions at this dinner about any questioning of**

9    **the contract or of our technology.  The dinner**

10   **largely was in good spirits and we discussed**

11   **personal things as well.  Like I came to find out**

12   **about Mr. Ashton's family, and I share as well about**

13   **my family.**

14           **And the only topic that came up related to**

15   **our collaboration was Mr. Ashton's idea -- he**

16   **instilled confidence in me that he had some ideas to**

17   **make us whole through some hosting or customer**

18   **engagements.  And that's -- that's what I recall.**

19           ARBITRATOR CALLAHAN:  Okay.  Just to be

20   sure, I want to understand if when you left the

21   dinner meeting --

22           **THE WITNESS:  Yes.**

23           ARBITRATOR CALLAHAN:  -- in October 2021,

24   did you have any idea, inkling, based on what had

25   been said or discussed, that there might be any

1   problem in the relationship that had been entered

2   into, the sales purchase agreement specifically, in

3   May?

4           **THE WITNESS:  None whatsoever.**

5           ARBITRATOR CALLAHAN:  Okay.  Those are all

6   my questions.

7           ARBITRATOR GLICK:  Can I just ask another

8   question.

9           **THE WITNESS:  Sure.**

10          ARBITRATOR GLICK:  I thought you testified

11  after the November 4th email when Mr. Soniat asked

12  about where is the 20 million and things sort of

13  unraveled, and I believe -- I don't want to put

14  words in your mouth, but you said there was becoming

15  less command in the marketplace.

16          **THE WITNESS:  Right.**

17          ARBITRATOR GLICK:  But wasn't the Bitcoin

18  price still about 60- -- 64,000, so it still was

19  relatively high?

20          **THE WITNESS:  No, ma'am, that's incorrect.**

21  **The Bitcoin price towards the end of '21, from my**

22  **recollection, was coming down rapidly.  End of 2021,**

23  **which is around I think the dates you mentioned of**

24  **the dinner and after.**

25          ARBITRATOR GLICK:  I'm sure we'll find it

August 28, 2023

```
 1   here somewhere --
 2           THE WITNESS:  Somebody has a chart I'm
 3   sure.
 4           ARBITRATOR GLICK:  We have a chart.
 5           ARBITRATOR CALLAHAN:  Okay.  Ms. Turitz,
 6   anything further?
 7           ARBITRATOR TURITZ:  No.
 8           ARBITRATOR CALAHAN:  Ms. Glick, anything
 9   further?
10           ARBITRATOR GLICK:  No.
11           ARBITRATOR CALLAHAN:  I have nothing
12   further.
13           So we're at about 4:40 and I think we said
14   we could go as late as 5:30.  We really don't want
15   to push it much past then.  If we can't finish by
16   then, then we'd roll over to tomorrow.
17           So let me ask you, Mr. Alford, what's your
18   estimate?
19           MR. ALFORD:  Yeah.  Gosh, hate to be a fly
20   in the ointment, but I do have a lot of questions
21   based on what just happened.  So I can only control
22   half of the dialogue, Mr. Monzon controls the other
23   half.
24           ARBITRATOR CALLAHAN:  Right.  We've set a
25   schedule that the most we would roll over would be
```

```
1   an hour tomorrow.  So I'm asking you for an
2   estimate --
3            MR. ALFORD:  An hour and a half.
4            ARBITRATOR CALLAHAN:  -- given the
5   constraints that we have and understanding the two
6   sides need to share the time.  We basically have
7   another 45, 60 -- another 105 minutes, probably a
8   little less than that depending upon how long it
9   takes us to set up tomorrow.  I don't think it will
10  take as long as it did today.
11           What is your estimate?
12           MR. ALFORD:  Another hour and a half.
13           ARBITRATOR CALLAHAN:  But that's the whole
14  time.
15           MR. ALFORD:  Well, I hear you.  I would
16  only note that our initial estimate with Mr. Monzon
17  was a whole day, and we've never agreed to less than
18  that.
19           ARBITRATOR CALLAHAN:  Well, but you agreed
20  to the amount of time that was reserved.  And so
21  then the panel is trying to make sure you live
22  within your time estimates 'cause we can't keep
23  adding another day, adding -- because we're trying
24  to get this done.  We were trying to help you live
25  within the estimates you gave us.
```

```
1              MR. ALFORD:  I hear you.  We gave an
2    estimate of an entire day.  And I think I can do
3    less than that.  I don't think we ever agreed to
4    less than that.  I know the panel set a schedule and
5    I want to do my best to keep to it, but --
6              ARBITRATOR CALLAHAN:  So you're saying an
7    hour and a half?
8              MR. ALFORD:  Yes.
9              ARBITRATOR CALAHAN:  Now Mr. Hardin?
10             MR. HARDIN:  I have a multilayer.  So,
11   one, we had said five hours.  We saw the panel's
12   order.  So I made drastic cuts --
13             ARBITRATOR TURITZ:  Speak up, please.
14             MR. HARDIN:  Sorry, Ms. Turitz.
15             So, first, we had designated five hours.
16   We saw the panel's order.  You were clear.  You said
17   three.  And so we said okay.  So we've made cuts.
18             Second, Mr. Monzon's a third party.  He's
19   appearing here voluntarily.  He was told to come one
20   day.  So I've made my -- you know, I've made my
21   edits to get within the panel's order, and I think
22   that's what it should be.
23             So I'd ask for half of the time that
24   remains and I object to going through tomorrow.
25   Again, Mr. Monzon is a third party.
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
 1              ARBITRATOR CALLAHAN:  And, I'm sorry, I
 2    had understood from the email exchanges that there
 3    was some flexibility with Mr. Monzon, so maybe I
 4    should check in with you, sir.
 5              THE WITNESS:  My preference would be to
 6    wrap up today.  I'm a very busy person.
 7              ARBITRATOR CALLAHAN:  All right.
 8              THE WITNESS:  That would be my preference.
 9              ARBITRATOR CALLAHAN:  Then what we'll do
10    is we'll split the remainder of today's time and
11    give Mr. Alford the first tranche.
12              MR. HARDIN:  Thank you.
13              MR. ALFORD:  Okay.  I'll do the best I
14    can.  My only thought is, I may need more than
15    today, and I know there was an email from Mr. Hardin
16    to the panel saying that Mr. Monzon had a half a day
17    available tomorrow, and Mr. Monzon testified in
18    deposition that he is in a consulting arrangement
19    with Katena, so I think he's probably being paid for
20    his time.  And he's a critical witness.  And I'll do
21    my best to go as quickly as I can.  I promise you
22    that.
23              ARBITRATOR CALLAHAN:  Okay.  Let's have --
24    it's about 4:45.  Let's have you go until about 5:05
25    and see where we're at.
```

```
 1              MR. ALFORD:  Okay.
 2                    REDIRECT EXAMINATION
 3    BY MR. ALFORD:
 4       Q.   Let's -- as of the time that you all
 5    received the first payment of 7.5 million from
 6    Coinmint, no one was on payroll at Katena, correct?
 7    Nobody?
 8       A.   That is not correct.
 9              MR. ALFORD:  Okay.  Let's pull up that
10    exhibit.  I believe it's 1043.
11              Can we pull up 1043, please.
12    BY MR. ALFORD:
13       Q.   Take a look at Exhibit 10- -- 1043,
14    please.  This is --
15       A.   1043, -43, right?
16       Q.   1043, yes, sir.
17              Now, this is a text exchange between you
18    and Mr. Gao and Mr. Reddy, correct?
19       A.   Yes.  Yes.
20       Q.   Dated May 24, 2021, about ten days after
21    the written contract was signed, correct?
22       A.   Yes, I see the date.
23       Q.   And you all were having a founders call
24    that day, correct?
25       A.   That's what I think proposed.  I'm not
```

1   sure if we did or not.

2       Q.   At the bottom of the page, you say to the

3   408 number -- which is Mr. Reddy, right?

4           Do you see that?

5       A.   Yes, I do see that.

6       Q.   You say (as read):

7               Mr. Reddy, we need to roll in

8               engineers now into Katena or we'll

9               take an impact on valuation.

10          Right?

11      A.   Yes, I see that.

12      Q.   So as of May 24, ten days after the

13  contract was signed, Katena didn't have a single

14  engineer on payroll, did it?

15      A.   No, that's not correct, sir.

16      Q.   Okay.  If --

17      A.   Can I explain.

18      Q.   No.  You'll have a chance to explain when

19  your counsel ask you questions.  I only have a short

20  time with you.

21      A.   Sure.

22      Q.   And you don't say, hey, we need to roll

23  those people in so we can perform on the contract

24  with Coinmint, do you, in your text?

25      A.   In the text, I see what it says.

```
 1        Q.   You say (as read):
 2                  We'll take an impact on the
 3             valuation.
 4             Right?
 5        A.   Yes, I see that.
 6        Q.   Okay.  And you say, (as read):
 7                  I'm setting up payroll as soon
 8             as Coinmint wire comes in.
 9             Right?
10        A.   Yes, I see that.
11        Q.   And you never told anyone at Coinmint,
12   hey, we need your first wire to set up payroll.  We
13   don't have anyone in payroll?
14             You didn't tell them that, did you?
15        A.   No, I normally would not discuss internal
16   organization with customers or investors.
17        Q.   Well, you didn't tell them their money was
18   going to be used to set up payroll, did you?
19        A.   No, I -- I did not.
20        Q.   Okay.  And on the second page, you say --
21   referring back apparently to the first payment (as
22   read):
23                  Which is expected June 1.
24             Right?
25        A.   Yes, I see that.
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1        Q.    (As read):

2                    As Coinmint needs full payment

3              from Blake -- I assume you meant

4              Bleck, right?

5        **A.    I suppose.**

6        Q.    (As read):

7                    -- Bleck first, BTW where the

8              F is he on this?  Done today or

9              sometime tomorrow, latest.

10             Right?

11       **A.    Yes, I see that.**

12       Q.    Okay.  And when that first payment came in

13   of $7.5 million, $100,000 of it was paid out to

14   Mr. Gao, wasn't it?

15       **A.    I issued bonus to the -- to the founders**

16   **around that time, yes.**

17       Q.    Well, it wasn't around that time.  The day

18   that payment came in, you told Mr. Gao, as soon as

19   you found out the payment was coming in, that he was

20   going to get $100,000 of that money, didn't you?

21       **A.    I don't recall the exact dates of the**

22   **100,000, but yes, around that time we gave bonuses.**

23       Q.    Let's pull up Exhibit 43.

24       **A.    That's where we were, right?  43.**

25       Q.    No.  We were on 1043.

1           And this is the email -- this is the text

2     exchange we saw earlier where you all are

3     celebrating the receipt of the $7.5 million,

4     correct?

5           A.   I'm sorry?

6           Q.   You bet.  Let's back up.  I'll show you a

7     particular page.  It's page 7.

8           A.   That is 43-7?

9           Q.   Yes.  Where you say (as read):

10               Holy, expletive, we just got

11          7.5 million from Coinmint.

12          Right?

13          A.   Yes, I see that.

14          Q.   And that was the day you got the first

15    payment, June 28th, correct?

16          A.   Again, I don't know the exact date of

17    wires, but that's what this says.

18          Q.   And you and Mr. Gao talk about using that

19    money to set up an office lease, correct?  That's on

20    page 43-9, right?

21          A.   Yes, I see that message.

22          Q.   You had no office lease as of June 28th,

23    correct?

24          A.   We used the DXCorr lab as -- partly as an

25    office.  We didn't have any other office lease as of

1    that time.

2         Q.   And on page 43-11, two-thirds of the

3    way -- three quarters of the way down, Mr. Gao says

4    (as read):

5              Let's talk to Maloney today.

6              And you say (as read):

7              Okay.  What time should we

8         call him?

9         Right?

10        A.   I see that.

11        Q.   And you say (as read):

12             Do we want to offer him

13        anything?

14        Right?

15        A.   Yes, I see that.

16        Q.   And if you skip down, so we don't

17   interrupt your thought process here with Mr. Gao's

18   email, you say (as read):

19             He may be expecting it, job

20        offer, I mean.

21        Right?

22        A.   I see that.

23        Q.   So you knew that since the first wire came

24   in, Mr. Maloney was going to be expected for you to

25   keep your end of the deal and offer him the job,

August 28, 2023

```
1    right?
2         A.   No, sir.  These were internal
3    conversations.
4         Q.   Right.
5              And Mr. Gao says, (as read):
6                   I think it's a longer
7              conversation.  Is he ready to work
8              hard, et cetera?  He just went
9              through this, expletive, in May,
10             different story.
11             And you go (as read):
12                  Um.
13             Right?
14        A.   Yes, I see that.
15        Q.   So what you were saying is, in May you
16   needed Mr. Maloney a lot more than you did when
17   that -- after that payment came in in June, so
18   wasn't really that important to offer him a job
19   anymore because you got what you wanted out of him;
20   isn't that true?
21        A.   No, sir, that's not true.
22        Q.   Okay.  Then you talk about having a group
23   call with him, Mr. Gao does, on page 13, right?  (As
24   read):
25                  Let's do a group call, try him
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1              now.

2              Right?

**3**     A.    I see that.

4     Q.    And you say (as read):

5              What do we want to get out of

6         the convo.

7         Right?

**8**     A.    Yes.

9     Q.    Mr. Gao answers your question (as read):

10             Who's the next point of

11        contact?

**12**    A.    Yes.

13    Q.    (As read):

14             What are plans for fund raise,

15        customer ref, what is payment

16        schedule?

17        Right?

**18**    A.    Yes.

19    Q.    And by next point of contact, you and

20   Mr. Gao were planning who would be the point of

21   contact after Mr. Maloney left, right?

**22**    **A.    I don't know what -- I don't recall what**

**23** **Michael refers to as who is the point of contact**

**24** **next, if it's about Coinmint or something else.  I**

**25** **don't know.**

1     Q.   Let's take a look at 1037.

2          Now, you told the panel a little bit ago

3     under oath in response to some questions ...

4          Now, earlier, you told the panel under

5     oath that after that very first initial interview

6     with Mr. Maloney in April, you never had any more

7     conversations with him about offering him a job;

8     isn't that true?

9          MR. HARDIN:  Objection,

10    mischaracterizes --

11    BY MR. ALFORD:

12    Q.   That's what you told the panel, right?

13         MR. HARDIN:  Object.

14         ARBITRATOR CALLAHAN:  He can ask him.

15         Mr. Monzon, you can answer.

16         **THE WITNESS:  Yes, I didn't have**

17    **conversations with Mr. Maloney.**

18    BY MR. ALFORD:

19    Q.   That's not true, is it?  In fact, you --

20    well, let me back up.

21         So you -- we've seen a bunch of WhatsApp's

22    text messages, correct?

23    **A.   Yes.**

24    Q.   In the documents?

25    **A.   Yes.**

1      Q.   But you sometimes texted Mr. Maloney not

2  through WhatsApp but through an ordinary old school

3  text, right?

4      **A.   I -- I don't recall, but yeah.  Probably.**

5      Q.   And we don't have any of those messages,

6  right?  You didn't produce any of those.

7           Were you involved in producing documents

8  in this case?

9           MR. HARDIN:  Objection to the testifying

10  about documents.

11           ARBITRATOR CALLAHAN:  Let's stick to

12  facts --

13           MR. HARDIN:  Right.

14           ARBITRATOR CALLAHAN:  -- Mr. Alford, not

15  the discovery in this case.

16  BY MR. ALFORD:

17      Q.   Now, I'm going to come back to that point

18  because we're looking for a document.  So I'm going

19  to jump around a little bit.  I apologize.

20           You told the panel that you could not get

21  any test units up and running until you had the full

22  $37.5 million, correct?

23      **A.   Yes, that is correct.**

24      Q.   Okay.  But isn't it true that at one point

25  you told Coinmint, hey, why don't we just keep

```
 1   your $23 million and we'll give you $23 million
 2   worth of machines?
 3             You made that offer, didn't you?
 4             MR. HARDIN:  Objection.  Calls for
 5   settlement discussions.
 6             MR. ALFORD:  Oh, these are negotiations
 7   for a new contract.
 8             ARBITRATOR CALLAHAN:  Well, you can answer
 9   the question, Mr. Monzon.
10             THE WITNESS:  I do recall later in 2021 as
11   a sign of good faith to propose something around
12   these lines.  And the context of that is we had a
13   window where we thought we could get some chips.
14   But that didn't materialize on our side.
15             MR. ALFORD:  I think it's a yes-or-no
16   question.
17             ARBITRATOR CALLAHAN:  But he's answered,
18   so let's just move on.  I've heard the answer.
19             MR. ALFORD:  Let's pull up 1164.
20   Exhibit 1164.
21             If we could blow it up a bit.
22             MR. TABER:  Could you repeat?
23             MR. ALFORD:  1164.
24             MR. TABER:  Thank you.
25             MR. ALFORD:  Okay.  If we go down to the
```

```
 1   bottom, it's an email that -- the oldest is at the
 2   bottom.  Scroll down.
 3           MR. HARDIN:  I think he's still looking
 4   for the document right now.
 5           MR. ALFORD:  It's on the big screen.
 6           ARBITRATOR CALLAHAN:  Let him get there.
 7           MR. ALFORD:  Sure.  If we could scroll up
 8   a little bit, please.  Keep scrolling up, please.
 9   Okay.  A little bit more.
10   BY MR. ALFORD:
11       Q.   You got a letter at one point, and I can't
12   see the dates -- in November of 2021, you got a
13   letter from a lawyer on behalf of Coinmint, right,
14   Stephen Doyle?
15       A.   I see that email, yes.
16       Q.   Yes.
17           And you wrote (as read):
18               Hi Stephen, thanks for your
19           note.
20           And in the second paragraph you say (as
21   read):
22               Katena proposes to keep things
23           simple, in good faith, just reduce
24           the $150 million PO to $23 million
25           PO.
```

1          Correct?

2          MR. HARDIN:  Objection to settlement

3   discussions.  The problem is they're trying to use

4   this to create an illusion of an amendment to the

5   contract.

6          MR. ALFORD:  That's a speaking objection.

7          ARBITRATOR CALLAHAN:  Let's just work

8   through the document.  The exhibit's here.

9   BY MR. ALFORD:

10     Q.   Now, you told us earlier you had to have

11  the full $37.5 million to get any units up and

12  running.  So how is it that you were proposing just

13  to keep the 23 million and supply machines for

14  Katena -- for Coinmint in that amount?

15     **A.   Yeah.  We had some recent inputs from the**

16  **foundries, and this is feedback I get from Michael**

17  **and Sagar who were constantly updating me on the**

18  **situation in the supply chain.  And we felt there**

19  **was a window that unfortunately, not just for**

20  **Coinmint but for anybody else, didn't materialize by**

21  **this time.**

22     Q.   Okay.  Let's take a look at Exhibit 61.

23          MR. HARDIN:  What was that exhibit number?

24          ARBITRATOR CALLAHAN:  1164.

25          MR. HARDIN:  1164.

1           ARBITRATOR CALLAHAN:  And then we're going

2     to where, Mr. Alford?

3           MR. ALFORD:  Yes.  61.

4           ARBITRATOR CALLAHAN:  6-1.

5           MR. ALFORD:  6-1, yes, ma'am.

6           ARBITRATOR CALLAHAN:  Thank you.

7     BY MR. ALFORD:

8           Q.   And we talked about this earlier, this is

9     an exchange of WhatsApp messages you had with

10    Mr. Gao on June 10, right?

11          **A.   Yes, I see the messages on June 10.**

12          Q.   When you told the panel this contract had

13    never been changed, that wasn't true, was it?

14          **A.   That is true.  The contract never changed.**

15          Q.   Well, when -- you see here where Mr. Gao

16    writes you, texts you on June 10 to tell you about a

17    conversation he had with Mr. Maloney where they

18    reached a settlement that involved lowering price on

19    part of the order to $43.3 per terahash, right?

20          **A.   I see that, yes.**

21          Q.   Did you write him back and say wait a

22    second, we're not agreeing to any modifications of

23    the contract?  Did you write him back and tell him

24    that?

25          **A.   No.  I was reading what Michael was**

TRANSCRIPT OF PROCEEDINGS, VOLUME I

August 28, 2023

```
 1   writing me.

 2        Q.   Right.

 3             And you told the panel earlier that you

 4   would never agree to an oral modification of a

 5   contract of this nature, right?

 6             You told them that?

 7        A.   Absolutely.

 8        Q.   Right.

 9             But, in fact, that's exactly what you did,

10   right, because you didn't want JPMorgan to find out?

11        A.   JPMorgan knew everything, actually.

12        Q.   Okay.  JPMorgan knew this contract had

13   been changed?

14             MR. HARDIN:  Objection.  Objection.  He's

15   testifying.

16             ARBITRATOR CALLAHAN:  Well --

17             MR. ALFORD:  Well --

18             ARBITRATOR CALLAHAN:  This one lacks

19   foundation.  So if you can lay the foundation, let's

20   do it that way.

21   BY MR. ALFORD:

22        Q.   Okay.  The reason the changes to the

23   contract that were agreed to on June 10 were never

24   reduced to writing is because you didn't want

25   JPMorgan to find out, right?
```

```
 1              MR. HARDIN:  Objection.
 2              THE WITNESS:  No, that is not correct.
 3    BY MR. ALFORD:
 4        Q.   Okay.  Let's take a look at this document,
 5    61.
 6              And Mr. Gao tells you on -- near the top
 7    of page 61, Maloney is --
 8        A.   I'm sorry, is that 61-1?
 9        Q.   61-2.
10              Mr. Gao tells you (as read):
11                   Maloney is willing to send the
12              money without contract revisions,
13              just an email written
14              acknowledgment of new terms.
15              And you say (as read):
16                   This is a good faith signing
17              because for raise, we can play it
18              as part of the original agreement.
19              Right?
20        A.   Yes.  I see that.
21        Q.   And you're talking about the raise you
22    were trying to do, the fund raise with JPMorgan,
23    right?
24        A.   Not just JPMorgan.
25        Q.   Fundraising in general, right?
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1        A.    Fundraising in general, yes.

2        Q.    Right.

3              And Mr. Gao says (as read):

4                    Yup, that's right.

5              And you say (as read):

6                    If there's no contract

7              amendments --

8              And Mr. Gao says (as read):

9                    I drove that hard with him.

10             Originally he wanted to redline,

11             LOL.

12             And you say (as read):

13                   Ha ha ha.  The finish line is

14             wire in.

15             Correct?

16       **A.    Yes, I read that.**

17       Q.    So it's true, is it not, Mr. Monzon, that

18   you and Mr. Gao had a deal with Mr. Maloney that the

19   contract would be changed orally and it wouldn't be

20   reduced to writing so JPMorgan would never find out?

21   That's the truth, isn't it?

22       **A.    That is not the truth.**

23             ARBITRATOR CALLAHAN:  And we are at 5:05.

24             So, Mr. Hardin, it's your turn.

25             MR. ALFORD:  I just object for the record.

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
 1   I'm not finished.

 2              ARBITRATOR CALLAHAN:  I understand.

 3              MR. ALFORD:  I think this is a crucial

 4   witness.  I do think my client's case is prejudiced

 5   by not having more time with this witness.

 6              I know the schedule is important but due

 7   process is even more important.  And he was the CEO

 8   at all times in question, and I think it's critical

 9   I have more time with him.

10              Whatever ruling the panel makes obviously

11   is the ruling the panel makes.

12              ARBITRATOR CALLAHAN:  The panel is

13   somewhat limited when it's dealing with a

14   third-party witness.

15              MR. ALFORD:  Right.

16              ARBITRATOR CALLAHAN:  And not a party

17   witness, which we've talked about.

18              MR. ALFORD:  Right.  Yes.  He's told us he

19   has time tomorrow.

20              MR. HARDIN:  No.  May I start?

21              ARBITRATOR CALLAHAN:  All right.  Go

22   ahead.

23                      RECROSS-EXAMINATION

24   BY MR. HARDIN:

25       Q.   We're close, Mr. Monzon.
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
 1            Do you recall at some point in time where
 2   Coinmint's management team gathered in Puerto Rico
 3   in early May?
 4       A.   I do recall that, yes.
 5       Q.   Do you recall being told by Mr. Maloney
 6   that they were going to gather in --
 7            ARBITRATOR TURITZ:  You need to raise your
 8   voice, please.
 9            MR. HARDIN:  Okay.
10   BY MR. HARDIN:
11       Q.   I'm sorry.  All right.
12            Henry, do you remember in early May being
13   told by Mr. Maloney that Coinmint's management team
14   was going to meet in Puerto Rico to discuss the
15   terms of the agreement?
16       A.   Yes, I do.
17       Q.   Okay.
18       A.   In fact, we saw some messages around that
19   earlier.
20       Q.   Well, that's right.
21            And I know during Ms. Turitz's questions
22   she asked if you had specifically talked with
23   Mr. Soniat prior to the signing.  And I want to
24   distinguish that a little bit, okay.
25            During this management team in Puerto
```

1    Rico, did Mr. Maloney call you to discuss the

2    agreement?

3         A.    Yeah.  Mr. Maloney --

4         Q.    Hang on one second.

5         A.    Yes.

6         Q.    Yes.

7               Can you tell the panel and Ms. Turitz, who

8    else did he introduce and who responded to you on

9    that phone call?

10        A.    Yeah.  Mr. Maloney was in Puerto Rico,

11    which is where Mr. Soniat resides.  And they were

12    having their management team meeting, and he

13    introduced me to Jim and Mr. Soniat over the call.

14        Q.    Right.

15              And specifically when Mr. Maloney called,

16    he was on speakerphone, right?

17        A.    That is correct.

18        Q.    And he was discussing the terms of the

19    agreement with you, right?

20        A.    I don't recall the details of that call,

21    but this was the main topic.

22        Q.    Right.  Right.

23              I'm not asking you to give me the

24    particulars about the terms that he discussed, but

25    just generally, you guys were discussing the

1   agreement, right?

2       **A.   It was an introduction to Mr. Jim and**

3   **Mr. Soniat.  I don't recall the exact details of the**

4   **call.  Or if we discussed how -- in depth about the**

5   **agreement.  But my understanding was they were**

6   **gathering and this was on their agenda.**

7       Q.   Okay.  And did you hear Mr. Soniat respond

8   when he was introduced?

9       **A.   Yes, yes, I did.**

10          ARBITRATOR TURITZ:  Mr. Hardin, can we get

11   an approximate date of that meeting?  It was in May,

12   wasn't it?

13          MR. HARDIN:  I --

14   BY MR. HARDIN:

15      Q.   Mr. Monzon, can you answer Ms. Turitz's

16   questions?  Do you recall when you were told

17   Coinmint's management team was going to meet in

18   Puerto Rico to discuss?

19      **A.   It was in early May.  Around the time**

20   **of -- before the signing.**

21      Q.   Is when you were told, right?

22      **A.   Yes.  Yes.**

23          MR. HARDIN:  Jake, can you find the

24   document where Maloney says "next week."

25          ARBITRATOR TURITZ:  Not critical.  Just

1    wanted to know, get an approximate time frame.

2            Go ahead.

3            MR. HARDIN:  But we can get you that and

4    we will.

5    BY MR. HARDIN:

6        Q.   One of -- there were a lot of things

7    discussed.  I want to discuss how you handle if

8    someone shows any interest in participating in a

9    start-up company that you're the CEO of.

10           If I, John Hardin, came to you and said,

11   hey, I'm interested, what is one of the first moves

12   you do to determine my level of interest?

13       **A.   Compensation, because --**

14       Q.   Why?

15       **A.   Because we're a start-up, and many people**

16   **may express interest, but then when it comes down to**

17   **taking action on that interest, many just -- as I --**

18   **as I like to say, sometimes keep me warm, not to**

19   **upset me, perhaps, or not to say no directly.**

20           **So I would often quickly basically say,**

21   **all right, let's talk numbers or share with me some**

22   **of your expectations, because we may or may not be**

23   **able to accommodate as a start-up.**

24       Q.   Is that because as a start-up, you don't

25   pay as much as some of the big companies?

1       A.   That is correct.  Start-ups have limited
2   resources.  So we need a particular profile of
3   people to accept that.
4       Q.   You know, in -- I'm going to put a fine
5   point on this, because from -- in my world, you talk
6   about the job first, see if there's a match and then
7   talk about the comp.
8            Are you saying that's not the order in
9   which you would talk about it as a start-up CEO?
10      A.   No.  Because the one key advantage of a
11  start-up is to move fast.  It's agility.  Otherwise,
12  how do you compete versus other established
13  companies that have a lot more resources and can
14  hire anyone they want, top talent.  So we got to
15  move fast and we have to quickly vet people and
16  decide or postpone or whatever.
17           And one more additional point about a
18  start-up dynamics is, I don't have the luxury to
19  reach out to anyone.  Anyone that liked us, we would
20  be open to collaborating whatever -- whatever way we
21  could, because you don't get that much attention as
22  a start-up.
23      Q.   Would you look at Katena 2033.  I want to
24  address Ms. Turitz's question.
25           Do you need some help finding the

```
 1    document?

 2         A.    I got it.

 3               I do need some help finding that document.

 4               MR. HARDIN:  Look at here -- Michelle,

 5    she's got it up on the screen for us.

 6               Thanks, Michelle.

 7    BY MR. HARDIN:

 8         Q.    Do you see the date of this email is

 9    May 8th and it's from Mr. Maloney?

10         A.    Yes, I do see that.

11         Q.    Okay.  I'm going to ask you a few

12    questions.  If you want to look at the email, that's

13    okay.  Just make sure you talk loud enough to where

14    Ms. Turitz can hear you.

15         A.    Do you want me to read the email?

16         Q.    No.  No.  No.  No.

17               See the third paragraph, it says (as

18    read):

19               Please review and let me know

20               your thoughts.  I will be in Puerto

21               Rico next week finalizing our

22               financing decision around the

23               purchase.

24               Does that refresh your recollection of

25    when the meeting in Puerto Rico was?
```

1        **A.   Yes.  It does.  It would be the upcoming**

2     **week of May 10th, I suppose.**

3        Q.   Okay.  Which is actually the week that the

4     agreement was signed, right?

5        **A.   Yes, that is correct.  It was May 12th**

6     **or 13th when the agreement was signed.**

7        Q.   Right.  Right.

8             MR. HARDIN:  Can I get a time check?

9     Apologies.

10            ARBITRATOR CALLAHAN:  Another 7 minutes.

11            MR. HARDIN:  Let's go to 1164, please,

12    Michelle.

13            Jacob, could you maybe find that for

14    Henry?

15            There it is.

16    BY MR. HARDIN:

17       Q.   Okay.  Let me ask you -- apologies.  I

18    don't have a copy of that.

19            Wonderful.

20            Let's go to your response to Mr. Doyle.

21    You start out saying (as read):

22               Hi Stephen, thanks for your

23               note.  Our intention remains the

24               same.

25            MR. HARDIN:  Here we go.

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
 1              Thanks, Michelle.

 2    BY MR. HARDIN:

 3        Q.   Look at the third paragraph.  What is the

 4    size of the agreement that you reference back to

 5    Mr. Doyle?

 6        A.   I'm sorry.

 7        Q.   Sure.  The purchase order.  What is the

 8    monetary amount?

 9        A.   150 million PO to 23 million PO.

10        Q.   Right.

11             (As read):

12                  And we find this fair.

13             Do you see that sentence?

14        A.   Yes.

15        Q.   (As read):

16                  Considering we've been patient

17             with Coinmint throughout to fill --

18             what?

19        A.   To fulfill the 150 million order.

20        Q.   Because as of this date, November 2021,

21    there had been no oral amendment, there had been no

22    written amendment, there had been no $7.5 million

23    amendment, and everyone was sure that they had read

24    and signed the May 13th agreement, right?

25                  MR. ALFORD:  Compound.  Calls for
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
 1   speculation.
 2              MR. HARDIN:  I'll withdraw it.
 3              MR. ALFORD:  Lacks foundation about what
 4   everyone was sure with.  Testifying.
 5              ARBITRATOR CALLAHAN:  Is the question
 6   withdrawn, Mr. Hardin, or do you want an answer?
 7              MR. HARDIN:  Sure.
 8              ARBITRATOR CALLAHAN:  Okay.  You don't
 9   need to do anything, sir.
10              THE WITNESS:  Okay.
11              ARBITRATOR CALLAHAN:  Okay.
12   BY MR. HARDIN:
13        Q.   Did Katena have people on payroll before
14   Coinmint signed?
15        A.   Yeah.  We had the China office and
16   employees under the China office, Sole Mine in the
17   U.S.  When I was referring to payroll, it was in the
18   U.S.
19        Q.   And -- okay.  The Chinese operation, was
20   it literally the name Katena or was it a different
21   named entity?
22        A.   The Chinese operation had a long name.  I
23   think it did say Katena in the long name.  Shenzhen
24   subsidiary, if that's what you're referring to.
25        Q.   Perfect.
```

1          There was some questions on recross about

2    issuing bonuses to founders.  Is it common in

3    start-ups to issue bonuses to founders when certain

4    milestones are met?

5          **A.   Of course.  You have to keep the team**

6    **motivated.**

7          Q.   Okay.  Is securing the last piece to the

8    puzzle, I think you called it, would that be a

9    milestone worthy of a bonus?

10         **A.   Huge milestone.**

11         Q.   Why did you wait to set up an office?

12         **A.   I didn't want to spend too much money.**

13         Q.   So why not just the minute you arrive in

14   2019 get a nice space in Silicon Valley with monthly

15   rent?

16         **A.   We had a lot of debate about this.  And**

17   **I -- I usually lean -- the expression is lean and**

18   **mean, I guess.  We were working from our home**

19   **offices, and I didn't see it necessary until at**

20   **least we can secure the chips, because then we need**

21   **equipment to build the system or to test the system**

22   **and to do all of that, so ...**

23         Q.   Okay.

24         **A.   But I should have -- others on the team**

25   **felt differently.  They wanted an office sooner.  I**

1    **kind of blocked it.**

2         Q.   Okay.  So with respect to --

3              MR. HARDIN:  Madam Chair, can I understand

4    how much time I have left?

5              ARBITRATOR CALLAHAN:  Sure.  About five

6    minutes.

7    BY MR. HARDIN:

8         Q.   There was discussion earlier about 23 --

9    you know, with Mr. Doyle about potentially

10   just $23 million purchase order for Coinmint.

11             Do you recall that?

12        **A.   Yes, I see it.**

13        Q.   Right.

14             And first, at that point in time, you

15   understood Stephen Doyle to be a lawyer representing

16   Coinmint's interest, right?

17        **A.   I don't recall exactly, but yes, I think**

18   **contextually, that's what this -- this means.**

19        Q.   And so was the -- was that offer reducing

20   it to $23 million ever accepted?

21        **A.   No, I don't think I ever got a response to**

22   **this email.**

23        Q.   What -- if they would have accepted it,

24   does that mean that you would have been able to run

25   out and order chips?

1        A.    As I mentioned earlier, I would constantly

2    get updates from the team, specifically Sagar and

3    Michael, on ability to secure some production chips.

4    We were very eager to have -- to show the world a

5    working unit with our chips.

6             And around this time, I recall I received

7    some inputs from the team that they were able to get

8    some chips quickly.

9             The other context around this time is we

10   were engaging with Blockchain.com and other

11   financing entities, and those discussions were

12   progressing well.  So we felt, hey, maybe we can tap

13   into that Blockchain.com also capital pool to do

14   this.  But that didn't turn out to be the case.

15       Q.    We're going to come back to this document,

16   but you reminded me of blockchain.  And I'm going to

17   cover this more with Mr. DeNaut, but can you tell

18   the panel who Blockchain.com is?

19       A.    Sure, Blockchain.com, as the name implies,

20   and you can go to the website, they're one of the

21   oldest, most established players in the crypto

22   industry in general.

23             And we had a term sheet with

24   Blockchain.com where in the process of us figuring

25   out financing, Blockchain.com was one of those

1    potential financiers.  And a big player.  And we had
2    a lengthy term sheet that we were working with them.
3    They could provide us financing, always with
4    conditions around milestones.
5            And they could also -- we could also
6    partner together and maybe do a joint venture
7    spinoff to maybe mine some Bitcoins together and we
8    could benefit from that.  Plus other -- other good
9    stuff, I guess.  I don't recall exactly that term
10   sheet.
11           And we also introduced Blockchain.com to
12   Coinmint, actually.  And this was in -- with the
13   intention to help Coinmint maybe obtain some
14   financing themselves because Blockchain.com thought
15   very highly of us and they were willing to give us
16   financing, again, with various conditions.
17           And I did make an introduction of
18   Blockchain.com and the Coinmint team.  And I don't
19   think that went anywhere.
20   Q.    Blockchain.com, did they perform diligence
21   on the K10 chip?
22   A.    Yes.  Blockchain.com, as mentioned
23   earlier, as anybody that would engage with us
24   performed commercial and technical due diligence on
25   us.

1      Q.   What were the tranches of financing that
2  Blockchain.com indicated might be possible for
3  Katena through Blockchain?
4      **A.   I recall the -- the scale was large.  So**
5  **it was also in the tens of -- tens of millions or**
6  **even north of 100 million type of access to**
7  **financing over time.**
8      Q.   What was the requirement to be able to
9  unlock that financing?
10     **A.   It's the usual story.  Chips.  Machines.**
11  **Launch production.**
12     Q.   Okay.  Let's go back to the exhibit that's
13  in front of you.  I forget what the number is.
14  1161.  Or excuse me, 1164.
15          This was in November of 2021, right?
16     **A.   Yes, I see that email.**
17     Q.   And -- and it says that Katena could
18  commit to make K10 machines available by when?
19     **A.   By Q3 2022.**
20     Q.   Okay.  So approximately nine months later?
21     **A.   Yes.  Eight -- eight months, yes.**
22     Q.   Okay.  Would that have also given you some
23  cushion to where Katena might have been able to
24  raise some additional funds as well?
25     **A.   Yeah.  Absolutely.**

```
 1              And we had communicated to not just
 2    Coinmint but also the other smaller customers we had
 3    that, hey, without preorders, you know, we're not
 4    able to deliver, right.  It has an impact on the
 5    schedule.
 6              ARBITRATOR CALLAHAN:  You're close,
 7    Mr. Hardin.  One more question.
 8              MR. HARDIN:  You know I'll --
 9              ARBITRATOR CALLAHAN:  You done?
10              MR. HARDIN:  Yes, ma'am.
11              ARBITRATOR CALLAHAN:  Ms. Turitz, do you
12    have anything further?
13              ARBITRATOR TURITZ:  I don't.  Thank you.
14              ARBITRATOR CALLAHAN:  Ms. Glick?
15              ARBITRATOR GLICK:  No.
16              ARBITRATOR CALLAHAN:  All right.
17              MR. ALFORD:  Can I ask maybe a handful of
18    questions about one document?
19              ARBITRATOR CALLAHAN:  What's the document?
20              MR. ALFORD:  36.
21              MR. HARDIN:  I would object.
22              ARBITRATOR CALLAHAN:  Let me look at the
23    document.
24              MR. ALFORD:  There's been testimony
25    that --
```

```
 1                ARBITRATOR CALLAHAN:  Hold on.  Let me
 2     look at the document.
 3                MR. ALFORD:  I'm sorry.
 4                ARBITRATOR CALAHAN:  Because I noticed in
 5     the last set of exams you were going back over a
 6     document you had already asked Mr. Monzon on.  So I
 7     want to see what this document is.
 8                MR. ALFORD:  Right.  Pages 36-9 and 36-10.
 9     Some texts between Mr. Monzon and Mr. Maloney.
10                ARBITRATOR CALLAHAN:  I show that we've
11     gone over these.
12                MR. ALFORD:  Well, we've talked about the
13     document in general.  We haven't talked about the
14     text that Mr. Monzon sent Mr. Maloney that are
15     screenshotted in.  And it directly contradicts his
16     testimony that he never talked with Mr. Maloney
17     about a job offer after that initial April
18     interview.
19                Here we have in May 18, the day the
20     payment is due, we have screenshots of Mr. Monzon
21     and Mr. Gao talking about a June --
22                MR. HARDIN:  I'm going to object to the
23     testimony.  I also object to going back through this
24     again.
25                MR. ALFORD:  This has never gone through.
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1   And it's directly rebuttal to -- it's direct

2   rebuttal to Mr. Monzon's testimony under oath

3   that --

4              ARBITRATOR CALLAHAN:  All right.  But

5   can't you already argue that, Mr. Alford?

6              MR. HARDIN:  Exactly.

7              MR. ALFORD:  I got the witness here who

8   wrote it.

9              ARBITRATOR CALLAHAN:  He's already --

10             MR. ALFORD:  It's going to take a couple

11  minutes.

12             ARBITRATOR CALLAHAN:  Two minutes.

13             MR. HARDIN:  Hang on a second.  I'm going

14  to want time too.

15             ARBITRATOR CALLAHAN:  Then you get two

16  minutes.

17                     REDIRECT EXAMINATION

18  BY MR. ALFORD:

19      Q.   All right.  Let's take a look at

20  Exhibit 36.

21             Let's take a look at Exhibit 36.  And

22  let's go to page 36-8.

23             MR. HARDIN:  Might as well wait just a

24  minute.  We got to find the document.

25             MR. TABER:  Joint Exhibit -- it should be

```
 1   there, the very last one -- there you got it.
 2            ARBITRATOR CALLAHAN:  What's the Bates
 3   number?
 4            MR. ALFORD:  Yes, ma'am.  It's -- Katena
 5   6645 is the page I'm on now and 6646.
 6            ARBITRATOR CALLAHAN:  I do not see a cut
 7   in on 6645.
 8            MR. ALFORD:  It's 6646.
 9            ARBITRATOR CALLAHAN:  Yes, okay.
10   BY MR. ALFORD:
11       Q.   Now, on page 6646 --
12            MR. ALFORD:  If you can get there please,
13   Ted.
14   BY MR. ALFORD:
15       Q.   On 6646, you give Mr. Gao a screenshot of
16   a text message you exchanged with Mr. Maloney,
17   right?
18       A.   Yes, I see that.
19       Q.   And on or about May 18, you texted
20   Mr. Maloney and said (as read):
21                How's June 1st as a
22                tentative start date at Katena?
23                Here's a good exercise - can you
24                start putting together/thinking of
25                a comp package for yourself that
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
 1              can be reasonable for us to
 2              discuss?  I'm thinking of a
 3              finance/with revenue flavor role
 4              where you work closely with us on
 5              all things finance plus revenue
 6              generating strategies.
 7              And you say (as read):
 8                   If June 1st is too
 9              aggressive, please propose what
10              makes sense.
11              Right?
12      A.    Yes, I see that.
13      Q.   And then you explain that message to
14   Mr. Gao by saying (as read):
15                   Message here, I'm assuming
16              wire will come in, we'll wrap up
17              current deal, et cetera.  He'd need
18              to come back to me to
19              disappointment if otherwise.
20              Right?
21      A.    I see that.
22      Q.   And then on the next page, Mr. Gao says
23   (as read):
24                   Yeah, originally Maloney's
25              proposal was like last week
```

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1              Tuesday, green light, last week

2              Thursday, sign, yesterday he starts

3              at Katena.

4              That's what Mr. Gao told you, right?

5        A.   Yes, I see that.

6        Q.   And then you give another screenshot to

7   Mr. Gao of Mr. Maloney's response to your suggestion

8   that he put together a package about his starting on

9   June 1st.

10             You see that, right, in the middle of

11  page 36-10?

12       A.   Yes, I do see that.

13       Q.   Mr. Maloney responds to your text saying

14  (as read):

15             I can put something together,

16             absolutely.  Let me think about a

17             start date but that sounds right to

18             me.

19             Right?

20       A.   Yes, that I see.

21       Q.   So when you sat here a few minutes ago and

22  you told the panel that you never had any

23  discussions with Mr. Maloney at all about a job

24  offer after that initial April interview, that

25  wasn't true, was it?

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

1           MR. HARDIN:  Objection.  Mischaracterizes.

2    BY MR. ALFORD:

3         Q.   That wasn't true, was it?

4           MR. HARDIN:  Objection.  Mischaracterizes.

5    And now getting argumentative.

6           ARBITRATOR CALLAHAN:  Just, can you answer

7    the question, Mr. Monzon.

8           **THE WITNESS:  Please ask the question.**

9    BY MR. ALFORD:

10        Q.   Sure.

11          When you sat here and told this panel in

12   response to Mr. Hardin's questions, the only

13   discussions I had about a job for Mr. Maloney were

14   internal only after that initial April interview,

15   that wasn't true, was it, Mr. Monzon?

16          MR. HARDIN:  Objection.  Mischaracterizes.

17   BY MR. ALFORD:

18        Q.   That wasn't true?

19          **THE WITNESS:  Can I answer?**

20          ARBITRATOR CALLAHAN:  You can answer.

21          **THE WITNESS:  I was just looking for the**

22   **okay.**

23          **Look, this is a way for me to test him**

24   **because he blew us off.  And he never came back with**

25   **anything.  He could care less, to be honest.  This**

1    is your classic keep me warm, but nothing came out

2    of it.

3            MR. ALFORD:  Okay.  I used up my good will

4    and probably more with the panel, so I'll shut up.

5            ARBITRATOR CALLAHAN:  You're fine.  Okay.

6            Mr. Hardin, anything further?

7            MR. HARDIN:  I do.  I do.

8                    RECROSS-EXAMINATION

9    BY MR. HARDIN:

10       Q.   Henry, did you have any conversations with

11   Mr. Monzon before the agreement was signed about

12   Katena's CFO role?

13       A.   The introductory call.

14       Q.   Right.

15            Is this the offer, the "have a good

16   exercise, can you start putting together thinking of

17   a comp package," is this what you were talking about

18   earlier as a way to test if someone is serious?

19       A.   Yes.  100 percent.  This is what I always

20   do.

21       Q.   Did Mr. Maloney give you a substantive

22   number back?

23       A.   He blows off.

24       Q.   Right.

25            MR. HARDIN:  I'll pass.

TRANSCRIPT OF PROCEEDINGS, VOLUME I

**August 28, 2023**

```
 1              ARBITRATOR CALLAHAN:  Okay.  Very good.
 2              All right.  Thank you, Mr. Monzon, for
 3    your patience and for probably sitting there longer
 4    than your back wanted you to.
 5              So tomorrow, let's get here about 8:30,
 6    set up, and then I believe we're off to Mr. Reddy?
 7              MR. HARDIN:  Yes, ma'am.
 8              ARBITRATOR CALLAHAN:  Okay.  And Mr. Reddy
 9    knows to be here at 8:30?
10              MR. HARDIN:  I thought it was 9:00, but I
11    don't know that there --
12              ARBITRATOR CALLAHAN:  Just to make sure
13    he's up and ready to go.
14              MR. HARDIN:  Right.
15              ARBITRATOR CALLAHAN:  Could you touch base
16    with him and make sure he knows -- don't get here
17    right at 9:00 because then we'll start late.
18              MR. HARDIN:  We'll find a way to meet
19    beforehand and get here.
20              MR. ALFORD:  A point of order, if you
21    will.  Can we leave in our separate breakout
22    rooms --
23              ARBITRATOR CALLAHAN:  Off the record.
24              (Discussion held off the record.)
25              ARBITRATOR CALLAHAN:  Mr. Hardin, could
```

1  you please state the issue and the objection, and

2  then Mr. Alford I'll let you say something.

3        MR. ALFORD:  Thank you, briefly.

4        ARBITRATOR CALLAHAN:  I'll explain to the

5  panel, we'll talk and email everyone.

6        MR. ALFORD:  Sure.

7        MR. HARDIN:  Sure.  Are you ready, Madam

8  Court Reporter?

9        Previously -- and I don't have the

10  particular order number.

11        ARBITRATOR CALLAHAN:  I'll look for it.

12        MR. HARDIN:  We will bring it tomorrow.  I

13  believe it is in February, maybe late January of

14  this year, the panel ruled that Mr. Reddy would not

15  have to sit for a deposition, that Mr. Reddy would

16  instead be presented, along with certain documents,

17  at the hearing.

18        And that was a multifaceted ruling based

19  on the violations of the stipulated protective order

20  and the type of information that -- that Mr. Reddy

21  is aware of, which is highly -- highly sensitive,

22  it's covered by IP.  It is the secret sauce.

23        So we did not want a transcript of it

24  because of the ongoing violations.

25        ARBITRATOR GLICK:  Which order was it?

1           MR. HARDIN:  Ma'am, I don't --

2           ARBITRATOR CALLAHAN:  I see.  Okay.

3           MR. HARDIN:  I don't remember off the top

4     of my head.

5           ARBITRATOR CALLAHAN:  It's order

6     number 21.

7           ARBITRATOR GLICK:  I can -- I can access

8     it if you want.

9           ARBITRATOR CALLAHAN:  Okay.  I noted your

10    objection.  I have to go pull the order myself, but

11    I believe it's order number 21.

12          So say for me again the issue.

13          MR. HARDIN:  So there's a separate issue

14    where at one point there was a discussion of whether

15    this arbitration hearing, anybody else should be

16    transcribed.  We were, of course, of the position

17    that they should not because neither Mr. Maloney nor

18    Mr. Bleck were transcribed.

19          ARBITRATOR CALLAHAN:  Right.  We overruled

20    that objection.

21          MR. HARDIN:  I understand that you

22    overruled it.  But that was with respect to

23    Mr. Monzon, Mr. Gao and Coinmint's witnesses.

24          We did not understand that to be a

25    reconsideration of the prior order and an overruling

1   of the panel's prior order.

2              ARBITRATOR CALLAHAN:  I'm going to pull

3   order number 21.  I believe that's where this was

4   handled.

5              MR. TABER:  It's also 48.

6              ARBITRATOR CALLAHAN:  And 48?

7              MR. TABER:  May I read the sentence --

8              ARBITRATOR CALLAHAN:  No, I'm going to

9   have to go look at it.

10             MR. TABER:  Of course.  It's page 7 of

11  order number 48.

12             ARBITRATOR CALLAHAN:  Okay.  All right.

13  So I'll pull those two orders.  And I understand

14  what you're asking, Mr. Hardin, is you're asking

15  that Mr. Reddy is going to take the full day

16  tomorrow, you're asking that his testimony not be

17  transcribed.  Is that what you're asking?

18             MR. HARDIN:  That is correct.  He is a

19  defendant --

20             ARBITRATOR CALLAHAN:  And you're saying

21  we've previously ordered that?

22             MR. HARDIN:  Yes, ma'am.

23             ARBITRATOR CALLAHAN:  Okay.

24             Mr. Alford, your position?

25             MR. ALFORD:  Thank you.

1          So our position is that Mr. Reddy is a

2     crucial witness, a crucial witness.  I don't plan to

3     ask Mr. Reddy any questions about the details of --

4     to use Mr. Hardin's term, the secret sauce.  I'm too

5     dumb to know what the secret sauce is.

6          I'm going to ask him about fraud.  I'm

7     going to ask him about bribery.  I'm going to ask

8     him about rewriting Bleck's report.  I'm going to

9     ask him about the contract.

10         I'm not going to ask him any high tech

11    questions about what goes into the chip or what the

12    code is.  None of that.

13         He's a crucially important witness and I

14    think we're going to be -- it's our position we're

15    going to be deprived of due process if we have no

16    record of his testimony.

17         We've already seen with Mr. Maloney and

18    Mr. Bleck, Mr. Hardin says they said X, and I said

19    they said the opposite of X.  Without a record, we

20    understand the panel has notes, but we don't have

21    access to those.  And we think that AAA rules are

22    clear, that if a party requests a court reporter,

23    they're entitled to it.

24         And I understand the panel's experience is

25    sometimes court reporters aren't present.  I can

1    only assume that's because no one requested them,

2    but we are definitely requesting one for this

3    critical witness.

4           We understand we weren't allowed to take

5    his deposition.  We respectfully disagree, but we

6    understand the panel's ruling on that.  But we think

7    now that we're at the merits hearing, it's

8    critically important we have a record of his

9    testimony so that everybody agrees what he said.

10          ARBITRATOR CALLAHAN:  Okay.  And what

11   we've agreed to do, the panel is going to convene a

12   conference call itself once we leave here, and we'll

13   talk, we'll pull the orders, and we'll email

14   everyone, including the court reporter, I want to

15   say by 7:00.

16          We're going to do it as quickly as

17   possible.  Bear in mind that Ms. Glick has a commute

18   across the bay, and we'll get to you within the next

19   couple of hours --

20          MR. ALFORD:  Thank you --

21          ARBITRATOR CALLAHAN:  -- an email

22   response --

23          MR. ALFORD:  -- so much.

24          ARBITRATOR CALLAHAN:  -- that addresses

25   your objections and your positions and gives you an

 1   order.

 2            MR. ALFORD:  That's all we can ask for.

 3   Thank you.

 4            MR. HARDIN:  Did we also reference order

 5   number 48?

 6            ARBITRATOR CALLAHAN:  Yes, you did.  I

 7   have 21 and 48.

 8            I will pull them, I have them and ...

 9            MR. ALFORD:  Go ahead.  I don't mean to

10   interrupt.

11            ARBITRATOR CALLAHAN:  Go ahead.

12            MR. ALFORD:  Mr. Liu just reminded me.

13            MR. LIU:  Yeah.  We actually briefed this

14   issue right before the start of this hearing.  I

15   believe it was on Friday when you asked us to

16   provide a response, and we did.

17            ARBITRATOR CALLAHAN:  And I assure you,

18   nobody's looked at it when we get things Friday

19   afternoon before the traveling and organizing all

20   this.

21            MR. ALFORD:  That's totally

22   understandable.

23            ARBITRATOR CALLAHAN:  I can go look again,

24   but let me deal with what you've said here.

25            MR. ALFORD:  Thank you.

```
1              MR. HARDIN:  Let's be clear.  You were
2     saying that you addressed Mr. -- the transcript of
3     Mr. Reddy in a filing on Friday afternoon?
4              MR. ALFORD:  We complied with the panel's
5     orders to respond on this issue in a timely way.
6              MR. HARDIN:  Okay.
7              MR. ALFORD:  Mr. Liu is not going to be
8     cross-examined by counsel, but he said what he said.
9              MR. HARDIN:  We are trying to get a
10    clarification here so we can advance this.
11             MR. ALFORD:  You got the briefing.  You
12    can check it out.
13             MR. HARDIN:  No, that's what I'm trying to
14    make sure.
15             ARBITRATOR CALLAHAN:  Counsel, let the
16    panel look at this and give it consideration and get
17    something back to you.
18             MR. ALFORD:  Thank you.
19             ARBITRATOR CALLAHAN:  I think we
20    understand the issue and -- I think we understand
21    the issue and we will discuss it and we will get
22    something to you.  And we will get an email then out
23    to everyone.  So please check your emails.  If it's
24    not 7:00 o'clock, then it will be 8:00 o'clock.  I'm
25    going to work on it very quickly.
```

```
 1              MR. HARDIN:  Okay.  Thank you.

 2              (Proceedings adjourned at 5:43 p.m.)

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1              CERTIFICATE OF REPORTER

2

3              I, KATHLEEN A. MALTBIE,

4     RPR-RMR-CRR-CCRR-CLR-CRC-RDR, Certified Shorthand

5     Reporter, hereby certify that said proceedings were

6     taken down in shorthand by me, a disinterested

7     person, at the time and place therein stated, and

8     was thereafter reduced to typewriting, by computer,

9     under my direction and supervision.

10             I further certify that I am not of counsel

11    or attorney for either or any of the parties to the

12    said proceedings, nor in any way interested in the

13    event of this cause, and that I am not related to

14    any of the parties thereto.

15

16             DATED: SEPTEMBER 5, 2023

17

18

19

20

21             *Kathleen A. Maltbie*

22    _____

23    KATHLEEN A. MALTBIE,
      California CSR 10068
24    Nevada CCR 995
      Texas CSR 12212
25    RPR-RMR-CRR-CCRR-CLR-CRC-RDR

**$**

**$1**
57:10

**$100**
198:8 205:14
251:2

**$100,000**
10:9 304:13,
20

**$150**
162:24
175:14
208:15,21
221:8,11
227:22 250:8
251:2 312:24

**$16**
292:21

**$2**
285:10

**$200**
11:19 12:7,17
54:25 57:9
60:17 61:4,17
62:5,17,24
154:8 155:2,
20 173:16
174:1

**$23**
11:11 148:12
149:6 151:16
153:24 156:2
311:1 312:24
329:10,20

**$23,397,197.
91**
10:3

**$25**

206:25

**$30**
252:1

**$31**
251:5,6

**$37,500,000**
275:22 276:7

**$37.5**
13:24 108:22
110:25 113:7
119:9 167:21
170:14 280:1,
3 310:22
313:11

**$41,000**
187:2

**$41,500**
186:5

**$43.3**
139:7 142:2
314:19

**$60**
78:23 139:12
251:15,18

**$7.5**
16:15 136:3
250:11
252:11,24
292:19
304:13 305:3
326:22

**-**

**-43**
301:15

**0**

**000065**
210:15

**1**

**1**
42:21,25
43:25 47:8,14
113:17
151:17 219:1
221:12
303:23

**1,000**
282:24
283:17

**10**
6:23 15:24
33:1,3,12
34:2 46:3
135:21
137:13
138:15
145:15
147:22 148:5
314:10,11,16
315:23

**10-**
301:13

**100**
20:14 91:9
123:24
185:18,20
208:21
212:23 213:8
214:15 332:6
340:19

**100,000**
10:13 304:22

**1002**
40:21

**1002-1**
44:1

**1002-2**
45:16

**1002-3**
41:14

**1003**
10:22 47:23
48:23

**1004**
124:9,11
131:16

**1008**
10:22 52:7

**1008-14**
52:19

**101**
223:8

**1011**
126:5 191:23

**1011-12**
126:10

**1011-23**
127:24

**1011-24**
127:9,22

**1034**
55:5 111:18,
20

**1035**
113:12,13,18

**1037**
309:1

**1043**
301:10,11,13,

**15,16** 304:25

**105**
298:7

**1057**
146:2,5,8

**10:30**
65:15 75:18,
22

**10:41**
75:22 269:20

**10th**
138:6 292:20
325:2

**11**
68:12

**116**
147:21

**1161**
332:14

**1164**
311:19,20,23
313:24,25
325:11
332:14

**1179**
9:23

**1183**
32:25 33:15,
20 38:6

**11:34**
123:8 217:14

**11:35**
118:22 123:5
218:20

**11:36**
222:5,11

**11:40**

123:5,8

**11th**
18:23

**12**
33:1,3 108:17

**120**
187:19
188:24

**1214**
156:17,22
157:15,17

**1214-1**
158:25

**12:25**
159:3 223:10

**12:28**
164:21

**12:30**
76:1,14 164:4

**12:35**
76:15

**12th**
19:22 21:2
325:5

**13**
101:17 103:3
104:19
106:25
107:11 108:1,
2,6,17,21
159:3,11
163:15
307:23

**13th**
20:19 103:15
162:12
217:14
218:19
221:17

222:11
223:10
227:23
251:19 258:9,
13 261:3
267:16,19
268:7,12,16
284:23 325:6
326:24

**14**
38:7

**15**
6:23 44:11
45:2 46:2
72:9 101:4
104:11,12,13
217:22
288:17

**15-minute**
249:8

**150**
20:14 147:20
212:24 213:8,
10 214:15
247:21 255:6
326:9,19

**1529**
84:8

**15:59:23**
242:22

**15th**
72:4 237:18
251:5,6

**16**
130:24 146:9
278:7 293:3

**160**
252:7

**1643**

254:14,17

**167-day**
252:9

**16th**
263:11

**17**
10:11 71:14
111:21
195:24

**17th**
195:7

**18**
27:19 108:23,
25 109:6
110:24 111:1
116:19 117:3
118:22 180:2
261:5 334:19
336:19

**18,519**
214:10

**18th**
113:6 167:20

**19**
9:10

**1998**
180:1

**1:15**
164:7 249:9

**1:16**
164:22

**1:52**
265:22

**1BM**
42:17

**1st**
336:21 337:8
338:9

**2**

**2**
45:16 151:19
162:17

**2,778**
9:4

**20**
43:12 177:21
204:11
281:16
296:12

**20-minute**
177:25

**200**
57:6 63:9
174:7

**200M**
57:5

**2013**
9:13

**2019**
8:3 25:1,12
179:22
328:14

**2020**
167:14

**2021**
9:13,15,17
20:19 26:2
29:25 30:4,11
40:4 42:2
45:21 46:24,
25 47:3 49:21
50:16 51:5
53:1,2 54:24
56:17 60:19
61:5,18
62:18,25

63:10 66:5
67:16 71:15
72:9 77:22
101:18
104:19
106:25
107:11,24
108:3,6
109:18 111:5
119:21,24
120:6,10
123:16 125:2,
19 126:7
130:25
131:19 146:9
149:4 151:3
152:23
155:19
165:24
166:15,18
167:6,11,17,
20 172:14
180:16,18,20,
21,23,24
182:6,15,18,
25 183:1,2
185:5,24
190:12,19,24
191:12 195:7,
13,24 205:1
217:12,14
218:16,19
221:17,24
222:11 224:9
231:1,19
232:16 237:8
255:17 259:6
261:23 271:3
276:7,24
277:2,4 280:8
281:3,6,14
283:15 284:6
293:5,12
295:1,23

296:22
301:20
311:10
312:12
326:20
332:15

**2022**
9:23 25:5,10,
13,24 46:1,8
194:25
224:11 283:1
292:12
332:19

**2023**
4:1 9:25

**2024**
197:15

**2025**
284:14

**2029**
198:12 199:5

**2033**
204:10,13,22
323:23

**2033-21**
206:17

**2044**
210:13 212:6

**2046**
216:23,24

**2047**
216:23
217:18
275:10,13

**2047-4**
275:19

**2048**
221:14

**2049**
222:6,9 278:6

**2049-15**
278:7,10

**2066**
247:11,24

**20th**
197:18

**21**
104:22
296:21 343:6,
11 344:3
347:7

**2105**
284:9,11,15

**2106**
281:22,25
282:8

**2113**
234:23 237:6

**2141**
263:4

**2146**
253:5

**2169**
262:12,15
264:16 265:3

**2175**
265:19

**2178**
271:5,6

**2179**
269:4

**2184**
152:10,20

**22**
25:20 292:15

**22nd**
185:23

**23**
17:22 153:25
161:24 293:8,
12 313:13
326:9 329:8

**24**
119:21
135:15 136:2
301:20
302:12

**24th**
282:3 284:6

**25**
206:22 213:5
275:20,25

**2500**
213:10

**27,778**
9:8,20 214:17

**276**
147:15,19

**28**
4:1 110:20

**28th**
109:18
110:23
137:22 138:5
305:15,22

**29**
119:19

**2:10**
211:15

**2:17**
211:15

**2H**
46:23

**2nd**
262:21
265:21

---

**3**

**3**
11:18 117:3

**30**
16:11,16,22
45:21 66:22
67:1 177:21
280:19

**30-11**
67:19

**30-12**
67:19

**31**
50:16 51:5

**32**
71:6

**32-2**
71:19

**34**
11:17 55:4,6,
7,8 64:19

**34-3**
56:24

**34-9**
64:19

**35**
45:21 280:19

**36**
109:10
116:18
333:20
335:20,21

**36-10**

334:8 338:11

**36-8**
335:22

**36-9**
334:8

**37**
77:13,15 84:6
93:9,12,13,
17,18 243:21
244:24

**37,500,000**
213:24

**37-31**
78:6

**37-34**
83:1 245:1

**37.5**
16:10 213:5
252:25
255:21,24

**38**
33:1,3,11,13,
14,19,25
84:4,12,16
242:18,19
244:4

**38-1**
84:18

**38-3**
242:21

**39**
97:8 99:21

**3:08**
250:1

**3:10**
249:24

**3:20**
249:24

TRANSCRIPT OF PROCEEDINGS, VOLUME I

August 28, 2023

**3:23**
250:1

**3:29**
84:9

**3rd**
262:19 269:9

**4**

**4**
77:22 84:8,13
152:22
162:18

**40**
201:11
288:14

**408**
302:3

**41**
104:16
161:16,22

**41-23**
161:24

**43**
10:10 109:14,
16 136:1
137:18,23
304:23,24

**43-11**
306:2

**43-7**
305:8

**43-9**
305:20

**45**
164:5,6 298:7

**46**
229:21,23,24

**478**
71:9

**479**
72:3,9

**48**
201:10,13,22
344:5,6,11
347:5,7

**480**
71:9

**4:00**
271:24

**4:15**
249:11

**4:23**
288:20

**4:30**
288:20

**4:30-ish**
249:14

**4:40**
297:13

**4:45**
300:24

**4th**
93:19 262:19
296:11

**5**

**50**
20:3 38:6
284:8

**500**
27:20

**500,000**
119:17 121:2

**500-pound**
35:19 82:17

**500K**
120:16,21

**51**
9:1,10 108:12

**56**
250:17,18

**56-1**
251:12

**5:00**
271:24

**5:05**
300:24
317:23

**5:30**
297:14

**5:43**
349:2

**6**

**6-1**
135:11 314:4,
5

**60**
298:7

**60-**
296:18

**61**
15:20,25
135:10,12
137:11 138:6,
15 313:22
314:3 316:5,7

**61-1**
316:8

**61-2**
316:9

**6215**
104:23

**6217**
161:24

**631**
158:25 159:3

**64,000**
296:18

**65**
189:3

**66**
187:18
188:24

**6616**
78:6

**6619**
245:5

**6622**
93:18

**6645**
336:5,7

**6646**
336:5,8,11,15

**6691**
83:1

**6742**
109:16
137:24

**68**
149:9 151:2
272:5,8

**6:35**
269:19

**6th**
99:22 100:2

**7**

**7**
109:16,20
137:23
214:16 294:9
305:7 325:10
344:10

**7.5**
16:11,20
109:25
110:19
137:21 138:1
141:24 142:2
292:25 301:5
305:11

**7.5M**
109:24

**70**
82:10

**7494**
68:2,13

**7495**
68:2

**7:00**
346:15
348:24

**8**

**8**
38:6,11 46:3
137:24

**8041**
126:9

**8052**
127:20

**8:00**
348:24

**8:30**
341:5,9

**8th**
205:1 237:8
324:9

---

**9**

**9**
64:19

**9:00**
4:18 341:10,
17

**9:10**
4:1,17

**9:13**
7:4

**9:30**
7:5

---

**A**

**A-S-H-U**
124:16

**a.m.**
4:1 75:22
123:8 203:23
217:14
218:20 222:5,
11 269:19,20

**AAA**
164:11
345:21

**abbreviate**
95:19

**ability**
173:23 193:3
280:9 281:1
290:17,22

291:3 330:3

**absolutely**
63:14 88:22
143:23
170:12
173:22
219:17
221:13 233:7
315:7 332:25
338:16

**accept**
215:4 251:1,4
252:8 323:3

**acceptable**
21:13

**acceptance**
16:8 140:1
207:3

**accepted**
16:3,7 21:4
252:5 329:20,
23

**accepting**
252:19

**access**
39:25 63:8
173:24 174:5
198:19
199:18
200:11
227:15 266:5
332:6 343:7
345:21

**accommodat
e**
322:23

**accommodati
on**
76:7

**accompanied**
187:17

**accomplished**
287:18

**accordance**
167:21

**account**
10:8 151:18
154:1 174:1

**accountable**
19:17

**accounting**
261:25

**accurate**
190:13,25
191:1 200:21
226:7 285:12

**accurately**
220:22
285:13,14

**accusations**
287:9

**achieve**
192:21 193:2

**acknowledgm
ent**
139:25
316:14

**acquaintance**
97:20,24

**acquiring**
229:7

**act**
91:5 210:6

**action**
225:4 322:17

**actively**

73:11 75:9

**actual**
25:18 32:9
139:19
169:10

**adaptable**
260:24

**add**
29:17 77:2
219:7 249:11

**added**
47:13 97:19

**adding**
212:12
298:23

**addition**
193:24
210:24

**additional**
212:18
213:19
323:17
332:24

**address**
26:6 174:13
323:24

**addressed**
348:2

**addresses**
346:24

**adhered**
63:12

**adjourned**
349:2

**adjust**
253:23

**admit**
290:20

**advance**
207:23 270:4
348:10

**advanced**
280:23

**advantage**
233:5,8,9
323:10

**advice**
274:20

**advisor**
125:14,17,23
127:5 129:2,
20 130:9
131:1 282:14

**advisory**
193:15 196:6,
8,11 234:3

**affected**
280:4,6

**affiliate**
59:8

**affiliate's**
59:24

**affiliated**
287:2

**affiliation**
28:17 30:20
32:9

**afternoon**
165:1 347:19
348:3

**agenda**
321:6

**aggregate**
37:16

**aggregators**
37:3,5,16

TRANSCRIPT OF PROCEEDINGS, VOLUME I

August 28, 2023

aggressive
30:4,11 45:17
337:9

agile
260:24

agility
323:11

agree
64:1 86:10
108:20 115:8
156:1,5
187:18
189:10,24
208:13 251:9,
25 252:2
279:17,19
315:4

agreed
6:23 13:24
16:7 118:11
119:5 189:20
278:19
279:20
298:17,19
299:3 315:23
346:11

agreeing
189:2 314:22

agreement
19:22 20:18
21:3,10 52:8,
16 53:10
70:17 80:9
108:5 111:12
140:10,22
142:6 143:9,
17,18 144:16
150:4 160:18
172:10 173:1
175:13 183:4,
10 195:5,23

197:19 198:3,
6,7,18 202:14
204:3 205:7,
10 206:24
208:20 213:4
214:24,25
215:18 216:4
219:6 221:9,
24 222:2,16
223:5 227:22
228:14 237:9
238:25 239:5,
8,15 248:21,
22,24 250:9,
13 251:20
255:4 257:23
258:2,9,13,16
261:20 264:8,
9 267:17,19
268:7,12,17,
22,23 270:7,
13 271:1,2,3
275:2 278:8,
14,16 279:15,
18 290:19
291:13,19,23
296:2 316:18
319:15 320:2,
19 321:1,5
325:4,6
326:4,24
340:11

agreements
32:18 43:3,14
159:21 171:8
205:13 239:2
268:20 269:2
279:11

agrees
7:19 9:6 10:4
346:9

ahead

5:15 24:19
36:20 37:12
63:19 64:10
75:23 77:8
98:6 99:6
101:10
115:25 123:9
150:25 165:2,
8 169:18
170:1 178:16
189:25
208:19
211:11,16
212:4 232:8,
11 250:2
254:5 263:9
274:9 281:18
294:2 318:22
322:2 347:9,
11

air
16:18 191:5
203:5

Alford
4:6,24 5:4,7,
11,13,14,23
6:19,21,24
7:2,6,9 18:6
24:3,5,7,9,19,
20,22 26:22
32:22 33:4,
15,19,21,25
34:1 35:9,10
36:14,17,21
37:9,13,14
38:8,10 40:9,
14,17,19
42:12,14
44:4,6 45:8,
10 47:22
48:1,8,10,15,
20,22 49:14,
15 50:5,8

51:11,19
52:9,10 55:4,
6,8,16,19,23
57:1,3,19
58:1,6,10,17
59:1,3,6,13,
22 60:5,12,14
61:24 62:7,15
63:17,21
64:1,5,16,22
65:10,17,23
66:25 67:6,8,
22 68:1,5,6,9,
11 70:14
71:8,11,20
72:1,5,7
75:15,20,24,
25 76:4,19
77:5,8,9,11,
14,18 78:7,9
84:17,19
87:22,25
88:2,4,10,14,
16,17 89:5,6,
9,10 94:22
95:7 98:7,14,
19 99:2,6,7,9,
18,20 101:2,
11,14,15
104:13,15,17
107:7,8,12,
17,24 108:1,
9,11,13
109:11,13
113:16,20,21
115:16,21,25
116:1,2,22
117:1,2
122:1,4,18
123:6,10,13,
15 124:12,14
127:13,19,23
128:1,20,22,
23,24 130:4,

19,22,23
133:16 134:5,
7,9,13,16,17
135:12,13
136:7,17,24
137:5,8,10,12
138:10,11,14
143:4,6,7,20
144:2,7
145:1,9,11,13
146:5,7
149:12,17,21
150:3,6,9
151:1 152:2,
9,16,18,19
154:13,18,21
155:1,6,11,
14,18 156:16,
21 157:17,23
158:18,19
160:23 161:5,
19,21 163:23
164:2,15
165:6 167:23
168:22
169:19,23
170:2 171:14,
25 174:3
175:18,23
176:17,25
178:7,17
187:22 188:1,
4,10,16,18,22
189:5,10,20,
24 193:14
197:5 200:19
201:2,6
204:20,23
210:21 211:2,
11,13,18,19,
22 216:5,10
220:1,9,20
221:4 231:6,
24 232:6,10

235:24
236:11,14
239:6 247:22,
25 250:20
252:15,22
253:15
257:25 260:3
267:24
270:15
273:14,16,18
274:4,7 279:1
293:20 294:1,
3 297:17,19
298:3,12,15
299:1,8
300:11,13
301:1,3,9,12
309:11,18
310:14,16
311:6,15,19,
23,25 312:5,
7,10 313:6,9
314:2,3,5,7
315:17,21
316:3 317:25
318:3,15,18
326:25 327:3
333:17,20,24
334:3,8,12,25
335:5,7,10,18
336:4,8,10,
12,14 339:2,
9,17 340:3
341:20 342:2,
3,6 344:24,25
346:20,23
347:2,9,12,
21,25 348:4,
7,11,18

**alignment**
239:2

**allegation**
21:14 200:25

201:7

**allegations**
18:18 23:1
200:17
225:13

**alleged**
60:17 62:24

**allegedly**
61:5

**allergies**
272:16

**allocation**
163:1 284:5

**allowed**
125:17 346:4

**alluded**
37:22

**amazing**
245:19

**ambiguous**
168:23 178:8
193:14 231:7
236:15 239:6
258:1 260:4
273:14

**amended**
248:22
268:13
278:17
279:21

**amendment**
278:8 279:15
313:4 326:21,
22,23

**amendments**
141:7 278:24
317:7

**America**

290:24

**American**
286:10,18

**American-
driven**
65:3

**amount**
110:19
119:17
137:21 204:5
298:20
313:14 326:8

**amounts**
119:25 186:8

**and/or**
153:4

**answering**
92:20 151:24
290:1

**answers**
30:9 31:25
308:9

**Antoine**
284:24

**anymore**
307:19

**apologies**
34:21 156:15
157:22
170:16 172:2
174:13
199:23
201:14 202:9
204:15
221:16
225:18 278:9
294:1 325:9,
17

**apologize**

52:23 61:12
62:13 84:5
104:16
178:18
212:15
247:23
293:20
310:19

**apparently**
38:25 128:17
156:19
303:21

**appearing**
299:19

**appears**
205:4 237:1
248:13

**Apple**
31:21 228:10
233:13

**application-
specific**
34:11

**applies**
241:12

**appreciated**
220:17

**appreciating**
180:19,22
181:16 215:8
281:7

**appreciation**
181:13,14

**appreciations**
180:23

**approach**
137:10

**approval**
162:17

**approvals**
113:4

**approximate**
214:4 321:11
322:1

**approximatel
y**
187:2 276:6
277:19
283:17
332:20

**April**
42:2 53:1,2
56:17 66:4
67:15 71:14
72:4,9 125:2
126:7 130:24
131:19
191:12 195:7,
13,24 197:18
309:6 334:17
338:24
339:14

**April/may**
190:12,24

**arbitration**
22:10 103:19,
25 200:17
283:11
343:15

**Arbitrator**
4:4,7 5:5,8,
19,22 6:1,5,
18,22,25 7:4
18:5,14 19:18
22:16,20
23:24 24:3,6,
8,11,18 26:18
32:14 33:13,
17,20,22
34:22,24,25

35:2,6 36:11,
16,19 37:8,11
40:12 48:14,
24 49:4,8,13
51:15,18
55:7,14,18
57:25 58:4,8,
14,24 59:2,4,
12 60:2,6,13
61:22 62:3,
10,14 63:15,
19,23 64:3,7,
11,12,14
65:14,18,22
67:4,7,20,23
68:3 71:7,10,
22 72:2
75:17,23
76:3,6,9,17,
20,25 77:6,10
87:25 88:9,14
89:4,6 95:1,4
98:5,20 99:4,
14 101:1,10,
13 104:12
107:6,10,16,
19,22,25
108:2,4,10
113:18
115:23
116:20,24
121:21 122:3,
15,25 123:4,9
127:11,14,17,
21 128:21
129:25
130:13,17
133:11
134:11,15
136:13,18,25
137:6,9 138:9
142:14,20,23
143:22,24
144:3,8

145:8,10
149:10,14,19
150:5,8,10,
12,19,23,25
152:1,5,14,17
154:11,18,23
155:3,5,9,12,
16 156:12,14,
23 157:4,5,6,
11,21 158:5,
12,15 161:2,
18 163:25
164:3,12,17,
19,20 165:2,
4,7 166:7,9
167:25
168:24
169:16,21,25
171:16 174:6
175:20,24
176:19,22
178:14,22
181:4 182:19
187:15,25
188:3,8,11,
20,23 189:7,
11,21,25
194:9,13,17
197:6 200:23
201:4,11,15
203:3 204:11,
16,18 210:23
211:3,7,16,
20,23 212:4,
13 216:8,15
217:21,25
218:3 220:7,
16,21 229:22,
24 230:1,5
231:14,21
232:1,9,11
236:1,17,20
239:9 240:8,
10 245:2,7

247:24 249:6,
9,20,23
250:2,18
252:17
253:12,17
254:3,4,7
258:3 260:7
262:13,16
263:8 268:1
270:17 271:6
272:6,9,14
273:16,20
274:5,8 276:3
279:3 281:17,
23 282:6,9
284:10,12,18
288:8,10,17,
21,24 289:8,
13,24 290:4,
6,8,15 291:1,
12,21 292:1,
5,8,10,13,17
293:6,14,24
294:2,4,6,7,
14,16,20,22,
25 295:19,23
296:5,7,10,
17,25 297:4,
5,7,8,10,11,
24 298:4,13,
19 299:6,9,13
300:1,7,9,23
309:14
310:11,14
311:8,17
312:6 313:7,
24 314:1,4,6
315:16,18
317:23 318:2,
12,16,21
319:7 321:10,
25 325:10
327:5,8,11
329:5 333:6,

9,11,13,14,
15,16,19,22
334:1,4,10
335:4,9,12,15
336:2,6,9
339:6,20
340:5 341:1,
8,12,15,23,25
342:4,11,25
343:2,5,7,9,
19 344:2,6,8,
12,20,23
346:10,21,24
347:6,11,17,
23 348:15,19

**arbitrators**
229:5

**argue**
279:12 335:5

**argument**
88:1 89:7

**argumentativ
e**
339:5

**arranged**
125:12,21

**arrangement**
4:15 121:11
192:15
300:18

**arrive**
9:15 328:13

**Ash**
131:23

**Ashton**
5:18 102:16
153:1 176:11
215:21
217:11
221:22 223:4

239:17
257:13 259:5,
13 261:15
266:2 271:14,
19 285:7

**Ashton's**
295:12,15

**Ashu**
124:16 125:6
131:10,14,18,
22,23,24
132:4,11,15,
17 133:22
192:11

**Ashu's**
131:6

**Asia**
29:8,10,11
47:16 166:3,
6,8 210:11

**Asian**
61:9

**ASIC**
34:9,11
35:11,12,16,
20 36:23
38:2,18 44:10
45:1 54:11,14
63:5 148:24,
25 180:12,13

**ASICS**
29:5 43:3,9
174:21
215:16
230:19,21
233:21
235:16,22
236:9,24
237:4

**aspect**

168:21
234:14

aspects
81:8

aspirational
90:19,20

aspirations
226:15

assess
242:9

assessing
197:11
226:13

assessment
240:16

assigned
83:24 269:1

assume
17:18 24:4
110:9 158:16
159:13
243:17 279:3
289:21 304:3
346:1

assumed
113:3,4
290:23

assumes
137:3 160:22,
25

assuming
337:15

assumption
255:10

assure
347:17

Atlanta
28:11,12

attached
147:5 159:8
186:6 205:7

attaching
147:4

attachment
69:13 159:13
195:17 198:1
248:12,13

attachments
198:2

attempted
192:24

attempting
123:17

attempts
160:1

attention
7:14 37:18
90:14 167:4
275:18
276:22
323:21

attitude
263:14

attorney
196:20

attributing
232:2

audience
200:14

August
4:1 282:3
283:15 284:6,
23

authority
20:18

auto
217:17

avail
49:8

average
186:21

aware
223:24
224:24
342:21

Awesome
159:21

___

**B**

B-A-O
146:11

B-I-T-C-H
83:4,22 84:7

bachelor's
28:14

back
7:18 9:23
11:1,8 15:21
17:10,21,25
20:20 25:24
35:6 43:24,25
47:5 52:4,23
63:15 76:13
77:9 80:17,
20,24 81:4
84:6 85:15
93:9,12,13,19
99:21 100:10
102:20
110:22,24
116:10 117:9,
12,14,21
118:21 123:5,
11,13 126:13

132:17
134:14 135:9,
24 137:18
138:12 140:4
141:15 144:9,
11 159:20
161:19
163:10 164:7
165:10
170:13 172:2
178:21 194:4
199:4 203:9
204:2 215:3,
22,24 229:1
242:9 244:4
249:24
257:16,19
262:20 263:6
264:13 272:1
276:25
277:11
288:18
289:19
294:25 295:1
303:21 305:6
309:20
310:17
314:21,23
326:4 330:15
332:12 334:5,
23 337:18
339:24
340:22 341:4
348:17

background
174:10
196:15
224:24 226:3,
12 228:6
232:3

bad
4:17 83:18
174:16 178:3

baggage
13:13

balance
190:9 290:22

balancing
210:6

balloons
16:18

bank
121:17
153:25 154:1
173:25

banker
140:18

banking
247:16

Bao
146:11 147:3
148:4,7

barely
281:23

base
341:15

based
164:9 166:23
180:3 188:8
222:13,16
233:1 252:6,9
295:24
297:21
342:18

basic
34:16,19
37:19 285:25

basically
91:24 143:16
168:7 177:12
185:15
200:11

222:15
233:17 241:7
265:16
283:25
285:20 298:6
322:20

**basics**
218:12

**basis**
176:23
186:22

**bat**
234:21

**Bates**
71:8 72:5
78:6 83:1
93:18 104:23
109:16
127:10,12,19,
20 137:24
158:25
161:24 336:2

**bay**
346:18

**bear**
165:16
346:17

**bearish**
281:10

**bears**
216:6

**beg**
163:11

**beginning**
155:8,15

**behalf**
268:11
312:13

**behavior**
16:13 17:2

**belabor**
59:25

**belief**
179:4

**believed**
30:6,14 87:21

**bell**
201:2

**beneficial**
230:24

**benefit**
22:14 23:3
174:25 331:8

**bet**
58:10 68:1
77:5 93:17
127:19
129:15 146:5
305:6

**big**
35:19 37:5
88:8 150:6
164:13
219:22
222:21
224:12
228:23
234:21 257:8
312:5 322:25
331:1

**bigger**
190:8

**biggest**
82:13

**billion**
42:18,21,25
47:8,14 57:10

**binder**
48:13 49:1
55:9 67:21
157:5,6
211:24

**binding**
43:13 147:19
173:4

**bit**
5:15 31:5
39:9 40:23
41:17 42:10
44:5 45:9
46:13 47:6
48:9 50:7,13
65:25 69:14
100:5 114:2
135:8 150:7
165:11,18
169:14
171:21
179:19
190:23
201:19,24
208:18
209:17 211:9
224:14 225:7
240:7,12
243:4 253:24
255:16 260:8
266:8 277:12,
25 281:24
285:2 290:16
291:6 309:2
310:19
311:21 312:8,
9 319:24

**Bitcoin**
7:24 8:4 20:4
21:2,3,8 23:8
26:11 27:1,
12,22,25

28:4,18 29:1,
14,25 30:16
44:9 45:1
123:23
148:16
174:24 175:1,
15 180:17,18,
19,25 181:3,
10,13,14,17,
22 182:23
183:1,11
215:8 224:25
226:21 229:7
231:11
232:17,18
241:12 281:4,
7,9,12 283:10
293:18
296:17,21

**Bitcoins**
175:2 181:18
266:13 331:7

**Bitfury**
27:3

**BITMAIN**
82:9,13,15,21
104:6 231:5,
8,10,12,16,20
232:17,20,24
233:5,8 257:8
278:3 286:8

**Blake**
304:3

**blame**
21:7,9

**Bleck**
97:17,20,22
98:10 99:12,
17,23 102:24
103:5 112:11
113:1 133:6,

17 240:6,9,12
245:23,25
246:1,24
248:20
289:25 304:4,
7 343:18
345:18

**Bleck's**
111:14 246:3,
4,7,22 248:14
289:4 290:10
345:8

**bless**
88:19 276:2

**blew**
339:24

**blinking**
8:8

**blockchain**
124:23
330:16 332:3

**Blockchain.
com**
330:10,13,18,
19,24,25
331:11,14,18,
20,22 332:2

**blocked**
329:1

**blow**
33:2 38:8
41:17 42:12
44:4 48:9
50:5 57:1
68:9 77:16
78:7 124:12
150:7 280:12
311:21

**blowing**
110:4

blows
340:23

Blue
213:23

bluntness
174:14

BM
42:18

board
25:13,19,23
99:23 234:3
236:7

bold
43:11

bonus
304:15 328:9

bonuses
304:22 328:2,
3

book
288:1

books
15:7 261:25

boring
216:2,20

bother
109:12 221:3

bottom
50:14 51:1,24
52:2 57:4
67:25 71:18,
19 72:8 117:4
126:11
127:24 128:6
131:22 147:3,
10,13 158:24,
25 161:25
245:3 251:12
269:6 282:15

302:2 312:1,2

bottomed
21:5

bounce
275:6

boundaries
241:2 242:14

box
50:4,6,14
56:25 57:2
112:6,9

boxes
4:14

brainstorm
179:13

brainstorming
177:12
259:19

breach
13:25 111:3,
7,11 113:8

bread
249:18

break
65:12,14
76:12,15,18,
22 122:21,24
123:1,3
164:1,4 168:1
211:5 249:8,
13,15,19
288:15

breakout
341:21

breaks
249:12,14

bribe

20:20 287:22

bribery
14:22 287:15,
20 345:7

bribing
287:16

briefed
79:17 347:13

briefing
348:11

briefly
131:17
180:15
181:19 342:3

briefs
41:2 43:23

bring
87:15,18
164:13
228:22 234:1,
17 286:10,22
342:12

bringing
4:8 130:9

Brooks
5:21 35:3
63:16 203:3,6

brought
259:11

BS
95:20

BTW
304:7

bubble
68:8

budget
186:13

buffer
253:24
277:25

build
10:15 12:13,
15,22 29:7,19
33:7 63:3,4
171:4 173:12
207:17 277:6,
17 328:21

building
7:23,25
12:14,24
26:11 27:1,12
171:3 172:23
264:2

builds
244:21

built
28:3 29:10

bull
232:19

bullet
41:16,18
43:10,21 46:1
47:7 50:9
57:4 68:13
147:13
206:20 213:3

bunch
13:7 309:21

business
7:23 8:3
12:13,24 13:1
17:12 19:24
21:23 27:7
28:25 29:3,
13,24 30:16
36:7 42:10
47:7 63:13

64:20 65:4,5
108:22 122:8,
9 123:17,18
124:6,23
134:20 135:3
162:9 165:19
173:9 176:12,
14 180:5,7,
11,14 189:18
192:10 199:1
200:7,12
226:25
259:19 261:2,
4 264:6
275:21

busy
118:10 119:5
300:6

butchered
223:17

buy
225:25

buying
226:4

buzzer
7:2,7

_____

C

CALAHAN
6:22 65:22
76:3,20
169:21
188:11
201:15 254:7
297:8 299:9
334:4

calendar
107:3,4,9,12
276:5

TRANSCRIPT OF PROCEEDINGS, VOLUME I

August 28, 2023

caliber
234:18

California
185:9 256:13

call
69:22 70:3
71:2 78:12,16
84:22 91:17
95:15 120:17
121:2,5,12
162:22 177:9,
18,25 225:22,
24 226:1,19
227:8 230:18
237:2,3
265:10
269:14 270:2
271:14,16
272:1 301:23
306:8 307:23,
25 320:1,9,
13,20 321:4
340:13
346:12

Callahan
4:4,7 5:5,8,
19,22 6:1,5,
18,25 7:4
18:5,9 19:2,
18 22:16,20
23:24 24:3,6,
8,11,18 32:14
33:13,17,20,
22 34:22,25
35:6 36:11,
16,19 37:8,11
40:12 48:14,
24 49:4,8,13
51:15,18
55:7,14,18
57:25 58:4,8,
14,24 59:2,4,

12 60:2,6,13
61:22 62:3,
10,14 63:15,
19,23 64:7,12
65:14,18
67:4,7,20,23
68:3 71:7,10,
20,22 72:2
75:17,23
76:6,9,17,25
77:6,10 87:25
88:9,14 89:4,
6 95:1,4 98:5,
20 99:4,14
101:1,10,13
107:6,10,16
108:4,10
113:18
115:23
116:20,24
121:21 122:3,
15,25 123:4,9
127:11,14
128:21
129:25
130:13,17
133:11
134:11,15
136:13,18,25
137:6,9 138:9
142:14,20,23
143:22,24
144:3,8
145:8,10
149:10,14,19
150:5,8,12,25
152:1,5,14,17
154:11,18,23
155:3,9,12,16
156:12,14,23
157:4,6,11,21
158:5,12,15
161:2,18
163:25 164:3,

12,17,20
165:2,4,7
166:7,9
167:25
168:24
169:16,25
171:16 174:6
175:20,24
176:19,22
178:14,22
181:4 182:19
187:15,25
188:3,8,20,23
189:7,11,21,
25 194:9,13,
17 197:6
200:23 201:4,
11 203:3
204:11,16,18
210:23 211:3,
7,16,20,23
212:4 216:8,
15 217:21,25
218:3 220:7,
16,21 229:22,
24 230:1,5
231:14,21
232:1,9,11
236:1,17,20
239:9 240:8,
10 245:2,7
247:24 249:6,
9,20,23
250:2,18
252:17
253:12,17
254:4 258:3
260:7 262:13,
16 263:8
268:1 270:17
271:6 272:6,
9,14 273:16,
20 274:5,8
276:3 279:3

281:17 282:6,
9 284:10,12,
16,18 288:8,
10,17,21
292:8 293:6,
14,24 294:2,
6,22,25
295:19,23
296:5 297:5,
11,24 298:4,
13,19 299:6
300:1,7,9,23
309:14
310:11,14
311:8,17
312:6 313:7,
24 314:1,4,6
315:16,18
317:23 318:2,
12,16,21
325:10 327:5,
8,11 329:5
333:6,9,11,
14,16,19,22
334:1,10
335:4,9,12,15
336:2,6,9
339:6,20
340:5 341:1,
8,12,15,23,25
342:4,11
343:2,5,9,19
344:2,6,8,12,
20,23 346:10,
21,24 347:6,
11,17,23
348:15,19

called
24:16 30:4,11
35:20 37:4,21
38:25 41:1,2
70:4,9 94:1
123:19

139:11 162:2,
16 177:6
184:9,12
185:11,13
206:8 286:20
320:15 328:8

calling
83:14 93:6
271:20

calls
132:6 167:23
230:15 232:7
235:25
236:16
252:15
270:16
273:15 311:4
326:25

candid
14:18 17:1

candidate
68:16

capabilities
233:25 243:8
290:2

capacity
161:13
190:18
209:20
214:19
223:24 224:7
227:14
232:20,21

capital
54:20 120:16
121:5,11,12
167:1 172:8,
10 182:5
207:16 208:5
265:16 266:6,
18 277:14

280:11
330:13

**capitalized**
114:9

**caps**
79:23

**capture**
30:23

**car**
238:15

**care**
72:12 339:25

**career**
287:16

**carefully**
99:5 115:23
143:2

**carrot**
129:1,20
130:8,25

**case**
7:10,14 8:10
13:22 19:7
22:2 71:16
171:3 277:12
310:8,15
318:4 330:14

**cases**
200:13
228:25 229:1

**cash**
79:12 119:16
176:11
282:18

**cashing**
23:9

**catch**
126:23

**categories**
22:13 23:1
186:8,9 200:6

**cc'd**
148:2

**ceased**
25:9,12 28:22

**Cecilia**
146:11,13

**celebrating**
161:23 305:3

**celebratory**
110:7 135:16
136:3 138:2

**Celsius**
105:12,16
106:9,13,19
193:19,20

**center**
281:8

**CEO**
12:8 20:17
25:3,9,13
28:22 29:3
36:1 37:20,24
38:14,24
39:3,11,19
45:25 51:14,
17,21 54:4
56:12 73:17
78:22 79:17
81:17,20,24,
25 148:17,18
162:23
179:21 180:8,
10 184:15
190:14 191:2
192:23 221:7
231:17
232:14

233:16 268:5,
10,15,19
269:2 279:16
280:5 285:7
288:5 318:7
322:9 323:9

**cetera**
118:9 129:3
265:7 307:8
337:17

**CFO**
40:5,7 66:14
68:16,17
70:19 85:19,
24 86:4 87:7,
8 89:12,18
90:10 106:12,
19 177:8
196:6 225:15
228:1,15
238:22
243:16
340:12

**chain**
41:15,19 71:7
124:20
147:25
161:14
166:17,24
167:7,11
168:7 172:15,
22 173:6
182:5 190:19
207:17 208:6,
8 224:1,9,10
233:3 276:23
280:8 282:3
284:23
313:18

**chains**
93:10

**chair**
7:3 18:13
241:1 281:16
329:3

**chairman**
20:16 285:7

**challenge**
209:13

**challenged**
289:22

**challenges**
190:19
241:10,23
277:1,4

**challenging**
208:7

**chance**
84:23 302:18

**change**
13:17 43:23
82:23 143:10
144:18
166:23 225:5
246:7,9
250:14 293:8

**changed**
15:16,20 17:3
142:7,9
143:13
144:22 148:6
194:6 314:13,
14 315:13
317:19

**changing**
281:4,6,9

**charge**
183:16,20

**charging**
82:22

**chart**
297:2,4

**chat**
117:17
118:11,23
119:6 153:1
269:23

**check**
91:15 112:5,9
186:5 219:18
285:11 300:4
325:8 348:12,
23

**checking**
102:12,16
202:13

**chic**
54:11

**China**
31:22 33:7
187:3 327:15,
16

**Chinese**
31:8 47:19
82:19 170:18
185:14 186:1,
21 234:2
257:8 327:19,
22

**chip**
8:6,18,20
10:6 12:17,22
13:17 20:5
35:17 54:14
63:5 131:12
148:24
165:25
166:11,21
174:22 183:3,
6,15,22
185:17

187:10
234:12
276:17
280:18 290:1
331:21
345:11

**chips**
27:7 29:19
31:21 34:9,14
35:11,12
36:3,23 37:17
38:2,18
148:25 154:7
167:2,9,14,15
168:9 171:4,6
172:5,12,17,
20 173:11,14
184:4,6,11,
23,24 209:6
224:9 258:22
277:4,11,15
280:12 283:6,
9 286:14,23
311:13
328:20
329:25 330:3,
5,8 332:10

**chipset**
280:22

**choice**
245:21

**choose**
22:7

**chronology**
121:23

**circles**
114:9

**circuit**
34:12

**circumstance
s**
277:10

**city**
170:18

**claim**
12:16 21:12
54:16 267:19
268:6,8,12,18

**claimed**
60:18 62:25

**claiming**
13:2

**claims**
18:22 47:13
79:8

**clarification**
165:23 169:2
253:18,20
348:10

**clarifications**
289:22

**clarify**
289:18

**clarifying**
253:9 270:25

**clarity**
189:22

**classic**
340:1

**clause**
51:3 278:24
279:8,9

**clauses**
200:14

**clear**
17:8 27:9
61:14 125:25

142:17
148:11
164:18
171:11
189:17 229:4
246:20
299:16
345:22 348:1

**client**
10:2 13:23
232:2,4

**client's**
318:4

**clients**
7:11

**clients'**
11:10

**clock**
6:25

**close**
7:5 129:2
164:16
168:16 180:2
181:20,21
183:6 222:7
244:7 318:25
333:6

**closed**
23:13

**closely**
337:4

**closer**
4:11,16

**closing**
129:21 131:1

**closure**
189:9

**Cloud**
183:10

**code**
345:12

**coffee**
165:13

**cofounded**
24:23

**cofounder**
20:2

**cofounding**
27:2

**cohosting**
269:21,25

**Coie**
6:9,12

**Coinmint**
5:14 10:3,20
16:2 19:23,25
20:5,18 21:7,
25 22:2 23:3,
8 26:2 39:25
40:6,8 43:19,
20 46:20
49:25 53:4
54:15 66:14
68:18 69:17
70:19,25 73:6
78:13 80:11
82:22 85:10,
19,24 86:19
87:7,8 89:12,
18 91:10
96:13 99:17
100:7,11
103:10 104:1
105:2 106:10
108:17 109:1,
3,5,25 110:19
111:2,6,8,11,
13 112:25
113:3 114:11,
16 116:4

119:24 121:9
123:18,22
126:24
137:14,16
138:1 143:16
145:17
147:20 148:6,
12,15,19,21,
24 149:1
153:11 156:3,
7,24 159:7,11
160:12,21
161:7,12
163:5,15,20,
22 165:20
166:14,23
170:14
172:11
174:15,18,25
175:6,11,14
176:1,6,11
177:3 178:2
179:8 190:21
191:23
193:24 194:1,
6,8,12
195:13,24
196:16 197:2
198:11,16
199:18
206:13,14
207:7 208:9,
12,23 209:1,
4,10,23,24
210:1,2,17
211:25 213:2
214:2,23
215:20
220:12 221:8
224:17,23
225:9,25
226:4 227:15,
19 229:7,18
230:13,18

231:15
232:24
235:15 236:5,
14 237:17
238:19,23
239:5,7,15,
21,22 240:3,5
242:1 243:16
246:5,8,11,22
247:1,18
248:23 249:1
250:7,14
251:4 252:21
255:11,18,20
256:25 259:5,
11,16 261:13,
24 264:17,20,
25 266:12
267:23
268:11,16
279:17,20,25
280:2 283:14
285:8,23
286:1 291:13,
17 294:8
301:6 302:24
303:8,11
304:2 305:11
308:24
310:25
312:13
313:14,20
326:17
327:14
329:10
331:12,13,18
333:2

**Coinmint's**
20:9,16 30:15
100:16
175:16
191:25 192:1
196:22 204:3

208:16
224:24
236:14
247:17
248:15
287:10,24
290:17,21
291:3 319:2,
13 321:17
329:16
343:23

**Coinmint/
maloney**
114:11

**collaborate**
257:15
265:13

**collaborating**
323:20

**collaboration**
261:17
295:15

**colloquially**
37:18

**color**
29:17 210:17
211:1 213:11,
20,22,24

**colors**
213:12

**column**
251:13

**combination**
259:14

**command**
296:15

**comment**
118:19

**comments**
202:14 205:8
263:21 289:9,
10,12

**commercial**
132:2 233:1
234:10
243:12
331:24

**commission**
120:22 121:3

**commissione
d**
247:19

**commit**
143:11
144:19 224:1
332:18

**commitment**
261:19
280:10

**committed**
287:16

**common**
7:20 16:24
31:7,19,23
32:3 86:8,9
87:14 115:5,8
184:15,19
186:12
202:21
205:11
207:18,20,25
227:3 240:20
258:18,20
265:1 328:2

**communicate
d**
104:8 125:15
259:12

294:12 333:1

**communicati
on**
151:9

**communicati
ons**
22:12 38:21
41:13 90:18
147:1 179:13
191:13
262:24,25
273:5 291:15

**commute**
346:17

**comp**
323:7 336:25
340:17

**companies**
13:2,6 31:20,
21 32:2,21
36:22 46:7
135:6 184:25
191:16
233:13 261:8
322:25
323:13

**company**
12:7 25:3,9,
12,20 27:8,20
28:18 30:8,21
31:15 32:5,10
35:20,24
37:21 82:19
92:16 123:19
135:3 170:20
180:7,10,12
184:7,9,10,13
185:11,13
198:21
228:23 234:5,
22 248:5

259:9 260:25
261:1 262:4
280:7 286:7,
18 287:25
288:2 322:9

**company's**
198:25

**compared**
175:10

**compensate**
183:23

**compensatio
n**
228:9 322:13

**compete**
280:24
323:12

**competent**
84:3 99:17
228:5

**competition**
8:19

**competitive**
104:5 233:5,7
280:21

**competitor**
82:14,21
104:6

**competitors**
31:7 82:5
183:25
280:16

**complain**
268:16

**complained**
230:6

**complaints**
264:8,9,10

complete
42:1 128:17
143:17
151:13
270:11 273:8
291:7

completed
31:1 112:11
166:1 174:22
185:16
195:12
218:15

completely
142:18

completeness
142:12,17

complex
8:11,14 27:25

complied
348:4

component
8:5 34:8

components
39:7 171:2
173:5

Compound
94:24 326:25

comprise
234:3 293:8

computer
34:14 184:4

computers
4:13,14 7:24
8:11,16 9:3,9

Computing
44:8 48:5

concept
266:12

concerned
233:23
291:11

concerns
258:12 289:9
295:4

conclusion
252:16,20
285:8

conditions
155:24
173:20,23
331:4,16

conduct
16:21 192:11
241:25
243:19

conducted
30:8 244:14
289:17

conference
346:12

confess
37:13

confidence
163:6,16
200:10
234:11,13,20
241:5 295:16

confident
87:10,16,17

confidential
13:20 14:19
96:2,6,8

confine
31:25

confirmation
102:24 103:5

confirming
218:10

confused
94:10 260:11

confusing
71:18

connect
132:1 254:21
267:11

connected
69:21 115:19

Connecticut
171:17

connection
70:15 177:15
263:17

consent
278:18,25

consideration
88:20 348:16

considered
267:4

consistent
199:17,21
203:24
276:14 278:2

constantly
14:13 260:17
313:17 330:1

constitute
278:15

constrained
276:23

constraints
182:6 209:21
223:25 224:7
232:20 298:5

consultant
83:16 91:6
97:11,13
146:18,19
241:15
244:19
247:19
287:24

consulting
133:22
300:18

contact
28:21 100:11,
14,19 116:12
123:25
133:20
196:25 259:7
289:25
292:25
308:11,19,21,
23

contemplated
65:12

contentious
256:5

context
22:5,11 40:3
88:7 116:9
118:19,20
159:23 160:1,
15 179:10
226:1 230:25
244:12
259:19
265:17
271:10
272:23
283:11 286:1
311:12 330:9

contextually
119:13

329:18

contingencie
s
155:25
173:23

contingent
126:1 127:5
129:7,21
130:9 131:1

continuation
265:12

continue
225:6,22
256:20
260:25
274:22

continued
21:6 180:20
229:9

continues
79:7

contract
8:21,24,25
9:9,12,13
10:18,19,21,
22 13:23,24
14:5 15:15,
20,23 16:8
17:3 19:22
21:17 26:1
32:5,10,19
34:3 36:2
37:25 38:15
39:4,24 41:25
42:5,7 43:19,
20 46:20
49:24 50:21
52:7,25 53:4,
6,17,24 54:17
74:19,24
100:6,10,22

101:22 103:6,
11,13,25
104:1,7
108:15,16,21
121:12
125:13,22
126:2 127:6
130:10 131:2
135:9 139:11,
14,23 141:6
143:11
144:18 145:5,
16,20 148:7
151:10 156:6,
8 159:11,14
160:12 161:6,
7,12 163:19,
20 165:21
166:4 169:8,
10 170:9,21
171:1 172:21
173:3,4 177:3
181:25
182:16 187:8
196:16
199:14
202:21 220:3
242:3 251:24
252:3,14
254:22 255:6,
10,14 265:6
266:20
268:24 273:6
277:24 295:9
301:21
302:13,23
311:7 313:5
314:12,14,23
315:5,12,23
316:12 317:6,
19 345:9

contracting
36:24

contractor
238:10

contracts
8:23 10:18
12:14 47:21
54:21 156:11
191:7 209:19

contradicts
334:15

control
239:5,7
297:21

controls
297:22

convene
346:11

conversation
70:24 73:4
79:7 81:8
93:14 151:11
179:17
225:19
226:10,23
227:6,10
229:2 230:16
258:16
259:10
267:13,15
269:24 273:2,
6 285:18
307:7 314:17

conversation
s
14:18 41:4
62:9 123:21
177:10,11
179:15
225:23
256:16,24
259:19
261:23

267:23
274:19
277:23 307:3
309:7,17
340:10

conversion
83:17

converted
43:2,7,8

convey
238:14

convo
114:8 308:6

cooperation
150:1

coordinate
255:3

copied
97:18 147:25

copy
48:16 49:9
55:10,12
63:22 77:15
84:20,21
145:16
150:13 156:8
157:1,25
187:16
210:20
285:19
325:18

copying
131:24

core
42:10 47:7
123:19,21,22,
25 124:6,23
125:4,5,8,12,
20,21 126:2

129:3,22
130:10 131:2
132:12,16
185:8 191:17,
18,19 192:9,
13,16 193:6,7

corner
113:15

corporate
180:3

correct
24:24 25:1,2,
6,7,8,14 26:3,
4,7,11 27:1,
13,16 28:4,9,
10,20,23
29:2,15 30:1,
12,21 31:16
32:6,7,11
34:9 35:18,
21,22 36:6,25
37:1,7,22
39:1,2,8,12,
13,18,21
40:1,6 41:7,
11 42:7 43:15
44:17,18,22,
23 45:18
46:4,11,12,
21,22 47:1
50:16,24
51:6,9,10
52:4,17 53:1,
4,8,16,18,22,
24 54:18,23
56:12 57:11
60:19 61:5
63:2,7 65:7
66:2,3,5,19
69:7,17,20
72:13 74:12
78:2 79:9

81:9,12 95:23
97:21,25
100:2,7,12
101:18,22
103:7,11,15
104:20
108:23
109:18 111:8,
15,21 114:5
115:11 116:4,
7 119:22
120:1,6,10
124:16 125:7,
10 126:7
134:20,21
137:2 146:9,
12,25 148:1,
13,20,25
151:4,22,25
152:23 153:6,
17 154:6
155:7 157:11
158:22 159:9
162:12
183:23
186:11 191:5,
6 214:20
229:10,11
240:18
255:25 280:2
287:7 301:6,
8,18,21,24
302:15 305:4,
15,19,23
309:22
310:22,23
313:1 316:2
317:15
320:17 323:1
325:5 344:18

correction
180:21

**correctly**
46:24 186:10
190:17
202:17
256:23 257:5
265:8 273:10
275:23 276:8
278:21 293:1

**corrects**
78:19

**correlate**
212:22

**correspond**
71:21

**cost**
65:2 284:4

**counsel**
178:22
187:17
188:14
202:23 204:9
205:12 260:4
302:19 348:8,
15

**counted**
144:4

**counterpart**
192:10

**couple**
7:18 151:15
170:22
177:11 185:3
192:6 262:20
265:3 294:22
335:10
346:19

**court**
4:19 24:9
58:19 144:10
178:18 181:6

342:8 345:22,
25 346:14

**courting**
105:17 134:2,
19 135:3
162:6

**cover**
206:15 253:3
281:20
330:17

**covered**
342:22

**COVID**
166:16

**crazy**
9:10

**create**
242:11
276:20 313:4

**created**
39:12

**creative**
227:12 270:5

**creators**
227:1

**credibility**
244:22
287:11

**credible**
87:3 98:16,18
243:1,15
244:3,8,16

**credit**
11:20,21 55:1
57:10 60:18
61:4,17 62:6,
18,25 63:9
155:20
173:16,20,24

**crisis**
167:8 233:4

**critical**
300:20 318:8
321:25 346:3

**critically**
346:8

**criticisms**
295:4

**cross**
142:21,24
176:23

**CROSS-
EXAMINATIO
N**
165:9

**cross-
examined**
348:8

**crow**
11:18

**crucial**
8:18 34:8
36:4 318:3
345:2

**crucially**
345:13

**cry**
16:15

**crypto**
27:4,18
232:19
293:19
330:21

**cup**
165:13

**curious**
272:23

**crisis**
274:21
285:23

**current**
29:18 159:22
160:1 337:17

**curtain**
64:15

**cushion**
332:23

**customary**
29:7,16,18,23
156:10 239:1
263:25

**customer**
28:19 54:15
55:3 63:6
74:16 75:4
86:20 105:16
122:7 134:2,
18 162:5
182:14,17,25
183:17 187:6
190:16 191:4,
9 215:10,14
219:3,9
231:20
232:16 234:8
242:12
244:21 248:4
271:15
279:11 283:2,
12,13 295:17
308:15

**customer/
hosting**
266:6

**customers**
10:21 11:15
12:15 13:19,
20 20:5 29:8
39:16 41:11

47:12 54:21,
25 56:14
63:11 115:3,
11 122:12
153:3 161:8
163:17
174:23 182:8
190:20
191:12,15
193:22 199:3
224:2 233:22
241:4,24
244:17
266:17,19
303:16 333:2

**cut**
36:17 165:17
336:6

**cuts**
299:12,17

**CV**
69:5 226:2

**cycle**
232:19

**cycles**
181:14

---

**D**

**D-X-C-O-R-R**
36:10

**Dan**
6:15

**darndest**
76:2

**data**
39:12,14,21
40:1 41:11,12
46:8 123:23
131:12

TRANSCRIPT OF PROCEEDINGS, VOLUME I

132:19 133:1,
5,12,14,18,
20,21 156:11,
13,14 198:20,
23,24 199:15,
19,25 200:4,
7,18 201:1
248:7 281:8

date
21:2 45:20
50:15,22 51:2
107:15,23
108:5 110:24
120:2,11
135:22
137:13
140:20
191:15
217:13
218:17,18,19
248:3 250:12
301:22
305:16
321:11 324:8
326:20
336:22
338:17

dated
100:2 116:19
119:21 136:2
138:5 146:9
152:22 195:7
197:17
301:20

dates
43:22 49:22
56:20 66:6
78:3 100:8
103:16 109:2,
7 182:15
249:1 250:10
264:21

293:11,22
296:23
304:21
312:12

day
10:7 14:19
16:2,4 17:23
21:10 22:1
31:22 84:13
93:19 101:21
103:13,14
104:7 107:21
119:9 179:16
261:18
263:24 270:2
272:21
298:17,23
299:2,20
300:16
301:24
304:17
305:14
334:19
344:15

days
13:25 16:22
97:5 108:22
206:23 252:7
261:2 262:20
275:21 276:5
301:20
302:12

DD
83:10,11,15
93:21 96:19
243:15

deal
17:7,9,20,25
20:21 21:13
22:14 23:3,5,
10,12 80:18
81:1 88:8

89:19 90:11,
25 93:1 104:9
105:21,24
106:4 118:17
129:21
131:11
133:24 142:7,
9 143:13
144:22 159:6
174:16,18
175:8,13
178:3 197:4
220:19 225:9,
10 227:18,21
228:3 229:15
234:9 266:5
279:13
306:25
317:18
337:17
347:24

dealing
100:14
318:13

deals
105:2 243:12

debate
328:16

debriefing
227:9

decades
168:17

December
9:16

decide
262:5 323:16

decides
17:24

decision
131:5,6,9

236:6 239:10,
15,16 324:22

deck
55:17 56:8,9,
18 66:9
117:23
146:24 147:5

declaration
9:21

decorum
95:20

decrees
107:20

dedicated
209:5

dedication
287:20

deep
241:21

defeats
207:15

defendant
344:19

defense
21:14

defenses
15:7

definition
34:16,20 74:7
87:23 89:2

definitive
43:2

defraud
17:15

defrauded
14:4,6

degree

26:12 28:8,13

delay
50:24

delayed
277:13

delays
117:8

deliver
9:4,8 28:18
44:10 45:1
51:6,16
210:12 224:6,
13 333:4

delivered
13:7 51:4,12
52:3 154:5
276:13 289:5,
6

delivering
154:3 277:21

delivery
50:15,22 51:1
53:7,11
254:24 276:6

demand
167:15 181:3,
10,12 224:17
233:22
237:24

demonstrated
233:17

Denaut
254:12,14,19
255:5,8
291:16 293:1
330:17

deny
216:12

department
20:12 204:4

dependent
173:10 193:4

depending
50:24 200:14
249:14 298:8

deployment
65:1

depo
11:25 12:11
25:17,21 59:5

deposit
16:11 50:18,
20

deposition
10:24 13:5
32:24 33:6,
12,16 38:6
41:1,6 47:11
54:9,13 56:1
57:14,17,20,
24 58:22
59:9,14,16,
19,24 60:10,
25 61:2
300:18
342:15 346:5

deposits
153:11
207:16,22,25
278:2

depreciating
281:4

depreciation
181:15

deprived
345:15

depth

69:24 321:4

describe
185:6

design
9:24 12:16
27:17 29:19
30:23 166:1
174:21
183:15
185:16
233:12
234:12 243:7
259:15

designated
299:15

designed
28:3 34:15
183:21
233:14

designers
227:1

designing
7:24 26:10,25
27:7,12 90:5
183:3,5 241:1

designs
37:17 184:24

desires
253:10

detail
267:8

details
12:2,4,6
53:11 55:2
56:6 57:15,16
58:2,23,25
59:17,19
60:17,20
61:3,7 62:1,

21 71:3 73:20
104:10
121:14
131:13
137:16
153:22 186:6,
15 226:22
254:22
266:11 284:1
291:7 320:20
321:3 345:3

determine
322:12

develop
20:4 280:23

developed
30:24 226:16

developing
174:20
240:24

development
41:15,18
124:6,23
180:5,6,14

developments
248:5

devices
242:16

dialogue
181:20
297:22

dictionary
87:24 89:2

Diego
26:6 180:3

differently
328:25

digital
39:15 198:24

digits
68:2

dil
85:11 87:2
91:25 242:25
244:1

diligence
30:7 74:19
80:3,10 81:2
83:11 84:1,3
87:13 88:8
92:1 94:18
95:10 98:10
99:11 103:5
112:9,11,18
125:5,9
131:7,21
132:13,15
133:2 160:7,
12,15,19
192:12 234:7
240:15 241:9,
16,25 243:6,
11,19 244:15,
19,21 245:18
246:13,25
247:2,20
289:17,20
290:13,17
331:20,24

diligent
7:13

diligently
4:9

dime
11:8 62:24
63:1,4 238:13

dinner
256:1,5,6,10,

14 257:6,21
258:7,11
261:18
262:22,24
263:12 264:1,
17,19 265:14
266:4,16,24
267:14
292:14 293:4,
9 295:1,2,8,9,
21 296:24

direct
24:21 168:13,
15 262:25
275:17 335:1

directed
102:8 197:23

directly
36:25 143:1
322:19
334:15 335:1

disability
265:14

disagree
86:10 115:8
231:25 346:5

disagreement
107:11

disappointment
337:19

disclosing
31:6

discovery
121:24
310:15

discuss
71:2 114:25
210:8 258:15

265:6 268:24
303:15
319:14 320:1
321:18 322:7
337:2 348:21

**discussed**
210:10 259:3
275:7 291:9
295:10,25
320:24 321:4
322:7

**discussing**
179:8 197:10
274:14 284:1
291:8 320:18,
25

**discussion**
132:4 150:24
173:8,15
198:9 226:4
248:21 258:4
262:18 275:4
276:25 295:2
329:8 341:24
343:14

**discussions**
23:2 62:22
78:4 100:15,
18 155:23
191:19
193:10,13
194:6,7,8,9,
10,11,12
201:19 210:9
215:1 228:1,
13,15,18
229:9,12
240:15 259:8,
12,22 274:19
291:2 295:8
311:5 313:3
330:11

338:23
339:13

**dishonest**
80:18 81:1

**dismissed**
260:21

**disorganized**
291:6

**display**
32:23 35:4

**dispute**
216:8

**disputed**
7:16,17,19
19:11 20:1

**disputes**
17:12

**disruptive**
226:17
240:24
241:13
242:13

**distinguish**
319:24

**distinguishes**
8:19

**document**
11:18 40:22
43:18,25
44:25 49:7
56:1,5 64:19,
20 98:12,16
122:23
124:10,11,19
130:12,14,15
142:12,17
143:12
144:20
147:11

161:16
194:22 195:3
197:25 201:6
206:17
210:15 217:3
218:8,22,25
219:6 220:2
247:14
250:22
251:23
272:12 279:2,
5 310:18
312:4 313:8
316:4 321:24
324:1,3
330:15
333:18,19,23
334:2,6,7,13
335:24

**documentatio
n**
151:9 273:4

**documents**
14:11,23 15:2
16:13 39:10,
16,20 41:9
54:7 75:13
122:19 158:2,
4 188:1,7
192:1 200:1,
3,6,18 201:1
216:1 260:1,
14 281:21
292:19
309:24 310:7,
10 342:16

**Docusign**
102:17 195:6,
12 215:21,22
216:6 217:7,
11,17 218:9
220:15

221:16

**Docusign's**
222:18

**dollar**
293:15,17

**dollars**
42:22,25
43:12

**domain**
246:10
289:11

**dominates**
257:9

**dominating**
286:18

**domino**
215:12

**door**
13:3,8 203:4

**doubled**
180:25

**doubt**
112:3 242:11
245:20

**doubts**
243:7

**Doyle**
312:14
325:20 326:5
329:9,15

**draft**
198:3 204:3
259:25

**drafts**
100:6,10,22
246:4

**drastic**

299:12

**draw**
136:19
142:20,23

**dreamed**
19:5

**dreams**
23:7

**drew**
24:5

**drink**
157:9

**drinks**
257:9

**driven**
235:23
236:10,15

**driving**
180:11 281:8

**drove**
141:10 180:6
317:9

**droves**
9:16

**drowning**
146:6

**dual**
64:25

**dude**
84:22 85:4
117:22

**due**
30:7 50:10
74:19 80:3,10
81:2 83:11,25
85:11 87:2,13
88:8,20 91:24
92:1 94:18

TRANSCRIPT OF PROCEEDINGS, VOLUME I

August 28, 2023

95:10 98:10 99:11 103:5 105:20 108:22 110:25 111:13 112:8, 11,18 119:10 125:5,9 131:7,21 132:13,15 133:1 160:6, 12,15,19 206:23 224:17 234:7 240:15 241:9, 16,25 242:25 243:5,11 244:1,14,19, 21 245:18 246:12,24 247:1,19 261:2 275:20 276:5 289:17, 20 290:13,16 318:6 331:24 334:20 345:15

**duly**
24:17

**dumb**
345:5

**duplicate**
220:24

**duplicates**
220:19 221:1

**duplicative**
225:18

**DXCORR**
36:9 37:21,25 38:15,22 168:6,16

169:8 170:8 290:2 305:24

**dynamic**
182:22

**dynamics**
281:6 323:18

———————

**E**

**E-S**
44:16,17

**eager**
330:4

**earlier**
37:22 131:17 135:14,25 138:4 161:16 169:6 170:15 173:8,15 183:24 191:21 199:24 200:5 204:15 205:3, 11 206:6 225:18 234:15 237:1 240:19 241:21 262:18 270:9 272:11 277:1 280:7 305:2 309:4 313:10 314:8 315:3 319:19 329:8 330:1 331:23 340:18

**early**
4:8,9 9:25 49:21 60:25 100:5 151:3 180:16,18,20,

22 182:14,18, 25 183:7 248:23 250:6 277:2 319:3, 12 321:19

**earnings**
251:12

**easier**
150:23 178:6, 19 179:2 210:18 253:21

**easiest**
96:19

**easy**
85:6 105:1

**Eaton**
6:15

**Edgemode**
10:22 11:5,6 52:6,16 53:7, 8,16,18,21,23 54:2 147:20 182:9 191:9

**edits**
299:21

**Edwin**
97:9,10,16

**effect**
258:4

**effective**
21:2

**efficiencies**
193:2 253:25

**efficiency**
44:21 192:20, 25 233:20 286:6

**efficiency's**
253:10

**efficient**
21:5 174:21 175:4 209:6

**efficiently**
31:17

**efforts**
140:14,23 220:18

**eight-minute**
249:13

**electrical**
26:12 28:14 241:18

**electronic**
48:16,18 55:9 101:6 150:16, 17,20,21 157:24 217:1

**electronically**
67:3

**Elon**
21:3

**email**
22:24 23:20 71:7,18 72:4 93:10 97:9,15 98:22,24 99:22,24 124:15,19,20, 21 131:24 138:4 139:16, 24 146:8 147:25 149:5, 7 151:2 152:21 153:9 159:4 160:10 161:22 185:22 195:6

197:17 199:5, 11 204:25 205:4 212:11, 16 217:15,16 218:9,18 219:15 221:16 223:10,16 230:11,13 235:3,13,17, 18 247:15 248:2,12,13 250:23,25 251:11 262:19 265:21,25 267:1 269:7, 19 271:9,12 272:13,22 274:15 282:3, 15 284:23 285:19 296:11 300:2, 15 305:1 306:18 312:1, 15 316:13 324:8,12,15 329:22 332:16 342:5 346:13,21 348:22

**emailed**
56:18,20

**emailing**
14:12 186:2 262:22 269:10

**emails**
71:14,17 131:18 146:23 158:20,21

265:4 269:10
271:10
272:18
348:23

**embarrassing**
245:14,21

**emoji**
110:7

**emojis**
110:6 135:17
136:3

**emphasized**
230:18

**employ**
36:23

**employee**
23:4

**employees**
327:16

**employer**
129:22
130:10 131:2

**end**
4:25 5:1,19
17:23 23:18
42:2 134:11
155:7,14
163:16
255:16
257:11 260:4
279:23
281:14
286:25
296:21,22
306:25

**endorse**
115:4,10

**endorsements**

115:18

**ends**
155:10

**energy**
20:6 21:5
44:21 174:20
192:20,24
209:6 233:20
286:5

**ENG**
85:20

**engage**
177:12
271:16
331:23

**engaged**
20:1,10 32:19
61:15 135:5
193:20

**engagement**
169:1 234:8
289:19

**engagements**
199:21
244:15
279:11,12
290:14
295:18

**engaging**
61:9 330:10

**engineer**
26:12 27:17
28:5 85:10,
21,23,25
86:4,24 87:18
102:23 180:2
234:14
241:14,17,18
242:8 244:20
302:14

**engineering**
26:13 28:8,15
85:22 91:8
180:4 193:4
199:1 200:8,9
241:2 242:15
289:20

**engineers**
83:5,22 84:8
87:15 91:5
234:18
245:17 302:8

**ensures**
65:4

**enter**
224:23 249:4

**entered**
43:20 49:20,
24 52:25
195:23 296:1

**entering**
14:4 163:21

**enterprise**
13:16

**entertainment**
167:16

**entire**
56:5 255:18
278:8,16
299:2

**entities**
31:8 47:16
60:21 61:10,
12,15 62:4
173:22 184:3
193:25 219:7
330:11

**entitled**
52:7 345:23

**entity**
39:5 61:16
62:4 184:20
327:21

**environment**
276:23
277:11

**equal**
76:7

**equipment**
125:13,21
328:21

**equity**
105:25 281:2
294:8

**escrow**
151:18
153:10,21
207:1,8,11,
13,25 208:2,
5,10,16
272:24
274:22 275:1,
2

**escrowed**
151:20

**ESN**
162:7

**essentially**
44:20 181:18
209:9 233:21
242:16

**EST**
271:24

**establish**
121:25
175:24

**established**
110:23

259:16
266:13 278:4
323:12
330:21

**estimate**
186:15,18
297:18 298:2,
11,16 299:2

**estimates**
298:22,25

**ethical**
63:13 65:4

**evaluating**
135:6 197:3

**event**
110:7

**events**
32:13 107:18
114:23

**eventual**
180:21

**everybody's**
189:17

**everyone's**
165:4

**evidence**
14:7 22:2
35:4 154:17
161:1 187:14
188:2,6 212:1
216:14

**evident**
229:14

**evil**
15:13

**evolved**
208:14

exact
43:22 47:15
66:6 74:7
103:16
104:10 109:2,
7 119:13
120:2,11
121:15
137:16
139:13 147:8
192:15 210:9
230:14
248:25
250:10,12
266:11
294:11
304:21
305:16 321:3

examination
5:10 24:4,21
301:2 335:17

examinations
189:19

exams
334:5

exceed
233:25

Excellent
173:7 196:14

exception
288:4

excess
148:12

exchange
69:22 71:13
83:24 97:9,15
101:16
109:17
111:20
119:20 122:8

124:15 126:6
127:4 131:14,
18 134:20
135:16,20,25
138:16 145:3,
14,23 146:23
152:21
158:20,21
162:11 177:3
178:2 230:11
246:15
274:21
301:17 305:2
314:9

exchanged
100:6 136:2
336:16

exchanges
104:18 146:9
300:2

exchanging
100:10,22

excited
181:16
192:19 209:4
210:1 219:23
224:22
227:11
257:13
263:18

exciting
75:14 110:17
182:2

excuse
15:12 23:2
64:17 212:21
216:23
221:11
239:19 255:6
276:10 277:8
332:14

execute
125:12,21
264:25

executed
34:4 39:25
108:16
291:13

execution
291:18,23

executive
26:14 27:5
28:6 122:6
134:3,19
135:2 180:6
261:6 282:12

executives
21:20 122:11
233:14 234:5

exercise
336:23
340:16

exhibit
9:1,10,23
10:10,22
11:17 15:20,
25 32:25
33:15,18 38:6
40:21 47:23
48:23 52:7
53:13 55:4
66:22 67:1
71:6,25 77:13
84:4,12,16
93:13,18 97:8
99:21 101:4
104:11,14,16
108:12
109:10,14,16
111:18
113:13,18
116:18

119:19 124:9
126:5 130:16,
17,20 131:16
135:10 136:1,
16 137:11,18,
23 138:6,15
143:1 146:2
149:9,11
151:2 152:10,
12,20,22
156:17
157:16
158:12,17
161:16,22
185:18,20
191:23
194:25
197:15
198:12 199:5
201:10,13,22
204:10
210:13
211:21
217:18
221:14 223:8
229:21,23
230:10 237:6
242:18,19
243:21
247:11,22
250:17 253:5
262:12
264:16 265:3
269:4 272:5,8
275:10 278:6
282:6 301:10,
13 304:23
311:20
313:22,23
332:12
335:20,21,25

exhibit's
313:8

exhibits
55:9 149:22
150:9 156:24
157:19
187:13,18
188:12,13,24
189:14,23
210:16 220:3,
18 284:14

exist
130:20

expand
41:20 258:25
260:23 262:6

expect
42:1 105:7
114:24 131:8

expectations
228:22
322:22

expected
19:6 190:18
205:15,16
303:23
306:24

expecting
306:19

experience
179:25
184:14,19
233:11
241:22 261:4
286:12
345:24

expert
160:20

expertise
241:14,20,22,
25 242:6,17

TRANSCRIPT OF PROCEEDINGS, VOLUME I

August 28, 2023

explain
15:11 151:20
185:5 192:6
193:21
226:24
245:12
302:17,18
337:13 342:4

explained
172:16 226:8,
20 237:1

explaining
180:16

expletive
96:12,24
109:21
110:11,13
117:6 305:10
307:9

expletives
16:19

explicitly
63:11

explore
261:17
263:18

explosion
167:15

express
322:16

expressed
237:4

expressing
295:4

expression
328:17

extended
61:17 62:5

extensive
204:7,9
206:7,9
233:11
244:18
290:13

extent
221:1

external
227:25
228:14
229:12

F

F-O-M-O
73:18

fabless
184:12,16,20

fabricate
9:25 31:21,22
167:1 172:18
184:3,10,23
258:22

fabricated
172:17,20
173:10 283:6

fabricating
171:7

fabrication
165:25
184:25
185:17 227:2
234:12
276:18

fabricator
166:3

face
243:18

faced
277:2,4

facilitate
112:25

facilitating
126:1

facilities
123:23 184:4
266:15

facility
29:2,15,25
30:16

fact
7:22,25 8:2
9:5 10:2,17
30:3 51:12
54:1 56:17
62:16 88:18
92:6 97:2
103:10 111:5
119:15
122:11
129:19 130:7
131:4 145:2
161:12
291:16
309:19 315:9
319:18

factor
280:14

factories
215:15

factory
33:7 34:5
41:24

facts
19:10 160:22,
25 310:12

factually

75:12 148:9

failed
128:17
243:11

fair
43:18 88:3
102:5 144:7
162:10 201:5
263:23
326:12

faith
140:7 258:18
311:11
312:23
316:16

fall
23:1 215:13

familiar
11:9 231:18,
19 232:15
286:15

family
295:12,13

fantastic
215:7

fashioned
203:8

fast
73:13 75:10
102:25 103:7
216:20
244:10
284:21
323:11,15

fast-forward
237:5 255:15

fault
11:11 17:24

favor
135:17

favorable
21:16

favorite
256:11,21

fear
74:7,10,15
75:3

feasibility
240:16

February
49:21 185:23
342:13

feedback
242:9 313:16

feel
64:12 128:12
163:17
199:10 231:2
241:4 253:10

fell
22:13

felt
206:9 209:13
215:12
227:11 228:6
229:19
233:24 262:3
286:21
313:18
328:25
330:12

fighting
129:11

figure
249:10
256:20 294:9

figuring
177:13
330:24

file
31:4 225:3

filed
30:22

files
199:1

filing
348:3

filings
31:9

fill
22:7,8 326:17

filled
53:15

final
112:22 171:5
217:12
218:11,16
221:24
246:24

finalize
170:25 171:7

finalizing
9:24 324:21

finally
23:21

finance
337:5

finance/with
337:3

financeable
262:1

financial
45:6

financials
290:22

financiers
331:1

financing
11:14 12:8,10
13:3,18 57:10
58:23 60:21
62:9 153:5
154:9 155:23,
25 173:22
261:20 262:2,
7 265:15
324:22
330:11,25
331:3,14,16
332:1,7,9

find
7:20 52:9
86:3 88:19
90:21 96:23
97:4 98:9
99:10 120:23
121:3 122:14
132:22
136:25 178:4
228:11
239:16
241:24 242:5
257:14
295:11
296:25
315:10,25
317:20
321:23
325:13
326:12
335:24
341:18

finding
83:25 94:17,
20 96:6 97:3,

4 255:9
258:25
323:25 324:3

fine
18:11,14
37:11 49:7
59:14 60:8
63:23 65:20
116:24
128:23 144:1
187:19 199:9
220:9,10,16,
20 221:4
231:3 247:9
249:17 254:5,
8 294:1 323:4
340:5

finger
17:10

finish
22:17,22
96:18 138:22
141:16
143:24 144:6
297:15
317:13

finished
63:3 183:3,5
234:11 318:1

finishing
32:20

fired
17:12

firm
80:3,10
241:15

fist
206:20

five-minute
76:12,15

211:4

flat
21:22,23

flavor
337:3

Fletcher
5:14 173:18

flew
256:7,12

flexibility
300:3

flexible
143:18 261:9,
10,16 273:23

flight
271:21

flip
206:5

flipping
253:6

floating
252:6,8

floor
6:19 18:4

Florida
28:9,11,12

flow
282:18

fluctuation
65:6

fly
275:10
297:19

focus
98:23 227:17
265:21

focused
180:12
227:18

folks
5:17 23:22
71:3 158:22
159:4,12
160:11,17

follow
114:24
167:19
194:18
260:22,23

follow-up
246:12,21
253:19

followup
143:25 199:6
269:14

FOMO
74:18,23
161:7 163:6

FOMOING
73:18,19,22
74:5 75:8,11
161:12

food
164:10
249:18

Fordham
205:24

forecast
45:7 172:22
187:10
282:18

forecasts
45:13

foreshadow
18:21

Foret
6:4 15:1
20:12

forever
205:5

forged
200:18,20
201:1

Forgery
201:8

forget
332:13

forgo
150:17

forgot
214:16

formal
25:19,23 34:3
111:14
187:24

formalized
173:1

forms
262:2 293:15,
19

formulating
189:18

Fortune
27:20

forward
114:8 264:6

found
80:4,11 81:3
94:19 95:11
97:6 98:10
99:12,16
160:21
243:18

275:13,15
304:19

foundation
121:25
169:23
175:18,25
176:17 197:5
200:19 231:6
232:7 235:24
236:16 239:7
258:1 270:15
315:19 327:3

foundational
270:20

founded
25:4

founder
261:7

founders
190:4,7
260:19
301:23
304:15 328:2,
3

founding
185:8

foundries
31:21 35:17,
20 36:23
167:4 168:6,
10 185:1
207:17
276:22
280:10
313:16

foundry
35:13,14,15
36:3,25 38:1
167:1 168:18
172:22

181:24 187:9

fraction
104:2

frame
185:4 186:22
190:3 322:1

Frank
256:13
261:14

frankly
287:21

fraud
14:8,22 15:7
17:8 21:12,14
179:5 345:6

free
199:10 231:2
253:11 265:5

freelancer
135:5

Friday
347:15,18
348:3

friend
68:24

friendly
87:2 242:25
244:2

front
40:22 98:23
201:11
277:14
332:13

fueling
20:20

fulfill
283:18
326:19

full
22:11 23:8
63:16 166:14
174:1 183:5
247:5 304:2
310:21
313:11
344:15

full-time
192:13

fully
20:10 183:21
275:7

function
248:8

functions
180:4

fund
120:15
308:14
316:22

fundamental
8:24

funding
118:3

fundraising
118:5 141:1
316:25 317:1

funds
63:8 151:18,
19,21 206:25
255:23
264:16,19
272:24
274:23,25
332:24

funny
47:16,18
71:24

furious
244:10

future
90:24 262:5
263:19

FYI
138:20
282:17

G

Gao
6:13 9:21
13:5 14:11
15:21,22 16:5
24:24 25:5
28:22 69:20,
23 70:24 71:2
72:24 73:17
74:15 75:3
77:21 78:10,
17 79:6 80:8
82:20 93:11,
14,20 94:7
95:13 96:16
97:16 101:17
104:8,19
105:5,11,15
106:3,11
109:18
110:10
111:12,21
114:7 116:19
117:9,14
118:22
119:15,21
121:1,13
122:7,13
126:7,12,22
127:4 128:15
129:10,19
130:7,24

135:20 136:1
138:17,19
141:3,8 142:6
143:8 144:15
145:3,15,23
162:12,15
163:10
170:10
177:11
196:18 205:2
210:8 212:12,
17 225:22
227:5,10
228:18 229:8
230:16
233:18 237:2
246:17,18
254:11
263:12
291:10,22
292:4 301:18
304:14,18
305:18 306:3
307:5,23
308:9,20
314:10,15
316:6,10
317:3,8,18
334:21
336:15
337:14,22
338:4,7
343:23

**Gao's**
10:10 82:7
114:4 227:9
306:17

**gather**
319:6

**gathered**
319:2

**gathering**
321:6

**Gaurav**
196:21 204:8

**gave**
10:25 11:1,7,
8,16 39:25
52:4 121:15,
16,18 287:24
298:25 299:1
304:22

**Gazoontite**
272:14

**gears**
39:9 75:16
100:4 135:8
290:16

**general**
186:20 232:1,
3 257:12
287:10
316:25 317:1
330:22
334:13

**generally**
108:14 141:1
176:10
320:25

**generate**
74:15 75:3

**generated**
217:17

**generating**
337:6

**generation**
287:17

**generically**
167:8

**generous**
273:23

**gentleman**
192:10

**gentlemen**
15:2

**gibbeting**
178:24

**gimmick**
19:16

**give**
6:19 17:20,25
48:12 67:23
72:3 76:15
90:7,9 117:23
125:22
157:13
162:25
200:10 204:1
238:15,16
242:2 245:2
288:11,14
300:11 311:1
320:23
331:15
336:15 338:6
340:21
348:16

**giving**
88:20 91:24
114:23 115:6

**glad**
23:21

**Gladly**
203:6

**glance**
56:25 57:2

**Glick**
4:21 26:18

104:12
107:19,22,25
108:2,7
127:17,21
150:10,23
155:5 157:5
164:19
212:13 254:3
292:8,10,13,
17 294:4,7,
14,16,20
296:7,10,17,
25 297:4,8,10
333:14,15
342:25 343:7
346:17

**Goel**
223:16

**good**
4:5,6,18 5:13
6:11 34:13
59:9 75:18
83:3 87:7,9
89:12 90:16
102:6,11,15
108:8,11
116:14
128:11 140:5,
7 163:25
165:16 188:4
194:13 204:5
211:4 225:1
227:12
231:22 243:2,
16 256:19
257:12
258:18
295:10
311:11
312:23
316:16 331:8
336:23 340:3,
15 341:1

**goods**
287:24

**goofed**
263:2

**Google**
185:1

**gorilla**
35:19 82:17

**Gosh**
297:19

**Grab**
249:19

**grace**
128:12

**granted**
76:3

**granular**
206:15

**grayed**
251:16

**great**
13:2 35:9
55:24 65:17
101:3 152:18
227:20
230:15
244:13 256:6
263:17 264:1,
5 275:16

**greed**
14:22

**green**
64:15 338:1

**gross**
252:7,9

**ground**
7:21 188:9

TRANSCRIPT OF PROCEEDINGS, VOLUME I

August 28, 2023

**group**
27:3 99:25
193:15
196:11
307:22,25

**grow**
190:8

**growing**
70:12 226:18

**growth**
215:8 286:3

**guaranteed**
11:20 12:8

**guess**
13:13,15
18:10 74:8
84:14 102:3
120:23
121:10
216:15
219:14
237:15
243:23
244:10 258:3
276:15
286:11 293:2
328:18 331:9

**guidance**
172:23

**guy**
8:7 17:11
91:16 97:23
125:4,6,9
132:12

**guys**
70:1 91:17
93:6 111:3,7
261:13 264:5
267:22
320:25

---

**H**

---

**ha**
141:16
317:13

**half**
46:25 47:3
77:25 116:13
180:24
217:24
261:23 281:3,
6,13 297:22,
23 298:3,12
299:7,23
300:16

**halfway**
109:20

**Hallelujah**
188:4

**hand**
24:14 79:12
160:13 181:5
210:18
259:24,25
281:21

**handful**
35:16 333:17

**handle**
322:7

**handled**
131:14
246:15 344:4

**Hang**
133:9 320:4
335:13

**happen**
10:1 21:19,21
45:4,23,25
105:8

**happened**
10:8 22:7
23:17 43:6
45:3 46:6,11
152:15
297:21

**happening**
13:9 180:17

**happy**
16:20 132:7
149:21
192:22

**hard**
49:9 63:21
77:15 84:20,
21 106:8
129:11
141:10
287:18,19
307:8 317:9

**Hardin**
5:1,6 6:7,8
13:22 15:4
18:7,9,16
19:20 22:18,
22 48:12
55:11 57:21
58:3,12 61:20
76:5,8,11
89:3 94:21,24
98:1,11,15
99:13 100:23
107:14,19
108:7 113:14
115:12
121:20
122:20
128:19
129:23
130:11,15
133:7,9 134:4
135:11 136:6,

10 137:2
138:13
142:11,16,22
143:23
144:10 145:7
149:25
150:14,21
152:11
154:15
156:19 157:8,
12,13,19
158:1,11,14
160:22,25
164:8 165:3,
10,15 166:12
168:3 169:3,
5,18 170:5,6
172:1 174:8
175:22 176:2,
3,21 177:1
178:9,20
179:1 181:4,
8,9 182:20
185:19,21
187:12,21
188:17 190:1
191:22,24
193:18
194:11,15,19,
24 195:1,16,
18,20,21
196:2,4
197:12,14,16
200:21 201:5,
9,13,17,21
202:1,25
203:7,10,16,
19 204:12,17,
22,24 210:20
211:6,17
212:5,9,20
216:17,18,22,
25 217:2,4,6,
19,23 218:2,

5,21,23
219:10,13
220:12 221:5
222:6,8,23
223:1,6,13
229:23,25
230:3,7,8
231:9,17,23
232:12,13
234:23 235:1,
12 236:3,8,
12,19,22,23
239:12,13
240:9,11
242:20
243:20,22
244:25 245:5,
8,9 247:10,12
248:1 249:4,
7,17,22
250:3,4,16,19
253:2,4,14,19
254:6,9 258:6
260:10,13
262:11,15,17
263:2,10
264:12,14
265:18,20
268:4 269:3,8
271:4,7,8
272:4,8,10,
15,17 273:24
274:9,12
275:9,11
276:2,4
279:6,7
281:15,19,25
282:1,8,10
283:21,23
284:11,15,20
285:2,4
288:6,9
299:9,10,14
300:12,15

---

309:9,13
310:9,13
311:4 312:3
313:2,23,25
315:14 316:1
317:24
318:20,24
319:9,10
321:10,13,14,
23 322:3,5,10
324:4,7
325:8,11,16,
25 326:2
327:2,6,7,12
329:3,7
333:7,8,10,21
334:22 335:6,
13,23 339:1,
4,16 340:6,7,
9,25 341:7,
10,14,18,25
342:7,12
343:1,3,13,21
344:14,18,22
345:18 347:4
348:1,6,9,13
349:1

**Hardin's**
339:12 345:4

**hardware**
65:3 82:10

**hate**
293:21
297:19

**he'll**
11:3 216:11
233:11

**head**
14:16 86:15
343:4

**headquarters**

180:4

**hear**
7:15 8:22
12:20 13:9
15:13 19:24
20:9 21:20
22:6,25 23:6,
11,22 34:17
40:18 66:23
76:14 146:4
156:20
165:12 181:7
201:22
203:17 230:2
235:10
246:19 260:7
267:18
281:23 292:2
298:15 299:1
321:7 324:14

**heard**
7:16 19:21
21:18 58:15
72:23 73:3
89:22 173:8
191:1,21
268:2 291:15
311:18

**hearing**
71:24 342:17
343:15 346:7
347:14

**hearings**
6:6 189:4

**heart**
225:5

**hearts**
14:16

**heavily**
154:6

**held**
150:24 207:1,
8 341:24

**helped**
254:1

**helpful**
7:17 48:19
151:14
293:23

**helping**
97:11 146:21
196:20 248:6

**helps**
66:12

**Henry**
6:16 24:15
151:7 186:4
205:3 216:19
224:14 257:2
269:13
284:21
319:12
325:14
340:10

**Henry's**
285:3

**hereto**
278:17

**hesitation**
209:15,17

**hey**
84:22 85:4
111:7 113:22
114:1 117:22
120:15 121:1
125:16 228:6
302:22
303:12
310:25
322:11

330:12 333:3

**hiccup**
102:22

**high**
181:21
296:19
345:10

**high-powered**
8:16

**high-tech**
8:20 9:3

**higher**
234:18

**highly**
331:15
342:21

**hinges**
21:15

**hint**
18:2

**hints**
18:17

**hire**
85:11 90:23
129:20
224:21 238:7
323:14

**hired**
242:10
244:20

**hiring**
20:3

**Hmm**
22:15

**hold**
19:16 22:15
31:10 49:1
334:1

**holding**
207:10,12

**Holdings**
162:7 182:11,
12

**holds**
7:22

**holy**
109:21
110:10
137:25
305:10

**home**
26:6 167:15,
16 328:18

**honest**
90:12 228:10
339:25

**Hong**
185:11

**honor**
19:7 23:19
76:4

**honors**
28:15

**hope**
90:23 162:25

**hoping**
111:25
112:15 164:5

**horns**
110:4

**host**
266:17

**hosting**
153:4 257:4
266:14
295:17

hot
  203:13
  204:18

hotly
  7:17

hour
  18:23 122:21,
  24 199:13
  217:22 298:1,
  3,12 299:7

hours
  36:14 178:13
  179:17
  249:10
  253:22
  269:17
  299:11,15
  346:19

How's
  336:21

hubris
  14:22

huge
  280:12
  328:10

hugged
  257:10
  263:13

humbly
  286:4

hundred
  79:2 86:21

hung
  220:23

hypothetical
  231:7

**I**

I-M-E-C
  37:9

I-N-G
  73:18

idea
  13:2 236:25
  238:5 258:8
  266:3,9,16,
  21,22,23
  295:15,24

ideas
  177:13 257:3
  259:2 260:14,
  15,16,17,20
  261:1,11
  265:15
  269:21,25
  272:20
  273:13
  274:14,22
  285:15,17
  295:16

identified
  166:4,5
  170:23 215:9

identifies
  102:4 186:7
  195:22

identify
  83:15 84:3
  87:1 124:11
  219:4 242:24

identifying
  124:22
  241:13

idle
  280:16

ignore
  229:2

ignoring
  142:18

illusion
  313:4

IMEC
  37:5,9 38:23
  169:8 170:9

immediately
  156:6 163:18
  224:21
  228:21

immigrant
  287:17

impact
  167:17 181:2,
  10 182:21
  183:9,12,16
  233:20
  234:21
  273:13
  279:24 281:1
  302:9 303:2
  333:4

impacts
  181:12

impeach
  60:8

impeaching
  57:25 58:15

impeachment
  57:22,24
  59:11

implies
  330:19

important
  7:11,12 8:5
  32:12 107:18

214:19
  242:13
  244:16,22
  276:11
  278:23 279:8,
  9 307:18
  318:6,7
  345:13 346:8

impressed
  209:12 288:2

impression
  189:13
  261:19

impressions
  90:17

improper
  57:22,24

in-depth
  259:21

in-house
  65:1 125:8
  132:12
  203:15,22

in-person
  243:25

inaccurate
  22:3

inaudible
  58:11 169:15

included
  120:6,10
  158:7 213:5

including
  8:5 123:21
  202:23
  254:23 286:1
  346:14

Incomplete
  231:7

inconclusive
  242:10

incorrect
  214:13
  296:20

increase
  20:6 190:11
  208:22,24
  209:1,11
  212:22 213:8

increased
  20:13 186:24
  214:15

increases
  181:13

incredibly
  8:11,14 9:8

Incremental
  190:11

independent
  238:9

indicating
  7:5 108:19
  110:7 247:17

individual
  134:22

individual's
  223:14

indulges
  76:1

industries
  167:11

industry
  27:18 29:7,18
  30:5,12 31:19
  45:18 82:7
  86:8 167:18
  181:16

182:22 184:5,
14,22,24
191:14 194:1
207:19,21
208:1,3 210:2
223:25
226:17 227:4
231:19
232:15,19,25
234:1,16
240:20
241:11,12
257:9 259:17
276:15 277:2
281:5 286:7,
13,15 330:22

**inexperience**
**d**
242:8

**information**
31:6 82:20
146:17 147:6,
8 176:9
198:20,25
200:6,10
292:21
342:20

**informational**
89:23,25 90:2

**informed**
227:13
292:18

**initial**
162:18
185:22 198:6,
8 280:3 291:4
292:25
298:16 309:5
334:17
338:24
339:14

**inkling**
295:24

**innovators**
29:4 226:25
259:14

**input**
204:3

**inputs**
117:24
202:16,20
313:15 330:7

**inquire**
101:21

**insinuate**
287:14

**insinuation**
287:20

**instance**
243:10

**instilled**
295:16

**institutions**
11:15

**instructions**
141:17

**integrated**
34:12

**intent**
166:5 170:16,
19 173:1

**intention**
95:12 130:2
153:12,15
247:1 325:23
331:13

**interacting**
170:8

**interest**
23:7 74:8,9
175:6 230:18,
21 235:22
236:9 237:4
239:21,22,23
240:3 258:19,
20 265:1
281:12 294:8
322:8,12,16,
17 329:16

**interested**
41:3 56:22
71:3 200:11
209:19
226:24
227:13
228:19,21
229:15
235:15 241:3,
24 247:6,7
248:7 281:11
285:9,25
322:11

**interesting**
11:12 16:1
78:12 228:6
259:14

**interests**
236:15

**intermediaries**
37:2

**intermediary**
36:24

**internal**
22:4,11 90:18
143:19
179:12
228:17 229:9
274:19

303:15 307:2
339:14

**interrupt**
143:20 170:3
253:11
293:23
306:17
347:10

**interrupting**
293:20

**interrupts**
141:8

**interview**
70:9,23
72:16,18,22
89:24,25 90:2
93:1 177:6
309:5 334:18
338:24
339:14

**interviewed**
69:20 70:1
78:1

**interviewing**
70:15 78:4

**intro**
230:17

**introduce**
5:15 6:10
128:3 188:2
192:22 320:8

**introduced**
66:1 187:13
193:16
320:13 321:8
331:11

**introduction**
130:6 225:21
226:2,11

237:3 321:2
331:17

**introductions**
5:12 115:6,
15,18,20
125:16 130:3
192:19
285:20

**introductory**
69:22 71:1
177:9 226:23
340:13

**intuition**
274:17

**invest**
286:2

**investing**
285:23

**investment**
118:3 140:18
247:16

**investor**
55:3 56:10,18
147:2 234:8
242:11
244:20 261:7
279:12

**investors**
39:17 41:10
54:25 56:13
63:12 160:2
193:16
196:11 199:2
234:4,5
241:4,24
248:7 266:15
303:16

**invited**
288:1

**involve**
268:23

**involved**
26:10,25
27:11,18 28:6
39:19 56:11
80:18 139:1
170:11 197:3
202:24 310:7
314:18

**IP**
29:4 193:5
227:1 233:10,
25 259:15
342:22

**IPO**
255:2 259:9
262:5

**irrespective**
279:4

**issue**
151:12
206:15
220:12 273:7
282:18 328:3
342:1 343:12,
13 347:14
348:5,20,21

**issued**
30:21 304:15

**issues**
19:14 76:13
167:11
172:15 174:9
280:8

**issuing**
328:2

**Italian**
256:22

**item**
253:3

**items**
114:25 147:9
158:7 174:12
275:7

---

**J**

**J-U-E-L-S**
44:15

**J/th**
44:11,14

**Jacob**
6:12 325:13

**Jake**
321:23

**James**
185:24,25
186:13

**January**
251:6 283:1
342:13

**jeez**
111:25

**Jeremy**
282:11,12,15

**Jim**
254:19
256:13 259:6,
11 261:14,23
262:3 285:7
293:1 320:13
321:2

**job**
21:15 23:12
34:13 66:17
69:20 70:1,9,
16 72:18 78:2

90:3 105:25
106:12 113:9
118:17
119:11
125:22,25
133:23 134:2,
19 177:2
178:2 179:3
192:17
237:24 238:1,
3 306:19,25
307:18 309:7
323:6 334:17
338:23
339:13

**jobs**
122:7,9,11

**John**
6:8 322:10

**join**
89:18 90:11,
24 92:7,21
125:14 129:1
130:9,25
182:13
228:20
245:17

**joined**
180:1,9

**joining**
71:4 92:14,22

**joint**
55:9 149:13,
15,22 150:9
185:18,20
187:13
188:13,23
189:14,23
201:13 220:3,
18 223:7
229:21,23

242:18,19
243:20
250:17 272:8
331:6 335:25

**joke**
74:5 83:23
179:14
245:16

**joking**
106:24
245:15

**jokingly**
74:1,3

**joules**
44:14,17
45:2,21 46:2,
3 233:21
280:19

**journey**
257:14,17

**JPMORGAN**
11:14 117:23
118:2,4
140:14,23,25
142:9 143:12
144:21 145:6,
12,17,20
146:12,13,16,
24,25 147:2
156:8,10,11
158:22 159:4,
12 160:11,14,
17 161:3
247:16 248:2,
3 285:19
315:10,11,12,
25 316:22,24
317:20

**Judge**
171:19

**judgment**
74:4

**July**
119:21 251:5

**jump**
5:15 47:5
310:19

**juncture**
220:23

**June**
15:24 16:15
25:10 46:8
109:18
110:20,23
135:15,21
136:2 137:13,
22 138:5,6,15
145:15 146:9
148:5 248:23
250:7 252:12
292:12,15,20
303:23
305:15,22
307:17
314:10,11,16
315:23
334:21
336:21 337:8
338:9

**justify**
15:11

**Justin**
146:15,18
147:4,12
282:17

---

**K**

**K-U-L-Y-K**
124:1

**K10**
45:24 46:17
47:2,4
280:14,19
331:21
332:18

**Katena**
6:9,12,13,15
7:22 8:2,18
9:3 10:3,7,20,
24 11:10,13
13:12 16:14
17:21 19:23
21:15,16
23:10 24:23
26:2,9,24
27:2,10 28:17
30:4,11,20
31:13,14
32:5,9 34:4
36:2 37:21,25
38:2,15,18,24
39:4,6,12,15,
24 41:10
44:8,25 45:21
46:2,20 47:13
48:5 49:20,24
50:18,22
51:4,6,12,14,
16,20,25
52:2,16 53:4,
6,7,17,20,23
54:1,4,10,13,
16,20,24
56:12 60:18
61:5,18 62:6,
17,23 63:7,11
65:2 66:9
67:24 68:1
71:9 79:18
80:9 81:21
85:12 89:19
90:11,25

92:14 97:13
104:1 105:25
108:17 109:5
111:2,6 113:1
114:10,17,20
115:4,10
116:7 119:11
120:1 123:17
125:6,9,13,
14,22,23
126:3 127:5
129:21 130:9
131:1,3
132:13
133:23
145:17
146:16,17,19,
24,25 148:12,
15,17,20,23
149:5 151:17
154:1 155:19
156:3,7
158:25 159:3
162:18
163:19
165:22
167:20
168:13,15
170:7 173:10
174:19,20
176:4 179:20
180:9 181:22
182:13 183:3,
16,21 184:2,
3,10,15
185:4,6,8,13
187:1 190:14
191:2,11,13
192:25 193:7,
10,13 195:13,
24 197:4,11,
19 206:13
207:10,12
208:22

210:15,16
211:24 212:6
215:6 219:2
225:14 226:8,
20 229:7
231:17
232:14 233:4
237:24 238:1,
7,12 240:21
245:5 251:1,
4,9,25 252:5,
8 255:11
258:22
259:10
261:20
264:10,16
270:6,8,10
276:11 277:2,
3,5,20 278:23
279:8,14,17
280:5 282:14
285:24 286:2
287:2,15
292:11,23
295:5 300:19
301:6 302:8,
13 312:22
313:14
323:23
327:13,20,23
332:3,17,23
336:4,22
338:3

**Katena's**
15:17 19:24
20:2 21:20
22:4,11 23:22
26:5 28:25
29:3,13,24
34:8 64:20,25
103:19,20,24
165:19
168:21 173:9

174:11 177:8
183:14
190:14 191:2
192:23
196:17 200:4
204:12 219:3
221:7 226:15
228:1,15
237:4 266:21
268:10,15,19
285:10
340:12

**Katena/
coinmint**
217:12
218:11,15
221:23

**keeping**
147:2 248:7
261:20

**Kevin**
5:23,25

**key**
19:14 111:9
215:9 233:22
241:10 262:3
290:12
323:10

**kind**
4:15 16:18
31:3 32:17
37:18 39:14
42:15 64:12
68:8 69:15
71:17 80:18
86:23 93:11
111:13 136:7
173:24 184:1
189:16 198:2
225:3 241:14
251:16

259:18
265:13
287:15,16
329:1

**kinds**
9:1

**Kinney**
254:12
291:16

**knew**
21:22 233:15
256:25 286:7
306:23
315:11,12

**knock**
132:2

**knowing**
94:15 95:9

**knowledge**
46:10,12
53:20 82:7
236:13
246:11
279:19

**Kong**
185:11

**Kulyk**
124:1

---

**L**

**lab**
305:24

**labeled**
67:21

**laboratory**
166:2

**lack**
154:7

August 28, 2023

lacking
169:23

lacks
175:18
176:17
200:19 231:6
232:7 235:24
236:16 239:6
258:1 270:15
315:18 327:3

lady
66:2

laid
36:7

language
87:24 212:12,
18

laptop
8:12,13

large
159:6 190:16,
20 191:4
227:19
230:23 236:5
249:5 332:4

largely
193:4 200:5
246:15
295:10

larger
167:5 191:9
210:3 215:14

largest
290:24

late
16:17,22
118:10 119:5
121:10
252:11,13

283:15 293:5,
12 297:14
341:17
342:13

latest
304:9

launch
45:21 46:2
332:11

launched
286:5

launching
286:23

law
14:2,3 15:6
17:8

lawyer
205:19,21
206:2,4
224:21
252:18
312:13
329:15

lawyers
267:20
268:24

lay
230:21
231:11
315:19

lead
11:22 92:2
171:21
277:19

leader
27:20 82:16
286:14

leaders
29:19 30:13

leadership
20:10 63:10
81:17 286:11,
22

leading
134:9 145:9,
11 171:14,18,
19,22 174:3
184:7 215:1,5
286:19

lean
328:17

learn
22:10

learned
8:9 14:2
103:10 261:8

Leary
20:2

lease
305:19,22,25

leave
4:12 101:11
292:11
341:21
346:12

left
25:20 54:20
121:23 182:4
226:19 249:5
250:5 284:17
295:20
308:21 329:4

legal
18:22 20:12
196:21
202:15,20,22
203:22 204:4
205:8,10,12,
20 225:4

252:15,19
274:20
287:10

legitimate
19:23

legs
147:2

lender
12:1 61:8
62:21

lending
11:15

length
50:24

lengthy
31:4 257:6
331:2

letter
170:16,19
173:1 224:17
312:11,13

letters
166:4

letting
275:5

level
181:21
190:23
234:11,13
281:11
322:12

levels
193:3 286:6

leverage
244:17
290:12

lie
14:17 81:2

life
287:19

light
14:18 338:1

limitations
190:18

limited
31:24 39:1
115:21 122:2
161:13
185:12 196:6,
9 318:13
323:1

lined
238:3

lines
33:1,3 38:6
278:5 311:12

link
136:20 137:1

Linkedin
13:11,12

listed
49:22

listen
99:4 115:23
143:2 161:11

listening
18:3

literally
81:16 327:20

litigation
20:1

Liu
5:24,25 6:1
157:3 189:1
347:12,13
348:7

TRANSCRIPT OF PROCEEDINGS, VOLUME I

August 28, 2023

live
18:20 298:21,
24

lock
74:18,24
81:11 172:5
209:8,23,25
248:4 287:22

locking
73:11 75:9,13
280:10
286:23

LOI
41:24

LOIS
43:1 47:8,13
200:12

LOL
83:9,21,22
93:2 106:17
129:7 141:12
163:11
317:11

long
47:19 177:18
185:14
187:23 220:9
225:19 238:6
242:6 254:18
266:14 277:5
289:2 298:8,
10 327:22,23

longer
249:15 287:2
288:5 307:6
341:3

looked
107:14
235:20
347:18

lookout
261:10

loop
248:9

looped
99:22

Loosely
179:12

lose
34:22 120:21

lost
34:25 205:4

lot
7:14 10:12
15:17 18:1
19:9 74:19
107:2 136:15
159:22
164:15,16
165:16 179:8
180:6 205:16
253:22 260:5
297:20
307:16 322:6
323:13
328:16

Lots
152:12

loud
204:15
229:25 230:2,
3,4,6 254:16
324:13

louder
26:19 34:21

love
107:8 193:2
272:16

loves

126:17

low-tech
8:7

lower
50:13 183:1
251:1,9,25

lowered
139:8 141:23
142:1

lowering
139:1 314:18

lunch
164:1,4,5,6,
14,16,21

luxury
323:18

___

**M**

___

M-I-N-E
39:1

machine
8:4 10:5

machines
8:11 10:15,
16,25 11:1,7
12:13,14,15,
24 29:5,10
32:21 33:8
36:5 70:25
114:10
148:16 175:2,
4 183:12
209:6 215:16
227:16
233:23 237:4
254:23 281:9
311:2 313:13
332:10,18

Madam
123:11
144:10
281:16 329:3
342:7

made
4:10 35:12
41:10 109:5,
16 125:25
164:9 201:7
202:19
229:16
230:22
239:25
255:20 261:1
268:8,18
270:10
279:25 280:3
285:20
292:20 293:9,
22 294:10
299:12,17,20
311:3

magnitude
268:21

main
104:5 154:1
219:6 239:16
259:7 266:12
282:18
320:21

make
5:3 8:13
27:22,24
32:21 63:25
64:5 74:4
99:25 107:6
112:6 115:17,
20 121:11
140:15
143:16
155:16

161:19
163:17 175:2,
3 181:17
192:18
201:16
209:16
210:11
215:10 225:2
229:4 233:19
234:21
243:15
246:20 253:1
255:9,18
257:3 265:16
266:20 268:6
270:6,8
273:18,21
279:18
290:17
295:17
298:21
324:13
331:17
332:18
341:12,16
348:14

maker
239:11,15,17
261:6

makers
236:6

makes
74:13 318:10,
11 337:10

making
119:16,25
130:5 213:1
254:20
264:25
268:20
270:10

**Maloney**
11:16 15:23
16:3,6 20:10
21:15,18
22:12,14
23:3,9,12
39:25 40:5
56:18 65:24
66:1,13,21
69:20,21,23
70:16,18
71:14 75:8
78:1 79:8
80:9,10 81:2,
8 82:4,6 90:2,
16 96:17
97:16 99:24
100:5,11,13
101:17 102:6,
12,15,20
103:4,6
105:20
106:20
111:12 112:2,
16,21,24
113:8,23
114:1,13,19,
20,23 115:10,
19 116:7,10
117:5 118:15
119:11,16
120:15 121:2,
8 122:6
138:20
139:22 142:7
143:10
144:17 145:5,
24 160:19,20
174:15 175:5,
9 176:15
177:2,7,9,10,
16,22,24
178:1 196:5,
24 197:3,9,23

198:16 199:5,
11,18 201:20
202:3,22
203:11 204:2,
25 205:9,19
207:7 208:25
212:11,16
214:23
225:13,15,20,
25 226:20
227:6,10,11
228:1,4,15
229:6,10,13,
15 230:12
235:8,14
236:5,25
237:2,3,7,16,
24 238:7,12,
19 239:20
247:4 248:18
261:14
284:24
285:18 291:2,
8,14,22
294:8,13,14,
15 306:5,24
307:16
308:21 309:6,
17 310:1
314:17 316:7,
11 317:18
319:5,13
320:1,3,10,15
321:24 324:9
334:9,14,16
336:16,20
338:13,23
339:13
340:21
343:17
345:17

**Maloney's**
23:7 71:24

230:21
235:22
238:20
337:24 338:7

**managed**
20:23

**management**
100:16 131:8
180:5 197:10
202:23 204:4
236:6 239:3
319:2,13,25
320:12
321:17

**managing**
186:13

**Manhattan**
256:11

**manner**
292:22

**manufacture**
31:15 32:6,10
36:3 38:2,17
39:6 226:21
258:23

**manufacturer**
170:22
172:21
184:16,21,23
187:8

**manufacturer
s**
32:20 166:4
171:1 173:4
277:24

**manufactures**
184:6

**manufacturin
g**

21:12 35:23
181:22 182:1
190:15 191:3
227:3

**map**
46:14

**March**
185:5

**mark**
156:2 198:8
260:5,8

**marker**
18:19

**market**
29:18 82:16
104:2 174:21
181:2 215:8
234:1 240:25
261:6 280:24
281:3,10

**marketing**
39:10

**marketplace**
296:15

**marks**
85:16 154:24

**match**
323:6

**matches**
16:3

**materialize**
311:14
313:20

**matter**
19:4 107:16,
17 121:24
175:10
182:17,19
220:7

**matters**
17:15

**matured**
194:7

**meaning**
109:24
112:18

**means**
41:12 57:6
73:23 74:6,10
78:24 85:21
88:5,11,23,25
102:7 244:12
254:2 329:18

**meant**
68:15 79:13
88:19 105:25
114:18,19
116:8 119:13
121:4 141:1
160:3 253:6
304:3

**measurement**
44:21

**medium**
67:3

**meet**
6:14 257:13
319:14
321:17
341:18

**meeting**
25:14,19
116:13 264:5
295:21
320:12
321:11
324:25

**meetings**
25:15,23

members
164:11

memorable
219:21

memory
121:5 129:18
233:12

men
15:10

mention
234:16
258:10

mentioned
28:8 137:15
173:19
179:24
188:12 194:2
196:10 200:5
205:11 227:5,
19 234:15
241:21 244:9
248:17 252:2
257:1 261:5
270:9 280:7
287:12
296:23 330:1
331:22

mentions
230:14

merge
262:6

merging
259:10

merits
346:7

message
19:21 69:18
91:2 95:6
114:22

118:15,21
142:6 143:19
201:25 202:3
203:1 237:7
242:22
245:11
254:11,15
305:21
336:16
337:13,15

messages
22:4 33:14
67:5,15
73:16,20
77:21 80:21
101:16
118:21 126:6
135:20 179:9,
10,11 244:10
309:22 310:5
314:9,11
319:18

met
5:16,17 45:13
50:22 90:17
177:22,24
245:25
256:13,17
261:13
263:12,18
264:1 328:4

method
122:12

metric
233:22

Michael
6:13 72:11,
23,24 73:3
77:21 82:7
121:13
131:15

170:10
180:13 185:9
196:5,18
202:12 205:3
212:12,17
225:22
227:13
228:18 229:8
230:12,16
233:18 237:2
246:16,17
256:12
257:10
277:18
284:24 285:6
291:10
308:23
313:16
314:25 330:3

Michelle
191:22
194:24
195:16,20
196:3 197:14
201:10,21,23
202:25
203:16 212:5,
8 216:22
217:5 218:21
219:11 222:6,
23 223:7,9
234:23
243:20
244:25 245:6
247:10
250:16
262:12 263:4
264:12
265:18 269:3,
6 271:4 272:4
275:9 283:21
285:3 324:4,6
325:12 326:1

mid
183:1

middle
69:15 338:10

Mike
78:12 126:24

mild
18:16 180:23

milestone
276:16,17
328:9,10

milestones
328:4 331:4

million
11:11,19
12:7,17 13:24
16:10,11,15,
16,20,22
17:22 20:14
43:12 54:25
57:6,9 60:17
61:4,17 62:5,
17,24 63:9
79:2 108:22
109:25
110:19,25
113:7 119:9
136:3 137:21
138:1 141:24
142:2 147:16,
19,20,21,22
148:12 149:6
151:16
153:24,25
154:8 155:2,
20 156:2
162:18,24
167:21
170:14
173:16 174:1,
7 175:14

198:8 205:14
206:25
208:15,21
212:23,24
213:5,8,10
214:15 221:8,
11 227:22
247:21 250:8,
11 251:2,5,6
252:11,24,25
255:6 280:1,3
284:8 285:10
292:19,21,25
293:3,8,12
296:12 301:5
304:13 305:3,
11 310:22
311:1 312:24
313:11,13
326:9,19,22
329:10,20
332:6

millions
20:3 332:5

mind
14:15 160:5
254:2 346:17

mindful
204:14

mine
39:1,5 185:11
266:15
327:16 331:7

miner
12:22 41:15,
18 44:10
45:1,22 46:17
50:10 51:7
53:8 54:14
63:5

miners

46:3,4 51:5,
13,17 52:3
231:4

**mining**
7:24 8:4 20:4
23:8 26:11
27:1,4,12,18,
22,25 28:4,18
29:1,13,14,
21,25 30:5,
12,16 31:15
32:6 34:9
39:6 44:21
45:18 53:18,
21 54:2 65:2
100:7,14
123:23
148:16
154:10 156:4
159:7 162:7
173:13
174:24 175:1,
15 181:3,11,
18,22 224:25
226:21 229:7
230:19
231:11
232:17,18
241:12
266:13
280:19 281:8
283:11

**minute**
7:18 14:13,16
20:13 42:6
161:17 169:4
174:11
257:20
328:13
335:24

**minutes**
6:23 19:14

20:24 22:21
65:15 83:23
123:5 157:10
164:5,6
177:21 211:8
249:16,21,24
281:16
284:17
288:14,15
298:7 325:10
329:6 335:11,
12,16 338:21

**mischaracteri
zes**
154:16
267:25
309:10 339:1,
4,16

**mischaracteri
zing**
98:12

**misheard**
157:22

**mispronounc
e**
170:17

**misremember
ing**
201:8

**misrepresent**
94:18 95:10

**misrepresent
ations**
17:19

**missed**
78:16

**missing**
74:10 284:12

**mission**

286:21

**misspoke**
33:21 50:2

**Misstates**
61:20 130:11
279:1

**mistake**
164:9

**mistakes**
9:1,2

**Mm-hmm**
85:8,17
123:12

**MNA**
193:10,13,15
196:6,8,10

**moan**
16:15

**mobile**
114:2 286:14

**model**
29:3 36:7
46:17 64:21
226:25

**modification**
315:4

**modifications**
314:22

**mogul**
184:8

**mom**
245:15

**moment**
17:18 64:2,18
99:3 149:25
183:11 192:2
211:4 219:21
222:21

253:21

**momentum**
110:15

**Monday**
203:23

**monetary**
326:8

**money**
10:8,9,24
11:1,6,8,12
12:12 13:7
17:25 50:23
51:21 52:3,4
53:23 54:3,16
112:25
139:23
140:14,24
153:20 160:2
175:3 181:18
238:12
285:23
303:17
304:20
305:19
316:12
328:12

**monopoly**
234:2

**month**
16:16 53:3
107:4 166:18
224:11 280:8
282:25
283:17

**monthly**
186:15,17
328:14

**months**
20:3 21:6
49:23 50:1,2

120:3,5,7,8
137:17
207:22 225:4
237:12,15
249:2 277:10,
16,25 278:1
293:4 332:20,
21

**Monzon**
5:10 6:16
8:17 10:23
11:5,24 12:11
14:11 15:21,
22 24:1,13,
15,23 32:14
33:5 36:11
52:11 55:11,
16 60:16
62:17 65:19
67:11 76:13,
18 77:19
88:12 89:7
95:2 98:21
99:5,15
115:24
121:22,23
122:15,25
142:25
157:14
165:13 172:2
176:4 185:24
190:2 195:2
197:17
199:23
200:16
201:18 202:2
204:1 212:10,
13 218:6,24
219:14 221:6
223:3 230:9
232:14 235:2,
13 236:24
247:13

248:19 250:5,
21 253:3
254:10 258:7
264:15 269:9
271:9 272:11
274:3 275:3,
17 279:22
282:2 286:25
288:13,23
289:1 292:11
297:22
298:16
299:25 300:3,
16,17 309:15
311:9 317:17
318:25
321:15 334:6,
9,14,20
339:7,15
340:11 341:2
343:23

**Monzon's**
32:24 57:20
223:10
293:25
299:18 335:2

**mood**
215:6,7

**moon**
219:24,25

**morning**
4:3,5,6 5:13
6:11 101:25
102:6,11,15
103:3,9,13
169:6 170:15
174:13 218:4
224:15
240:19
272:11

**motions**

216:16

**motivate**
90:13

**motivated**
328:6

**motivation**
14:17

**mountain**
14:7,8

**mouth**
181:5 296:14

**move**
90:6,9 96:11
99:18 114:8
136:14
220:25
280:22
311:18
323:11,15

**moves**
322:11

**moving**
73:12 75:10
102:25 103:6
199:7

**MRAM**
233:14

**mud**
22:8

**muddied**
22:3

**multifaceted**
342:18

**multilayer**
299:10

**multiple**
8:22 20:12
30:7 87:13

167:11 224:2
293:13

**Musk**
21:3

**mutual**
195:4

**mutually**
278:19

———

**N**

**N-A-E-E-M**
134:23

**Naeem**
134:22,24,25
135:2,4

**named**
66:2 125:6
134:22
327:21

**names**
4:22 13:19
47:16,17,18,
19 61:12
185:14

**narrative**
167:24
273:15

**NASA**
87:15,18

**natural**
276:16

**naturally**
167:4 227:18
228:19 241:3

**nature**
315:5

**navigating**

81:22

**NDA**
38:23 70:17,
18,21 72:12
163:21
169:11 195:4,
13 196:13
200:14
230:13

**NDAS**
70:20 100:1

**neck**
199:7

**needed**
54:20 166:11,
20,25 171:3,6
172:8 207:16
208:5 215:13
276:19,21
277:4,20,24
283:20 284:6
307:16

**nefarious**
20:21

**negative**
295:3

**negotiate**
106:8 162:17

**negotiating**
100:9,21
191:11 197:3

**negotiations**
20:8 41:25
193:7 196:16
311:6

**network**
91:7 97:23
98:9 99:11
282:13

**nice**
6:13 17:11,17
203:14
259:23
328:14

**night**
118:8,16
119:3 157:20

**nobody's**
347:18

**nods**
86:15

**noise**
15:5,6,7,9,13
17:14

**non-
provisionals**
31:5

**nonbinding**
200:13

**nondisclosur
e**
70:17 195:23

**noon**
271:22

**normal**
56:21 166:25
203:25 277:9
289:19

**north**
290:24 332:6

**note**
274:1 287:1
298:16
312:19
325:23

**noted**
158:13
169:25

171:19 232:9 343:9

**notes**
345:20

**notice**
76:25 111:3, 6,11 113:8

**noticed**
334:4

**November**
149:4 151:3 152:22 262:19,21 265:21 269:9 296:11 312:12 326:20 332:15

**number**
7:22,25 8:2 9:2,6 10:2,17 67:24 93:18 114:4 115:2 126:10 127:10,18 157:16 158:25 204:21 214:4, 14,22 219:1,4 221:12 229:1 239:24 245:3 247:23 254:23 262:13 272:6 283:9,10 284:1 294:12 302:3 313:23 332:13 336:3 340:22 342:10 343:6, 11 344:3,11

347:5

**numbered**
44:1

**numbers**
45:11 67:24 71:9 72:6 127:12 181:1 283:9 322:21

**numerous**
20:11

---

**O**

**oath**
12:20 13:5 21:19 309:3,5 335:2

**object**
40:9 57:21 129:23 142:11,16 154:15 169:19 232:7 267:24 299:24 309:13 317:25 333:21 334:22,23

**objecting**
18:19

**objection**
61:20 89:3 94:21,24 98:1,11,19 99:13 100:23 115:12 121:20 128:19 130:11 133:7 134:4 136:6,

11 145:7 154:15,16 158:9,16 160:22,25 167:23 168:22 171:14,24 174:3 178:7 189:6 200:19 220:1 231:6 232:5 235:24 236:11 252:15 257:25 260:3 270:15 279:1 309:9 310:9 311:4 313:2,6 315:14 316:1 339:1,4,16 342:1 343:10, 20

**objections**
136:15 155:13 158:2 171:18 178:11,15 189:12,15 270:21 274:1 346:25

**obligate**
12:15

**obligations**
153:10

**observed**
171:20

**obtain**
331:13

**obtained**
248:17

**occur**
172:4

**October**
50:16 51:5 251:6 255:8 256:2 263:11 292:14 293:9 295:1,23

**offensive**
122:14 178:4 287:14,21

**offer**
16:4,7 21:25 76:21 90:3 104:6 105:25 106:12 107:7 113:9 122:9 125:16 126:1 133:22 135:2 177:2 178:1 179:2 187:24 192:8,17 228:8 306:12, 20,25 307:18 311:3 329:19 334:17 338:24 340:15

**offered**
21:15 115:20 122:7 127:4 129:20 134:2, 19 158:17 192:18

**offering**
82:5 122:11 188:1 309:7

**office**
102:21 164:13 167:15 305:19,22,25 327:15,16

328:11,25

**officer**
27:3 239:1

**offices**
328:19

**officially**
237:18

**ointment**
297:20

**oldest**
312:1 330:21

**one's**
260:11

**ongoing**
228:14,16 342:24

**open**
115:15 171:23 176:11 189:13 203:4 219:16 261:16 263:5 270:5 288:1, 10 323:20

**opened**
102:17 157:12,13 219:15 222:20

**opening**
5:3 6:20 7:8 15:5,17 18:8, 12,13,18,21 19:1 103:19, 20 181:20 222:1

**openings**
5:9

**opens**
64:15

**operate**
29:1,14
260:18

**operates**
123:23

**operating**
30:16

**operation**
122:13
266:13
327:19,22

**operations**
28:7 159:8
166:3 168:21
181:23 185:6,
7 186:1,21
187:3 199:1
224:25
226:15

**operator**
162:8 227:19
236:5 259:16

**operators**
210:3 281:8
290:24

**opinion**
133:3 175:9

**opportunities**
135:7

**opportunity**
197:11
280:15,20,25
288:11

**opposed**
48:16

**opposite**
345:19

**optimization**
30:23

**option**
14:5,6 99:17
227:15 234:1

**optional**
142:12,17

**options**
84:3 97:7
153:2 155:25
164:15,16
271:25

**oral**
8:22 268:17,
20,22 269:2
279:11 315:4
326:21

**orally**
279:17
317:19

**order**
19:3 47:23
48:4 49:19
53:10 79:3
86:21 91:11
139:2 162:18,
24 163:1,16
167:2,21
172:3,23
190:9 193:23
197:20 198:4,
7,18 205:6
206:16
207:17
208:14,15
209:2,11,16
212:19,23
214:14
215:15 219:1,
3,4,8,22
221:12

**orders**
224:14
230:23 251:2
261:25
275:21
276:19,21
280:22
282:19
299:12,16,21
314:19 323:8
326:7,19
329:10,25
341:20
342:10,19,25
343:5,10,11,
25 344:1,3,11
347:1,4

**ordered**
164:5,6
344:21

**orders**
74:17,20 75:5
215:15 219:9
224:12
278:15
344:13
346:13 348:5

**ordinary**
310:2

**organization**
303:16

**organizing**
347:19

**orient**
77:25 138:8

**oriented**
138:9

**original**
8:25 10:19
71:23 127:15
139:11,14

140:9,22
145:5,16
245:4 316:18

**originally**
141:11
317:10
337:24

**Overbroad**
273:15

**overcome**
182:5

**overcommitti
ng**
210:5

**overconfiden
ce**
243:4

**overlap**
93:11

**overrule**
171:17
273:17

**overruled**
168:24 174:6
274:8 343:19,
22

**overruling**
343:25

**overseeing**
27:7

**overtures**
264:3

**owner**
23:4

**ownership**
23:7 175:6
176:16
239:23 240:3

**Oxford**
87:23 89:1

**Oz**
64:13

---

**P**

---

**P-A-N-K-A-J**
159:19

**P-I-P-A-N**
66:2

**p.m.**
84:9 159:3
164:21,22
211:15 250:1
271:24
288:20 349:2

**Pacific**
217:14
218:20 222:5,
12

**package**
336:25 338:8
340:17

**packages**
228:9

**pages**
13:12 19:5
67:19 104:22
137:23 206:6
334:8

**paid**
10:3 11:11
16:22 50:18,
20 53:23
54:16 148:12
156:3 165:20
166:23
171:12 186:8
190:3 238:13

248:23 250:8
252:11,12
255:23
292:23
300:19
304:13

**Pan**
159:17

**panel**
9:22 17:24
19:3 24:10
29:17 60:11
65:11 152:16
158:6 164:8,
10,11 165:19
166:16
171:22 177:7,
18 179:23,24
198:22 200:3
220:17 221:3
226:9 233:9
240:22 244:6
245:12
248:11 249:7
253:7,9 254:1
256:4 266:8
280:4 287:8
288:11
298:21 299:4
300:16 309:2,
4,12 310:20
314:12 315:3
318:10,11,12
320:7 330:18
338:22
339:11 340:4
342:5,14
345:20
346:11
348:16

**panel's**
76:1 220:5

299:11,16,21
344:1 345:24
346:6 348:4

**Pankaj**
159:18,19,20
223:15,16

**panned**
260:18

**paper**
10:13 48:16,
18 146:6
150:16,18
152:12

**paragraph**
44:3 45:17
195:22 278:7
312:20
324:17 326:3

**paragraphs**
44:3

**parentheses**
73:18

**part**
8:6,18 29:12,
24 36:4 40:10
81:1 84:6
98:17,18,23
99:19 116:23
139:2,8
140:9,22
141:23 142:1
155:10 179:4
187:5 191:19
208:17 226:9
235:14 248:6
252:25
284:13
286:21
290:10
314:19
316:18

**part-time**
97:11 146:18

**parted**
25:4 263:13

**partial**
23:4 172:13
252:12

**partially**
172:12

**participated**
196:16

**participating**
285:9 322:8

**particulars**
320:24

**parties**
5:2 8:22,23
29:6 41:3
56:22 74:9
133:15 153:4
200:11 209:8,
20 217:23
218:10
222:15
226:24
228:19
230:24 233:1
241:3 247:6
266:7 278:16,
18,20,25
281:11

**partly**
305:24

**partner**
111:9 215:10
257:7 331:6

**partner/
customer**
266:3,9

**partners**
17:13 31:18
227:2 257:4
266:17,19

**partnership**
209:14
224:23 225:1,
8 256:19,21
257:17 261:1

**parts**
8:5,12,15
144:4

**party**
14:6 16:17
38:16 59:8,24
110:4 135:17
163:21 286:1
299:18,25
318:16
345:22

**pass**
88:7 340:25

**passed**
87:13 234:7
243:6 280:20,
25

**passing**
291:11

**past**
18:21 297:15

**patent**
31:3,6,8

**patents**
30:20,22
31:11

**path**
260:22

**patience**
289:1 341:3

**patient**
326:16

**patiently**
23:20

**pause**
47:24 223:21
229:12

**pay**
13:24 54:15
79:13 121:2
186:4 238:12
251:5 290:17
291:3 322:25

**paying**
7:13 187:1

**payment**
16:10 50:4,6,
10 53:11
79:13 108:22
109:1,5,15
110:18,23,25
111:2,13
113:7 119:10,
16 135:15,21
136:4 137:14,
20 154:7
166:14
171:13
172:13
206:18,19
207:8,11,13
224:16 251:7
252:13,25
255:19,21
258:21,24
261:2 275:18,
19,25 276:12,
15,19,21
277:8,9,20
280:1,3
291:5,7

292:19
293:16 301:5
303:21 304:2,
12,18,19
305:15
307:17
308:15
334:20

**payments**
109:2,8
119:25 120:2,
3,12 137:16
249:1,2
254:25 257:1
264:23
270:10,11
276:15
290:18,23
293:7,9,11,
19,22

**payroll**
190:5,9 301:6
302:14 303:7,
12,13,18
327:13,17

**pays**
170:14

**PDF**
69:12

**peeps**
128:4

**peers**
291:9

**penalty**
9:22 10:23
11:2,6

**pending**
112:2,17,18
169:17,22

**people**
16:14,25
17:12 20:3
47:24 70:6
83:14,16
94:2,14,17,20
95:9,16 97:19
102:9 115:6
123:25 190:3
192:22
228:25
302:23
322:15 323:3,
15 327:13

**percent**
91:9 123:24
206:22
275:20,25
294:9 340:19

**percentage**
176:15
229:17
294:12

**perfect**
188:10
200:25
218:22
219:10
223:11 245:6
327:25

**perform**
54:21 302:23
331:20

**performance**
44:10 45:1
242:16
280:18 295:5

**performed**
331:24

**period**
30:19 155:10

203:23 293:2

**periodic**
28:21 119:25

**perjury**
9:22 10:24
11:2,6

**Perkins**
6:8,12

**permission**
49:11 247:4,
17 248:15

**person**
17:17 81:3
94:19 95:10
96:24 102:4
132:15
146:12
159:15
160:11,21
226:14 228:5,
12 243:15,19
300:6

**personal**
70:16,21
295:11

**personally**
26:10,25
27:11 28:3
31:10,12
169:7 180:11
249:17
263:17
291:19

**persons**
245:19

**perspective**
166:15 177:5
190:13 191:2
192:23
257:20

**pertaining**
151:10 273:5

**petahash**
213:10

**phase**
260:1

**phone**
85:4 267:12,
14 320:9

**phrase**
87:14

**phrased**
95:4 270:18

**physical**
26:6 55:12

**physics**
242:15

**pick**
29:8 275:4
283:2

**picked**
29:10 144:5

**piece**
214:20 328:7

**Ping**
114:2,7

**pinged**
113:8

**pioneer**
27:4

**Pipan**
66:2,8 67:15

**pitch**
11:14 66:9
146:24 147:5

**place**
32:10 35:12

41:25 74:20
78:4 86:20
91:10 100:1
137:17
170:23
181:23,25
182:1 197:15
207:16
215:15
256:10
259:20 293:4

**placement**
126:2

**places**
226:18

**Plaintiff**
24:16

**plan**
28:25 29:13,
24 31:14 32:4
33:6 94:18
95:9 163:14
173:2,3 187:5
251:1,4 345:2

**planned**
30:4,11

**planning**
283:16
308:20

**plans**
193:21
282:19
308:14

**platform**
102:4 280:22

**play**
58:7 59:6,8,
10,23 140:8,
21 316:17

player
35:20 210:2
234:2 257:8
331:1

players
37:15 160:6
167:5 330:21

playing
59:18,20

plummet
21:11

plummeted
21:2

PO
81:11 163:5
202:14
217:12
218:11,15
247:21
250:14
312:24,25
326:9

pocket
10:10,13,14

point
17:10 20:17
26:13 39:11
41:16 75:18
83:10 87:11
90:22,24
92:17 106:22
112:5 147:13
150:4 160:15
172:25
176:12
198:19 204:6
206:20 213:4
221:7 228:11
229:5 240:14
243:9 244:15
245:20,22

259:7,23
295:3,6
308:10,19,20,
23 310:17,24
312:11 319:1
323:5,17
329:14
341:20
343:14

points
133:19 275:5

polite
15:18

politics
17:16

pool
330:13

poor
245:21

portion
32:23 59:23

portions
293:3

POS
43:17 147:19

position
103:25
117:16,17
118:24 127:5
220:13
343:16
344:24 345:1,
14

positioned
190:14 191:3

positions
4:22 346:25

positive
248:5

possibility
209:5

possibly
70:25

postpone
323:16

potential
11:15 23:12
39:16,17
41:10,11
63:11,12
68:16 73:5
74:15 75:4
115:10 122:6,
12 161:8
163:17
175:17
191:12
193:23 197:4
244:17 286:3
290:14 331:1

potentially
191:9 215:9
285:11 286:2
329:9

power
9:7

powerful
259:14

Powerpoint
55:15

PR
163:7

practically
234:2

practice
56:21 86:8,10
184:5 202:21
203:25

205:12
207:18,20
219:3 227:3
268:19

practices
63:13 65:4

practicing
206:4

precious
19:15

precisely
160:5 173:3

predate
10:18

predicate
136:23
231:12

preface
137:7

prefaced
59:15

prefer
48:15,18 60:9
67:3,11
187:24
277:25

preference
52:13 220:5
300:5,8

prejudiced
318:4

preorder
43:13 153:11
207:16,22,24
278:2

preorders
73:12 75:10,
14 283:18

287:22 333:3

preparation
289:15

prepared
260:15

preparing
39:20 56:11
66:9

present
5:10 60:11
345:25

presentation
56:9,11

presentations
56:15,22
66:12 146:21

presented
55:3 132:5,20
342:16

president
124:6,22

pretend
15:14 130:19

pretty
4:18 8:1,7
14:21 31:7,19
75:24,25
76:10,12
115:19
164:16
209:25 270:2

prevalent
167:5

prevent
242:7

previous
91:16

TRANSCRIPT OF PROCEEDINGS, VOLUME I

previously
171:20 342:9
344:21

price
21:1,5 65:6
103:25 104:2,
4 139:2,13
180:17,18,19,
25 181:13
182:21,23
183:1,9,11,
12,16 206:23
213:10
214:19 215:8
251:13,19,25
252:6,9
258:13
275:20 276:1
281:4,13
296:18,21
314:18

prices
82:4,21
251:14

pricing
82:23 182:22
252:3

Prieur
20:2

primarily
29:4 30:24
248:8 259:6

primary
30:15 100:13,
19 196:25
283:13
292:25

primed
168:7

printed

210:14 283:7

printout
100:3

prior
6:6 26:9,24
27:2,10 39:23
50:15 75:13
188:9 213:9
262:25
319:23
343:25 344:1

priorities
243:13

prioritization
168:8

prioritize
232:25
271:16 280:9

prioritized
167:2 208:7
277:14

priority
90:7,9 215:17
228:3 229:20
276:22

pro
21:16

problem
68:5 76:19
136:21
157:23
201:15 296:1
313:3

problems
257:22 258:1

procedural
18:17

proceed
5:9

proceeded
247:20

proceedings
171:17,20
270:21 349:2

process
30:25 31:1,3
70:23 72:17,
23 96:19
100:21 113:4
151:8,13
171:10,12
177:6 187:24
227:12
261:24 273:3,
9 289:20
306:17 318:7
330:24
345:15

procure
232:16,18
281:9

procuring
175:1

produce
9:20 121:17
156:3 283:8,
10 284:2
310:6

produced
8:3,17 9:19
53:15 54:10,
13 61:11
157:20
210:16

producer
231:11

producing
215:16 310:7

product
13:8 31:22
46:14 154:3,5
180:5 192:12
207:18
280:13,24
286:24

production
46:23 47:2,4
183:24 278:4
283:7 286:5
330:3 332:11

productive
151:12 273:8

products
27:25 207:3

professor
205:23,25
206:1

profile
194:1 323:2

profit
65:5

profitable
174:23

profits
20:7

program
180:5

progress
201:18
254:21

progressed
23:13

progressing
242:15
330:12

progressions

23:15

project
112:7

promise
6:24 241:8
289:1 300:21

promised
9:19 10:25
11:7 203:22

pronounce
159:16

proof
21:25 107:7

proper
59:23 160:6

proposal
139:19
337:25

propose
163:23
311:11 337:9

proposed
271:24
301:25

proposes
312:22

proposing
313:12

prospects
229:6

protective
342:19

prototype
276:20 277:6

proud
245:15
286:10

prove
215:25
220:15

prove-up
194:23

provide
146:16
148:19,20,25
156:10
163:15 172:9
186:14 267:7
331:3 347:16

provided
38:1,17 39:5
53:7,21 54:2
146:25
148:15,23
151:17
187:16
188:13
198:16,19
199:18
206:11
246:24

providing
212:17
230:12
240:21

provision
208:2,10,16

provisional
30:22

provisionals
31:4

provisions
275:2

PST
271:22

public

66:11 176:7

Puerto
202:12
203:13 256:8
319:2,14,25
320:10
321:18
324:20,25

pull
47:22 55:4
63:17 64:16,
18 66:22,25
67:2 77:14
87:22 89:1
101:4 104:11
107:13
108:12 135:9
136:16 146:2
150:6 152:4,9
190:9 216:22
301:9,11
304:23
311:19
343:10 344:2,
13 346:13
347:8

pulled
127:15

purchase
47:23 48:4
49:19 52:8,16
53:9,10
125:13,22
163:15
167:21
197:20 198:3,
4,6,7,17,18
205:6 206:16,
22 208:14,15
209:1,11
212:19 213:4,
10 214:14,18

219:1,2,4,6,8
221:11,23
222:2,16
223:5 251:2
275:20,21
276:1 278:15
290:19 296:2
324:23 326:7
329:10

purchaser
207:4 276:6

purple
213:25 214:7,
8

purpose
34:15 100:12
207:15
265:10

pursuant
172:10
248:24

pursuing
73:6

push
91:13 111:25
112:15
236:24
297:15

pushing
241:1 242:14

put
4:20 17:21,22
18:19 64:6
98:25 99:2
130:17
155:14,15
164:7 173:22
177:5 185:19
189:15 191:5,
22 192:2

194:24
201:22
210:19 212:5,
6 214:16
223:7,11
230:25
247:10
250:16
257:20
259:23 271:4,
10 272:4
296:13 323:4
338:8,15

putting
11:13 114:25
336:24
340:16

puzzle
328:8

———————

Q

Q3
332:19

Qualcomm
27:19,22
31:20 179:24,
25 180:1,3
184:6 228:9
233:13,15,16
234:4 261:5
286:13

quantities
277:21

quarters
306:3

question
18:10,17
26:20 27:6,14
28:1,2 29:9,
12 30:9 32:15

36:12 38:11
48:3 52:20
54:8 57:23
58:3,4,13,14,
16,19 59:15
60:3,7 61:23
62:21 67:13
71:12 74:25
75:2 77:19
85:15 88:9,15
92:21 95:2
98:4,21,25
99:5,7,15
115:24
120:21
121:22
122:16
125:18,19
130:1,6,14,21
134:5,9,12,14
136:19 137:3
142:25 143:3,
21 144:3,11,
14 145:9,11
149:3 152:2,
6,8 153:20
154:12,24,25
156:2 166:19,
22 169:13,17,
21 171:22,23,
24 178:10,19
183:13,19
184:17
188:21
213:14
219:16
231:21 232:3
235:6 243:23
253:19 254:1
260:5,8,9
262:8 264:18
267:1 274:11
277:18 279:4
294:4 296:8

308:9 311:9,
16 318:8
323:24 327:5
333:7 339:7,8

**questioning**
122:23
142:18
178:23
273:25 295:8

**questions**
11:24 31:25
41:6 55:25
56:4 59:21
60:9 65:16
88:1 89:7
128:21
151:15,25
154:20 158:6
169:7 170:16
185:4 196:15
198:13
199:14 218:7
238:17
246:12,21
253:9 270:18,
22 272:24
274:3,23
279:23
288:12,23,25
289:18,22
290:1 292:6
294:23 295:4
296:6 297:20
302:19 309:3
319:21
321:16
324:12 328:1
333:18
339:12 345:3,
11

**queue**
57:19

**quick**
17:5 194:22
206:15
215:25 216:1
249:19

**quickly**
187:23 225:3
300:21
322:20
323:15 330:8
346:16
348:25

**quid**
21:16

**quiet**
163:24

**Quinn**
129:3

**quitting**
237:17

**quo**
21:16

**quote**
82:9 163:16
173:16
243:25

**quote/
unquote**
175:3

**quotes**
191:5

---

**R**

**Rachel**
66:2 177:15

**radio**
8:14

**raise**
24:13 118:3
140:8,13,14,
21,22,24
141:1 158:7,
9,15 160:2
258:8 281:1
285:10
308:14
316:17,21,22
319:7 332:24

**raised**
13:7 18:18
229:6

**ramp-up**
46:23

**Randall**
6:4

**ranges**
186:24

**rapidly**
281:5,7,12
296:22

**rare**
149:25

**rate**
83:17

**reach**
49:9 85:6
126:25 168:5
241:7 250:13
263:24
323:19

**reached**
15:23 16:5
80:8 83:24
84:2 111:12
118:4 119:10
142:6 143:9
144:16 145:4,

24 148:6
160:18
314:18

**reaching**
101:20

**reaction**
209:10

**reactions**
17:2 228:24

**read**
19:5,8 32:22
34:2,6 38:12,
19 40:23
41:23 42:16,
20,24 43:11
44:7 46:16
56:5 57:4,8
58:5 59:23
64:24 68:14,
23 69:4,9
72:10,15,21
73:2,10 74:22
78:11,17,21
79:1,11,16,21
80:1,7 81:10,
14 82:8 83:2,
8,13 84:21
85:1,3,9,18,
23 86:12,18,
22,25 87:6
89:11,13,17
91:4,14,21,22
92:5,10,24,25
93:5,20,25
94:5,7,9,13
95:13,18,25
96:10,16,22
98:13,15,16,
17,18 101:24
102:2,14,20
103:18,20
104:25 105:6,

11,19 106:3,
7,11,16,18
109:23
110:14
111:24
112:14
113:25 114:6,
15 116:11
117:4,14,21
118:7,13,22
119:2,8
120:14,20
126:12,16,22
128:2,10,15,
25 129:5,6,
10,14 131:24
132:17
134:14
137:24
138:19,25
139:6,15,21
140:4,6
141:3,5,9,15,
21,25 144:10,
12 147:11,14,
18 151:6
152:25 153:7,
8,18 159:5,20
160:4 162:1,
15,21 163:4,
10 186:3,10
195:11
197:18
199:11
202:11,17
203:12,20,21
205:2 206:21
218:14
221:21
223:19
237:16,20
242:21,23
243:25 252:4
254:16,19

263:20,22
264:4 265:4,
8,23 266:1
267:2 269:12,
22 270:4
271:18 273:2,
10,11 274:17
275:23 276:8
278:13,21,22
282:16,23
283:22
284:21 285:5,
12,14 302:6
303:1,6,22
304:1,6 305:9
306:4,6,11,18
307:5,11,24
308:4,9,13
312:17,21
316:10,15
317:3,5,8,12,
16 324:15,18
325:21
326:11,15,23
336:20 337:7,
14,23 338:14
344:7

**readiness**
183:24
186:25

**reading**
86:17 130:15,
16 167:12
314:25

**ready**
9:25 23:22
24:1,6 43:3
47:24 55:21,
22 101:13
123:1,2
152:16,17
165:5 166:6,

10 181:24
185:15 187:5
194:20
244:23
259:25 262:4
283:1 307:7
341:13 342:7

**real**
17:5 91:9
107:18
131:12
206:15 216:1
241:6

**reason**
35:3 54:10,13
111:10
245:20
290:12
315:22

**reasonable**
337:1

**reasons**
209:4

**rebuttal**
335:1,2

**recall**
25:13,22 26:1
32:17 43:22
47:15 53:16
55:2 56:6,20
57:16,24
58:1,22,25
59:1,4,16,17
60:20 61:6
62:1,3,8,10,
12,21,23
66:6,20
70:19,21 71:1
73:20 97:6
103:12,16
104:4,10

106:25 109:2,
4 113:11
114:18,19,21
116:8 119:18
120:2,11
121:14 124:3,
5,8 131:13
133:13
136:18
137:15
139:13
140:25
143:15
145:25 147:8
149:7 153:22
156:9 160:14
161:4 167:12
169:9,10
176:8 177:20,
21 180:24
181:1 182:12,
15 186:23
191:14
193:17 194:2
198:8 200:2,
3,24,25 208:3
209:3 210:9
215:18,19,20
224:9 226:22
229:17
230:14
235:17
239:24
246:23
248:25
250:10,11,21
251:7,18,21
256:1,22
257:1,4,10
264:16,18,21
266:11
267:14 272:2,
13 290:6
291:7,25

293:1,10,18
294:11,18
295:18
304:21
308:22 310:4
311:10 319:1,
4,5 320:20
321:3,16
329:11,17
330:6 331:9
332:4

**recalled**
59:19

**recalls**
136:20 137:9
166:16

**recap**
250:6

**receipt**
305:3

**receive**
183:10
215:22 278:3

**received**
103:4 110:19
112:21 113:2
135:15
137:14,21
145:20 204:5
214:2 215:24
217:15,16
226:2 250:12
272:19,22
274:15,20
293:7,12
301:5 330:6

**receiving**
264:16,19
277:15

**recent**

46:8 313:15

**recess**
75:21 123:7
164:21
211:14
249:25
288:19

**recognize**
6:1,6 48:4
52:15,20 56:7
67:14 71:13
77:20 195:2

**recollection**
42:8 45:4
71:4 107:4
109:9,15
125:1 129:24
137:20
155:22,23
198:22
199:17,20
203:24 204:8
209:7 246:14
250:7 252:10
296:22
324:24

**recommend**
80:2,10 86:24
115:3

**recommendat
ion**
85:25

**recommendat
ions**
91:10

**recommende
d**
114:10

**reconsiderati
on**

343:25

**record**
4:4,20 77:9
99:8 123:11,
14 136:12
142:13,22
144:12
150:24
164:20
187:12,19
232:6 267:25
273:18,21
317:25
341:23,24
345:16,19
346:8

**record's**
27:9 148:11

**records**
121:17

**recount**
79:7 81:7

**recross**
328:1

**RECROSS-EXAMINATION**
318:23 340:8

**redact**
200:13

**Reddy**
14:12 24:24
25:5 83:24
84:2 85:1
86:3,5,22
89:11,13,22
90:1,10 91:14
92:5 93:5,10,
14 94:16
96:5,7 97:2,

21,25 98:8
99:10,16
111:21
160:13
170:11
243:24
289:14
301:18 302:3,
7 341:6,8
342:14,15,20
344:15 345:1,
3 348:3

**Reddy's**
92:20 97:23

**redescribe**
116:25

**redirect**
288:9 301:2
335:17

**redline**
141:11 142:8
143:11
144:20
213:16
317:10

**redlines**
204:6 206:7,
8,10,12

**reduce**
312:23

**reduced**
315:24
317:20

**reducing**
329:19

**ref**
308:15

**refer**
244:18

270:14
283:12

**reference**
45:17 58:8
212:2 220:22
290:14 326:4
347:4

**referenced**
188:25

**references**
43:11 46:2,23
50:10,15,25
242:3

**referencing**
221:2 257:17

**referral**
240:21

**referred**
56:8

**referring**
72:18 112:8,
10 118:14
140:13
153:23
170:21
211:20
227:24
245:13 246:1,
18 255:5,10
258:21 283:5
303:21
327:17,24

**refers**
45:24 55:16
308:23

**reflect**
147:6 213:7,8
214:1

**reflected**

43:21

**refresh**
107:3 109:9,
14 125:1
129:18,23
324:24

**refreshes**
121:5 137:19

**refund**
50:23

**refunded**
51:21 54:3

**refused**
10:7 121:17

**regular**
100:15,17
147:1 191:13

**regularly**
82:24 91:13

**reinforce**
234:19

**related**
60:17 130:14
143:1,21
151:11,16
200:7,8 273:7
295:14

**relations**
66:11

**relationship**
98:22 168:14,
15,17 169:12
232:23
238:19
258:25 264:2
296:1

**relationships**
170:22,25
181:25 182:1

233:1

**release**
44:9,25

**relevant**
199:2

**remain**
64:14

**remainder**
300:10

**remaining**
142:19
292:21

**remains**
82:15 153:15
299:24
325:23

**remember**
9:10 11:25
12:2,6,8
25:18 33:5
41:5,8 54:9,
12 55:25 56:3
57:13,14
58:21 60:16
61:3,11 65:10
71:24 109:7
126:18 136:5
137:19 138:4
152:4,8 198:5
212:13
216:12
220:14
257:22 258:9
319:12 343:3

**remembering**
258:2

**remind**
65:13 132:11

**reminded**

19:2 113:9
330:16
347:12

rent
328:15

reorient
136:8

repeat
26:20 99:8
134:16 146:3
184:17 219:8
292:2 311:22

repetitive
178:10

rephrase
239:9 258:4

replaced
268:17

replacing
210:23

report
93:13,19
102:23
111:14
112:19,22
113:1,4
246:3,5,7,13,
22,25 247:2,
5,18 248:14,
16 289:5,15
290:10 345:8

reporter
4:20 24:9
26:16 34:17
51:8 58:19
70:10 123:11,
12 144:10,12
165:23 169:2
181:7 235:10
342:8 345:22

346:14

reporters
345:25

repository
39:15 198:24

represent
53:14

represented
63:11

representing
54:24 329:15

reputation
287:11

request
20:14 157:1
208:16

requested
215:4 346:1

requesting
346:2

requests
345:22

required
50:22 165:21
186:16
278:24
290:18

requirement
262:7 287:6
332:8

requirements
113:5

rescindable
14:5

rescinded
17:9

research

264:7

reserve
288:6

reserved
253:8 298:20

resides
320:11

resilient
64:20 173:9

resources
323:2,13

respect
19:10 59:25
170:7 240:20
250:8 268:20
274:13 284:4
329:2 343:22

respectfully
231:24 346:5

respective
4:22

respond
148:4,7
153:19
266:25
269:16 321:7
348:5

responded
116:10
151:24 267:2
282:23 320:8

responding
153:22
289:23

responds
110:10
132:11,17
163:10
203:11

338:13

response
152:3,8
208:12
263:22 264:3
270:1 283:19
309:3 325:20
329:21 338:7
339:12
346:22
347:16

responsibiliti
es
180:8

responsible
168:20,25
169:12 170:8
180:10
185:25
214:21
224:12

restaurant
256:12
257:11

restaurants
256:22

restraints
232:22

result
54:19 247:20

results
91:9 132:5

resumé
66:19 69:12

retain
238:9

retained
244:20

retrospect
290:21

return
10:4

revenue
45:9,11,13
337:3,5

review
198:20
199:13 205:8,
12,17 324:19

reviewed
199:19
202:22
205:10 290:9

reviewing
151:8 197:10
273:4

reviews
20:11

revised
290:9

revising
8:24

revisions
139:23
143:18
212:19,21,22
213:1,11
215:4 268:24
279:21
316:12

revisit
161:17

revolutionary
12:16 13:17

revolving
11:19,20 55:1
57:9 60:18

61:4,17 62:5,
18,25 63:9
155:20

**rewards**
181:17

**reword**
236:20

**rewriting**
345:8

**Rico**
202:13
203:13 256:8
319:2,14
320:1,10
321:18
324:21,25

**ridiculous**
177:4

**riding**
224:20

**rig**
20:4 28:4,18
156:4

**rigs**
23:8 26:11
27:1,12,23,25
29:1,14 31:15
32:6,11 34:9
39:6 53:18,21
100:7,14
154:10
173:13
174:24
175:15 181:3,
11,22 190:15
191:3 225:25
226:5,21
229:7 230:19
231:11
232:17,19

258:23
277:22
280:19
283:11

**ringing**
201:2

**risk**
31:5 83:9
224:4

**risky**
224:3

**road**
46:14

**roadshow**
117:24

**Robert**
97:17

**ROI**
252:7,9

**role**
26:14 28:22
133:23 177:8
225:15
227:14 228:2,
11,15 289:14
337:3 340:12

**roll**
297:16,25
302:7,22

**rolling**
9:16

**roof**
234:13

**room**
20:20 39:12,
14,21 40:1
41:11,12
82:18 156:11,
13,14 198:20,

23,24 199:15,
19,25 200:4,
7,18 201:1
248:7

**rooms**
341:22

**rose**
21:9 185:19
192:1 253:4

**roughly**
277:16 293:3

**route**
153:14

**row**
154:24

**rubber**
87:3,19,23
88:5,11,18,23
89:2 98:9
99:11 133:6
243:1,3,6
244:2,8,11

**rule**
133:10

**ruled**
342:14

**rules**
188:9 345:21

**ruling**
136:10
318:10,11
342:18 346:6

**run**
166:6,10
181:16,24
185:15 225:3
329:24

**running**
7:1 154:10

270:12
310:21
313:12

---

**S**

**S-H-I-T**
137:25

**S-O-L-E**
38:25

**S-W-A-M-I**
124:16

**saddle**
174:15

**safe**
110:9

**Sagar**
30:24 83:14
85:6 90:5
93:21 131:15
168:16,25
169:11,24
180:12 185:9
233:10,15
241:21
245:19
246:15
277:18
289:14,21
313:17 330:2

**Sagar's**
83:4,22 84:7
245:18

**sake**
95:20 253:10

**salary**
190:4

**sale**
74:12 100:6
175:17

290:18

**sales**
43:13 52:7,15
53:10 65:3
74:14 75:2
120:22 121:2
163:6 197:19
198:3,6,17
202:14 219:5
221:23 222:1,
16 223:4,21
296:2

**Samsung**
185:1 233:13,
14

**San**
26:6 180:3

**sat**
21:8 338:21
339:11

**sauce**
342:22 345:4,
5

**save**
155:12
243:17

**SBA**
250:14

**scale**
224:25 332:4

**scenarios**
242:7

**schedule**
53:12 65:11
207:2 276:16
293:21
297:25 299:4
308:16 318:6
333:5

scheduled
178:13
271:21

schedules
251:8 294:19

scheme
94:23 120:23
121:3

school
14:3 106:19
310:2

science
44:20 112:6

Scientific
123:19,21,22
124:1,7,23
125:4,5,8,12,
20,21 126:2
129:22
130:10 131:2
132:12
191:17,18,19
192:9,14,16
193:7,8

scoot
165:10 169:3

scout
31:8

scream
16:16

screen
35:1 52:12
55:10 63:16
67:10 150:7
157:25 192:2
194:25
210:19
275:12 312:5
324:5

screenshot
336:15 338:6

screenshots
334:20

screenshotte
d
334:15

scroll
46:13 50:7
195:17 196:2
201:23 203:1
222:19,23
283:21 285:2
312:2,7

scrolling
312:8

sealing
127:5

search
225:14

seasoned
97:23

secret
342:22 345:4,
5

section
250:6

sector
280:15
286:12

secure
209:19 284:4
328:20 330:3

secured
11:19,20 55:1
57:9 60:18
61:4,17 62:5,
18,24 154:8
155:20

173:16,21

securing
154:7 283:16
328:7

seeking
123:18 162:9
207:7

sees
92:11,19,22

select
160:19

selected
160:13

selecting
31:18

self-mining
29:2 65:1
173:13

sell
29:1,13,20
259:9

selling
7:24 23:8
70:25 176:12
178:2

semiconduct
or
35:23 167:9,
17 184:7,12,
16,20 286:13,
15

semiconduct
ors
27:21

send
111:2,6
131:23
139:22
160:10

234:12 248:2
293:3 316:11

sending
113:8 204:25
205:1

sends
69:11 184:25

senior
124:5,22

sense
16:24 74:13
117:15
229:16
230:22 241:5
337:10

sensitive
342:21

sentence
22:17,22
274:16,18
278:21
326:13 344:7

sentences
136:22
154:19

sentiment
281:5

separate
341:21
343:13

September
9:15 25:5
237:8 255:16
276:7

sequence
32:13 107:18
114:23
172:18

sequential
171:9,12
172:3

series
104:18 110:3
146:8 272:18

services
36:24

SESSION
4:3 165:1

set
4:9,17 13:6
29:25 74:3
127:15
136:22
190:23
242:17
297:24 298:9
299:4 303:12,
18 305:19
328:11 334:5
341:6

sets
127:16

setting
13:1 273:22
303:7

settlement
15:23,24 16:5
139:1 145:4,
24 148:6
311:5 313:2
314:18

setup
4:12

seven-
249:12

severely
256:25

277:13

**Sewell**
282:4,11,12
283:25 284:5,
7

**Sewell's**
283:19

**shakeup**
81:17

**share**
41:3 56:21
150:11
163:20 247:1,
5 248:16
295:12 298:6
322:21

**shared**
75:13 121:13
133:14
160:14
226:14 266:3

**shareholder**
40:7,10 121:9
229:18
238:23 240:4

**sharing**
247:17

**sheet**
190:9 290:22
330:23 331:2,
10

**sheets**
32:18 43:1
47:8,13 166:5
200:12

**Shenzhen**
33:7 34:5
41:24 170:17,
18,20 185:12,

13 186:14
327:23

**shift**
39:9 75:15
100:4 135:8

**shifting**
290:16

**shocked**
7:3

**shocking**
14:22

**shoes**
112:4

**shoot**
69:5

**shooting**
16:17

**short**
5:3,8 6:20
16:16,22 24:5
77:1 154:6
183:19 235:8,
11,15 280:6
291:5 302:19

**shot**
274:6

**show**
16:13 22:2
33:13,14
59:18 72:3
107:8 121:18
166:25 221:2
225:1 276:18
277:13 305:6
330:4 334:10

**showcase**
207:2

**showed**
138:6 287:5

**showing**
280:11

**shown**
201:7

**shows**
10:13 322:8

**shut**
13:8 340:4

**shutting**
13:3

**shy**
254:3

**sic**
55:25 73:18

**side**
16:2 17:9,21
180:11,14
192:10
196:17,23
200:9,12
233:22
243:14
261:13
311:14

**sidelines**
21:8

**sides**
5:5 17:19,24
77:3 171:19
226:12
273:23 274:6
298:6

**sides'**
274:2

**sign**
21:13 70:16
102:1 131:10
133:1 140:5,7
163:18 173:4

209:13
224:12
238:25 239:2
256:19
267:16 268:6
275:2 279:14
311:11 338:2

**signature**
49:16,18
52:21 108:18
124:21 216:7
219:20
222:19 223:3

**signatures**
103:17 196:3
219:12
222:24 223:3

**signed**
9:13 13:24
20:18 21:10
26:2 42:6,8
43:1,13 47:8
70:18,20
78:23 81:21
101:22
103:10,13,14
104:7 108:21
145:21 156:7
159:6 161:7
182:12 183:4
196:13
206:24
214:24,25
215:18,23
216:4,9,13
218:10 219:2,
18 220:3,14
221:8 222:15
223:4 227:23
237:10
251:24
255:14 261:3

**signed/locked**
162:23

**significant**
121:9 233:20
240:1 277:21

**significantly**
280:7

**signing**
161:23 215:2,
5,20 216:12
257:22 258:2,
9 267:19
316:16
319:23
321:20

**silicon**
196:21 283:7
286:20
328:14

**similar**
66:10 194:1
209:19,20
218:3 242:1

**simple**
8:1 13:23,25
14:7 312:23

**simply**
22:3 23:14,16
28:2 29:12,23
57:23 71:12
100:18
140:20
270:22

271:2 275:21
301:21
302:13 325:4,
6 326:24
327:14
340:11

simulated
131:12

simulation
132:5,19,25
133:5,12,14,
17,20 166:1

simultaneous
58:11 169:15

single
8:4 10:5 13:7
14:24,25
25:13 28:18,
19 47:12
54:10,14
63:5,6 234:8,
14 243:10
286:17
287:25 288:2
302:13

sir
24:14 32:1
35:18,25 56:6
62:1,20 76:21
77:1 100:8
106:2 109:8
114:21 126:4
131:4,9
137:15
165:14
194:21 211:9
235:19,21
244:5 250:24
252:21
254:18
264:20 275:8
278:11 300:4
301:16
302:15 307:2,
21 327:9

sister
245:15

sit
342:15

sites
65:2

sitting
72:24 280:16
341:3

situation
166:17,24
224:1,10
313:18

size
190:21 209:1,
11,20 212:23
224:2 279:13
326:4

skip
306:16

sleep
64:6

slide
65:8

slides
55:15 117:23
147:5

slightly
183:13 216:2
287:1

slow
81:15 106:20

small
35:16 40:23
163:1 240:1
249:18

smaller
36:22 37:15
191:8 333:2

snack

249:19

so-called
29:2

social
97:20,24

sold
176:6,14

sole
20:17 38:25
39:1,4 100:11
185:11
327:16

solely
235:23

solid
241:6,19
244:12
287:23

Soluna
162:2,5,7,16
182:11,12
191:8

someplace
144:5

Song
97:10,16

Soniat
5:16,18 14:25
16:3,6 17:11
20:15 21:8
81:25 82:1
149:4 151:3
152:21
215:23
217:11 221:8,
22 222:1
256:2,7,12,
14,18 257:1,
10,22 258:8,

12 262:20,21,
25 263:11,18
264:17 265:4,
15,25 266:25
267:15 268:5,
8,11 269:10
272:1,3,19
273:13
274:14,20
291:15
292:14
296:11
319:23
320:11,13
321:3,7

Soniat's
20:2 153:20
216:6 256:21
261:19 266:9,
22,23

sooner
73:6 328:25

sophisticated
9:9

sort
41:22 124:21
296:12

sorts
168:6

sound
11:8 16:21

sounds
66:18 67:17
79:10 80:25
125:3 251:22
270:1 338:17

space
27:4 165:11
286:18,19,22
328:14

speak
26:16,19
34:21 69:23
156:18
196:22
204:17
212:14
229:25 230:1
246:25
299:13

speakerphon
e
320:16

speakers
58:11

speaking
37:18 98:19
136:22 141:1
169:15
176:10 232:4
286:4 313:6

specialized
20:5 34:15
241:20,22

specific
200:4 209:3
239:24
241:11
279:23

specifically
18:22 38:1,16
167:9 181:3
206:17 223:9
229:13 240:2
291:18 296:2
319:22
320:15 330:2

specifications
241:7

specifics

August 28, 2023

136:21

**specifies**
50:21

**specs**
132:23

**spectrum**
259:24
260:11

**speculation**
232:7 235:25
236:16
270:16 327:1

**speech**
260:5

**speed**
221:15

**spend**
12:17 19:12
178:23
328:12

**spent**
20:3 27:19
179:8 180:2
186:21 261:5

**spinoff**
331:7

**spirits**
295:10

**spit-balled**
285:16

**spit-balling**
229:9 259:25
260:1

**spitball**
179:14

**split**
300:10

**spoke**
196:24 247:3
257:7 291:14,
18,22

**spoken**
285:6

**spring**
25:24 29:24
30:3,10 40:4
123:16
125:19

**squeeze**
223:21

**stack**
11:14

**stage**
165:22,24
183:14
234:10 243:5
275:3 288:3

**stake**
175:10

**stamp**
87:3,19,23
88:5,11,18,23
89:2 98:9
99:11 243:1,
3,6 244:2,8,
11

**stamped**
133:6

**stand**
199:8,10
231:2

**standard**
122:12 195:4
241:10

**standing**
76:20

**standpoint**
232:25

**stands**
34:11 37:10
42:18 114:16,
17

**start**
4:11,16,24,25
5:9,11 7:20
9:16 19:17
51:25 71:19
84:15 127:20
129:2 153:13
155:4,13
165:3 171:6
172:12,23
179:20
180:16
190:15 191:3
215:16 250:6
253:7 260:9
263:23 269:6
277:21
288:22
318:20
325:21
336:22,24
338:17
340:16
341:17
347:14

**start-up**
12:7 23:16
25:15 167:3
219:22 322:9,
15,23,24
323:9,11,18,
22

**start-ups**
26:8 323:1
328:3

**started**
20:8 21:10
23:23 25:11,
20 26:9,24
27:10 172:17
180:19,22
208:20 235:3,
13 249:9
281:4,5,12,13
286:20

**starting**
38:11 72:3,8
181:5,6 255:1
282:25 338:8

**starts**
69:16 124:19
158:21
185:23 202:6
338:2

**startup**
228:7 260:19,
22

**state**
28:9 342:1

**stated**
18:23

**statement**
5:3 7:8 18:8
27:15 75:12

**statements**
154:24

**states**
252:4

**stating**
243:25
274:25

**status**
101:21
183:15

**stay**
18:15

**steal**
31:7

**steered**
70:24

**step**
116:3,6 143:2
172:4,6,19
262:3

**Stephen**
312:14,18
325:22
329:15

**steps/wire**
114:12 116:4

**stick**
49:2 310:11

**stimulate**
41:4

**stip**
188:14
189:17

**stipulate**
149:22 150:1
187:21 188:5

**stipulated**
150:3 342:19

**stipulating**
149:15

**stipulation**
149:20
187:17 216:4,
6

**stole**
169:13
208:18

stop
23:16 122:23
169:16
195:20 217:4,
24,25

stopping
75:18

story
14:21 16:2
174:11
244:22
307:10
332:10

straight
10:10,14
275:5

Straightforwa
rd
131:25

straining
181:7

strategic
215:9,14

strategically
183:7

strategies
257:4 261:11
337:6

strategy
64:25 173:9
196:21

straw
24:5

stress
239:25

stretch
48:25 76:16,
18 77:1
123:1,3

211:8,10
288:14

strike
40:10 99:19
183:14 251:9

striking
213:23

string
67:14 77:20
116:18
201:24
254:11

strong
243:19

strongly
288:4

struck
213:5

structure
276:11

struggle
14:10 185:14

strung
154:19

stuff
4:9 9:11
116:14
131:25 132:2
216:20
225:10,11
331:9

style
126:18

sub-
267:5

subbullet
41:22 42:15

subject
159:4 195:10
197:18 199:6
217:9 218:13,
14 221:20,21
222:13,16

submitted
9:22

subpoena
287:6

subpoenaed
287:14

subsequently
8:23 69:19

subsidiaries
185:10

subsidiary
38:25 186:1
327:24

substantive
58:12 267:6
340:21

substantively
267:1

substitute
102:5 113:22

success
20:23 174:11
260:23

successful
20:25 286:23

sucks
85:4

suggest
189:7

suggested
198:10

suggestion
338:7

suit
203:14

summarizing
147:9

summary
112:21 247:6

summation
233:19

summer
119:24 120:6,
10

sunshine
20:21

super
7:11 8:16
244:22

supplement
210:14

supplier
209:5

suppliers
187:9

supply
41:15,18
53:18 161:14
166:17,24
167:7,10
168:6 172:15,
22 173:5
182:5 190:19
207:17 208:6,
7 224:1,9,10
233:3 276:23
280:8 313:13,
18

support
153:12 182:2

187:8

supporting
180:14
185:10

suppose
30:25 43:22
84:10 233:2
267:4 304:5
325:2

supposed
9:3,8,14,16
172:9

surely
154:9 169:11,
24 190:21
226:23 291:8

surprised
274:24

sustain
175:20

sustainable
21:4 65:5

Sustained
98:5

Swami
124:16

swear
24:10,11,12

sweetheart
23:5,9 104:9
106:4 174:18
175:8

switch
35:4

sworn
24:17

synergies
73:5

**system**
171:3,5 179:4
180:13
277:17
328:21

**systems**
29:6,7,19,20
172:24
282:25
283:10,17
284:2 286:5

— **T** —

**T-A-R-A-S**
124:1

**Taber**
6:12 55:11
203:17
210:14,22,24
212:3 242:19
311:22,24
335:25 344:5,
7,10

**table**
4:23 5:12,20
48:25 169:4
241:1

**TABOR**
6:11 66:23
146:3 157:1,
15,18,22

**tabs**
71:25

**tactic**
74:14 75:2

**tactics**
90:6,9

**Taiwan**
35:23

**takeaway**
273:12
274:13

**takeover**
30:5,12 45:18

**takes**
74:19 298:9

**taking**
72:11 103:24
143:2 190:4,5
268:2 322:17

**talent**
323:14

**talk**
7:18 17:6
18:23 19:13
32:2 39:10
40:17 65:24
84:7 94:6
119:10 135:8
177:7 179:18
181:5 182:7
188:6 190:12
194:5,7
225:8,12
226:2 228:7
233:11 237:6
240:6,12
245:10 246:3
257:16,19
264:15 265:2
278:7 279:22
305:18 306:5
307:22
322:21 323:5,
7,9 324:13
342:5 346:13

**talked**
15:22 60:21
112:1,16
118:8,16

119:3,15
122:21 184:1
188:19 193:6
226:12
267:20
291:10 314:8
318:17
319:22
334:12,13,16

**talking**
19:12 22:14
23:2 35:11
70:6 72:4
106:9 126:10
131:21
140:18,23
145:15 167:8,
9,10 171:11
177:14
188:11 190:2
191:15,18
193:23,25
196:12 204:8
220:25
227:21
246:17
260:25 272:2,
19 316:21
334:21
340:17

**talks**
23:15 69:16

**tap**
330:12

**taped**
174:22

**Taras**
124:1,4,5,16,
20 125:11,15,
20,25 126:11,
13,17 127:4

**Taras'**
131:4

**target**
192:24

**targeting**
192:21 193:3

**task**
83:25

**team**
5:17,24 20:2
39:22 70:12
91:8,13
100:16 131:8
146:14 166:5,
8 182:2
185:8,15
186:14 187:7
190:7 197:10
202:23 204:4
210:10,11
226:18 234:3
236:6 239:3
242:10
245:18
247:16
260:19
268:25
279:20
285:20
287:10 319:2,
13,25 320:12
321:17 328:5,
24 330:2,7
331:18

**team's**
197:9

128:3 129:19
130:8,25
131:19,23
192:4,7,8,9,
13,16,17,18

**Taras'**
131:4

**teams**
202:22

**teaser**
41:1 44:24

**teasers**
41:2

**tech**
26:8 80:3
83:10,15
85:11 87:2
88:8 91:24
93:21 94:18
242:25 244:1
264:10
282:12
287:24
345:10

**tech's**
243:2

**technical**
131:7,14
133:19
160:15
192:12 199:1
200:8,9 220:2
234:7 240:15
241:9,15,25
243:5,11,19
244:19
245:18
246:10,15
247:19
289:11
331:24

**techniques**
30:23 233:18,
19

**technologies**
44:8 280:23

**technology**

29:4 30:6,14
87:11,17,21
88:20 167:3
193:21
219:22
226:16 227:1
233:6,10
234:20
240:25 241:5,
13 242:9,14
243:7 244:12
259:15
260:19 261:8
280:15
287:23 288:3
295:9

**Ted**
5:21 32:23
33:3 38:9
42:13 44:5
45:9 47:22
48:9 50:6
52:9 57:2,19
67:2 68:10
77:15,16 78:8
84:18 87:23
89:1 124:13
336:13

**tee**
262:4

**telling**
33:6 54:9,12
56:3 58:21
80:8 90:12,14
103:8 115:2
130:7 145:4,
23 160:11
205:9 209:3
284:5

**tells**
14:21 15:22
16:3 69:15

78:18,22
81:16 82:4
316:6,10

**template**
198:3

**ten**
7:3 9:7 65:15
75:19 157:10
249:16,21,23
276:5 284:19
301:20
302:12

**tens**
332:5

**tentative**
336:22

**tenure**
36:1 37:20,24
38:14,24
39:3,11
51:14,17,20
54:4 269:2
279:16

**terahash**
44:17 45:2,21
46:2,3,4
78:24 139:7,
12 142:3
233:21
251:13,14,15,
18 252:1,6,9
258:14
280:19
314:19

**term**
32:18 43:1
47:8,13
73:18,22,25
74:5 166:5
200:12
202:10 235:9,

11,15 330:23
331:2,9 345:4

**terms**
8:24 16:4
31:18 53:11,
15 74:1
100:22
121:23
136:15
139:25
141:22
143:10,17
144:18 148:7
161:14
206:18,19
224:25 233:2
234:10 242:4
243:13
250:14
258:12
275:18
316:14
319:15
320:18,24

**Tesla**
21:4 167:12

**test**
9:14 10:5
148:19,21
228:19
310:21
328:21
339:23
340:18

**testified**
10:23 11:5
20:11 24:17
225:17
291:14 294:7
296:10
300:17

**testify**
21:18 178:20

**testifying**
94:25 98:11
128:19
129:24 133:7
134:4 136:6,
11 145:7
216:11 260:4
310:9 315:15
327:4

**testimony**
18:20 19:24
23:6 61:21
136:23 137:3,
4 154:16
194:16 293:7
333:24
334:16,23
335:2 344:16
345:16 346:9

**testing**
166:2

**tests**
184:24

**text**
16:17 22:4
77:21 83:23
98:17 104:18
109:17
111:20
114:22
116:18
118:15,21
119:20 126:6
127:3 135:16,
20,25 138:16
142:5,19
143:5,8
144:15 145:3,
14,23 162:11

201:24
242:21
301:17
302:24,25
305:1 309:22
310:3 334:14
336:16
338:13

**texted**
310:1 336:19

**texting**
14:12 15:21
202:6

**texts**
314:16 334:9

**thing**
11:3 12:10
16:1 17:5
26:19 34:10
93:22 98:16
166:20 168:1,
4,5 184:1

**things**
7:18 8:13
15:17,19
73:12 75:10
138:2 146:21
259:20
273:19
286:14
295:11
296:12
312:22 322:6
337:5 347:18

**thinking**
89:14 153:3
337:2 340:16

**thinks**
226:14

**third-party**

TRANSCRIPT OF PROCEEDINGS, VOLUME I

6:16 318:14

**thought**
7:17 14:17
17:1 65:12
128:18
149:17,22,23
154:21
190:14 191:2
226:17
227:12,20
228:4,11
233:7 245:19
256:18
265:12,17
296:10
300:14
306:17
311:13
331:14
341:10

**thoughts**
267:8 270:3
324:20

**thousands**
8:12,15

**thread**
271:12

**threw**
16:17 129:1,
19 130:8

**throw**
228:25

**throwing**
260:17
273:13

**thrown**
130:25

**thunder**
208:18

**Thursday**
72:9 81:11
107:1,11,20
108:2,5,21
218:19
222:11 338:2

**tied**
270:2

**time**
4:11,17 7:13
11:13 15:2
16:14,25 18:2
19:12,15
20:17 25:4,
11,12,16,19,
20 26:5,9,24
27:10 28:17
29:16 30:2,19
31:24 32:8,18
36:1 37:20,24
38:13,24
39:3,23 59:10
60:22 61:3,10
62:22 66:4,7,
8 70:7 75:14
76:22 77:2
82:1,14 88:8
93:12 97:12
105:17 111:5
112:20
115:21 118:3
119:14
121:10 122:2
123:17,20
135:4 142:15
148:17,18,22
154:4 155:13,
24 161:9,11
163:25 176:6
178:11,23
179:8 182:8
183:2 185:4
186:22,24

187:3 190:3,
11,21 191:20
192:20 193:1,
8,11,16,23
196:12,21
197:1 198:15
199:12 211:4
217:13,14,19
218:18,20
222:4,5,10,12
226:24
228:16,20
229:5 231:1,
18 232:15
234:6 237:5
238:6 245:22
249:5,13,15
253:8 255:16
256:17 259:4
263:21
266:14 268:5,
10,15 269:19
271:21
277:20 280:5,
20 281:20
285:16 288:5,
6 291:11
293:2 295:6
298:6,14,20,
22 299:23
300:10,20
301:4 302:20
304:16,17,22
306:1,7
313:21 318:5,
9,19 319:1
321:19 322:1
325:8 329:4,
14 330:6,9
332:7 335:14

**time's**
157:10

**timeline**
255:2

**timely**
165:21
170:14 348:5

**timer**
19:17

**times**
87:14 110:17
166:25
179:13 182:3
192:6 208:4
241:23 318:8

**timing**
50:4,6,7,10
194:3 230:15
254:24 255:3
269:18
280:13

**tiny**
8:12

**tires**
167:13

**title**
124:8 125:2
218:24
238:21

**titled**
278:8

**today**
11:3 89:23
112:1,16
118:11 119:6
138:22 159:7
188:6 189:4
230:6 265:6
267:20
269:15
271:21 285:8
287:5 298:10

300:6,15
304:8 306:5

**today's**
300:10

**together/
thinking**
336:24

**toggle**
43:25 84:5,12

**toggling**
52:23

**told**
8:17 12:11
13:5 16:6
22:23 25:17,
21 36:4 40:25
42:5 47:11
54:19 60:24
61:2 66:13,16
68:25 75:9
80:16 82:4
90:10 94:16,
19 96:1,5,7,8
97:2 118:8,16
119:3 125:11,
20 130:8,24
162:23 176:5
202:22
229:16,18
238:18 240:2,
4 274:17
285:18
299:19
303:11
304:18 309:2,
4,12 310:20,
25 313:10
314:12 315:3,
6 318:18
319:5,13
321:16,21

338:4,22
339:11

**tomorrow**
4:10,16 132:1
138:21
162:22
199:13
271:23
297:16 298:1,
9 299:24
300:17 304:9
318:19 341:5
342:12
344:16

**tonight**
94:6 189:8

**top**
45:17 68:8
69:11 77:17
79:15 82:3,25
83:1 84:15,
16,17 91:8
104:25 128:9
195:8 201:25
212:8 217:4
252:4 275:18
286:6 316:6
323:14 343:3

**topic**
70:24 240:15
295:14
320:21

**topics**
248:20

**total**
140:9,22
206:22
213:10
214:18
251:13
275:20 276:1

293:12

**totaling**
206:25 213:4
275:22 276:7

**totally**
220:16
223:17
347:21

**touch**
238:5 341:15

**touched**
157:14
180:15
181:19

**tough**
161:14

**track**
138:20

**trail**
10:13

**training**
205:20

**tranche**
300:11

**tranches**
332:1

**transactions**
262:5

**transcribed**
343:16,18
344:17

**transcript**
58:5,7,9 59:9,
10,24 342:23
348:2

**transistor**
8:14

**transition**
194:15
198:13 199:4
210:13 240:6
248:19

**transpired**
243:8

**traveling**
261:6 347:19

**trial**
273:22

**trickle**
120:4

**tripled**
181:1

**trips**
264:7

**trouble**
97:3

**true**
15:18 28:16,
19 30:10 32:4
36:5 38:3,4
39:7 54:22
55:1 59:15
60:15 62:16,
18 75:6,12
90:14 95:11
105:5 114:24
122:5 133:2
134:8,13
145:8,10
148:10 155:4,
19 163:14
167:25
307:20,21
309:8,19
310:24
314:13,14
317:17

338:25 339:3,
15,18

**Trumper**
17:11

**trust**
11:3 108:24

**truth**
22:8 205:10
317:21,22

**TSMC**
35:20 36:2
37:4 168:11,
12,14,16,18
169:8 170:9
184:10,25

**TSMC's**
37:17

**Tuesday**
338:1

**tune**
15:13

**Turitz**
4:21 18:10,
11,14 34:23,
24 35:2 63:25
64:3,11,14
150:14,19
281:23
288:22,24
289:8,13,24
290:4,6,8,15
291:1,12,21
292:1,5
297:5,7
299:13,14
319:7 320:7
321:10,25
324:14
333:11,13

**Turitz'**
64:17

**Turitz's**
319:21
321:15
323:24

**turn**
18:25 49:10
93:17 172:25
185:18
190:10,24
204:10
206:16
215:15
229:21
242:18 275:8
317:24
330:14

**turnaround**
203:23

**tweeted**
21:3

**twelve**
8:8,9

**twisting**
76:24

**two-thirds**
306:2

**twofold**
167:10

**TYG**
82:10

**type**
34:14 332:6
342:20

**typed**
214:22

**types**
270:22

typical
249:10
273:21

typo
78:19 140:1
196:10
214:22

**U**

U.S.
42:22,25
43:12 286:9
293:15,17
327:17,18

ultimate
239:4,7,10,14

ultimately
20:16 258:22
261:14

uncommon
80:22,24

undergraduate
28:13

understand
30:15 32:12
36:19 59:20,
22 88:5,11
121:22
144:24 152:6
157:9 158:5,8
165:12 223:2
238:20 239:4,
14,18 249:5
252:18 255:4
295:20 318:2
329:3 343:21,
24 344:13
345:20,24
346:4,6

348:20

understandable
347:22

understanding
37:19 40:13,
15 46:24 52:5
97:22 103:15,
23 104:3
112:20 121:8
133:19 135:5
175:5,7,15
176:10,14,16,
18,20,24
193:1 197:1,
7,8,9 221:7
222:1,3,14
227:7 236:2,4
238:18,22,24
252:18,21,24
255:7 259:4
263:15,16
270:19,23,24
271:1 285:22,
25 289:14,16,
25 290:9
293:25 298:5
321:5

understands
171:22

understood
30:18 40:5,7
80:7,12 81:24
100:13,15
103:4 112:24
136:9 142:5,
10 143:9,14
144:15,23
152:7 205:20
206:3 261:22
266:12 300:2

329:15

underway
42:1

undisputed
7:22,25 8:2
9:5 10:2,17
19:10

unfolded
14:14

unhappy
66:16 69:17

unicorn
27:4

unique
231:1

unit
9:14 10:5
44:22 50:11
148:19,21
207:2 276:6,
12,18 330:5

units
53:8 54:2
214:5,9,12,22
310:21
313:11

University
28:9,11

unleash
121:11
266:18

unlock
332:9

unlocked
173:21

unprecedented
167:17 182:6

unraveled
296:13

unvested
294:19

unwind
17:7,20,25

up-to-date
140:16 147:2
248:8

upcoming
325:1

updated
205:5

updates
330:2

updating
254:22
313:17

upload
39:15,20

upset
322:19

upside
92:11,14,16,
20,22

USA
159:7

USA-BASED
68:17

USD
42:21,22 47:8

usual
264:2 332:10

utilize
63:8

**V**

vague
168:22 178:7
193:14 231:7
236:15,18
239:6 257:25
260:3 273:14

vaguely
41:8

validate
132:23

Valley
286:20
328:14

valuation
302:9 303:3

variety
186:7 251:14

Vatti
171:19

VCR
8:8

Vector
183:10

Vectorcloud
10:21,25
47:23 48:5
49:20 50:18,
20,23 51:5,
13,17,21,25
147:21 182:9,
13,14,25
183:4,7,20
191:7

Vectorcloud's
52:3

venture

331:6

verbal
102:23 103:4
112:21

verbiage
260:8

verify
58:20 241:19

version
101:6 150:16,
17,18,20,22
211:25 212:7
213:13

versions
56:14

versus
48:18 60:10
153:13
171:22
183:24 233:2
274:22
323:12

vesting
294:17,19

vet
71:3 87:18
323:15

vibes
257:12

vice
124:6,22

video
57:20 58:7
64:17

view
22:3 35:5,7
59:25

viewed

217:11
221:22

violations
342:19,24

virtual
39:12,14

visibility
171:2,4 173:5

voice
78:16 204:14
281:24 319:8

volatile
182:24

volume
156:20

voluntarily
299:19

_____

**W**

wafer
282:24 283:8

wafers
282:19 283:6,
7,8,16 284:1,
2

wait
36:12 80:17,
25 98:20
107:23
142:14 148:5
157:24
169:13,16
314:21
328:11
335:23

waited
23:20 202:15

waiting
74:17 86:20
112:22
154:11
170:24
202:19
280:17

waiver
158:4

walk
91:7

walked
96:17

wall
44:11 45:2

wanted
5:2 30:13
39:16 63:24
88:19 99:25
111:9 133:21
140:19
141:11
146:17
176:11 183:7
190:7,8 192:5
194:17 209:1,
11 215:10
224:11 225:1,
25 228:20
231:4 232:18
243:17
253:23 264:1
266:15 289:3
290:12
307:19
317:10 322:1
328:25 341:4

wanting
21:9 245:17

warehouse
283:2

warm
229:2 322:18
340:1

watch
284:19

water
91:7

ways
25:5 258:25
259:1 263:13
265:13 270:5

wear
203:13

website
330:20

week
7:15 14:3
77:25 81:11
107:21 132:3
186:5 187:2
321:24
324:21 325:2,
3 337:25
338:1

weekly
186:18,22

weeks
81:22 265:3

weird
91:15,23
92:21

well-known
210:2 231:10
259:16

whatever's
189:4

Whatsapp
33:14 67:4
73:16 91:2

101:16
109:17
116:18
143:19 179:9,
11 201:25
202:3,9 203:1
237:7 242:22
245:11
254:10,15
310:2 314:9

Whatsapp's
67:14 244:9
309:21

whatsoever
57:15 109:5
264:11 296:4

whichever
52:12 67:11

Whoop
223:11

wiggling
211:9

win/win
23:6

winded
187:23

window
280:15,20,25
311:13
313:19

wink
264:7

wire
112:1,15,25
135:22
137:16
138:20
141:17
250:11

293:11 303:8,
12 306:23
317:14
337:16

**wires**
250:10
264:22
293:13,15,17
305:17

**withdraw**
200:22 327:2

**withdrawn**
327:6

**witness's**
270:19,23

**witnesses**
343:23

**Wizard**
64:13

**Wonderful**
325:19

**word**
13:11 14:24,
25 20:12
201:9 222:18
244:7

**words**
15:9,10
119:13
120:24 161:3
241:17
245:21
296:14

**work**
12:25 19:3,7
26:13 29:6
31:17 66:9
83:18 91:16
103:6 111:9

126:19
131:11
132:18
143:16 153:2
161:10
172:21
179:11 187:8,
9 215:10
225:2 228:21
233:12 242:3
255:1 266:5
274:2 282:13
287:19 307:7
313:7 337:4
348:25

**worked**
36:9 192:9
205:23 227:2
249:1 286:13
287:18

**working**
4:9 11:21
37:21 50:11
53:8 63:5
71:23 118:2
146:12,16
148:24 156:4
161:8 168:17
179:20
192:13 207:2
245:3 247:7
255:8 258:18
261:24
264:24 276:5,
12,18 282:17
328:18 330:5
331:2

**works**
23:5 105:21,
24 254:20

**world**
13:18 23:16

35:17 168:18
170:13 261:6
286:14 323:5
330:4

**world's**
184:7

**worried**
94:14,17,20
95:6,8 97:4
210:4

**worry**
96:5 253:15
257:2

**worrying**
189:21

**worse**
166:17,18
224:10 280:8

**worth**
73:6 159:22
280:11 311:2

**worthy**
328:9

**wow**
162:25

**wrap**
76:2 300:6
337:16

**write**
80:16,20 81:4
101:24
109:21 117:3,
12,21 120:13
128:2,6 140:4
141:15
179:15
224:17 285:5
314:21,23

**writes**

85:15 102:20
117:9,14
159:20
314:16

**writing**
78:11 153:19
279:21 315:1,
24 317:20

**written**
8:21,25 10:19
26:1 39:24
43:19,20
46:20 53:3
108:15 111:3,
6,11,14
113:1,8
139:11,24
145:5,16
278:18,25
279:14
301:21
316:13
326:22

**wrong**
21:22 104:15
109:12
202:10

**wrote**
15:2,10 80:24
83:6 86:18
88:18 91:1,12
120:24 266:1
267:2 282:16
290:10
312:17 335:8

**X**

**Xiang**
185:25

**Y**

**Yang**
146:15

**yay**
157:6

**yea**
16:18

**year**
9:23 23:20
60:25 161:14
182:6 208:7
342:14

**years**
9:18 26:15
27:19 73:21
180:2,7
181:15 200:2
259:17 261:5

**yes-or-no**
311:15

**yesterday**
102:24 338:2

**yield**
18:3

**York**
164:10
256:11 266:4,
16

**you/coinmint**
153:13

**young**
180:2

**Yup**
126:23 141:4
317:4

| Z |
|---|

**zone**
 269:20

**Zoom**
 6:2