1  **PERKINS COIE LLP**
   David P. Chiappetta, Bar No. 172099
2  DChiappetta@perkinscoie.com
   Torryn Taylor Rodgers, Bar No. 319126
3  TRodgers@perkinscoie.com
   505 Howard Street, Suite 1000
4  San Francisco, California 94105
   Telephone:  415.344.7000
5  Facsimile:   415.344.7050

6  Attorneys for Defendant
   Katena Computing Technologies, Inc.
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | COINMINT, LLC,                    | Case No. 23-cv-04683-RS

13 |         Plaintiff,                | **DECLARATION OF DAVID P. CHIAPPETTA IN SUPPORT OF THE PARTIES'**
14 |    v.                             | **STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME AND STIPULATED**
15 | KATENA COMPUTING                  | **REQUEST FOR ORDER CHANGING TIME**
   | TECHNOLOGIES, INC.,               | **PURSUANT TO CIVIL LOCAL RULES 6-1, 6-**
16 |                                   | **2, AND 7-12**
   |         Defendant.                |
17

I, David P. Chiappetta, declare as follows:

1. I am a partner at the law firm Perkins Coie LLP and counsel for Katena Computing Technologies, Inc. ("Katena") in the above-captioned case. I am a member in good standing of the State Bar of California and admitted to practice before this Court. The facts stated in this declaration are based on my own personal knowledge and, if called as a witness, I could and would testify to those facts.

2. On March 28–29, 2024, I exchanged emails with counsel for Plaintiff Coinmint, LLC ("Coinmint") requesting a one-week extension through April 22, 2024, for which to file Katena's opposition to Coinmint's pending Motion to Vacate the Arbitration Award. I make this request due to the unavailability of Katena's primary brief writer, resulting from a pre-planned vacation. Counsel for Coinmint agreed to the extension, and in return, requested an analogous one-week extension through May 6, 2024, for which to file Coinmint's reply in support of its Motion to Vacate the Arbitration Award. This request was in order to accommodate counsel's observance of the Passover holiday.

3. Katena's lead counsel is further unavailable on May 9, 2024, the date on which Coinmint's Motion to Vacate is currently scheduled.

I declare under penalty of perjury under the laws of the Unites States that the foregoing is true and correct.

Executed this 5th day of April 2024, in San Francisco, California.

_____
David P. Chiappetta