**PERKINS COIE LLP**
David P. Chiappetta, Bar No. 172099
DChiappetta@perkinscoie.com
Torryn Taylor Rodgers, Bar No. 319126
TRodgers@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
Katena Computing Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COINMINT, LLC, | Case No. 23-cv-04683-RS |
| Plaintiff, | **STIPULATION AND ORDER TO ENLARGE TIME AND STIPULATED REQUEST FOR ORDER CHANGING TIME PURSUANT TO CIVIL LOCAL RULES 6-1, 6-2, AND 7-12** |
| v. | |
| KATENA COMPUTING TECHNOLOGIES, INC., | |
| Defendant. | |

1    Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiff Coinmint, LLC ("Coinmint"),
2    and Defendant Katena Computing Technologies, Inc. ("Katena"), by and between their attorneys
3    of record, hereby file this stipulation extending time within which Katena must respond to
4    Coinmint's Opposition to the Petition to Confirm the Arbitration Award and Motion to Vacate the
5    Arbitration Award ("Motion to Vacate") and Coinmint must file a reply in further support of its
6    Motion to Vacate and requesting that the Court enter the briefing schedule set forth below.  The
7    Parties submit the following in support of their stipulation:

8    1.    WHEREAS, on September 12, 2023, Katena removed the above-captioned action
9    to the Northern District of California (Dkt. 1);

10   2.    WHEREAS, on October 13, 2023, this action was ordered related to *Coinmint,*
11   *LLC v. DX Corr Design, Inc.*, Case No. 23-cv-00599-RS (the "DX Corr Design Case") (Dkt. 19)
12   and reassigned to Judge Richard Seeborg (Dkt. 20);

13   3.    WHEREAS, on December 1, 2023, the Court ordered this action stayed pending
14   an arbitration that was being conducted between Coinmint and Katena ("Arbitration") (Dkt. 22);

15   4.    WHEREAS, on February 6, 2024, a final award was granted in the Arbitration;

16   5.    WHEREAS, on February 8, 2024, Katena filed a Petition to Confirm the
17   Arbitration Award, which the Court deemed as a motion to confirm the Arbitration award (Dkt.
18   27);

19   6.    WHEREAS, Coinmint's Opposition to Defendant's Petition to Confirm the
20   Arbitration Award and Motion to Vacate was filed on April 1, 2024 (Dkt. 43);

21   7.    WHEREAS, the hearing for Coinmint's Motion to Vacate is currently set for May
22   9, 2024, and Katena's lead counsel is unavailable that day, *see* Declaration of David Chiappetta
23   ("Chiappetta Decl.") at ¶ 3;

24   8.    WHEREAS, Katena anticipates requiring more time than that provided by the
25   local rules for filing its opposition to Coinmint's Motion to Vacate due to a pre-planned vacation
26   of its counsel, *see* Chiappetta Decl. at ¶ 2, and, thus, seeks a one week extension to respond;

27   9.    WHEREAS, Coinmint is not opposed to such an extensions but notes that, if
28

Katena's deadline is extended, Coinmint's reply under the local rules would be due around the Passover holiday and, thus, Coinmint requested a one week extension of its deadline to file a reply brief in further support of its Motion to Vacate, to which Katena was agreeable, *see* Chiappetta Decl. ¶ 2;

10. WHEREAS, the stipulated adjustment in briefing schedule below will not affect the overall case schedule although the Parties jointly request that the hearing be rescheduled for May 30, 2024;

11. WHEREAS, the signatories to this Stipulation and [Proposed] Order are the only parties to have made an appearance in the action.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Upon approval by this Court, Katena's deadline to respond to Coinmint's Motion to Vacate is extended to April 22, 2024, and Coinmint's deadline to reply is extended to May 6, 2024. The hearing on Coinmint's Motion to Vacate, currently set for May 9, 2024, shall be taken off calendar and re-set for May 30, 2024.

IT IS SO STIPULATED.

DATED: April 5, 2024  **PERKINS COIE LLP**

By: /s/David P. Chiappetta
    David P. Chiappetta
Attorneys for Defendant
KATENA COMPUTING TECHNOLOGIES, INC.

DATED: April 5, 2024  **STRADLING YOCCA CARLSON & RAUTH LLP**

By: /s/ *Marc J. Schneider*
    Marc J. Schneider
    Jason de Bretteville

**STRADLEY RONON STEVENS & YOUNG, LLP**

Steven D. Feldman (*Admitted Pro Hac Vice*)
Keith R. Dutill (*Pending Admission Pro Hac Vice*)

Attorneys for Plaintiff
COINMINT, LLC

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in this filing of this document has been obtained from each of the other signatories.

/s/David P. Chiappetta
David P. Chiappetta

**ORDER**

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Date: __April 5_____, 2024        By: _____[signature]_____
Richard Seeborg
Chief District Judge of the U.S. District Court
for the Northern District of California