# EXHIBIT 10

# AMERICAN ARBITRATION ASSOCIATION
## Commercial Arbitration Panel

---

In the Matter of the Arbitration Between:

Coinmint, LLC,

*Claimant and Counter-Respondent,*

- vs –

Katena Computing Technologies, Inc.,

*Respondent and Counter-Claimant,*

AAA Case No. 01-22-0001-7627

---

### ORDER NO. 24 – FURTHER ORDER REGARDING THIRD-PARTY WITNESS
### HEARING PROCEEDINGS SCHEDULED FOR APRIL 2023

On March 3, 2023, the Panel received a motion from Respondent Katena Computing Technologies, Inc. ("Katena") related to the April 2023 evidentiary hearing proceedings that were put in place in early February 2023 through Order No. 15.

Katena's motion raises several issues and asserts a number of complaints against Claimant Coinmint, LLC ("Coinmint") or its counsel, including broadly asking for two rulings from the Panel: 1) to postpone the April hearing testimony of Messrs. Maloney, DeNaut and Bleck until Coinmint's California action is stayed and/or the Panel issues its sanction for past and future violations of the SPO, and 2) for the Panel to implement fair and equitable hearing procedures for whenever testimony is provided. On page 14, Katena also requests the Panel to order the following:

"1.    Set a schedule for each third-party witness hearing day, with set start and end times for each side's allotted questioning;

2.    Modify the schedule to allow for two hearing days in which to complete Mr. Maloney's testimony;

3.    Modify the location of Mr. DeNaut's hearing testimony to the Greenwich, Connecticut offices of Whitman Breed Abbott & Morgan LLC for the convenience of the witness and the parties;

4.       Postpone Mr. Bleck's hearing testimony until after the close of expert discovery (or at least after the disclosure of opening expert reports);

5.       Issue a subpoena for the production of Ms. [Kathleen] Schneider's relevant documents that remain in her possession, such as mobile data; and

6.       Grant Katena leave to request a testimony subpoena for Ms. Schneider, if necessary, following the completion of Mr. Maloney's hearing testimony or earlier depending on the date the Panel takes Mr. Maloney's testimony."

*Katena Motion, pp. 14-15.*

The Panel did not request a response from Claimant Coinmint, LLC ("Coinmint") because it was not needed in order for the Panel to address or decide the relief request by Katena's motion, which essentially seeks to modify Order No. 15.

Having read and considered Katena's Motion, IT IS HEREBY ORDERED AS FOLLOWS:

1.       The evidentiary hearings for witnesses Maloney, DeNaut, and Bleck will proceed as scheduled for the April dates as provided in Order No. 15.

2.       <u>Hearing Procedures for the Third-Party Witness Proceedings to be Conducted in April 2023</u>. The Panel reminds both parties' counsel that the April 2023 third-party witness proceedings are evidentiary hearing proceedings - <u>not</u> depositions. As such, the Panel expects the parties' counsel to come prepared to conduct a concise and focused examination of each third-party witness, directed at what each witness uniquely may have to offer in the way of information that is material to the claims and/or counterclaims asserted in this matter, and not otherwise available through other witnesses or documents.

In Section I, paragraph 6.4, of Order No. 1, it was agreed and ordered that the hearing time allocated to the parties will be equal. Additionally, AAA Rule R-32 grants the Panel broad discretion concerning the conduct of evidentiary proceedings and the order of proof, and anticipates and allows for the Panel to question witnesses who appear before it. The hearing time for the April 2023 third-party witness proceedings will be allocated as follows:

(a)       <u>April 3, 2023 – Mike Maloney / New York</u> – Assuming a start time of approximately 9:00 a.m. Eastern Time, an end time of approximately 5:00 p.m. Eastern Time, and the typical breaks in the morning, afternoon and for lunch, resulting in an approximate total of 6 hours of time for witness testimony: 2.5 hours for Coinmint / 2.5 hours for Katena / 1 hour for the Panel. Any unused time at the end of the session will be split equally between the parties unless

otherwise agreed between the parties, through their respective counsel, or ordered by the Panel.

(b)    <u>April 4, 2023 – Jim DeNaut / Connecticut</u> – Assuming a start time of approximately 9:00 a.m. Eastern Time, an end time of approximately 5:00 p.m. Eastern Time, and the typical breaks in the morning, afternoon and for lunch, resulting in an approximate total of 6 hours of time for witness testimony: 2.5 hours for Coinmint / 2.5 hours for Katena / 1 hour for the Panel. Any unused time at the end of the session will be split equally between the parties unless otherwise agreed between the parties, through their respective counsel, or ordered by the Panel.

(c)    <u>April 18, 2023 – Robert Bleck / California</u> – Assuming a start time of approximately 10:00 a.m. Pacific Time, an end time of approximately 6:00 p.m. Pacific Time, and the typical breaks in the morning, afternoon and for lunch, resulting in an approximate total of 5 hours of time for witness testimony: 2 hours for Coinmint / 2 hours for Katena / 1 hour for the Panel. Any unused time at the end of the session will be split equally between the parties unless otherwise agreed between the parties, through their respective counsel, or ordered by the Panel.

(d)    Any tardiness in arrival or return from breaks will be charged to the late-returning party(ies).

(e)    The entirety of what is said and done during the April 2023 third-party hearing proceedings is hereby designated by the Panel as "CONFIDENTIAL" and protected by the protective order put in place through Order No. 6, and may not be used, shared, or repeated in any proceeding other than this arbitration. To that end, and particularly to protect the confidentiality of the testimony, *there will be no court reporter, transcript, videotaping, or any other manner of recordation by any party of any of the April 2023 third-party hearing proceedings to take the testimony of Messrs. Maloney, DeNaut, and Bleck*. The Panel will work from its own hearing notes and, in its sole discretion, may record testimony for its own use only, not to be shared with or provided to the parties under any circumstances. The parties and their counsel are forewarned that a violation of this order may result in one or more adverse inferences against the offending party under AAA Rule R-58(a).

2.    <u>Add a Second Hearing Day for Mike Maloney</u>. Again, the Panel reminds both parties' counsel that the April 3, 2023 hearing is for the purpose of receiving testimony from Mr. Maloney that he uniquely may have to offer in the way of information that is material to the claims and/or counterclaims asserted in this arbitration and not otherwise available through other witnesses or documents. Based upon the Panel's review and analysis of the parties' various submissions in this case, 4 or 5 hours of total examination time should be

sufficient. No showing has been made that the time and expense of a second day of hearing devoted to receiving Mr. Maloney's testimony in this matter is warranted.

3.      <u>Change in Location of the Hearing for Receiving Testimony from Jim DeNaut / Connecticut</u>. Since there is an alternative, confirmed location in Greenwich, Connecticut that is (a) more convenient for the witness who resides in Greenwich, (b) more convenient for the Panel, who will be traveling from New York City, and (c) will allow more time for testimony, good cause has been shown and accordingly the Panel GRANTS Katena's request to change the hearing location to receive testimony from Mr. DeNaut. The new hearing venue for receiving Mr. DeNaut's testimony and documents on April 4, 2023 is:

> Whitman Breed Abbott & Morgan LLC
> 500 W. Putnam Avenue
> Greenwich, CT  06830

A new summons for Mr. DeNaut is attached hereto as Attachment 1 and is to be served forthwith on Mr. DeNaut by Coinmint's counsel. A copy of the proof of service with respect to the revised summons for Mr. DeNaut is to be provided to all counsel, the Case Manager, and the Panel within 48 hours of effectuating service.

Through this Order No. 24, the Case Manager is requested to issue a new notice of hearing with regard to the April 4, 2023, hearing, noting the change of address for the hearing locale.

4.      <u>Stay or Postpone the Third-Party Witness Hearings</u>. In the opening paragraph of its motion, Katena asks that the Panel stay the April 2023 hearings for receiving testimony from Messrs. Maloney, DeNaut and Bleck. At the conclusion of the motion, Katena asks that the panel postpone Mr. Bleck's hearing until after the parties have completed their exchange of opening expert witness reports. Both requests are DENIED.

As discussed in Order No. 15, the parties' counsel have repeatedly impressed upon the Panel that testimony from Messrs. Maloney, DeNaut and Bleck is "key" and "critical" to their respective cases. The Panel has been told that Messrs. Maloney, DeNaut and Bleck are third-party witnesses who are not subject to the control of either party and who have refused to voluntarily appear for a pre-hearing deposition.

The fact that a party's expert witness may take issue with a report Mr. Bleck issued in this matter does not countermand or override the fact that he is a percipient fact witness. Irrespective of what either party's expert might say about a historical report prepared by Mr. Bleck, the parties are entitled to examine him with regard to his report.

The fact that Coinmint has initiated a civil action against certain individuals – some of whom include the third-party witnesses discussed in paragraph 1, above – is of no moment with regard to the continued progress of this arbitration, which involves only Coinmint, on the one hand, and Katena, on the other.

Katena has failed to establish "good cause" for a stay or postponement of the evidentiary hearings, scheduled at the parties' counsel's insistence that Messrs. Maloney, DeNaut and Bleck were "key" and "critical" witnesses in this matter. *AAA Rule R-30.*

5.      Issue a Hearing Summons / Document Subpoena for Kathleen Schneider. Katena's request that the Panel issue a hearing summons / document subpoena requiring third-party witness Kathleen Schneider to appear and/or produce documents as evidence in this matter is DENIED. Katena has failed to carry its burden of establishing that Ms. Schneider has anything to offer or add to the evidence in this matter that is (a) material to the claims, counterclaims or affirmative defenses asserted herein, and (b) not cumulative or otherwise available through other witnesses who are available to testify or who are scheduled to testify, or documents already available to the parties. Moreover, as set forth in paragraph 5 of Order No. 15, the Panel gave the parties a deadline of January 31, 2023, to advise if they wanted to have a hearing summons issued for any third-party witness, and stated that any requests submitted after that date would need to be supported by a showing of good cause that the proffered witness had critical information that would not be cumulative of other testimony already elicited or expected from witnesses who may be summoned to San Francisco for the scheduled proceedings. Katena has not made the required showing. Further, the Panel does not have authority to subpoena Ms. Schneider for pre-hearing production of documents (*i.e.*, discovery) as requested by Katena.

Dated:  9 March 2023

Rebecca Callahan, Chair
*On behalf of the Panel*

# ATTACHMENT 1

# AMERICAN ARBITRATION ASSOCIATION

In the Matter of the Arbitration between:

Coinmint, LLC, Claimant and Counter-Respondent

- & -

Katena Computing Technologies, Inc., Respondent and Counter-Claimant

AAA Case No. 01-22-0001-7627

<u>ARBITRATION SUMMONS TO APPEAR AND PRESENT EVIDENCE</u>

<u>AT AN ARBITRATION HEARING</u>

## TO:   Jim DeNaut, 21 Vineyard Lane, Greenwich, CT  06831

By the authority conferred on the undersigned Arbitrators acting under Section 7 of the Federal Arbitration Act (9 U.S.C. §§ 1, *et seq.*), you are hereby SUMMONED to attend as a witness at a hearing before one or more of the undersigned Arbitrators, to be held on **Tuesday – April 4, 2023, at 9:00 a.m. Eastern Time**, at Whitman Breed Abbott & Morgan LLC, 500 W. Putnam Avenue, Greenwich, CT 96830, and to bring with you to the hearing the documents identified in Exhibit A to this SUMMONS.

> All written communications (this includes, but is not limited to, physical documents, electronic word processing documents, pdfs, audio recordings, video recordings, e-mails, iMessages, sms texts, WhatsApp, Signal, Telegram, protonmail, Slack, Facebook Messenger, GoogleChat or GChat, Microsoft Teams, Zoom, WebEx, and/or any other method by which documents or written or verbal communications may be recorded or transmitted) between YOU, on the one hand, and **(1)** Katena Computing Technologies, Inc. ("Katena") (including but not limited to Guarav Mathur, Michael Gao, Edwin Song, Sagar Reddy, Henry Monzon, and/or lawyers for Katena) or **(2)** Coinmint, LLC ("Coinmint") (including but not limited to Ashton Soniat, David Fogel, Randy Foret, Kathleen Schneider, and/or lawyers for Coinmint), on the other, concerning any transaction or relationship between Katena and Coinmint, whether alleged, contemplated, or actual.

If you shall refuse or neglect to obey this SUMMONS, the United States District Court for the District of Connecticut or a competent court of the State of Connecticut, upon petition, may compel your attendance, or punish you with contempt in the same manner provided by law in the courts of the United States.

You may address questions concerning this SUMMONS to the attorneys identified below who requested this SUMMONS:

Fletcher Alford
Gordon Rees Scully Mansukhani LLP
275 Battery Street
Suite 2000
San Francisco, CA 94111
Email: falford@grsm.com
Phone:  415-986-5900

Robert Lemus
Gordon Rees Scully Mansukhani LLP
1900 West Loop South, Suite 1000
Houston, TX  77027
Email: rlemus@grsm.com
Phone:  713-490-4876

Dated:  8 March 2023

_____        _____        _____
Rebecca Callahan, Chair        Ruth V. Glick, Arbitrator        Gilda R. Turitz, Arbitrator