# EXHIBIT 14

# AMERICAN ARBITRATION ASSOCIATION
## Commercial Arbitration Panel

In the Matter of the Arbitration Between:

Coinmint, LLC,

                        *Claimant and Counter-Respondent,*

- vs –

Katena Computing Technologies, Inc.,

                        *Respondent and Counter-Claimant,*

AAA Case No. 01-22-0001-7627

---

## ORDER NO. 46 – CASE MANAGEMENT CONFERENCE ORDER

A duly noticed status conference was conducted via video conference on Monday – July 17, 2023, before Arbitrators Rebecca Callahan, Ruth V. Glick and Gilda Turitz ("the Panel"). Participating in the hearing were Fletcher Alford, of Gordon Rees Scully Mansukhani LLP, appearing on behalf of Claimant Coinmint, LLC ("Coinmint"), and John Hardin and Jacob Taber, of Perkins Coie LLP, appearing on behalf of Respondent Katena Computing Technologies, Inc. ("Katena"). Based upon the information provided during the status conference, the following matters have been determined:

1. **Court Reporter.** In early February 2023, the Panel issued hearing summonses for special evidentiary hearing proceedings ("Third-Party Witness Hearings") to be convened in New York, Connecticut and San Diego, California, for third-party witnesses whom both parties represented were material to their respective cases and could not be summoned to appear in San Francisco, California (the seat of the arbitration). After those hearing summonses were issued, the Panel was advised that Coinmint had filed a civil litigation action against the summoned witnesses, seeking to recover from them the more than $23 million in alleged damages Coinmint is seeking to recover against Katena in this arbitration. Anticipating a reluctance on the part of the third-party witnesses to appear and provide testimony and documents material to this arbitration due to the civil action filed against them, the Panel issued Order No. 24, which addressed the hearing

procedures for the Third-Party Witness Hearings. Those procedures included the requirement that there be no court reporter present.

Two of the three Third-Party Witness Hearings before the Panel have occurred: Robert Bleck in San Diego on April 18, 2023, and Michael Maloney in New York City on May 16, 2023. *See* Order Nos. 35 and 40. In accordance with Order No. 24, no court reporter was present for these hearing proceedings, and thus there is no reporter's transcript of the hearing proceedings.

At the status conference, the Panel asked the parties' counsel whether they wanted a court reporter for all or any portion of the evidentiary hearing proceedings scheduled for August 28 – 31, 2023 and September 18 – 21, 2023. Coinmint responded that it would like to have the proceedings reported. Katena objected because those reporter's transcripts would be an incomplete record of the arbitration proceedings since the Third-Party Witness Hearings were not reported or transcribed, and Katena still has concerns that Coinmint will use the transcripts in other proceedings outside of this arbitration.

The Panel has previously noted and advised that it does not need to have reporter transcripts of the hearing proceedings; that it is quite capable of working from its notes and referring to the hearing exhibits.

Absent a written agreement of the parties, there will be no court reporter at any of the future evidentiary hearing proceedings in this matter.

2. ***Confidentiality Order***. While the Panel has ordered that the hearing proceedings in this matter will not be recorded or reported by a certified court reporter, the Panel anticipates that the parties will include someone on their team to take notes. Consistent with its prior orders, neither the materials nor testimony elicited in this case are to be disseminated or shared outside of this arbitration absent a written agreement of the parties or an order of the Panel.

3. ***Hearing Logistics***. The parties' counsel were advised that the San Francisco office of the AAA currently is unable to accommodate a hearing room with breakout rooms for the hearing proceedings scheduled for September 18 - 21, 2023. The parties' counsel are ordered to meet-and-confer for the purpose of agreeing on a neutral hearing site for the September 18-21, 2023 hearing dates, and are to report back to the Panel no later than **Friday – August 11, 2023**.

4.  *Identification of Parties' Experts*. At the request of the Panel for purposes of checking conflicts and making any required disclosures, the parties' counsel advised that the following are their respective retained experts in this matter:

    Isaac Pflaum, Quandary Peak – technology expert for Coinmint

    Kurt Stake, Grobstein Teeple LLC– damages expert for Coinmint

    Dejan Markovic, UCLA Professor – technology expert for Katena

    Dr. David Mordecai, Analysis Group – economics / damages expert for Katena

5.  *Court Proceedings re Third-Party Witness James DeNaut:* The Panel has been made aware of proceedings pending in both the state and federal courts of Connecticut concerning the Third-Party Witness Hearing set for receiving testimony and documents from James DeNaut. The parties' counsel are ordered to provide a Joint Statement regarding the status of those court proceedings, with attached party stipulations, scheduling orders, and any court rulings no later than **Monday – July 24, 2023.** To the extent that there are any changes in the status of those proceedings in terms of additional party stipulations or court rulings, such developments, and copies of orders are to be included in a Joint Statement to be submitted to the Panel no later than **Friday – August 11, 2023.**

6.  *Evidentiary Hearing Proceedings and Potential Addition of Hearing Days*. During the status conference, the parties' counsel raised the issue of efficiency and economy and the possible / probable need for additional hearing time beyond that which has been reserved for August and September 2023.

    The eight days currently reserved for the evidentiary hearing in this matter (August 28 - 31, 2023 and September 18 - 21, 2023) provide the parties with approximately 48 hours of hearing time for opening statements (optional), witness examination and closing argument (optional) or approximately 24 hours each. The Panel's reservation of eight days was based upon the parties' counsel's original time estimates at the beginning of this case.

    At the status conference, Katena's counsel advised that he believes that Katena will need 40 hours of hearing time, and Coinmint responded that it would then want the same allotment of hearing time. This development means that additional hearing days will be needed. However, before reserving additional hearing days, the Panel requests that the parties' counsel consider the following:

3

- Is it possible to eliminate hearing time re authentication / foundation issues by stipulating to an agreed upon set of "core" / joint exhibits? If so, the parties' counsel should do so by **Friday – August 11, 2023.**

- Is it possible to eliminate hearing time re factual issues underlying the transaction at issue by stipulating to an agreed upon set of undisputed facts? If so, the parties' counsel should do so by **Friday – August 11, 2023.**

- Might the parties be willing to submit their respective expert witness opinion testimony via an exhibit, *i.e.*, an expert's written declaration and report, and to limit direct examination to a summary recital of less than 60 minutes, followed by cross-examination and redirect?

No later than **Friday – August 11, 2023,** the parties are ordered to provide to the Panel a witness list with direct examination order / time estimates for their respective cases and are reminded that these estimates do <u>not</u> include or contemplate time for cross-examination or redirect.

The Panel encourages the parties' counsel to consider the above suggestions with regard to working to find ways to present their cases within the original eight hearing days reserved for this matter. To the extent that additional hearing dates may be needed after evaluation of the parties' respective time estimates as ordered above, the following are dates that the Panel can offer the parties in terms of its availability for additional hearing days before the end of 2023:

    October 16 and 17, 2023
    November 20 and 21, 2023
    November 27 through December 1, 2023

The parties' counsel should meet-and-confer about the need for additional hearing days and, if needed, should advise the Case Manager no later than **Thursday – July 27, 2023,** which of the above dates should be reserved / noticed as additional hearing days in this matter.

**7.** ***Hearing Exhibits***. During the status conference, the parties' counsel were reminded that Joint Exhibits 1 through 65 have previously been identified and admitted into evidence, as described in Order Nos. 35 and 40. While Section II, paragraph 2.7 of Order No. 1 allows the parties to prepare separate sets of proposed hearing exhibits, the Panel encouraged the parties' counsel to try to agree on a joint set of hearing exhibits for documents they both intend to refer to, starting with Joint Exhibit Number 66. Documents included in Joint Exhibits 1 through 65 are not to be duplicated in either the joint or party sets of exhibits.

IT IS SO ORDERED.

Dated:  18 July 2023

Rebecca Callahan, Chair
*On behalf of the Panel*