# EXHIBIT 16

**From:** Kevin Liu
**Sent:** Wednesday, February 22, 2023 4:52 PM
**To:** Rebecca Callahan ADR; AAA Lisa Romeo; rvg@ruthvglick.com; gt@turitzadr.com
**Cc:** Taber, Jacob (NYC); Hardin, John (DAL); Fletcher Alford; Robert Lemus; Cutler, Joseph P. (SEA); Myles Lanzone
**Subject:** Coinmint, LLC v. Katena Computing Technologies, Inc. - Case 01-22-0001-7627 - Deposition of Sagar Reddy

**\*\*\* External E-Mail – Use Caution \*\*\***

Dear Panel,

We apologize for bringing this discovery dispute to you via email. However, an urgent situation has arisen. As the Panel is aware, the deposition of Katena's co-founder and Chief Technical Officer, Sagar Reddy, has long been scheduled for next Tuesday, February 28, 2023. Coinmint's General Counsel has cleared his schedule and arranged to travel from his home in Houston to California for the deposition. Coinmint's California counsel has cleared this date on his calendar. But Katena has now suddenly reneged on its commitment to produce Mr. Reddy for the deposition. We respectfully request a ruling from the Panel ordering Katena to (1) produce Mr. Reddy for deposition on the previously agreed upon date (February 28, 2023 at 10 am PST); and (2) for the deposition to occur at Gordon Rees's San Francisco office located at 275 Battery Street, Suite 2000, San Francisco, California 94111.

On January 20, 2023, the Panel issued Order No. 12 which set a January 24, 2023 deadline for Katena to report on Mr. Reddy's availability for deposition. On January 24, 2023, Mr. Taber sent an email to the Panel confirming that Mr. Reddy will be deposed on February 28, 2023 and that the parties are still working on a location for the deposition. Katena's agreement to produce Mr. Reddy for deposition is then reflected in the Panel's Order No. 15.

Over the next three weeks, Coinmint made several attempts to meet and confer with Katena on the location of Mr. Reddy's deposition. Because Mr. Reddy lives in Palo Alto -- which is only 35 miles from San Francisco -- Coinmint asked that Mr. Reddy's deposition take place at the Gordon Rees San Francisco office (just as Katena took the depositions of Mr. Soniat and Mr. Foret at Perkin Coie's New York office). After multiple follow-up emails without a response, Katena finally responded last week and stated for the first time that it will no longer make Mr. Reddy available for deposition *at all* – regardless of location. Katena claims that it is justified in refusing to produce Mr. Reddy for deposition because it allegedly fears Coinmint will use the transcript of Mr. Reddy's deposition in the civil case. But the Panel has issued an order governing the treatment of deposition transcripts and Coinmint fully intends to abide by that order. (It may well be that such use is ultimately permitted; but Coinmint will follow the terms of the order with respect thereto.) Nothing in the Panel's rulings and Orders suggests that Mr. Reddy's deposition is now suspended or that Katena is free to renege on its obligation to make Mr. Reddy available for deposition.

Furthermore, Coinmint has attempted to work with Katena by explaining that Mr. Reddy's deposition will be focused on Katena's fraud scheme as evidenced from Katena's documents and not on the technical intricacies of Katena's claimed technology. Also, Coinmint offered to complete the remainder of Mr. Foret's deposition immediately following Mr. Reddy's deposition of February 28 so that Mr. Foret and counsel for Katena would only need to make one trip to California. However, Katena continues to refuse the deposition of Mr. Reddy without any legitimate basis.

Meanwhile, of course, Katena is pushing to proceed ASAP with the additional depositions it wishes to take.

Based on Katena's prior agreement to make Mr. Reddy available for deposition on February 28, 2023, Mr. Foret has already made travel arrangements to come to California, and it will be extremely challenging to reschedule Mr. Reddy's deposition at this juncture. Because Katena previously agreed to make Mr. Reddy available for deposition on February 28, 2023, and represented the same to the Panel, Katena should not be allowed to now avoid the deposition of Mr. Reddy. Accordingly, Coinmint respectfully requests that the Panel (1) order Katena to produce Mr. Reddy for deposition on February 28, 2023 at 10 am PST; and (2) for the deposition to occur at Gordon Rees's San Francisco office located at 275 Battery Street, Suite 2000, San Francisco, California 94111. In the event that Mr. Reddy's deposition needs to be postponed and rescheduled, Coinmint reserves the right to seek sanctions, including but not limited to, attorney's fees, court reporter and videographer costs, and any other costs related to Mr. Reddy's deposition.

Respectfully Submitted,

Kevin Liu