# EXHIBIT 18

# AMERICAN ARBITRATION ASSOCIATION
## Commercial Arbitration Panel

In the Matter of the Arbitration Between:

Coinmint, LLC,

                         *Claimant and Counter-Respondent,*

- vs –

Katena Computing Technologies, Inc.,

                         *Respondent and Counter-Claimant,*

AAA Case No. 01-22-0001-7627

---

ORDER NO. 21 – ORDER DENYING COINMINT'S REQUEST TO COMPEL SAGAR REDDY TO APPEAR FOR A PRE-HEARING DEPOSITION

      On February 22, 2023, the Panel received an "emergency" email submission from counsel for Claimant Coinmint, LLC ("Coinmint"), requesting that Sagar Reddy, the Chief Technology Officer of Respondent Katena Computing Technologies, Inc. ("Katena") be ordered to appear for a pre-hearing deposition on February 28, 2023, at the San Francisco offices of Coinmint's counsel.

      On February 23, 2023, Katena submitted its response and objected to Mr. Reddy being required to sit for a pre-hearing deposition in this arbitration on several grounds, including (a) Coinmint's violation of the stipulated protective order that was put in place in November 2022 via Order No. 6 – *see* Order No. 18; (b) Coinmint's unwillingness to confirm to Katena that it will honor the stipulated protective order and treat Mr. Reddy's deposition testimony as "CONFIDENTIAL," and (c) Coinmint's prior statements / arguments in this matter to the effect that the stipulated protective order does not apply when / if it wants to use "CONFIDENTIAL" documents or testimony in lawsuits filed against others.

      Pre-hearing depositions are not required, especially where, as here, a witness can be summoned to appear at the evidentiary hearing. Mr. Reddy resides in Palo Alto, California, approximately 35 miles from downtown San Francisco where the final evidentiary hearing in this case will be held. Accordingly, Coinmint's emergency request that Mr. Reddy be ordered to appear for pre-hearing deposition on February 28, 2023 – or at all - is denied. Mr. Reddy will be

-2-

required to appear and testify at the evidentiary hearing in August or September 2023. The Panel will issue a summons to that effect for both parties once it is provided with Mr. Reddy's address.

Date:   23 February 2023

Rebecca Callahan, Chair
*On behalf of the Panel*