# EXHIBIT 20

| | |
|---|---|
| **From:** | Taber, Jacob (NYC) |
| **To:** | Rebecca Callahan ADR; Gilda R. Turitz (gt@turitzadr.com); Ruth Glick (rvg@ruthvglick.com); Lisa Romeo (LisaRomeo@adr.org) |
| **Cc:** | Hardin, John (DAL); Fletcher C. Alford (falford@grsm.com); Robert A. Lemus (rlemus@grsm.com); Kevin Liu (kliu@grsm.com) |
| **Subject:** | Coinmint v. Katena -- Order No. 23 |
| **Date:** | Thursday, April 20, 2023 5:19:12 PM |

Dear Panel:

As fact discovery closes, we write to update you regarding the status of Order No. 23, in which Katena was conditionally ordered to produce certain documents to Coinmint once the Panel was "provided with a stipulated protective order covering that production between Coinmint, Katena, <u>and</u> their attorneys, as parties to the stipulation, in a form satisfactory to the Panel." Coinmint has not yet proposed the form of protective order that would be suitable to Gordon Rees, and, thus, there has been no further progress.

Respectfully submitted,
Jacob Taber


**Jacob Taber** | **Perkins Coie LLP**
COUNSEL
D. +1.212.261.6907
F. +1.212.399.8085
E. JTaber@perkinscoie.com