**PERKINS COIE LLP**
David P. Chiappetta, Cal. Bar No. 172099
DChiappetta@perkinscoie.com
Torryn T. Rodgers, Cal. Bar No. 319126
TRodgers@perkinscoie.com
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone:   415.344.7000
Facsimile:    415.344.7050

Attorneys for Defendant
Katena Computing Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COINMINT, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>KATENA COMPUTING<br>TECHNOLOGIES, INC.,<br><br>          Defendant. | Case No. 23-cv-04683-RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff Coinmint, LLC ("Coinmint"), and Defendant Katena Computing Technologies, Inc. ("Katena"), subject to the approval of the Court, that the following shall govern this action as follows:

1. WHEREAS, on September 12, 2023, Defendant Katena removed the above-captioned action to the Northern District of California (Dkt. 1);

2. WHEREAS, on October 13, 2023, this action was ordered related to *Coinmint, LLC v. DX Corr Design, Inc.*, Case No. 23-cv-00599-RS (the "DX Corr Design Case") (Dkt. 19) and reassigned to Judge Richard Seeborg (Dkt. 20);

3. WHEREAS, the Court contemporaneously set an Initial Case Management Conference for January 11, 2024, at 10:00 AM (Dkt. 21 – Clerk's Notice re Reassigned Case);

4. WHEREAS, on December 1, 2023, the Court ordered this action stayed pending an arbitration that is being conducted between Plaintiff Coinmint and Defendant Katena (the "Arbitration") (Dkt. 22);

5. WHEREAS, on January 5, 2024, due to the continuing nature of the Arbitration, the parties previously stipulated to take the Initial Case Management Conference off calendar and set a Case Management Conference for January 25, 2024 (Dkt. 24);

6. WHEREAS, on January 18, 2024, due to the further continuing nature of the Arbitration, the parties previously stipulated to take the January 25, 2024, Case Management Conference off calendar and re-set the conference for March 28, 2024, to allow time for an anticipated award to be granted in the Arbitration (Dkt. 26);

7. WHEREAS, on February 6, 2024, a final award was granted in the Arbitration;

8. WHEREAS, on February 8, 2024, Defendant Katena filed a Petition to Confirm the Arbitration Award, which the Court deemed as a motion to confirm the Arbitration award (Dkt. 27);

9. WHEREAS, on March 18, 2024, the parties stipulated to take the March 28, 2024, Case Management Conference off calendar and re-set the conference for May 30, 2024, so that Katena's Motion to Confirm the Arbitration Award could first be heard;

1  10. WHEREAS, on April 1, 2024, Coinmint filed a Motion to Vacate the Arbitration Award (Dkt. 43);

11. WHEREAS, by stipulation of the parties, the hearings on Katena's Motion to Confirm the Arbitration Award and Coinmint's Motion to Vacate the Arbitration Award were reset for May 30, 2024 (Dkt. 46);

12. WHEREAS, the parties remain of the view that motions should be heard and ruled upon prior to the Case Management conference, and that the Case Management Conference should be reset accordingly; and

13. WHEREAS, the signatories to this Stipulation and [Proposed] Order are the only parties to have made an appearance in the action.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Upon approval by this Court, the Case Management Conference set for May 30, 2024, shall be taken off calendar, and a Case Management Conference set on or after August 1, 2024, to allow time for the above-referenced motions to be heard by this Court.

IT IS SO STIPULATED.

DATED: May 21, 2024                        **PERKINS COIE LLP**

By:/s/David P. Chiappetta
    David P. Chiappetta
Attorneys for Defendant
KATENA COMPUTING TECHNOLOGIES, INC.

DATED: May 21, 2024                        **STRADLEY RONON STEVENS & YOUNG, LLP**

By:/s/Steven D. Feldman
    Steven D. Feldman
Attorneys for Plaintiff
COINMINT, LLC

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in this filing of this document has been obtained from each of the other signatories.

/s/David P. Chiappetta
David P. Chiappetta

# [PROPOSED] ORDER

**GOOD CAUSE APPEARING**, it is ordered that the Case Management Conference set for Thursday, May 30, at 10:00 AM, be taken off calendar, and that a Case Management Conference be set for _____, at 10:00 AM. The parties are ordered to file a joint Case Management Statement no later than seven calendar days prior to the date of the reset Case Management Conference.

**IT IS SO ORDERED.**

Date: _____, 2024

By: _____
Richard Seeborg
Chief District Judge of the U.S. District Court
for the Northern District of California