UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COINMINT, LLC,<br>　　　　Plaintiff,<br>　　v.<br>KATENA COMPUTING TECHNOLOGIES, INC.,<br>　　　　Defendant. | Case No. 23-cv-04683-RS<br><br>**FINAL JUDGMENT** |

　　　Pursuant to the order granting Katena Computing Technologies, Inc. ("Katena") petition to confirm the arbitration award, judgment is hereby entered in favor of Katena on the terms set out in the arbitration award.

**IT IS SO ORDERED**.

Dated: May 29, 2024

_____
RICHARD SEEBORG
Chief United States District Judge